AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all ofthers similarly situated <br><br> *Plaintiff(s)* <br> v. <br><br> GREG GOSSETT, et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-CV-00309-SMY – *PMF* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer David Hermetz
Big Muddy River Correctional Center
c/o Warden's Office
251 N. Illinois Highway 37
Ina, Illinois 62846

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all ofthers similarly situated <br><br> *Plaintiff(s)* <br> v. <br> GREG GOSSETT, et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 3:15-CV-00309-SMY - *PMF*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Dale Martin
Big Muddy River Correctional Center
c/o Warden's Office
251 N. Illinois Highway 37
Ina, Illinois 62846

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all ofthers similarly situated<br><br>*Plaintiff(s)*<br>v.<br>GREG GOSSETT, et. al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:15-CV-00309-SMY -*PMF*<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Chris White
Big Muddy River Correctional Center
c/o Warden's Office
251 N. Illinois Highway 37
Ina, Illinois 62846

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: *3-24-15*

*[signature]*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all ofthers similarly situated <br><br> *Plaintiff(s)* <br> v. <br> GREG GOSSETT, et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-CV-00309-SMY -*PmF* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Brice Wilson
Big Muddy River Correctional Center
c/o Warden's Office
251 N. Illinois Highway 37
Ina, Illinois 62846

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all ofthers similarly situated <br><br> *Plaintiff(s)* <br> v. <br><br> GREG GOSSETT, et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-CV-00309-SMY - *PMF* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Bradley Herzog
Big Muddy River Correctional Center
c/o Warden's Office
251 N. Illinois Highway 37
Ina, Illinois 62846

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>GREG GOSSETT, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:15-00309-SMY — *PMF*<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Ben Lewis
c/o Julia Petty
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sarah Grady
LOEVY & LOEVY
312 N. May Street, Ste. 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> GREG GOSSETT, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:15-00309-SMY -*PMF* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Anthony Senn
c/o Julia Petty
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sarah Grady
LOEVY & LOEVY
312 N. May Street, Ste. 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>GREG GOSSETT, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:15-00309-SMY - *PmF*<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Brian Livingston
c/o Julia Petty
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sarah Grady
LOEVY & LOEVY
312 N. May Street, Ste. 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-2015

*Melinda L Duncan*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> GREG GOSSETT, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 3:15-00309-SMY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Ben Vaughn
c/o Julia Petty
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sarah Grady
LOEVY & LOEVY
312 N. May Street, Ste. 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>GREG GOSSETT, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:15-00309-SMY – *PMF*<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Bill Carroll
c/o Julia Petty
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sarah Grady
LOEVY & LOEVY
312 N. May Street, Ste. 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| DEMETRIUS ROSS, on behalf of himself and all others similarly situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 3:15-00309-SMY |
| GREG GOSSETT, et al., | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Brad Stuck
c/o Julia Petty
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sarah Grady
LOEVY & LOEVY
312 N. May Street, Ste. 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> GREG GOSSETT, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-00309-SMY - *PMF* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Brad Yonaka
c/o Julia Petty
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sarah Grady
LOEVY & LOEVY
312 N. May Street, Ste. 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS <br><br> *Plaintiff(s)* <br><br> v. <br><br> GREG GOSSETT, et. al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-CV-00309-SMY - *pmf* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Donald Stolworthy
Director of IDOC
IDOC Legal Department
100 W. Randolph Street
Suite 4-200
Chicago, IL 60601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sarah Grady
Loevy & Loevy
312 N May Street
Suite 100
Chicago, IL 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS <br> *Plaintiff(s)* <br> v. <br> GREG GOSSETT, et. al., <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:15-CV-00309-SMY – *PMF* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joseph Yurkovich
Chief of Operations, IDOC
IDOC Legal Department
100 W. Randolph Street
Suite 4-200
Chicago, IL 60601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sarah Grady
Loevy & Loevy
312 N May Street
Suite 100
Chicago, IL 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all ofthers similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> GREG GOSSETT, et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-CV-00309-SMY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Angela Craddock
Big Muddy River Correctional Center
c/o Warden's Office
251 N. Illinois Highway 37
Ina, Illinois 62846

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all ofthers similarly situated <br><br> *Plaintiff(s)* <br> v. <br> GREG GOSSETT, et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-CV-00309-SMY- *PMF* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Ayla Heinzmann
Big Muddy River Correctional Center
c/o Warden's Office
251 N. Illinois Highway 37
Ina, Illinois 62846

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all ofthers similarly situated <br><br> *Plaintiff(s)* <br> v. <br> GREG GOSSETT, et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-CV-00309-SMY-*PMF* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Blake Elliot
Big Muddy River Correctional Center
c/o Warden's Office
251 N. Illinois Highway 37
Ina, Illinois 62846

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| DEMETRIUS ROSS | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:15-CV-00309-SMY -*PMF* |
| GREG GOSSETT, et. al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Ashley Thompson
Illinois River Correctional Center
c/o Desha Fouts, Warden's Office
P.O. Box 999
Canton, IL 61520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-24-15

*Signature of Clerk or Deputy Clerk*