# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Demetrius Ross,<br>*Plaintiff(s)*<br><br>v.<br><br>Greg Gossett, et al,<br>*Defendant(s)* | Case Number: 15-309-SMY-PMF |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 28, 29, 32 & DOCUMENT TITLE: Summons Returned Executed 33

One of the following errors/deficiencies has been identified in the document listed above:

☒ **Document 28** – Brandon Hunter not selected; however, pdf is attached.
**Document 29** – William Hughey selected; however, pdf not included. Kyle Hughhey not selected; however, pdf is attached. Stephen Duncan not selected; however, pdf is attached.
**Document 32** – Mike Stufflebeam not selected; however, pdf is attached.
**Document 33** – William Hughey not selected; however, pdf is attached.

### ACTION TAKEN BY CLERK'S OFFICE

☒ Docket entries corrected by the Clerk's Office.

### ACTION REQUIRED BY FILER

☒ No further action required by the filer as to these documents.

Dated: April 10, 2015

JUSTINE FLANAGAN, Acting Clerk of Court

By: *s/ Tammy McMannis*
Deputy Clerk