

**Illinois
Department of
Corrections**

**Bruce Rauner**
Governor

**Donald Stolworthy**
Director

Illinois River Correctional Center
1300 West Locust
P.O. Box 999
Canton, IL 61520

Telephone: (309) 647-7030
TDD: (800) 526-0844

April 14, 2015

Loevy & Loevy
Attorneys at Law
312 North May Street
Suite 100
Chicago, IL 60607

RE: Demetrius Ross v. Greg Gossett, et. al.
3:15-CV-00309-SMY-PMF

Dear Ms. Grady:

Enclosed please find the complaints, Summons, and Proof of Service forms regarding the above captioned civil action for the below named individuals. I am unable to effectuate service because these individuals are unidentifiable, not currently employed at Illinois River Correctional Center or are on a leave of absence. Pursuant to the Court's order regarding this case, where possible, I have indicated each individual's last known address. This information is to be used solely for purposes of effectuating service, and is not to be disclosed to anyone or placed in the Court's file.

Ron Shoultz, ███
Loretta Joachim, ███
Fred Williams, ███

I trust you will find this responsive.

Sincerely,

Dacia Fouts, AAII
Litigation Coordinator
IL River Correctional Center

cc: File