## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST St. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, #K-52284, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 15-309 |
| | ) | |
| GREG GOSSETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME

NOW COME the following Defendants, Adams, Robert; Albrecht, Steve; Anderson, Pat; Anderton, Khorey; Ankrom, Brendan; Arnett, Sarah; Ausbrook, Bradley; Bailey, Bryan; Bailey, Gene; Bailliez, Shawn; Baughman, Mike; Baylon, Derek; Baylor, Randy; Beasley, Stephanie; Berry, Nathan; Bottrell, Andrew; Bowers, Mark; Bowers, Mike; Boyd, Larry; Brace, Hubert; Brant, Christopher; Brooks, Kyle; Brown, Douglas; Brown, Kenny; Bruce, James; Bucco, Dennis; Buchanan, Zachariah; Butler, Kim; Cales, Christopher; Campbell, Aaron; Caron, Chase; Carter, Fredrick; Carter, Jarrod; Cartwright, Kevin; Cissell, James; Clark, Bradley; Clary, Ethan; Cogdal, Vincent; Compton, Charles; Conklin, Nick; Conrad, Steven; Conrad, Timothy; Cotton, Dawayne; Craddock, Angela; Curry, Josh; Dams, Jason; Davis, Benny; Davis, Ryan; Dean, Michael; Dees, Matt; Degroof, Rene; Derenzy, Drew; Dilg, Dwight; Dircks, Justin; Donjon, Kyle; Dorethy, Robert; Duncan, Stephen; Easton, Bryan; Ebers, Scott; Eckelberry, Justin; Eldridge, Olin; Ellinger, Lisa; Elliot, Blake; Engelage, Justin; Engelage, Wesley; English, David; Eovaldi, Frank; Finney, Keneth; Fluder, Matt; France, Joseph; Fricke, Charles; Furlow, Jason; Gangloff, Andrew; Ginder, Jason; Gladney, Edwin; Goble, Maury; Gosnell, James; Gossett, Greg; Gregson, Shane; Guetersloh, Brian; Hamilton, Akeem; Hammers, Justin; Hanks, Mark; Harmon, Dustin; Harper,

Jerry; Harrington, Noble; Harris, Kendall; Harris, Richard; Heiman, Tracy; Hepp, Joel; Hermetz, David; Herzog, Bradley; Hirch, Kevin; Holder, David; Hough, Seth; Howell, Shayne; Hughey, Kyle; Hughey, William; Hunter, Brandon; Jenkins, Curtis; Jenkins, Marcus; Jester, Jason; Johnson, Brad; Johnson, James; Johnson, Justin; Johnson, Kevin W.; Jones, Anthony; Jones, John; Jones, Michael; Jones, Tyler; Kamp, Robert; Kidd, Jeffrey; Koch, John; Krammer, Erik; Kulich, Brian; Lamb, Scott; Laminack, Michael; Lampley, Nicholas; Lewis, Ben; Line, Doug; Livingston, Brian; Lloyd, Brandon; Lloyd, James; Lockhart, Alexander; Lohnes, Nick; Maragni, John; Martin, Dale; Mason, Doug; Massey, Kyle; Mays, Andrew; McAllister, Timothy; McBride, Jeremy; McCann, Ray; McCormick, Walter; McMillan, Jay; Mennerich, Lucas; Migeron, Jason; Milam, Jacob; Mohr, John; Moll, Alex; Monical, Dale; Monroe, Wesley; Morrill, Canduce; Morris, Jason; Moser, Andrew; Mullin, Dan; Myers, William; Nalley, Nick; Ochs, Travis; Parker, Lee; Passmore, Robert; Patterson, Jeremiah; Phelps, Andy; Phillips, Jared; Porter, Kenny; Provence, Larry; Pulliam, Donald ; Ralston, Trent; Renk, Rory; Restoff, John; Richard, Steven; Rigdon, James; Rivett, Robert; Roeckeman, Zach; Rowland, Trevor; Sappington, Chad; Sawyer, Stephen; Scott, Minh; Senn, Anthony; Shehorn, Samuel; Shelton, Eric; Simmons, Mitch; Skaggs, Jamie; Smith, Derek; Smith, Kenneth; Smith, Randy; Smith, Shane; Stark, Gary; Stein, Cally; Stolworthy, Donald; Stuck, Thomas (Brad); Stufflebeam, Mike; Tanner, Jerry; Tate, Sierra; Taylor, Sam; Thompson, Ashley; Thompson, Frank; Thousand, Tammy; Tribble, Matthew; Walljasper, Cayd; Walsh, Robert; Ward, Nathan; Waters, Rene; Watkins, James; Weber, Eric; Wenzel, Eric; Westerman, Aaron; Wilcoxen, Steve; Willis, Dallas; Wilson, Brice; Winka Matthew; Winters, Carson; Wise, Lance; Witthoft, Jerry; Yonaka, Brad; Yurkovich, Joseph; Zang, Caleb; Ziegler, Ryan; Zollars, Jason; by and through their attorney, Lisa Madigan, Attorney General for the State

of Illinois, and pursuant to Rule 6(b), hereby file the instant motion for extension of time of 7 days up to and including May 4, 2015, to respond to the complaint, stating as follows:

1.      Plaintiff, Demetrius Ross, brings the instant suit pursuant to 42 U.S.C. §1983 alleging violations of his Constitutional rights at Illinois River Correctional Center.   The complaint also purports to bring a pendent state law claim. (Doc. 1).

2.      The complaint names numerous Defendants from several Illinois Department of Corrections facilities throughout the State. (Doc. 1).

3.      The summonses are purported to have been served on the individual Defendants and response to the complaint is to be filed by April 20, 2015.   (Doc. 28-33).

4.      The undersigned has received requests for representations from the above named Defendants, but requires additional time to review the complaint and confer with his clients prior to determining how to respond to the complaint.

5.      Defendants request an additional 7 days up to and including April 27, 2015, to respond to the complaint.

6.      On April 17, 2015, Counsel for the Defendants sent an email to Plaintiff's counsel to determine if there were any objections to the instant motion.   As of April 19, 2015 at 2:30 p.m. no response had been received by Plaintiff's counsel.

7.      The instant motion is made in good faith and not for purposes of undue delay.

WHEREFORE, for the above and forgoing reasons, Defendants respectfully request that

this Honorable Court grant the instant motion for extension of time.

Respectfully submitted,

Robert Adams, et al.,

Defendants,

LISA MADIGAN, Attorney General
for the State of Illinois,

Attorney for Defendants,

Robert L. Fanning #6296345
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-2077                              BY:      s/ Robert L. Fanning
                                                     Robert L. Fanning
Of Counsel.                                          Assistant Attorney General

## CERTIFICATE OF SERVICE
### No. 15-309

I hereby certify that on April 20, 2015, I electronically filed Defendants' Motion for

Extension of Time, with the Clerk of the Court using the CM/ECF system which will send

notification of such filing(s) to the following:

Sarah Grady, Mike Kanovitz
 and Jon Loevy
Loevy & Loevy
312 North May St., Suite 100
Chicago, IL.    60607
(312) 243-5900
jon@loevy.com
mike@loevy.com
sarah@loevy.com


     s/ Robert L. Fanning
Robert L. Fanning #6296345
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62706
(217) 782-2077 Phone
(217) 782-8767 Fax
E-Mail: rfanning@atg.state.il.us