IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST St. LOUIS DIVISION

| | |
|---|---|
| DEMETRIUS ROSS, #K-52284, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 15-309 |
| | ) |
| GREG GOSSETT, et al., | ) |
| | ) |
| Defendants. | ) |

## AMENDED
## MOTION FOR EXTENSION OF TIME

NOW COME the following Defendants, Adams, Robert; Albrecht, Steve; Anderson, Pat; Anderton, Khorey; Ankrom, Brendan; Arnett, Sarah; Ausbrook, Bradley; Bailey, Bryan; Bailey, Gene; Bailliez, Shawn; Baughman, Mike; Baylon, Derek; Baylor, Randy; Beasley, Stephanie; Berry, Nathan; Bottrell, Andrew; Bowers, Mark; Bowers, Mike; Boyd, Larry; Brace, Hubert; Brant, Christopher; Brooks, Kyle; Brown, Douglas; Brown, Kenny; Bruce, James; Bucco, Dennis; Buchanan, Zachariah; Butler, Kim; Cales, Christopher; Campbell, Aaron; Caron, Chase; Carter, Fredrick; Carter, Jarrod; Cartwright, Kevin; Cissell, James; Clark, Bradley; Clary, Ethan; Cogdal, Vincent; Compton, Charles; Conklin, Nick; Conrad, Steven; Conrad, Timothy; Cotton, Dawayne; Craddock, Angela; Curry, Josh; Dams, Jason; Davis, Benny; Davis, Ryan; Dean, Michael; Dees, Matt; Degroof, Rene; Derenzy, Drew; Dilg, Dwight; Dircks, Justin; Donjon, Kyle; Dorethy, Robert; Duncan, Stephen; Easton, Bryan; Ebers, Scott; Eckelberry, Justin; Eldridge, Olin; Ellinger, Lisa; Elliot, Blake; Engelage, Justin; Engelage, Wesley; English, David; Eovaldi, Frank; Finney, Keneth; Fluder, Matt; France, Joseph; Fricke, Charles; Furlow, Jason; Gangloff, Andrew; Ginder, Jason; Gladney, Edwin; Goble, Maury; Gosnell, James; Gossett, Greg; Gregson, Shane; Guetersloh, Brian; Hamilton, Akeem; Hammers, Justin; Hanks, Mark; Harmon, Dustin; Harper,

Jerry; Harrington, Noble; Harris, Kendall; Harris, Richard; Heiman, Tracy; Hepp, Joel; Hermetz, David; Herzog, Bradley; Hirch, Kevin; Holder, David; Hough, Seth; Howell, Shayne; Hughey, Kyle; Hughey, William; Hunter, Brandon; Jenkins, Curtis; Jenkins, Marcus; Jester, Jason; Johnson, Brad; Johnson, James; Johnson, Justin; Johnson, Kevin W.; Jones, Anthony; Jones, John; Jones, Michael; Jones, Tyler; Kamp, Robert; Kidd, Jeffrey; Koch, John; Krammer, Erik; Kulich, Brian; Lamb, Scott; Laminack, Michael; Lampley, Nicholas; Lewis, Ben; Line, Doug; Livingston, Brian; Lloyd, Brandon; Lloyd, James; Lockhart, Alexander; Lohnes, Nick; Luker, Christopher; Maragni, John; Martin, Dale; Mason, Doug; Massey, Kyle; Mays, Andrew; McAllister, Timothy; McBride, Jeremy;   McCann, Ray; McCormick, Walter; McMillan, Jay; Mennerich, Lucas; Migeron, Jason; Milam, Jacob; Mohr, John; Moll, Alex; Monical, Dale; Monroe, Wesley; Morrill, Canduce; Morris, Jason; Moser, Andrew; Mullin, Dan; Myers, William; Nalley, Nick; Ochs, Travis; Parker, Lee; Passmore, Robert; Patterson, Jeremiah; Phelps, Andy; Phillips, Jared; Piper, Brian; Porter, Kenny; Provence, Larry; Pulliam, Donald ; Ralston, Trent; Renk, Rory; Restoff, John; Richard, Steven; Rigdon, James; Rivett, Robert; Roeckeman, Zach; Rowland, Trevor; Sappington, Chad; Sawyer, Stephen; Scott, Minh; Senn, Anthony; Shehorn, Samuel; Shelton, Eric; Simmons, Mitch; Skaggs, Jamie; Smith, Derek; Smith, Kenneth; Smith, Randy; Smith, Shane; Stark, Gary; Stein, Cally; Stolworthy, Donald; Stuck, Thomas (Brad); Stufflebeam, Mike; Tanner, Jerry; Tate, Sierra; Taylor, Sam; Thompson, Ashley; Thompson, Frank; Thousand, Tammy; Tribble, Matthew; Walljasper, Cayd; Walsh, Robert; Ward, Nathan; Waters, Rene; Watkins, James; Weber, Eric; Wenzel, Eric; Westerman, Aaron; Wilcoxen, Steve; Willis, Dallas; Wilson, Brice; Winka Matthew; Winters, Carson; Wise, Lance; Witthoft, Jerry; Yonaka, Brad; Yurkovich, Joseph; Zang, Caleb; Ziegler, Ryan; Zollars, Jason; by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 6(b), hereby file the

instant Amended motion for extension of time of 14 days up to and including May 4, 2015, to respond to the complaint, stating as follows:

1. Plaintiff, Demetrius Ross, brings the instant suit pursuant to 42 U.S.C. §1983 alleging violations of his Constitutional rights at Illinois River Correctional Center. The complaint also purports to bring a pendent state law claim. (Doc. 1).

2. The complaint names numerous Defendants from several Illinois Department of Corrections facilities throughout the State. (Doc. 1).

3. The summonses are purported to have been served on the individual Defendants and response to the complaint is to be filed by April 20, 2015. (Doc. 28-33).

4. The undersigned has received requests for representations from the above named Defendants, but requires additional time to review the complaint and confer with his clients prior to determining how to respond to the complaint.

5. Defendants request an additional 14 days up to and including May 4, 2015, to respond to the complaint.

6. On April 17, 2015, Counsel for the Defendants sent an email to Plaintiff's counsel to determine if there were any objections to the instant motion. As of April 19, 2015 at 2:30 p.m. no response had been received by Plaintiff's counsel.

7. The instant motion is made in good faith and not for purposes of undue delay.

WHEREFORE, for the above and forgoing reasons, Defendants respectfully request that this Honorable Court grant the instant amended motion for extension of time.

                    Respectfully submitted,

                    Robert Adams, et al.,

                        Defendants,

                    LISA MADIGAN, Attorney General
                    for the State of Illinois,

                      Attorney for Defendants,

Robert L. Fanning #6296345
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-2077                  BY:    s/ Robert L. Fanning
                                         Robert L. Fanning
Of Counsel.                          Assistant Attorney General

## CERTIFICATE OF SERVICE
### No. 15-309

I hereby certify that on April 21, 2015, I electronically filed Defendants' Amended Motion for Extension of Time, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Sarah Grady, Mike Kanovitz
     and Jon Loevy
    Loevy & Loevy
    312 North May St., Suite 100
    Chicago, IL.   60607
    (312) 243-5900
    jon@loevy.com
    mike@loevy.com
    sarah@loevy.com

      s/ Robert L. Fanning
    Robert L. Fanning #6296345
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois   62706
    (217) 782-2077 Phone
    (217) 782-8767 Fax
    E-Mail: rfanning@atg.state.il.us