**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST St. LOUIS DIVISION**

| | | |
|---|---|---|
| DEMETRIUS ROSS, #K-52284, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 15-309 |
| | ) | |
| GREG GOSSETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS**

NOW COME the Defendants, Adams, Robert; Albrecht, Steve; Anderson, Pat; Anderton, Khorey; Ankrom, Brendan; Arnett, Sarah; Ausbrook, Bradley; Bailey, Bryan; Bailey, Gene; Bailliez, Shawn; Baughman, Mike; Baylon, Derek; Baylor, Randy; Beasley, Stephanie; Berry, James; Berry, Nathan; Bottrell, Andrew; Bowers, Mark; Bowers, Mike; Boyd, Larry; Brace, Hubert; Brant, Christopher; Brooks, Kyle; Brown, Douglas; Brown, Kenny; Bruce, James; Bucco, Dennis; Buchanan, Zachariah; Butler, Kim; Cales, Christopher; Campbell, Aaron; Cannon, Matt; Caron, Chase; Carter, Fredrick; Carter, Jarrod; Cartwright, Kevin; Cissell, James; Clark, Bradley; Clary, Ethan; Cogdal, Vincent; Compton, Charles; Conklin, Nick; Conrad, Steven; Conrad, Timothy; Cotton, Dawayne; Craddock, Angela; Curry, Josh; Dams, Jason; Davis, Benny; Davis, Ryan; Dean, Michael; Dees, Matt; Degroof, Rene; Derenzy, Drew; Dilg, Dwight; Dircks, Justin; Donjon, Kyle; Dorethy, Robert; Duncan, Stephen; Easton, Bryan; Ebers, Scott; Eckelberry, Justin; Eldridge, Olin; Ellinger, Lisa; Elliot, Blake; Engelage, Justin; Engelage, Wesley; English, David; Eovaldi, Frank; Finney, Keneth; Fluder, Matt; France, Joseph; Fricke, Charles; Furlow, Jason; Gangloff, Andrew; Ginder, Jason; Gladney, Edwin;

1

Goble, Maury; Gosnell, James; Gossett, Greg; Gregson, Shane; Guetersloh, Brian; Hamilton, Akeem; Hammers, Justin; Hanks, Mark; Harmon, Dustin; Harper, Jerry; Harrington, Noble; Harris, Kendall; Harris, Richard; Heiman, Tracy; Heinzmann, Ayla; Hepp, Joel; Hermetz, David; Herzog, Bradley; Hirch, Kevin; Holder, David; Hough, Seth; Howell, Shayne; Hughey, Kyle; Hughey, William; Hunter, Brandon; Jenkins, Curtis; Jenkins, Marcus; Jester, Jason; Johnson, Brad; Johnson, James; Johnson, Justin; Johnson, Kevin W.; Jones, Anthony; Jones, John; Jones, Michael; Jones, Tyler; Kamp, Robert; Kidd, Jeffrey; Koch, John; Krammer, Erik; Kulich, Brian; Lamb, Scott; Laminack, Michael; Lampley, Nicholas; Lewis, Ben; Line, Doug; Livingston, Brian; Lloyd, Brandon; Lloyd, James; Lockhart, Alexander; Lohnes, Nick; Luker, Chris; Maragni, John; Martin, Dale; Mason, Doug; Massey, Kyle; Mays, Andrew; McAllister, Timothy; McBride, Jeremy;  McCann, Ray; McCormick, Walter; McMillan, Jay; Mennerich, Lucas; Migeron, Jason; Milam, Jacob; Mohr, John; Moll, Alex; Monical, Dale; Monroe, Wesley; Morrill, Canduce; Morris, Jason; Moser, Andrew; Mullin, Dan; Myers, William; Nalley, Nick; Ochs, Travis; Parker, Lee; Passmore, Robert; Patterson, Jeremiah; Perkins, Gary; Phelps, Andy; Phillips, Jared; Piper, Brian; Porter, Kenny; Provence, Larry; Pulliam, Donald ; Ralston, Trent; Renk, Rory; Restoff, John; Richard, Steven; Rigdon, James; Rivett, Robert; Roeckeman, Zach; Rowland, Trevor; Sappington, Chad; Sawyer, Stephen; Scott, Minh; Senn, Anthony; Shehorn, Samuel; Shelton, Eric; Shoultz, Ron;  Simmons, Mitch; Skaggs, Jamie; Smith, Derek; Smith, Kenneth; Smith, Randy; Smith, Shane; Stark, Gary; Stein, Cally; Stolworthy, Donald; Stout, Andy; Stuck, Thomas (Brad); Stufflebeam, Mike; Tanner, Jerry; Tate, Sierra; Taylor, Sam; Thomason, Maryellen; Thompson, Ashley; Thompson, Frank; Thousand, Tammy; Tribble, Matthew;  Volk, Andrew; Walljasper, Cayd; Walsh, Robert; Ward, Nathan; Waters, Rene;

