IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DEMETRIUS ROSS, #K-52284, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 15-309 |
| | ) |
| GREG GOSSETT, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT JOACHIM'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS *INSTANTER***

The Defendant, LORETTA JOACHIM, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, moves pursuant to Federal Rule 6(b)1)(B) for leave to file a motion to dismiss Plaintiff's complaint *instanter*. Defendant provides the following in support of her motion:

1. Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 and Illinois common law on March 19, 2015. [d/e 1].

2. On May 29, 2015, co-Defendants filed a motion to dismiss Plaintiff's complaint. [d/e 46-47].

3. According to the summons filed by Plaintiff, Defendant Joachim was served with summons and the complaint on May 13, 2015. [d/e 48]. Because it was a 21-day summons, Joachim's answer was due on June 3.

4. Federal Rule 6(b)(1)(B) allows a party to move for an extension of time after a deadline passes when the failure to comply was "because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B).

5.      Defendant Joachim requested representation from the Office of the Attorney General on June 9, which is after the time for her answer had passed. However, Defendant had been on leave from IDOC for an extended period of time and there were some delays in forwarding the paperwork to IDOC and then to the Office of the Attorney General. Defendant's failure to answer within the 21 days is due to excusable neglect.

6.      Further, Defendant's response is only a week past the original deadline and most of the arguments put forth by co-Defendants in their motion to dismiss are equally applicable to her.

7.      Defendant Joachim seeks leave to file a motion to dismiss on her behalf to avoid default.

8.      Copies of the (1) proposed motion to dismiss and (2) memorandum of law will be e-mailed to the Court and counsel of record in accordance with Local Rule 15.1.

WHEREFORE, Defendant respectfully requests that this Court grant her leave to file the proposed motion to dismiss and memorandum of law.

                                                    Respectfully submitted,

                                                    LORETTA JOACHIM,
                                                        Defendant,

                                                  LISA MADIGAN, Attorney General
                                                 for the State of Illinois,
                                                        Attorney for Defendant,

Lisa A. Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 785-4555                             BY:    s/ Lisa A. Cook
lcook@atg.state.il.us                                Lisa A. Cook
Of Counsel.                                                  Assistant Attorney General

## CERTIFICATE OF SERVICE
### No. 15-309

I hereby certify that on June 11, 2015, I electronically filed Defendant Joachim's Motion For Leave To File Motion To Dismiss *Instanter* with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Sarah Grady, Mike Kanovitz
 and Jon Loevy
Loevy & Loevy
312 North May St., Suite 100
Chicago, IL.    60607
(312) 243-5900
jon@loevy.com
mike@loevy.com
sarah@loevy.com


      s/ Lisa A.Cook
Lisa A. Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62706
(217) 785-4555 Phone
(217) 782-8767 Fax
E-Mail: lcook@atg.state.il.us