IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST St. LOUIS DIVISION

| | |
|---|---|
| DEMETRIUS ROSS, #K-52284, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 15-309 |
| ) | |
| GREG GOSSETT, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS PARKS AND WILLIAMS'S MOTION TO DISMISS**

The Defendants, WENDY PARKS and FRED WILLIAMS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, move pursuant to Federal Rules 12(b)(1) and Rule 12(b)(6), to dismiss Plaintiff's complaint. [d/e 1].

Defendants provide the following in support of her motion:

1. On March 19, 2015, Plaintiff filed a complaint against Defendants pursuant to 42 U.S.C. § 1983 and included pendant tort claims. [d/e 1].

2. Plaintiff's complaint states that he is suing "on behalf of himself and all others similarly situated" for alleged violations related to institutional searches in Illinois Department of Corrections facilities. Plaintiff sued almost 240 named individuals and "Unknown Members of Tactical Team Known As 'Orange Crush.'" [d/e 1, pp. 1-3].

3. Plaintiff was at Illinois River Correctional Center for all times relevant to his complaint. [d/e 1, p. 8, ¶ 7]. He claims that a "shakedown" was conducted of each cell house at the facility at Illinois River in April 2014.

4. Plaintiff also included allegations that similar searches were done at Menard Correctional Center, Big Muddy River Correctional Center, and Lawrence Correctional Center in

2014. [d/e 1, pp. 17-18, ¶ 36].

5.     Defendant Wendy Parks is alleged to have been employed at Menard Correctional Center and a member of the tactical team. [d/e 1, p. 10 ¶11]. Plaintiff alleges that a humiliating strip search and unconstitutional shakedown occurred at Menard in early April 2014. [d/e 1, p. 10 ¶36]. Plaintiff makes no allegations that Defendant Parks was personally involved in any violation of his rights except through the allegation of a conspiracy.

6.     Plaintiff brings claims against Wendy Parks for alleged violations of the Eighth Amendment, engaged in a conspiracy to violate the Constitutional rights of offenders, failing to intervene, and intentional infliction of emotional distress.

7.     Defendant Fred Williams is alleged to have been employed at Illinois River Correctional Center and a member of the tactical team. [d/e 1, p. 8 ¶8]. Plaintiff alleges he was subjected to an unconstitutional shakedown and strip search at Illinois River Correctional Center. [d/e 1, ¶19-34]. Plaintiff makes no specific allegations that Defendant Williams within the complaint except general allegations about the manner of a shakedown and strip search at Illinois River.

8.     Defendants move to dismiss Plaintiff's complaint. First, Defendants move for dismissal because Plaintiff fails to state a claim showing he is entitled to relief from the named Defendants. Second, Plaintiff fails to adequately plead his claim of conspiracy. Third, Plaintiff lacks standing to sue for any claims arising out of a facility other than Illinois River, where he was located. Finally, Plaintiff's claim of intentional infliction of emotional distress is barred by sovereign immunity.

9.     Defendants incorporate by reference the memorandum of law filed by co-Defendants in support of their motion to dismiss because the arguments set forth there apply

equally to them, except for argument IV which pertains only to Defendant Stolworthy. [d/e 47].

WHEREFORE, Defendants respectfully request that this Court grant their motion to dismiss Plaintiff's complaint.

        Respectfully submitted,

        Wendy Parks and Fred Williams,

           Defendants,

        LISA MADIGAN, Attorney General
        for the State of Illinois,

           Attorney for Defendants,

Lisa A. Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 785-4555        BY:   s/ Lisa A. Cook
lcook@atg.state.il.us            Lisa A. Cook
Of Counsel.            Assistant Attorney General

## CERTIFICATE OF SERVICE
### No. 15-309

I hereby certify that on June 12, 2015, I electronically filed Defendants Parks and Williams's Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Sarah Grady, Mike Kanovitz
     and Jon Loevy
    Loevy & Loevy
    312 North May St., Suite 100
    Chicago, IL.   60607
    (312) 243-5900
    jon@loevy.com
    mike@loevy.com
    sarah@loevy.com

                                                 s/ Lisa A.Cook_____
                                                Lisa A. Cook, #6298233
                                                Assistant Attorney General
                                                500 South Second Street
                                                Springfield, Illinois  62706
                                                (217) 785-4555 Phone
                                                (217) 782-8767 Fax
                                                E-Mail: lcook@atg.state.il.us