IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | |
| Defendants. | ) | Judge Staci M. Yandle |

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION TO DISMISS (Doc. No. 68)**

Plaintiffs, by and through their attorneys, Loevy & Loevy and the Uptown People's Law Center, respectfully respond to the Motion to Dismiss filed by Defendants David Brock, Robert Brown, John Chenault, Daniel Dust, Michael Gilreath, Brandon Richey, Tyson Shurtz, and Ben Vaughn (Doc. No. 68), stating as follows:

1.  Plaintiff Demetrius Ross, on behalf of himself and others similarly situated to him, filed this lawsuit against a number of Illinois Department of Corrections (IDOC) employees over the abusive and humiliating strip-searches and shakedowns conducted by them from 2014 to the present at four IDOC prisons.

2.  On May 15, 2015, the majority of the Defendants moved to dismiss all of Plaintiffs' claims. Doc. No. 46. On June 12, 2015, two other Defendants moved to dismiss Plaintiffs' claims on the same grounds. Doc. No. 51. On July 9, 2015, Plaintiffs filed a joint response to those motions to dismiss. Doc. No. 59.

3. Defendants Brock, Brown, Chenault, Dust, Gilreath, Richey, Shurtz, and Vaughn have now filed a motion to dismiss that mirrors those filed by their co-defendants and advances arguments that are identical to those addressed by Plaintiff's joint response. *Compare* Doc. No. 68 *to* Doc. No. 47.

4. Accordingly, Plaintiffs hereby incorporate their earlier-filed response to the motion to dismiss, Doc. No. 59, and adopt the arguments set forth in it in response to the motion to dismiss by Defendants Brock, Brown, Chenault, Dust, Gilreath, Richey, Shurtz, and Vaughn.

5. For all the reasons articulated in Plaintiffs' joint response, Plaintiffs have sufficiently alleged claims against Defendants Brock, Brown, Chenault, Dust, Gilreath, Richey, Shurtz, and Vaughn for violation of Plaintiffs' constitutional rights, conspiracy, and intentional infliction of emotional distress. *Id.* at 1–16. This Court has jurisdiction over those claims, and named Plaintiff Demetrius Ross has standing to bring them. *Id.* at 16–20, 25–28. Defendants' motion to dismiss should therefore be denied.

                Respectfully submitted,

                /s/ Sarah Grady
                Sarah Grady
                Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Mike Kanovitz
Sarah Grady
LOEVY & LOEVY
312 North May St., Suite 100
Chicago, IL 60607
(312) 243-5900

Alan Mills
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan
Chicago, IL 60640
(773) 769-1411

## CERTIFICATE OF SERVICE

      I, Sarah Grady, an attorney, certify that on September 25, 2015, I caused the foregoing Plaintiffs' Response to Defendants' Motion to Dismiss to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                            /s/ Sarah Grady
                                            Sarah Grady
                                            Attorney for Plaintiff