IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Brandon L. Brooks )
    Plaintiff, )
 )
 )
vs. ) 15-CV-1060-SMY-SCW
 )
 )
John R. Baldwin et. al. )
    Defendants. )

## MOTION TO STRIKE DEFENDANTS DISMISSAL

The Plaintiff, Brandon Brooks, in the form of Pro Se to move this Honorable Court for a motion to strike defendants motion to dismiss. To support this motion the following is stated:

    1. On February 16, 2016, Defendant's, through their attorney Lisa cook, filed a motion to dismiss, claiming that the Plaintiff did'nt provide any allegations against defendant.

    2. If Plaintiff did not provide an adequate complaint I am sure this court would have dismissed claim as frivolous.

    3. Defendant mentioned that Plaintiffs claim should be dismissed because Plaintiffs claim is similar to Ross V. Gossett 15-CV-03090SMY-PMF and certin actions were dismissed.

    4. The only document that the plaintiff has received on Ross V. Gossett is doc. 80 that was filed on January 28, 2016, in which a motion to dismiss was "denied in its' entirety. due to the Court giving Plaintiff and Ross the same Judge because our cases are similar, I ask that whatever decision is rendered to that cases, become the same measure in mine. ross filed for himself and inmates that were similarly situated.

WHEREFORE, Plaintiff prays that the Court grants this motion to Strike and combine the two cases (the same way they do in a **Motion to Relate**)

Respectfully Submitted,

*Brandon Brooks*

Brandon Brooks
251 N. Ill Hwy 37
Ina, Illinois 62846

IN THE
United States District Court
For The Southern District of Illinois

Brandon Brooks
Plaintiff,

v.

John R. Baldwin et. al.
Defendant

SCANNED AT BIG MUDDY CC and E-mailed
3-15-16 by JLW ___ pages
date    Initials    No.

Case No. 15-CV-1060-SMY-SCW

## PROOF/CERTIFICATE OF SERVICE

TO: Nancy J. Rosensengel
U.S Clerk of Court
750 Missouri Ave
E. Saint Louis, IL 62201

TO: Lisa Madigan
Attorney General Office
500 S. Second St
Springfield, IL 62706

PLEASE TAKE NOTICE that on March 15, 2016, I have placed the documents listed below in the institutional mail at Big Muddy Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

Motion to Strike Dismissal and Production of Documents

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109,
I declare, under penalty of perjury, that I am a named
party in the above action, that I have read the above documents,
and that the infomation contains therein is true and correct
to the best of my knowledge.

DATE 3-15-16

Subscribed and sworn before me this
15 day of March 16

NOTARY PUBLIC

JENNIFER L. WILSON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 26, 2016

/s/ Brandon Brooks
NAME: Brandon Brooks
IDOC#: B86580
BIG MUDDY RIVER C.C
251 N. IL. HWY 37
INA, IL 62846

REVISED 2012