IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCANNED AT BIG MUDDY CC and E-mailed
3-15-16   by JLW   2   pages
date      initials   No.

BRANDON BROOKS          )
                        )
        vs.             )   Plaintiff's First Request For
                        )   Production Of Documents
IDOC DIRECTOR et al.    )
                        )   Cs#. 15-1060-SMY-SCW

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff request that the Defendants I.D.O.C Director et al, produce for inspection and copying, (Some information requested may be electronically stored under Federal Rule (a)(1)(A).) the following documents:

1.) The master file and prison record of plaintiff from Sept. 2011 - present.

2.) All written/typed statements, originals or copies, including incident reports, I.D.R.s, grievances ect... identifiable as reports made about the July 2014 Tactical Team (Orange Crush) shakedown made by I.D.O.C employees, inmates and or witnesses

3.) The camera footage from the B2-B4 House yard on the day and time Tactical Team "Orange Crush" escorted B2-House to and from the diningroom in July of 2014. Also the video footage that other C/O's and Administrative Personel were

taping during whole shakedown. (This is requested pursuant F.R (a)(1)(A) electronically stored information.

4.) The list of all of the names of every c/o that dressed up in orange & black tactical gear w/ baton that participated in the escort & shakedown of R2-House at Lawrenceville Corr. Center in July of 2014. If they were assigned certain cells that info is to be provided also.

5.) Any and all rules/regulations that the Tactical Team "Orange Crush" must follow while handling offenders. Any that are in the Administrative Code or Administrative Directives. Any specific procedure's that the Warden and/or I.D.O.C Director gave to Orange Crush before July 2014.

6.) If shake downs are to be recorded I would like to ask for the rules stating that.

By: Brandon Brooks
(SIGNATURE)

3-15-16
DATE

Brandon Brooks
B86580
251 N. Highway 37
Ina, Il 62846

IN THE
United States District Court
For The Southern District of Illinois

Brandon Brooks
Plaintiff,

v.

John R. Baldwin et. al.
Defendant

SCANNED AT BIG MUDDY CC and E-mailed
3-15-16 by JLW   1 pages
date   initials   No.

Case No. 15-CV-1060-SMY-SCW

## PROOF/CERTIFICATE OF SERVICE

TO: Nancy J. Rosensengel
U.S Clerk of Court
750 Missouri Ave
E. Saint Louis, IL 62201

TO: Lisa Madigan
Attorney General Office
500 S. Second St
Springfield, IL 62706

PLEASE TAKE NOTICE that on March 15, 2016, I have placed the documents listed below in the institutional mail at Big Muddy Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

Motion to Strike Dismissal and Production of Documents

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the infomation contains therein is true and correct to the best of my knowledge.

DATE 3/15/16

Subscribed and sworn before me this
15 day of March 16

NOTARY PUBLIC

JENNIFER L. WILSON
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 26, 2016

/s/ Brandon Brooks
NAME: Brandon Brooks
IDOC#: B86580
BIG MUDDY RIVER C.C
251 N. IL. HWY 37
INA, IL 62846

REVISED 2012