SCANNED at PCC and E-Mailed
3/25/16 (date) by Q (initials)
2 (# of pages)

To: Magistrate Judge Stephen C. Williams

Peace be with you Judge, I hope this letter reach you in the best of mind, body, and understanding. I'm writing on behalf of Case # 3:15-cv-00309-smy-scw.

On or about approximate date 3-10-16 I filed a Default Judgment as a pro se litigate. On approximately 3-11-16 the defendants filed for a motion for extention of time. Also on 3-11-16 my case was consolidated with Ross v. Gossett et al.,

On 3-14-16 the Defendants' motion for Extention of time was granted, and on 3-16-16 my Default motion was Striked, and you commented that I can't file a motion on my own behalf, only through counsel.

Your Honor, I filed such motion before I was allegedly represented by Counsel, and before the Defendants file an Extention for time motion. But yet you ruled on their motion before my motion. I ask for you to overturn your rulings on both motions.

Also you stated that I was represented by a law firm of Loevy and Loevy. Well I was consolidated to that class action on

approximately 3-11-16 and here it is now 3-24-16 and I have not seen or heard from any such lawyer or law firm.

   I ask of you to look into these two issues, for I deserve a fair legal proceeding like everyone else under Federal law, and thats all that I'm asking for.

Respectfully<br>
Stanley Cleaves B88959<br>
/s/ Stanley Cleaves B88959<br>
P.O. Box 99<br>
Pontiac IL 61764
