IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

RONALD SMITH
   PLAINTIFF

CASE # 16-CV-00248-SMY-SCW

V

SALVADOR GADINEZ ET. AL
   DEFENDANTS

## MOTION TO VACATE DUPLICATE FILING FEES BASED ON IDENTICAL CLAIMS

Now comes Plaintiff Ronald Smith pro se filing this Motion To Vacate Duplicate Filing Fees Based on Identical Claims, to prevent Plaintiff from being charged twice for same claims pertaining to statewide tactical team in Menard Correctional Center in 2014. For the reasons that follows.

1. On February 4, 2015 Plaintiff filed complaint for constitutional rights that were violated by statewide tactical team at Menard Correctional Center on 4/8/14 Case # 15-CV-00126-NJR-DGW and was charged 3.50.00 filing fee.

2. On 2/25/16 the court granted Defendants summary judgement, and plaintiff case was dismissed without prejudice for failing to exhaust administrative remedies (see Exhibit A)

3. PLAINTIFF THEN FILED MOTION TO CLARIFY, ASKING THE COURT IF PLAINTIFF COULD REFILE CLAIMS UNDER SAME CASE # 15-CV-00126, SO PLAINTIFF WOULD NOT BE PREJUDICE BY BEING CHARGED ANOTHER 350.00 FILING FEE FOR IDENTICAL CLAIMS.

4. ON 4/14/16 JUDGE ROSENSTENGEL ENTERED ORDER STATING PLAINTIFF MUST OPEN NEW CASE, IN EVENT PLAINTIFF DOES, PLAINTIFF SHOULD REFERENCE CASE # 15-CV-00126 NJR-DGW AND ASK NEW CASE BE ASSIGNED TO NJR-DGW IN ORDER TO PROMOTE JUDICIAL ECONOMY AND EFFICIENCY AND AVOID THE UNNECESSARY DUPLICATION OF EFFORTS. (SEE EXHIBIT B ATTACHED ORDER)

5. ON 3/8/16 PLAINTIFF REFILED HIS COMPLAINT AND WAS AGAIN CHARGED 350.00 FILING FEE MINUS 32.88 CREDIT WHICH CUMES TO PLAINTIFF BEING CHARGED 317.72 FOR REFILING COMPLAINT ARISING OUT OF IDENTICAL CLAIMS FROM CASE # 15-CV-00126 NJR-DGW

6. PLAINTIFF RESPECTFULLY REQUEST THIS COURT VACATE THE FILING FEES IN CASE # 16-CV-00248-SMY-SCW BECAUSE PLAINTIFF IS BEING UNFAIRLY PREJUDICE BY PAYING DUPLICATE FILING FEES FOR IDENTICAL CLAIMS IN CASE # 15-CV-00126 NJR-DGW WHICH PLAINTIFF IS STILL CURRENTLY FOR

WHEREFORE REQUEST FILING FEES BE VACATE IN CASE # 16-CV-00248-SMY-SCW AND PLAINTIFF ONLY HAS TO PAY ONE FILING FEE FOR IDENTICAL CLAIMS

RESPECTFULLY SUBMITTED

*Ron Smith*

RONALD SMITH #R07226
2500 ROUTE 99 SOUTH
MOUNT STERLING ILL. 62353

**Olson, Michele**

| | |
|---|---|
| **From:** | ilsd_nef@ilsd.uscourts.gov |
| **Sent:** | Thursday, February 25, 2016 10:04 AM |
| **To:** | ilsd_nef@ilsd.uscourts.gov |
| **Subject:** | Activity in Case 3:15-cv-00126-NJR-DGW Smith v. Butler et al Order on Report and Recommendations |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

### U.S. District Court

### Southern District of Illinois

**Notice of Electronic Filing**

The following transaction was entered on 2/25/2016 at 10:03 AM CST and filed on 2/25/2016

**Case Name:** Smith v. Butler et al
**Case Number:** 3:15-cv-00126-NJR-DGW
**Filer:**
**WARNING: CASE CLOSED on 02/25/2016**
**Document Number:** 50

**Docket Text:**
ORDER ADOPTING [40] Report and Recommendations and GRANTING [26] Motion for Summary Judgment. This case is DISMISSED without prejudice for failure to exhaust administrative remedies. Signed by Judge Nancy J. Rosenstengel on 2/25/16. (klh2)

**3:15-cv-00126-NJR-DGW Notice has been electronically mailed to:**

Lisa A. Cook   lcook@atg.state.il.us, bmyers@atg.state.il.us, ktrumbull@atg.state.il.us, kwerth@atg.state.il.us, MABecker@atg.state.il.us, stravis@atg.state.il.us

Robert L. Fanning   rfanning@atg.state.il.us, bmyers@atg.state.il.us, ddesalle@atg.state.il.us, ktrumbull@atg.state.il.us, kwerth@atg.state.il.us, mabecker@atg.state.il.us

**3:15-cv-00126-NJR-DGW Notice has been delivered by other means to:**

Ronald Smith
R07226
WESTERN ILLINOIS CORRECTIONAL CENTER
2500 Route 99 South
Mount Sterling, IL 62353

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1047403380 [Date=2/25/2016] [FileNumber=3289995-0
] [acedd88a9bfb60f0295c247a8975a116941cccaebe5a8ee232014a9bc4aa4e35fe
576c417985bfecfe3a7467ccb42686a51c5874c4e3878025eeb1708bc4993]]

1

**From:** ilsd_nef@ilsd.uscourts.gov
**Sent:** Monday, April 11, 2016 4:24 PM
**To:** ilsd_nef@ilsd.uscourts.gov
**Subject:** Activity in Case 3:15-cv-00126-NJR-DGW Smith v. Butler et al Order on Motion to Clarify

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Illinois**

**Notice of Electronic Filing**

The following transaction was entered on 4/11/2016 at 4:23 PM CDT and filed on 4/11/2016

**Case Name:** Smith v. Butler et al
**Case Number:** 3:15-cv-00126-NJR-DGW
**Filer:**
**WARNING: CASE CLOSED on 02/25/2016**
**Document Number:** 53(No document attached)

**Docket Text:**
ORDER GRANTING [52] Motion to Clarify. If Plaintiff wishes to refile his claims, he must open a new case. He cannot refile his claims by simply filing an amended complaint in this case. If Plaintiff chooses to open a new case, he should reference this case (15-cv-126-NJR-DGW), this Order, and the Order entered on February 25, 2016 (Doc. 50) in his complaint and ask that the new case be assigned to the undersigned district judge and Magistrate Judge Wilkerson in order to promote judicial economy and avoid the unnecessary duplication of efforts. Signed by Judge Nancy J. Rosenstengel on 4/11/16. (klh2) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED.

**3:15-cv-00126-NJR-DGW Notice has been electronically mailed to:**

Lisa A. Cook    lcook@atg.state.il.us, bmyers@atg.state.il.us, kturnbull@atg.state.il.us, kwerth@atg.state.il.us,
MABecker@atg.state.il.us, stravis@atg.state.il.us

Robert L. Fanning    rfanning@atg.state.il.us, bmyers@atg.state.il.us, ddesalle@atg.state.il.us, kwerth@atg.state.il.us,
kturnbull@atg.state.il.us, mabecker@atg.state.il.us

1

**3:15-cv-00126-NJR-DGW Notice has been delivered by other means to:**

Ronald Smith
R07226
WESTERN ILLINOIS CORRECTIONAL CENTER
2500 Route 99 South
Mount Sterling, IL 62353

2