# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

EAST ST. LOUIS DIVISION

RONALD SMITH

Plaintiff(s)

vs.

GODINEZ ET AL

Defendant(s)

Case Number: 3:16-CV-00248 ~~SMY~~ SMY-SCW

## MOTION FOR RECRUITMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1. I, RONALD SMITH _____, am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in this case, I am unable to afford the services of an attorney, and I ask the Court to recruit counsel to represent me in this case. I understand that the Court will attempt to recruit counsel to represent me only if certain criteria are met.

2. I have tried to find an attorney to take my case by doing the following: (Describe in detail everything you have done to try to get an attorney to take your case so the judge can determine whether you have made a reasonable effort to obtain representation and attach copies of any documents which show you have tried to find an attorney – use additional pages if necessary.)

   In spite of my efforts, I have been unable to find an attorney, because: MANY ATTORNEYS DO NOT WANT TO REPRESENT INMATES IN I.D.O.C BECAUSE OF NO INCENTIVE ON MONEY THEY WILL MAKE DUE TO P.L.RA

3. Check the appropriate box:
   [✓] I am not now, and previously have not been, represented by an attorney recruited or appointed by the Court in this or any other civil or criminal case before this Court.
   [ ] I am now, or previously have been, represented by an attorney recruited or appointed by the Court in the case(s) described on the next page.

4. Check the appropriate box:
   - [ ] I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.
   - [✓] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.
   - [ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5. The highest level of education I have completed is (check appropriate box):
   - [✓] Grade school only
   - [ ] Some high school
   - [ ] High school graduate
   - [ ] Some college
   - [ ] College graduate
   - [ ] Post-graduate

6. I believe that I am not able to represent myself, because
   - [ ] English is not my primary language (**check only if applicable**); and/or
   - [ ] I cannot speak, write, and/or read English very well because (**check only if applicable** and explain):
   - [✓] Other (please explain): Complexity of case, going up against Attorney General who has been practicing law longer

7. Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet):

8. As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary):

Assigned Judge: _____  Case Number: _____
Case Title: _____
Attorney Name: _____
If this case is still pending, please check box [ ]

Assigned Judge: _____  Case Number: _____
Case Title: _____
Attorney Name: _____
If this case is still pending, please check box [ ]

I declare under penalty of perjury that the foregoing is true and correct.

_____
Movant's Signature

4/20/16
Date

2500 Route 99 South
Street Address

Mount Sterling, Ill. 62353
City, State, Zip