IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | J. Staci M. Yandle |
| Defendants. | ) ) | Mag. J. Stephen C. Williams |

**PARTIES' JOINT MOTION FOR ENTRY OF
<u>QUALIFIED PROTECTIVE ORDER</u>**

Plaintiffs, by and through their attorneys, Loevy & Loevy and the Uptown People's Law Center, and Defendants, by and through their attorneys, the Office of the Illinois Attorney General, respectfully request that this Court enter their proposed Qualified Protective Order. In support of their motion, the parties state as follows:

1. The parties expect that discovery in this case will require the production and exchange of medical records for Plaintiffs and other witnesses. These records will likely include protected health information (PHI), as that term is used in the Health Insurance Portability and Accountability Act (HIPAA).

2. Specifically, PHI includes but is not limited to: (a) health information relating to the past, present, or future physical or mental condition of an individual, (b) the provision of care to an individual, or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3. Under Rule 26(c) of the Federal Rules of Civil Procedure, the Court may enter a qualified protective order to prohibit public dissemination of discovery materials upon good cause shown. *See, e.g., Seattle Times co. v. Rhinehart*, 467 U.S. 20, 33–34 (1984); *Jepson, Inc. v. Makita Elec. Works, Ltd.*, 30 F.3d 854, 858 (7th Cir. 1994). The parties agree that good cause exists to enter a qualified protective order protecting the PHI of various Plaintiffs, Defendants, and/or witnesses that may be produced in this case.

4. The parties have agreed on a qualified protective order, which the parties will be submitting simultaneously with the filing of this motion, in accordance with the local rules of the Southern District of Illinois and Section 2.10 of the CM/ECF User's Manual.

Wherefore, the parties respectfully request that this Court enter their proposed Qualified Protective Order.

                        Respectfully submitted,

                        /s/ Sarah Grady
                        Sarah Grady
                        Attorney for Plaintiff

Mike Kanovitz
Sarah Grady
LOEVY & LOEVY
312 North May St., Suite 100
Chicago, IL 60607
(312) 243-5900

Alan Mills
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan
Chicago, IL 60640
(773) 769-1411

/s/ Lisa Cook
Lisa Cook
Attorney for Defendants


Lisa Cook
Robert Fanning
OFFICE OF THE ATTORNEY GENERAL OF ILLINOIS
500 South Second Street
Springfield, IL 62706
(217) 782-2077

## **CERTIFICATE OF SERVICE**

      I, Sarah Grady, an attorney, certify that on April 29, 2016, I caused the foregoing Parties' Joint Motion for Entry of Qualified Protective Order to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

      Respectfully submitted,

      /s/ Sarah Grady
      Sarah Grady
      Attorney for Plaintiff