Mrs. Honorable Judge Staci M. Yandle,

   Hello, my name is Branon Brooks. I just wanted to introduce myself
to you no that you are the presiding Judge on my case. For the last
2 years now I have been just trying to settle this matter out of court.
I'm not tring to waste your time or anyone else's. I truely understand
that I broke the law and I am here to pay my debt to society. I accept
my punishment and I have learned from my mistakes in life finally.
I'm not tring to get rich quick by using the system, not to say that
I don't care about the money lets be real, but thats not why I am here
right now. I'm here because the people that you guys entrust to keep
us safe and hold at a higher standard mistreat us everyday!! They
violate our civil and constitutional rights everyday! So this case is
not just for me it's for everybody here that wants to do better in life
but they are overwhelmed with constant fear and anxiety due to the fact
that the C/O's do whatever they want to do to them. This behavior from
the C/O's start with the adminastration. There are no checks and bal-
ances here. The grievance system is highly flawed, and when we report
something of misconduct to their superior's nothing happens. So basic-
lly prisons are a ticking time bomb, because if no one does anything
soon to start holding them accountable for their actions then these
prison's will get violent. Right now most of the problems that are
caused in these prisons are by the C/O's. Most of all inmates understand
that this is their world, we are just in it for the time being. They
go out of their way to start problems with us. This may sound unreal
but it is very true.
   I go home August 5th, 2016. When I came here I had no anxiety or
mental health problems. How I can barely sleep! I check under my door
ever day for razor blades or whatever. I just know that all of this
could have been avioded if the C/O's would have done there job. I was
on the Hill in Menard which is a Medium Security Unit. The C/O's know
that fights barely even happen up there. Let alone the need for a shank.
I lost everythin I owned the day before they put me in seg due to a
E-F4 tornado that hit Harrisburg, Il in 2012. I was very unstable and
I still am some what. I can function but... I can't even explain it,
and it's like every time I have to write a motion or letter about it
I relive it and I'm so tired of it!
   What I'm tring to say is that I fit the standard to meet Sandin vs.
Conner. And I was retaliated against for writing grievances and letters
about it. I didn't just create this out of nowhere! I may not have the
Att. General on my side to litigate for me but I have the truth. I am
ready and willing to settle this matter if you can help me out. I'm not
asking for all that money in the relief. I will be humbled to accept
$1oo.00 a day for everyday I spent in Segergation and in Menards Max
prison, plus all court cost and I.D.O.C fees, filing fees paid.
   This case can be dropped and unplubished or whatever. I go home in 56
day's, I just want them to know that they should be held accccuntable
for their actions, and that with great power like the power they have
over peoples lives should be handled with great responsibility.
   Thank You for your time Your Honor. It is greatly apreciated.


                         Sincerely,

                         Brandon Brooks


Brandon Brooks
BRANDON BROOKS
   B#86580
251 N. Highway 37
Ina, Il 62846

Brandon Hill Brooks
B86580
231 N. Highway 37
Ina, Ill 62846

**LEGAL MAIL**

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004266687
$ 00.46⁵
JUN 09 2016
MAILED FROM ZIP CODE 62846
2012321928   C009

Judge Mrs. Staci M. Yandle
United States Courthouse
301 W. Main St.
Benton, Ill 62812