IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| DEMETRIUS ROSS, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 15 C 0309 |
| GREG GOSSETT, et al., ) ) | |
| Defendants. ) | Honorable Staci M. Yandle |

**PLAINTIFF TOLLIVER'S RESPONSE TO DEFENDANT ILLINOIS DEPARTMENT OF CORRECTIONS' MOTION TO DISMISS**

Plaintiff Jonathan Tolliver, through his undersigned counsel, respectfully responds in non-opposition to Defendant Illinois Department of Corrections ("IDOC")'s Motion to Dismiss (Docket No. 146). In support, he states:

1. Defendant IDOC has moved to dismiss claims brought against it by Plaintiff Jonathan Tolliver in Case No. 16-130.

2. Plaintiff Tolliver hereby informs the Court that he does not oppose IDOC's motion (Docket No. 146).

Respectfully submitted,

/s/ Ruth Brown
Ruth Brown
Attorney for Plaintiff

Jon Loevy
Mike Kanovitz
Ruth Brown
Sarah Grady

LOEVY & LOEVY
312 North May St., Suite 100
Chicago, IL 60607

Alan Mills
Nicole Schult
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan Rd.
Chicago, IL 60640

## CERTIFICATE OF SERVICE

    I, Ruth Brown, an attorney, certify that on June 16, 2016, I served the foregoing Plaintiff Tolliver's Response to Defendant Illinois Department of Corrections' Motion to Dismiss on all counsel of record via the CM/ECF filing system.

                                              /s/ Ruth Brown
                                              Ruth Brown
                                              Attorney for Plaintiff