IN THE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS.

United States District Court                            Edward Tenney, A-73555

P.O. Box 249                                            Menard Corr. CTR.

East St. Louis, Ill. 62202.                             711 Kaskaskia St.

                                                        P.O. Box 1000

                                                        Menard, Ill. 62259.

SCANNED AT MENARD and E-mailed
8-3-16  by  JC   3  pages
 date     initials  No.

August 3, 2016.

RE: Ross v. Gossett, #15-CV-309-SMY-SCW / Tenney v. Baldwin, et. al,
                                              # 3:16-CV-00115-SMY-TJK.

Dear Clerk of the Court:

On May 12, 2016 my case Tenney v. Baldwin, et. al. # 3:16-CV-00115-SMY-TJK, was consolidated with Ross v. Gossett, Case No. 15-CV-309-SMY-SCW. I would like a copy of his complaint and any motions filed and answered.

As a consolidated Plaintiff I should have a right to have these petitions.

If this request needs to be construed as a motion for the judge to decide, please construe this as a motion.

I am an indigent prisoner under forma pauperis.

Also I need to know the status of the combined cases, I presume a docket sheet should list this.

DATE: AUGUST 3, 2016.

RESPECTFULLY SUBMITTED.
*Edward Tenney*, A-73555
Edward TENNEY, A-73555
Menard Corr. CTR. P.O. Box 1000
MENARD, Ill. 62259.

— DECLARATION under PENALTY of PERJURY —

PURSUANT TO 735 ILCS 5/1-109 And 28 U.S.C. 1746, THAT I DECLARE under The PENALTY of Perjury, THAT I AM THE NAMED PARTY in The Foregoing DECLARATION, And THE information Herein is TRUE And CorrecT To The BEST of my Knowledge And Belief.

Signed on This 3rd day of AUGUST, 2016.

Respectfully Submitted
*Edward Tenney*, A-73555
Edward TENNEY, A-73555
Menard Corr. CTR. P.O. Box 1000
Menard, Ill. 62259.

Gregson, Shane

| | |
|---|---|
| From: | ilsd_nef@ilsd.uscourts.gov |
| Sent: | Thursday, May 12, 2016 2:45 PM |
| To: | ilsd_nef@ilsd.uscourts.gov |
| Subject: | Activity in Case 3:16-cv-00115-SMY-PMF Tenney v. Baldwin et al Order Referring Case to Magistrate Judge |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## U.S. District Court

### Southern District of Illinois

**Notice of Electronic Filing**

The following transaction was entered on 5/12/2016 at 2:44 PM CDT and filed on 5/12/2016

**Case Name:** Tenney v. Baldwin et al
**Case Number:** 3:16-cv-00115-SMY-PMF
**Filer:**
**Document Number:** 16

**Docket Text:**
ORDER REFERRING CASE to Magistrate Judge Philip M. Frazier. IT IS FURTHER ORDERED that this case shall be CONSOLIDATED with Ross v. Gossett, Case No. 15-cv-309-SMY-SCW for all further proceedings. Ross v. Gossett shall be the lead case. All future pleadings shall be filed in Ross v. Gossett and contain case number 15-cv-309-SMY-SCW. The Clerk of Court is DIRECTED to let the record in Ross v. Gossett reflect this consolidation. Signed by Judge Staci M. Yandle on 5/12/2016. (tjk)

3:16-cv-00115-SMY-PMF Notice has been electronically mailed to:

3:16-cv-00115-SMY-PMF Notice has been delivered by other means to:

Edward Tenney
A73555
MENARD CORRECTIONAL CENTER
711 Kaskaskia Street
PO Box 1000
Menard, IL 62259

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a