To: Judge Mrs. Yandle

From: Brandon L. Brooks

RE: Change of Address

Case No. 13-cv-927-SMY

Case No. 15-cv-1060-SYM

### SUBJECT

I am currently incarcerated at the Big Muddy CorrectionalCenter located 251 N. Il. Highway 37 Ina, Il 62846. I have the above case number suits in your court. I am trying to notify you of my address change. My new address is:

Brandon Brooks

1159 E. Walnut st. (w)

Carbondale, Il 62901

Thank You so much for your time and assistance.

Sincerely,

*Brandon Brooks*

FILED

AUG 04 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Brandon [illegible]
31 N. IL Highway 37
[illegible], IL 62846

**LEGAL MAIL**

IDOC 298132T829

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS

MAIL CLEARED
IS APPROVED

Judge M.W. Staci Yandle
U.S. District Court
301 W. Main St
Benton, IL 62812

UNITED STATES POSTAGE
02 1M
000 4266668
$00.455
JC01 2016
MAILED FROM ZIPCODE 62846