UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ROSS,
            Plaintiff

CASE NO. 15-C-309-SMY-SCW

SCANNED AT MENARD and E-mailed
8-18-16  by  JC     2    pages
    date        Initials   No.

V.

GOSSETT
        DEFENDANT

PLAINTIFF-JONATHAN TOLLIVER'S MOTION TO SEVER HIS CASE (16-C-0130-SMY-PMF) FROM THE ROSS v. GOSSETT CLASS ACTION LAW SUIT...

NOW COMES PLAINTIFF WHO IS A CLASS MEMBER OF THE NAMED LITIGATION ROSS v. GOSSETT ASKING THIS HONORABLE COURT TO SEVER HIS LITIGATION/COMPLAINT FROM BEING A PART OF THE ROSS v. GOSSETT LAWSUIT.

1.) PLAINTIFF WROTE COUNSEL TO SEE WHERE THE LITIGATION WAS (STATUS) + A CALL WAS SET UP BY PLAINTIFF'S COUNSEL OF RECORD, WHERE MR. TOLLIVER WAS INFORMED THAT THEY WOULD NOT BE ABLE TO FULLY REPRESENT HIM FOR THE ISSUES THAT SHOW HOW HE WAS HARMED + SUBJECTED TO EXCESSIVE FORCE.

(1.)

2.) If the Attorney that Represents the Class can't Represent Plaintiff Like They Are suppose to Represent a Class, Then Plaintiff's Claims should be Allowed to be Severed from This Lawsuit Ross v. Gossett so That He can Pursue His own Damages Claims & Injuntive Relief.

3.) The Attorneys In the Ross v. Gossett case had Time to Gather Evidence pertaining to policies & procedures & They were Able to obtain the Names of Tact (Orange Crush) Team Members Plaintiff wasn't Able to obtain the Name of John Doe Defendant so He (plaintiff) won't make the 9/2/16 Deadline to Amend His other complaint to Add the Name of John Doe Defendant.

Wherefore for the Reasons Listed Plaintiff Jonathan Tolliver Asks This Honorable court to Sever His complaint from the Ross v. Gossett Lawsuit & Incorporate it Back Into The Jonathan Tolliver v. Wexford Health Sources Inc. Et Al., 16-C-0130-SMY-PMF Case & Whatever else it deems Just & Necessary.

Dated: 8-16-16                              Jonathan Tolliver #R-03836

                                            x Jonathan Tolliver
                                                  Signature

                                            P.O. Box 1000
                                            Menard, ILo 62259
                                                (2.)