IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST St. LOUIS DIVISION

| | |
|---|---|
| DEMETRIUS ROSS, #K-52284, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 15-309 |
| ) | |
| GREG GOSSETT, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COME the following Defendants, ADAMS, ROBERT; ALBRECHT, STEVE; ANDERSON, PAT; ANDERTON, KHOREY; ANKROM, BRENDAN; ARNETT, SARAH; AUSBROOK, BRADLEY; BAILEY, BRYAN; BAILEY, GENE; BAILLIEZ, SHAWN; BAUGHMAN, MIKE; BAYLON, DEREK; BAYLOR, RANDY; BEASLEY, STEPHANIE; BERRY, NATHAN; BOTTRELL, ANDREW; BOWERS, MARK; BOWERS, MIKE; BOYD, LARRY; BRACE, HUBERT; BRANT, CHRISTOPHER; BROOKS, KYLE; BROWN, DOUGLAS; BROWN, KENNY; BRUCE, JAMES; BUCCO, DENNIS; BUCHANAN, ZACHARIAH; BUTLER, KIM; CALES, CHRISTOPHER; CAMPBELL, AARON; CARON, CHASE; CARTER, FREDRICK; CARTER, JARROD; CARTWRIGHT, KEVIN; CISSELL, JAMES; CLARK, BRADLEY; CLARY, ETHAN; COGDAL, VINCENT; COMPTON, CHARLES; CONKLIN, NICK; CONRAD, STEVEN; CONRAD, TIMOTHY; COTTON, DAWAYNE; CRADDOCK, ANGELA; CURRY, JOSH; DAMS, JASON; DAVIS, BENNY; DAVIS, RYAN; DEAN, MICHAEL; DEES, MATT; DEGROOF, RENE; DERENZY, DREW; DILG, DWIGHT; DIRCKS, JUSTIN; DONJON, KYLE; DORETHY, ROBERT; DUNCAN, STEPHEN; EASTON, BRYAN; EBERS, SCOTT; ECKELBERRY, JUSTIN; ELDRIDGE, OLIN; ELLINGER, LISA; ELLIOT, BLAKE; ENGELAGE, JUSTIN; ENGELAGE, WESLEY; ENGLISH, DAVID; EOVALDI, FRANK; FINNEY, KENETH; FLUDER, MATT; FRANCE, JOSEPH; FRICKE, CHARLES; FURLOW, JASON; GANGLOFF, ANDREW; GINDER,

JASON; GLADNEY, EDWIN; GOBLE, MAURY; GOSNELL, JAMES; GOSSETT, GREG; GREGSON, SHANE; GUETERSLOH, BRIAN; HAMILTON, AKEEM; HAMMERS, JUSTIN; HANKS, MARK; HARMON, DUSTIN; HARPER, JERRY; HARRINGTON, NOBLE; HARRIS, KENDALL; HARRIS, RICHARD; HEIMAN, TRACY; HEPP, JOEL; HERMETZ, DAVID; HERZOG, BRADLEY; HIRCH, KEVIN; HOLDER, DAVID; HOUGH, SETH; HOWELL, SHAYNE; HUGHEY, KYLE; HUGHEY, WILLIAM; HUNTER, BRANDON; JENKINS, CURTIS; JENKINS, MARCUS; JESTER, JASON; JOHNSON, BRAD; JOHNSON, JAMES; JOHNSON, JUSTIN; JOHNSON, KEVIN W.; JONES, ANTHONY; JONES, JOHN; JONES, MICHAEL; JONES, TYLER; KAMP, ROBERT; KIDD, JEFFREY; KOCH, JOHN; KRAMMER, ERIK; KULICH, BRIAN; LAMB, SCOTT; LAMINACK, MICHAEL; LAMPLEY, NICHOLAS; LEWIS, BEN; LINE, DOUG; LIVINGSTON, BRIAN; LLOYD, BRANDON; LLOYD, JAMES; LOCKHART, ALEXANDER; LOHNES, NICK; LUKER, CHRISTOPHER; MARAGNI, JOHN; MARTIN, DALE; MASON, DOUG; MASSEY, KYLE; MAYS, ANDREW; MCALLISTER, TIMOTHY; MCBRIDE, JEREMY; MCCANN, RAY; MCCORMICK, WALTER; MCMILLAN, JAY; MENNERICH, LUCAS; MIGERON, JASON; MILAM, JACOB; MOHR, JOHN; MOLL, ALEX; MONICAL, DALE; MONROE, WESLEY; MORRILL, CANDUCE; MORRIS, JASON; MOSER, ANDREW; MULLIN, DAN; MYERS, WILLIAM; NALLEY, NICK; OCHS, TRAVIS; PARKER, LEE; PASSMORE, ROBERT; PATTERSON, JEREMIAH; PHELPS, ANDY; PHILLIPS, JARED; PIPER, BRIAN; PORTER, KENNY; PROVENCE, LARRY; PULLIAM, DONALD ; RALSTON, TRENT; RENK, RORY; RESTOFF, JOHN; RICHARD, STEVEN; RIGDON, JAMES; RIVETT, ROBERT; ROECKEMAN, ZACH; ROWLAND, TREVOR; SAPPINGTON, CHAD; SAWYER, STEPHEN; SCOTT, MINH; SENN, ANTHONY; SHEHORN, SAMUEL; SHELTON, ERIC; SIMMONS, MITCH; SKAGGS, JAMIE; SMITH, DEREK; SMITH, KENNETH; SMITH, RANDY; SMITH, SHANE; STARK, GARY; STEIN, CALLY; STOLWORTHY, DONALD; STUCK, THOMAS (BRAD); STUFFLEBEAM, MIKE; TANNER, JERRY; TATE, SIERRA; TAYLOR, SAM; THOMPSON,

