IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, #K-52284, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 15-309-SMY-SCW |
| | ) | |
| GREG GOSSETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Defendants, ADAMS, ROBERT; ALBRECHT, STEVE; ANDERSON, PAT; ANDERTON, KHOREY; ANKROM, BRENDAN; ARNETT, SARAH; AUSBROOK, BRADLEY; BAILEY, BRYAN; BAILEY, GENE; BAILLIEZ, SHAWN; BAUGHMAN, MIKE; BAYLON, DEREK; BAYLOR, RANDY; BEASLEY, STEPHANIE; BERRY, NATHAN; BOTTRELL, ANDREW; BOWERS, MARK; BOWERS, MIKE; BOYD, LARRY; BRACE, HUBERT; BRANT, CHRISTOPHER; BROOKS, KYLE; BROWN, DOUGLAS; BROWN, KENNY; BRUCE, JAMES; BUCCO, DENNIS; BUCHANAN, ZACHARIAH; BUTLER, KIM; CALES, CHRISTOPHER; CAMPBELL, AARON; CARON, CHASE; CARTER, FREDRICK; CARTER, JARROD; CARTWRIGHT, KEVIN; CISSELL, JAMES; CLARK, BRADLEY; CLARY, ETHAN; COGDAL, VINCENT; COMPTON, CHARLES; CONKLIN, NICK; CONRAD, STEVEN; CONRAD, TIMOTHY; COTTON, DAWAYNE; CRADDOCK, ANGELA; CURRY, JOSH; DAMS, JASON; DAVIS, BENNY; DAVIS, RYAN; DEAN, MICHAEL; DEES, MATT; DEGROOF, RENE; DERENZY, DREW; DILG, DWIGHT; DIRCKS, JUSTIN; DONJON, KYLE; DORETHY, ROBERT; DUNCAN, STEPHEN; EASTON, BRYAN; EBERS, SCOTT; ECKELBERRY, JUSTIN; ELDRIDGE, OLIN; ELLINGER, LISA;

ELLIOT, BLAKE; ENGELAGE, JUSTIN; ENGELAGE, WESLEY; ENGLISH, DAVID; EOVALDI, FRANK; FINNEY, KENETH; FLUDER, MATT; FRANCE, JOSEPH; FRICKE, CHARLES; FURLOW, JASON; GANGLOFF, ANDREW; GINDER, JASON; GLADNEY, EDWIN; GOBLE, MAURY; GOSNELL, JAMES; GOSSETT, GREG; GREGSON, SHANE; GUETERSLOH, BRIAN; HAMILTON, AKEEM; HAMMERS, JUSTIN; HANKS, MARK; HARMON, DUSTIN; HARPER, JERRY; HARRINGTON, NOBLE; HARRIS, KENDALL; HARRIS, RICHARD; HEIMAN, TRACY; HEPP, JOEL; HERMETZ, DAVID; HERZOG, BRADLEY; HIRCH, KEVIN; HOLDER, DAVID; HOUGH, SETH; HOWELL, SHAYNE; HUGHEY, KYLE; HUGHEY, WILLIAM; HUNTER, BRANDON; JENKINS, CURTIS; JENKINS, MARCUS; JESTER, JASON; JOHNSON, BRAD; JOHNSON, JAMES; JOHNSON, JUSTIN; JOHNSON, KEVIN W.; JONES, ANTHONY; JONES, JOHN; JONES, MICHAEL; JONES, TYLER; KAMP, ROBERT; KIDD, JEFFREY; KOCH, JOHN; KRAMMER, ERIK; KULICH, BRIAN; LAMB, SCOTT; LAMINACK, MICHAEL; LAMPLEY, NICHOLAS; LEWIS, BEN; LINE, DOUG; LIVINGSTON, BRIAN; LLOYD, BRANDON; LLOYD, JAMES; LOCKHART, ALEXANDER; LOHNES, NICK; LUKER, CHRISTOPHER; MARAGNI, JOHN; MARTIN, DALE; MASON, DOUG; MASSEY, KYLE; MAYS, ANDREW; MCALLISTER, TIMOTHY; MCBRIDE, JEREMY; MCCANN, RAY; MCCORMICK, WALTER; MCMILLAN, JAY; MENNERICH, LUCAS; MIGERON, JASON; MILAM, JACOB; MOHR, JOHN; MOLL, ALEX; MONICAL, DALE; MONROE, WESLEY; MORRILL, CANDUCE; MORRIS, JASON; MOSER, ANDREW; MULLIN, DAN; MYERS, WILLIAM; NALLEY, NICK; OCHS, TRAVIS; PARKER, LEE; PASSMORE, ROBERT; PATTERSON, JEREMIAH; PHELPS, ANDY; PHILLIPS, JARED; PIPER, BRIAN; PORTER, KENNY; PROVENCE, LARRY; PULLIAM, DONALD; RALSTON, TRENT; RENK, RORY; RESTOFF, JOHN; RICHARD, STEVEN;

