**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Judge Staci M. Yandle |
| Defendants. | ) ) | Mag. J. Stephen C. Williams |

**EXHIBIT LIST**

| Exhibit | Description |
|---------|-------------|
| A | Big Muddy River Correctional Center Operations Order (Redacted) |
| B | Illinois River Correctional Center Operations Order (Redacted) |
| C | Lawrence Correctional Center Operations Order (Redacted) |
| D | Menard Correctional Center Operations Order (Redacted) |
| E | Defendants' Privilege Log |
| F | Oct. 14, 2016 Correspondence from Pl.'s Counsel to Defs.' Counsel |

Dated: December 14, 2016