IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEMETRIUS ROSS, on behalf of himself and all others similarly situated, et al.,** ) ) ) | |
| **Plaintiff,** ) ) | |
| ) | Case No.   15-cv-309-SMY-SCW |
| vs. ) ) | |
| **GREG GOSSETT, et al.,** ) ) | |
| **Defendants.** ) | |

## ORDER

**WILLIAMS, Magistrate Judge:**

On February 23, 2017, the Court held a discovery dispute conference relating to three issues: (1) Redactions in certain discovery documents; (2) the scope of email production from the designated supervisory defendants; and (3) whether Defendants should produce personal emails, text messages, and/or social media information from the supervisory defendants.   The Court's findings and rulings made on the record are summarized below.

**1. Redactions:** The Court's view is that if a document, or information within that document, is relevant, the document/information should be produced pursuant to an attorney's eyes only protective order.   The Court notes, however, that a previous related order by this Court is still on appeal to the district judge.   The Court will review the redacted and unredacted documents provided to it.   If it finds the redacted material to be relevant, it will then order production of the documents, unredacted, pursuant to an

attorney's eyes only protective order.   If the redacted information is irrelevant or of little relevance, the Court will not order unredacted production.

**2. Scope of Personal Email Production:**   Plaintiffs shall pick ten (10) supervisory defendants, and those defendants shall produce any relevant emails from March 19, 2015 to present.  Plaintiff's counsel shall work with counsel for Defendants to narrow the burden on Defendants.  Plaintiffs shall provide their list of the ten supervisory employees to Defendants no later than **March 2, 2017**.   After the search is completed, the Court will assess and decide whether to allow more email searches.

**3. Personal emails, texts, and social media:** Plaintiffs are again directed to pick ten (10) (not necessarily the same ten) supervisory defendants, and those defendants shall produce any personal emails, texts, or social media posts/communication relevant to this suit.  Plaintiffs shall provide its list of ten to Defendants no later than **March 2, 2017** as well.   In their responses, Defendants shall indicate whether they have personal email addresses, and if so, how many addresses, as well as, how many cell phones they use to text.  Additionally, the Defendants shall indicate whether they use social media and how many/the type of accounts.

**IT IS SO ORDERED**.
DATED: 2/23/2017

/s/ Stephen C. Williams
STEPHEN C. WILLIAMS
United States Magistrate Judge