IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DEMETRIUS ROSS, #K52284, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 15-309-SMY-SCW |
| | ) |
| GREG GOSSETT, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' WITHDRAWAL OF APPEAL OF
MAGISTRATE'S RULING ON DISCOVERY DISPUTE**

Defendants, Robert Adams, et al., by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, hereby withdraw their Appeal of the ruling of the discovery dispute ruling of Magistrate Judge Stephen C. Williams [ECF # 215]:

1. On November 30, 2016, Defendants filed an appeal of Judge Williams' ruling on a discovery dispute between the parties, in which he ordered defendants to produce the operations orders relevant to this case in an unredacted format, but limited to Attorneys Eyes Only. [ECF # 203].

2. That appeal remains pending.

3. Defendants now withdraw the Appeal.

4. Defendants will comply with the Court's Order to produce the operations orders in an unredacted format to plaintiffs' counsel, to be limited to Attorney's Eyes Only pursuant to the Court's November 21, 2016, order. [ECF # 203].

5. Defendants will comply by March 31, 2017.

6. Defendants file under only Defendant Robert Adams's name on the ECF Filing system for purposes of judicial economy given the large number of defendants, but intend that this withdrawal apply to all defendants who challenged the ruling. [ECF # 215].

WHEREFORE, for the above and foregoing reasons, defendants request this Court make no further ruling on the issue raised in the Defendants' Appeal [ECF # 215], and allow them until March 31, 2017, to comply with the Magistrate Judge's Ruling [ECF # 203].

                                        Respectfully submitted,

                                        ROBERT ADAMS, et al.,

                                            Defendants,

| | |
|---|---|
| Susannah J. Price, #6316973 | LISA MADIGAN, Illinois Attorney General, |
| Assistant Attorney General | |
| 100 W. Randolph St, 13th Floor | Attorney for Defendants, |
| Chicago, Illinois  60601 | |
| (312) 814- 5312 Phone | By:  s/Susannah J. Price |
| (312) 814- 4425 Fax | SUSANNAH J. PRICE |
| Email: sjprice@atg.state.il.us | Assistant Attorney General |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| DEMETRIUS ROSS, #K52284, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 15-309-SMY-SCW |
| ) | |
| GREG GOSSETT, et al., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2017, the foregoing document, *Withdrawal of Appeal of Magistrate's Ruling on Discovery Dispute,* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah Grady          sarah@loevy.com

Mike Kanovitz       mike@loevy.com

Jon I. Loevy          jon@loevy.com

Alan Mills             alanmills@comcast.net

Respectfully Submitted,

  s/ Susannah J. Price
Susannah J. Price, #6316973
Assistant Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois  60601
(312) 814- 5312 Phone
(312) 814- 4425 Fax
E-Mail:  sjprice@atg.state.il.us