## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## PARTIES' JOINT MOTION TO VACATE
## PRETRIAL CONFERENCE AND TRIAL SCHEDULE

Plaintiffs, on behalf of themselves and all others similarly situated, by their attorneys Loevy & Loevy, and Defendants, by their attorneys the Office of the Illinois Attorney General, hereby respectfully request that this Court vacate the current trial schedule in this case until a decision on class certification is made. In support of their motion, the parties state as follows:

1.      This case involves a putative class action on behalf of a class that may include as many as 10,000 prisoners. Dkt. 197 ¶¶ 61-67. There are more than 500 named Defendants. *Id.* at 1-7.

2.      Trial in this case is currently scheduled to begin on March 27, 2018. Dkt. 81. A final pretrial conference is currently scheduled to occur at 9:30 a.m. on March 7, 2018. *Id.*

3.      The parties have worked diligently to collect and produce relevant discovery in this case, including more than thirty-thousand pages of documents and electronically stored information (ESI), which has taken several months to review

and produce. The parties have also worked diligently to schedule and conduct depositions in this case, which continue to occur as discovery proceeds.

4.     Magistrate Judge Williams has closely supervised the parties' progress on this case, holding several telephonic discovery dispute hearings to ensure that the parties continue to work diligently to complete fact discovery. *See, e.g.,* Dkt. 158; Dkt. 202; Dkt. 229; Dkt. 260; Dkt. 274; Dkt. 319; Dkt. 333; Dkt. 410.

5.     Most recently, during a February 23, 2018 discovery dispute conference, the Court set a deadline for Plaintiffs to file their motion for class certification by June 22, 2018. Dkt. 436. The parties anticipate that class certification will be fully briefed by early fall 2018.

6.     Given the upcoming class certification deadline, the parties respectfully request that the Court vacate the March 7, 2018 final pretrial conference and March 27, 2018 trial in this case until after a decision on class certification has been made.

7.     Good cause supports vacating the current trial schedule in this case given the number of parties whose rights may or may not be at stake at trial, depending on the outcome of Plaintiffs' class certification motion. Moreover, because the statute of limitations for unnamed putative class members is tolled until class certification is denied or a putative class members ceases to be part of the class, *Am. Pipe & Constr. Co. v. Utah*, 462 U.S. 345 (1983), putative class members face no prejudice if the Court vacates the current schedule.

WHEREFORE, the parties respectfully request that this Court vacate its trial schedule until a decision on class certification is made.

Respectfully submitted,

/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiffs

Michael Kanovitz
Russell Ainsworth
Scott Rauscher
Sarah Grady
Sam Heppell
Adair Crosley
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

Alan Mills
Nicole Schult
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan Rd.
Chicago, IL 60640
(773) 769-1410

/s/ Emma Steimel
Emma Steimel
Attorney for Defendants

Emma Steimel
Jason Weigand
James Doran
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 West Randolph St., 13th Floor
Chicago, Illinois 60601
(312) 814-5163

## CERTIFICATE OF SERVICE

I, Sarah Grady, an attorney, certify that on February 27, 2018, I caused the foregoing Parties' Joint Motion to Vacate Pretrial Conference and Trial Schedule to be filed using the Court's CM/ECF system, which effected service on all counsel of record.


/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiffs

5