**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

**SUGGESTION OF DEATH UPON THE RECORD
UNDER RULE 25(a)(1)**

      **NOW COMES** Emma Steimel, Assistant Attorney General on behalf of Defendants,

GREG GOSSETT, et al., and hereby suggests to the Court, pursuant to Federal Rule of Civil

Procedure 25, that Plaintiff, Brandon Brooks, is deceased, having died on February 16, 2018.


                           Respectfully submitted,


LISA MADIGAN
Attorney General of Illinois          By:   /s/ Emma Steimel
                                    Emma Steimel
                                    Assistant Attorneys General
                                    100 West Randolph St., 13th Floor
                                    Chicago, Illinois 60601
                                    (312) 814-5163
                                    esteimel@atg.state.il.us

## <u>CERTIFICATE OF SERVICE</u>

I, Emma Steimel, an attorney, certify that on April 19, 2018, I caused the foregoing Suggestion of Death to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

By:     /s/ Emma Steimel
Emma Steimel
Assistant Attorneys General
100 West Randolph St., 13th Floor
Chicago, Illinois 60601
(312) 814-5163
esteimel@atg.state.il.us