IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT - EAST ST. LOUIS DIVISION

(5 pages)

JEFFREY MILLER )
Plaintiffs )
) 16-416
) Case No# 3:16-CV-0046-SMY
)
JOHN R. BALDWIN - ILDOC DIR ET ) STACEY YANDLE
Defendants ) HONORABLE JUDGE PRESIDING
)

LEAVE TO FILE
MOTION FOR WITH RESPECT THE PLEADINGS
AND DISCOVERIES AND LEAVE TO FILE MOTION TO ISSUE
ORDER FOR DEPOSITION FROM THE AGREED ON CONTINUANCE

Now Comes The Plaintiff Jeffrey Miller Respectfully Requesting This Honorable Court To Grant The Above titled Motion. / WITNESSES NO interview / why? Requested Continuance

CLAIM: First and Foremost This Plaintiff is very! very! Grateful And Pleased when Counsel was appointed and still is! This Petitioner in No way intends To frustrate or prolong Discoveries Proceedings in fact Plaintiff Stands Ready To be Deposed. On or About June-22nd 2018 MR. Sam Heppell from Loevy & Loevy And Attorney Gen. Ms? However There was Some discrepencies Concerning me wanting my witnesses interviewed And Deposed Possibly! So A/Request for Continuance Was Agreed upon by Both Attny Gen. Lady And Mr. Heppell & me. I want To Make sure i Let This Honorable Know i did Not Refuse under oat by Ex. A Affidavitt. I Spoke wit Ms. S. Grady June-25-18 She Said A New Deposition was coming? I'm still waiting! (July 15th-2018) So Far Nothing! by /s/ Jeffrey Miller
Signed before me this
7/17/18
Jeffrey Miller
N-90927
Big Muddy C.C
251 N. Illinois Hwy 37
INA, Ill. 62846

OFFICIAL SEAL
JENNIFER L. WILSON
Notary Public - State of Illinois
My Commission Expires 9/15/2020

pg 1 of 5

IN THE
UNITED STATES DIST COURT FOR THE
SOUTHERN DISTRICT - EAST ST. LOUIS DIVISION

| | |
|---|---|
| JEFFREY MILLER<br>Plaintiff/Petitioner | CASE NO. 3:16 CV-00416-SMY |
| Vs. | No. _____ |
| JOHN R. BALDWIN - ILDOC DIR ETC<br>Defendant/Respondents | |

PROOF/CERTIFICATE OF SERVICE - E FILING

TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR SOUTHERN DIST EAST ST. LOUIS DIVISION. 750 MISSOURI AVE EAST ST LOUIS ILL 62201

TO: ~~_____~~

PLEASE TAKE NOTICE that at: 9:35 AM/PM 7/17, 2018, I placed the documents listed below in the institutional mail at BIG MUDDY Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service. Leave To File MOTION WITH Respect To The pleadings/Discoveries And Leave To file MOTION TO ODER Deposition from Agreed upon cont. Affidavitt

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: July-17-2018

/s/ Jeffrey Miller
Name: Jeffrey Miller
IDOC No. N-90929
BIG MUDDY Correctional Ctr.
POB 251 N. Illinois - Hwy 37
INa, IL 62846

Signed before me this 7/17/18.

OFFICIAL SEAL
JENNIFER L. WILSON
Notary Public - State of Illinois
My Commission Expires 9/15/2020

Revised 4/15/16

pg 3 of 5

# APPENDIX OF FORMS

*[handwritten illegible]* .Ex A

STATE OF ILLINOIS )
COUNTY OF JEFFERSON

## AFFIDAVIT

I  Jeffrey Miller  do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

ON OR About To The best of my knowledge under Penalty of perjury i state in This Affidavit That on Friday JUNE-22nd-2018 MR. Sam Heppell and The Attorney General Lady were present. Lady By video. The Honorable Court I ask To Understand That in no way do i intend on attempted To frustrate or prevent discoveries, or Disrespect This Honorable Court in Anyway.

