IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., ) ) | Hon. Staci M. Yandle, J. |
| Defendants. ) | Hon. Stephen C. Williams, M.J. |

**JOINT MOTION TO SEAL CERTAIN EXHIBITS**

Plaintiffs, DEMETRIUS ROSS, et al and Defendants, GREG GOSSETT, et al., by and through their attorneys, LOEVY & LOEVY and LISA MADIGAN, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 16(e), respectfully move this Court to seal certain exhibits that both parties intend to submit along with their briefing on class certification. In support of their motion, the parties state:

1. On July 10, 2017, the Court entered an Agreed Confidentiality Order, allowing the parties to designate discovery materials as "Confidential" or "Attorneys Eyes Only." (Dkt. 358).

2. Defendants have produced over 60,000 pages of discovery in this case, and a portion of that material has been designated as either "Confidential" or "Attorneys Eyes Only."

3. The Parties anticipate that some of the documents designated "Confidential or "Attorneys Eyes Only[1]" will be used as exhibits for the Plaintiff's Motion to Certify a Class and Defendant's Response.

---

[1] A portion of documents labeled "Attorneys Eyes Only" contain highly sensitive intelligence, which could cause extremely serious safety concerns if not filed under seal. These documents contain watermarks, and should be handled with particular care.

1

4. Due to the confidential and sensitive nature of the materials, the Parties seek leave to file exhibits containing "Confidential" or "Attorneys Eyes Only" material under seal.

Respectfully submitted,

By: /s/ Emma Steimel (with permission)
Emma Steimel
Assistant Attorney General
100 West Randolph St., 13th Floor
Chicago, Illinois 60601
(312) 814-5163
esteimel@atg.state.il.us

By: /s/ Sarah Grady
Sarah Grady
Attorney for Plaintiff

LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

      I, Sarah Grady, an attorney, certify that on October 11, 2018, I caused the foregoing Joint Motion to Seal to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                              By:    /s/ Sarah Grady
                                                        Sarah Grady
                                                        Attorney for Plaintiff

                                                        LOEVY & LOEVY
                                                        311 N. Aberdeen St., 3rd Floor
                                                        Chicago, IL 60607
                                                        (312) 243-5900