# INDEX OF EXHIBITS

| Prison Populations | | |
|---|---|---|
| | 1 | Menard List of Inmates April 2014 |
| | 2 | Illinois River List of Inmates April 2014 |
| | 3 | Big Muddy List of Inmates May 2014 |
| | 4 | Lawrence List of Inmates July 2014 |
| **Tact Manuals** | | |
| UNDER SEAL | 5 | TACT Manual |
| **Defendant Depositions** | | |
| | 6 | Michael Atchison Deposition |
| | 7 | David White Deposition |
| | 8 | Kenneth Finney Deposition |
| | 9 | Rodney Brady Deposition |
| | 10 | Brian Piper Deposition |
| | 11 | Chris White Deposition |
| REDACTED | 12 | Jerry Witthoft Deposition |
| | 13 | Frank Eovaldi Deposition |
| | 14 | Robert Arnett Deposition |
| | 15 | Dustin Harmon Deposition |
| | 16 | Joseph Yurkovich Deposition |
| REDACTED | 17 | Anthony McCallister Deposition |
| REDACTED | 18 | Kimberly Butler Deposition |
| | 19 | Gregory Gossett Deposition |
| REDACTED | 20 | Stephen Duncan Deposition |
| REDACTED | 21 | Lt. Michaeal Gilreath Deposition |
| REDACTED | 22 | David Hermtz Deposition |
| | 23 | Tim McCallister Deposition |
| | 24 | Richard Harrington Deposition |
| | 25 | Alex Jones Deposition |
| | 26 | Zack Roekeman Deposition |
| | 27 | Richard Moore Deposition |
| REDACTED | 28 | Stephanie Dorethy Deposition |
| | 90 | Ronald Gaetz Deposition |
| | 91 | Brad Johnson Deposition |
| **Named Plaintiff Depositions** | | |
| REDACTED | 29 | Jonathan Tolliver Deposition |
| REDACTED | 30 | Ronald Smith Deposition |
| REDACTED | 31 | Demetrius Ross Deposition |
| REDACTED | 32 | Kevin Hamilton Deposition |
| REDACTED | 33 | Glen Verser Deposition |
| | | |

# INDEX OF EXHIBITS

| | | |
|---|---|---|
| **Consolidated Plaintiff Depositions** | | |
| REDACTED | 34 | James Dunmore Deposition |
| REDACTED | 35 | Zachary Watts Deposition |
| REDACTED | 36 | Ramon Clark Deposition |
| REDACTED | 37 | Clark Truly Deposition |
| REDACTED | 38 | Sergio Cortes Deposition |
| | 39 | Sam Fisher Deposition |
| REDACTED | 40 | Sam Harding Deposition |
| REDACTED | 41 | Jammel Johnson Deposition |
| REDACTED | 42 | Ted Knox Deposition |
| REDACTED | 43 | Marshall McDaniel Deposition |
| REDACTED | 44 | Harley Miller Deposition |
| REDACTED | 45 | Jeffrey Miller Deposition |
| REDACTED | 46 | Vincent Smith Deposition |
| REDACTED | 47 | Charles Sultan Deposition |
| **Surveys** | | |
| | Group Ex. 48 | Surveys |
| **Declarations** | | |
| | Group Ex. 49 | Lettories Causey Declaration |
| | | David Huffman Declaration |
| | | Jack Nelson Declaration |
| | | Lance Edwards Declaration |
| | | Shawn Skinner Declaration |
| | | Terance Lockhart Declaration |
| | | Nidrell Lyons Declaration |
| | | Ryan Moore Declaration |
| | | Rashad Whitlock Declaration |
| | | Henry Graham Declaration |
| | | Marcus West Declaration |
| | | Clifton Washington Declaration |
| | | Louis White Declaration |
| | | Nathaniel Gherna Declaration |
| | | Tyrone Burns Declaration |
| | | Eriberto Gil-Ramos Declaration |
| | | Marc Wachter Declaration |
| | | Robert Robinson Declaration |
| | | Juan Martinez Declaration |
| | | Andre Smith Declaration |
| | | David Zoberis Declaration |
| | | Wendell Basquine Declaration |