Watkins, James; Weber, Eric; Wenzel, Eric; Westerman, Aaron; Wilcoxen, Steve; Willis, Dallas; Wilson, Brice; Winka Matthew; Winters, Carson; Wise, Lance; Witthoft, Jerry; Yonaka, Brad; Yurkovich, Joseph; Zang, Caleb; Ziegler, Ryan; Zollars, Jason, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, pursuant to Fed. R. Civ. Pro Rule 12(b)(1) and Rule 12(b)(6) hereby file the instant Motion to Dismiss, stating as follows:

1. On March 19, 2015, Plaintiff filed a complaint against Defendants pursuant to 42 U.S.C. § 1983 and included pendant tort claims. (Doc.1).

2. Plaintiff's complaint states that he is suing "on behalf of himself and all others similarly situated" for alleged violations related to institutional searches in Illinois Department of Corrections facilities. Plaintiff sued almost 240 named individuals and "Unknown Members of Tactical Team Known As 'Orange Crush.'" (Doc.1, pp. 1-3).

3. Plaintiff was at Illinois River Correctional Center for all times relevant to his complaint. (Doc.1, p. 8, ¶ 7). He claims that a "shakedown" was conducted of each cell house at the facility at Illinois River in April 2014.

4. Plaintiff also included allegations that similar searches were done at Menard Correctional Center, Big Muddy River Correctional Center, and Lawrence Correctional Center in 2014. (Doc.1, pp. 17-18, ¶ 36).

5. Defendants move to dismiss Plaintiff's complaint. First, Defendants move for dismissal because Plaintiff fails to state a claim showing he is entitled to relief from the Defendants. Second, Plaintiff fails to adequately plead his claim of conspiracy. Third, Plaintiff lacks standing to sue for any claims arising out of a facility other than Illinois River, where he was located. Fourth, Plaintiff has no private cause of action to sue under the Prison Rape

Elimination Act. Finally, Plaintiff's claim of intentional infliction of emotional distress is barred by sovereign immunity.

      6.     Filed simultaneously and incorporated herein is a memorandum of law in support of the instant motion to dismiss.

      WHEREFORE, Defendants respectfully request that this Court grant their motion to dismiss Plaintiff's complaint.

                        Respectfully submitted,

                        Greg Gossett, et al.,

                            Defendants,

                        LISA MADIGAN, Attorney General
                        for the State of Illinois,

                            Attorney for Defendants,

Robert L. Fanning #6296345
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-2077                    BY:   s/ Robert L. Fanning
                                      Robert L. Fanning
Of Counsel.                              Assistant Attorney General

## CERTIFICATE OF SERVICE
### No. 15-309

I hereby certify that on May 29, 2015, I electronically filed Defendants' Motion to Dismiss, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Sarah Grady, Mike Kanovitz
     and Jon Loevy
    Loevy & Loevy
    312 North May St., Suite 100
    Chicago, IL.   60607
    (312) 243-5900
    jon@loevy.com
    mike@loevy.com
    sarah@loevy.com

   s/ Robert L. Fanning
   Robert L. Fanning #6296345
   Assistant Attorney General
   500 South Second Street
   Springfield, Illinois  62706
   (217) 782-2077 Phone
   (217) 782-8767 Fax
   E-Mail: rfanning@atg.state.il.us