ASHLEY; THOMPSON, FRANK; THOUSAND, TAMMY; TRIBBLE, MATTHEW; WALLJASPER, CAYD; WALSH, ROBERT; WARD, NATHAN; WATERS, RENE; WATKINS, JAMES; WEBER, ERIC; WENZEL, ERIC; WESTERMAN, AARON; WILCOXEN, STEVE; WILLIS, DALLAS; WILSON, BRICE; WINKA MATTHEW; WINTERS, CARSON; WISE, LANCE; WITTHOFT, JERRY; YONAKA, BRAD; YURKOVICH, JOSEPH; ZANG, CALEB; ZIEGLER, RYAN; and ZOLLARS, JASON; by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 6(b), hereby file the Second Motion for Extension of Time of 14 days, up to and including September 9, 2016, to respond to the Plaintiff's Discovery Requests, stating as follows:

1. Plaintiff, Demetrius Ross, brings the instant suit pursuant to 42 U.S.C. §1983 alleging violations of his Constitutional rights at Illinois River Correctional Center.

2. Plaintiff has served both a First and Second Set of Interrogatories on Defendants Joseph Yurkovich, Donald Stolworthy, Greg Gossett, Zach Roeckeman, Stephen Duncan, Kim Butler, T.J.Swarts, Jerry Witthoft, David Hermetz, Kevin Cartwright, Bradley Clark, Scott Ebers, Andrew Bottrell, and Frank Eovaldi, along with a Second Request for Production of Documents upon all 211 Defendants.

3. Responses to the discovery requests are currently due on August 26, 2016. Due to the scope of the requests, the number of Defendants, and the heavy workload of the undersigned, these discovery requests require additional time for the undersigned to review and properly respond to the outstanding discovery.

4. Plaintiff's counsel indicated no objection to an additional 14 days for Defendants to respond to the outstanding discovery requests.

5. Defendants request an additional 14 days up to and including September 9, 2016, to respond to said discovery requests.

6. The instant motion is made in good faith and not for purposes of undue delay.

WHEREFORE, for the above and forgoing reasons, Defendants respectfully request that this Honorable Court grant Defendants' motion for extension of time.

                        Respectfully submitted,

                        ROBERT ADAMS, et al.,

                            Defendants,

                        LISA MADIGAN, Attorney General
                        for the State of Illinois,

                            Attorney for Defendants,

Robert L. Fanning #6296345
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-2077                 BY:    <u>s/ Robert L. Fanning</u>
                                                    Robert L. Fanning
                                                    Assistant Attorney General

## CERTIFICATE OF SERVICE
### No. 15-309

I hereby certify that on August 26, 2016, I electronically filed Defendants' Motion for Extension of Time, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah Grady, Mike Kanovitz
and Jon Loevy
Loevy & Loevy
312 North May St., Suite 100
Chicago, IL.   60607
(312) 243-5900
jon@loevy.com
mike@loevy.com
sarah@loevy.com

Alan Mills and Nicole Schult
Uptown People's Law Center
4413 North Sheridan Rd.
Chicago, IL.   60640
(773) 769-1410
alanmills@comcast.net

    s/ Robert L. Fanning
Robert L. Fanning #6296345
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 782-2077 Phone
(217) 782-8767 Fax
E-Mail: rfanning@atg.state.il.us

5