RIGDON, JAMES; RIVETT, ROBERT; ROECKEMAN, ZACH; ROWLAND, TREVOR; SAPPINGTON, CHAD; SAWYER, STEPHEN; SCOTT, MINH; SENN, ANTHONY; SHEHORN, SAMUEL; SHELTON, ERIC; SIMMONS, MITCH; SKAGGS, JAMIE; SMITH, DEREK; SMITH, KENNETH; SMITH, RANDY; SMITH, SHANE; STARK, GARY; STEIN, CALLY; STOLWORTHY, DONALD; STUCK, THOMAS (BRAD); STUFFLEBEAM, MIKE; TANNER, JERRY; TATE, SIERRA; TAYLOR, SAM; THOMPSON, ASHLEY; THOMPSON, FRANK; THOUSAND, TAMMY; TRIBBLE, MATTHEW; WALLJASPER, CAYD; WALSH, ROBERT; WARD, NATHAN; WATERS, RENE; WATKINS, JAMES; WEBER, ERIC; WENZEL, ERIC; WESTERMAN, AARON; WILCOXEN, STEVE; WILLIS, DALLAS; WILSON, BRICE; WINKA MATTHEW; WINTERS, CARSON; WISE, LANCE; WITTHOFT, JERRY; YONAKA, BRAD; YURKOVICH, JOSEPH; ZANG, CALEB; ZIEGLER, RYAN; and ZOLLARS, JASON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, hereby move to substitute counsel.   In support thereof, Defendants state as follows:

1.	Assistant Attorneys General Robert L Fanning and Lisa A. Cook are no longer employed with the Office of the Attorney General.

2.	Assistant Attorney General Susannah J. Price is now assigned to represent the above named defendants in this matter and has entered her appearance for these individuals.

3.	It is requested that Assistant Attorney General Susannah J. Price be substituted as counsel for the Defendants listed herein, and that former Assistant Attorneys General Robert L. Fanning and Lisa A. Cook be terminated and removed from the Court's service list as counsel for the Defendants listed herein.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this honorable Court allow the substitution of Assistant Attorney General Susannah J. Price for former

Assistant Attorneys General Robert L Fanning and Lisa A. Cook and that former Assistant Attorneys General Robert L. Fanning and Lisa A. Cook be terminated and removed from the service list as counsel for the Defendants listed herein.

                                          Respectfully submitted,

                                          ROBERT ADAMS, et al.,

                                               Defendants,

| | |
|---|---|
| Susannah J. Price, #6316973 | LISA MADIGAN, Illinois Attorney General, |
| Assistant Attorney General | |
| 500 South Second Street | Attorney for Defendants, |
| Springfield, Illinois   62701 | |
| (217) 557-7081 Phone | By:   s/Susannah J. Price |
| (217) 524-5091 Fax | SUSANNAH J. PRICE |
| Email: sjprice@atg.state.il.us | Assistant Attorney General |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| DEMETRIUS ROSS, #K-52284, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 15-309-SMY-SCW |
| ) | |
| GREG GOSSETT, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2016, the foregoing document, *Motion to Substitute Counsel,* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah Grady          sarah@loevy.com

Mike Kanovitz        mike@loevy.com

Jon I. Loevy         jon@loevy.com

Alan Mills           alanmills@comcast.net

Respectfully Submitted,

  s/ Susannah J. Price
Susannah J. Price, #6316973
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 557-7081 Phone
(217) 524-5091 Fax
E-Mail:  sjprice@atg.state.il.us