This Honorable Court Has been Honorable And Even Handed and NON Bias, And patient with plaintiff. This petitioner And MR Heppell Had Some Dis Agreements About His witness Laid out in Attached Affidavits were Not Even interviewed after Numerous Requests. Travel Time Could Have Been Saved Simply The Day Before June 21-2018 plaintiff Asked MR. Hepell To Simply Have awitness Called from Cell House units.

These awitnesses Are detrimental To The Substantiating of my Claim. The Attorney General Lady objected. But Nevertheless Along with my Attorney for Continuance. Agreement By All parties was Had. Before i Let anyone Misrepresent The Truth i Had To Let This Honorable Court Know by Oat The Truth Rather Than Taking A Chance on Someone Lying To Honorable Court By Changing my motives for Continuance. STILL NO awitnesses interviewed or No I Received No Deposition Til This Day. Please issue order To Lawyer To finish / witnes

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 17th day of July 2018

/s/ Jeffry Miller
Affiant

Signed before me this 7/17/18.

OFFICIAL SEAL
JENNIFER L. WILSON
Notary Public - State of Illinois
My Commission Expires 9/15/2020

pg 5 of 5

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois - EAST ST. LOUIS DIVISION

JEFFREY MILLER
Plantiff(s)

v.

JOHN R. BALWIN - ILDOC DIR. ETC.
Defendant(s)

Case Number: 3:16-CV-0046-SMY

## CERTIFICATE OF SERVICE

I hereby certify that on June 17th 2018, I electronically filed Leave To File motion To with respect To The pleadings, motion To Depose with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Clerk of The UNITED STATES DIST COURT
For The Southern DIST - EAST ST. Louis Division
750 Missouri Ave
EAST ST. Louis, Ill - 62201

and I hereby certify that on [date], I mailed by United States Postal Service, the E filed 5-pages document(s) to the following non-registered participants:

Signed before me this 7/17/18. [signature]

OFFICIAL SEAL
JENNIFER L. WILSON
Notary Public - State of Illinois
My Commission Expires 9/15/2020

Respectfully submitted,
/s/ Jeffrey Miller
Jeffrey Miller
Name of Password Registrant
N-90929 Big Muddy C.C.
Address 251 N. Ill Hwy 37
INA, ILLINOIS
City, State/Zip

Phone: (618) 437-5300

Fax: (___)

E-mail: _____

Attorney bar number (if applicable)

is what i Got from Ms wilson

→ 9:35 AM

Dear Clerk ON July 17-2018
I Gave This 5 pg Document TO E-file
TO Ms wilson. This is what i got iN
Return. I've done E-filing Before.
This Time was Different i questioned
Why? don't i See The Numbers at
The Top which To me means its Been
E-filed. Please Forward To Honorable Court.
i did not want To Mail. So Rather Than Argue knowing
This isn't correct, i followed Her Direction She Said
Mr. miller Here Take This. And She Said She'll Send
me another Copy with The
Numbers. So Clerk Just TO Be
Sure i Have No choice But To
→ But TO Send This By mail. its my original

Phone 877-618-4374"

Again I Tried i went To
_____

Law library on JULY-17-2018 9:35 AM
i gave Ms wilson This 5 pg Document To be E-filed
She gave me Back A white Sheet
of paper Stating This is proof. it's E-filed
This sheet with E-filing Cover sheet is what she gave me
3 I understand The Court wants us TO
E-file But Again I'm only an
inmate I can't force Ms wilson To E-file
I Can only Trust you'll Hear my side So if Somethings
wrong You'll Have To Not Hold me culpable. Jeffrey Miller
i Tried To E-file, you might want To   July-17-2018
contact ms wilson

Jeffrey Miller #N-90429
Big Muddy C.C.
251 N. Illinois - Hwy 37
Ina, Illinois 62846

Sealed
Privileged Mail

THIS CORR IS FROM
AN INMATE OF THE
IDOC

neopost
07/18/2018
US POSTAGE
$04...
USA FOREVER

MAIL CLEARED

To: Clerk of The US District for
The Southern District - East St. Louis Division
750 MISSOURI Ave
East St. Louis, Illinois 62201

62201-2995429

© USPS 2013

RECEIVED
JUL 20 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131