# INDEX OF EXHIBITS

|  |  |  |
|---|---|---|
|  |  | Larry Williams Declaration |
|  |  | Bruce Smith Declaration |
|  |  | Jeffrey Ramsey Declaration |
|  |  | Mason Weems Declaration |
|  |  | Quentin Getty Declaration |
|  |  | Gary Daubman Declaration |
|  |  | Darvin Henderson Declaration |
|  |  | Ferlimo Morris Declaration |
|  |  | Daniel Jackson Declaration |
|  |  | Terron Price Declaration |
|  |  | Wesley Robinson Declaration |
|  |  | Steve Sanders Declaration |
|  |  | Edward Mitchell Declaration |
|  |  | Burt Robinson Declaration |
|  |  | Derec Bell Declaration |
|  |  | Dion Coleman Declaration |
|  |  | Jerry Johnson Declaration |
|  |  | Joe Linzy Declaration |
|  |  | Marventi Palmer Declaration |
|  |  | Michael Drabing Declaration |
|  |  | Patrick Johnson Declaration |
|  |  | Keith Truesdell Declaration |
|  |  | Javan Deloney Declaration |
|  |  | Jerry Clay Declaration |
|  |  | Kenneth Thomas Declaration |
|  |  | Benjamin Kirk Declaration |
|  |  | Daniel Bradford Declaration |
|  |  | Gregory Tomberg Declaration |
| **Video Interviews** |  |  |
|  | 50 | Kenneth Lay Interview |
|  | 51 | Joseph Max Interview |
|  | 52 | Darnell Gray Interview |
|  | 53 | Nolan Love Interview |
|  | 54 | Calvin Milons Interview |
|  | 55 | Jovanie Carillo Interview |
|  | 56 | Carl Durall Interview |
|  | 57 | Kevin Akins Interview |
|  | 58 | Jeremy Grimes Interview |
|  | 59 | Percy Hawkins Interview |
|  | 60 | Carlos Montanez |
|  | 61 | Roberto Guzman Interview |


# INDEX OF EXHIBITS

| | | |
|---|---|---|
| | 62 | Charles Cowart Interview |
| | 63 | Thomas Bartholomew Interview |
| **Operation Orders** | | |
| UNDER SEAL | Group Ex. 64 | Lawrence Operations Order |
| REDACTED | | Illinois River Operations Order |
| | | Big Muddy Operations Order |
| | | Menard Operations Order |
| **Communications** | | |
| UNDER SEAL | 65 | Butler April 23, 2014 Email |
| | 66 | A. McCallister March 31, 2014 Email |
| | 67 | M. Atchison April 18, 2014 Email |
| | 68 | J. Yurkovich April 28, 2014 Email |
| | 69 | J. Yurkovich May 7, 2014 Email |
| | 70 | J. Yurkovich April 12, 2014 |
| | 71 | D. White March 22, 2014 Email |
| | 72 | May 14, 2014 Letter to Godinez |
| UNDER SEAL | 73 | J. Yurkovic April 19, 2014 Email |
| UNDER SEAL | 92 | Z. Roekeman July 26, 2014 Email |
| UNDER SEAL | 93 | M. Schantz July 1, 2014 Email |
| **Tact Team Sign In Sheets** | | |
| | 74 | IRCC Tact Team Sign-In |
| | 75 | Lawrence Tact Team Sign-In |
| | 76 | Menard Tact Team Sign In |
| **Discovery** | | |
| | 77 | Stephen Duncan Interrogatories |
| | 78 | Bradley Clark Interrogatories |
| | 79 | Jerry Witthoft Interrogatories |
| | 80 | David Hermetz Interrogatories |
| | 81 | Zach Roekeman Interrogatories |
| | 82 | Frank Eovaldi Interrogatories |
| | 83 | Defendants' Third Supplemental Response to Plaintiffs' Second Set of Requests for Production |
| **Administrative Directives** | | |
| | 84 | AD 05.01.111 |
| **Affidavits** | | |
| | 85 | Andrew Garden Garden Affidavit |
| | 86 | Ben O'Leary |
| **Firm Reps** | | |
| | Group Ex. 87 | UPLC & Loevy Resume |
| **Misc.** | | |

# INDEX OF EXHIBITS

|  | | |
|---|---|---|
| | 88 | Plaintiffs' Privilege Log |
| | 89 | Smith *Pro Se* Complaint |
| | 94 | Grievances |