IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Judge Staci Yandle |
| Defendants. | ) | Mag. Judge Stephen Williams |

# Exhibit 7



# Transcript of David White

**Date:** August 22, 2018
**Case:** Ross, et al. -v- Gossett, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE

 2   SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

 3

 4   - - - - - - - - - - - - x

 5   DEMETRIUS ROSS, et al.,    :

 6   Plaintiffs,               :

 7                             :

 8   vs.                       :        Case 15 C 0309

 9                             :

10   GREG GOSSETT, et al.,     :

11   Defendants.               :

12   - - - - - - - - - - - - x

13

14               DEPOSITION OF DAVID WHITE

15

16

17             Taken on behalf of Plaintiffs

18                  August 22, 2018

19

20

21          Sherry L. Gantner, CSR, CCR

22       ILLINOIS CSR NUMBER: 084-004416

23         MISSOURI CCR NUMBER: 839

24
```

```
1                    I N D E X

2        Examination By Ms. Grady . . . . . . . . . . . 5

3        Examination By Ms. Steimel . . . . . . . . . 164

4        Further Examination By Ms. Grady . . . . . . . 167

5

6

7                  E X H I B I T S

8    Exhibit 1-4    Operations Orders        33

9    Exhibit 5      Email                    153

10   Exhibit 6      Email                    154

11   Exhibit 7      Email                    155

12   Exhibit 8      Email                    157

13   Exhibit 9      Email                    158

14   Exhibit 10     Email                    161

15

16

17         The original exhibits were retained by the

18   court reporter to be attached to Ms. Grady's transcript.

19

20

21

22

23

24
```

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE

 2   SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

 3

 4   - - - - - - - - - - - - x

 5   DEMETRIUS ROSS, et al.,   :

 6   Plaintiffs,               :

 7                             :

 8   vs.                       :        Case 15 C 0309

 9                             :

10   GREG GOSSETT, et al.,     :

11   Defendants.               :

12   - - - - - - - - - - - - x

13

14

15             DEPOSITION OF DAVID WHITE, produced,

16   sworn, and examined on behalf of the Plaintiffs, on

17   Wednesday, August 22, 2018, between the hours of 9:00

18   a.m. and 1:00 p.m. on that day, at the Offices of the

19   Attorney General, 201 W. Pointe Dr. #7, Swansea, IL

20   62226, before SHERRY L. GANTNER, an Illinois Certified

21   Shorthand Reporter and a Certified Court Reporter

22   within and for the County of St. Louis, State of

23   Missouri.

24
```

Transcript of David White
Conducted on August 22, 2018                                    4

1                    A P P E A R A N C E S

2

3            The Plaintiffs, DEMETRIUS ROSS, et al., were

4    represented by Ms. Sarah Grady of the law firm of Loevy

5    & Loevy, 311 North Aberdeen Street, 3rd Floor, Chicago,

6    IL  60607.

7

8

9            The Defendants, GREG GOSSETT, et al., were

10   represented by Ms. Emma Steimel of the Office of the

11   Attorney General, 100 West Randolph Street, 13th Floor,

12   Chicago, IL  60601.

13

14

15

16

17

18

19

20

21

22

23

24

Transcript of David White
Conducted on August 22, 2018                    5

1                   IT IS HEREBY STIPULATED AND AGREED by

2    and between counsel for the Plaintiffs and counsel for

3    the Defendants that the deposition of DAVID WHITE may

4    be taken in shorthand by Sherry L. Gantner, a

5    Certified Court Reporter, and afterwards transcribed

6    into typewriting, and the signature of the witness is

7    waived by agreement of counsel and the witness.

8                          * * * * *

9                        DAVID WHITE,

10   of lawful age, having been first duly sworn to testify

11   to the truth, the whole truth, and nothing but the

12   truth in the case aforesaid, deposes and says:

13                       EXAMINATION

14   BY MS. GRADY:

15       Q.   Can you please state and spell your name for

16   the record?

17       A.   Lieutenant David White, D-A-V-I-D W-H-I-T-E.

18       Q.   Thank you, Lieutenant.  You are currently an

19   employee for the Illinois Department of Corrections?

20       A.   That is correct.

21       Q.   Can you tell me what your current job title

22   is?

23       A.   Correctional lieutenant for Southwestern

24   Correctional Center.

Transcript of David White
Conducted on August 22, 2018                              6

```
1        Q.   Do you actually work as a zone lieutenant

2   assigned to an area within the prison?

3        A.   Yes, I do.

4        Q.   Have you ever sat for a deposition before?

5        A.   Yes, I have.

6        Q.   So you probably know the rules, but I'm

7   going to go over them just at the outset so we can be

8   on the same page.

9             The first is that if you have any confusion

10  about any of the questions that I ask just let me

11  know.  I'm happy to rephrase and make sure that I say

12  it in a way you can understand.  Okay.

13       A.   Uh-huh.

14       Q.   The second is that I ask you to keep your

15  answers audible and verbal.  Please make sure to say

16  yes or no, uh-huh, huh-uh or nod or shake of the head.

17  That way the court reporter can get your answers down,

18  okay?

19       A.   Yes.

20       Q.   And the third is a rule that is really for

21  both of us.  Please let me finish my question in its

22  entirety, even if you know sort of where I'm going

23  with my question.  And I'll doing my best to also let

24  you finish your answer in its entirety.  That way the
```

Transcript of David White
Conducted on August 22, 2018                              7

1    record stays clear about who is talking and what
2    question is being answered, okay?
3         A.   Yes.
4         Q.   The last is if you need a break at any time
5    just let me know.  The only rule is you can't break
6    while there is a question pending, okay?
7         A.   Okay.
8         Q.   So let's start off with talking about what
9    documents and discussions you had to prepare for
10   today's deposition.  What documents did you review to
11   prepare for this deposition?
12        A.   What Emma had given me.
13        Q.   Can you tell me what those documents are?
14        A.   Appear to be a lot of photos, actual form
15   that I'm supposed -- when I'm actually supposed to
16   report here, and I recall some FOIA request that were
17   involved that I had written.  That's about it.
18        Q.   Okay.  So let me break that down.  The
19   deposition, that was just the notice of when you were
20   supposed to be here and where you were supposed to go?
21        A.   Yes.
22        Q.   Photographs that you reviewed, can you tell
23   me what photographs you recall reviewing?
24        A.   It was just photographs of our tactical

Transcript of David White
Conducted on August 22, 2018                    8

1    units, my movements, the teams, the wardens.  It was

2    just a bunch of miscellaneous photos throughout the

3    facility.

4        Q.   Do you recall what facility you were at the

5    photos were taken at?

6        A.   I think all of them were from various

7    facilities, not all from the same facility.

8        Q.   Okay.  Did you see whether they had little

9    Bates stamped numbers in the bottom corner?

10       A.   I don't recall.

11       Q.   And then the FOIA responses, tell me about

12   those.

13       A.   The one FOIA request was from our lady --

14   FOIA spokesperson from Illinois Department of

15   Corrections.  Her name was Lisa at the time.  There

16   was just a couple FOIA requests asking how line

17   movements work.  What was it?  I think most of it had

18   to do with line movements.  And I remember giving a

19   response for it.  That was about it.

20       Q.   Okay.  What you were reviewing was a

21   response you had given to was it Lisa Whitecamp [ph]?

22       A.   That's her, yes.

23       Q.   Your response to Lisa Whitecamp in response

24   to a FOIA request?

Transcript of David White
Conducted on August 22, 2018                              9

```
1        A.   That is correct.
2        Q.   Was that something that you had done over
3   email?
4        A.   Yes.
5        Q.   Do you recall who -- did you receive a copy
6   of the FOIA request itself?
7        A.   I don't recall.
8        Q.   Do you recall who submitted it?
9        A.   No.
10       Q.   Do you know whether it was someone from my
11  office?
12       A.   No.
13       Q.   My office is Loevy & Loevy, does that --
14       A.   Yes.
15       Q.   Any other documents that you reviewed to
16  prepare for today's deposition we haven't talked
17  about?
18       A.   No.
19       Q.   Other than Ms. Steimel, is there anyone that
20  you discussed today's deposition with?
21       A.   No.
22       Q.   And are there any conversations that you've
23  had outside of Ms. Steimel or any other attorney from
24  the Attorney General's Office regarding this case?
```

Transcript of David White
Conducted on August 22, 2018                    10

```
1          A.   No.  I actually thought this case was over.
2          Q.   Okay.  Tell me about how you learned about
3     the case?
4          A.   The newspaper.
5          Q.   Okay.  Did you receive notice that you had
6     been named as a defendant in the case?
7          A.   It had been a while -- first what I
8     remember, this is what I recall because it's been a
9     while since I've been in the game here.  I remember
10    the lawsuit coming out and then later on, of course,
11    followed up with paperwork through the department of
12    corrections.  That's what I remember.
13         Q.   The first time that you learned that this
14    lawsuit existed was through the newspaper, correct?
15         A.   Yes.
16         Q.   And then later on after learning about it
17    through the newspaper you received a packet of
18    documents or some documents indicated you had been
19    named a defendant in that lawsuit, correct?
20         A.   Yes.
21         Q.   Since learning about it in the newspaper,
22    when you -- strike that.
23              When you learned about it in the newspaper
24    did you have any conversations with any of your
```

Transcript of David White
Conducted on August 22, 2018                    11

1    colleagues or anyone else at the Illinois Department

2    of Corrections about the lawsuit?

3         A.   It was just the normal we just got sued, and

4    we said this is a joke.

5         Q.   Okay.

6         A.   It's all lies.

7         Q.   Who did you have those conversations with?

8         A.   My regional commanders, Anthony McAllister

9    and probably Brady.  We've had small conversations

10   over it.

11        Q.   And this was after learning that you had

12   been named as defendants?

13        A.   Yes.

14        Q.   When did you learn that you had been named

15   as defendants?  The lawsuit was filed in February --

16        A.   I don't know.  I can't remember, as far as

17   the months and year, no.

18        Q.   Was it shortly after you received that

19   packet indicating that you had been named as a

20   defendant?

21        A.   I don't recall.  I really don't.

22        Q.   Tell me, as best you recall, what you said

23   and what others said to you as part of that

24   conversation?

Transcript of David White
Conducted on August 22, 2018                              12

1      A.   The only thing that was ever -- that I
2  recall being discussed, said we had a lawsuit and that
3  these were all -- allegations weren't true.  We -- the
4  things that were being said, it wasn't right.
5      Q.   Other than Brady and McAllister were there
6  any other individuals that were present for that
7  conversation?
8      A.   No, that was my guys.
9      Q.   Was this one conversation or were these
10 multiple conversations that you were having?
11     A.   It was -- just recall one conversation I can
12 recall.
13     Q.   Where were you --
14     A.   There may have been -- in Springfield.
15 There may have been a couple more.  I'm not for sure,
16 but I don't recall.
17     Q.   Other than that one conversation with Brady
18 and McAllister were there any other conversations that
19 you had with any other members of the Illinois
20 Department of Corrections or employees of the Illinois
21 Department of Corrections about this lawsuit?
22     A.   No.
23     Q.   And then, again, were there any
24 conversations that you had with anyone, outside of

Transcript of David White
Conducted on August 22, 2018                    13

1    your attorneys, that you had about this lawsuit that

2    we haven't talked about?

3         A.   No.

4         Q.   No?

5         A.   No.

6         Q.   Let's talk about your employment background.

7    Can you tell me when you first began working for the

8    Illinois Department of Corrections?

9         A.   In November of 1998.

10        Q.   And prior to that had you had any experience

11   in law enforcement or corrections?

12        A.   I was in the Marine Corps.

13        Q.   When did you enlist in the Marine Corps?

14        A.   1994.

15        Q.   And what was your position?

16        A.   Sergeant.

17        Q.   And where were you stationed?

18        A.   2d Battalion, 3d Marines in Hawaii.

19        Q.   How long did you serve in the Marine Corps?

20        A.   Four years.

21        Q.   And were you discharged?

22        A.   Honorably discharged, yes.

23        Q.   Any other experience in corrections or law

24   enforcement prior to November of 1998?

Transcript of David White
Conducted on August 22, 2018                              14

1       A.   I worked at a bank in St. Louis, armed
2   security, Boatmen's Bank.
3       Q.   How long did you work in that job?
4       A.   Now you are really digging back.
5   Approximately a year.
6       Q.   What time frame are you talking about?
7       A.   Like '93 to '94 maybe.
8       Q.   Any other law enforcement or corrections
9   experience prior to 1998?
10      A.   No.
11      Q.   When you were hired to work for the Illinois
12  Department of Corrections where were you hired to
13  work?
14      A.   Menard Correctional Center.
15      Q.   What was your job there?
16      A.   I was just a regular corrections officer.
17      Q.   What shift did you work when you first
18  started?
19      A.   Eleven to seven.
20      Q.   How long did you work as a correctional
21  officer at Menard?
22      A.   I was there for 15 years.
23      Q.   Did you work as a correctional officer
24  during those 15 years?

Transcript of David White
Conducted on August 22, 2018                                    15

1         A.   Let me rephrase.  It was 16 years.

2         Q.   Did you work as a correctional officer

3    throughout those 16 years?

4         A.   I was correctional officers, correctional

5    sergeant, correctional lieutenant, yes.

6         Q.   Okay.  So you remained at Menard for 16

7    years but your title changed?

8         A.   Yes.

9         Q.   Do you recall when you became a correctional

10   sergeant?

11        A.   No.  It was -- I don't recall it, no.  I

12   would have to sit back and actually think about it for

13   a little while.

14        Q.   What about correctional lieutenant, when did

15   you get that?

16        A.   That was April of 2011.  So looking at 2008

17   to 2011 I was a TA sergeant for three years.

18        Q.   Like a temporary assignment sergeant?

19        A.   Yeah.  What happened there, if you recall,

20   the State was broke and they were taking temporary

21   assignment positions and they were filling them for a

22   year-long block.  Rather than trying to do them in a

23   90-day block they were doing them in a year block.

24        Q.   Okay.  And so when did you leave Menard

```
 1   Correctional Center?
 2        A.   I left Menard would have been --
 3        Q.   2014, if your math is right?
 4        A.   Yeah, something like that.  There you go.
 5        Q.   Where did you go?
 6        A.   It was '14, '15.  I am now over at Southwest
 7   Correctional Center.
 8        Q.   Okay.  And you -- when you moved there you
 9   were a correctional lieutenant, correct?
10        A.   Yes.
11        Q.   You like remained a correctional lieutenant
12   at Southwestern, correct?
13        A.   Yes.
14        Q.   That's your job title today?
15        A.   Yes.
16        Q.   We'll talk about your involvement in the
17   tactical team.  Other than tactical team assignments,
18   did you ever have any assignment during your tenure at
19   Menard like in the intelligent unit, investigation
20   unit, anything outside of the normal duties of a
21   correctional officer, sergeant or lieutenant?
22        A.   No, as far as that goes, but I was -- no.
23   No.
24        Q.   So the only special duties that you had
```

1   during your tenure at Menard were related to the

2   tactical team; is that true?

3        A.   Yes.

4        Q.   When did you first get involved with the

5   tactical team in any way?

6        A.   1999.

7        Q.   Shortly after you started?

8        A.   Yes.

9        Q.   And you joined the tactical team as a

10  member?

11       A.   Yes.

12       Q.   Tell me what that was -- what was involved

13  with that?

14       A.   Back then you had to actually come to

15  practice, show -- as practices were assigned you had

16  to show up to practice, you had to be a willing

17  participant, give 100 percent, do the right thing.

18       Q.   Was --

19       A.   And then they also had a 40-hour Tact class

20  that was given out of Springfield.  Actually, that

21  might have been -- that was after me.  I did most of

22  my training there at Menard Correctional Center.

23       Q.   If you completed your hours were you

24  automatically a member of the tactical team?

Transcript of David White
Conducted on August 22, 2018                              18

1        A.   Yes.  I think it was after 40 hours you were
2    then certified as a tactical member.
3        Q.   Okay.  And tell me a little bit about the
4    leadership structure and chain of command as it
5    relates to the tactical team.
6        A.   There at the facility you have squad leaders
7    and you have your tactical leader, basically your
8    institutional Tact commander is what it is.  You will
9    have your institutional Tact commander.
10       Q.   The squad leader is above just a general
11   tactical leader but below the commander?
12       A.   Correct.
13       Q.   And then there is an assistant commander
14   too, right?
15       A.   Yes.
16       Q.   That person is in between the squad leader
17   and commander of the institution?
18       A.   That is correct.
19       Q.   And then who is next on the chain of command
20   above the institutional tactical commander?
21       A.   It will be the regional commanders.  That's
22   statewide regional commanders.
23       Q.   Is there anyone above them?
24       A.   There is the statewide tactical commander.

Transcript of David White
Conducted on August 22, 2018                                    19

1        Q.   And who is the direct supervisor of the
2    tactical -- of the statewide tactical commander?
3        A.   Chief of operations.
4        Q.   What about the deputy chief of operations,
5    is that person within the chain of command?
6        A.   It is.
7        Q.   How, if at all, do the regional deputy
8    directors fit into the chain of command?  Do they have
9    any responsibilities of supervising the statewide
10   tactical leadership?
11       A.   Yeah.  They put the regional commanders in
12   place and they put the statewide tactical commander in
13   place.
14       Q.   Okay.  All right.  So you eventually became
15   the statewide tactical commander?
16       A.   That is correct.
17       Q.   Walk me through -- when was the first time
18   that you held any leadership position within the
19   tactical team?
20       A.   My approach ended up a little bit different
21   rather than coming up -- I was through Tact because I
22   was also on the statewide TRT team.
23       Q.   Okay.
24       A.   Which is where we generally gather our

Transcript of David White
Conducted on August 22, 2018                              20

1   regional commanders from and the statewide commanders

2   normally.  Rod Brady was an exception to that rule.

3   He was a Tact commander and became a regional Tact

4   commander.  I came through the TRT portion of it,

5   which you also have to be a good standing member of

6   Tact.

7        Q.   Tell me what the TRT team is and how it

8   differs from tactical team.

9        A.   It's the tactical response team.  Their

10  mission is for hostage rescue.

11       Q.   And what is required to join the TRT team

12  that is separate from the tactical team?

13       A.   You have to be in good standing as a

14  tactical commander or as a Tact guy, be recommended

15  through your facility Tact commander, and there is a

16  tryout, and as openings open through the TRT team you

17  are offered a tryout.

18       Q.   What does the tryout consist of?

19       A.   Tryout consists of shooting, basic weapon

20  handling skills and interview, physical fitness.

21       Q.   None of those things are required to join or

22  remain a member of the tactical team; is that true?

23       A.   Can you say that one again?

24       Q.   Sure.  Threshold level of shooting accuracy

Transcript of David White
Conducted on August 22, 2018                    21

1    is not required to be a member of the tactical team,

2    right?

3         A.   No, it's not.

4         Q.   And same with the physical fitness, there is

5    no physical fitness exam that is required to join or

6    remain on the tactical team, correct?

7         A.   No.

8         Q.   My statement was correct?

9         A.   Yes.

10        Q.   And there is no interview process required

11   to join the tactical team, right?

12        A.   No.

13        Q.   When did you join the TRT team?

14        A.   2001.

15        Q.   Did you get on it the first time you tried

16   out?

17        A.   I did.

18        Q.   And then you were just a member of the TRT

19   team, right?

20        A.   That is true.

21        Q.   How many members were there at Menard at the

22   time?

23        A.   Are you talking about Tact or TRT?

24        Q.   TRT.

Transcript of David White
Conducted on August 22, 2018                    22

1        A.    That's statewide.  So at the time that was
2   probably 30, approximately.
3        Q.    Okay.  Did you ever -- are there leadership
4   positions on the TRT itself?
5        A.    No.  Just regional commanders.
6        Q.    Okay.  So then tell me between both -- are
7   both of these under the umbrella of the SORT team?
8        A.    That is correct.
9        Q.    Tell me first time you held any leadership
10  position within any division of the SORT team?
11       A.    When I became a regional commander.
12       Q.    When did you do that?
13       A.    That would have been 2011.
14       Q.    Okay.  What was involved in becoming a
15  regional commander?
16       A.    An interview process.
17       Q.    Did you apply to become the regional
18  commander?
19       A.    It's more of a -- it's more of a
20  recommendation.
21       Q.    Who recommended you, if you know?
22       A.    It was the -- at the time the statewide
23  tactical manager Cecil Polley.
24       Q.    And what was -- you said there was an

Transcript of David White
Conducted on August 22, 2018                          23

```
 1   interview process?
 2        A.   Yeah.  We have an interview, yes.
 3        Q.   Who did you interview with?
 4        A.   Think it was just Polley.
 5        Q.   When you became regional tactical commander
 6   did you continue working like assigned to a zone?
 7        A.   No.
 8        Q.   Was that the first time you had not been
 9   assigned to a zone?  In other words, from '98 to 2011
10   were you working a zone during your regular shifts?
11        A.   I was not working a zone at this point as
12   regional commander because now you are full-time.
13        Q.   Yes.  I understand that.  Before that time
14   you had worked, you had been assigned to an area?
15        A.   Yes.
16        Q.   And that area just shifts every so often,
17   right?
18        A.   Yes.
19        Q.   So in 2011 you stopped working at a zone.
20   Did you remain working at Menard or was your -- did
21   you have an office somewhere else?
22        A.   Then I was actually located to Springfield.
23        Q.   And what region were you responsible for?
24        A.   The central region.
```

Transcript of David White
Conducted on August 22, 2018                    24

1          Q.    Why the central region?

2          A.    Because it was the opening.

3          Q.    What prisons were within your region?

4          A.    This has kind of changed a little bit.  I

5    can't recall them right offhand.  Jacksonville,

6    Western, Lincoln Logan, Taylorville, Graham, Danville,

7    and Illinois River, I think.

8          Q.    Who was the southern regional commander at

9    that time?

10         A.    Anthony McAllister.

11         Q.    Who was the northern?

12         A.    Rod Brady.

13         Q.    Okay.  How long did you work as central

14   regional tactical commander?

15         A.    Two years.

16         Q.    Until about 2013?

17         A.    I think it was '12.  So it was a year, I

18   think.

19         Q.    Do you recall what time in 2012 you moved --

20   changed positions?

21         A.    I do not.

22         Q.    What happened in 2012?

23         A.    I was moved up to the statewide.

24         Q.    Is that something you applied for?

Transcript of David White
Conducted on August 22, 2018                                    25

1        A.    The Cecil Polley took a warden spot at one

2   of the facilities and then at that time the chief of

3   operations offered me the position.

4        Q.    Who was the chief of operations at that

5   time?

6        A.    Jerry Buscher.

7        Q.    Do you know why he offered it to you and not

8   to McAllister or Brady?

9              MS. STEIMEL:   Objection, calls for

10  speculation.

11       Q.    (By Ms. Grady)  You can answer.

12       A.    I have no idea what his reasoning was.

13       Q.    Did he tell you --

14       A.    He was the boss, no.

15       Q.    Did he tell you why he was recommending you

16  for the position?

17       A.    No.

18       Q.    Tell me as central regional tactical

19  commander what your job duties and responsibilities

20  were?

21       A.    My job in the central was I dealt with a lot

22  of firearms because the academy is there as well, and

23  I also handled the tactical units at the facilities.

24       Q.    Tell me more about that.

Transcript of David White
Conducted on August 22, 2018                    26

1      A.   You have a specific question?

2      Q.   Well, what does it mean to supervise the

3   tactical teams at the institutions?

4      A.   Basically we made sure that the practices

5   are being conducted monthly, training was done, if any

6   missions were coming up or any kind of tactical

7   operations were involved to ensure they had their

8   members there, full equipment.  We also appeared at

9   their trainings at the facilities.  And once, again, I

10  did a lot of firearms for the academy.

11     Q.   Leaving the firearms to the side, did you

12  participate in the planning and execution of statewide

13  operations as regional tactical commander?

14     A.   Yes.

15     Q.   Tell me about that.  What duties and

16  responsibilities did you have related to planning and

17  execution of statewide tactical operations?

18     A.   If the statewide commander would say we are

19  going to have a tactical operation say in

20  Jacksonville.  He would say, hey, I need some guys

21  from the central region, and I would go ahead and get

22  ahold of the facility Tact commander and say I need

23  ten guys from Jacksonville.  And I would send out a

24  note to the warden requesting ten tactical staff to

Transcript of David White
Conducted on August 22, 2018                    27

1    report to "X" or wherever we were reporting.

2        Q.   As regional tactical commander, did you work

3    with the director of operations or the deputy director

4    of operations to develop or plan any statewide

5    operations?

6        A.   No.  Usually it went through the statewide.

7    You would have conversations with those guys, but

8    usually everything went through the statewide

9    commander and then funneled down.

10       Q.   And as regional tactical commander did you

11   attend those statewide operations?

12       A.   Yes.

13       Q.   As regional tactical commander did you

14   supervise those statewide tactical operations?

15       A.   I would.

16       Q.   And those would be for operations that would

17   occur at prisons within your region, correct?

18       A.   That is correct.

19       Q.   What are the statewide tactical operations?

20   Like one that we know of is facility-wide shakedowns,

21   right?

22       A.   Yes.

23       Q.   Are there any others?

24       A.   There may -- there may be an operation where

Transcript of David White
Conducted on August 22, 2018                    28

```
1    we may be moving security threat group members.
2         Q.   Anything else?
3         A.   I mean, there could be, you know, be a part
4    of actually a security review, meaning you may be
5    coming around to check their parameter of the facility
6    looking for any defects in fence, security, what have
7    you.
8         Q.   Anything else?
9         A.   No.
10        Q.   When you became a statewide tactical
11   commander -- let me ask you this.  Does the regional
12   tactical commander, does that job position come with
13   an increase in pay?
14        A.   No.
15        Q.   You were -- in 2011 were you a correctional
16   lieutenant at this time?
17        A.   Yes.
18        Q.   So when you got the regional tactical
19   commander job, your payroll title was correctional
20   lieutenant, correct?
21        A.   Still, yes.
22        Q.   And that remained true when you became the
23   statewide commander for --
24        A.   Yes.
```

Transcript of David White
Conducted on August 22, 2018                                29

```
 1        Q.   Did that job come with an increase in pay?

 2        A.   No.

 3        Q.   Okay.  You said that you were recommended

 4   for the job or asked to do the job by Jerry Buscher,

 5   correct?

 6        A.   Yes.

 7        Q.   Was there any application process or

 8   interview process that was required to become

 9   statewide commander?

10        A.   No.

11        Q.   How did your job duties and responsibilities

12   change when you became statewide commander?

13        A.   At that time you were in charge of -- you

14   end up helping overseeing the training academy, some

15   of the classes, the firearms portion statewide is

16   quite a handful, the tactical operations, any tactical

17   issues, sniper and TRT issues we're involved in.

18        Q.   So you were responsible at that point for

19   developing the training given to the tactical team

20   members, correct?

21             MS. STEIMEL:  Object, misstatement of his

22   prior testimony.  You can answer though.

23             THE WITNESS:  Yes.

24        Q.   And did you continue to participate in
```

Transcript of David White
Conducted on August 22, 2018                    30

1    statewide operations?

2         A.   Yes.

3         Q.   Did you continue to supervise those

4    statewide operations?

5         A.   Yes.

6         Q.   And did you continue to plan those statewide

7    operations?

8         A.   Yes.

9         Q.   In fact, you were now actually more

10   responsible for planning them as a statewide tactical

11   commander, correct?

12        A.   Correct.

13        Q.   Tell me about how you did that, how you

14   planned the operations, what that looks like in terms

15   of who you spoke with and how that process worked?

16        A.   Usually my orders would come from the chief

17   of operations.  Then from there if we were doing a

18   tactical operation an operations order would be put in

19   place outlining our mission in our operations order of

20   what's required, number of facilities, number of

21   members, how the operation began, briefings,

22   debriefings, which was all on the operational --

23   equipment.

24        Q.   And during these statewide operations, did

Transcript of David White
Conducted on August 22, 2018                    31

```
1    you attend every one as director or as statewide
2    tactical commander?
3         A.   No.  Not all of them, no.
4         Q.   What documents would -- strike that.
5              Are there any documents that would tell you
6    whether you had attended any particular statewide
7    tactical operation?
8         A.   It could be on the operation order.
9         Q.   And before -- I'll hand you an operations
10   order in a second, we'll look at that.  How long did
11   you remain the statewide commander?
12        A.   Until 2015.
13        Q.   Then what happened?
14        A.   I transferred or I went ahead and stepped
15   down as TRT commander and had a transfer to
16   Southwestern Correctional Center.
17        Q.   Was that your decision or someone else's
18   decision?
19        A.   It was mine.
20        Q.   Why did you step down?
21        A.   My daughter was playing college volleyball.
22   I had chosen this job over my family several times and
23   this time I said I wasn't going to do that.
24        Q.   The decision to transfer to Southwestern,
```

Transcript of David White
Conducted on August 22, 2018                    32

1    was that yours as well?

2         A.   Yes.

3         Q.   Why did you decide to transfer to

4    Southwestern?

5         A.   It's closer to home.

6         Q.   Anthony McAllister, did he remain the

7    southern regional tactical commander throughout your

8    tenure?

9         A.   Yes.

10        Q.   Was he the southern regional tactical

11   commander when you stepped down in 2015?

12        A.   Yes.

13        Q.   And Rodney Brady, I believe you said he was

14   the northern regional tactical commander?

15        A.   Yes.

16        Q.   Did he remain the northern regional tactical

17   commander throughout your tenure?

18        A.   Yes.

19        Q.   And when you stepped down in 2015 he was

20   still the northern regional tactical commander,

21   correct?

22        A.   Yes.

23        Q.   Who replaced you as central regional

24   tactical commander?

Transcript of David White
Conducted on August 22, 2018                    33

1        A.    I don't think they filled the position right
2    away.  I don't really know.  I don't think they filled
3    the position right away.
4        Q.    Okay.  When you stepped down in 2015 was
5    there a central regional tactical commander?
6        A.    No.
7        Q.    And there hadn't been one throughout your
8    tenure as statewide commander; is that correct?
9        A.    No, there was not.
10       Q.    My statement was correct?
11       A.    Yes.
12            (Plaintiffs' Exhibits 1 through 4 were
13            marked for identification.)
14       Q.    (By Ms. Grady)  The Court reported handed
15   you what's been marked as Exhibits 1 through 4.  These
16   were operations' orders that were produced to us in
17   this case related to the facilities at issue in this
18   lawsuit.  Exhibit 1 deals with operations order for
19   the shakedown at Illinois River.  Exhibit 2 deals with
20   the shakedown at Lawrence.  Exhibit 3 deals with the
21   shakedown at Menard.  And Exhibit 4 deals with the
22   shakedown at Big Muddy.
23            Can you tell me looking at these orders
24   whether you can tell that you attended any one of

Transcript of David White
Conducted on August 22, 2018                                  34

1    these shakedowns?

2        A.   I think I was at all of them at least one to

3    maybe the whole week.

4        Q.   You believe that you attended every one of

5    these shakedown for at least one of the days that the

6    facility was shaken down, correct?

7        A.   Yes.  To the best of my knowledge.

8        Q.   Is that based on an independent

9    recollection, or is that based on something that's in

10   these exhibits?

11       A.   Recollection.

12       Q.   Okay.  So tell me -- you recall each one of

13   these shakedowns?

14       A.   No, not specifically, but I'm looking at it

15   and I can see this is what happened these days, yes.

16       Q.   Okay.  Let's start with the shakedown at

17   Illinois River Correctional Center.  You recall being

18   there for some portion of the shakedown?

19       A.   Yes.

20       Q.   And can you tell me based on your

21   independent recollection what it is that you recall?

22       A.   I just remember being there.

23       Q.   How many days were you there?

24       A.   Well, it appears to be the 21st through the

Transcript of David White
Conducted on August 22, 2018                                    35

1    29th.

2         Q.   That's -- you are saying that based on the

3    document, right?

4         A.   Yes.

5         Q.   Okay.  Do you recall how many of those days

6    you attended the shakedown at Illinois River?

7         A.   No, I don't recall.

8         Q.   Do -- is there anything in Exhibit 1 that

9    would tell us how many days and which days you

10   attended the shakedown?

11        A.   No.

12        Q.   Is there any other document that we could

13   look at to determine which days you attended the

14   shakedown and how many days?

15        A.   No.

16        Q.   Did you send any emails or keep any record

17   of your time as statewide tactical commander?

18        A.   No.

19        Q.   Did you -- strike that.

20             How many shakedowns, facility-wide

21   shakedowns did you supervise during your tenure as

22   statewide commander?

23        A.   I have no recollection.

24        Q.   Can you give me an estimate?

Transcript of David White
Conducted on August 22, 2018                           36

```
1        A.    Fifty.

2        Q.    And was it part of your practice to attend

3   at least one day of each of those shakedowns?

4        A.    I would do my best, yes.

5        Q.    What was the purpose of attending those

6   shakedowns?  Why did you want to be there?

7        A.    Leadership purpose for the tactical unit and

8   also ensure that nothing -- everything was going as

9   planned, no issues, overseer of what is going on.

10       Q.    When you would attend a facility-wide

11  shakedown, tell me what you would do?

12       A.    Normally in the morning when we would meet,

13  whatever time it was, we would have a briefing with

14  the tactical unit, go over the day's events and then

15  we would conduct business as usual.

16       Q.    But that's what I'm trying to understand,

17  what the business as usual is.  First thing you do is

18  have a meeting with the tactical leadership?

19       A.    For example, if on Monday we were supposed

20  to hit R2 A, B and C wing that would be our business

21  of the day.  Our focus would be shaking down, ridding

22  the facility of contraband in R2 A, B and C wing.

23       Q.    Okay.  So the first thing you would do when

24  you would attend a statewide operation or
```

1    facility-wide shakedown is you would talk with the

2    tactical leadership at the facility?

3         A.   Yes.

4         Q.   Tell me what you would talk about.

5         A.   Basically how the chain of events will

6    happen, what is expected out of you.

7         Q.   And then would you also meet with the larger

8    tactical team members that were going to be doing the

9    operation that day?

10        A.   Yes, we met with everybody as a whole.

11        Q.   And would you relay that same operation?

12        A.   That was addressed as well.

13        Q.   Then the operation would begin?

14        A.   Normally, yes.

15        Q.   Are there times when there would be another

16   step before that operation began?

17        A.   No, not usually.  Bathroom break.

18        Q.   Okay.  Were there wardens or other

19   administrators of the facility that were typically

20   present?

21        A.   Yes.

22        Q.   Did they also speak with the tactical team

23   staff?

24        A.   Yes, they would.

Transcript of David White
Conducted on August 22, 2018                        38

1        Q.    And my understanding is that there is
2   usually a place where officers get dressed that is
3   sort of separate from the living units that were being
4   shaken down.  Is that true?
5        A.    Can you say that again, ma'am.
6        Q.    Yeah.  Like when you tell your guys, hey, we
7   are going to do an operation, be there at 7:30 a.m.,
8   you tell them to meet at like the Tact room, there is
9   a like a room?
10       A.    Yes.  Yes.
11       Q.    That's usually separate from the place --
12       A.    The facility.  Yes, it is.
13       Q.    They have to move from that room like to the
14  place where they are going to shake things down,
15  right?
16       A.    Yes.
17       Q.    And you would walk with them; is that
18  correct?
19       A.    That is correct.
20       Q.    Did you -- strike that.
21             Tell me what's typical Tact uniform?
22       A.    Tactical uniform is an orange jumpsuit.
23  It's level two stab resistant vest, a duty belt,
24  36-inch baton, handcuffs, OC, cuff key, tactical

1   helmet, Tact gloves, safety gloves that are piercing

2   gloves or shank prevention gloves, safety gloves.

3       Q.   How many pairs of handcuffs?

4       A.   Most of the time everybody had two.

5       Q.   Were there name tags on the jumpsuits?

6       A.   Were there name tags?

7       Q.   Correct.

8       A.   As far as White --

9       Q.   Like here today you have a name tag that

10  says D White.

11      A.   Normally no.

12      Q.   Why not?

13           MS. STEIMEL:  Objection, calls for

14  speculation.  You can answer.

15           THE WITNESS:  Normally just because the

16  turnover throughout the tactical unit.

17      Q.   (By Ms. Grady)  Well, but your name tag is

18  removable, right?

19      A.   This is.  They would never stay on with a

20  tactical vest on.

21      Q.   Why not?

22      A.   Because the tactical vest would rub up

23  against it and this is just cheap pins and it would

24  fall apart.  It wouldn't even make it ten foot.

Transcript of David White
Conducted on August 22, 2018                    40

```
1        Q.    During the time that you were statewide
2    commander did you have authority to make decisions
3    about what uniforms or what was involved in the
4    uniform?
5        A.    That was the standard, that was our basic
6    tactical equipment that we all responded with whenever
7    the tactical members were called out.  Tactical
8    rollout gear it was normally phrased.
9        Q.    So that was the standard when you took over
10   in a leadership role, correct?
11       A.    Yes.  And it never changed.
12       Q.    My question was slightly different.  Did you
13   have the ability to change it?
14       A.    Yes.  I would say yes.
15       Q.    Okay.  Did you wear that same orange
16   jumpsuit or was your outfit different?
17       A.    I wear the black uniform.
18       Q.    Tell me about that.
19       A.    Just black BDU pants and BDU shirt.
20       Q.    What does BDU mean?
21       A.    Battle dress uniform, military fatigue.
22       Q.    Did it say anything on it?
23       A.    Ours did, yes.
24       Q.    What did it say?
```

Transcript of David White
Conducted on August 22, 2018                              41

```
1          A.    It said White.

2          Q.    Yours had your name on it?

3          A.    It was embroidered.

4          Q.    Did it say anything on the back?

5          A.    No.

6          Q.    Did it have SORT team or Tact team or

7     anything like that anywhere on the sleeves or the

8     front?

9          A.    There was a patch on the right or left

10    shoulder that said statewide TRT commander, I think.

11         Q.    Okay.  So you would walk with the tactical

12    team to where they were going to shakedown when you

13    attended the facility-wide shakedowns, correct?

14         A.    Yes.

15         Q.    My understanding is that they have a

16    formation that they use to move from place to place,

17    right?

18         A.    Yes.  Form -- same formation that is used to

19    move anybody throughout a facility side by side, two

20    by two, whatever you want to call it.  We usually pair

21    up.

22         Q.    They would be two by two?

23         A.    Yes.

24         Q.    Were you part of that line movement, or were
```

Transcript of David White
Conducted on August 22, 2018                              42

1    you walking on the side?

2         A.   I would normally be in the back with the

3    warden.

4         Q.   Was it typical that it would be the warden

5    as opposed to the assistant --

6         A.   It could be.

7         Q.   You got to let me finish my question.

8              Is it typical it would be the warden as

9    opposed to the assistant warden of operations or

10   assistant warden of programs or could it be any one of

11   the three?

12        A.   It would be any one of the three.

13        Q.   Was there -- well, do you remember who you

14   walked with during the shakedown at Illinois River in

15   April of 2014?

16        A.   I would assume Greg Gossett.

17        Q.   And would you enter the cell house that was

18   being shaken down along with your tactical team

19   members?

20        A.   Normally, yes.

21        Q.   Were there times when you would be doing

22   something else?

23        A.   Could be.

24        Q.   Like what?

Transcript of David White
Conducted on August 22, 2018                                    43

```
 1          A.   Taking a phone call, answering email.

 2          Q.   You bring your phone in with you?

 3          A.   You were allowed to bring in your state cell

 4     phone in that position I was in, yes.

 5          Q.   And you had access to your work email on

 6     that cell phone?

 7          A.   Yes.

 8          Q.   Would you come in first or last, into the

 9     housing unit first before the guys walked in, before

10     your tactical team?

11          A.   I would usually come in last.

12          Q.   My understanding is once they enter the cell

13     house there is a strip search that happens after they

14     are all in and at the cells; is that true?

15          A.   Yes, typically.

16          Q.   What would you be doing as the tactical team

17     members were performing the strip search?

18          A.   Once all the tactical team members are in

19     front of the cells we make sure that both inmates are

20     out of the bed, standing up, facing the wall for us.

21     We didn't want any movement going on, that way we

22     just -- we knew everybody was safe.  That way when the

23     doors were opened up one person could come around,

24     come up to the front by the tactical staff, begin the
```

Transcript of David White
Conducted on August 22, 2018                    44

```
 1   strip search while the other one stands back behind so

 2   he can't actually observe him strip searching.

 3        Q.   My question --

 4        A.   Your real question was where I was at.  Yes,

 5   I was in the middle kind of supervising, watching what

 6   was going on.

 7        Q.   And after the strip search then the

 8   prisoners are restrained, correct?

 9        A.   Once the strip search is done, yes, the

10   inmates will be restrained and moved outside of the

11   cell.

12        Q.   Are you still watching as the prisoners are

13   being restrained?

14        A.   Absolutely.

15        Q.   And then as they are being moved out, are

16   you participating in that process or are you watching?

17        A.   I'm observing.

18        Q.   You are supervising, right?

19        A.   Yes.

20        Q.   And then once they get -- are they actually

21   lined up?

22             (Discussion was held off the record.)

23        Q.   (By Ms. Grady)  Before the break we were

24   talking about the process and where you are at each
```

Transcript of David White
Conducted on August 22, 2018                    45

```
1    step of the process.  So one of the steps that we

2    talked about was you would be observing as the

3    prisoners are being brought out of their cell,

4    correct?

5         A.   Correct.

6         Q.   Are they actually lined up in the cell house

7    or outside of the cell house?

8         A.   They will actually be lined up in the cell

9    house.

10        Q.   Then they are taken to -- what do you refer

11   to the area where they are taken and held while their

12   cells are searched?  Is there a phrase you use?

13        A.   Staging area.  I mean, you could call it a

14   staging area.  The gym usually.

15        Q.   You refer to that as the staging area?

16        A.   Yes.

17        Q.   And so the tactical team has a formation

18   there as well, how they move prisoners, correct?

19             MS. STEIMEL:  Objection to the form of the

20   question.

21        Q.   (By Ms. Grady)  Do you understand my

22   question?

23        A.   No, I don't.

24        Q.   After the prisoners are lined up they are
```

1    taken from their cell house to the staging area,

2    right?

3        A.   Yes.

4        Q.   And what are you doing as the tactical team

5    members are taking the prisoners from the housing unit

6    to the staging area?

7        A.   Just ensuring the cell house gets emptied.

8        Q.   You stay in the cell house?

9        A.   I usually stay in.  Once the last person

10   walks out then I'll step on out and make sure the

11   movement from Point A to Point B is fine.  We have no

12   issues.

13       Q.   Do you actually walk?

14       A.   I have.

15       Q.   Is that something you do as part of your

16   typical practice during these shakedowns?

17       A.   You know, everything kind of varies.  There

18   would be days, yes, I would follow every line.  And

19   there would be days I wouldn't follow a line.  I would

20   stay in the cell house because we just found four

21   knives that got thrown off the gallery.

22       Q.   Okay.  Sometimes you stay in the cell house,

23   sometimes you go with the line?

24       A.   Just kind of goes with the flow of what's

Transcript of David White
Conducted on August 22, 2018                                    47

1    going on.

2        Q.   When you are going with the line, are you

3    part of their formation to move the prisoners from

4    their housing unit to the staging area, or are you on

5    the side?

6        A.   No.  I'm on the side supervising.

7        Q.   Once the prisoners are in the staging area

8    that's when -- strike that.

9             When the prisoners are in the staging area,

10   are you in the staging area with the prisoners, or you

11   back at the cell house as it's being search?

12       A.   If I'm actually going with them I follow

13   them all the way to the gym or the staging area.

14       Q.   Okay.  So just depends on the shakedown,

15   whether you are in the cell house or in the staging

16   area?

17       A.   Correct.

18       Q.   Do you ever stay in the staging area the

19   whole time?

20       A.   I have never stayed the whole time, but I've

21   stayed several hours, yes, depending upon the

22   situation and what's going on with the flow of the

23   facility of the day.

24       Q.   What about the movement of the prisoners

Transcript of David White
Conducted on August 22, 2018                              48

1    from the staging area back to the housing unit.  Are
2    you present during that movement as well?
3         A.   Yeah.  Normally as we bring them back myself
4    or the regional commanders and the facility commanders
5    are there.  The movement back is also important.
6         Q.   Are you, again, on the side supervising?
7         A.   Yes.
8         Q.   As prisoners are brought to their cells
9    within the housing unit, are you back in that center
10   area supervising as well?
11        A.   Yes, normally.
12        Q.   Okay.  What do you do at the end?  Once the
13   prisoners are back in their cells, everybody gets
14   locked back up, what in a typical strip search do you
15   do at that point?
16        A.   Once they come back there is no strip
17   search.
18        Q.   I'm sorry, in a typical shakedown.
19        A.   Once they come back?
20        Q.   Yes.
21        A.   Once they come back normally we take the
22   restraints off, have the inmate go to the back of the
23   cell.  They would be facing with his -- his face will
24   be facing the back wall.  Do the other one.  Once

Transcript of David White
Conducted on August 22, 2018                              49

1    that's done close the door.  Then from there

2    usually -- usually the facility have medical staff

3    walk around, which we already had medical staff over

4    at the staging area, but they will have a lieutenant,

5    medical, warden, someone -- usually someone comes up

6    and follows up, makes a round and see if everything is

7    okay and there is no issues.

8        Q.   Is that something you are present for?

9        A.   Sometimes.

10       Q.   What do you do once you leave the housing

11   unit?  Do you go home?  Do you meet with the tactical

12   team?

13       A.   It would depend on if we had another wing to

14   do, we had another area to go to or if we were done we

15   would come back.  If we were done we would end up

16   going back to the tactical room or whatever we

17   addressed in the morning, we'd address everybody else,

18   issues, concerns, anything that we could make better.

19   The warden would come in and debrief.  Soon as the

20   warden would get done talking usually I would say last

21   final thoughts, oorah, thank you, good job, appreciate

22   everything, break, see you tomorrow, we are off, have

23   a great weekend, just typical day.

24       Q.   Do you have that meeting in between each

Transcript of David White
Conducted on August 22, 2018                    50

1    wing, or is that only at the end of the day?

2         A.    Usually beginning and end.

3         Q.    So let's look at Exhibit 1 real quick.  You

4    see that according to this operations order on

5    April 21 A, B and C wing of R2 house was shaken down?

6         A.    Uh-huh.

7         Q.    Is that a "yes"?

8         A.    Yes.

9         Q.    So that would happen sequentially; is that

10   correct, that first A wing would be shaken down?

11        A.    Hold on.  I would have to see how many

12   members I have here before I can give you an idea.

13   Sixty.  Probably this particular day with only having

14   60 Tact members we actually probably went to A wing

15   first.

16            I don't know that for sure, but I'm assuming

17   we went to A wing first with 60 Tact members and

18   removed all of A wing, did the shakedown, brought all

19   A wing back.  Kind of regrouped, rehydrated.  Then we

20   went in and did the same procedure with B wing.

21        Q.    So you don't have an independent

22   recollection of the shakedown on April 21?

23        A.    No, not at all.

24        Q.    You would look at this and base and know how

```
1    and what sequence things were shaken down based on the

2    number of people that you had on Page 2 of the

3    Exhibit 1 and then based on your knowledge sort of the

4    facility and how many prisoners are in each of those

5    wings?

6         A.    Right.  As far as staff and number of cells

7    per wing.

8         Q.    How many tactical team members do you have

9    assigned to each cell?

10        A.    Normally one.

11        Q.    So one tactical team member?

12        A.    Or it could be two.  It just depends.

13        Q.    Can you tell me based on Exhibit 1 whether

14   there was one or two people assigned to each cell

15   during the shakedown at Illinois River on April 2014?

16        A.    I cannot recall.

17        Q.    So can you tell me then based on this number

18   of 61 tactical team people positioning in the

19   shakedown at Illinois River, is it your belief that

20   each one of these wings was shaken down sequentially

21   on each one of those days?

22        A.    Yes, I would assume.

23        Q.    Not just assume --

24        A.    I'm assuming because I can't recall it.
```

Transcript of David White
Conducted on August 22, 2018                                    52

1        Q.   But with 61 people you can tell me that it's

2    likely that each one of these wings were shaken down

3    separately?

4        A.   Yes.  They were accomplished.  Normally they

5    were accomplished, and if they weren't we would do an

6    overflow for the next day.  That's just normally how

7    it happened.  I don't know if it happened here at this

8    place, I cannot recall that.

9        Q.   Okay.  How long would a day be with these

10   three wings?  How long would that typically take from

11   the beginning to the end?

12       A.   Probably until, once again this is an

13   estimation of time, we would probably be done and

14   driving out of the facility by 1:30, 1:00ish, maybe

15   2:00ish.  Some of this stuff depends on whether or not

16   we had issues.  I don't recall any issues at all at

17   this place.  Nothing that rings a bell.

18       Q.   Okay.  The only independent recollection you

19   have of the 2014 shakedowns at Illinois River was

20   being there for at least one of the days, right?

21       A.   Yeah.  I do recall being here several days,

22   but I do not know how many exactly, no.

23       Q.   You don't recall the details of any of the

24   shakedowns that you saw, correct?

Transcript of David White
Conducted on August 22, 2018                    53

```
 1        A.    No, I do not.
 2        Q.    And was it part of your typical practice
 3   that when a statewide -- strike that.
 4              Was it part of your typical practice that
 5   when a facility-wide shakedown was occurring you would
 6   make sure to attend the first day of that shakedown
 7   operation?
 8        A.    Normally I would try, yes, as the statewide
 9   commander.
10        Q.    If you weren't present --
11        A.    The regional guy --
12        Q.    That was my question.  If you weren't
13   present you would make sure there was a regional
14   statewide Tact commander, correct?
15        A.    Yes.
16        Q.    There would be someone from the tactical
17   leadership present, correct?
18        A.    Yes.
19        Q.    You see that your name appears here on
20   Page 2 of the operations order, correct?
21        A.    Okay.
22        Q.    Do you see your name there?
23        A.    Yes.
24        Q.    Does that give you any information as to
```

Transcript of David White
Conducted on August 22, 2018                    54

1   whether you attended on all of the days or some of the

2   days?

3        A.   No.

4        Q.   So this is the central region, right,

5   Illinois River?

6        A.   Yes.

7        Q.   If it wasn't you who attended a day of the

8   shakedown between April 21 and April 29th of 2014, who

9   else would have attended?

10       A.   I would say either Rod Brady or Bull.  At

11  that time there was only three of us so we kind of

12  split -- we all kind of work together as a team here

13  to fill in the void for the central.

14       Q.   Okay.  Let's look at --

15       A.   I mean, I do see my name on here so I could

16  have been here all week.  I don't recall.  I really

17  don't.

18       Q.   Okay.  Let's look at Exhibit 2.  That's the

19  shakedown at Lawrence.

20       A.   Okay.

21       Q.   Can you tell me, first, do you have any

22  independent recollection of the shakedowns at Lawrence

23  in July of 2014?

24       A.   I remember -- yes, because I remember trying

Transcript of David White
Conducted on August 22, 2018                    55

1    to get hotel rooms for the guys to kind of save on

2    overtime money.

3        Q.   That was part of the task that you did in

4    advance to cut down on the overtime costs?

5        A.   Yes.

6        Q.   Was that because of the travel?

7        A.   Yes.  As far as travel, Lawrence is out in

8    the middle of nowhere so as far as cutting down on

9    cost and travel time of individuals, you know, in a

10   vehicle doing absolutely nothing we actually saved

11   money by getting hotel rooms to help with the cost a

12   little bit.

13       Q.   So that, you getting hotel rooms, that

14   happened in advance of the July 7, 2014, shakedown?

15       A.   I think it did, yes.

16            MS. STEIMEL:  Just let her finish the

17   question.  I know you know where she is going, but it

18   makes her life easier.

19       Q.   (By Ms. Grady)  Do you remember anything

20   about the shakedowns themselves as they occurred at

21   Lawrence between July 7, 2014 and July 11, 2014?

22       A.   No.

23       Q.   Do you recall whether or not you attended

24   any of the days of the shakedown at Lawrence in

Transcript of David White
Conducted on August 22, 2018                    56

1    July 2014?

2         A.   Yes, I do.

3         Q.   You recall that you were there?

4         A.   Yes, I was there I think a couple days.

5         Q.   Do you know which days you were there?

6         A.   No.

7         Q.   Do you remember which areas of the cell

8    house were searched on the days you were there?

9         A.   No.

10        Q.   I should have asked you that for Illinois

11   River as well.  Do you recall any of the areas at

12   Illinois River that were searched during the days that

13   you were present?

14        A.   Only thing I can say is the op orders.  I

15   just -- if the op orders said we did R2 A, B and C

16   wing I have to go with the op order.

17        Q.   What I'm asking though is do you recall --

18   like, I don't recall what day I was there?

19        A.   No, I don't.

20        Q.   But just to be clear, what I'm asking is do

21   you recall -- I want to make sure that you don't

22   recall -- I don't remember what day I was there, but I

23   do know it was R3 house was shaken down the day I was

24   there?

Transcript of David White
Conducted on August 22, 2018                          57

1        A.    No.

2        Q.    So turning back to Lawrence then.  Is there

3   anything about what appears in Exhibit 2 that would

4   tell us whether you attended or what days you attended

5   the shakedowns at Lawrence?

6        A.    No.

7        Q.    If it wasn't you present for the shakedowns,

8   Anthony McAllister would have been present, correct?

9        A.    Yes or Rod Brady.

10       Q.    Well, Anthony McAllister's name appears at

11  the bottom of Exhibit 2, correct?

12       A.    Yes.

13       Q.    But it still could have been Rod Brady?

14       A.    It could have been because I don't know -- I

15  don't remember if Bull took a vacation day throughout

16  that time or not, you know, so.

17       Q.    Is it -- were there times when both you and

18  Mr. McAllister attended a facility-wide shakedown?

19       A.    Yes.

20       Q.    And were there times when all three of you,

21  Brady, McAllister and yourself, attended facility-wide

22  shakedowns?

23       A.    I don't recall one, no.

24       Q.    Were there times when you and Brady together

Transcript of David White
Conducted on August 22, 2018                              58

1    attended a facility-wide shakedown?

2         A.   Yes.

3         Q.   Were there times when Brady and McAllister

4    together attended a facility-wide shakedown?

5         A.   Yes.

6         Q.   Do you recall any of -- any details about

7    what actually occurred during the shakedowns that you

8    attended at Lawrence Correctional Center in July 2014?

9         A.   I do not remember much, no.

10        Q.   Tell me anything that you do remember.

11        A.   I'm starting to think we found a knife.

12        Q.   Okay.  So you have an independent

13   recollection that you think there was a knife located

14   at Lawrence as part of these shakedowns?

15        A.   Yes.

16        Q.   Do you recall any other details about the

17   shakedowns at Lawrence?

18        A.   No.

19        Q.   Okay.  Let's look at Exhibit 3.  These are

20   the shakedown operations orders for Menard and there

21   are multiple operations orders within Exhibit 3.  Can

22   you tell me first based on your independent

23   recollection whether you recall attending any of the

24   days that Menard was shaken down as part of this

Transcript of David White
Conducted on August 22, 2018                    59

1   facility-wide shakedown in April 2014?

2        A.   I do remember some of Menard.

3        Q.   Tell me what you recall.

4        A.   I just remember we found a large amount of

5   homemade knives.

6        Q.   Anything else that you recall about the

7   shakedown at Menard, any of the shakedowns at Menard?

8        A.   I just remember finding a lot of knives this

9   week.

10       Q.   Okay.  Do you recall anything else?

11       A.   No.

12       Q.   So you recall that you were present for some

13  of these days, correct?

14       A.   Yes.

15       Q.   And can you tell me which of the days you

16  were present for?

17       A.   I don't recall that.

18       Q.   Your name is on I believe each one of these

19  orders, right?  That's not true.

20       A.   Do you know what, Bull may have been on

21  vacation during this week and showed up later in the

22  week, if I --

23       Q.   I think if you look at 13452 --

24       A.   Yeah, that's what it appears.  I think Bull

Transcript of David White
Conducted on August 22, 2018                    60

```
1    was on vacation this week.
2         Q.   So you would have been present for each one
3    of the shakedowns at Menard from April 4, 2014 through
4    April 12, 2014, correct?
5         A.   Yes.
6         Q.   And then McAllister's name appears on
7    April 14, 2014.  Do you know whether you were also
8    present during that day?
9         A.   I cannot recall.
10        Q.   And what about for April 15th, 2014?
11        A.   I can't recall.
12        Q.   Both of your names appear on this operations
13   order which is 13456, correct?  Actually, that's true
14   for 13452.  Does that give you any information about
15   whether or not you attended the shakedowns on these
16   days?
17        A.   Not necessarily.
18        Q.   And did the southern region deputy director
19   attend shakedowns?
20        A.   I do not recall him being there.  Let me
21   rephrase.  I don't recall.
22        Q.   Typically during the days that you were
23   there at facility-wide shakedowns would a regional
24   deputy director attend the shakedowns?
```

Transcript of David White
Conducted on August 22, 2018                    61

1       A.   Normally a regional deputy director would
2   show up at least a day or two throughout the week
3   normally.
4       Q.   Okay.  What about the chief of operations;
5   would the chief of operations attend the shakedowns?
6       A.   He has, yes.
7       Q.   During this period of time in 2014 the chief
8   of operations was Joseph Yurkovich, right?
9       A.   That is correct.
10      Q.   When you took over as statewide tactical
11  commander it was Jerry Buscher?
12      A.   That is correct.
13      Q.   When did that switch happen, if you know?
14      A.   When the politics changed.  So when we went
15  from republican to governor.  Whatever the
16  governorship was at the time.
17      Q.   What about the deputy chief; was Mike
18  Atchison the deputy chief of operations when you
19  became the statewide tactical commander?
20      A.   Yes.
21      Q.   And was -- did he remain the deputy chief of
22  operations when you left your position as statewide
23  commander in 2015?
24      A.   Yes.

Transcript of David White
Conducted on August 22, 2018                          62

```
1        Q.    Would he attend the shakedowns?

2        A.    He would occasionally, yes.

3        Q.    Do you have any recollection of him

4   attending any of the shakedowns that we've talked

5   about so far at Lawrence, Illinois River or Menard?

6        A.    I do not recall.

7        Q.    And do you recall Joseph Yurkovich attending

8   any of the shakedowns that you were present for at

9   Illinois River, Lawrence or Menard?

10       A.    I think Yurkovich showed up one day at

11  Menard.

12       Q.    Do you recall which day?

13       A.    No, do not recall.

14       Q.    Do you recall whether or not he was present

15  in the cell house as it was either being searched or

16  as the prisoners were being strip searched?

17       A.    Usually our chain of command if he was there

18  he was -- if he was there.  He may have been there.  I

19  don't know.  I cannot recall.

20       Q.    Do you recall anything about him being there

21  other than just the fact that he was there?

22       A.    No.

23       Q.    Do you recall Kim Butler attending any of

24  the shakedowns you were present for at Menard?
```

Transcript of David White
Conducted on August 22, 2018                            63

```
1        A.   Yes.

2        Q.   Was she there each day that you were there?

3        A.   Yes.  She was normally there, yes.

4        Q.   What about Rick Harrington, do you know

5   whether or not he attended any of the days of the

6   shakedown?

7        A.   I can't recall, but I think Kim was there

8   for sure.

9        Q.   What about Alex Jones, do you see that he is

10  listed there on assistant warden of operations?

11       A.   Yes, Alex was there.

12       Q.   Was he there for each of the days that you

13  were present for the shakedowns?

14       A.   Alex used to be a former TRT guy and so the

15  loyalty towards the Tact units, he has it, and he was

16  always there for the briefings, exits and oorahs

17  and --

18       Q.   What is that, an oorah?

19       A.   That was a military term.  Good kudos, good

20  job, thank you for the support, thank you for what you

21  have done.

22       Q.   Let's look at Exhibit 4.  Those are the --

23  this is the operations order for the shakedown at Big

24  Muddy.  First, you have any independent recollection
```

Transcript of David White
Conducted on August 22, 2018                                    64

1    of whether or not you were present for any of the days

2    that Big Muddy was shaken down in May of 2014?

3          A.   I don't.

4          Q.   You actually don't know for this one whether

5    you were there any of these days?

6          A.   Yes.  I was here.

7          Q.   Okay.  Do you know which days you were here?

8          A.   No, I don't.

9          Q.   Is there anything about Exhibit 4 that would

10   tell you which days you attended the shakedowns?

11         A.   No.

12         Q.   Do you know -- do you have any independent

13   recollection of the shakedowns at Big Muddy in May of

14   2014?

15         A.   No.

16         Q.   Do you know whether Anthony McAllister was

17   there on the day or days that you attended the

18   shakedown?

19         A.   Yes.

20         Q.   Do you know whether Chief of Operations

21   Yurkovich was there during any of the day or days that

22   you attended the shakedowns at Big Muddy in May of

23   2014?

24         A.   I do not recall him being there, no.

Transcript of David White
Conducted on August 22, 2018                                    65

1        Q.    What about Mike Atchison; do you recall Mike

2    Atchison attending any of the days of the shakedown

3    you were there in May of 2014?

4        A.    I do not.

5        Q.    What about Zachary Roeckeman, do you know

6    who he is?

7        A.    Yes.

8        Q.    He was the warden of Big Muddy at that time?

9        A.    Yes, he was.

10       Q.    It was my understanding that for some period

11   of time he actually filled in as southern regional

12   deputy director.

13       A.    He did.

14       Q.    Do you know about what time he did that?

15       A.    I do not, but it did happen, yes.

16       Q.    Was that -- was he someone that you worked

17   with during the period of time that he was working as

18   southern regional deputy director?

19       A.    I would.

20       Q.    How would you work with him?

21       A.    Well, at the time he overseen Menard

22   Correctional Center.  So a lot of times if -- at the

23   time we had a lot of STGs, that's security threat

24   groups.  We were having problems with them in 2014,

Transcript of David White
Conducted on August 22, 2018                              66

1   lot of knives, lot of staff assaults, and if an

2   individual needed to be moved to another facility he

3   would usually contact me directly and say, hey, we

4   already contacted transfer coordinator's office, we

5   need to see about getting inmate Smith, per say, moved

6   to Pontiac as soon as you can.

7       Q.   I think that Roeckeman was the warden at Big

8   Muddy not Menard?

9       A.   Yes, but he was still overseeing it as

10  deputy.

11      Q.   I see.  So do you recall him being present

12  for any of the days of the shakedown?

13      A.   I do not recall, no.  Hold on.  We are at

14  Big Muddy.  Yes, Zach was there.

15      Q.   Okay.  Do you recall -- do you know

16  Assistant Warden of Operations Robert Craig?

17      A.   Yes.

18      Q.   Do you recall him being present for any of

19  the days of the shakedown that you were present for at

20  Big Muddy?

21      A.   Yes.

22      Q.   Was he there all of the days that you were

23  present for the shakedowns?

24      A.   Yes.  On the norm your warden and assistant

1    warden, a spokesperson of the facility was there every

2    day to greet you and to see you off throughout the

3    day.

4        Q.   So would that typically be the warden and

5    assistant warden of operations?

6        A.   It could vary.

7        Q.   Let's look back at Exhibit 2, the Lawrence

8    shakedowns.  Did you ever see Randy Davis at --

9    present at the shakedowns at Lawrence in July of 2014?

10       A.   I do not recall, but I think Randy was

11   there.

12       Q.   What about Warden Steven Duncan, did you

13   ever see him at shakedowns at Lawrence in 2014?

14       A.   Yes.

15       Q.   Was he there every day that you were there?

16       A.   I just recall him being there.  I don't know

17   specific dates.

18       Q.   What about McAllister, was he present for

19   the days you were there at the shakedown at Lawrence?

20       A.   Yes.

21       Q.   What about Assistant Warden of Operations

22   Richard Moore, was he present for the shakedowns at

23   Lawrence?

24       A.   Yes.

Transcript of David White
Conducted on August 22, 2018                              68

```
1         Q.   And then lastly at Illinois River, did you
2    see Warden Gossett present for the shakedowns?
3              MS. STEIMEL:  Objection, asked and answered.
4         Q.   (By Ms. Grady)  You are right, it was.  But
5    actually, not quite.  Did you see Warden Gossett there
6    for every day that you were present for the
7    shakedowns?
8              MS. STEIMEL:  Same objection.  You can
9    answer.
10             THE WITNESS:  Yes.
11        Q.   (By Ms. Grady)  And Assistant Warden of
12   Operations Stephanie Dorothy, are you familiar with
13   her?
14        A.   Yes.
15        Q.   Was she there for every day of the
16   shakedown?
17        A.   Yes.  I would assume yes.  I don't recall
18   actually.
19        Q.   The -- there are female members of the
20   tactical team, correct?
21        A.   Yes.
22        Q.   They participate in the statewide operations
23   as well, correct?
24        A.   Correct.
```

Transcript of David White
Conducted on August 22, 2018                    69

1        Q.    Including the facility-wide shakedowns,

2   right?

3        A.    Correct.

4        Q.    Tell me about their role.  Is there any

5   special role for female members of the tactical team?

6        A.    Number one, they do not conduct strip

7   searches of male inmates.  With that said, normally

8   they are off the wing gallery, totally out of eyesight

9   of any -- as a male gets undressed they are not --

10  nowhere near.  Once everybody is fully clothed and at

11  that time they can come on and help conduct a

12  shakedown of the cell.

13       Q.    How many female members of the tactical team

14  are there?

15            MS. STEIMEL:  Objection to the form of the

16  question.

17            THE WITNESS:  I currently have no idea.

18       Q.    (By Ms. Grady)  Back in 2014 when you were

19  the statewide commander about how many women were on

20  the tactical team?

21       A.    Approximately 40.

22       Q.    About how big was the tactical team

23  statewide?

24       A.    Approximately 650.

Transcript of David White
Conducted on August 22, 2018                    70

1       Q.   Let's talk about the -- these operations

2    orders.  Who is responsible for drafting them in the

3    first instance?

4       A.   Most of the time I did it.  If I was busy

5    then the regional commanders could do it.

6       Q.   Did the wardens do it?

7       A.   No.

8       Q.   Can you tell me why the operations order at

9    Menard is -- there is a separate one for every day?

10      A.   Actually, I do recall that.  I remember

11   Yurkovich telling me to -- I was doing an operation

12   order for every day of every time daily, and he goes,

13   hey, just do it for the week and then add it in the

14   comments as far as target area, break it down that

15   way.  That's why this one has a daily event.

16      Q.   But was Menard the first facility-wide

17   shakedown that was conducted after you stepped in as

18   statewide commander?

19      A.   No.  I think we had done some other ones

20   prior to this, of course.  Yeah, I know so.

21      Q.   Okay.

22      A.   Yeah, definitely.

23      Q.   The -- have you ever heard the phrase

24   "spring cleaning"?

Transcript of David White
Conducted on August 22, 2018                       71

```
1          A.    Spring cleaning.

2          Q.    As used through your employment.  Have you

3    ever heard that phrase?

4          A.    I have not.

5          Q.    Can you tell me, do you recall a time in

6    2014 when it was decided that every facility in the

7    Illinois Department of Corrections would be searched

8    on a facility-wide basis?

9          A.    I do remember that.

10         Q.    Tell me about that decision.  Was that one

11   that was told to you or was that decision one that you

12   were a part of?

13         A.    I actually recall being in a meeting and

14   they said we are going to go ahead and start doing

15   statewide facility shakedowns to rid the institutions

16   of contraband, weapons, toxins, excess property.

17         Q.    When did that meeting happen?

18         A.    I don't recall.

19         Q.    Was it in 2014 or before 2014?

20         A.    It would have been prior to all this

21   occurring, I think.

22         Q.    This happened in -- at least Menard happened

23   in April of 2014.  Was it sometime before April, but

24   sometime in 2014 that there was a meeting, or was it
```

Transcript of David White
Conducted on August 22, 2018                    72

```
 1   the year before or?
 2        A.   It was before this date.  I don't recall if
 3   it was the beginning of 2014 or '13.
 4        Q.   And who was present at the meeting?
 5        A.   Chief Yurkovich and Atchison.
 6        Q.   And yourself?
 7        A.   Yes.
 8        Q.   Was McAllister there?
 9        A.   I don't recall.
10        Q.   Where was the meeting?
11        A.   Springfield.
12        Q.   Were their offices at Springfield, director
13   of operations and deputy director of operations?
14        A.   Yes.
15        Q.   Were you guys like in the same building?
16        A.   No.  I was in an adjacent building.
17        Q.   Is that at Concordia Court?
18        A.   Yes.
19        Q.   Was McAllister's office also at Concordia
20   Court?
21        A.   It was with me or in our building, yes.
22        Q.   Was that true for Brady as well?
23        A.   Yes, that was our headquarters office.
24        Q.   So like the headquarters for the statewide
```

Transcript of David White
Conducted on August 22, 2018                    73

1    tactical unit was --

2          A.    Springfield.

3          Q.    Got it.  Okay.

4                And so as part of this meeting you were told

5    that there was going to be a statewide facility

6    shakedown, correct?

7          A.    Well, we were trying -- I think we were just

8    trying to figure out how we were going to target all

9    the facilities throughout a certain amount of time to

10   try to get them all cleaned out and do our best to

11   shakedown every facility throughout the State.

12         Q.    Okay.  So it's my understanding then that in

13   the meeting you were basically told we are going to do

14   this, hit every facility to get rid of contraband, and

15   the meeting was comprised of coming up with a plan how

16   to execute that goal, correct?

17         A.    Yes.

18         Q.    Okay.  So were you talking about scheduling

19   the shakedowns at the various facilities?

20         A.    Yes.

21         Q.    Was there -- tell me about that.  Were there

22   facilities that you were talking about hitting first

23   or how did that work?

24         A.    Normally we try to start with the bigger

Transcript of David White
Conducted on August 22, 2018                           74

1   facilities first and then kind of worked ourselves

2   down.  There wasn't any rhyme or reason.  We just

3   started at the bigger ones, just because there is more

4   things going on, usually the most dangerous places.

5       Q.   And so are those bigger facilities like the

6   maximum security prisons?

7       A.   Normally, yes.

8       Q.   So you are talking about Menard?

9       A.   Menard, Lawrence is a bigger one, Pontiac,

10  Stateville.  They are the old medieval-looking prison.

11  There is a lot of space and a lot of things to look

12  at.

13      Q.   Okay.  Did you come up with like a calendar

14  plan about when you were going to hit all the

15  facilities during that meeting?

16      A.   Yes, I guess.  It was -- this just wasn't

17  yesterday this happened.  I'm trying to remember all

18  this.  I think I was supposed to formulate a plan or I

19  talked to him.  I can't remember which one it was.

20  How do we want to -- where do we want to start and how

21  do we want to go about shaking down and basically

22  what's our focus, what's our goals, what do we want to

23  achieve, you know, just the basically rigmarole of an

24  operation order.

Transcript of David White
Conducted on August 22, 2018                    75

1        Q.    Okay.  And so you guys were talking about

2    the actual execution of this operation as well,

3    correct?

4        A.    Yes.  Time and dates and number of

5    personnel, watching overtime issues, a lot of that I

6    had to deal with, making sure we had facilities that

7    were -- along with the regional TRT commanders we

8    would put together, formulate a plan on staffing, try

9    to keep down on overtime, whether or not we need to

10   get hotels, how we need to get our staff there, get

11   the most work out of them and get everybody home

12   safely.

13       Q.    During this meeting with Yurkovich and

14   Atchison you were talking about how to perform these

15   operations to meet the goals that you had discussed,

16   correct?

17             MS. STEIMEL:  Objection to the form of the

18   question.  Misstates prior testimony.

19       Q.    (By Ms. Grady)  You can answer.

20       A.    Yes.

21       Q.    Do you -- can you tell me whether this was

22   the first time that you were aware of an operation to

23   hit every facility in the Illinois Department of

24   Corrections for a facility-wide shakedown?

Transcript of David White
Conducted on August 22, 2018                                    76

1          A.   Can you rephrase?

2          Q.   Sure.  My understanding is that this meeting

3     that you were talking about you learned that there was

4     going to be a facility-wide shakedown at every

5     facility in IDOC, right?

6          A.   Yes.

7          Q.   Was that the first time that that had

8     happened, to your knowledge?

9          A.   The first time that it has ever happened

10    throughout the department?

11         Q.   Right.  Where there had been a plan to do a

12    facility-wide shakedown at every facility in the

13    Illinois Department of Corrections?

14         A.   They have done statewide shakedowns before

15    in the '90s.

16         Q.   Okay.  Were you told the reason -- were you

17    told anything about the reason why they wanted to do

18    this, apart from that the goal was to unearth

19    contraband?

20              MS. STEIMEL:  Objection to the form of the

21    question.

22         Q.   (By Ms. Grady)  I can explain what I'm

23    asking.  I understand that you talked about there

24    being a discussion about wanting to do these in order

Transcript of David White
Conducted on August 22, 2018                    77

1    to find contraband.  My question is, were you told

2    everything or any conversation about why now they

3    decided that a statewide operations at every IDOC

4    facility was necessary as opposed to in 2005 or --

5         A.   Well, we didn't want another Richard

6    Spectate [ph] coming out from 1996.  Our number of

7    staff assaults were alarming at this point.  The

8    number of knives that we found during this time was

9    alarming.  Some of the facilities had drugs.  It was

10   time to go through and conduct a shakedown of each

11   facility and try to rid this problem.

12        Q.   Okay.  Do -- did you have a meeting -- after

13   this meeting with Yurkovich and Atchison, did you have

14   a meeting with McAllister, Brady or anybody else about

15   how to execute this operation?

16        A.   Yes, we were a team.  We discussed

17   everything.  I don't recall the conversations, but I'm

18   almost positive that I conversed with them.

19        Q.   You would have recounted the conversation

20   you had with Atchison and Yurkovich, right?

21        A.   Say again.

22        Q.   You would have recounted for them the

23   conversation you had with Yurkovich and Atchison,

24   right?

Transcript of David White
Conducted on August 22, 2018                    78

1        A.    Yes.

2        Q.    And then you guys would have talked -- and

3   then you did have one or more meetings to talk about

4   how to execute the conversation that you had with

5   Yurkovich and Atchison, right?

6        A.    Yes.

7        Q.    Do you -- in drafting these operations

8   orders do you have a form that you use?  Reason I'm

9   asking is these all have a similar layout.  Do you

10  have like a preprinted form that you use to draft

11  them?

12       A.    Yes, I did.

13       Q.    And was that form, that thing that you used

14  to draft these, was that something that you had

15  created or was it something that you had been provided

16  by someone else?

17       A.    I think we -- I think Chief Atchison had

18  given the actual form.  We kind of played around with

19  some different operation orders and what we wanted

20  entailed into them and by the time it was done he gave

21  the overall okay that I like how this looks.

22       Q.    Once you decided on how to execute an

23  operation did -- let me ask you this.  Were you

24  required to get approval of the operations order

Transcript of David White
Conducted on August 22, 2018                                    79

1    before beginning the operation by anyone?

2         A.   Yes.  Usually Yurkovich told, hey, let's get

3    an operation order together.  For example, Shawnee

4    Correctional Center.  I would put one together with

5    the help of my regional guys and then we would

6    formulate the plan and there you go.

7         Q.   But did you have to get the operations order

8    approved before you went to Shawnee?

9         A.   Yes, normally.

10        Q.   Okay.  And you had the authority at the

11   facility to decide how the shakedown was going to be

12   executed, correct?

13        A.   Yes.  Myself or the regional commanders,

14   yes.

15        Q.   Okay.  And it was your responsibility to

16   ensure that the tactical team members adhere to your

17   instruction about how to execute the operation,

18   correct?

19        A.   Yes.

20        Q.   I want to talk to you about a couple of

21   these.  So let's look at Exhibit 3, Menard.

22        A.   I'm going to grab some water.

23             (A short recess was taken.)

24        Q.   (By Ms. Grady)  Let's talk about the Menard

Transcript of David White
Conducted on August 22, 2018                                    80

1    operations order.  So the first thing is that there is

2    the date and time here, right?

3         A.   Uh-huh.

4         Q.   Is that a "yes"?

5         A.   Yes.

6         Q.   And that time, is that the time when team

7    members are going to meet, or is that the time when

8    the shakedown is actually going to start?

9         A.   That was usually the meet time at the --

10   yeah, where we were all meeting, yes, that was the

11   time we met.

12        Q.   Okay.  Under the duties you have like the

13   members and that lays out who all is being activated

14   to do this operation, right?

15        A.   Yes.

16        Q.   Do you have supervisory authority over the

17   internal affairs and intelligence units that may be

18   present for a tactical team operation?

19        A.   No.

20        Q.   So they are kind of separate, right?

21        A.   Yes.  They are -- yeah, that's why we call

22   them Intel and IA.  They are their own entity.

23        Q.   They are usually set up in the staging area,

24   right?

Transcript of David White
Conducted on August 22, 2018                    81

1        A.    At Menard there is always a strong presence

2    of Intel and IA just because it's a bigger facility,

3    there is more things going on, yeah.  It was always a

4    big number of Intel/IA.

5        Q.    Did they typically participate in the strip

6    search or march to the staging area?

7        A.    No.  They would meet us wherever we were

8    going.

9        Q.    Would they always -- my understanding is

10   that they often would conduct interviews with some

11   prisoners either at random or purposefully selected?

12            MS. STEIMEL:  Objection, foundation.

13            THE WITNESS:  Yes.

14       Q.    (By Ms. Grady)  Is that where -- were they

15   always there during those shakedowns?

16            MS. STEIMEL:  Objection, foundation.

17            THE WITNESS:  Yes.

18       Q.    (By Ms. Grady)  And did you participate in

19   the selection of the prisoners who were going to be

20   interviewed by internal affairs or intelligence?

21       A.    Absolutely not.

22       Q.    Would you be notified ahead of time about

23   which inmates were going to be interviewed?

24       A.    No, I would not.

Transcript of David White
Conducted on August 22, 2018                          82

1        Q.    Who gets a copy of these operations orders?
2        A.    Normally the people that are in the chain of
3   command, the command staff and the chain of command
4   that is actually on the operation order, that's it.
5        Q.    The institution's tactical team commander
6   wouldn't get this either, right?
7        A.    No.
8        Q.    But you would transmit the information about
9   how to execute the operation to the tactical team in
10  advance of that day's shakedown, right?
11       A.    Yes.
12       Q.    So under the duties here you -- do you know
13  whether you drafted this particular operations order
14  for April 4, 2014?
15       A.    I'm sure I did.
16       Q.    Okay.  So you've written here that the
17  inmates from north cell house will be strip searched,
18  restrained behind the back and escorted to the chapel
19  by tactical staff and then interviewed by Intel slash
20  IA staff.  Do you see that?
21       A.    Yes.
22       Q.    The restrained behind the back, why did you
23  write that there?
24       A.    Well, because you can cuff individuals in

1    the front, which is normally not a good practice, but

2    you can cuff individuals from the front, but initially

3    we would cuff them in the back and take them to the

4    staging area or gym, whatever you want to call it, and

5    then usually we remove the restraints and put them in

6    front for comfort and just more of a relaxing sit.

7        Q.   Okay.  So as part of this duties you were

8    specifying that at least for the march from the

9    housing unit to the staging area all inmates were to

10   be restrained behind the back?

11       A.   That's correct.  Unless they had a doctor's

12   note saying they are to be restrained from the front

13   due to injury, or if we had somebody that walked with

14   a cane, a walker, those individuals we would

15   automatically just restrain those individuals from the

16   front.  A lot of common sense.

17       Q.   So now all inmates were restrained behind

18   the back?

19       A.   Eventually.  Just depends on where we are

20   at.  North cell house I don't -- north cell house at

21   Menard is not filled with like older population.  I

22   don't recall anybody being restrained in the front

23   from the initial.  I think everybody was restrained in

24   the back, from what I remember.

Transcript of David White
Conducted on August 22, 2018                    84

1       Q.   But you don't specify here that there will

2   be -- it's permissible to cuff in the front if there

3   is a doctor's note, right?

4       A.   That's kind of one of those -- what happens

5   is when we have a large number of people coming from

6   another facility and they come in they don't know that

7   so to speak inmate Smith has a front cuffing permit.

8   Normally the inmate says, hey, I have a -- he will

9   tell the tactical member I have a front cuffing

10  permit.

11          Lot of times they will display it.  Lot of

12  times that's where the facility Tact commander and

13  regional commander come into play.  Hey, boss, this

14  guy has got a front cuffing permit.  10-4 and we go

15  ahead and restrain him in the front.

16      Q.   Okay.  Would that be done -- let's break

17  that down a little bit.  First, I do want to come back

18  to what you put in your operation order, but you say

19  that typically a prisoner would display their permit.

20  If a prisoner didn't display their permit would their

21  request to be cuffed in the front be honored?

22      A.   Typically.

23      Q.   Even if they --

24      A.   Like I said, once again, we would get ahold

1    of the health care -- lot of times we get ahold of the

2    health care unit to provide us that information.  Does

3    inmate Smith have a front cuffing permit?  Yes, he

4    does.  Cuff him in the front.

5        Q.   Okay.  So if a prisoner told you that he had

6    a front cuff permit, then health care would be

7    contacted?

8        A.   Not necessarily.  If he has the permit then

9    we can go ahead and cuff him.  If he don't have the

10   permit then we could do a double check, and, I mean,

11   that was just a phone call away.

12       Q.   Was that a phone -- you said you would

13   typically be notified if there was a prisoner who said

14   that he had a front cuff permit, correct?

15       A.   Not necessarily because the tactical member

16   if he can actually see his front cuffing permit he can

17   read it just as well as I can that he has a front

18   cuffing permit.  He knows to cuff him in the front.

19       Q.   Was it your expectation that tactical team

20   member would honor front cuff permits?

21       A.   It's not something that would be part of the

22   duties because we've been doing these since the early

23   '90s and into the '80s.  It's kind of one of those

24   unwritten -- don't want to call it unwritten rule.

Transcript of David White
Conducted on August 22, 2018                                    86

```
 1   It's one of those things that say, hey, when you come
 2   up there and the individual has a front cuffing
 3   permit, cuff him in the front.  You don't need to ask
 4   my permission.  You can read the permit from the
 5   doctor just as well as I can.
 6        Q.   Right.
 7        A.   I don't get what you are saying.
 8        Q.   I'm just asking questions.  So under duties
 9   you have noted that prisoners should be restrained
10   behind the back, right?
11        A.   Okay.
12        Q.   That's what you've written there?
13        A.   Yeah.
14        Q.   So wasn't that typical as part of the
15   operations?
16             MS. STEIMEL:  Objection, asked and answered.
17   You can answer.
18             THE WITNESS:  Yeah, initially as we go in we
19   go to restrain them behind the back unless the permit
20   is provided.
21        Q.   (By Ms. Grady)  What I don't understand is
22   that you've detailed there, restrained behind the
23   back, which you say would be a typical part of the
24   operation anyway, but you don't detail that front cuff
```

Transcript of David White
Conducted on August 22, 2018                    87

1    permits are going to be honored, right?

2         A.   No.

3         Q.   How do you contact health care to check if a

4    front cuff permit -- if a prisoner has a front cuff

5    permit?

6         A.   Institutional phone.

7         Q.   Is there one for each wing in each of these

8    places?

9         A.   Yeah, there is one in each cell house, wing,

10   dorm, whatever kind of facility you are doing.

11        Q.   If a tactical team member needs to get in

12   touch with you and you are -- like during this strip

13   search and restraining process and you are present in

14   the cell house, would that typically occur by radio or

15   would that typically occur yelling?

16        A.   It could be both.

17        Q.   Okay.  Is there any record kept of the radio

18   calls that are done as part of these tactical

19   operations?

20        A.   No.

21        Q.   Tell me about why there is one bullet point

22   for command staff and one bullet point for operations

23   chain of command?  Why are those listed separately?

24        A.   Because the command staff are the people

1   that are directly -- these are the ones that this has

2   to be approved through, number one, the chief of

3   operations.  If he is not around the deputy chief will

4   approve it.  The operation chain of command are the

5   people that are actually at the facility.

6        A.   Okay.

7        Q.   Is the -- does the warden have supervisory

8   responsibility over this operation as well?

9        A.   Sure he does.

10       Q.   Do you have the ability to place a facility

11  on level one lockdown?

12       A.   No.  The warden does.

13       Q.   What is a level one lockdown, generally

14  speaking?

15       A.   That is when everybody is placed in their

16  cells and there is absolutely no movement unless it's

17  escorted movement and/or emergency situation in the

18  health care.

19       Q.   Okay.  Did you -- on the second page of this

20  document you can see that there were 133 tactical team

21  members assign to perform the shakedown at Menard on

22  April 4, 2014, right?

23       A.   Yes.

24       Q.   Can you tell me -- actually, first, can you

Transcript of David White
Conducted on August 22, 2018                         89

```
1    tell me whether all of north one cell house was shaken

2    down on April 4th?  I'll also direct you to the

3    operations order on April 5th and April 6th as well.

4              MS. STEIMEL:  Objection, foundation.  You

5    can answer.

6              THE WITNESS:  The north one cell house is

7    kind of an odd cell house at Menard.  At the time

8    because it switched around -- it changed a few times.

9    I think the north one cell house at the time, the one

10   side was all general population inmates.  And the

11   other side meaning R4-5, these were PC, protected

12   custody inmates.

13        Q.   (By Ms. Grady)  So you are looking at

14   Page 1342045, one and three gallery were for PC

15   prisoners?

16        A.   What I recall I think one and three gallery

17   may have been PC.

18        Q.   What about two and four gallery, which

19   according to the operations order was shaken down on

20   April 6, 2014?

21        A.   Let me rephrase now.  Now I'm recall -- two

22   and four gallery were the PC units.  One and three,

23   one, three, five and seven were general population at

24   the time, from what I can recall.
```

Transcript of David White
Conducted on August 22, 2018                              90

```
1        Q.   What about is there a six?

2        A.   Six and eight was also general population.

3   So basically the first day meaning 4/4 we did one,

4   three, five, seven, six and eight galleries.

5        Q.   And can you tell me based on the number of

6   people assigned whether you did those one at a time or

7   whether you did multiple galleries at a time?

8        A.   Those six galleries were done that day.

9        Q.   Do you know one way or the other whether

10  they were done first you did gallery one, then you

11  went back and did gallery three, then you went back

12  and did gallery five, et cetera.

13       A.   Normally you start with the high galleries

14  and work yourself down.

15       Q.   Do you know whether you did them one gallery

16  at a time or two galleries at a time?

17       A.   With 133 we probably did two galleries at a

18  time.

19       Q.   And for this day you took prisoners to the

20  chapel at Menard, right?

21       A.   Which day we on, ma'am?

22       Q.   Just the first day, April 4th.

23       A.   Yes.

24       Q.   And is there a reason you went to the chapel
```

1    instead of the gym or anywhere else?

2        A.   The chapel has the seating arrangements and

3    it's an old -- once again it's an old medieval-looking

4    building with open space that has the seats provided

5    for the number of inmates, it can hold that number of

6    inmates.

7        Q.   Okay.  And in this under objectives you see

8    that one of the statements about half way down is that

9    the inmates will be seated in the chapel and covered

10   by a tactical unit member awaiting interviews by the

11   Intel unit staff?

12       A.   Okay.

13       Q.   Do you see where you have written that

14   there?

15       A.   Yes, I do.

16       Q.   How many -- what was the breakdown of

17   prisoners who were at -- or I'm sorry, what was the

18   breakdown of tactical team members who were in the

19   chapel with the prisoners as they are being held there

20   and the people who were searching the cells?

21       A.   Normally that was kind of broke down by the

22   regional Tact commanders.  So if they thought for

23   security wise 20 tactical staff were the number for

24   security in the chapel, that's normally what we leave

Transcript of David White
Conducted on August 22, 2018                              92

1    and everybody else would come back and shakedown.

2         Q.   And how many prisoners would be on a typical

3    gallery in north one cell house at Menard?

4         A.   There is 54 cells, so there could be up

5    to -- is it 54?

6         Q.   Up to 108 prisoners?

7         A.   Approximately 100.

8         Q.   There wouldn't be enough for -- if you

9    had -- 20 guys was like a typical number that you

10   would have in the staging area?

11        A.   Normally.

12        Q.   So you wouldn't be able to have -- it

13   wouldn't be one-on-one, right?

14        A.   No.

15        Q.   Did you ever see a time when prisoners were

16   ordered to stand in the chapel during the shakedowns

17   in Menard in 2014?

18        A.   Usually when we marched them in they do come

19   against the wall, we get them against the wall

20   initially to -- at that time once the chapel is kind

21   of everybody is in, then we may start spinning them

22   around, putting restraints on the front and having

23   them have a seat.

24        Q.   Okay.  That is something that the 20 guys

Transcript of David White
Conducted on August 22, 2018                    93

1    would do, right?

2        A.   Sometimes, yes.  Sometimes, no.  But

3    normally, yes.

4        Q.   Okay.

5        A.   Sometimes we keep a few more back to help in

6    that process.  And then once it was done and they were

7    sitting down and everything we could go to a smaller

8    number.

9        Q.   So then you would have one tactical team

10   member searching each of the 54 -- actually if you

11   were doing two galleries at a time it would be like

12   108 cells, right?

13       A.   You only need one individual to shakedown at

14   that point.

15       Q.   Right.  One guy to go into the cell?

16       A.   Correct.

17       Q.   If you have 108 cells to search and you have

18   133 guys -- I guess the math works out probably just

19   about right.

20       A.   If it come up short, if someone got done

21   early out of the cell they come in and fill in the

22   cells that weren't completed yet.

23       Q.   Okay.  And is that decision about who is

24   going to stay in the staging area, is that something

Transcript of David White
Conducted on August 22, 2018                              94

1    that is made during the initial meeting in the

2    morning?

3         A.   Yes.

4         Q.   And whoever is making that decision tells

5    the tactical team members who is going to stay in the

6    staging area?

7         A.   Yes.

8         Q.   Is that typically done by team?  For

9    example, you Vandalia guys, you are going to stay in

10   the chapel?

11        A.   We would typically make it the home

12   facility's tactical unit inside the staging area

13   and/or chapel, gym, wherever we are taking them.

14        Q.   Why do you do that?

15        A.   Just because of -- in case of a medical

16   emergency.  They know the nurses.  They know the phone

17   numbers to contact people if we would have anything

18   uprise in that area.  It's a lot easier to take

19   someone else from another facility to shakedown.  It's

20   new to them.  They are excited.  A lot of these guys

21   are young guys, young girls, motivated, they want to

22   do right, want to do a good shakedown, want to get rid

23   of the contraband.  That's how it usually worked.

24        Q.   Okay.  And was there any assignments made in

Transcript of David White
Conducted on August 22, 2018                    95

1    advance about who was going to which cells?

2         A.   Yes.  There could be.  A lot of times when

3    we come back, of course, those galleries were empty,

4    you know, there is more relax time because it's just

5    us up there, no inmates.  Sometimes we fill in from

6    the back.  Sometimes we would assign it prior to.

7    Smith you got cell one.  Jones you got cell two.

8    Hancock you got cell three and kind of go on that way.

9         Q.   Was any documentation created with that?

10   Like was it preplanned in any way?

11        A.   No, just word of mouth.

12        Q.   If you are doing two galleries at a time

13   then the cell house is not totally empty, right?

14   There is still prisoners above you and below you?

15        A.   Not at Menard.  You would still have --

16   actually, there were no inmates.  There was no --

17   because there is a big divider concrete floor at that

18   particular facility.  The newer facilities like our

19   cookie-cutter prisons did --

20        Q.   Like Illinois River?

21        A.   Illinois River, those places are

22   cookie-cutter prisons and they are not set up the same

23   way.  There was no inmates on those two galleries at

24   the time.

Transcript of David White
Conducted on August 22, 2018                    96

1      Q.   Okay.  What documentation is required when a
2    cell is searched as part of a facility-wide shakedown?
3      A.   Shakedown slip, which DOC 300, I think, is
4    what it is.
5      Q.   That's required to be completed even if
6    nothing is found, no contraband?
7      A.   Correct.
8      Q.   That is required to include anything that is
9    confiscated, right?
10      A.   That is correct.
11      Q.   Are you required to list things that an
12    officer believes is trash?
13      A.   Yes.  Normally if it was miscellaneous
14    papers because you have a lot of people with mental
15    health issues as well, you know, just people are --
16    got life sentences.  They may collect -- they might
17    find a piece of rubber band that's broken on the
18    ground, keep it and think it's something that is
19    great.  It's trash.  They are not supposed to have it.
20    Usually gets thrown away.  Sometimes they will say
21    miscellaneous paper, rubber bands, whatever, thrown in
22    trash.
23      Q.   Okay.  But is that required by the policy?
24      A.   Actually by the policy, no, but I recall us

Transcript of David White
Conducted on August 22, 2018                          97

1  starting to get a little more thorough on that as

2  years have gone by from the very first time I started

3  to the end.  We kind of got a little more thorough

4  with the shakedown slips.

5       Q.   What about actual contraband, like if an

6  officer believes, for example, that a picture contains

7  STG material are they required to document that they

8  confiscated that?

9       A.   Absolutely.

10      Q.   What about material that is broken during

11 the search, are they required to document that in any

12 way?

13      A.   Well, yes.  Normally -- this is one of the

14 things that transpired throughout the years.  Normally

15 as an individual walks in we check all electronics,

16 that means TV -- actually now that I remember we

17 checked their TVs, radios, they work.  So on the

18 shakedown slip right away, audio/visual, okay, radio,

19 okay.  That means they have been -- they have been

20 looked at.  We know they turned on.  They turn them

21 back off.  We are done.

22      Q.   The policy --

23      A.   It's not a policy.  Just things that we

24 started having to add on the shakedown slip.

Transcript of David White
Conducted on August 22, 2018                      98

```
 1      Q.   So it's a practice?

 2      A.   Yeah, it may be one -- like this facility,

 3  for example, being Menard they come out the one time

 4  and inmates got on a big coup saying we broke 130 TVs

 5  at one time.  That means pretty much everybody in that

 6  whole cell house at that time, which it wasn't this

 7  cell house, everybody said we broke their TV.

 8           Well, we had every piece of everybody from

 9  the chain of command in there and nobody was picking

10  up TVs and smashing them on the concrete.  It was just

11  a -- I remember that now.  Yeah, so it was just one of

12  their ideas of trying to scam us in some way or shape

13  or form.

14      Q.   When you say them trying to scam us?

15      A.   The inmates.

16      Q.   Trying to scam who?

17      A.   The tactical unit, the facility.

18      Q.   And so getting back to my question about the

19  policy, the policy at this time that was in place in

20  2014, did it require any sort of documentation if

21  during the search property got damaged or destroyed?

22      A.   Property got damaged, which we did -- I

23  recall something happened in here, north one, some

24  property got damaged, and a 434, which is basically
```

Transcript of David White
Conducted on August 22, 2018                              99

```
 1   called an incident report was written and that
 2   individual is issued a new TV, fan, whatever it was
 3   broke.  Something was broken in north one.
 4        Q.   That is what the policy required.  If
 5   property was damaged during a search that an incident
 6   report be created?
 7        A.   That is correct.
 8        Q.   And as you were testifying I think you said
 9   that you -- your memory was sort of jogged about an
10   incident in which some prisoners accused tactical team
11   members of breaking several TVs.
12        A.   Yes.
13        Q.   You talk about that.  Is there any other
14   memories about the shakedowns at Menard or anywhere
15   else that's since been jogged?
16        A.   No.  I do remember we had a Tact member at
17   Menard north house with a stab resistant vest on.
18   Once you get inside the cell here they are kind of
19   smaller cells.  He was a bigger guy.  I remember him
20   moving his body and knocked the TV off, ended up
21   breaking.  I recall that.  It was kind of weird.  I
22   recall him coming up to me, hey, I broke this
23   individual's TV.  I was getting my equipment off for
24   the shakedown and it fell off.  I said do the report
```

1    and we'll get ahold of property and see about getting

2    a TV and push it up the chain of command.

3        Q.    Do you recall who that person was?

4        A.    No, I don't.

5        Q.    When you say do the report, did you tell him

6    to create an incident report?

7        A.    Yes.

8        Q.    When an incident report is created by a

9    tactical team member as part of the facility-wide

10   shakedown is that something that you receive a copy

11   of?

12       A.    No.  I actually turn in the original copy to

13   the current shift commander of the facility.

14       Q.    Okay.  But do you see that incident report

15   at some point?

16       A.    Yes.  Usually myself -- if I was there

17   myself, probably one of the regional commanders or the

18   facility Tact commander will overlook it to make sure

19   we have all the T's crossed I's dotted and make sure

20   everything is good to go with the report.

21       Q.    Do you sign them?

22       A.    I do not.

23       Q.    Who signs them; the guy that writes the

24   report, right?

Transcript of David White
Conducted on August 22, 2018                              101

1          A.    Yes.  He will sign it as the initial writer.
2     From there it will go to the shift commander of the
3     shift at the time.  He will be the person that
4     actually signs the incident report as reviewing.
5          Q.    Okay.
6          A.    And then he does the work of distribution of
7     where it needs to go or how it needs to be handled.
8          Q.    And so -- but it's your expectation you
9     actually see that incident report before it's turned
10    into the shift commander at the institution, right?
11         A.    We normally view all paperwork, yes.
12         Q.    And do you communicate that expectation to
13    your tactical team staff during the initial meeting?
14         A.    That's absolutely expected.
15         Q.    My question was specifically that you
16    communicate that expectation to them?
17         A.    Yes.
18         Q.    Any time that force is used, IDOC policy
19    requires an incident report be generated; is that
20    correct?
21         A.    That is correct.
22         Q.    And why is that, to your understanding?
23         A.    Well, that's to cover everybody's end,
24    whether it be inmates or staff, to make sure we get

Transcript of David White
Conducted on August 22, 2018                    102

1    the story thoroughly and we get it investigated by the

2    Intel or IA office.

3        Q.   You would also see that incident report,

4    correct?

5        A.   Normally.

6        Q.   The -- any time force is used, was it your

7    expectation that you would be notified even if you

8    didn't see an incident report?

9        A.   Usually I would know, yes.  I might not know

10   all the details, but I may, hey, we had use of force

11   issue where we had to do a cell extraction on an

12   individual.  And I would say okay.  Is everybody okay?

13   Yes.  Okay.  Good enough.  Everybody has informed me,

14   yes.  Okay.  Great.

15       Q.   Did you communicate your expectation that

16   you be informed of any uses of force to the tactical

17   team members each day of the operation?

18       A.   Yes.  It's usually brought to their

19   attention to make sure let us know if we have any

20   injuries, any kind of use of force, what have you.

21       Q.   What about injuries generally, even if it

22   didn't occur as a result of use of force, is it -- are

23   officers required to generate an incident report if

24   they see a prisoner get -- with injuries even if it's

Transcript of David White
Conducted on August 22, 2018                    103

```
1    not due to use of force?
2         A.   Should.  Yes.
3         Q.   And is that something that you would also be
4    advised about?
5         A.   Yes.
6         Q.   Under the pre-operation administrative
7    direction, that would be on Page 3 of the operation
8    order, and I'm looking at the operations order for
9    April 4.  You see that under number one there, no
10   contraband is to be confiscated without being
11   documented on a DOC 0300 shakedown record form and
12   disciplinary reports as deemed necessary.  Do you see
13   that?
14        A.   Yes.
15        Q.   Then you write facility command staff shall
16   ensure the compliance, right?
17        A.   Yes.
18        Q.   Is that the warden and assistant warden of
19   operations?
20        A.   Yes.
21        Q.   How do they ensure compliance?
22             MS. STEIMEL:  Objection, calls for
23   speculation.  You can answer.
24             THE WITNESS:  Usually how they can assure
```

Transcript of David White
Conducted on August 22, 2018                    104

1    compliance is through the actual cell house

2    lieutenants or majors at the time.  A lot of times

3    additional staff that aren't part of the tactical

4    units are there with us and they are ensuring that the

5    paperwork is being received for the shakedown slip or

6    if there is contraband found they handle all facility

7    paperwork.

8        Q.   (By Ms. Grady)  Do you review all of the

9    shakedown slips before -- at any point during the

10   shakedown?

11       A.   I do not.  Usually we would have a tactical

12   member that once they got caught up they come over to

13   make sure we had cell one, cell two is good, cell

14   three is good, signed cell four.  We can read the

15   individual's badge number, blah-blah blah-blah.

16       Q.   So that's something you delegated to another

17   member of the tactical team?

18       A.   Yes.

19       Q.   Was that delegated to a particular person?

20   For example, you would usually delegate that to the

21   institutional tactical commander, or was that just we

22   picked someone and we asked them to do that?

23       A.   Once again, this facility in general at

24   Menard, a lot of times we would have tactical staff

Transcript of David White
Conducted on August 22, 2018                    105

1    and their IA/Intel staff would be present.  They would

2    have additional lieutenants, someone else would be

3    there to help, they would work together as a team to

4    ensure that it was done correctly.

5        Q.   But my question was just like when you are

6    delegating to a tactical team member the

7    responsibility to ensure that there is, in fact, a

8    shakedown slip, was that to any particular

9    individual --

10       A.   No.

11       Q.   -- by rank or was it just somewhat random

12   someone on the Tact team?

13       A.   Somewhat kind of random.

14       Q.   And where are those -- what happens with

15   those shakedown slips once whoever on the Tact team

16   has confirmed they are in good order?

17       A.   Once they are confirmed they are usually

18   turned over to the cell house lieutenant or cell house

19   major at Menard and then they will give them to -- if

20   there is contraband or something found on the

21   shakedown, of course all that goes with that

22   contraband and go to the shift commander's office.

23       Q.   That's true of all the facilities, right?

24       A.   Yes.

Transcript of David White
Conducted on August 22, 2018                    106

1        Q.    And if a -- you note here about disciplinary
2   reports.  Can you tell me whether it was a policy
3   requirement that if contraband was being confiscated a
4   disciplinary report be generated?
5        A.    Yeah.  Normally if there was contraband
6   found disciplinary report would have to go along with
7   the shakedown because nine times out of ten it was an
8   offense that required a ticket from the department.
9        Q.    Tell me what you mean by that.
10       A.    So example, excessive -- say a knife is
11  found, DOC 0300 shakedown form is filled out.  One
12  shank found.  Approximately 12 inches long.  Be signed
13  off on.  You also have to do a ticket on that
14  individual because that individual had the shank.
15  There would also have to be an incident report written
16  on this because it was -- he is going to get charged
17  for that crime.  So it's kind of a chain of evidence.
18       Q.    So in the event of a knife, which is like
19  among the most serious contraband?
20       A.    One of them, that and drugs.
21       Q.    In the event of those contraband being
22  found, you have to do a disciplinary report for both
23  of the people in the cell, right?
24       A.    Yes.

Transcript of David White
Conducted on August 22, 2018                    107

1        Q.   And you have to do an incident report,
2   right?
3        A.   Yes.
4        Q.   But you don't have to write an incident
5   report for every piece of contraband you find in a
6   cell, right?
7        A.   If it's a knife, yes.
8        Q.   If it's a knife.  If a guy has too many
9   Ramen noodles you don't have to create an incident
10  report for that?
11       A.   No, you don't.
12       Q.   Do you have to create a disciplinary report
13  for that?
14       A.   You should.
15       Q.   Do tactical team members have any discretion
16  over whether if they are confiscating contraband they
17  must also write a disciplinary report?
18       A.   Well, what happens is nine -- shouldn't say.
19  Most of the time, the facility that is there, there is
20  a list of -- because everybody's commissary list of
21  what they are allowed to have in each facility is a
22  little different, meaning the one facility may require
23  20 Ramen noodles, the next facility may require 50.
24            So we are distributed the list of what they

1    are allowed to -- required -- what they are allowed to

2    have inside their cell or inside their property boxes.

3    They are aware of that.  All I can say is I can just

4    speak for how I used to shakedown if it was -- they

5    have over, I wrote them a ticket.

6         Q.   Do you get that list in advance of the

7    operation?

8         A.   Normally.

9         Q.   Is that a list --

10        A.   Or you pick it up before you get ready to

11   shakedown.

12        Q.   And is that a list that all tactical team

13   members have with them or just a list that just

14   leadership has?

15        A.   Usually everybody -- the list will be

16   generated throughout.

17        Q.   Is that given to the tactical team members

18   like is it a paper copy?

19        A.   Yes.  And there is times we don't have

20   those.  There is times we also have enough facility

21   staff that are on the gallery to answer those

22   questions for us.  So we've done it both ways.  So if

23   how we discussed it to them if there is any problems

24   with property, what's contraband, what's not

Transcript of David White
Conducted on August 22, 2018                              109

1   contraband for this facility, there will be

2   institutional staff from Menard for you to answer your

3   questions.

4        Q.   Okay.  Under the requested equipment or

5   documents, do you see that?

6        A.   Yes.

7        Q.   We talked about the 0300.  That's the

8   shakedown slip, right?

9        A.   Yes.

10       Q.   The 434 is an incident report, right?

11       A.   Yes.

12       Q.   What is 7205?

13       A.   Unless it's a disciplinary ticket, I don't

14   know.  It looks as it's kind of out of place.

15       Q.   Okay.  Latex gloves, why are Latex gloves

16   part of the equipment?

17       A.   Just for safety reasons.  People we have

18   hepatitis C, B, every kind of alphabet you can think

19   of inside these cells.  So it's just to make sure we

20   don't have one of our individuals with a cut on their

21   hand touching an actual inmate's clothes.  Just for

22   safety.

23       Q.   So all of the tactical team members who are

24   doing the cell searches, they wear those latex gloves?

Transcript of David White
Conducted on August 22, 2018                         110

1          A.    We will usually provide latex gloves, yes.

2          Q.    What about the shakedown tool kit, what is

3    that?

4          A.    Shakedown tool kit is normally just a bag

5    that's usually in an armory, and it has provided with

6    a hand-held mirror, couple screwdrivers, maybe a small

7    hammer, just to try to reach areas within a cell that

8    you can't get ahold of or that you can't actually get

9    with your physical fingers.

10         Q.    Is there just one that is brought to the

11   unit or does everyone get one?

12         A.    No.  It's usually brought to the unit and if

13   needed you use it if need.

14         Q.    What about the metal detectors?

15         A.    They are handheld metal detectors for

16   basically shaking down mattresses.  Mattresses are

17   cloth.  So if we are looking for knives or metal

18   within the bed, the handheld metal detector can be ran

19   across the mattress to see if we have metal in it.

20         Q.    Do they go ---does someone with the metal

21   detectors go to every cell and hit every cell?

22         A.    Yes.

23         Q.    What about the evidence bags, what are

24   those?

Transcript of David White
Conducted on August 22, 2018                    111

```
1       A.   Evidence bags, usually IA provides those,

2  but we put them on the op order.

3       Q.   What are they for?

4       A.   They are just in case major contraband is

5  found.

6       Q.   If you find a knife that's where it goes?

7       A.   Knife, drugs, it could be STG photos.

8       Q.   What happens with the contraband?  And does

9  it matter whether it's major contraband or minor

10 contraband?

11      A.   Yes, it does matter.

12      Q.   What happens with the major contraband?

13      A.   Major contraband will be turned over to

14 IA/Intel right away and then they take over chain of

15 custody.

16      Q.   Is there -- is it the institution's

17 IA/Intel?

18      A.   Yes.

19      Q.   What about minor contraband, what happens

20 with that?

21      A.   Minor contraband will usually go upstairs to

22 the shift commander's office.  They will dictate where

23 it needs to go from that point.

24      Q.   Major contraband includes knives or any sort
```

Transcript of David White
Conducted on August 22, 2018                                    112

1    of weapon, drug or drug paraphernalia.  Does it also

2    include STG material?

3        A.   It can.

4        Q.   Okay.  What else is in the category of major

5    contraband?

6        A.   Tobacco.

7        Q.   Anything else?

8        A.   Could be alcohol, guns.

9        Q.   Have you ever found a gun?

10       A.   Tattoo gun.  Actually, there was a gun

11   found.

12       Q.   Where?

13       A.   Pontiac.

14       Q.   Okay.  Any other categories of major

15   contraband?

16       A.   That pretty much covers it.

17       Q.   Let's look at Exhibit 1, the Illinois River

18   operations order.

19           MS. STEIMEL:  Do you need a break?

20           THE WITNESS:  I'm getting there.

21           MS. GRADY:  Let's take a break.

22           (A short recess was taken.)

23       Q.   (By Ms. Grady)  Let's look at Exhibit 1.

24   This is the Illinois River.  If you would look at the

Transcript of David White
Conducted on August 22, 2018                                    113

1    second page here.  You see that -- I think it's on the

2    first page as well, but you see that Illinois River

3    the prisoners were taken to the gym.  Do you know

4    whether or not you drafted this particular operations

5    order?

6         A.   I'm sure I did.

7         Q.   Do you know why you decided to take them to

8    the gym as opposed to somewhere else?

9         A.   Because it was probably the biggest area

10   that we have to actually hold the number of inmates

11   that we had that we were taking out most comfortably.

12   Plus it was air conditioned, I think, at the time.

13        Q.   Is it not air conditioned now?

14        A.   I think the state budget kind of got us on

15   that one.

16        Q.   And you see that under the clothing slash

17   grooming requirements on Page 3 of this order?

18        A.   Okay.

19        Q.   There are a number of things listed there.

20   Do you see that?

21        A.   Yes.

22        Q.   Are those what -- are those what you

23   instructed tactical team members to permit prisoners

24   to wear following a strip search?

Transcript of David White
Conducted on August 22, 2018                                          114

1       A.   Correct.

2       Q.   And you have the authority to decide what

3  they are permitted to wear, right?

4       A.   Well, this is -- per our direction of the

5  department as a whole, this is what an inmate actually

6  comes out in every time he comes out of his cell.

7       Q.   This was something that someone else

8  decided?

9       A.   Yes, it's policy.

10      Q.   What's the policy?  Is it a written policy?

11      A.   It would be --

12      Q.   Informal?

13      A.   No, it's an administrative directive.

14      Q.   It's -- what is the administrative

15  directive?

16      A.   It's kind of the policy and procedure body

17  of our department.

18      Q.   Yes, sorry.  I'm familiar with

19  administrative directives.  What is the substance of

20  that administrative directive address?

21      A.   Actually, I don't know what it would fall

22  under.  I would have to look at -- I mean, there is

23  100 of them.  I would have to look to see which one it

24  falls under.  Normally when an inmate comes out of the

Transcript of David White
Conducted on August 22, 2018                           115

```
1    cell this is the required clothing they have to have
2    on before they move from Point A to Point B.  Whether
3    they are going on a healthcare pass, no shakedown
4    involved.  He can't come out in his underwear.  He
5    can't come out naked.  He has to have his ID card.
6         Q.    That's like an administrative directive.
7    I'm not asking you for the title, but it's about what
8    prisoners can wear when they leave the cell house?
9         A.    Yes.
10        Q.    There has been some testimony about whether
11   or not prisoners were permitted to wear underwear.
12   You ever see any officers or tactical team members
13   instruct prisoners that they were not permitted to
14   wear underwear following the strip searches as part of
15   the facility-wide shakedowns in 2014?
16        A.    Not that I recall.
17        Q.    If officers had given that instruction that
18   would be contrary to your instructions as set forth in
19   this operations order, correct?
20             MS. STEIMEL:  Objection, calls for
21   speculation, form of the question, foundation.
22        Q.    (By Ms. Grady)  You can answer.
23        A.    If -- if I notice they didn't have this,
24   rather it be state pants on, what have you, I would
```

Transcript of David White
Conducted on August 22, 2018                              116

1    say why are we walking this guy out with no state

2    pants, which it would never happen, or I don't know if

3    he don't have underwear on because I'm not personally

4    strip searching each individual myself.

5         Q.   Right.  But it was your testimony earlier

6    that during the strip searches if you were present for

7    a shakedown you would typically be in the central area

8    watching, right?

9         A.   Yeah.

10        Q.   So my question is, did you ever see any

11   officer at any point during these strip -- shakedowns

12   in 2014 order a prisoner that they were not permitted

13   to don their underwear following their strip search?

14        A.   No.

15        Q.   And that direction and instruction by an

16   officer that a prisoner may not put on underwear

17   following a strip search, that would be contrary to

18   the instructions as set forth in the operations orders

19   Exhibit 1 through 4, correct?

20             MS. STEIMEL:  Objection, calls for

21   speculation and foundation.

22             THE WITNESS:  Yes.

23        Q.   (By Ms. Grady)  And it would be contrary to

24   IDOC policy, correct?

1          MS. STEIMEL:  Objection, calls for

2    speculation and foundation.

3          THE WITNESS:  Yes.

4     Q.   (By Ms. Grady)  Under communications you

5    have a specific channel that's marked there.  Do you

6    see that?

7     A.   Yes.

8     Q.   Is that the typical channel that's always

9    marked for or that's always used during tactical

10   operations?

11    A.   Normally, yes.

12    Q.   The -- can radios -- can IDOC radios talk to

13   each other from outside of the facility?

14    A.   Yeah, up to -- yes, they can, but it just

15   depends on how much bandwidth the main receiver has,

16   so it can't go real far because the main band is

17   actually in the facility, if that makes sense.

18    Q.   Yes, I think so.  So for this frequency

19   this -- the house, whatever the thing that transmit

20   the signal, that was housed, in this instance, at

21   Illinois River; is that right?

22    A.   Yes.

23    Q.   And do you have one radio with you when you

24   are present for shakedowns or two?

Transcript of David White
Conducted on August 22, 2018                    118

1      A.    Sometimes I'll have two.  Most of the time I
2  had two?
3      Q.    What are the different radios?
4      A.    Well, we just recently probably 2012 we
5  received -- we got a contract for StarCom radios,
6  which is an upgrade.  It's like driving a Yugo to a
7  BMW.  So they give key people these StarCom radios
8  because the transmission you can talk from St. Clair
9  County to Cook County with them as long as the
10  bandwidth is good and we got good single.  It's about
11  98 percent clarity statewide.
12      Q.    But that wasn't in place in 2014?
13      A.    I probably had one at that point, yes.  Kind
14  of irrelevant.  Yes.
15      Q.    So that would allow you to communicate
16  with -- who else would have the radio that you could
17  communicate with statewide?
18      A.    Usually your command staff.
19      Q.    Who -- when you were statewide commander who
20  was your immediate supervisor?
21      A.    Chief Yurkovich.
22      Q.    You could communicate directly with him?
23      A.    I could potentially, but I would never do --
24  call him like that.  I don't know what his meeting

Transcript of David White
Conducted on August 22, 2018                           119

1    schedules were so usually I would send a state email.

2         Q.   Okay.  So the -- on the pre-operation

3    administrative direction you've written there that the

4    warden and assistant warden of operations will conduct

5    a briefing with the tactical unit prior to the

6    operations in regards to institutional directives

7    regarding personal property.  Do you see that?

8         A.   Yes.

9         Q.   Was that part of the -- was that part of the

10   meeting that happened before the operation?

11        A.   Yes.

12        Q.   And tell me about like what that is meant to

13   require, what briefing regarding personal property?

14        A.   I kind of discussed it earlier with the

15   Menard Correctional Center thing.  Once again, as I

16   was saying earlier each facility has their own list of

17   personal property that's approved.  Their personal

18   property is just little bit different than what

19   Menard's will be.

20             So once again, just ensuring everybody is on

21   the same sheet of music.  We talked about it.  I don't

22   remember if a list was generated at the time and

23   handed out like we had at Menard before.  I don't

24   recall that, but they talk about personal property

Transcript of David White
Conducted on August 22, 2018                    120

1    issues and things to be aware of or what they are

2    allowed to have.

3         Q.    Okay.  You can put Exhibit 1 to the side.

4    Did you write the Exhibit 2, the Lawrence correctional

5    operations order?

6         A.    Once again, I can only assume, yes, I did.

7         Q.    What about the one for Big Muddy?

8         A.    Once again, I can only assume, yes, I did.

9    Which one we going to here?

10        Q.    I'm done with these exhibit for now

11   actually.

12             Did you have any responsibility in drafting

13   the tactical manual?

14        A.    No.  The tactical manual was -- had been put

15   in place for a while.  I couldn't tell you what year,

16   but, I mean, we would make changes if a change need be

17   or reword something, we would do that.  I don't recall

18   anything specifically.

19        Q.    So there was a Tact manual that was already

20   in place before you ever joined the leadership of the

21   tactical team?

22        A.    Yes.

23        Q.    Was that something that you received when

24   you joined the tactical team?

Transcript of David White
Conducted on August 22, 2018                    121

1        A.    No.  I don't think they were out then.

2        Q.    When did the Tact manual get created, if you

3   know?

4        A.    I have no idea.

5        Q.    Do you know who created the first version?

6              MS. STEIMEL:  Objection, calls for

7   speculation, foundation.

8              THE WITNESS:  I have no idea.

9        Q.    (By Ms. Grady)  But you know they were being

10  handed out when you became a regional --

11       A.    Yes.

12       Q.    Okay.  That was what, 2011?

13       A.    Yes.

14       Q.    Who else had the authority or ability to

15  make changes to the tactical manual other than

16  yourself?

17       A.    Policy and procedures.

18       Q.    I'm sorry, I don't understand.

19       A.    It would be basically our policy and

20  procedure chief.  So depended upon something changed

21  due to the law changed.  For example, the law would

22  change, they may be aware of it before we were aware

23  of it and it may affect four or five different

24  administrative directives, could have affected the

Transcript of David White
Conducted on August 22, 2018                                    122

1    manual.  So they were the ones that put out some of

2    that information.

3         Q.   Okay.  And who was the chief of the policies

4    and procedures?

5         A.   I have absolutely no idea.

6         Q.   Is their job title chief of policies and

7    procedures?

8         A.   Yes.  I don't remember at the time.

9         Q.   Could Director Yurkovich have made changes

10   to the tactical manual?  Did he have that authority?

11        A.   Yeah, sure he could have.

12        Q.   What about the regional tactical commanders,

13   could they have made changes to the Tact manual?

14        A.   Yeah, but you had to have approval to do

15   that to ensure that it was all done correctly.  You

16   just couldn't go off on your own Rambo style and start

17   changing things, no, because it all has to be approved

18   through legal when it all ends.

19        Q.   That's true of you as well?

20        A.   Yeah.  Here you guys come again.

21        Q.   What are the administrative directives that

22   govern facility-wide shakedowns?  I don't need to know

23   the exact number or title, but what are the

24   administrative directives by content that govern

Transcript of David White
Conducted on August 22, 2018                         123

1   facility-wide shakedown?

2        A.   Tactical wise there is no administrative

3   directive.

4        Q.   Are there any institutional directives that

5   apply to facility-wide shakedowns?

6        A.   Not that I'm aware of.

7        Q.   Are you familiar with standard operating

8   procedures as they relate to tactical operations?

9        A.   What standard operating procedure are we

10  talking specifically?

11       Q.   That' what I'm trying to understand.  We've

12  seen one produced to us that dealt with forced

13  grooming.

14       A.   Okay.

15       Q.   Are you aware of any other standard

16  operating procedures that relate to tactical

17  operations?

18       A.   No, not that I'm aware of or not that I can

19  think of.  I actually forgot about forced grooming.

20       Q.   By standard operating procedure I mean like

21  a written thing called a written SOP.

22       A.   Administrative directive.

23       Q.   Actually what was produced to us was

24  actually entitled standard operating procedure forced

Transcript of David White
Conducted on August 22, 2018                              124

1   grooming, not an administrative directive.  Are you

2   aware of any written SOPs other than forced grooming?

3        A.   Yes, there is.  There is the administrative

4   directive and at that time the statewide -- the

5   facility tactical commander has to give a written

6   policy to the warden on the standing operating

7   procedures of a forced haircut if need be at that

8   facility.  So what is required.

9        Q.   Okay.

10       A.   Does that make sense?

11       Q.   Sort of.

12       A.   Okay.

13       Q.   So I actually really don't care about forced

14   grooming for purposes of this deposition.

15       A.   I mean, that's where we started.

16       Q.   All I want to know -- so I seen one, a

17   written standard operating procedure on forced

18   grooming.  I've never seen another one.  So that's my

19   question to you.  Are there other written SOPs that

20   exist that relate to tactical operations?

21       A.   Not that I'm aware of.

22       Q.   There is some policy, there are policies

23   that relate to the recording of some tactical

24   operations on video, right?

Transcript of David White
Conducted on August 22, 2018                          125

```
1         A.   Yes.

2         Q.   Cell extractions are videotaped, correct?

3         A.   Yes.

4         Q.   And is that part of a written policy or is

5    that part of like an oral policy?

6         A.   That's the administrative directive.

7         Q.   There is an administrative directive on that

8    score?

9         A.   Yes.

10        Q.   Are there any policies that require any

11   other tactical operations to be videotaped at any

12   point during your tenure on the tactical team?

13        A.   No, not that I'm aware of.

14        Q.   Why are video -- why, if you know, are cell

15   extractions required to be videotaped?

16             MS. STEIMEL:   Objection foundation, calls

17   for speculation.

18             THE WITNESS:   It was just used for legality

19   reasons.

20        Q.   (By Ms. Grady)  Why wouldn't those same

21   concerns apply to other operations?

22        A.   Because we were actually going hand to hand

23   to an individual that was refusing all orders and was

24   combative and/or could be passive aggressive.  I mean,
```

Transcript of David White
Conducted on August 22, 2018                                    126

```
1   I shouldn't have said completely combative because
2   that is not necessarily true.  It could be someone who
3   sits in there and has no response and doesn't want to
4   come out of his cell kind of thing.
5       Q.   What about -- so there is no policy that
6   required videotaping facility-wide shakedowns, right?
7       A.   No.
8       Q.   And what was the practice?  Did you ever
9   videotape any facility-wide shakedowns at any point
10  during your tenure?
11      A.   We started.  It was kind of that growing
12  thing.  You know, initially when I got on the Tact
13  unit we never videotaped any kind of tactical
14  shakedowns.  And as all the legality reasons started
15  coming in, we thought it was a good idea maybe we need
16  to throw a camera in here to show us something, let
17  them know what we are doing.  It's kind of grew into a
18  whole new level now.  At one time we couldn't afford
19  cameras as well.
20      Q.   When did you start taping?
21      A.   I would say in 2014 we had some tape at
22  places.
23      Q.   You did that because you knew that there was
24  a likelihood of litigation over the shakedowns?
```

Transcript of David White
Conducted on August 22, 2018                    127

1      A.    Yeah.  We were trying to clean up some of

2  the bad press we were getting.  Or shouldn't say bad

3  press, but some of the grievances that were being

4  filed, and it was kind of helping with a lot of

5  grievances.  Listen, that didn't happen.  We got it on

6  camera.  Grew into a new way of doing things.

7      Q.    That was something that you had the

8  authority to order, correct?

9      A.    Yes, but no.  But it was kind of up to the

10  warden.  It was really the warden's call in my eyes,

11  but if we requested it it usually would happen.  Hey,

12  can you provide IA out there with cameras to view the

13  movement from Point A to Point B.  Can you show that

14  we've got the inmates staged at the gym or the chapel

15  and show that we have medical staff right there at

16  their needs if something would happen.

17          It was just -- started becoming a good

18  common practice that -- so as I progressed out it was

19  really moving in a good direction as far as getting

20  more cameras involved in the operations.

21      Q.    So was this something that -- when you said

22  you would ask the wardens?

23      A.    Well, it would kind of be a simple we knew

24  this was going on.  Hey, warden, can you just make

Transcript of David White
Conducted on August 22, 2018                          128

1    sure -- I don't know how many cameras you got.  Can

2    you have your IA staff available to do some

3    videotaping for us.

4         Q.   Your eye staff, what is that?

5         A.   IA staff.

6         Q.   When facilities were shaken down -- when

7    facility-wide shakedowns were recorded they were

8    typically recorded by the IA staff at the facility?

9         A.   Yes.

10        Q.   IA is not -- they are not permitted to be on

11   the tactical team, right?

12        A.   We have had members on IA on the Tact team.

13   Normally though here is the problem with that, it

14   would be -- I normally would want it as a last resort

15   because it is people who were supposed to be neutral.

16   So in a nutshell if you had a two men cell extraction

17   it takes seven people to do that.  If the IA member

18   was our seventh guy, then we would use him, but we

19   would do our best not to use that individual or at

20   least I did.

21        Q.   The -- did you have the authority to decide

22   who at each facility would participate in a shakedown?

23        A.   No.  That was actually left up to the

24   facility commander.  So if I requested ten, I would

Transcript of David White
Conducted on August 22, 2018                    129

1    let, for example, you circled Menard, I would let

2    Menard's tactical commander decide what ten he wants

3    to bring.

4         Q.   You decided which other facility?

5         A.   Which facilities, yes.

6         Q.   Was that just based on proximity?

7         A.   Yes, usually.

8         Q.   Do you recall asking -- do you recall asking

9    the warden to videotape any of the shakedowns at

10   Menard in April 2014?

11        A.   I would assume they did on a few of them.

12        Q.   Do you recall asking the warden at Big Muddy

13   to videotape any of them?

14        A.   No, I don't.

15        Q.   Do you recall asking the warden at Illinois

16   River to videotape any of the shakedowns?

17        A.   I don't recall none of it.

18        Q.   What about the warden at Lawrence, do you

19   recall asking him?

20        A.   I do not recall.

21        Q.   Do you recall any of these -- strike that.

22             When shakedowns were videotaped, did you

23   always, sometimes or never review that videotape

24   afterward?

Transcript of David White
Conducted on August 22, 2018                    130

```
1        A.    If it was videotaped and we didn't have

2   anything that happened I would never review it.

3        Q.    Okay.  So the only time that you would

4   review video footage taken of the shakedown was if

5   there was some issue brought to your attention,

6   correct?

7        A.    Yes, most likely.

8        Q.    How would -- have you reviewed footage for a

9   shakedown?

10       A.    Not a shakedown, but a lot of cell

11  extractions, yes.

12       Q.    How would you go about requesting video of

13  shakedowns?  I mean of cell extractions.

14       A.    Of cell extraction.  Normally it would be

15  brought to my attention.  Once again, example, Pontiac

16  had a cell extraction.  Once the cell extraction was

17  complete the chain of command works the same way.  The

18  facility guy would get ahold of the region commander.

19  The regional commander would say, hey, we just had a

20  cell extraction at Pontiac.  Everybody is good.

21  Nobody is hurt.  We used OC.  No injuries.  Yes, we

22  had injuries.  And I get a follow-up.

23            Then I get a report usually come out of the

24  facility with all the information saying, hey, we had
```

Transcript of David White
Conducted on August 22, 2018                              131

1    to do cell -- calculated use of force on inmate Smith

2    and the information would come out as a whole.  And

3    times if something seemed out of place, whether it be

4    the -- well, prime example one I reviewed is we had an

5    inmate that stabbed three of my correctional staff at

6    Pontiac.  I reviewed that tape.  What happened.  How

7    did this happen.

8         Q.   That was during a cell extraction?

9         A.   Yes.

10        Q.   How did you go about review the video?

11        A.   I went in, basically looked at all their

12   incident reports.  Of course you are in a small

13   confined space with a video camera.  It don't really

14   come out all the time.  Trying to determine what

15   happened, talking to them personally.

16        Q.   Right, but my question is actually more

17   technical.  How did you go about from making the

18   decision in your mind that you wanted to get the

19   videotape to actually obtaining --

20        A.   I didn't get it because it's part of

21   evidence.  So I would get ahold of usually the warden

22   would call me or I'd call the warden and say I'd like

23   to review that tape.  He would get ahold of IA and

24   tell staff, hey, Commander White would like to come

Transcript of David White
Conducted on August 22, 2018                    132

```
1    review the cell exaction that happened the other day,
2    is it possible?  Yes, it is.  Tell him to come on it.
3         Q.   So if you are going to  -- when you review a
4    videotape you have to do it on site at the prison
5    where the video footage was taken?
6         A.   Normally did, yes.
7         Q.   It was typically IA staff that would be --
8    like would have possession of the tape?
9         A.   Yes.
10        Q.   Do you know -- you worked at Menard for a
11   long time.  There are some video cameras at the
12   facility, correct?
13        A.   Okay.  Because a lot of things have changed
14   in the last -- I mean, it's going to depend on where
15   you tell me.
16        Q.   I'm going to ask you about April of 2014,
17   were there any video cameras?
18             MS. STEIMEL:  Objection, foundation.
19             THE WITNESS:  Not that I'm aware of.
20        Q.   (By Ms. Grady)  What about at Illinois
21   River, are there video cameras there?
22             MS. STEIMEL:  Objection, foundation.
23             THE WITNESS:  Not that I'm aware of.
24        Q.   (By Ms. Grady)  What about at Big Muddy
```

Transcript of David White
Conducted on August 22, 2018                              133

```
1    River?
2         A.    Not that I'm aware of.
3         Q.    What about Lawrence?
4         A.    Not that I'm aware of.
5         Q.    Did you ever make any efforts as part of the
6    2014 shakedowns or at any time after to request any
7    video footage?
8              MS. STEIMEL:  Objection to the form of the
9    question.
10        Q.    (By Ms. Grady)  Do you understand my
11   question?
12        A.    Yeah.  No.
13        Q.    You did understand it and your answer is no?
14        A.    Yeah.  I didn't request any kind of footage.
15        Q.    Do you have the authority to ask a facility
16   to preserve -- do you have the authority to order a
17   facility to preserve video footage for any reason?
18        A.    No.
19        Q.    Who has that authority, if you know?
20             MS. STEIMEL:  Objection, foundation, calls
21   for speculation.
22             THE WITNESS:  That would be the warden's
23   job.
24        Q.    (By Ms. Grady)  So there are handheld
```

Transcript of David White
Conducted on August 22, 2018                    134

1    cameras.  That's how the cell extractions are

2    videotaped, right?

3        A.   Correct.

4        Q.   Where are those camera's housed, if you

5    know?

6             MS. STEIMEL:  Objection, foundation.

7             THE WITNESS:  Normally those handheld

8    cameras are placed in the IA office where they can be

9    charged.  And sometimes some facilities have them in

10   the armory.  Some facilities have them in the Tact

11   room.  It's just kind of how the layout of the prison

12   works.

13       Q.   (By Ms. Grady)  You testified at the

14   beginning of the deposition that you reviewed

15   photographs?

16       A.   Yes.

17       Q.   Do you recall in reviewing those photographs

18   the circumstances that they were taken?

19       A.   Yes.

20       Q.   Tell me about that.

21       A.   What had happened, at the time the executive

22   chief Brad Curry had -- we actually had like a small

23   museum up in Springfield.  He requested new photos of

24   the tactical units, wanted to give it a new look.  So

Transcript of David White
Conducted on August 22, 2018                                135

```
1   as we were going in some of these facilities, give me

2   a good pile of photos from IA, if they will take some

3   photos for us, and we will try to generate what we

4   like and what we need to put in the museum.

5        Q.   Was that a request that you made or was that

6   a request that --

7        A.   That was a request that he made for me to

8   handle.

9        Q.   And did you handle it?

10       A.   Yeah, I think so.

11       Q.   Who did you ask?  You asked IA at a bunch of

12   different facilities?

13       A.   Well, I requested through the warden, hey,

14   can we get some photos.  Lawrence was one.  I don't

15   know if -- I think we had some at -- by looking at the

16   photos I've been given I think some were at Dixon,

17   think I remember Danville.  That's all I recall seeing

18   on there.  We got some nice photos.

19       Q.   Those are photographs -- the ones that you

20   reviewed, were they just of the tactical team or were

21   prisoners in any of these photos?

22       A.   Sometimes there was some showing escorting,

23   showing what we do.

24       Q.   Did you tell the tactical team members ahead
```

Transcript of David White
Conducted on August 22, 2018                    136

```
 1    of time, hey, we are going to take some pictures for

 2    Springfield?

 3         A.    No.

 4         Q.    Where was IA when they were taking these

 5    pictures?

 6         A.    Where was who, IA?

 7         Q.    Yeah.  You said IA took them.

 8         A.    They would just stand in spots where they

 9    thought they could get a shot.  I mean, there was one

10    when we brought the two buses into Danville, kind of

11    got an aerial view trying to do a nice photo for a

12    museum.

13         Q.    In this case we heard a lot of testimony

14    about strip searches and the way that they are

15    conducted correctly.  Can you tell me, is there any

16    security justification in performing a strip search

17    that begins with searching -- asking the prisoner to

18    raise his feet and lift his genitals and spread his

19    buttocks and then afterwards to put his hands in his

20    mouth?

21         A.    You got that order all messed up.

22         Q.    Is there any security justification in doing

23    it in that order?

24         A.    You don't do it in that order.  From the day
```

Transcript of David White
Conducted on August 22, 2018                    137

```
 1    you step in as you do a strip search, all the strip
 2    searches are conducted from top to bottom.  You are
 3    taught that.  That's in every manual in the
 4    department.  Strip searches are conducted from up to
 5    down because initially they are required to open up
 6    their mouth.  They may have to grab their ear.  They
 7    might have to lower their lip, and they may have to go
 8    ahead and move their penis to one side and/or
 9    testicles.  At no time have we had anybody grab their
10    testicles and tell them to put it in their mouth.
11         Q.   Just to be clear, is there any security
12    justification in performing it in that the way I
13    described?
14              MS. STEIMEL:  Objection, asked and answered.
15              THE WITNESS:  It's just not the way we've
16    ever been taught.
17         Q.   (By Ms. Grady)  Are you aware of any
18    security justification in doing it that way?
19              MS. STEIMEL:  Objection, asked and answered.
20              THE WITNESS:  Yeah, there is, be quite
21    honest with you.  I think if you would be looking down
22    I think you would be waiting to get you a big wallop
23    kick in the face.  So normally we stand up and look
24    him eye to eye where you are able to see the torso of
```

Transcript of David White
Conducted on August 22, 2018                    138

1    this individual because if -- just as far as a good --

2    don't want to call -- as far as a good tactical stance

3    or general observation of you, me talking to you.  If

4    I think you are going to hit me I am looking at the

5    center of your chest.  That way I can focus on your

6    shoulder movements.  So you need to actually start up

7    front.  And then you get a good feel of what this

8    individual has going on or if you think he is going to

9    become violent.

10        Q.   (By Ms. Grady)  So that's the security

11   justification in doing it the way you testified was

12   correct under the policy, correct?

13        A.   I like my way, yes.

14        Q.   Is there any security justification in doing

15   it backwards?

16            MS. STEIMEL:  Objection, asked and answered.

17            THE WITNESS:  No.

18        Q.   (By Ms. Grady)  Did you see anyone

19   performing a strip search in that way --

20        A.   Your way?

21        Q.   Correct.

22        A.   No.

23        Q.   Performing a strip search in that way would

24   be in violation of IDOC's policies, correct?

Transcript of David White
Conducted on August 22, 2018                    139

1          A.    Yes.   That's sick.

2          Q.    The -- have you ever heard the phrase nuts

3    to butts?

4          A.    I'm in the Marine Corps, yes.

5          Q.    Tell me what -- when you've heard that

6    phrase.   You said --

7          A.    I've heard that in the United States Marine

8    Corps.

9          Q.    What does that phrase me?

10         A.    That means get your butt in line.

11         Q.    Did you ever hear that phrase discussed

12   during the shakedowns at Illinois River, Menard,

13   Lawrence or Big Muddy River in 2014?

14         A.    That phrase has never been stated in IDOC.

15   Now, if someone would say it, most likely it was a

16   military guy.   But it was not nothing that was come

17   from out of chain of command.   In no way, shape or

18   form do you holler get nuts to butt.

19             I'm going to get a drink.

20             (A short recess was taken.)

21         Q.    (By Ms. Grady)   Is there any security

22   justification for using the phrase nuts to butt as

23   part of a facility-wide shakedown?

24         A.    No, there is not.

Transcript of David White
Conducted on August 22, 2018                                      140

```
 1        Q.   Did you ever hear anyone order a prisoner --
 2   one or more prisoners to line up nuts to butts during
 3   the 2014 shakedowns at Illinois River, Big Muddy
 4   River, Menard or Lawrence?
 5        A.   No, I have not.
 6        Q.   That would be in violation of IDOC policy,
 7   correct?
 8        A.   No.
 9        Q.   IDOC policy would permit an officer,
10   tactical team member to order prisoners to line up
11   nuts to butts?
12        A.   It's not very professional, staff conduct.
13        Q.   Okay.  But that would be permissible under
14   the policies?
15        A.   Yes.
16        Q.   What about the use of obscenities as part of
17   the orders that staff give during shakedowns, is there
18   security justification for using obscenities to give
19   an order?
20        A.   No.
21        Q.   Is that something that you heard during the
22   2014 shakedowns?
23        A.   I did not.
24        Q.   Is that something that would be in violation
```

Transcript of David White
Conducted on August 22, 2018                           141

1    of IDOC policy?

2         A.    Not necessarily, but it could full

3    underneath standards of conduct, yes.

4         Q.    Have you ever seen tactical team members

5    strike the batons that they wear on their duty belt on

6    railing or any other surfaces as they enter a cell

7    house?

8         A.    Yes.

9         Q.    You have seen that?

10        A.    Yes, I have.

11        Q.    Did you see that during the 2014 shakedowns?

12        A.    Probably so.

13        Q.    Is there any security justification in

14   entering the cell house in that manner?

15        A.    That's just letting them know that we are

16   here.  We want you awake, be attentive, ready to go

17   and it's done.  It last about five seconds.

18        Q.    Five seconds?

19        A.    Once you enter.  You are just hitting your

20   baton on your chest.

21        Q.    What about the use of the phrase I think

22   it's oorah?

23        A.    Oorah.

24        Q.    Is that something that you've heard tactical

Transcript of David White
Conducted on August 22, 2018                                    142

1    team members yell as they enter a cell house as part

2    of a facility-wide shakedown?

3         A.   I have.

4         Q.   Is there a security justification for

5    yelling that?

6         A.   Once again, just letting them know we are

7    here, wake up, get up, be ready to stand tall for

8    orders.

9         Q.   And are either of those things, striking the

10   baton on various surfaces as you enter the cell house

11   or shouting oorah, are those things that are

12   prohibited by IDOC policy?

13        A.   No.

14        Q.   Is there any security justification in

15   refusing to honor front cuff permits?

16        A.   Say that again, please.

17        Q.   Is there any security justification in

18   refusing to honor front cuff permits?

19        A.   Is there any justification.  If they have a

20   front cuff permit, we will cuff them in the front.

21        Q.   Is there any security reason not to allow

22   them to be cuffed in the front with a front cuff

23   permit?

24        A.   No.

Transcript of David White
Conducted on August 22, 2018                                        143

1          Q.    Is that -- did you ever see a prisoner

2    complain -- strike that.

3               Did you ever see a tactical team member tell

4    a prisoner that despite his front cuff permit he must

5    be restrained in the back during the 2014 shakedowns?

6          A.    I don't recall, but if someone has got a

7    front cuffing permit they are cuffed in the front.

8          Q.    So you don't recall one way or the other

9    whether you saw an officer give -- refuse to honor a

10   front cuff permit?

11         A.    Do not recall.

12         Q.    Is that the sort of thing -- is refusing to

13   honor a front cuff permit in violation of IDOC policy?

14         A.    Yes.

15         Q.    Ordering prisoners to stand close enough

16   that their body makes contact, that their genitals

17   make contact with the body of the prisoner in front of

18   them, is there a security justification to ordering

19   prisoners to line up that way?

20         A.    There is nobody that close in a lineup to

21   where one man's genitals is touching another man's

22   buttocks.

23         Q.    Is there any security justification in doing

24   it that way?

Transcript of David White
Conducted on August 22, 2018                              144

1          A.   It didn't happen.

2          Q.   That's not my question.  I'm asking whether

3     there is any security reason to do it that way?

4          A.   No.

5          Q.   And it's your testimony that you never saw

6     anyone lined up close enough that their genitals were

7     touching the prisoner in front of them, correct?

8          A.   No, I have not.

9          Q.   That's something that would be in violation

10    of the IDOC policies, correct?

11         A.   Yes.

12         Q.   Using force to move a prisoner's head onto

13    the back of the prisoner ahead of him in line, is

14    there any security justification for that?

15         A.   No.

16         Q.   Did you see any officer, tactical team

17    member do that during the 2014 shakedowns?

18         A.   I did not, no.

19         Q.   That would be in violation of IDOC policy,

20    correct?

21         A.   Yes.

22         Q.   Placing a baton between a prisoner's legs

23    and forcibly raising it, is there any security

24    justification for performing that action?

Transcript of David White
Conducted on August 22, 2018                    145

1          A.    No.

2          Q.    Did you ever see that during the 2014

3    shakedowns?

4          A.    I did not.

5          Q.    That would be in violation of IDOC's policy,

6    correct?

7          A.    Yes.

8          Q.    Denying a prisoner who requested medical

9    attention, is there any security justification for

10   that?

11         A.    No.

12         Q.    Is that something you saw during the 2014

13   shakedowns?

14         A.    I did not.

15         Q.    That would be in violation of IDOC policy,

16   correct?

17         A.    Yes.

18         Q.    Denying a prisoner the ability to use the

19   bathroom in a holding area, is there a security

20   justification for that?

21         A.    No.

22         Q.    Is that something you saw during the 2014

23   shakedown?

24         A.    I did not see it.

Transcript of David White
Conducted on August 22, 2018                                    146

1        Q.   And that would be in violation of IDOC

2   policy, correct?

3        A.   Well, we try to let men go to the bathroom

4   if they have to go to the bathroom.

5        Q.   Did you ever see any prisoners urinate or

6   defecate on themselves in the holding areas during the

7   2014 shakedowns?

8        A.   I did not.

9        Q.   Forcing a prisoner to urinate or defecate on

10  himself, that would be in violate of the IDOC

11  policies, correct?

12       A.   It -- if this individual wants to defecate

13  on himself I can't control that, but it wouldn't be

14  against the policy, but we are not holding him against

15  his will.  If he needs to go to the restroom we would

16  take the individual to the restroom.

17       Q.   Understood.  What about the ability to get

18  water.  Are prisoners -- during the 2014 shakedowns

19  were prisoners permitted to have water when they asked

20  for it while they were in the holding area?

21       A.   Normally when they were in the staging area

22  they weren't there very long.  They were up there

23  maybe a grand total of an hour to two hours and they

24  were right back in their cell with ability to get all

Transcript of David White
Conducted on August 22, 2018                                147

1    the water they wanted.

2         Q.   Well, the water was turned off in the cell

3    house, right?

4         A.   Then it was turned right back on, soon as

5    they got back in.

6         Q.   It was turned on once all the tactical team

7    members had left the cell house, right?

8         A.   It was turned back on as soon as all the

9    inmates -- usually it was turned back on prior to them

10   actually arriving.

11        Q.   Okay.  Are there any documents that are

12   created when the water is turned on or off, to your

13   knowledge?

14        A.   Not that I'm aware of, no.

15        Q.   Is there any security justification in

16   ordering prisoners to stand throughout the one to two

17   hours that the cell -- that the cell house is being

18   searched?

19        A.   Can you rephrase that?

20        Q.   We talked about the standing and the sitting

21   and you described the process that you testified

22   occurs when prisoners are brought to the staging area.

23   Is there any security justification in ordering

24   prisoners to stand during the entire one to two hours

Transcript of David White
Conducted on August 22, 2018                    148

```
 1    that they were --
 2         A.    They never stood the whole one or two hours.
 3    We had seating at every facility for these guys.
 4         Q.    Okay.  My question was a little different.
 5    Is there any security justification in ordering them
 6    to stand the entire time?
 7         A.    Well, no.
 8         Q.    And did you see or hear about from anybody
 9    that they had been forced to stand throughout the
10    entire time that their cells were being searched?
11         A.    No.
12         Q.    Is that something that would be in violation
13    of IDOC policy?
14         A.    No.
15         Q.    Did you ever see any tactical team members
16    use any force of any kind at any point during these
17    shakedowns at Illinois River, Big Muddy River,
18    Lawrence and Menard?
19         A.    I did not.
20         Q.    If you had witnessed a tactical team member
21    use force of any kind, would you have been required to
22    document that in any way?
23         A.    I would have reported it.
24         Q.    How would you have reported it?
```

Transcript of David White
Conducted on August 22, 2018                          149

1          A.   By writing a DC434 incident report and

2     running it up the chain of command.

3          Q.   You would have been required to document

4     that in an incident report?

5          A.   Yes, I would.

6          Q.   That's regardless of whether in your

7     estimation the force was justified or unjustified,

8     correct?

9          A.   Yes.

10         Q.   When a prisoner complains about his

11    treatment during a facility-wide shakedown, is there

12    any requirement that an investigation of any sort be

13    initiated?

14         A.   No.

15         Q.   Is there a practice with respect to any sort

16    of investigation that's conducted when a prisoner

17    complains about his treatment during a facility-wide

18    shakedown?

19         MS. STEIMEL:   Objection, foundation.

20         THE WITNESS:   So if, once again, if the

21    individuals were placed in the staging area and there

22    is a medical issue we have medical staff right there

23    that are at their beckon call.   That is those nurses'

24    job for the day to oversee and overwatch medically the

Transcript of David White
Conducted on August 22, 2018                    150

1  inmates that are in the staging area.

2          So if there is an issue, being nurses they

3  know if this individual may have a problem, whatever

4  it may be, I don't know, but if someone is, example,

5  prone to have seizures, the medical staff would know

6  usually before we will.

7      Q.   (By Ms. Grady)  Is there any practice about

8  a prisoner who after the shakedown is concluded

9  complains he was treated inappropriately by tactical

10 staff, is there any practice as to how, if at all,

11 that gets investigated?

12     A.   Yeah.  Usually they will drop a letter to

13 the internal affairs office.

14     Q.   And then IA will investigate?

15     A.   Yes.

16     Q.   Do you play any role in that investigation?

17     A.   No.

18     Q.   Are you ever interviewed as part of those

19 investigations?

20     A.   I may be.

21     Q.   Have you been interviewed in the past

22 following accusations of misconduct during a tactical

23 operation by any member of the tactical team?

24     A.   No.

Transcript of David White
Conducted on August 22, 2018                                   151

1        Q.    You've never been interviewed regarding a

2   tactical operation?

3        A.    No.

4        Q.    Has anyone from the Illinois Department of

5   Corrections ever asked you like I did here about what

6   happened during any shakedown operation?

7              MS. STEIMEL:   Objection to the form of the

8   question.

9        Q.    (By Ms. Grady)   That was a bad question.

10  Let me try again.   Let me ask you this.   Are you

11  required to summarize anything about the operation

12  when you've conducted an operation?

13       A.    No.

14       Q.    Do you summarize for anyone the operation?

15       A.    Make a phone call.   I would -- sometimes I

16  would make a phone call to the boss and let him know,

17  hey, everything is good at whatever facility, no

18  issues to report or we took four to seg or whatever

19  the case may be.

20       Q.    To the boss, that would be to the director

21  of ops?

22       A.    Yeah, chief of ops.

23       Q.    Right.   Sorry.   Were you ever made aware of

24  complaints by prisoners in east cell house at Menard

Transcript of David White
Conducted on August 22, 2018                                    152

1    about abuse by tactical staff?

2         A.   No.

3         Q.   Is that the kind of thing you would want to

4    know about?

5         A.   Yes.

6         Q.   Why?

7         A.   Because it's involving my staff.

8         Q.   Did you ever receive any instructions

9    following the shakedowns at Menard from Mike Atchison

10   or Joseph Yurkovich to begin recording the shakedowns?

11        A.   Yes.  I think Chief Atchison said he wanted

12   more cameras put out during the shakedowns.

13        Q.   Did you ever receive -- when did he instruct

14   that?

15        A.   As the shakedowns were being conducted

16   statewide.

17        Q.   Was that shortly after the Menard shakedown?

18        A.   Do not recall.

19        Q.   Did you comply with that order?

20        A.   Yes.

21        Q.   Did you do it in the way you described

22   earlier by asking the warden to send internal affairs

23   with cameras?

24        A.   Yes.

Transcript of David White
Conducted on August 22, 2018                          153

1        Q.   And did you ever have any warden refuse to

2   send IA to videotape in response to your request?

3        A.   No.

4        Q.   Did you ever receive any orders from

5   Atchison or Yurkovich to -- or anybody else to

6   preserve any video footage of the shakedowns?

7        A.   No.

8        Q.   Did you ever receive any instructions to

9   preserve any documents related to the shakedowns that

10  occurred in 2014?

11       A.   Can you repeat that one?

12       Q.   Did you ever receive any instructions to

13  preserve documents related to the 2014 shakedowns?

14       A.   Not that I recall.

15       Q.   I'll going to ask you about some emails.

16            (Plaintiffs' Exhibit 5 was marked for

17            identification.)

18       Q.   (By Ms. Grady)  This is -- the court

19  reporter handed you what's been marked as Exhibit 5.

20  This is an email from Anthony McAllister.  That was

21  the southern regional Tact commander, correct?

22       A.   Correct.

23       Q.   To yourself and the subject was Lawrence,

24  right?

Transcript of David White
Conducted on August 22, 2018                    154

```
1        A.    Okay.

2        Q.    Do you have -- can you read that email?  Let

3   me know once you are finished.

4              MS. STEIMEL:  You don't have to read it out

5   loud.

6        Q.    (By Ms. Grady)  Have you had an opportunity

7   to read that?

8        A.    Yes.

9        Q.    Does this jog any independent recollection

10  that you have about any of the shakedowns at Lawrence

11  or anywhere else?

12       A.    It does not.

13       Q.    This -- if a prisoner spit on a member of

14  the Tact team, is that something that should be

15  documented in some way?

16       A.    Yes.

17       Q.    How should it be documented?

18       A.    There should have been some 434s.

19       Q.    The people who were present?

20       A.    Or the person that was spit on, yes.

21       Q.    Okay.

22             (Plaintiffs' Exhibit 6 was marked for

23             identification.)

24       Q.    (By Ms. Grady)  If you would take a minute
```

Transcript of David White
Conducted on August 22, 2018                      155

1   to review the email that's here in Exhibit 6.  And

2   then the following pages are just the operations

3   order.  This is an email from you to Kim Butler, Alex

4   Jones and Chad Hasemeyer, correct?

5          A.   Yes.

6          Q.   And who is Chad Hasemeyer, if you know?

7          A.   Probably at the time was the chief of

8   security, a major.

9          Q.   Okay.  And is this how you would typically

10  communicate the operations order that we've been

11  talking about today to the facility command staff?

12         A.   Normally, yes.  And phone, if I couldn't get

13  a response.

14         Q.   Okay.  You can put that to the side.

15              (Plaintiffs' Exhibit 7 was marked for

16              identification.)

17         Q.   (By Ms. Grady)  The court reporter handed

18  you what's been marked as Exhibit 7.  This is a string

19  of emails.  Will you take a minute and read it to

20  yourself and let me know once you are finished.

21         A.   Okay.

22         Q.   This is a number of emails between yourself

23  and Joseph Yurkovich, correct?

24         A.   Correct.

Transcript of David White
Conducted on August 22, 2018                              156

1        Q.    And I believe that first one attaches one or

2    more operations orders, right?

3        A.    Okay.

4        Q.    I'm just reading the document.  I just get

5    that from the document.  There is a response approved.

6    Is that something that would typically -- is that a

7    typical way that you would be told that your proposed

8    operations had been approved?

9        A.    That is correct.

10       Q.    Can you tell me what you meant when you

11   wrote on April 12, 2014, "you have me freaking jacked

12   up chief?"

13       A.    That was just because we've been kind of not

14   doing anything for a long time and we were able to get

15   the Tact guys out and have some comradery, motivate

16   and do some shakedowns and do some work.  That's all

17   that was.

18       Q.    Okay.  And then in response Yurkovich tells

19   you that you are going to be busy for the next few

20   weeks, right?

21       A.    Yes.

22       Q.    And that every medium and maximum security

23   is going to be searched with Tact?

24       A.    Okay.

Transcript of David White
Conducted on August 22, 2018                    157

1        Q.    Then he says we refer to it as the spring

2    cleaning?

3        A.    Okay.  Well there is your spring cleaning.

4        Q.    That wasn't a phrase that you typically

5    used?

6        A.    No.

7        Q.    That is correct?

8        A.    That is correct.

9        Q.    You can put that to the side.

10            (Plaintiffs' Exhibit 8 was marked for

11            identification.)

12       Q.    (By Ms. Grady)  Let me know once you had a

13   chance to review Exhibit 8.

14       A.    Okay.

15       Q.    This is an email from Lori Oakley to you,

16   that bottom line from Lori Oakley to you on May 15,

17   2014.  Do you see that?

18       A.    Yes.

19       Q.    I can see from Lori Oakley's signature block

20   there what she was at the time she sent this email.

21   Did you know her?

22       A.    Yes.

23       Q.    That was someone that you were familiar with

24   from your work at Menard?

Transcript of David White
Conducted on August 22, 2018                    158

1       A.   Yes.

2       Q.   Do you recall this event?

3       A.   I think this was what I was talking about

4   with the east house and the phone issue or the TV

5   issue, I think.

6       Q.   Okay.

7       A.   Is my only recollection.

8       Q.   Okay.  And you forwarded this to someone

9   named Eric Plott, correct?

10      A.   Yes.

11      Q.   Why did you forward it to Eric Plott.

12      A.   Eric was a TRT member who was also down at

13  Menard that day would be the only reason I would have

14  forwarded that to him.

15      Q.   Down at Menard the date of the shakedowns?

16      A.   Yes.

17      Q.   Do you recall having a conversation with

18  Lori Oakley about this issue?

19      A.   I did.  I don't know if it was over email or

20  actual phone.  Can't recall.

21      Q.   Okay.  You can put that to the side.

22           (Plaintiffs' Exhibit 9 was marked for

23           identification.)

24      Q.   (By Ms. Grady)  If you would review the

Transcript of David White
Conducted on August 22, 2018                    159

1    email that's in Exhibit 9 and let me know once you had

2    a chance to review it.

3         A.   Okay.

4         Q.   This is an email between yourself and Joseph

5    Yurkovich, correct?

6         A.   Yes.

7         Q.   And it -- that first email on Page 2, which

8    is 14857, you ask Yurkovich if he wants to start

9    shaking down facilities on Monday.  I have a game plan

10   in my little mind.  If so, I will run it past you.  Do

11   you see that?

12        A.   Yes.

13        Q.   Can you tell me, do you recall what you were

14   referring to in this email on May 7th?

15        A.   I have absolutely no idea.

16        Q.   So you don't recall the --

17        A.   Hence little mind.

18        Q.   You don't recall the game plan that you were

19   breaking down?

20        A.   No, I don't.

21        Q.   Okay.  It does look like Yurkovich in

22   response to that asked you to email him and then you

23   lay out some schedule here?

24        A.   Okay.

Transcript of David White
Conducted on August 22, 2018                                    160

1          Q.   On May 7 in this email on the first

2    page 14856, first page of Exhibit 9, you say:  "I

3    think you stated the other day that you wanted the

4    following facilities to have a shakedown conducted:

5    Sheridan, Big Muddy and Lawrence."

6               Do you see that?

7          A.   Yes.

8          Q.   Can you tell me, does that refer to an

9    earlier conversation that the two of you had or the

10   two or more additional people had about the

11   shakedowns?

12         A.   I would assume it was a conversation we had,

13   but I do not recall what it referred to.

14         Q.   Do you recall whether or not you met

15   frequently with Yurkovich and/or Atchison during these

16   shakedowns to check in about how things were going and

17   what was going on?

18         A.   I usually talked with Yurkovich more than

19   Atchison.

20         Q.   Why is that?

21         A.   Because we were both out of Springfield and

22   I would catch him outside a lot more and catch him in

23   the middle of meetings a lot more.

24         Q.   Where was Atchison?

Transcript of David White
Conducted on August 22, 2018                                   161

```
 1        A.   He actually had an office in Springfield as
 2   well, but he mainly stayed around the Menard area.  He
 3   had a Marion office.  He usually stayed south a lot of
 4   times unless he had business up north.
 5        Q.   So you would meet frequently with Yurkovich
 6   throughout these shakedowns in 2014 to discuss the
 7   status and how things were going, correct?
 8        A.   We would meet via phone call, face to face,
 9   yes.
10        Q.   And who else would typically be part of
11   these meetings?  Was it just the two of you or were
12   there other people involved as well?
13        A.   Normally us.
14        Q.   I think you testified that you would
15   typically recount those meetings for Bull and Brady as
16   well, right?
17        A.   Yes.
18        Q.   Just for the record, Bull refers to
19   McAllister?
20        A.   Yes.
21             (Plaintiffs' Exhibit 10 was marked for
22             identification.)
23        Q.   (By Ms. Grady)  If you would take a minute
24   to review the email that I've just given you in
```

Transcript of David White
Conducted on August 22, 2018                    162

1    Exhibit 10 and let me know once you had a chance to

2    review it.  I'm going to ask you generally about

3    what's on the second page of Exhibit 10, but not in

4    great detail.

5         A.   Okay.

6         Q.   This is two emails.  One from Anthony

7    McAllister to you on April 28, 2014, correct?

8         A.   Yes.

9         Q.   And I think it appears to attach what is on

10   the second page here?

11        A.   That is correct.

12        Q.   Is this thing -- are you familiar with what

13   is contained on Page 2 of this exhibit?

14        A.   Yeah.  I have an idea of Bull's writing,

15   yes.

16        Q.   Tell me what about this suggests to you that

17   it's Bull's writing?

18        A.   Because it's everywhere.  What happened is

19   we were running cadets, the cadet class, I think.

20   According to this we had a cadet class up at the

21   academy at the time and we were going to bring the

22   cadets down for basically their hands-on experience

23   dealing with inmates.  So Bull sat down and wrote up

24   everything that he kind of wanted to remember to tell

Transcript of David White
Conducted on August 22, 2018                          163

1    the cadets, what we want to accomplish and remember to

2    use your training and go over -- this was his go over

3    notes to tell the cadets is what this was.

4          I know that's what he wanted me to do.  He

5    wanted me to go over it and rewrite it and make it

6    simple for him to explain this.

7          Q.   So he -- he was sending this to you to edit

8    because it looks to me like then you forwarded it to

9    Alex Jones, right?

10         A.   I may have, yeah.  Where is it at?  Yes, it

11   looks like it.

12         Q.   Okay.  So can you tell me whether this was

13   something you had seen before, this sort of document

14   was something you had seen before April 29, 2014?

15         A.   We may have had something out before that,

16   not for cadets, but we've had notes like this where we

17   address the Tact staff with.  It was a lot easier for

18   Bull to come in and actually read it off a piece of

19   paper and kind of stay in focus and stay in line with

20   everything that was going on.  It was just a cheat

21   note.

22         Q.   Did you create any documents like this?

23         A.   No, I usually just doctored up everything

24   that he kind of threw down.

Transcript of David White
Conducted on August 22, 2018                                164

1      Q.   Okay.  Would you typically do that before

2  each shakedown operation?

3      A.   Yeah, we did that all the time.

4      Q.   Would you trade those over email or how

5  would you trade them?

6      A.   No.  Once we kind of had one standardized,

7  that was kind of the information we went with.  I mean

8  as far as me, I didn't need the cheat sheet.  It just

9  kind of helped Bull follow with what we needed to do.

10     Q.   Okay.  So it wasn't typical that you would

11 exchange emails about this?

12     A.   No.

13     Q.   Who is Alex Jones?  You said he is assistant

14 warden of operations at Menard?

15     A.   That is correct.

16     Q.   That might be a perfect place to end.  Let

17 me look over my notes.

18          (Discussion was held off the record.)

19          MS. GRADY:  I don't have anything else at

20 this time.

21                    EXAMINATION

22 BY MS. STEIMEL:

23     Q.   She asked you a little bit about some

24 documents that you reviewed, and I just wanted to

Transcript of David White
Conducted on August 22, 2018                              165

1    remind you that I sent you some emails to review.  Do

2    you recall that?

3         A.   That is correct.

4         Q.   And she asked you about conversations that

5    you had with anybody else about the case, aside from

6    your attorneys.  I believe you had one conversation

7    with Mr. McAllister recently; is that right?

8         A.   I did.

9         Q.   What did you guys talk about?

10        A.   My first question is, Bull, did you do this

11   deposition thing that was supposed to be going on, and

12   he said yes.  I knew he had been on vacation for some

13   time.  I got an email from you.  I didn't hear

14   anything for three weeks.  I just didn't know when it

15   was.  And he said, yes, I just got done doing mine.  I

16   said how long were you in there?  He said seven to

17   eight hours.  I said oh, boy.

18        Q.   You didn't talk at all about the substance

19   of what you would be testifying?

20        A.   Not necessarily.  I asked what's the general

21   questions.  He said basically just general way we do

22   some of our call outs and procedures and some of

23   things we do on a daily basis.

24        Q.   And there was some testimony that you gave

Transcript of David White
Conducted on August 22, 2018                                    166

1    about whether or not you stayed in the staging area

2    the entire time, and you said you did not stay there

3    for several hours.  I just wanted to make sure that in

4    your memory the inmates were not in the staging area

5    for more than two hours; is that right?

6         A.   Correct.  I floated in and out from the cell

7    house to the staging area to the cell house and I may

8    be called to the warden's office.  I really floated.

9         Q.   They couldn't have been in the staging area

10   for much more than two hours because several different

11   cell houses were shaken down on the same day; is that

12   right?

13        A.   That's correct.

14        Q.   She asked you a little bit about whether not

15   allowing the inmates to wear underwear after their

16   strip search would be against policy.  Is there any

17   policy that you know of that would be against?

18        A.   I think what I said earlier there was a

19   policy.  There is not a policy that I'm aware of or

20   that I can recall at this time.  If we went without

21   underwear it was due to trying to make the process a

22   little faster.  I mean, of course, they all had pants

23   on so.

24             Also for, you know, the reasoning behind

Transcript of David White
Conducted on August 22, 2018                    167

1  sometimes not wearing underwear someone would have a

2  knife or drugs or something in their anal cavity it

3  would fall out while walking and/or getting ready to

4  go to the staging area to sit down.  It would come

5  out.  So that's what we are looking for.

6              MS. STEIMEL:  Nothing further.

7              MS. GRADY:  I have some follow-up.

8                  FURTHER EXAMINATION

9  BY MS. GRADY:

10      Q.    You said that you looked at emails.  Did you

11  look at any of the emails we went over today?

12      A.    Actually, I've seen all the operations

13  orders, Exhibits 1, 2, 3 and 4.  I don't recall -- 5

14  may have been in there.  I don't recall 6.  I

15  definitely don't recall 7 in that.  I don't recall 8

16  or 9 or 10.

17      Q.    Okay.  Are there any emails that you recall

18  reviewing that we didn't talk about today?

19      A.    Yes.  I -- there was one on there that was

20  given to me that talked about -- it was the FOIA

21  request with line movements.

22      Q.    Any others?

23      A.    Not that I recall, no.

24      Q.    Have you as a member of the -- as an

Transcript of David White
Conducted on August 22, 2018                                    168

1    employee of the IDOC have you ever been subjected to

2    discipline official or unofficial for any reason?

3          A.   I have not.

4          Q.   You talked about a conversation that you had

5    with Bull.  How did that conversation occur?  Was it

6    over email?  Was it over the phone?

7          A.   Phone.

8          Q.   And you initiated the phone call?

9          A.   I think I initiated it and then we lost

10   service about four times and then I think he called me

11   and then ended up with a text, call my home phone.

12         Q.   Was any other part of the conversation over

13   text message?

14         A.   No.

15         Q.   And you said that you were asking about how

16   long the deposition went?

17         A.   Yes.

18         Q.   He told you seven to eight hours?

19         A.   Yes.

20         Q.   And he -- you asked him general questions

21   about what he said about the operation?

22              MS. STEIMEL:  Objection, misstates prior

23   testimony.

24         Q.   (By Ms. Grady)  Let's do it this way.  Why

Transcript of David White
Conducted on August 22, 2018                                    169

1    don't you tell me as best you can recall and as close

2    to verbatim as you can recall every question you asked

3    Bull McAllister and every answer he gave you in

4    response?

5           A.    Okay.  Best I can say is I can't believe

6    this stuff is going on.  I thought it was actually

7    over.  And he talked about -- we went into mules, and

8    then we went back to you were there seven to eight

9    hours, are you kidding me.  And he goes, no.  Most of

10   it was we talked about the time we were in here and me

11   just saying a lot of the stuff was -- lot of Tact

12   stuff going in, getting people ready.  Said it was

13   just all our normal stuff that we did daily or that we

14   did when we did operations.  There wasn't anything in

15   particular.  It was just well rounded.

16          Q.    You talked about mules, like the animal?

17          A.    Yes.  He is a mule rider.

18          Q.    Did he tell you -- so he told you about the

19   types of questions that he was asked, correct?

20          A.    No, not -- no.  He said they talked about

21   our line movement, David.  Pairing them up.  And just

22   it was just all just the basic information that we had

23   talking about our tactical operations on how we went

24   from Point A to Point B.

Transcript of David White
Conducted on August 22, 2018                          170

```
 1        Q.   Anything else that occurred during the
 2   conversation that we haven't talked about?
 3        A.   We talked about his granddaughters.
 4        Q.   Anything else that's relevant --
 5        A.   No.
 6        Q.   You said you sat for a deposition before.
 7   How many depositions have you sat for?
 8        A.   Probably three or four.
 9        Q.   Were you a defendant in each of those cases?
10        A.   Yes.
11        Q.   How many times before this one have you been
12   sued?
13        A.   I guess third, three.
14        Q.   Have you ever gone to trial on a case in
15   which were you a defendant?
16        A.   No.
17        Q.   Have you ever brought a lawsuit yourself?
18        A.   No.
19        Q.   Have you ever been convicted of a crime?
20        A.   No.
21        Q.   Have you ever paid money out of your own
22   pocket to settle a case against you?
23        A.   No.
24        Q.   Have you ever -- has anyone, to your
```

Transcript of David White
Conducted on August 22, 2018                       171

1    knowledge, ever paid money on your behalf to settle a

2    case against you?

3         A.   No.

4         Q.   Did the other cases against you involve your

5    work with the tactical team?

6         A.   Yes.

7         Q.   Do you recall any of the names of those

8    cases or names of the prisoners who filed the lawsuit?

9         A.   No.

10        Q.   Were they all in federal court like this

11   one?

12        A.   No.

13        Q.   Was one of them in state court?

14        A.   I think so.

15        Q.   Were you represented by the Office of the

16   Attorney General in all three or four of those

17   lawsuits?

18        A.   Yes.

19             MS. GRADY:  I don't have anything else.

20             MS. STEIMEL:  Nothing further.

21             You have a choice of saying that you believe

22   that she recorded everything accurately or you can

23   review a copy of the transcript for any clerical

24   errors, like not substance, like the name is spelled

Transcript of David White
Conducted on August 22, 2018                          172

1    wrong, this word suppose to --

2              THE WITNESS:  I'm fine.

3              MS. STEIMEL:  Waive.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Transcript of David White
Conducted on August 22, 2018                    173

```
1                    REPORTER CERTIFICATE

2

3              I, SHERRY L. GANTNER, CSR, CCR, do
    hereby certify that there came before me at the
4   Attorney General, 201 W. Pointe Dr. #7, Swansea, IL
    62226

5                    DAVID WHITE,

6   who was by me first duly sworn to testify to the truth
    and nothing but the truth of all knowledge touching
7   and concerning the matters in controversy in this
    cause; that the witness was thereupon carefully
8   examined under oath and said examination was reduced
    to writing by me; and that this deposition is a true
9   and correct record of the testimony given by the
    witness.

10

11             I further certify that I am neither
    attorney nor counsel for nor related nor employed by
    any of the parties to the action in which this
12   deposition is taken; further, that I am not a relative
    or employee of any attorney or counsel employed by the
13   parties hereto or financially interested in this
    action.

14

15             Dated September 7, 2018.

16

17

18

19

20   SHERRY L. GANTNER, CSR, CCR

21

22

23

24
```

Transcript of David White
Conducted on August 22, 2018

**A**

**aberdeen**
4:5
**ability**
40:13, 88:10,
121:14, 145:18,
146:17, 146:24
**able**
92:12, 137:24,
156:14
**above**
18:10, 18:20,
18:23, 95:14
**absolutely**
44:14, 55:10,
81:21, 88:16,
97:9, 101:14,
122:5, 159:15
**abuse**
152:1
**academy**
25:22, 26:10,
29:14, 162:21
**access**
43:5
**accomplish**
163:1
**accomplished**
52:4, 52:5
**according**
50:4, 89:19,
162:20
**accuracy**
20:24
**accurately**
171:22
**accusations**
150:22
**accused**
99:10
**achieve**
74:23
**across**
110:19
**action**
144:24, 173:19,
173:23

**activated**
80:13
**actual**
7:14, 75:2,
78:18, 97:5,
104:1, 109:21,
158:20
**actually**
6:1, 7:15,
10:1, 15:12,
17:14, 17:20,
23:22, 28:4,
30:9, 44:2,
44:20, 45:6,
45:8, 46:13,
47:12, 50:14,
55:10, 58:7,
60:13, 64:4,
65:11, 68:5,
68:18, 70:10,
71:13, 80:8,
82:4, 85:16,
88:5, 88:24,
93:10, 95:16,
96:24, 97:16,
100:12, 101:4,
101:9, 110:8,
112:10, 113:10,
114:5, 114:21,
117:17, 120:11,
123:19, 123:23,
123:24, 124:13,
125:22, 128:23,
131:16, 131:19,
134:22, 138:6,
147:10, 161:1,
163:18, 167:12,
169:6
**add**
70:13, 97:24
**additional**
104:3, 105:2,
160:10
**address**
49:17, 114:20,
163:17
**addressed**
37:12, 49:17

**adhere**
79:16
**adjacent**
72:16
**administrative**
103:6, 114:13,
114:14, 114:19,
114:20, 115:6,
119:3, 121:24,
122:21, 122:24,
123:2, 123:22,
124:1, 124:3,
125:6, 125:7
**administrators**
37:19
**advance**
55:4, 55:14,
82:10, 95:1,
108:6
**advised**
103:4
**aerial**
136:11
**affairs**
80:17, 81:20,
150:13, 152:22
**affect**
121:23
**affected**
121:24
**afford**
126:18
**aforesaid**
5:12
**after**
10:16, 11:11,
11:18, 17:7,
17:21, 18:1,
43:13, 44:7,
45:24, 70:17,
77:12, 133:6,
150:8, 152:17,
166:15
**afterward**
129:24
**afterwards**
5:5, 136:19
**again**
12:23, 20:23,

26:9, 38:5,
48:6, 52:12,
77:21, 84:24,
91:3, 104:23,
119:15, 119:20,
120:6, 120:8,
122:20, 130:15,
142:6, 142:16,
149:20, 151:10
**against**
39:23, 92:19,
146:14, 166:16,
166:17, 170:22,
171:2, 171:4
**age**
5:10
**aggressive**
125:24
**agreed**
5:1
**agreement**
5:7
**ahead**
26:21, 31:14,
71:14, 81:22,
84:15, 85:9,
135:24, 137:8,
144:13
**ahold**
26:22, 84:24,
85:1, 100:1,
110:8, 130:18,
131:21, 131:23
**air**
113:12, 113:13
**al**
1:5, 1:10, 3:5,
3:10, 4:3, 4:9
**alarming**
77:7, 77:9
**alcohol**
112:8
**alex**
63:9, 63:11,
63:14, 155:3,
163:9, 164:13
**all**
8:6, 8:7, 11:6,

Transcript of David White
Conducted on August 22, 2018

175

| | | | |
|---|---|---|---|
| 12:3, 19:7, 19:14, 30:22, 31:3, 34:2, 40:6, 43:14, 43:18, 47:13, 50:18, 50:23, 52:16, 54:1, 54:12, 54:16, 57:20, 66:22, 71:20, 73:8, 73:10, 74:14, 74:17, 78:9, 80:10, 80:13, 83:9, 83:17, 89:1, 89:10, 97:15, 100:19, 101:11, 102:10, 104:6, 104:8, 105:21, 105:23, 108:3, 108:12, 109:23, 122:15, 122:17, 122:18, 124:16, 125:23, 126:14, 130:24, 131:11, 131:14, 135:17, 136:21, 137:1, 146:24, 147:6, 147:8, 150:10, 156:16, 164:3, 165:18, 166:22, 167:12, 169:13, 169:22, 171:10, 171:16, 173:9 **allegations** 12:3 **allow** 118:15, 142:21 **allowed** 43:3, 107:21, 108:1, 120:2 **allowing** 166:15 **almost** 77:18 **along** 42:18, 75:7, 106:6 | **alphabet** 109:18 **already** 49:3, 66:4, 120:19 **also** 6:23, 17:19, 19:22, 20:5, 25:23, 26:8, 36:8, 37:7, 37:22, 48:5, 60:7, 72:19, 89:2, 90:2, 102:3, 103:3, 106:13, 106:15, 107:17, 108:20, 112:1, 158:12, 166:24 **always** 63:16, 81:1, 81:3, 81:9, 81:15, 117:8, 117:9, 129:23 **among** 106:19 **amount** 59:4, 73:9 **anal** 167:2 **animal** 169:16 **another** 37:15, 49:13, 49:14, 66:2, 77:5, 84:6, 94:19, 104:16, 124:18, 143:21 **answer** 6:24, 25:11, 29:22, 39:14, 68:9, 75:19, 86:17, 89:5, 103:23, 108:21, 109:2, 115:22, 133:13, 169:3 **answered** 7:2, 68:3, 86:16, 137:14, | 137:19, 138:16 **answering** 43:1 **answers** 6:15, 6:17 **anthony** 11:8, 24:10, 32:6, 57:8, 57:10, 64:16, 153:20, 162:6 **anybody** 41:19, 77:14, 83:22, 137:9, 148:8, 153:5, 165:5 **anyone** 9:19, 11:1, 12:24, 18:23, 79:1, 138:18, 140:1, 144:6, 151:4, 151:14, 170:24 **anything** 16:20, 28:2, 28:8, 35:8, 40:22, 41:4, 41:7, 49:18, 55:19, 57:3, 58:10, 59:6, 59:10, 62:20, 64:9, 76:17, 94:17, 96:8, 112:7, 120:18, 130:2, 151:11, 156:14, 164:19, 165:14, 169:14, 170:1, 170:4, 171:19 **anyway** 86:24 **anywhere** 41:7, 91:1, 99:14, 154:11 **apart** 39:24, 76:18 **appear** 7:14, 60:12 **appeared** 26:8 | **appears** 34:24, 53:19, 57:3, 57:10, 59:24, 60:6, 162:9 **application** 29:7 **applied** 24:24 **apply** 22:17, 123:5, 125:21 **appreciate** 49:21 **approach** 19:20 **approval** 78:24, 122:14 **approve** 88:4 **approved** 79:8, 88:2, 119:17, 122:17, 156:5, 156:8 **approximately** 14:5, 22:2, 69:21, 69:24, 92:7, 106:12 **april** 15:16, 42:15, 50:5, 50:22, 51:15, 54:8, 59:1, 60:3, 60:4, 60:7, 60:10, 71:23, 82:14, 88:22, 89:2, 89:3, 89:20, 90:22, 103:9, 129:10, 132:16, 156:11, 162:7, 163:14 **area** 6:2, 23:14, 23:16, 45:11, 45:13, 45:14, 45:15, 46:1, 46:6, 47:4, 47:7, 47:9, |

Transcript of David White
Conducted on August 22, 2018

176

47:10, 47:13,
47:16, 47:18,
48:1, 48:10,
49:4, 49:14,
70:14, 80:23,
81:6, 83:4,
83:9, 92:10,
93:24, 94:6,
94:12, 94:18,
113:9, 116:7,
145:19, 146:20,
146:21, 147:22,
149:21, 150:1,
161:2, 166:1,
166:4, 166:7,
166:9, 167:4
**areas**
56:7, 56:11,
110:7, 146:6
**aren't**
104:3
**armed**
14:1
**armory**
110:5, 134:10
**around**
28:5, 43:23,
49:3, 78:18,
88:3, 89:8,
92:22, 161:2
**arrangements**
91:2
**arriving**
147:10
**aside**
165:5
**ask**
6:10, 6:14,
28:11, 78:23,
86:3, 127:22,
132:16, 133:15,
135:11, 151:10,
153:15, 159:8,
162:2
**asked**
29:4, 56:10,
68:3, 86:16,
104:22, 135:11,

137:14, 137:19,
138:16, 146:19,
151:5, 159:22,
164:23, 165:4,
165:20, 166:14,
168:20, 169:2,
169:19
**asking**
8:16, 56:17,
56:20, 76:23,
78:9, 86:8,
115:7, 129:8,
129:12, 129:15,
129:19, 136:17,
144:2, 152:22,
168:15
**assaults**
66:1, 77:7
**assign**
88:21, 95:6
**assigned**
6:2, 17:15,
23:6, 23:9,
23:14, 51:9,
51:14, 90:6
**assignment**
15:18, 15:21,
16:18
**assignments**
16:17, 94:24
**assistant**
18:13, 42:5,
42:9, 42:10,
63:10, 66:16,
66:24, 67:5,
67:21, 68:11,
103:18, 119:4,
164:13
**assume**
42:16, 51:22,
51:23, 68:17,
120:6, 120:8,
129:11, 160:12
**assuming**
50:16, 51:24
**assure**
103:24
**atchison**
61:18, 65:1,

65:2, 72:5,
75:14, 77:13,
77:20, 77:23,
78:5, 78:17,
152:9, 152:11,
153:5, 160:15,
160:19, 160:24
**attach**
162:9
**attached**
2:18
**attaches**
156:1
**attend**
27:11, 31:1,
36:2, 36:10,
36:24, 53:6,
60:19, 60:24,
61:5, 62:1
**attended**
31:6, 33:24,
34:4, 35:6,
35:10, 35:13,
41:13, 54:1,
54:7, 54:9,
55:23, 57:4,
57:18, 57:21,
58:1, 58:4,
58:8, 60:15,
63:5, 64:10,
64:17, 64:22
**attending**
36:5, 58:23,
62:4, 62:7,
62:23, 65:2
**attention**
102:19, 130:5,
130:15, 145:9
**attentive**
141:16
**attorney**
3:19, 4:11,
9:23, 9:24,
171:16, 173:5,
173:18, 173:21
**attorneys**
13:1, 165:6
**audible**
6:15

**audio**
97:18
**august**
1:18, 3:17
**authority**
40:2, 79:10,
80:16, 114:2,
121:14, 122:10,
127:8, 128:21,
133:15, 133:16,
133:19
**automatically**
17:24, 83:15
**available**
128:2
**awaiting**
91:10
**awake**
141:16
**aware**
75:22, 108:3,
120:1, 121:22,
123:6, 123:15,
123:18, 124:2,
124:21, 125:13,
132:19, 132:23,
133:2, 133:4,
137:17, 147:14,
151:23, 166:19
**away**
33:2, 33:3,
85:11, 96:20,
97:18, 111:14

**B**

**back**
14:4, 15:12,
17:14, 41:4,
42:2, 44:1,
47:11, 48:1,
48:3, 48:5,
48:9, 48:13,
48:14, 48:16,
48:19, 48:21,
48:22, 48:24,
49:15, 49:16,
50:19, 57:2,
67:7, 69:18,

Transcript of David White
Conducted on August 22, 2018

177

82:18, 82:22,
83:3, 83:10,
83:18, 83:24,
84:17, 86:10,
86:19, 86:23,
90:11, 92:1,
93:5, 95:3,
95:6, 97:21,
98:18, 143:5,
144:13, 146:24,
147:4, 147:5,
147:8, 147:9,
169:8
**background**
13:6
**backwards**
138:15
**bad**
127:2, 151:9
**badge**
104:15
**bag**
110:4
**bags**
110:23, 111:1
**band**
96:17, 117:16
**bands**
96:21
**bandwidth**
117:15, 118:10
**bank**
14:1, 14:2
**base**
50:24
**based**
34:8, 34:9,
34:20, 35:2,
51:1, 51:3,
51:13, 51:17,
58:22, 90:5,
129:6
**basic**
20:19, 40:5,
169:22
**basically**
18:7, 26:4,
37:5, 73:13,

74:21, 74:23,
90:3, 98:24,
110:16, 121:19,
131:11, 162:22,
165:21
**basis**
71:8, 165:23
**bates**
8:9
**bathroom**
37:17, 145:19,
146:3, 146:4
**baton**
38:24, 141:20,
142:10, 144:22
**batons**
141:5
**battalion**
13:18
**battle**
40:21
**bdu**
40:19, 40:20
**became**
15:9, 19:14,
20:3, 22:11,
23:5, 28:10,
28:22, 29:12,
61:19, 121:10
**because**
10:8, 19:21,
23:12, 24:2,
25:22, 39:15,
39:22, 46:20,
51:24, 54:24,
55:6, 57:14,
74:3, 81:2,
82:24, 85:15,
85:22, 87:24,
89:8, 94:15,
95:4, 95:17,
96:14, 106:7,
106:14, 106:16,
107:20, 113:9,
116:3, 117:16,
118:8, 122:17,
125:22, 126:1,
126:23, 128:15,

131:20, 132:13,
137:5, 138:1,
152:7, 156:13,
160:21, 162:18,
163:8, 166:10
**beckon**
149:23
**become**
22:17, 29:8,
138:9
**becoming**
22:14, 127:17
**bed**
43:20, 110:18
**been**
5:10, 10:6,
10:7, 10:8,
10:9, 10:18,
11:12, 11:14,
11:19, 12:14,
12:15, 16:2,
17:21, 22:13,
23:8, 23:14,
33:7, 33:15,
54:16, 57:8,
57:13, 57:14,
59:20, 60:2,
62:18, 71:20,
76:11, 78:15,
85:22, 89:17,
97:19, 99:15,
115:10, 120:14,
135:16, 137:16,
139:14, 148:9,
148:21, 149:3,
150:21, 151:1,
153:19, 154:18,
155:10, 155:18,
156:8, 156:13,
165:12, 166:9,
167:14, 168:1,
170:11, 170:19
**before**
3:20, 6:4,
23:13, 31:9,
37:16, 43:9,
44:23, 50:12,
71:19, 71:23,

72:1, 72:2,
76:14, 79:1,
79:8, 101:9,
104:9, 108:10,
115:2, 119:10,
119:23, 120:20,
121:22, 150:6,
163:13, 163:14,
163:15, 164:1,
170:6, 170:11,
173:4
**began**
13:7, 30:21,
37:16
**begin**
37:13, 43:24,
152:10
**beginning**
50:2, 52:11,
72:3, 79:1,
134:14
**begins**
136:17
**behalf**
1:17, 3:16,
171:1
**behind**
44:1, 82:18,
82:22, 83:10,
83:17, 86:10,
86:19, 86:22,
166:24
**being**
7:2, 12:2,
12:4, 26:5,
34:17, 34:22,
38:3, 42:18,
44:13, 44:15,
45:3, 47:11,
52:20, 52:21,
60:20, 62:15,
62:16, 62:20,
64:24, 66:11,
66:18, 67:16,
71:13, 76:24,
80:13, 83:22,
91:19, 98:3,
103:10, 104:5,

Transcript of David White
Conducted on August 22, 2018

178

106:3, 106:21,
121:9, 127:3,
147:17, 148:10,
150:2, 152:15
**belief**
51:19
**believe**
32:13, 34:4,
59:18, 156:1,
165:6, 169:5,
171:21
**believes**
96:12, 97:6
**bell**
52:17
**below**
18:11, 95:14
**belt**
38:23, 141:5
**best**
6:23, 11:22,
34:7, 36:4,
73:10, 128:19,
169:1, 169:5
**better**
49:18
**between**
3:17, 5:2,
18:16, 22:6,
49:24, 54:8,
55:21, 144:22,
155:22, 159:4
**big**
33:22, 63:23,
64:2, 64:13,
64:22, 65:8,
66:7, 66:14,
66:20, 69:22,
81:4, 95:17,
98:4, 120:7,
129:12, 132:24,
137:22, 139:13,
140:3, 148:17,
160:5
**bigger**
73:24, 74:3,
74:5, 74:9,
81:2, 99:19

**biggest**
113:9
**bit**
18:3, 19:20,
24:4, 55:12,
84:17, 119:18,
164:23, 166:14
**black**
40:17, 40:19
**blah-blah**
104:15
**block**
15:22, 15:23,
157:19
**bmw**
118:7
**boatmen's**
14:2
**body**
99:20, 114:16,
143:16, 143:17
**boss**
25:14, 84:13,
151:16, 151:20
**both**
6:21, 22:6,
22:7, 43:19,
57:17, 60:12,
87:16, 106:22,
108:22, 160:21
**bottom**
8:9, 57:11,
137:2, 157:16
**boxes**
108:2
**boy**
165:17
**brad**
134:22
**brady**
11:9, 12:5,
12:17, 20:2,
24:12, 25:8,
32:13, 54:10,
57:9, 57:13,
57:21, 57:24,
58:3, 72:22,
77:14, 161:15

**break**
7:4, 7:5, 7:18,
37:17, 44:23,
49:22, 70:14,
84:16, 112:19,
112:21
**breakdown**
91:16, 91:18
**breaking**
99:11, 99:21,
159:19
**briefing**
36:13, 119:5,
119:13
**briefings**
30:21, 63:16
**bring**
43:2, 43:3,
48:3, 129:3,
162:21
**broke**
15:20, 91:21,
98:4, 98:7,
99:3, 99:22
**broken**
96:17, 97:10,
99:3
**brought**
45:3, 48:8,
50:18, 102:18,
110:10, 110:12,
130:5, 130:15,
136:10, 147:22,
170:17
**budget**
113:14
**building**
72:15, 72:16,
72:21, 91:4
**bull**
54:10, 57:15,
59:20, 59:24,
161:15, 161:18,
162:23, 163:18,
164:9, 165:10,
168:5, 169:3
**bull's**
162:14, 162:17

**bullet**
87:21, 87:22
**bunch**
8:2, 135:11
**buscher**
25:6, 29:4,
61:11
**buses**
136:10
**business**
36:15, 36:17,
36:20, 161:4
**busy**
70:4, 156:19
**butler**
62:23, 155:3
**butt**
139:10, 139:18,
139:22
**buttocks**
136:19, 143:22
**butts**
139:3, 140:2,
140:11

---

C

**cadet**
162:19, 162:20
**cadets**
162:19, 162:22,
163:1, 163:3,
163:16
**calculated**
131:1
**calendar**
74:13
**call**
41:20, 43:1,
45:13, 80:21,
83:4, 85:11,
85:24, 118:24,
127:10, 131:22,
138:2, 149:23,
151:15, 151:16,
161:8, 165:22,
168:8, 168:11
**called**
40:7, 99:1,

Transcript of David White
Conducted on August 22, 2018

123:21, 166:8,
168:10
**calls**
25:9, 39:13,
87:18, 103:22,
115:20, 116:20,
117:1, 121:6,
125:16, 133:20
**came**
20:4, 173:4
**camera**
126:16, 127:6,
131:13
**camera's**
134:4
**cameras**
126:19, 127:12,
127:20, 128:1,
132:11, 132:17,
132:21, 134:1,
134:8, 152:12,
152:23
**can**
5:15, 5:21,
6:7, 6:12, 6:17,
7:13, 7:22,
12:11, 13:7,
20:23, 25:11,
29:22, 33:23,
33:24, 34:15,
34:20, 35:24,
38:5, 39:14,
50:12, 51:13,
51:17, 52:1,
54:21, 56:14,
58:21, 59:15,
66:6, 68:8,
69:11, 70:8,
71:5, 75:19,
75:21, 76:1,
76:22, 82:24,
83:2, 85:9,
85:16, 85:17,
86:4, 86:5,
86:17, 88:20,
88:24, 89:5,
89:24, 90:5,
91:5, 103:23,

103:24, 104:14,
106:2, 108:3,
109:18, 110:18,
112:3, 115:8,
115:22, 117:12,
117:14, 118:8,
120:3, 120:6,
120:8, 123:18,
127:12, 127:13,
127:24, 128:1,
134:8, 135:14,
136:15, 138:5,
147:19, 153:11,
154:2, 155:14,
156:10, 157:9,
157:19, 158:21,
159:13, 160:8,
163:12, 166:20,
169:1, 169:2,
169:5, 171:22
**can't**
7:5, 11:16,
24:5, 44:2,
51:24, 60:11,
63:7, 74:19,
110:8, 115:4,
115:5, 117:16,
146:13, 158:20,
169:5
**cane**
83:14
**cannot**
51:16, 52:8,
60:9, 62:19
**card**
115:5
**care**
85:1, 85:2,
85:6, 87:3,
88:18, 124:13
**carefully**
173:11
**case**
1:8, 3:8, 5:12,
9:24, 10:1,
10:3, 10:6,
33:17, 94:15,
111:4, 136:13,

151:19, 165:5,
170:14, 170:22,
171:2
**cases**
170:9, 171:4,
171:8
**catch**
160:22
**categories**
112:14
**category**
112:4
**caught**
104:12
**cause**
173:11
**cavity**
167:2
**ccr**
1:21, 1:23,
173:3, 173:30
**cecil**
22:23, 25:1
**cell**
42:17, 43:3,
43:6, 43:12,
44:11, 45:3,
45:6, 45:7,
45:8, 46:1,
46:7, 46:8,
46:20, 46:22,
47:11, 47:15,
48:23, 51:9,
51:14, 56:7,
62:15, 69:12,
82:17, 83:20,
87:9, 87:14,
89:1, 89:6,
89:7, 89:9,
92:3, 93:15,
93:21, 95:7,
95:8, 95:13,
96:2, 98:6,
98:7, 99:18,
102:11, 104:1,
104:13, 104:14,
105:18, 106:23,
107:6, 108:2,

109:24, 110:7,
110:21, 114:6,
115:1, 115:8,
125:2, 125:14,
126:4, 128:16,
130:10, 130:13,
130:14, 130:16,
130:20, 131:1,
131:8, 132:1,
134:1, 141:6,
141:14, 142:1,
142:10, 146:24,
147:2, 147:7,
147:17, 151:24,
166:6, 166:7,
166:11
**cells**
43:14, 43:19,
45:12, 48:8,
48:13, 51:6,
88:16, 91:20,
92:4, 93:12,
93:17, 93:22,
95:1, 99:19,
109:19, 148:10
**center**
5:24, 14:14,
16:1, 16:7,
17:22, 31:16,
34:17, 48:9,
58:8, 65:22,
79:4, 119:15,
138:5
**central**
23:24, 24:1,
24:13, 25:18,
25:21, 26:21,
32:23, 33:5,
54:4, 54:13,
116:7
**certain**
73:9
**certificate**
173:1
**certified**
3:20, 3:21,
5:5, 18:2
**certify**
173:4, 173:17

Transcript of David White
Conducted on August 22, 2018

180

cetera
90:12
chad
155:4, 155:6
chain
18:4, 18:19,
19:5, 19:8,
37:5, 62:17,
82:2, 82:3,
87:23, 88:4,
98:9, 100:2,
106:17, 111:14,
130:17, 139:17,
149:2
chance
157:13, 159:2,
162:1
change
29:12, 40:13,
120:16, 121:22
changed
15:7, 24:4,
24:20, 40:11,
61:14, 89:8,
121:20, 121:21,
132:13
changes
120:16, 121:15,
122:9, 122:13
changing
122:17
channel
117:5, 117:8
chapel
82:18, 90:20,
90:24, 91:2,
91:9, 91:19,
91:24, 92:16,
92:20, 94:10,
94:13, 127:14
charge
29:13
charged
106:16, 134:9
cheap
39:23
cheat
163:20, 164:8

check
28:5, 85:10,
87:3, 97:15,
160:16
checked
97:17
chest
138:5, 141:20
chicago
4:5, 4:12
chief
19:3, 19:4,
25:2, 25:4,
30:16, 61:4,
61:5, 61:7,
61:17, 61:18,
61:21, 64:20,
72:5, 78:17,
88:2, 88:3,
118:21, 121:20,
122:3, 122:6,
134:22, 151:22,
152:11, 155:7,
156:12
choice
171:21
chosen
31:22
circled
129:1
circumstances
134:18
clair
118:8
clarity
118:11
class
17:19, 162:19,
162:20
classes
29:15
clean
127:1
cleaned
73:10
cleaning
70:24, 71:1,
157:2, 157:3

clear
7:1, 56:20,
137:11
clerical
171:23
close
49:1, 143:15,
143:20, 144:6,
169:1
closer
32:5
cloth
110:17
clothed
69:10
clothes
109:21
clothing
113:16, 115:1
colleagues
11:1
collect
96:16
college
31:21
combative
125:24, 126:1
come
17:14, 28:12,
29:1, 30:16,
43:8, 43:11,
43:23, 43:24,
48:16, 48:19,
48:21, 49:15,
49:19, 69:11,
74:13, 84:6,
84:13, 84:17,
86:1, 92:1,
92:18, 93:20,
93:21, 95:3,
98:3, 104:12,
115:4, 115:5,
122:20, 126:4,
130:23, 131:2,
131:14, 131:24,
132:2, 139:16,
163:18, 167:4
comes
49:5, 114:6,

114:24
comfort
83:6
comfortably
113:11
coming
10:10, 19:21,
26:6, 28:5,
73:15, 77:6,
84:5, 99:22,
126:15
command
18:4, 18:19,
19:5, 19:8,
62:17, 82:3,
87:22, 87:23,
87:24, 88:4,
98:9, 100:2,
103:15, 118:18,
130:17, 139:17,
149:2, 155:11
commander
18:8, 18:9,
18:11, 18:13,
18:17, 18:20,
18:24, 19:2,
19:12, 19:15,
20:3, 20:4,
20:14, 20:15,
22:11, 22:15,
22:18, 23:5,
23:12, 24:8,
24:14, 25:19,
26:13, 26:18,
26:22, 27:2,
27:9, 27:10,
27:13, 28:11,
28:12, 28:19,
28:23, 29:9,
29:12, 30:11,
31:2, 31:11,
31:15, 32:7,
32:11, 32:14,
32:17, 32:20,
32:24, 33:5,
33:8, 35:17,
35:22, 40:2,
41:10, 53:9,

Transcript of David White
Conducted on August 22, 2018

181

53:14, 61:11,
61:19, 61:23,
69:19, 70:18,
82:5, 84:12,
84:13, 100:13,
100:18, 101:2,
101:10, 104:21,
118:19, 124:5,
128:24, 129:2,
130:18, 130:19,
131:24, 153:21
**commander's**
105:22, 111:22
**commanders**
11:8, 18:21,
18:22, 19:11,
20:1, 22:5,
48:4, 70:5,
75:7, 79:13,
91:22, 100:17,
122:12
**comments**
70:14
**commissary**
107:20
**common**
83:16, 127:18
**communicate**
101:12, 101:16,
102:15, 118:15,
118:17, 118:22,
155:10
**communications**
117:4
**complain**
143:2
**complains**
149:10, 149:17,
150:9
**complaints**
151:24
**complete**
130:17
**completed**
17:23, 93:22,
96:5
**completely**
126:1

**compliance**
103:16, 103:21,
104:1
**comply**
152:19
**comprised**
73:15
**comradery**
156:15
**concerning**
173:10
**concerns**
49:18, 125:21
**concluded**
150:8
**concordia**
72:17, 72:19
**concrete**
95:17, 98:10
**conditioned**
113:12, 113:13
**conduct**
36:15, 69:6,
69:11, 77:10,
81:10, 119:4,
140:12, 141:3
**conducted**
26:5, 70:17,
136:15, 137:2,
137:4, 149:16,
151:12, 152:15,
160:4
**confined**
131:13
**confirmed**
105:16, 105:17
**confiscated**
96:9, 97:8,
103:10, 106:3
**confiscating**
107:16
**confusion**
6:9
**consist**
20:18
**consists**
20:19
**contact**
66:3, 87:3,

94:17, 143:16,
143:17
**contacted**
66:4, 85:7
**contained**
162:13
**contains**
97:6
**content**
122:24
**continue**
23:6, 29:24,
30:3, 30:6
**contraband**
36:22, 71:16,
73:14, 76:19,
77:1, 94:23,
96:6, 97:5,
103:10, 104:6,
105:20, 105:22,
106:3, 106:5,
106:19, 106:21,
107:5, 107:16,
108:24, 109:1,
111:4, 111:8,
111:9, 111:10,
111:12, 111:13,
111:19, 111:21,
111:24, 112:5,
112:15
**contract**
118:5
**contrary**
115:18, 116:17,
116:23
**control**
146:13
**controversy**
173:10
**conversation**
11:24, 12:7,
12:9, 12:11,
12:17, 77:2,
77:19, 77:23,
78:4, 158:17,
160:9, 160:12,
165:6, 168:4,
168:5, 168:12,

170:2
**conversations**
9:22, 10:24,
11:7, 11:9,
12:10, 12:18,
12:24, 27:7,
77:17, 165:4
**conversed**
77:18
**convicted**
170:19
**cook**
118:9
**cookie-cutter**
95:19, 95:22
**coordinator's**
66:4
**copy**
9:5, 82:1,
100:10, 100:12,
108:18, 171:23
**corner**
8:9
**corps**
13:12, 13:13,
13:19, 139:4,
139:8
**correctional**
5:23, 5:24,
14:14, 14:20,
14:23, 15:2,
15:4, 15:5,
15:9, 15:14,
16:1, 16:7,
16:9, 16:11,
16:21, 17:22,
28:15, 28:19,
31:16, 34:17,
58:8, 65:22,
79:4, 119:15,
120:4, 131:5
**corrections**
5:19, 8:15,
10:12, 11:2,
12:20, 12:21,
13:8, 13:11,
13:23, 14:8,
14:12, 14:16,

Transcript of David White
Conducted on August 22, 2018

182

71:7, 75:24,
76:13, 151:5
**correctly**
105:4, 122:15,
136:15
**cost**
55:9, 55:11
**costs**
55:4
**could**
28:3, 31:8,
35:12, 42:6,
42:10, 42:23,
43:23, 45:13,
49:18, 51:12,
54:15, 57:13,
57:14, 67:6,
70:5, 85:10,
87:16, 92:4,
93:7, 95:2,
111:7, 112:8,
118:16, 118:22,
118:23, 121:24,
122:9, 122:11,
122:13, 125:24,
126:2, 136:9,
141:2
**couldn't**
120:15, 122:16,
126:18, 155:12,
166:9
**counsel**
5:2, 5:7,
173:18, 173:21
**county**
3:22, 118:9
**coup**
98:4
**couple**
8:16, 12:15,
56:4, 79:20,
110:6
**course**
10:10, 70:20,
95:3, 105:21,
131:12, 166:22
**court**
1:1, 2:18, 3:1,

3:21, 5:5, 6:17,
33:14, 72:17,
72:20, 153:18,
155:17, 171:10,
171:13
**cover**
101:23
**covered**
91:9
**covers**
112:16
**craig**
66:16
**create**
100:6, 107:9,
107:12, 163:22
**created**
78:15, 95:9,
99:6, 100:8,
121:2, 121:5,
147:12
**crime**
106:17, 170:19
**crossed**
100:19
**csr**
1:21, 1:22,
173:3, 173:30
**cuff**
38:24, 82:24,
83:2, 83:3,
84:2, 85:4,
85:6, 85:9,
85:14, 85:18,
85:20, 86:3,
86:24, 87:4,
142:15, 142:18,
142:20, 142:22,
143:4, 143:10,
143:13
**cuffed**
84:21, 142:22,
143:7
**cuffing**
84:7, 84:9,
84:14, 85:3,
85:16, 85:18,
86:2, 143:7

**current**
5:21, 100:13
**currently**
5:18, 69:17
**curry**
134:22
**custody**
89:12, 111:15
**cut**
55:4, 109:20
**cutting**
55:8

--- D ---

**d-a-v-i-d**
5:17
**daily**
70:12, 70:15,
165:23, 169:13
**damaged**
98:21, 98:22,
98:24, 99:5
**dangerous**
74:4
**danville**
24:6, 135:17,
136:10
**date**
72:2, 80:2,
158:15
**dated**
173:25
**dates**
67:17, 75:4
**daughter**
31:21
**david**
1:14, 3:15,
5:3, 5:9, 5:17,
169:21, 173:7
**davis**
67:8
**day**
3:18, 15:23,
36:3, 36:21,
37:9, 47:23,
49:23, 50:1,
50:13, 52:6,

52:9, 53:6,
54:7, 56:18,
56:22, 56:23,
57:15, 60:8,
61:2, 62:10,
62:12, 63:2,
64:17, 64:21,
67:2, 67:3,
67:15, 68:6,
68:15, 70:9,
70:12, 90:3,
90:8, 90:19,
90:21, 90:22,
102:17, 132:1,
136:24, 149:24,
158:13, 160:3,
166:11
**day's**
36:14, 82:10
**days**
34:5, 34:15,
34:23, 35:5,
35:9, 35:13,
35:14, 46:18,
46:19, 51:21,
52:20, 52:21,
54:1, 54:2,
55:24, 56:4,
56:5, 56:8,
56:12, 57:4,
58:24, 59:13,
59:15, 60:16,
60:22, 63:5,
63:12, 64:1,
64:5, 64:7,
64:10, 64:17,
64:21, 65:2,
66:12, 66:19,
66:22, 67:19
**dc**
149:1
**deal**
75:6
**dealing**
162:23
**deals**
33:18, 33:19,
33:20, 33:21

Transcript of David White
Conducted on August 22, 2018

183

**dealt**
25:21, 123:12
**debrief**
49:19
**debriefings**
30:22
**decide**
32:3, 79:11,
114:2, 128:21,
129:2
**decided**
71:6, 77:3,
78:22, 113:7,
114:8, 129:4
**decision**
31:17, 31:18,
31:24, 71:10,
71:11, 93:23,
94:4, 131:18
**decisions**
40:2
**deemed**
103:12
**defecate**
146:6, 146:9,
146:12
**defects**
28:6
**defendant**
10:6, 10:19,
11:20, 170:9,
170:15
**defendants**
1:11, 3:11,
4:9, 5:3, 11:12,
11:15
**definitely**
70:22, 167:15
**delegate**
104:20
**delegated**
104:16, 104:19
**delegating**
105:6
**demetrius**
1:5, 3:5, 4:3
**denying**
145:8, 145:18

**department**
5:19, 8:14,
10:11, 11:1,
12:20, 12:21,
13:8, 14:12,
71:7, 75:23,
76:10, 76:13,
106:8, 114:5,
114:17, 137:4,
151:4
**depend**
49:13, 132:14
**depended**
121:20
**depending**
47:21
**depends**
47:14, 51:12,
52:15, 83:19,
117:15
**deposes**
5:12
**deposition**
1:14, 3:15,
5:3, 6:4, 7:10,
7:11, 7:19,
9:16, 9:20,
124:14, 134:14,
165:11, 168:16,
170:6, 173:13,
173:20
**depositions**
170:7
**deputy**
19:4, 19:7,
27:3, 60:18,
60:24, 61:1,
61:17, 61:18,
61:21, 65:12,
65:18, 66:10,
72:13, 88:3
**described**
137:13, 147:21,
152:21
**despite**
143:4
**destroyed**
98:21

**detail**
86:24, 162:4
**detailed**
86:22
**details**
52:23, 58:6,
58:16, 102:10
**detector**
110:18
**detectors**
110:14, 110:15,
110:21
**determine**
35:13, 131:14
**develop**
27:4
**developing**
29:19
**dictate**
111:22
**didn't**
43:21, 77:5,
84:20, 102:8,
102:22, 115:23,
127:5, 130:1,
131:20, 133:14,
144:1, 164:8,
165:13, 165:14,
165:18, 167:18
**different**
19:20, 40:12,
40:16, 78:19,
107:22, 118:3,
119:18, 121:23,
135:12, 148:4,
166:10
**differs**
20:8
**digging**
14:4
**direct**
19:1, 89:2
**direction**
103:7, 114:4,
116:15, 119:3,
127:19
**directive**
114:13, 114:15,

114:20, 115:6,
123:3, 123:22,
124:1, 124:4,
125:6, 125:7
**directives**
114:19, 119:6,
121:24, 122:21,
122:24, 123:4
**directly**
66:3, 88:1,
118:22
**director**
27:3, 31:1,
60:18, 60:24,
61:1, 65:12,
65:18, 72:12,
72:13, 122:9,
151:20
**directors**
19:8
**discharged**
13:21, 13:22
**disciplinary**
103:12, 106:1,
106:4, 106:6,
106:22, 107:12,
107:17, 109:13
**discipline**
168:2
**discretion**
107:15
**discuss**
161:6
**discussed**
9:20, 12:2,
75:15, 77:16,
108:23, 119:14,
139:11
**discussion**
44:22, 76:24,
164:18
**discussions**
7:9
**display**
84:11, 84:19,
84:20
**distributed**
107:24

Transcript of David White
Conducted on August 22, 2018

184

**distribution**
101:6
**district**
1:1, 1:2, 3:1,
3:2
**divider**
95:17
**division**
1:2, 3:2, 22:10
**dixon**
135:16
**doc**
96:3, 103:11,
106:11
**doctor**
86:5
**doctor's**
83:11, 84:3
**doctored**
163:23
**document**
35:3, 35:12,
88:20, 97:7,
97:11, 148:22,
149:3, 156:4,
156:5, 163:13
**documentation**
95:9, 96:1,
98:20
**documented**
103:11, 154:15,
154:17
**documents**
7:9, 7:10,
7:13, 9:15,
10:18, 31:4,
31:5, 109:5,
147:11, 153:9,
153:13, 163:22,
164:24
**does**
9:13, 20:18,
26:2, 28:11,
28:12, 40:20,
53:24, 60:14,
85:2, 85:4,
88:7, 88:9,
88:12, 101:6,

110:11, 111:8,
111:11, 112:1,
124:10, 139:9,
154:9, 154:12,
159:21, 160:8
**doesn't**
126:3
**doing**
6:23, 15:23,
30:17, 37:8,
42:21, 43:16,
46:4, 55:10,
70:11, 71:14,
85:22, 87:10,
93:11, 95:12,
109:24, 126:17,
127:6, 136:22,
137:18, 138:11,
138:14, 143:23,
156:14, 165:15
**don**
116:13
**don't**
8:10, 9:7,
11:16, 11:21,
12:16, 15:11,
33:1, 33:2,
35:7, 45:23,
50:16, 50:21,
52:7, 52:16,
52:23, 54:16,
54:17, 56:18,
56:19, 56:21,
56:22, 57:14,
57:15, 57:23,
59:17, 60:21,
62:19, 64:3,
64:4, 64:8,
67:16, 68:17,
71:18, 72:2,
72:9, 77:17,
83:20, 83:22,
84:1, 84:6,
85:9, 85:24,
86:3, 86:7,
86:21, 86:24,
100:4, 107:4,
107:9, 107:11,

108:19, 109:13,
109:20, 114:21,
116:2, 116:3,
118:24, 119:21,
119:23, 120:17,
121:1, 121:18,
122:8, 122:22,
124:13, 128:1,
129:14, 129:17,
131:13, 135:14,
136:24, 138:2,
143:6, 143:8,
150:4, 154:4,
158:19, 159:16,
159:18, 159:20,
164:19, 167:13,
167:14, 167:15,
169:1, 171:19
**done**
9:2, 26:5,
44:9, 49:1,
49:14, 49:15,
49:20, 52:13,
63:21, 70:19,
76:14, 78:20,
84:16, 87:18,
90:8, 90:10,
93:6, 93:20,
94:8, 97:21,
105:4, 108:22,
120:10, 122:15,
141:17, 165:15
**door**
49:1
**doors**
43:23
**dorm**
87:10
**dorothy**
68:12
**dotted**
100:19
**double**
85:10
**down**
6:17, 7:18,
27:9, 31:15,
31:20, 32:11,

32:19, 33:4,
34:6, 36:21,
38:4, 38:14,
42:18, 50:5,
50:10, 51:1,
51:20, 52:2,
55:4, 55:8,
56:23, 58:24,
64:2, 70:14,
74:2, 74:21,
75:9, 84:17,
89:2, 89:19,
90:14, 91:8,
91:21, 93:7,
110:16, 128:6,
137:5, 137:21,
158:12, 158:15,
159:9, 159:19,
162:22, 162:23,
163:24, 166:11,
167:4
**dr**
3:19, 173:5
**draft**
78:10, 78:14
**drafted**
82:13, 113:4
**drafting**
70:2, 78:7,
120:12
**dress**
40:21
**dressed**
38:2
**drink**
139:19
**driving**
52:14, 118:6
**drop**
150:12
**drug**
112:1
**drugs**
77:9, 106:20,
111:7, 167:2
**due**
83:13, 103:1,
121:21, 166:21

Transcript of David White
Conducted on August 22, 2018

185

**duly**
5:10, 173:8
**duncan**
67:12
**during**
14:24, 16:18,
17:1, 23:10,
30:24, 35:21,
40:1, 42:14,
46:16, 48:2,
51:15, 56:12,
58:7, 59:21,
60:8, 60:22,
61:7, 64:21,
65:17, 74:15,
75:13, 77:8,
81:15, 87:12,
92:16, 94:1,
97:10, 98:21,
99:5, 101:13,
104:9, 116:6,
116:11, 117:9,
125:12, 126:10,
131:8, 139:12,
140:2, 140:17,
140:21, 141:11,
143:5, 144:17,
145:2, 145:12,
145:22, 146:6,
146:18, 147:24,
148:16, 149:11,
149:17, 150:22,
151:6, 152:12,
160:15, 170:1
**duties**
16:20, 16:24,
25:19, 26:15,
29:11, 80:12,
82:12, 83:7,
85:22, 86:8
**duty**
38:23, 141:5

**E**

**each**
34:12, 36:3,
44:24, 49:24,
51:4, 51:9,

51:14, 51:20,
51:21, 52:2,
59:18, 60:2,
63:2, 63:12,
77:10, 87:7,
87:9, 93:10,
102:17, 107:21,
116:4, 117:13,
119:16, 128:22,
164:2, 170:9
**ear**
137:6
**earlier**
116:5, 119:14,
119:16, 152:22,
160:9, 166:18
**early**
85:22, 93:21
**easier**
55:18, 94:18,
163:17
**east**
1:2, 3:2,
151:24, 158:4
**edit**
163:7
**efforts**
133:5
**eight**
90:2, 90:4,
165:17, 168:18,
169:8
**either**
54:10, 62:15,
81:11, 82:6,
142:9
**electronics**
97:15
**eleven**
14:19
**else**
11:1, 23:21,
28:2, 28:8,
42:22, 49:17,
54:9, 59:6,
59:10, 77:14,
78:16, 91:1,
92:1, 94:19,

99:15, 105:2,
112:4, 112:7,
113:8, 114:7,
118:16, 121:14,
153:5, 154:11,
161:10, 164:19,
165:5, 170:1,
170:4, 171:19
**else's**
31:17
**email**
2:9, 2:10,
2:11, 2:12,
2:13, 2:14, 9:3,
43:1, 43:5,
119:1, 153:20,
154:2, 155:1,
155:3, 157:15,
157:20, 158:19,
159:1, 159:4,
159:7, 159:14,
159:22, 160:1,
161:24, 164:4,
165:13, 168:6
**emails**
35:16, 153:15,
155:19, 155:22,
162:6, 164:11,
165:1, 167:10,
167:11, 167:17
**embroidered**
41:3
**emergency**
88:17, 94:16
**emma**
4:10, 7:12
**employed**
173:18, 173:21
**employee**
5:19, 168:1,
173:21
**employees**
12:20
**employment**
13:6, 71:2
**emptied**
46:7
**empty**
95:3, 95:13

**end**
29:14, 48:12,
49:15, 50:1,
50:2, 52:11,
97:3, 101:23,
164:16
**ended**
19:20, 99:20,
168:11
**ends**
122:18
**enforcement**
13:11, 13:24,
14:8
**enlist**
13:13
**enough**
92:8, 102:13,
108:20, 143:15,
144:6
**ensure**
26:7, 36:8,
79:16, 103:16,
103:21, 105:4,
105:7, 122:15
**ensuring**
46:7, 104:4,
119:20
**entailed**
78:20
**enter**
42:17, 43:12,
141:6, 141:19,
142:1, 142:10
**entering**
141:14
**entire**
147:24, 148:6,
148:10, 166:2
**entirety**
6:22, 6:24
**entitled**
123:24
**entity**
80:22
**equipment**
26:8, 30:23,
40:6, 99:23,

Transcript of David White
Conducted on August 22, 2018

186

| | | | |
|---|---|---|---|
| 109:4, 109:16 | 153:8, 153:12, | **exact** | 35:8, 50:3, |
| **eric** | 168:1, 170:14, | 122:23 | 51:3, 51:13, |
| 158:9, 158:11, | 170:17, 170:19, | **exaction** | 54:18, 57:3, |
| 158:12 | 170:21, 170:24, | 132:1 | 57:11, 58:19, |
| **errors** | 171:1 | **exactly** | 58:21, 63:22, |
| 171:24 | **every** | 52:22 | 64:9, 67:7, |
| **escorted** | 23:16, 31:1, | **exam** | 79:21, 112:17, |
| 82:18, 88:17 | 34:4, 46:18, | 21:5 | 112:23, 116:19, |
| **escorting** | 67:1, 67:15, | **examination** | 120:3, 120:4, |
| 135:22 | 68:6, 68:15, | 2:2, 2:3, 2:4, | 120:10, 153:16, |
| **estimate** | 70:9, 70:12, | 5:13, 164:21, | 153:19, 154:22, |
| 35:24 | 71:6, 73:11, | 167:8, 173:12 | 155:1, 155:15, |
| **estimation** | 73:14, 75:23, | **examined** | 155:18, 157:10, |
| 52:13, 149:7 | 76:4, 76:12, | 3:16, 173:12 | 157:13, 158:22, |
| **et** | 77:3, 98:8, | **example** | 159:1, 160:2, |
| 1:5, 1:10, 3:5, | 107:5, 109:18, | 36:19, 79:3, | 161:21, 162:1, |
| 3:10, 4:3, 4:9, | 110:21, 114:6, | 94:9, 97:6, | 162:3, 162:13 |
| 90:12 | 137:3, 148:3, | 98:3, 104:20, | **exhibits** |
| **even** | 156:22, 169:2, | 106:10, 121:21, | 2:17, 33:12, |
| 6:22, 39:24, | 169:3 | 129:1, 130:15, | 33:15, 34:10, |
| 84:23, 96:5, | **everybody** | 131:4, 150:4 | 167:13 |
| 102:7, 102:21, | 37:10, 39:4, | **exception** | **exist** |
| 102:24 | 43:22, 48:13, | 20:2 | 124:20 |
| **event** | 49:17, 69:10, | **excess** | **existed** |
| 70:15, 106:18, | 75:11, 83:23, | 71:16 | 10:14 |
| 106:21, 158:2 | 88:15, 92:1, | **excessive** | **exits** |
| **events** | 92:21, 98:5, | 106:10 | 63:16 |
| 36:14, 37:5 | 98:7, 98:8, | **exchange** | **expectation** |
| **eventually** | 102:12, 102:13, | 164:11 | 85:19, 101:8, |
| 19:14, 83:19 | 108:15, 119:20, | **excited** | 101:12, 101:16, |
| **ever** | 130:20 | 94:20 | 102:7, 102:15 |
| 6:4, 12:1, | **everybody's** | **execute** | **expected** |
| 16:18, 22:3, | 101:23, 107:20 | 73:16, 77:15, | 37:6, 101:14 |
| 47:18, 67:8, | **everyone** | 78:4, 78:22, | **experience** |
| 67:13, 70:23, | 110:11 | 79:17, 82:9 | 13:10, 13:23, |
| 71:3, 76:9, | **everything** | **executed** | 14:9, 162:22 |
| 92:15, 112:9, | 27:8, 36:8, | 79:12 | **explain** |
| 115:12, 116:10, | 46:17, 49:6, | **execution** | 76:22, 163:6 |
| 120:20, 126:8, | 49:22, 77:2, | 26:12, 26:17, | **extraction** |
| 133:5, 137:16, | 77:17, 93:7, | 75:2 | 102:11, 128:16, |
| 139:2, 139:11, | 100:20, 151:17, | **executive** | 130:14, 130:16, |
| 140:1, 141:4, | 162:24, 163:20, | 134:21 | 130:20, 131:8 |
| 143:1, 143:3, | 163:23, 171:22 | **exhibit** | **extractions** |
| 145:2, 146:5, | **everywhere** | 2:8, 2:9, 2:10, | 125:2, 125:15, |
| 148:15, 150:18, | 162:18 | 2:11, 2:12, | 130:11, 130:13, |
| 151:5, 151:23, | **evidence** | 2:13, 2:14, | 134:1 |
| 152:8, 152:13, | 106:17, 110:23, | 33:18, 33:19, | **eye** |
| 153:1, 153:4, | 111:1, 131:21 | 33:20, 33:21, | 128:4, 137:24 |

Transcript of David White
Conducted on August 22, 2018

187

**eyes**
127:10
**eyesight**
69:8

**F**

**face**
48:23, 137:23,
161:8
**facilities**
8:7, 25:2,
25:23, 26:9,
30:20, 33:17,
73:9, 73:19,
73:22, 74:1,
74:5, 74:15,
75:6, 77:9,
95:18, 105:23,
128:6, 129:5,
134:9, 134:10,
135:1, 135:12,
159:9, 160:4
**facility**
8:3, 8:4, 8:7,
18:6, 20:15,
26:22, 28:5,
34:6, 36:22,
37:2, 37:19,
38:12, 41:19,
47:23, 48:4,
49:2, 51:4,
52:14, 66:2,
67:1, 71:6,
71:15, 73:5,
73:11, 73:14,
75:23, 76:5,
76:12, 77:4,
77:11, 79:11,
81:2, 84:6,
84:12, 87:10,
88:5, 88:10,
94:19, 95:18,
98:2, 98:17,
100:13, 100:18,
103:15, 104:6,
104:23, 107:19,
107:21, 107:22,
107:23, 108:20,

109:1, 117:13,
117:17, 119:16,
124:5, 124:8,
128:8, 128:22,
128:24, 129:4,
130:18, 130:24,
132:12, 133:15,
133:17, 148:3,
151:17, 155:11
**facility's**
94:12
**facility-wide**
27:20, 35:20,
36:10, 37:1,
41:13, 53:5,
57:18, 57:21,
58:1, 58:4,
59:1, 60:23,
69:1, 70:16,
71:8, 75:24,
76:4, 76:12,
96:2, 100:9,
115:15, 122:22,
123:1, 123:5,
126:6, 126:9,
128:7, 139:23,
142:2, 149:11,
149:17
**facing**
43:20, 48:23,
48:24
**fact**
30:9, 62:21,
105:7
**fall**
39:24, 114:21,
167:3
**falls**
114:24
**familiar**
68:12, 114:18,
123:7, 157:23,
162:12
**family**
31:22
**fan**
99:2
**far**
11:16, 16:22,

39:8, 51:6,
55:7, 55:8,
62:5, 70:14,
117:16, 127:19,
138:1, 138:2,
164:8
**faster**
166:22
**fatigue**
40:21
**february**
11:15
**federal**
171:10
**feel**
138:7
**feet**
136:18
**fell**
99:24
**female**
68:19, 69:5,
69:13
**fence**
28:6
**few**
89:8, 93:5,
129:11, 156:19
**fifty**
36:1
**figure**
73:8
**filed**
11:15, 127:4,
171:8
**fill**
54:13, 93:21,
95:5
**filled**
33:1, 33:2,
65:11, 83:21,
106:11
**filling**
15:21
**final**
49:21
**financially**
173:22

**find**
77:1, 96:17,
107:5, 111:6
**finding**
59:8
**fine**
46:11, 172:2
**fingers**
110:9
**finish**
6:21, 6:24,
42:7, 55:16
**finished**
154:3, 155:20
**firearms**
25:22, 26:10,
26:11, 29:15
**firm**
4:4
**first**
5:10, 6:9,
10:7, 10:13,
13:7, 14:17,
17:4, 19:17,
21:15, 22:9,
23:8, 36:17,
36:23, 43:8,
43:9, 50:10,
50:15, 50:17,
53:6, 54:21,
58:22, 63:24,
70:3, 70:16,
73:22, 74:1,
75:22, 76:7,
76:9, 80:1,
84:17, 88:24,
90:3, 90:10,
90:22, 97:2,
113:2, 121:5,
156:1, 159:7,
160:1, 160:2,
165:10, 173:8
**fit**
19:8
**fitness**
20:20, 21:4,
21:5
**five**
89:23, 90:4,

Transcript of David White
Conducted on August 22, 2018

188

90:12, 121:23,
141:17, 141:18
**floated**
166:6, 166:8
**floor**
4:5, 4:11,
95:17
**flow**
46:24, 47:22
**focus**
36:21, 74:22,
138:5, 163:19
**foia**
7:16, 8:11,
8:13, 8:14,
8:16, 8:24, 9:6,
167:20
**follow**
46:18, 46:19,
47:12, 164:9
**follow-up**
130:22, 167:7
**followed**
10:11
**following**
113:24, 115:14,
116:13, 116:17,
150:22, 152:9,
155:2, 160:4
**follows**
49:6
**foot**
39:24
**footage**
130:4, 130:8,
132:5, 133:7,
133:14, 133:17,
153:6
**force**
101:18, 102:6,
102:10, 102:16,
102:20, 102:22,
103:1, 131:1,
144:12, 148:16,
148:21, 149:7
**forced**
123:12, 123:19,
123:24, 124:2,

124:7, 124:13,
124:17, 148:9
**forcibly**
144:23
**forcing**
146:9
**forgot**
123:19
**form**
7:14, 41:18,
45:19, 69:15,
75:17, 76:20,
78:8, 78:10,
78:13, 78:18,
98:13, 103:11,
106:11, 115:21,
133:8, 139:18,
151:7
**formation**
41:16, 41:18,
45:17, 47:3
**former**
63:14
**formulate**
74:18, 75:8,
79:6
**forth**
115:18, 116:18
**forward**
158:11
**forwarded**
158:8, 158:14,
163:8
**found**
46:20, 58:11,
59:4, 77:8,
96:6, 104:6,
105:20, 106:6,
106:11, 106:12,
106:22, 111:5,
112:9, 112:11
**foundation**
81:12, 81:16,
89:4, 115:21,
116:21, 117:2,
121:7, 125:16,
132:18, 132:22,
133:20, 134:6,

149:19
**four**
13:20, 46:20,
89:18, 89:22,
104:14, 121:23,
151:18, 168:10,
170:8, 171:16
**frame**
14:6
**freaking**
156:11
**frequency**
117:18
**frequently**
160:15, 161:5
**from**
8:6, 8:7, 8:13,
8:14, 9:10,
9:23, 20:1,
20:8, 20:12,
23:9, 26:21,
26:23, 30:16,
30:17, 38:3,
38:11, 38:13,
41:16, 46:1,
46:5, 46:11,
47:3, 48:1,
49:1, 52:10,
53:16, 60:3,
61:15, 76:18,
77:6, 82:17,
83:2, 83:8,
83:12, 83:15,
83:23, 83:24,
84:5, 86:4,
89:24, 94:19,
95:5, 97:2,
98:8, 101:2,
106:8, 109:2,
111:23, 115:2,
117:13, 118:8,
127:13, 131:17,
135:2, 136:24,
137:2, 137:4,
139:17, 148:8,
151:4, 152:9,
153:4, 153:20,
155:3, 156:5,

157:15, 157:16,
157:19, 157:24,
162:6, 165:5,
165:13, 166:6,
169:24
**front**
41:8, 43:19,
43:24, 83:1,
83:2, 83:6,
83:12, 83:16,
83:22, 84:2,
84:7, 84:9,
84:14, 84:15,
84:21, 85:3,
85:4, 85:6,
85:14, 85:16,
85:17, 85:18,
85:20, 86:2,
86:3, 86:24,
87:4, 92:22,
138:7, 142:15,
142:18, 142:20,
142:22, 143:4,
143:7, 143:10,
143:13, 143:17,
144:7
**full**
26:8, 141:2
**full-time**
23:12
**fully**
69:10
**funneled**
27:9
**further**
2:4, 167:6,
167:8, 171:20,
173:17, 173:20

G

**galleries**
90:4, 90:7,
90:8, 90:13,
90:16, 90:17,
93:11, 95:3,
95:12, 95:23
**gallery**
46:21, 69:8,

Transcript of David White
Conducted on August 22, 2018

89:14, 89:16,
89:18, 89:22,
90:10, 90:11,
90:12, 90:15,
92:3, 108:21
**game**
10:9, 159:9,
159:18
**gantner**
1:21, 3:20,
5:4, 173:3,
173:30
**gather**
19:24
**gave**
78:20, 165:24,
169:3
**gear**
40:8
**general**
3:19, 4:11,
18:10, 89:10,
89:23, 90:2,
104:23, 138:3,
165:20, 165:21,
168:20, 171:16,
173:5
**general's**
9:24
**generally**
19:24, 88:13,
102:21, 162:2
**generate**
102:23, 135:3
**generated**
101:19, 106:4,
108:16, 119:22
**genitals**
136:18, 143:16,
143:21, 144:6
**get**
6:17, 15:15,
17:4, 21:15,
26:21, 38:2,
44:20, 49:20,
55:1, 73:10,
73:14, 75:10,
75:11, 78:24,

79:2, 79:7,
82:6, 84:24,
85:1, 86:7,
87:11, 92:19,
94:22, 97:1,
99:18, 100:1,
101:24, 102:1,
102:24, 106:16,
108:6, 108:10,
110:8, 110:11,
121:2, 130:18,
130:22, 130:23,
131:18, 131:20,
131:21, 131:23,
135:14, 136:9,
137:22, 138:7,
139:10, 139:18,
139:19, 142:7,
146:17, 146:24,
155:12, 156:4,
156:14
**gets**
46:7, 48:13,
69:7, 82:1,
96:20, 150:11
**getting**
55:11, 55:13,
66:5, 98:18,
99:23, 100:1,
112:20, 127:2,
127:19, 167:3,
169:12
**girls**
94:21
**give**
17:17, 35:24,
50:12, 53:24,
60:14, 105:19,
118:7, 124:5,
134:24, 135:1,
140:17, 140:18,
143:9
**given**
7:12, 8:21,
17:20, 29:19,
78:18, 108:17,
115:17, 135:16,
161:24, 167:20,

173:14
**giving**
8:18
**gloves**
39:1, 39:2,
109:15, 109:24,
110:1
**go**
6:7, 7:20,
16:4, 16:5,
26:21, 36:14,
46:23, 48:22,
49:11, 49:14,
56:16, 71:14,
74:21, 77:10,
79:6, 84:14,
85:9, 86:18,
86:19, 93:7,
93:15, 95:8,
100:20, 101:2,
101:7, 105:22,
106:6, 110:20,
110:21, 111:21,
111:23, 117:16,
122:16, 130:12,
131:10, 131:17,
137:7, 141:16,
146:3, 146:4,
146:15, 163:2,
163:5, 167:4
**goal**
73:16, 76:18
**goals**
74:22, 75:15
**goes**
16:22, 46:24,
70:12, 105:21,
111:6, 169:9
**going**
6:7, 6:22,
26:19, 31:23,
36:8, 36:9,
37:8, 38:7,
38:14, 41:12,
43:21, 44:6,
47:1, 47:2,
47:12, 47:22,
49:16, 55:17,

71:14, 73:5,
73:8, 73:13,
74:4, 74:14,
76:4, 79:11,
79:22, 80:7,
80:8, 81:3,
81:8, 81:19,
81:23, 87:1,
93:24, 94:5,
94:9, 95:1,
106:16, 115:3,
120:9, 125:22,
127:24, 132:3,
132:14, 132:16,
135:1, 136:1,
138:4, 138:8,
139:19, 153:15,
156:19, 156:23,
160:16, 160:17,
161:7, 162:2,
162:21, 163:20,
165:11, 169:6,
169:12
**gone**
97:2, 170:14
**good**
20:5, 20:13,
49:21, 63:19,
83:1, 94:22,
100:20, 102:13,
104:13, 104:14,
105:16, 118:10,
126:15, 127:17,
127:19, 130:20,
135:2, 138:1,
138:2, 138:7,
151:17
**gossett**
1:10, 3:10,
4:9, 42:16,
68:2, 68:5
**got**
11:3, 28:18,
42:7, 46:21,
73:3, 84:14,
93:20, 95:7,
95:8, 96:16,
97:3, 98:4,

Transcript of David White
Conducted on August 22, 2018

190

98:21, 98:22,
98:24, 104:12,
113:14, 118:5,
118:10, 126:12,
127:5, 127:14,
128:1, 135:18,
136:11, 136:21,
143:6, 147:5,
165:13, 165:15
**govern**
122:22, 122:24
**governor**
61:15
**governorship**
61:16
**grab**
79:22, 137:6,
137:9
**grady**
2:2, 2:4, 4:4,
5:14, 25:11,
33:14, 39:17,
44:23, 45:21,
55:19, 68:4,
68:11, 69:18,
75:19, 76:22,
79:24, 81:14,
81:18, 86:21,
89:13, 104:8,
112:21, 112:23,
115:22, 116:23,
117:4, 121:9,
125:20, 132:20,
132:24, 133:10,
133:24, 134:13,
137:17, 138:10,
138:18, 139:21,
150:7, 151:9,
153:18, 154:6,
154:24, 155:17,
157:12, 158:24,
161:23, 164:19,
167:7, 167:9,
168:24, 171:19
**grady's**
2:18
**graham**
24:6

**grand**
146:23
**granddaughters**
170:3
**great**
49:23, 96:19,
102:14, 162:4
**greet**
67:2
**greg**
1:10, 3:10,
4:9, 42:16
**grew**
126:17, 127:6
**grievances**
127:3, 127:5
**grooming**
113:17, 123:13,
123:19, 124:1,
124:2, 124:14,
124:18
**ground**
96:18
**group**
28:1
**groups**
65:24
**growing**
126:11
**guess**
74:16, 93:18,
170:13
**gun**
112:9, 112:10
**guns**
112:8
**guy**
20:14, 53:11,
63:14, 84:14,
93:15, 99:19,
100:23, 107:8,
116:1, 128:18,
130:18, 139:16
**guys**
12:8, 26:20,
26:23, 27:7,
38:6, 43:9,
55:1, 72:15,

75:1, 78:2,
79:5, 92:9,
92:24, 93:18,
94:9, 94:20,
94:21, 122:20,
148:3, 156:15,
165:9
**gym**
45:14, 47:13,
83:4, 91:1,
94:13, 113:3,
113:8, 127:14

**H**

**hadn't**
33:7
**haircut**
124:7
**half**
91:8
**hammer**
110:7
**hancock**
95:8
**hand**
31:9, 109:21,
125:22
**hand-held**
110:6
**handcuffs**
38:24, 39:3
**handed**
33:14, 119:23,
121:10, 153:19,
155:17
**handful**
29:16
**handheld**
110:15, 110:18,
133:24, 134:7
**handle**
104:6, 135:8,
135:9
**handled**
25:23, 101:7
**handling**
20:20
**hands**
136:19

**hands-on**
162:22
**happen**
37:6, 50:9,
61:13, 65:15,
71:17, 116:2,
127:5, 127:11,
127:16, 131:7,
144:1
**happened**
15:19, 24:22,
31:13, 34:15,
52:7, 55:14,
71:22, 74:17,
76:8, 76:9,
98:23, 119:10,
130:2, 131:6,
131:15, 132:1,
134:21, 151:6,
162:18
**happens**
43:13, 84:4,
105:14, 107:18,
111:8, 111:12,
111:19
**happy**
6:11
**harrington**
63:4
**has**
24:4, 45:17,
61:6, 63:15,
70:15, 76:9,
84:7, 84:14,
85:8, 85:17,
86:2, 87:4,
88:1, 91:2,
91:4, 102:13,
105:16, 107:8,
108:14, 110:5,
115:5, 115:10,
117:15, 119:16,
122:17, 124:5,
126:3, 133:19,
138:8, 139:14,
143:6, 151:4,
170:24
**hasemeyer**
155:4, 155:6

Transcript of David White
Conducted on August 22, 2018

191

**haven't**
9:16, 13:2,
170:2
**having**
5:10, 12:10,
50:13, 65:24,
92:22, 97:24,
158:17
**hawaii**
13:18
**head**
6:16, 144:12
**headquarters**
72:23, 72:24
**health**
85:1, 85:2,
85:6, 87:3,
88:18, 96:15
**healthcare**
115:3
**hear**
139:11, 140:1,
148:8, 165:13
**heard**
70:23, 71:3,
136:13, 139:2,
139:5, 139:7,
140:21, 141:24
**held**
19:18, 22:9,
44:22, 45:11,
91:19, 164:18
**helmet**
39:1
**help**
55:11, 69:11,
79:5, 93:5,
105:3
**helped**
164:9
**helping**
29:14, 127:4
**hence**
159:17
**hepatitis**
109:18
**her**
8:15, 8:22,

55:16, 55:18,
68:13, 157:21
**here**
7:16, 7:20,
10:9, 39:9,
50:12, 52:7,
52:21, 53:19,
54:12, 54:15,
54:16, 64:6,
64:7, 80:2,
82:12, 82:16,
84:1, 98:23,
99:18, 106:1,
113:1, 120:9,
122:20, 126:16,
128:13, 141:16,
142:7, 151:5,
155:1, 159:23,
162:10, 169:10
**hereby**
5:1, 173:4
**hereto**
173:22
**hey**
26:20, 38:6,
66:3, 70:13,
79:2, 84:8,
84:13, 86:1,
99:22, 102:10,
127:11, 127:24,
130:19, 130:24,
131:24, 135:13,
136:1, 151:17
**high**
90:13
**him**
44:2, 60:20,
62:3, 62:20,
64:24, 65:20,
66:11, 66:18,
67:13, 67:16,
74:19, 84:15,
85:4, 85:9,
85:18, 86:3,
99:19, 99:22,
100:5, 118:22,
118:24, 128:18,
129:19, 132:2,

137:24, 144:13,
146:14, 151:16,
158:14, 159:22,
160:22, 163:6,
168:20
**himself**
146:10, 146:13
**hired**
14:11, 14:12
**his**
25:12, 29:21,
48:23, 85:16,
99:20, 114:6,
115:4, 115:5,
118:24, 126:4,
136:18, 136:19,
143:4, 146:15,
149:10, 149:17,
163:2, 170:3
**hit**
36:20, 73:14,
74:14, 75:23,
110:21, 138:4
**hitting**
73:22, 141:19
**hold**
50:11, 66:13,
91:5, 113:10
**holding**
145:19, 146:6,
146:14, 146:20
**holler**
139:18
**home**
32:5, 49:11,
75:11, 94:11,
168:11
**homemade**
59:5
**honest**
137:21
**honor**
85:20, 142:15,
142:18, 143:9,
143:13
**honorably**
13:22
**honored**
84:21, 87:1

**hostage**
20:10
**hotel**
55:1, 55:11,
55:13
**hotels**
75:10
**hour**
17:19, 146:23
**hours**
3:17, 17:23,
18:1, 47:21,
146:23, 147:17,
147:24, 148:2,
165:17, 166:3,
166:5, 166:10,
168:18, 169:9
**house**
42:17, 43:13,
45:6, 45:7,
45:9, 46:1,
46:7, 46:8,
46:20, 46:22,
47:11, 47:15,
50:5, 56:8,
56:23, 62:15,
82:17, 83:20,
87:9, 87:14,
89:1, 89:6,
89:7, 89:9,
92:3, 95:13,
98:6, 98:7,
99:17, 104:1,
105:18, 115:8,
117:19, 141:7,
141:14, 142:1,
142:10, 147:3,
147:7, 147:17,
151:24, 158:4,
166:7
**housed**
117:20, 134:4
**houses**
166:11
**housing**
43:9, 46:5,
47:4, 48:1,
48:9, 49:10,

Transcript of David White
Conducted on August 22, 2018

192

```
83:9                46:10, 89:2,        idoc's              includes
how                 118:1, 153:15       138:24, 145:5       111:24
8:16, 10:2,         i's                 il                  including
13:19, 14:3,        100:19              3:19, 4:6,          69:1
14:20, 19:7,        i've                4:12, 173:5         increase
20:7, 21:21,        10:9, 47:20,        illinois            28:13, 29:1
24:13, 29:11,       124:18, 135:16,     1:2, 1:22, 3:2,     independent
30:13, 30:15,       139:7, 161:24,      3:20, 5:19,         34:8, 34:21,
30:21, 31:10,       167:12              8:14, 11:1,         50:21, 52:18,
34:23, 35:5,        ia                  12:19, 12:20,       58:22, 63:24,
35:9, 35:14,        80:22, 81:2,        13:8, 14:11,        64:12, 154:9
35:20, 37:5,        81:4, 82:20,        24:7, 33:19,        indicated
39:3, 45:18,        102:2, 105:1,       34:17, 35:6,        10:18
50:11, 50:24,       111:1, 111:14,      42:14, 51:15,       indicating
51:4, 51:8,         111:17, 127:12,     51:19, 52:19,       11:19
52:6, 52:9,         128:2, 128:5,       54:5, 56:10,        individual
52:10, 52:22,       128:8, 128:10,      56:12, 62:5,        66:2, 86:2,
65:20, 69:13,       128:12, 128:17,     62:9, 68:1,         93:13, 97:15,
69:19, 69:22,       131:23, 132:7,      71:7, 75:23,        99:2, 102:12,
73:8, 73:15,        134:8, 135:2,       76:13, 95:20,       105:9, 106:14,
73:23, 74:20,       135:11, 136:4,      95:21, 112:17,      116:4, 125:23,
75:10, 75:14,       136:6, 136:7,       112:24, 113:2,      128:19, 138:1,
77:15, 78:4,        150:14, 153:2       117:21, 129:15,     138:8, 146:12,
78:21, 78:22,       id                  132:20, 139:12,     146:16, 150:3
79:11, 79:17,       115:5               140:3, 148:17,      individual's
82:9, 87:3,         idea                151:4               99:23, 104:15
91:16, 92:2,        25:12, 50:12,       immediate           individuals
94:23, 101:7,       69:17, 121:4,       118:20              12:6, 55:9,
103:21, 103:24,     121:8, 122:5,       important           82:24, 83:2,
108:4, 108:23,      126:15, 159:15,     48:5                83:14, 83:15,
117:15, 128:1,      162:14              inappropriately     109:20, 149:21
130:8, 130:12,      ideas               150:9               informal
131:6, 131:10,      98:12               inch                114:12
131:17, 134:1,      identification      38:24               information
134:11, 148:24,     33:13, 153:17,      inches              53:24, 60:14,
150:10, 154:17,     154:23, 155:16,     106:12              82:8, 85:2,
155:9, 160:16,      157:11, 158:23,     incident            122:2, 130:24,
161:7, 164:4,       161:22              99:1, 99:5,         131:2, 164:7,
165:16, 168:5,      idoc                99:10, 100:6,       169:22
168:15, 169:23,     76:5, 77:3,         100:8, 100:14,      informed
170:7, 170:11       101:18, 116:24,     101:4, 101:9,       102:13, 102:16
huh-uh              117:12, 139:14,     101:19, 102:3,      initial
6:16                140:6, 140:9,       102:8, 102:23,      83:23, 94:1,
hurt                141:1, 142:12,      106:15, 107:1,      101:1, 101:13
130:21              143:13, 144:10,     107:4, 107:9,       initially
       I            144:19, 145:15,     109:10, 131:12,     83:2, 86:18,
i'll                146:1, 146:10,      149:1, 149:4        92:20, 126:12,
6:23, 31:9,         148:13, 168:1       include
                                        96:8, 112:2
```

Transcript of David White
Conducted on August 22, 2018

193

| | | | |
|---|---|---|---|
| 137:5 | institutions | investigation | 107:8, 109:13, |
| **initiated** | 26:3, 71:15 | 16:19, 149:12, | 109:14, 109:19, |
| 149:13, 168:8, | **instruct** | 149:16, 150:16 | 110:12, 111:9, |
| 168:9 | 115:13, 152:13 | **investigations** | 113:1, 114:9, |
| **injuries** | **instructed** | 150:19 | 114:13, 114:14, |
| 102:20, 102:21, | 113:23 | **involve** | 114:16, 115:7, |
| 102:24, 130:21, | **instruction** | 171:4 | 118:6, 118:10, |
| 130:22 | 79:17, 115:17, | **involved** | 126:17, 131:20, |
| **injury** | 116:15 | 7:17, 17:4, | 132:14, 134:11, |
| 83:13 | **instructions** | 17:12, 22:14, | 137:15, 140:12, |
| **inmate** | 115:18, 116:18, | 26:7, 29:17, | 141:17, 141:22, |
| 48:22, 66:5, | 152:8, 153:8, | 40:3, 115:4, | 144:5, 152:7, |
| 84:7, 84:8, | 153:12 | 127:20, 161:12 | 162:17, 162:18 |
| 85:3, 114:5, | **intel** | **involvement** | **its** |
| 114:24, 131:1, | 80:22, 81:2, | 16:16 | 6:21, 6:24 |
| 131:5 | 81:4, 82:19, | **involving** | **itself** |
| **inmate's** | 91:11, 102:2, | 152:7 | 9:6, 22:4 |
| 109:21 | 105:1, 111:14, | **irrelevant** | |
| **inmates** | 111:17 | 118:14 | **J** |
| 43:19, 44:10, | **intelligence** | **issue** | **jacked** |
| 69:7, 81:23, | 80:17, 81:20 | 33:17, 102:11, | 156:11 |
| 82:17, 83:9, | **intelligent** | 130:5, 149:22, | **jacksonville** |
| 83:17, 89:10, | 16:19 | 150:2, 158:4, | 24:5, 26:20, |
| 89:12, 91:5, | **interested** | 158:5, 158:18 | 26:23 |
| 91:6, 91:9, | 173:22 | **issued** | **jerry** |
| 95:5, 95:16, | **internal** | 99:2 | 25:6, 29:4, |
| 95:23, 98:4, | 80:17, 81:20, | **issues** | 61:11 |
| 98:15, 101:24, | 150:13, 152:22 | 29:17, 36:9, | **job** |
| 113:10, 127:14, | **interview** | 46:12, 49:7, | 5:21, 14:3, |
| 147:9, 150:1, | 20:20, 21:10, | 49:18, 52:16, | 14:15, 16:14, |
| 162:23, 166:4, | 22:16, 23:1, | 75:5, 96:15, | 25:19, 25:21, |
| 166:15 | 23:2, 23:3, 29:8 | 120:1, 151:18 | 28:12, 28:19, |
| **inside** | **interviewed** | **it's** | 29:1, 29:4, |
| 94:12, 99:18, | 81:20, 81:23, | 10:8, 11:6, | 29:11, 31:22, |
| 108:2, 109:19 | 82:19, 150:18, | 20:9, 21:3, | 49:21, 63:20, |
| **instance** | 150:21, 151:1 | 22:19, 32:5, | 122:6, 133:23, |
| 70:3, 117:20 | **interviews** | 38:23, 47:11, | 149:24 |
| **instead** | 81:10, 91:10 | 52:1, 73:12, | **jog** |
| 91:1 | **into** | 81:2, 84:2, | 154:9 |
| **institution** | 5:6, 19:8, | 85:21, 85:23, | **jogged** |
| 18:17, 101:10 | 43:8, 78:20, | 86:1, 88:16, | 99:9, 99:15 |
| **institution's** | 84:13, 85:23, | 91:3, 94:18, | **join** |
| 82:5, 111:16 | 93:15, 101:10, | 94:19, 95:4, | 20:11, 20:21, |
| **institutional** | 126:17, 127:6, | 96:18, 96:19, | 21:5, 21:11, |
| 18:8, 18:9, | 136:10, 169:7 | 97:23, 98:1, | 21:13 |
| 18:20, 87:6, | **investigate** | 101:8, 101:9, | **joined** |
| 104:21, 109:2, | 150:14 | 102:18, 102:24, | 17:9, 120:20, |
| 119:6, 123:4 | **investigated** | 106:17, 107:7, | 120:24 |
| | 102:1, 150:11 | | |

Transcript of David White
Conducted on August 22, 2018

194

**joke**
11:4
**jones**
63:9, 95:7,
155:4, 163:9,
164:13
**joseph**
61:8, 62:7,
152:10, 155:23,
159:4
**july**
54:23, 55:14,
55:21, 56:1,
58:8, 67:9
**jumpsuit**
38:22, 40:16
**jumpsuits**
39:5
**justification**
136:16, 136:22,
137:12, 137:18,
138:11, 138:14,
139:22, 140:18,
141:13, 142:4,
142:14, 142:17,
142:19, 143:18,
143:23, 144:14,
144:24, 145:9,
145:20, 147:15,
147:23, 148:5
**justified**
149:7

**K**
**keep**
6:14, 35:16,
75:9, 93:5,
96:18
**kept**
87:17
**key**
38:24, 118:7
**kick**
137:23
**kidding**
169:9
**kim**
62:23, 63:7,

155:3
**kind**
24:4, 26:6,
44:5, 46:17,
46:24, 50:19,
54:11, 54:12,
55:1, 74:1,
78:18, 80:20,
84:4, 85:23,
87:10, 89:7,
91:21, 92:20,
95:8, 97:3,
99:18, 99:21,
102:20, 105:13,
106:17, 109:14,
109:18, 113:14,
114:16, 118:13,
119:14, 126:4,
126:11, 126:13,
126:17, 127:4,
127:9, 127:23,
133:14, 134:11,
136:10, 148:16,
148:21, 152:3,
156:13, 162:24,
163:19, 163:24,
164:6, 164:7,
164:9
**kit**
110:2, 110:4
**knew**
43:22, 126:23,
127:23, 165:12
**knife**
58:11, 58:13,
106:10, 106:18,
107:7, 107:8,
111:6, 111:7,
167:2
**knives**
46:21, 59:5,
59:8, 66:1,
77:8, 110:17,
111:24
**knocked**
99:20
**know**
6:6, 6:11,

6:22, 7:5, 9:10,
11:16, 22:21,
25:7, 27:20,
28:3, 33:2,
46:17, 50:16,
50:24, 52:7,
52:22, 55:9,
55:17, 56:5,
56:23, 57:14,
57:16, 59:20,
60:7, 61:13,
62:19, 63:4,
64:4, 64:7,
64:12, 64:16,
64:20, 65:5,
65:14, 66:15,
67:16, 70:20,
74:23, 82:12,
84:6, 90:9,
90:15, 94:16,
95:4, 96:15,
97:20, 102:9,
102:19, 109:14,
113:3, 113:7,
114:21, 116:2,
118:24, 121:3,
121:5, 121:9,
122:22, 124:16,
125:14, 126:12,
126:17, 128:1,
132:10, 133:19,
134:5, 135:15,
141:15, 142:6,
150:3, 150:4,
150:5, 151:16,
152:4, 154:3,
155:6, 155:20,
157:12, 157:21,
158:19, 159:1,
162:1, 163:4,
165:14, 166:17,
166:24
**knowledge**
34:7, 51:3,
76:8, 147:13,
171:1, 173:9
**knows**
85:18

**kudos**
63:19

**L**
**lady**
8:13
**large**
59:4, 84:5
**larger**
37:7
**last**
7:4, 43:8,
43:11, 46:9,
49:20, 128:14,
132:14, 141:17
**lastly**
68:1
**later**
10:10, 10:16,
59:21
**latex**
109:15, 109:24,
110:1
**law**
4:4, 13:11,
13:23, 14:8,
121:21
**lawful**
5:10
**lawrence**
33:20, 54:19,
54:22, 55:7,
55:21, 55:24,
57:2, 57:5,
58:8, 58:14,
58:17, 62:5,
62:9, 67:7,
67:9, 67:13,
67:19, 67:23,
74:9, 120:4,
129:18, 133:3,
135:14, 139:13,
140:4, 148:18,
153:23, 154:10,
160:5
**lawsuit**
10:10, 10:14,
10:19, 11:2,

Transcript of David White
Conducted on August 22, 2018

195

| | | | |
|---|---|---|---|
| 11:15, 12:2, 12:21, 13:1, 33:18, 170:17, 171:8 | **legality** 125:18, 126:14 | **lift** 136:18 | **lined** 44:21, 45:6, 45:8, 45:24, 144:6 |
| **lawsuits** 171:17 | **legs** 144:22 | **like** 14:7, 15:18, 16:4, 16:11, | **lineup** 143:20 |
| **lay** 159:23 | **let** 6:10, 6:21, 6:23, 7:5, 7:18, | 16:19, 23:6, 27:20, 30:14, 38:6, 38:8, | **lip** 137:7 |
| **layout** 78:9, 134:11 | 15:1, 28:11, 42:7, 55:16, | 38:9, 38:13, 39:9, 41:7, | **lisa** 8:15, 8:21, 8:23 |
| **lays** 80:13 | 60:20, 78:23, 89:21, 102:19, | 42:24, 56:18, 72:15, 72:24, | **list** 96:11, 107:20, 107:24, 108:6, |
| **leader** 18:7, 18:10, 18:11, 18:16 | 126:16, 129:1, 146:3, 151:10, 151:16, 154:2, | 74:5, 74:13, 78:10, 78:21, 80:12, 83:21, | 108:9, 108:12, 108:13, 108:15, 119:16, 119:22 |
| **leaders** 18:6 | 155:20, 157:12, 159:1, 162:1, 164:16 | 84:24, 87:12, 92:9, 93:11, 95:10, 95:18, | **listed** 63:10, 87:23, 113:19 |
| **leadership** 18:4, 19:10, 19:18, 22:3, | **let's** 7:8, 13:6, 34:16, 50:3, | 95:20, 97:5, 98:2, 105:5, 106:18, 108:18, | **listen** 127:5 |
| 22:9, 36:7, 36:18, 37:2, | 54:14, 54:18, 58:19, 63:22, | 115:6, 118:6, 118:24, 119:12, | **litigation** 126:24 |
| 40:1, 53:17, 108:14, 120:20 | 67:7, 70:1, 79:2, 79:21, | 119:23, 123:20, 125:5, 131:22, | **little** 8:8, 15:13, 18:3, 19:20, |
| **learn** 11:14 | 79:24, 84:16, 112:17, 112:21, | 131:24, 132:8, 134:22, 135:4, | 24:4, 55:12, 84:17, 97:1, |
| **learned** 10:2, 10:13, 10:23, 76:3 | 112:23, 168:24 | 138:13, 151:5, 159:21, 163:8, | 97:3, 107:22, 119:18, 148:4, |
| **learning** 10:16, 10:21, 11:11 | **letter** 150:12 | 163:11, 163:16, 163:22, 169:16, | 159:10, 159:17, 164:23, 166:14, |
| **least** 34:2, 34:5, | **letting** 141:15, 142:6 | 171:10, 171:24 | 166:22 |
| 36:3, 52:20, 61:2, 71:22, | **level** 20:24, 38:23, | **likelihood** 126:24 | **living** 38:3 |
| 83:8, 128:20 | 88:11, 88:13, 126:18 | **likely** 52:2, 130:7, | **located** 23:22, 58:13 |
| **leave** 15:24, 49:10, | **lies** 11:6 | 139:15 | **lockdown** 88:11, 88:13 |
| 91:24, 115:8 | **lieutenant** 5:17, 5:18, | **lincoln** 24:6 | **locked** 48:14 |
| **leaving** 26:11 | 5:23, 6:1, 15:5, 15:14, 16:9, | **line** 8:16, 8:18, 41:24, 46:18, | **loevy** 4:4, 4:5, 9:13 |
| **left** 16:2, 41:9, | 16:11, 16:21, 28:16, 28:20, | 46:19, 46:23, 47:2, 139:10, | **logan** 24:6 |
| 61:22, 128:23, 147:7 | 49:4, 105:18 | 140:2, 140:10, 143:19, 144:13, | **long** 13:19, 14:3, |
| **legal** 122:18 | **lieutenants** 104:2, 105:2 | 157:16, 163:19, 167:21, 169:21 | |
| | **life** 55:18, 96:16 | | |

Transcript of David White
Conducted on August 22, 2018

14:20, 24:13,
31:10, 52:9,
52:10, 106:12,
118:9, 132:11,
146:22, 156:14,
165:16, 168:16
**look**
31:10, 35:13,
50:3, 50:24,
54:14, 54:18,
58:19, 59:23,
63:22, 67:7,
74:11, 79:21,
112:17, 112:23,
112:24, 114:22,
114:23, 134:24,
137:23, 159:21,
164:17, 167:11
**looked**
97:20, 131:11,
167:10
**looking**
15:16, 28:6,
33:23, 34:14,
89:13, 103:8,
110:17, 135:15,
137:21, 138:4,
167:5
**looks**
30:14, 78:21,
109:14, 163:8,
163:11
**lori**
157:15, 157:16,
157:19, 158:18
**lost**
168:9
**lot**
7:14, 25:21,
26:10, 59:8,
65:22, 65:23,
66:1, 74:11,
75:5, 83:16,
84:11, 85:1,
94:18, 94:20,
95:2, 96:14,
104:2, 104:24,
127:4, 130:10,

132:13, 136:13,
160:22, 160:23,
161:3, 163:17,
169:11
**loud**
154:5
**louis**
1:2, 3:2, 3:22,
14:1
**lower**
137:7
**loyalty**
63:15

**M**

**ma'am**
38:5, 90:21
**made**
26:4, 94:1,
94:24, 122:9,
122:13, 135:5,
135:7, 151:23
**main**
117:15, 117:16
**mainly**
161:2
**major**
105:19, 111:4,
111:9, 111:12,
111:13, 111:24,
112:4, 112:14,
155:8
**majors**
104:2
**make**
6:11, 6:15,
39:24, 40:2,
43:19, 46:10,
49:18, 53:6,
53:13, 56:21,
94:11, 100:18,
100:19, 101:24,
102:19, 104:13,
109:19, 120:16,
121:15, 124:10,
127:24, 133:5,
143:17, 151:15,
151:16, 163:5,

166:3, 166:21
**makes**
49:6, 55:18,
117:17, 143:16
**making**
75:6, 94:4,
131:17
**male**
69:7, 69:9
**man's**
143:21
**manager**
22:23
**manner**
141:14
**manual**
120:13, 120:14,
120:19, 121:2,
121:15, 122:1,
122:10, 122:13,
137:3
**many**
21:21, 34:23,
35:5, 35:9,
35:14, 35:20,
39:3, 50:11,
51:4, 51:8,
52:22, 69:13,
69:19, 91:16,
92:2, 107:8,
128:1, 170:7,
170:11
**march**
81:6, 83:8
**marched**
92:18
**marine**
13:12, 13:13,
13:19, 139:4,
139:7
**marines**
13:18
**marion**
161:3
**marked**
33:13, 33:15,
117:5, 117:9,
153:16, 153:19,

154:22, 155:15,
155:18, 157:10,
158:22, 161:21
**material**
97:7, 97:10,
112:2
**math**
16:3, 93:18
**matter**
111:9, 111:11
**matters**
173:10
**mattress**
110:19
**mattresses**
110:16
**maximum**
74:6, 156:22
**may**
5:3, 12:14,
12:15, 27:24,
28:1, 28:4,
59:20, 62:18,
64:2, 64:13,
64:22, 65:3,
80:17, 89:17,
92:21, 96:16,
98:2, 102:10,
107:22, 107:23,
116:16, 121:22,
121:23, 137:6,
137:7, 150:3,
150:4, 150:20,
151:19, 157:16,
159:14, 160:1,
163:10, 163:15,
166:7, 167:14
**maybe**
14:7, 34:3,
52:14, 110:6,
126:15, 146:23
**mcallister**
11:8, 12:5,
12:18, 24:10,
25:8, 32:6,
57:8, 57:18,
57:21, 58:3,
64:16, 67:18,

Transcript of David White
Conducted on August 22, 2018

72:8, 77:14,
153:20, 161:19,
162:7, 165:7,
169:3
**mcallister's**
57:10, 60:6,
72:19
**mean**
26:2, 28:3,
40:20, 45:13,
54:15, 85:10,
106:9, 114:22,
120:16, 123:20,
124:15, 125:24,
130:13, 132:14,
136:9, 164:7,
166:22
**meaning**
28:4, 89:11,
90:3, 107:22
**means**
97:16, 97:19,
98:5, 139:10
**meant**
119:12, 156:10
**medical**
49:2, 49:3,
49:5, 94:15,
127:15, 145:8,
149:22, 150:5
**medically**
149:24
**medieval-looking**
74:10, 91:3
**medium**
156:22
**meet**
36:12, 37:7,
38:8, 49:11,
75:15, 80:7,
80:9, 81:7,
161:5, 161:8
**meeting**
36:18, 49:24,
71:13, 71:17,
71:24, 72:4,
72:10, 73:4,
73:13, 73:15,

74:15, 75:13,
76:2, 77:12,
77:13, 77:14,
80:10, 94:1,
101:13, 118:24,
119:10
**meetings**
78:3, 160:23,
161:11, 161:15
**member**
17:10, 17:24,
18:2, 20:5,
20:22, 21:1,
21:18, 51:11,
84:9, 85:15,
85:20, 87:11,
91:10, 93:10,
99:16, 100:9,
104:12, 104:17,
105:6, 128:17,
140:10, 143:3,
144:17, 148:20,
150:23, 154:13,
158:12, 167:24
**members**
12:19, 21:21,
26:8, 28:1,
29:20, 30:21,
37:8, 40:7,
42:19, 43:17,
43:18, 46:5,
50:12, 50:14,
50:17, 51:8,
68:19, 69:5,
69:13, 79:16,
80:7, 80:13,
88:21, 91:18,
94:5, 99:11,
102:17, 107:15,
108:13, 108:17,
109:23, 113:23,
115:12, 128:12,
135:24, 141:4,
142:1, 147:7,
148:15
**memories**
99:14
**memory**
99:9, 166:4

**men**
128:16, 146:3
**menard**
14:14, 14:21,
15:6, 15:24,
16:2, 16:19,
17:1, 17:22,
21:21, 23:20,
33:21, 58:20,
58:24, 59:2,
59:7, 60:3,
62:5, 62:9,
62:11, 62:24,
65:21, 66:8,
70:9, 70:16,
71:22, 74:8,
74:9, 79:21,
79:24, 81:1,
83:21, 88:21,
89:7, 90:20,
92:3, 92:17,
95:15, 98:3,
99:14, 99:17,
104:24, 105:19,
109:2, 119:15,
119:23, 129:1,
129:10, 132:10,
139:12, 140:4,
148:18, 151:24,
152:9, 152:17,
157:24, 158:13,
158:15, 161:2,
164:14
**menard's**
119:19, 129:2
**mental**
96:14
**message**
168:13
**messed**
136:21
**met**
37:10, 80:11,
160:14
**metal**
110:14, 110:15,
110:17, 110:18,
110:19, 110:20

**middle**
44:5, 55:8,
160:23
**might**
17:21, 96:16,
102:9, 137:7,
164:16
**mike**
61:17, 65:1,
152:9
**military**
40:21, 63:19,
139:16
**mind**
131:18, 159:10,
159:17
**mine**
31:19, 165:15
**minor**
111:9, 111:19,
111:21
**minute**
154:24, 155:19,
161:23
**mirror**
110:6
**miscellaneous**
8:2, 96:13,
96:21
**misconduct**
150:22
**mission**
20:10, 30:19
**missions**
26:6
**missouri**
1:23, 3:23
**misstatement**
29:21
**misstates**
75:18, 168:22
**monday**
36:19, 159:9
**money**
55:2, 55:11,
170:21, 171:1
**monthly**
26:5

Transcript of David White
Conducted on August 22, 2018

198

| | | | |
|---|---|---|---|
| **months** | 48:2, 48:5, | 39:9, 39:17, | 151:1 |
| 11:17 | 88:16, 88:17, | 41:2, 53:19, | **new** |
| **moore** | 127:13, 169:21 | 53:22, 54:15, | 94:20, 99:2, |
| 67:22 | **movements** | 57:10, 59:18, | 126:18, 127:6, |
| **more** | 8:1, 8:17, | 60:6, 171:24 | 134:23, 134:24 |
| 12:15, 22:19, | 8:18, 138:6, | **named** | **newer** |
| 25:24, 30:9, | 167:21 | 10:6, 10:19, | 95:18 |
| 74:3, 78:3, | **moving** | 11:12, 11:14, | **newspaper** |
| 81:3, 83:6, | 28:1, 99:20, | 11:19, 158:9 | 10:4, 10:14, |
| 93:5, 95:4, | 127:19 | **names** | 10:17, 10:21, |
| 97:1, 97:3, | **much** | 60:12, 171:7, | 10:23 |
| 127:20, 131:16, | 58:9, 98:5, | 171:8 | **next** |
| 140:2, 152:12, | 112:16, 117:15, | **near** | 18:19, 52:6, |
| 156:2, 160:10, | 166:10 | 69:10 | 107:23, 156:19 |
| 160:18, 160:22, | **muddy** | **necessarily** | **nice** |
| 160:23, 166:5, | 33:22, 63:24, | 60:17, 85:8, | 135:18, 136:11 |
| 166:10 | 64:2, 64:13, | 85:15, 126:2, | **nine** |
| **morning** | 64:22, 65:8, | 141:2, 165:20 | 106:7, 107:18 |
| 36:12, 49:17, | 66:8, 66:14, | **necessary** | **nobody** |
| 94:2 | 66:20, 120:7, | 77:4, 103:12 | 98:9, 130:21, |
| **most** | 129:12, 132:24, | **need** | 143:20 |
| 8:17, 17:21, | 139:13, 140:3, | 7:4, 26:20, | **nod** |
| 39:4, 70:4, | 148:17, 160:5 | 26:22, 66:5, | 6:16 |
| 74:4, 75:11, | **mule** | 75:9, 75:10, | **none** |
| 106:19, 107:19, | 169:17 | 86:3, 93:13, | 20:21, 129:17 |
| 113:11, 118:1, | **mules** | 110:13, 112:19, | **noodles** |
| 130:7, 139:15, | 169:7, 169:16 | 120:16, 122:22, | 107:9, 107:23 |
| 169:9 | **multiple** | 124:7, 126:15, | **nor** |
| **motivate** | 12:10, 58:21, | 135:4, 138:6, | 173:18 |
| 156:15 | 90:7 | 164:8 | **norm** |
| **motivated** | **museum** | **needed** | 66:24 |
| 94:21 | 134:23, 135:4, | 66:2, 110:13, | **normal** |
| **mouth** | 136:12 | 164:9 | 11:3, 16:20, |
| 95:11, 136:20, | **music** | **needs** | 169:13 |
| 137:6, 137:10 | 119:21 | 87:11, 101:7, | **normally** |
| **move** | **must** | 111:23, 127:16, | 20:2, 36:12, |
| 38:13, 41:16, | 107:17, 143:4 | 146:15 | 37:14, 39:11, |
| 41:19, 45:18, | **myself** | **neither** | 39:15, 40:8, |
| 47:3, 115:2, | 48:3, 79:13, | 173:17 | 42:2, 42:20, |
| 137:8, 144:12 | 100:16, 100:17, | **neutral** | 48:3, 48:11, |
| **moved** | 116:4 | 128:15 | 48:21, 51:10, |
| 16:8, 24:19, | **N** | **never** | 52:4, 52:6, |
| 24:23, 44:10, | **naked** | 39:19, 40:11, | 53:8, 61:1, |
| 44:15, 66:2, | 115:5 | 47:20, 116:2, | 61:3, 63:3, |
| 66:5 | **name** | 118:23, 124:18, | 69:7, 73:24, |
| **movement** | 5:15, 8:15, | 126:13, 129:23, | 74:7, 79:9, |
| 41:24, 43:21, | 39:5, 39:6, | 130:2, 139:14, | 82:2, 83:1, |
| 46:11, 47:24, | | 144:5, 148:2, | 84:8, 90:13, |

Transcript of David White
Conducted on August 22, 2018

199

91:21, 91:24,
92:11, 93:3,
96:13, 97:13,
97:14, 101:11,
102:5, 106:5,
108:8, 110:4,
114:24, 117:11,
128:13, 128:14,
130:14, 132:6,
134:7, 137:23,
146:21, 155:12,
161:13
**north**
4:5, 82:17,
83:20, 89:1,
89:6, 89:9,
92:3, 98:23,
99:3, 99:17,
161:4
**northern**
24:11, 32:14,
32:16, 32:20
**note**
26:24, 83:12,
84:3, 106:1,
163:21
**noted**
86:9
**notes**
163:3, 163:16,
164:17
**nothing**
5:11, 36:8,
52:17, 55:10,
96:6, 139:16,
167:6, 171:20,
173:9
**notice**
7:19, 10:5,
115:23
**notified**
81:22, 85:13,
102:7
**november**
13:9, 13:24
**now**
14:4, 16:6,
23:12, 30:9,

77:2, 83:17,
89:21, 97:16,
98:11, 113:13,
120:10, 126:18,
139:15
**nowhere**
55:8, 69:10
**number**
1:22, 1:23,
30:20, 51:2,
51:6, 51:17,
69:6, 75:4,
77:6, 77:8,
81:4, 84:5,
88:2, 90:5,
91:5, 91:23,
92:9, 93:8,
103:9, 104:15,
113:10, 113:19,
122:23, 155:22
**numbers**
8:9, 94:17
**nurses**
94:16, 149:23,
150:2
**nuts**
139:2, 139:18,
139:22, 140:2,
140:11
**nutshell**
128:16

---
O
---

**oakley**
157:15, 157:16,
158:18
**oakley's**
157:19
**oath**
173:12
**object**
29:21
**objection**
25:9, 39:13,
45:19, 68:3,
68:8, 69:15,
75:17, 76:20,
81:12, 81:16,

86:16, 89:4,
103:22, 115:20,
116:20, 117:1,
121:6, 125:16,
132:18, 132:22,
133:8, 133:20,
134:6, 137:14,
137:19, 138:16,
149:19, 151:7,
168:22
**objectives**
91:7
**obscenities**
140:16, 140:18
**observation**
138:3
**observe**
44:2
**observing**
44:1, 45:2
**obtaining**
131:19
**oc**
38:24, 130:21
**occasionally**
62:2
**occur**
27:17, 87:14,
87:15, 102:22,
168:5
**occurred**
55:20, 58:7,
153:10, 170:1
**occurring**
53:5, 71:21
**occurs**
147:22
**odd**
89:7
**off**
7:8, 44:22,
46:21, 48:22,
49:22, 67:2,
69:8, 97:21,
99:20, 99:23,
99:24, 106:13,
122:16, 147:2,
147:12, 163:18,

164:18
**offense**
106:8
**offered**
20:17, 25:3,
25:7
**offhand**
24:5
**office**
4:10, 9:11,
9:13, 9:24,
23:21, 66:4,
72:19, 72:23,
102:2, 105:22,
111:22, 134:8,
150:13, 161:1,
161:3, 166:8,
171:15
**officer**
14:16, 14:21,
14:23, 15:2,
16:21, 96:12,
97:6, 116:11,
116:16, 140:9,
143:9, 144:16
**officers**
15:4, 38:2,
102:23, 115:12,
115:17
**offices**
3:18, 72:12
**official**
168:2
**often**
23:16, 81:10
**oh**
165:17
**old**
74:10, 91:3
**older**
83:21
**once**
26:9, 43:12,
43:18, 44:9,
44:20, 46:9,
47:7, 48:12,
48:16, 48:19,
48:21, 48:24,

Transcript of David White
Conducted on August 22, 2018

49:10, 52:12,
69:10, 78:22,
84:24, 91:3,
92:20, 93:6,
99:18, 104:12,
104:23, 105:15,
105:17, 119:15,
119:20, 120:6,
120:8, 130:15,
130:16, 141:19,
142:6, 147:6,
149:20, 154:3,
155:20, 157:12,
159:1, 162:1,
164:6
**one-on-one**
92:13
**ones**
70:19, 74:3,
88:1, 122:1,
135:19
**only**
7:5, 12:1,
16:24, 50:1,
50:13, 52:18,
54:11, 56:14,
93:13, 120:6,
120:8, 130:3,
158:7, 158:13
**onto**
144:12
**oorah**
49:21, 63:18,
141:22, 141:23,
142:11
**oorahs**
63:16
**op**
56:14, 56:15,
56:16, 111:2
**open**
20:16, 91:4,
137:5
**opened**
43:23
**opening**
24:2
**openings**
20:16

**operating**
123:7, 123:9,
123:16, 123:20,
123:24, 124:6,
124:17
**operation**
26:19, 27:24,
30:18, 30:21,
31:7, 31:8,
36:24, 37:9,
37:11, 37:13,
37:16, 38:7,
53:7, 70:11,
74:24, 75:2,
75:22, 77:15,
78:19, 78:23,
79:1, 79:3,
79:17, 80:14,
80:18, 82:4,
82:9, 84:18,
86:24, 88:4,
88:8, 102:17,
103:7, 108:7,
119:10, 150:23,
151:2, 151:6,
151:11, 151:12,
151:14, 164:2,
168:21
**operational**
30:22
**operations**
2:8, 19:3,
19:4, 25:3,
25:4, 26:7,
26:13, 26:17,
27:3, 27:4,
27:5, 27:11,
27:14, 27:16,
27:19, 29:16,
30:1, 30:4,
30:7, 30:14,
30:17, 30:18,
30:19, 30:24,
31:9, 33:16,
33:18, 42:9,
50:4, 53:20,
58:20, 58:21,
60:12, 61:4,

61:5, 61:8,
61:18, 61:22,
63:10, 63:23,
64:20, 66:16,
67:5, 67:21,
68:12, 68:22,
70:1, 70:8,
72:13, 75:15,
77:3, 78:7,
78:24, 79:7,
80:1, 82:1,
82:13, 86:15,
87:19, 87:22,
88:3, 89:3,
89:19, 103:8,
103:19, 112:18,
113:4, 115:19,
116:18, 117:10,
119:4, 119:6,
120:5, 123:8,
123:17, 124:20,
124:24, 125:11,
125:21, 127:20,
155:2, 155:10,
156:2, 156:8,
164:14, 167:12,
169:14, 169:23
**opportunity**
154:6
**opposed**
42:5, 42:9,
77:4, 113:8
**ops**
151:21, 151:22
**oral**
125:5
**orange**
38:22, 40:15
**order**
30:18, 30:19,
31:8, 31:10,
33:18, 50:4,
53:20, 56:16,
60:13, 63:23,
70:8, 70:12,
74:24, 76:24,
78:24, 79:3,
79:7, 80:1,

82:4, 82:13,
84:18, 89:3,
89:19, 103:8,
105:16, 111:2,
112:18, 113:5,
113:17, 115:19,
116:12, 120:5,
127:8, 133:16,
136:21, 136:23,
136:24, 140:1,
140:10, 140:19,
152:19, 155:3,
155:10
**ordered**
92:16
**ordering**
143:15, 143:18,
147:16, 147:23,
148:5
**orders**
2:8, 30:16,
33:16, 33:23,
56:14, 56:15,
58:20, 58:21,
59:19, 70:2,
78:8, 78:19,
82:1, 116:18,
125:23, 140:17,
142:8, 153:4,
156:2, 167:13
**original**
2:17, 100:12
**other**
9:15, 9:19,
9:23, 12:5,
12:6, 12:17,
12:18, 12:19,
13:23, 14:8,
16:17, 23:9,
35:12, 37:18,
44:1, 48:24,
58:16, 62:21,
70:19, 89:11,
90:9, 99:13,
112:14, 117:13,
121:15, 123:15,
124:2, 124:19,
125:11, 125:21,

129:4, 132:1,
141:6, 143:8,
160:3, 161:12,
168:12, 171:4
**others**
11:23, 27:23,
167:22
**our**
7:24, 8:13,
19:24, 30:19,
36:20, 36:21,
40:5, 62:17,
72:21, 72:23,
73:10, 74:22,
75:10, 77:6,
95:18, 109:20,
114:4, 114:17,
121:19, 128:18,
128:19, 165:22,
169:13, 169:21,
169:23
**ours**
40:23
**ourselves**
74:1
**out**
10:10, 17:20,
21:16, 26:23,
37:6, 40:7,
43:20, 44:15,
45:3, 46:10,
52:14, 55:7,
69:8, 73:8,
73:10, 75:11,
77:6, 80:13,
93:18, 93:21,
98:3, 106:7,
106:11, 109:14,
113:11, 114:6,
114:24, 115:4,
115:5, 116:1,
119:23, 121:1,
121:10, 122:1,
126:4, 127:12,
127:18, 130:23,
131:2, 131:3,
131:14, 139:17,
152:12, 154:4,

156:15, 159:23,
160:21, 163:15,
166:6, 167:3,
167:5, 170:21
**outfit**
40:16
**outlining**
30:19
**outs**
165:22
**outset**
6:7
**outside**
9:23, 12:24,
16:20, 44:10,
45:7, 117:13,
160:22
**over**
6:7, 9:2, 10:1,
11:10, 16:6,
31:22, 36:14,
40:9, 49:3,
61:10, 80:16,
88:8, 104:12,
105:18, 107:16,
108:5, 111:13,
111:14, 126:24,
158:19, 163:2,
163:5, 164:4,
164:17, 167:11,
168:6, 168:12,
169:7
**overall**
78:21
**overflow**
52:6
**overlook**
100:18
**oversee**
149:24
**overseeing**
29:14, 66:9
**overseen**
65:21
**overseer**
36:9
**overtime**
55:2, 55:4,

75:5, 75:9
**overwatch**
149:24
**own**
80:22, 119:16,
122:16, 170:21

**P**

**packet**
10:17, 11:19
**page**
6:8, 51:2,
53:20, 88:19,
89:14, 103:7,
113:1, 113:2,
113:17, 159:7,
160:2, 162:3,
162:10, 162:13
**pages**
155:2
**paid**
170:21, 171:1
**pair**
41:20
**pairing**
169:21
**pairs**
39:3
**pants**
40:19, 115:24,
116:2, 166:22
**paper**
96:21, 108:18,
163:19
**papers**
96:14
**paperwork**
10:11, 101:11,
104:5, 104:7
**parameter**
28:5
**paraphernalia**
112:1
**part**
11:23, 28:3,
36:2, 41:24,
46:15, 47:3,
53:2, 53:4,

55:3, 58:14,
58:24, 71:12,
73:4, 83:7,
85:21, 86:14,
86:23, 87:18,
96:2, 100:9,
104:3, 109:16,
115:14, 119:9,
125:4, 125:5,
131:20, 133:5,
139:23, 140:16,
142:1, 150:18,
161:10, 168:12
**participant**
17:17
**participate**
26:12, 29:24,
68:22, 81:5,
81:18, 128:22
**participating**
44:16
**particular**
31:6, 50:13,
82:13, 95:18,
104:19, 105:8,
113:4, 169:15
**parties**
173:19, 173:22
**pass**
115:3
**passive**
125:24
**past**
150:21, 159:10
**patch**
41:9
**pay**
28:13, 29:1
**payroll**
28:19
**pc**
89:11, 89:14,
89:17, 89:22
**pending**
7:6
**penis**
137:8
**people**
51:2, 51:14,

Transcript of David White
Conducted on August 22, 2018                                    202

51:18, 52:1,
82:2, 84:5,
87:24, 88:5,
90:6, 91:20,
94:17, 96:14,
96:15, 106:23,
109:17, 118:7,
128:15, 128:17,
154:19, 160:10,
161:12, 169:12
**per**
51:7, 66:5,
114:4
**percent**
17:17, 118:11
**perfect**
164:16
**perform**
75:14, 88:21
**performing**
43:17, 136:16,
137:12, 138:19,
138:23, 144:24
**period**
61:7, 65:10,
65:17
**permissible**
84:2, 140:13
**permission**
86:4
**permit**
84:7, 84:10,
84:14, 84:19,
84:20, 85:3,
85:6, 85:8,
85:10, 85:14,
85:16, 85:18,
86:3, 86:4,
86:19, 87:4,
87:5, 113:23,
140:9, 142:20,
142:23, 143:4,
143:7, 143:10,
143:13
**permits**
85:20, 87:1,
142:15, 142:18
**permitted**
114:3, 115:11,

115:13, 116:12,
128:10, 146:19
**person**
18:16, 19:5,
43:23, 46:9,
100:3, 101:3,
104:19, 154:20
**personal**
119:7, 119:13,
119:17, 119:24
**personally**
116:3, 131:15
**personnel**
75:5
**ph**
8:21, 77:6
**phone**
43:1, 43:2,
43:4, 43:6,
85:11, 85:12,
87:6, 94:16,
151:15, 151:16,
155:12, 158:4,
158:20, 161:8,
168:6, 168:7,
168:8, 168:11
**photo**
136:11
**photographs**
7:22, 7:23,
7:24, 134:15,
134:17, 135:19
**photos**
7:14, 8:2, 8:5,
111:7, 134:23,
135:2, 135:3,
135:14, 135:16,
135:18, 135:21
**phrase**
45:12, 70:23,
71:3, 139:2,
139:6, 139:9,
139:11, 139:14,
139:22, 141:21,
157:4
**phrased**
40:8
**physical**
20:20, 21:4,

21:5, 110:9
**pick**
108:10
**picked**
104:22
**picking**
98:9
**picture**
97:6
**pictures**
136:1, 136:5
**piece**
96:17, 98:8,
107:5, 163:18
**piercing**
39:1
**pile**
135:2
**pins**
39:23
**place**
19:12, 19:13,
30:19, 38:2,
38:11, 38:14,
41:16, 52:8,
52:17, 88:10,
98:19, 109:14,
118:12, 120:15,
120:20, 131:3,
164:16
**placed**
88:15, 134:8,
149:21
**places**
74:4, 87:8,
95:21, 126:22
**placing**
144:22
**plaintiffs**
1:6, 1:17, 3:6,
3:16, 4:3, 5:2,
33:12, 153:16,
154:22, 155:15,
157:10, 158:22,
161:21
**plan**
27:4, 30:6,
73:15, 74:14,

74:18, 75:8,
76:11, 79:6,
159:9, 159:18
**planned**
30:14, 36:9
**planning**
26:12, 26:16,
30:10
**play**
84:13, 150:16
**played**
78:18
**playing**
31:21
**please**
5:15, 6:15,
6:21, 142:16
**plott**
158:9, 158:11
**plus**
113:12
**pocket**
170:22
**point**
23:11, 29:18,
46:11, 48:15,
77:7, 87:21,
87:22, 93:14,
100:15, 104:9,
111:23, 115:2,
116:11, 118:13,
125:12, 126:9,
127:13, 148:16,
169:24
**pointe**
3:19, 173:5
**policies**
122:3, 122:6,
124:22, 125:10,
138:24, 140:14,
144:10, 146:11
**policy**
96:23, 96:24,
97:22, 97:23,
98:19, 99:4,
101:18, 106:2,
114:9, 114:10,
114:16, 116:24,

Transcript of David White
Conducted on August 22, 2018                                    203

121:17, 121:19,
124:6, 124:22,
125:4, 125:5,
126:5, 138:12,
140:6, 140:9,
141:1, 142:12,
143:13, 144:19,
145:5, 145:15,
146:2, 146:14,
148:13, 166:16,
166:17, 166:19
**politics**
61:14
**polley**
22:23, 23:4,
25:1
**pontiac**
66:6, 74:9,
112:13, 130:15,
130:20, 131:6
**population**
83:21, 89:10,
89:23, 90:2
**portion**
20:4, 29:15,
34:18
**position**
13:15, 19:18,
22:10, 25:3,
25:16, 28:12,
33:1, 33:3,
43:4, 61:22
**positioning**
51:18
**positions**
15:21, 22:4,
24:20
**positive**
77:18
**possession**
132:8
**possible**
132:2
**potentially**
118:23
**practice**
17:15, 17:16,
36:2, 46:16,

53:2, 53:4,
83:1, 98:1,
126:8, 127:18,
149:15, 150:7,
150:10
**practices**
17:15, 26:4
**pre-operation**
103:6, 119:2
**prepare**
7:9, 7:11, 9:16
**preplanned**
95:10
**preprinted**
78:10
**presence**
81:1
**present**
12:6, 37:20,
48:2, 49:8,
53:10, 53:13,
53:17, 56:13,
57:7, 57:8,
59:12, 59:16,
60:2, 60:8,
62:8, 62:14,
62:24, 63:13,
64:1, 66:11,
66:18, 66:19,
66:23, 67:9,
67:18, 67:22,
68:2, 68:6,
72:4, 80:18,
87:13, 105:1,
116:6, 117:24,
154:19
**preserve**
133:16, 133:17,
153:6, 153:9,
153:13
**press**
127:2, 127:3
**pretty**
98:5, 112:16
**prevention**
39:2
**prime**
131:4

**prior**
13:10, 13:24,
14:9, 29:22,
70:20, 71:20,
75:18, 95:6,
119:5, 147:9,
168:22
**prison**
6:2, 74:10,
132:4, 134:11
**prisoner**
84:19, 84:20,
85:5, 85:13,
87:4, 102:24,
116:12, 116:16,
136:17, 140:1,
143:1, 143:4,
143:17, 144:7,
144:13, 145:8,
145:18, 146:9,
149:10, 149:16,
150:8, 154:13
**prisoner's**
144:12, 144:22
**prisoners**
44:8, 44:12,
45:3, 45:18,
45:24, 46:5,
47:3, 47:7,
47:9, 47:10,
47:24, 48:8,
48:13, 51:4,
62:16, 81:11,
81:19, 86:9,
89:15, 90:19,
91:17, 91:19,
92:2, 92:6,
92:15, 95:14,
99:10, 113:3,
113:23, 115:8,
115:11, 115:13,
135:21, 140:2,
140:10, 143:15,
143:19, 146:5,
146:18, 146:19,
147:16, 147:22,
147:24, 151:24,
171:8

**prisons**
24:3, 27:17,
74:6, 95:19,
95:22
**probably**
6:6, 11:9,
22:2, 50:13,
50:14, 52:12,
52:13, 90:17,
93:18, 100:17,
113:9, 118:4,
118:13, 141:12,
155:7, 170:8
**problem**
77:11, 128:13,
150:3
**problems**
65:24, 108:23
**procedure**
50:20, 114:16,
121:20, 123:9,
123:20, 123:24,
124:17
**procedures**
121:17, 122:4,
122:7, 123:8,
123:16, 124:7,
165:22
**process**
21:10, 22:16,
23:1, 29:7,
29:8, 30:15,
44:16, 44:24,
45:1, 87:13,
93:6, 147:21,
166:21
**produced**
3:15, 33:16,
123:12, 123:23
**professional**
140:12
**programs**
42:10
**progressed**
127:18
**prohibited**
142:12
**prone**
150:5

Transcript of David White
Conducted on August 22, 2018

204

**property**
71:16, 98:21,
98:22, 98:24,
99:5, 100:1,
108:2, 108:24,
119:7, 119:13,
119:17, 119:18,
119:24
**proposed**
156:7
**protected**
89:11
**provide**
85:2, 110:1,
127:12
**provided**
78:15, 86:20,
91:4, 110:5
**provides**
111:1
**proximity**
129:6
**purpose**
36:5, 36:7
**purposefully**
81:11
**purposes**
124:14
**push**
100:2
**put**
19:11, 19:12,
30:18, 75:8,
79:4, 83:5,
84:18, 111:2,
116:16, 120:3,
120:14, 122:1,
135:4, 136:19,
137:10, 152:12,
155:14, 157:9,
158:21
**putting**
92:22

**Q**

**question**
6:21, 6:23,
7:2, 7:6, 26:1,

40:12, 42:7,
44:3, 44:4,
45:20, 45:22,
53:12, 55:17,
69:16, 75:18,
76:21, 77:1,
98:18, 101:15,
105:5, 115:21,
116:10, 124:19,
131:16, 133:9,
133:11, 144:2,
148:4, 151:8,
151:9, 165:10,
169:2
**questions**
6:10, 86:8,
108:22, 109:3,
165:21, 168:20,
169:19
**quick**
50:3
**quite**
29:16, 68:5,
137:20

**R**

**r2**
36:20, 36:22,
50:5, 56:15
**r3**
56:23
**r4-5**
89:11
**radio**
87:14, 87:17,
97:18, 117:23,
118:16
**radios**
97:17, 117:12,
118:3, 118:5,
118:7
**railing**
141:6
**raise**
136:18
**raising**
144:23
**rambo**
122:16

**ramen**
107:9, 107:23
**ran**
110:18
**randolph**
4:11
**random**
81:11, 105:11,
105:13
**randy**
67:8, 67:10
**rank**
105:11
**rather**
15:22, 19:21,
115:24
**reach**
110:7
**read**
85:17, 86:4,
104:14, 154:2,
154:4, 154:7,
155:19, 163:18
**reading**
156:4
**ready**
108:10, 141:16,
142:7, 167:3,
169:12
**real**
44:4, 50:3,
117:16
**really**
6:20, 11:21,
14:4, 33:2,
54:16, 124:13,
127:10, 127:19,
131:13, 166:8
**reason**
74:2, 76:16,
76:17, 78:8,
90:24, 133:17,
142:21, 144:3,
158:13, 168:2
**reasoning**
25:12, 166:24
**reasons**
109:17, 125:19,

126:14
**receive**
9:5, 10:5,
100:10, 152:8,
152:13, 153:4,
153:8, 153:12
**received**
10:17, 11:18,
104:5, 118:5,
120:23
**receiver**
117:15
**recently**
118:4, 165:7
**recess**
79:23, 112:22,
139:20
**recollection**
34:9, 34:11,
34:21, 35:23,
50:22, 52:18,
54:22, 58:13,
58:23, 62:3,
63:24, 64:13,
154:9, 158:7
**recommendation**
22:20
**recommended**
20:14, 22:21,
29:3
**recommending**
25:15
**record**
5:16, 7:1,
35:16, 44:22,
87:17, 103:11,
161:18, 164:18,
173:14
**recorded**
128:7, 128:8,
171:22
**recording**
124:23, 152:10
**recount**
161:15
**recounted**
77:19, 77:22
**reduced**
173:12

Transcript of David White
Conducted on August 22, 2018                                    205

| | | | |
|---|---|---|---|
| **refer** | 84:13, 91:22, | 74:19, 83:24, | **reports** |
| 45:10, 45:15, | 100:17, 121:10, | 97:16, 98:11, | 103:12, 106:2, |
| 157:1, 160:8 | 122:12, 130:19, | 99:16, 99:19, | 131:12 |
| **referred** | 153:21 | 119:22, 122:8, | **represented** |
| 160:13 | **regrouped** | 135:17, 162:24, | 4:4, 4:10, |
| **referring** | 50:19 | 163:1 | 171:15 |
| 159:14 | **regular** | **remind** | **republican** |
| **refers** | 14:16, 23:10 | 165:1 | 61:15 |
| 161:18 | **rehydrated** | **removable** | **request** |
| **refuse** | 50:19 | 39:18 | 7:16, 8:13, |
| 143:9, 153:1 | **relate** | **remove** | 8:24, 9:6, |
| **refusing** | 123:8, 123:16, | 83:5 | 84:21, 133:6, |
| 125:23, 142:15, | 124:20, 124:23 | **removed** | 133:14, 135:5, |
| 142:18, 143:12 | **related** | 50:18 | 135:6, 135:7, |
| **regarding** | 17:1, 26:16, | **repeat** | 153:2, 167:21 |
| 9:24, 119:7, | 33:17, 153:9, | 153:11 | **requested** |
| 119:13, 151:1 | 153:13, 173:18 | **rephrase** | 109:4, 127:11, |
| **regardless** | **relates** | 6:11, 15:1, | 128:24, 134:23, |
| 149:6 | 18:5 | 60:21, 76:1, | 135:13, 145:8 |
| **regards** | **relative** | 89:21, 147:19 | **requesting** |
| 119:6 | 173:20 | **replaced** | 26:24, 130:12 |
| **region** | **relax** | 32:23 | **requests** |
| 23:23, 23:24, | 95:4 | **report** | 8:16 |
| 24:1, 24:3, | **relaxing** | 7:16, 27:1, | **require** |
| 26:21, 27:17, | 83:6 | 99:1, 99:6, | 98:20, 107:22, |
| 54:4, 60:18, | **relay** | 99:24, 100:5, | 107:23, 119:13, |
| 130:18 | 37:11 | 100:6, 100:8, | 125:10 |
| **regional** | **relevant** | 100:14, 100:20, | **required** |
| 11:8, 18:21, | 170:4 | 100:24, 101:4, | 20:11, 20:21, |
| 18:22, 19:7, | **remain** | 101:9, 101:19, | 21:1, 21:5, |
| 19:11, 20:1, | 20:22, 21:6, | 102:3, 102:8, | 21:10, 29:8, |
| 20:3, 22:5, | 23:20, 31:11, | 102:23, 106:4, | 30:20, 78:24, |
| 22:11, 22:15, | 32:6, 32:16, | 106:6, 106:15, | 96:1, 96:5, |
| 22:17, 23:5, | 61:21 | 106:22, 107:1, | 96:8, 96:11, |
| 23:12, 24:8, | **remained** | 107:5, 107:10, | 96:23, 97:7, |
| 24:14, 25:18, | 15:6, 16:11, | 107:12, 107:17, | 97:11, 99:4, |
| 26:13, 27:2, | 28:22 | 109:10, 130:23, | 102:23, 106:8, |
| 27:10, 27:13, | **remember** | 149:1, 149:4, | 108:1, 115:1, |
| 28:11, 28:18, | 8:18, 10:8, | 151:18 | 124:8, 125:15, |
| 32:7, 32:10, | 10:9, 10:12, | **reported** | 126:6, 137:5, |
| 32:14, 32:16, | 11:16, 34:22, | 33:14, 148:23, | 148:21, 149:3, |
| 32:20, 32:23, | 42:13, 54:24, | 148:24 | 151:11 |
| 33:5, 48:4, | 55:19, 56:7, | **reporter** | **requirement** |
| 53:11, 53:13, | 56:22, 57:15, | 2:18, 3:21, | 106:3, 149:12 |
| 60:23, 61:1, | 58:9, 58:10, | 5:5, 6:17, | **requirements** |
| 65:11, 65:18, | 59:2, 59:4, | 153:19, 155:17, | 113:17 |
| 70:5, 75:7, | 59:8, 70:10, | 173:1 | **requires** |
| 79:5, 79:13, | 71:9, 74:17, | **reporting** | 101:19 |
| | | 27:1 | |

Transcript of David White
Conducted on August 22, 2018                                    206

**rescue**
20:10
**resistant**
38:23, 99:17
**resort**
128:14
**respect**
149:15
**responded**
40:6
**response**
8:19, 8:21,
8:23, 20:9,
126:3, 153:2,
155:13, 156:5,
156:18, 159:22,
169:4
**responses**
8:11
**responsibilities**
19:9, 25:19,
26:16, 29:11
**responsibility**
79:15, 88:8,
105:7, 120:12
**responsible**
23:23, 29:18,
30:10, 70:2
**restrain**
83:15, 84:15,
86:19
**restrained**
44:8, 44:10,
44:13, 82:18,
82:22, 83:10,
83:12, 83:17,
83:22, 83:23,
86:9, 86:22,
143:5
**restraining**
87:13
**restraints**
48:22, 83:5,
92:22
**restroom**
146:15, 146:16
**result**
102:22

**retained**
2:17
**review**
7:10, 28:4,
104:8, 129:23,
130:2, 130:4,
131:10, 131:23,
132:1, 132:3,
155:1, 157:13,
158:24, 159:2,
161:24, 162:2,
165:1, 171:23
**reviewed**
7:22, 9:15,
130:8, 131:4,
131:6, 134:14,
135:20, 164:24
**reviewing**
7:23, 8:20,
101:4, 134:17,
167:18
**reword**
120:17
**rewrite**
163:5
**rhyme**
74:2
**richard**
67:22, 77:5
**rick**
63:4
**rid**
71:15, 73:14,
77:11, 94:22
**ridding**
36:21
**rider**
169:17
**right**
12:4, 16:3,
17:17, 18:14,
19:14, 21:2,
21:11, 21:19,
23:17, 24:5,
27:21, 33:1,
33:3, 35:3,
38:15, 39:18,
41:9, 41:17,

44:18, 46:2,
51:6, 52:20,
54:4, 59:19,
61:8, 68:4,
69:2, 76:5,
76:11, 77:20,
77:24, 78:5,
80:2, 80:14,
80:20, 80:24,
82:6, 82:10,
84:3, 86:6,
86:10, 87:1,
88:22, 90:20,
92:13, 93:1,
93:12, 93:15,
93:19, 94:22,
95:13, 96:9,
97:18, 100:24,
101:10, 103:16,
105:23, 106:23,
107:2, 107:6,
109:8, 109:10,
111:14, 114:3,
116:5, 116:8,
117:21, 124:24,
126:6, 127:15,
128:11, 131:16,
134:2, 146:24,
147:3, 147:4,
147:7, 149:22,
151:23, 153:24,
156:2, 156:20,
161:16, 163:9,
165:7, 166:5,
166:12
**rigmarole**
74:23
**rings**
52:17
**river**
24:7, 33:19,
34:17, 35:6,
42:14, 51:15,
51:19, 52:19,
54:5, 56:11,
56:12, 62:5,
62:9, 68:1,
95:20, 95:21,

112:17, 112:24,
113:2, 117:21,
129:16, 132:21,
133:1, 139:12,
139:13, 140:3,
140:4, 148:17
**robert**
66:16
**rod**
20:2, 24:12,
54:10, 57:9,
57:13
**rodney**
32:13
**roeckeman**
65:5, 66:7
**role**
40:10, 69:4,
69:5, 150:16
**rollout**
40:8
**room**
38:8, 38:9,
38:13, 49:16,
134:11
**rooms**
55:1, 55:11,
55:13
**ross**
1:5, 3:5, 4:3
**round**
49:6
**rounded**
169:15
**rub**
39:22
**rubber**
96:17, 96:21
**rule**
6:20, 7:5,
20:2, 85:24
**rules**
6:6
**run**
159:10
**running**
149:2, 162:19

**S**

**s**
76:15, 85:23

Transcript of David White
Conducted on August 22, 2018

**safe**
43:22
**safely**
75:12
**safety**
39:1, 39:2,
109:17, 109:22
**said**
11:4, 11:22,
11:23, 12:2,
12:4, 22:24,
29:3, 31:23,
32:13, 41:1,
41:10, 56:15,
69:7, 71:14,
84:24, 85:12,
85:13, 98:7,
99:8, 99:24,
126:1, 127:21,
136:7, 139:6,
152:11, 164:13,
165:12, 165:15,
165:16, 165:17,
165:21, 166:2,
166:18, 167:10,
168:15, 168:21,
169:12, 169:20,
170:6, 173:12
**same**
6:8, 8:7, 21:4,
37:11, 40:15,
41:18, 50:20,
68:8, 72:15,
95:22, 119:21,
125:20, 130:17,
166:11
**sarah**
4:4
**sat**
6:4, 162:23,
170:6, 170:7
**save**
55:1
**saved**
55:10
**saw**
52:24, 143:9,
144:5, 145:12,

145:22
**say**
6:11, 6:15,
20:23, 26:18,
26:19, 26:20,
26:22, 38:5,
40:14, 40:22,
40:24, 41:4,
49:20, 54:10,
56:14, 66:3,
66:5, 77:21,
84:18, 86:1,
86:23, 96:20,
98:14, 100:5,
102:12, 106:10,
107:18, 108:3,
116:1, 126:21,
127:2, 130:19,
131:22, 139:15,
142:16, 160:2,
169:5
**saying**
35:2, 83:12,
86:7, 98:4,
119:16, 130:24,
169:11, 171:21
**says**
5:12, 39:10,
84:8, 157:1
**scam**
98:12, 98:14,
98:16
**schedule**
159:23
**schedules**
119:1
**scheduling**
73:18
**score**
125:8
**screwdrivers**
110:6
**search**
43:13, 43:17,
44:1, 44:7,
44:9, 47:11,
48:14, 48:17,
81:6, 87:13,

93:17, 97:11,
98:21, 99:5,
113:24, 116:13,
116:17, 136:16,
137:1, 138:19,
138:23, 166:16
**searched**
45:12, 56:8,
56:12, 62:15,
62:16, 71:7,
82:17, 96:2,
147:18, 148:10,
156:23
**searches**
69:7, 109:24,
115:14, 116:6,
136:14, 137:2,
137:4
**searching**
44:2, 91:20,
93:10, 116:4,
136:17
**seat**
92:23
**seated**
91:9
**seating**
91:2, 148:3
**seats**
91:4
**second**
6:14, 31:10,
88:19, 113:1,
162:3, 162:10
**seconds**
141:17, 141:18
**security**
14:2, 28:1,
28:4, 28:6,
65:23, 74:6,
91:23, 91:24,
136:16, 136:22,
137:11, 137:18,
138:10, 138:14,
139:21, 140:18,
141:13, 142:4,
142:14, 142:17,
142:21, 143:18,

143:23, 144:3,
144:14, 144:23,
145:9, 145:19,
147:15, 147:23,
148:5, 155:8,
156:22
**see**
8:8, 34:15,
49:6, 49:22,
50:4, 50:11,
53:19, 53:22,
54:15, 63:9,
66:5, 66:11,
67:2, 67:8,
67:13, 68:2,
68:5, 82:20,
85:16, 88:20,
91:7, 91:13,
92:15, 100:1,
100:14, 101:9,
102:3, 102:8,
102:24, 103:9,
103:12, 109:5,
110:19, 113:1,
113:2, 113:16,
113:20, 114:23,
115:12, 116:10,
117:6, 119:7,
137:24, 138:18,
141:11, 143:1,
143:3, 144:16,
145:2, 145:24,
146:5, 148:8,
148:15, 157:17,
157:19, 159:11,
160:6
**seeing**
135:17
**seemed**
131:3
**seen**
123:12, 124:16,
124:18, 141:4,
141:9, 163:13,
163:14, 167:12
**seg**
151:18
**seizures**
150:5

Transcript of David White
Conducted on August 22, 2018

selected
81:11
selection
81:19
send
26:23, 35:16,
119:1, 152:22,
153:2
sending
163:7
sense
83:16, 117:17,
124:10
sent
157:20, 165:1
sentences
96:16
separate
20:12, 38:3,
38:11, 70:9,
80:20
separately
52:3, 87:23
september
173:25
sequence
51:1
sequentially
50:9, 51:20
sergeant
13:16, 15:5,
15:10, 15:17,
15:18, 16:21
serious
106:19
serve
13:19
service
168:10
set
80:23, 95:22,
115:18, 116:18
settle
170:22, 171:1
seven
14:19, 89:23,
90:4, 128:17,
165:16, 168:18,

169:8
seventh
128:18
several
31:22, 47:21,
52:21, 99:11,
166:3, 166:10
shake
6:16, 38:14
shakedown
33:19, 33:20,
33:21, 33:22,
34:5, 34:16,
34:18, 35:6,
35:10, 35:14,
36:11, 37:1,
41:12, 42:14,
47:14, 48:18,
50:18, 50:22,
51:15, 51:19,
53:5, 53:6,
54:8, 54:19,
55:14, 55:24,
57:18, 58:1,
58:4, 58:20,
59:1, 59:7,
63:6, 63:23,
64:18, 65:2,
66:12, 66:19,
67:19, 68:16,
69:12, 70:17,
73:6, 73:11,
75:24, 76:4,
76:12, 77:10,
79:11, 80:8,
82:10, 88:21,
92:1, 93:13,
94:19, 94:22,
96:2, 96:3,
97:4, 97:18,
97:24, 99:24,
100:10, 103:11,
104:5, 104:9,
104:10, 105:8,
105:15, 105:21,
106:7, 106:11,
108:4, 108:11,
109:8, 110:2,

110:4, 115:3,
116:7, 123:1,
128:22, 130:4,
130:9, 130:10,
139:23, 142:2,
145:23, 149:11,
149:18, 150:8,
151:6, 152:17,
160:4, 164:2
shakedowns
27:20, 34:1,
34:13, 35:20,
35:21, 36:3,
36:6, 41:13,
46:16, 52:19,
52:24, 54:22,
55:20, 57:5,
57:7, 57:22,
58:7, 58:14,
58:17, 59:7,
60:3, 60:15,
60:19, 60:23,
60:24, 61:5,
62:1, 62:4,
62:8, 62:24,
63:13, 64:10,
64:13, 64:22,
66:23, 67:8,
67:9, 67:13,
67:22, 68:2,
68:7, 69:1,
71:15, 73:19,
76:14, 81:15,
92:16, 99:14,
115:15, 116:11,
117:24, 122:22,
123:5, 126:6,
126:9, 126:14,
126:24, 128:7,
129:9, 129:16,
129:22, 130:13,
133:6, 139:12,
140:3, 140:17,
140:22, 141:11,
143:5, 144:17,
145:3, 145:13,
146:7, 146:18,
148:17, 152:9,

152:10, 152:12,
152:15, 153:6,
153:9, 153:13,
154:10, 156:16,
158:15, 160:11,
160:16, 161:6
shaken
34:6, 38:4,
42:18, 50:5,
50:10, 51:1,
51:20, 52:2,
56:23, 58:24,
64:2, 89:1,
89:19, 128:6,
166:11
shaking
36:21, 74:21,
110:16, 159:9
shall
103:15
shank
39:2, 106:12,
106:14
shape
98:12, 139:17
shawnee
79:3, 79:8
she
55:17, 63:2,
63:3, 68:15,
157:20, 164:23,
165:4, 166:14,
171:22
sheet
119:21, 164:8
sheridan
160:5
sherry
1:21, 3:20,
5:4, 173:3,
173:30
shift
14:17, 100:13,
101:2, 101:3,
101:10, 105:22,
111:22
shifts
23:10, 23:16

Transcript of David White
Conducted on August 22, 2018

209

| | | | |
|---|---|---|---|
| **shirt** | **signature** | **small** | 105:12, 110:20, |
| 40:19 | 5:6, 157:19 | 11:9, 110:6, | 114:7, 126:2, |
| **shooting** | **signature-lzrhb** | 131:12, 134:22 | 139:15, 143:6, |
| 20:19, 20:24 | 173:28 | **smaller** | 150:4, 157:23, |
| **short** | **signed** | 93:7, 99:19 | 158:8, 167:1 |
| 79:23, 93:20, | 104:14, 106:12 | **smashing** | **something** |
| 112:22, 139:20 | **signs** | 98:10 | 9:2, 16:4, |
| **shorthand** | 100:23, 101:4 | **smith** | 24:24, 34:9, |
| 3:21, 5:4 | **similar** | 66:5, 84:7, | 42:22, 46:15, |
| **shortly** | 78:9 | 85:3, 95:7, | 49:8, 78:14, |
| 11:18, 17:7, | **simple** | 131:1 | 78:15, 85:21, |
| 152:17 | 127:23, 163:6 | **sniper** | 92:24, 93:24, |
| **shot** | **since** | 29:17 | 96:18, 98:23, |
| 136:9 | 10:9, 10:21, | **some** | 99:3, 100:10, |
| **should** | 85:22, 99:15 | 7:16, 10:18, | 103:3, 104:16, |
| 56:10, 86:9, | **single** | 26:20, 29:14, | 105:20, 114:7, |
| 103:2, 107:14, | 118:10 | 34:18, 52:15, | 120:17, 120:23, |
| 154:14, 154:17, | **sit** | 54:1, 59:2, | 121:20, 126:16, |
| 154:18 | 15:12, 83:6, | 59:12, 65:10, | 127:7, 127:16, |
| **shoulder** | 167:4 | 70:19, 77:9, | 127:21, 131:3, |
| 41:10, 138:6 | **site** | 78:19, 79:22, | 140:21, 140:24, |
| **shouldn't** | 132:4 | 81:10, 98:12, | 141:24, 144:9, |
| 107:18, 126:1, | **sits** | 98:23, 99:10, | 145:12, 145:22, |
| 127:2 | 126:3 | 100:15, 115:10, | 148:12, 154:14, |
| **shouting** | **sitting** | 122:1, 124:22, | 156:6, 163:13, |
| 142:11 | 93:7, 147:20 | 124:23, 126:21, | 163:14, 163:15, |
| **show** | **situation** | 127:1, 127:3, | 167:2 |
| 17:15, 17:16, | 47:22, 88:17 | 128:2, 130:5, | **sometime** |
| 61:2, 126:16, | **six** | 132:11, 134:9, | 71:23, 71:24 |
| 127:13, 127:15 | 90:1, 90:2, | 134:10, 135:1, | **sometimes** |
| **showed** | 90:4, 90:8 | 135:2, 135:14, | 46:22, 46:23, |
| 59:21, 62:10 | **sixty** | 135:15, 135:16, | 49:9, 93:2, |
| **showing** | 50:13 | 135:18, 135:22, | 93:5, 95:5, |
| 135:22, 135:23 | **skills** | 136:1, 153:15, | 95:6, 96:20, |
| **sick** | 20:20 | 154:15, 154:18, | 118:1, 129:23, |
| 139:1 | **slash** | 156:15, 156:16, | 134:9, 135:22, |
| **side** | 82:19, 113:16 | 159:23, 164:23, | 151:15, 167:1 |
| 26:11, 41:19, | **sleeves** | 165:1, 165:12, | **somewhat** |
| 42:1, 47:5, | 41:7 | 165:22, 165:24, | 105:11, 105:13 |
| 47:6, 48:6, | **slightly** | 167:7 | **somewhere** |
| 89:10, 89:11, | 40:12 | **somebody** | 23:21, 113:8 |
| 120:3, 137:8, | **slip** | 83:13 | **soon** |
| 155:14, 157:9, | 96:3, 97:18, | **someone** | 49:19, 66:6, |
| 158:21 | 97:24, 104:5, | 9:10, 31:17, | 147:4, 147:8 |
| **sign** | 105:8, 109:8 | 49:5, 53:16, | **sop** |
| 100:21, 101:1 | **slips** | 65:16, 78:16, | 123:21 |
| **signal** | 97:4, 104:9, | 93:20, 94:19, | **sops** |
| 117:20 | 105:15 | 104:22, 105:2, | 124:2, 124:19 |

Transcript of David White
Conducted on August 22, 2018

210

| | | | |
|---|---|---|---|
| **sorry** 48:18, 91:17, 114:18, 121:18, 151:23 **sort** 6:22, 22:7, 22:10, 38:3, 41:6, 51:3, 98:20, 99:9, 111:24, 124:11, 143:12, 149:12, 149:15, 163:13 **south** 161:3 **southern** 1:2, 3:2, 24:8, 32:7, 32:10, 60:18, 65:11, 65:18, 153:21 **southwest** 16:6 **southwestern** 5:23, 16:12, 31:16, 31:24, 32:4 **space** 74:11, 91:4, 131:13 **speak** 37:22, 84:7, 108:4 **speaking** 88:14 **special** 16:24, 69:5 **specific** 26:1, 67:17, 117:5 **specifically** 34:14, 101:15, 120:18, 123:10 **specify** 84:1 **specifying** 83:8 **spectate** 77:6 **speculation** 25:10, 39:14, | 103:23, 115:21, 116:21, 117:2, 121:7, 125:17, 133:21 **spell** 5:15 **spelled** 171:24 **spinning** 92:21 **spit** 154:13, 154:20 **split** 54:12 **spoke** 30:15 **spokesperson** 8:14, 67:1 **spot** 25:1 **spots** 136:8 **spread** 136:18 **spring** 70:24, 71:1, 157:1, 157:3 **springfield** 12:14, 17:20, 23:22, 72:11, 72:12, 73:2, 134:23, 136:2, 160:21, 161:1 **squad** 18:6, 18:10, 18:16 **st** 1:2, 3:2, 3:22, 14:1, 34:24, 118:8 **stab** 38:23, 99:17 **stabbed** 131:5 **staff** 26:24, 37:23, 43:24, 49:2, 49:3, 51:6, | 66:1, 75:10, 77:7, 82:3, 82:19, 82:20, 87:22, 87:24, 91:11, 91:23, 101:13, 101:24, 103:15, 104:3, 104:24, 105:1, 108:21, 109:2, 118:18, 127:15, 128:2, 128:4, 128:5, 128:8, 131:5, 131:24, 132:7, 140:12, 140:17, 149:22, 150:5, 150:10, 152:1, 152:7, 155:11, 163:17 **staffing** 75:8 **staged** 127:14 **staging** 45:13, 45:14, 45:15, 46:1, 46:6, 47:4, 47:7, 47:9, 47:10, 47:13, 47:15, 47:18, 48:1, 49:4, 80:23, 81:6, 83:4, 83:9, 92:10, 93:24, 94:6, 94:12, 146:21, 147:22, 149:21, 150:1, 166:1, 166:4, 166:7, 166:9, 167:4 **stamped** 8:9 **stance** 138:2 **stand** 92:10, 136:8, 137:23, 142:7, 143:15, 147:16, 147:24, 148:6, | 148:9 **standard** 40:5, 40:9, 123:7, 123:9, 123:15, 123:20, 123:24, 124:17 **standardized** 164:6 **standards** 141:3 **standing** 20:5, 20:13, 43:20, 124:6, 147:20 **stands** 44:1 **starcom** 118:5, 118:7 **start** 7:8, 34:16, 71:14, 73:24, 74:20, 80:8, 90:13, 92:21, 122:16, 126:20, 138:6, 159:8 **started** 14:18, 17:7, 74:3, 97:2, 97:24, 124:15, 126:11, 126:14, 127:17 **starting** 58:11, 97:1 **state** 3:22, 5:15, 15:20, 43:3, 73:11, 113:14, 115:24, 116:1, 119:1, 171:13 **stated** 139:14, 160:3 **statement** 21:8, 33:10 **statements** 91:8 **states** 1:1, 3:1, 139:7 **stateville** 74:10 |

Transcript of David White
Conducted on August 22, 2018

211

statewide
18:22, 18:24,
19:2, 19:9,
19:12, 19:15,
19:22, 20:1,
22:1, 22:22,
24:23, 26:12,
26:17, 26:18,
27:4, 27:6,
27:8, 27:11,
27:14, 27:19,
28:10, 28:23,
29:9, 29:12,
29:15, 30:1,
30:4, 30:6,
30:10, 30:24,
31:1, 31:6,
31:11, 33:8,
35:17, 35:22,
36:24, 40:1,
41:10, 53:3,
53:8, 53:14,
61:10, 61:19,
61:22, 68:22,
69:19, 69:23,
70:18, 71:15,
72:24, 73:5,
76:14, 77:3,
118:11, 118:17,
118:19, 124:4,
152:16
stationed
13:17
status
161:7
stay
39:19, 46:8,
46:9, 46:20,
46:22, 47:18,
93:24, 94:5,
94:9, 163:19,
166:2
stayed
47:20, 47:21,
161:2, 161:3,
166:1
stays
7:1

steimel
2:3, 4:10,
9:19, 9:23,
25:9, 29:21,
39:13, 45:19,
55:16, 68:3,
68:8, 69:15,
75:17, 76:20,
81:12, 81:16,
86:16, 89:4,
103:22, 112:19,
115:20, 116:20,
117:1, 121:6,
125:16, 132:18,
132:22, 133:8,
133:20, 134:6,
137:14, 137:19,
138:16, 149:19,
151:7, 154:4,
164:22, 167:6,
168:22, 171:20,
172:3
step
31:20, 37:16,
45:1, 46:10,
137:1
stephanie
68:12
stepped
31:14, 32:11,
32:19, 33:4,
70:17
steps
45:1
steven
67:12
stg
97:7, 111:7,
112:2
stgs
65:23
still
28:21, 32:20,
44:12, 57:13,
66:9, 95:14,
95:15
stipulated
5:1

stood
148:2
stopped
23:19
story
102:1
street
4:5, 4:11
strike
10:22, 31:4,
35:19, 38:20,
47:8, 53:3,
129:21, 141:5,
143:2
striking
142:9
string
155:18
strip
43:13, 43:17,
44:1, 44:2,
44:7, 44:9,
48:14, 48:16,
62:16, 69:6,
81:5, 82:17,
87:12, 113:24,
115:14, 116:4,
116:6, 116:11,
116:13, 116:17,
136:14, 136:16,
137:1, 137:4,
138:19, 138:23,
166:16
strong
81:1
structure
18:4
stuff
52:15, 169:6,
169:11, 169:12,
169:13
style
122:16
subject
153:23
subjected
168:1
submitted
9:8

substance
114:19, 165:18,
171:24
sued
11:3, 170:12
suggests
162:16
summarize
151:11, 151:14
supervise
26:2, 27:14,
30:3, 35:21
supervising
19:9, 44:5,
44:18, 47:6,
48:6, 48:10
supervisor
19:1, 118:20
supervisory
80:16, 88:7
support
63:20
suppose
172:1
supposed
7:15, 7:20,
36:19, 74:18,
96:19, 128:15,
165:11
sure
6:11, 6:15,
12:15, 20:24,
26:4, 43:19,
46:10, 50:16,
53:6, 53:13,
56:21, 63:8,
75:6, 76:2,
82:15, 88:9,
100:18, 100:19,
101:24, 102:19,
104:13, 109:19,
113:6, 122:11,
128:1, 166:3
surfaces
141:6, 142:10
swansea
3:19, 173:5
switch
61:13

Transcript of David White
Conducted on August 22, 2018

212

switched
89:8
sworn
3:16, 5:10,
173:8

**T**

t's
100:19
ta
15:17
tact
17:19, 18:8,
18:9, 19:21,
20:3, 20:6,
20:14, 20:15,
21:23, 26:22,
38:8, 38:21,
39:1, 41:6,
50:14, 50:17,
53:14, 63:15,
84:12, 91:22,
99:16, 100:18,
105:12, 105:15,
120:19, 121:2,
122:13, 126:12,
128:12, 134:10,
153:21, 154:14,
156:15, 156:23,
163:17, 169:11
tag
39:9, 39:17
tags
39:5, 39:6
take
48:21, 52:10,
83:3, 94:18,
111:14, 112:21,
113:7, 135:2,
136:1, 146:16,
154:24, 155:19,
161:23
taken
1:17, 5:4, 8:5,
45:10, 45:11,
46:1, 79:23,
112:22, 113:3,
130:4, 132:5,

134:18, 139:20,
173:20
takes
128:17
taking
15:20, 43:1,
46:5, 94:13,
113:11, 136:4
talk
13:6, 16:16,
37:1, 37:4,
70:1, 78:3,
79:20, 79:24,
99:13, 117:12,
118:8, 119:24,
165:9, 165:18,
167:18
talked
9:16, 13:2,
45:2, 62:4,
74:19, 76:23,
78:2, 109:7,
119:21, 147:20,
160:18, 167:20,
168:4, 169:7,
169:10, 169:16,
169:20, 170:2,
170:3
talking
7:1, 7:8, 14:6,
21:23, 44:24,
49:20, 73:18,
73:22, 74:8,
75:1, 75:14,
76:3, 123:10,
131:15, 138:3,
155:11, 158:3,
169:23
tall
142:7
tape
126:21, 131:6,
131:23, 132:8
taping
126:20
target
70:14, 73:8
task
55:3

tattoo
112:10
taught
137:3, 137:16
taylorville
24:6
team
16:17, 17:2,
17:5, 17:9,
17:24, 18:5,
19:19, 19:22,
20:7, 20:8,
20:9, 20:11,
20:12, 20:16,
20:22, 21:1,
21:6, 21:11,
21:13, 21:19,
22:7, 22:10,
29:19, 37:8,
37:22, 41:6,
41:12, 42:18,
43:10, 43:16,
43:18, 45:17,
46:4, 49:12,
51:8, 51:11,
51:18, 54:12,
68:20, 69:5,
69:13, 69:20,
69:22, 77:16,
79:16, 80:6,
80:18, 82:5,
82:9, 85:19,
87:11, 88:20,
91:18, 93:9,
94:5, 94:8,
99:10, 100:9,
101:13, 102:17,
104:17, 105:3,
105:6, 105:12,
105:15, 107:15,
108:12, 108:17,
109:23, 113:23,
115:12, 120:21,
120:24, 125:12,
128:11, 128:12,
135:20, 135:24,
140:10, 141:4,
142:1, 143:3,

144:16, 147:6,
148:15, 148:20,
150:23, 154:14,
171:5
teams
8:1, 26:3
technical
131:17
tell
5:21, 7:13,
7:22, 8:11,
10:2, 11:22,
13:7, 17:12,
18:3, 20:7,
22:6, 22:9,
25:13, 25:15,
25:18, 25:24,
26:15, 30:13,
31:5, 33:23,
33:24, 34:12,
34:20, 35:9,
36:11, 37:4,
38:6, 38:8,
38:21, 40:18,
51:13, 51:17,
52:1, 54:21,
57:4, 58:10,
58:22, 59:3,
59:15, 64:10,
69:4, 70:8,
71:5, 71:10,
73:21, 75:21,
84:9, 87:21,
88:24, 89:1,
90:5, 100:5,
106:2, 106:9,
119:12, 120:15,
131:24, 132:2,
132:15, 134:20,
135:24, 136:15,
137:10, 139:5,
143:3, 156:10,
159:13, 160:8,
162:16, 162:24,
163:3, 163:12,
169:1, 169:18
telling
70:11

Transcript of David White
Conducted on August 22, 2018
213

tells
94:4, 156:18
temporary
15:18, 15:20
ten
26:23, 26:24,
39:24, 106:7,
128:24, 129:2
tenure
16:18, 17:1,
32:8, 32:17,
33:8, 35:21,
125:12, 126:10
term
63:19
terms
30:14
testicles
137:9, 137:10
testified
134:13, 138:11,
147:21, 161:14
testify
5:10, 173:8
testifying
99:8, 165:19
testimony
29:22, 75:18,
115:10, 116:5,
136:13, 144:5,
165:24, 168:23,
173:14
text
168:11, 168:13
th
4:11, 35:1,
54:8, 60:10
than
9:19, 12:5,
12:17, 15:22,
16:17, 19:21,
62:21, 119:18,
121:15, 124:2,
160:18, 166:5,
166:10
thank
5:18, 49:21,
63:20

that's
7:17, 8:22,
10:12, 16:14,
18:21, 22:1,
34:9, 35:2,
36:16, 38:11,
47:8, 49:1,
52:6, 54:18,
59:19, 59:24,
60:13, 65:23,
70:15, 80:21,
82:4, 83:11,
84:4, 84:12,
86:12, 91:24,
94:23, 96:5,
96:17, 99:15,
101:14, 101:23,
104:16, 105:23,
109:7, 110:5,
111:6, 115:6,
117:5, 117:8,
117:9, 119:17,
122:19, 124:15,
124:18, 125:6,
134:1, 135:17,
137:3, 138:10,
139:1, 141:15,
144:2, 144:9,
149:6, 149:16,
155:1, 156:16,
159:1, 163:4,
166:13, 167:5,
170:4
their
20:9, 26:7,
26:9, 28:5,
45:3, 45:11,
46:1, 47:3,
47:4, 48:8,
48:13, 69:4,
72:12, 80:22,
84:19, 84:20,
88:15, 97:17,
98:7, 98:12,
102:18, 105:1,
108:2, 109:20,
116:13, 119:16,
119:17, 122:6,

127:16, 131:11,
137:6, 137:7,
137:8, 137:9,
137:10, 141:5,
143:16, 144:6,
146:24, 148:10,
149:23, 162:22,
166:15, 167:2
them
6:7, 8:6,
15:21, 15:22,
15:23, 18:23,
24:5, 30:10,
31:3, 34:2,
38:8, 38:17,
47:12, 47:13,
48:3, 65:24,
70:2, 73:10,
75:11, 77:18,
77:22, 78:11,
78:20, 80:22,
83:3, 83:5,
86:19, 90:15,
92:18, 92:19,
92:21, 92:23,
94:13, 94:20,
97:20, 98:10,
98:14, 100:21,
100:23, 101:16,
104:22, 105:19,
106:20, 108:5,
108:13, 108:23,
111:2, 113:7,
114:23, 118:9,
126:17, 129:11,
129:13, 131:15,
134:9, 134:10,
136:7, 137:10,
141:15, 142:6,
142:20, 142:22,
143:18, 144:7,
147:9, 148:5,
164:5, 169:21,
171:13
themselves
55:20, 146:6
then
8:11, 10:10,

10:16, 12:23,
17:14, 17:19,
18:2, 18:13,
18:19, 21:18,
22:6, 23:22,
25:2, 27:9,
30:17, 31:13,
36:14, 37:7,
37:13, 44:7,
44:15, 44:20,
45:10, 46:10,
49:1, 50:19,
51:3, 51:17,
57:2, 60:6,
68:1, 70:5,
70:13, 73:12,
74:1, 78:2,
78:3, 79:5,
82:19, 83:5,
85:6, 85:8,
85:10, 90:10,
90:11, 92:21,
93:6, 93:9,
95:13, 101:6,
103:15, 105:19,
111:14, 121:1,
128:18, 130:23,
136:19, 138:7,
147:4, 150:14,
155:2, 156:18,
157:1, 159:22,
163:8, 168:9,
168:10, 168:11,
169:8
thereupon
173:11
these
12:3, 12:9,
22:7, 30:24,
33:15, 33:23,
34:1, 34:5,
34:10, 34:13,
34:15, 46:16,
51:20, 52:2,
52:9, 58:14,
58:19, 59:13,
59:18, 60:15,
64:5, 70:1,

Transcript of David White
Conducted on August 22, 2018

214

| | | | |
|---|---|---|---|
| 75:14, 76:24, 78:7, 78:9, 78:14, 79:21, 82:1, 85:22, 87:7, 87:18, 88:1, 89:11, 94:20, 109:19, 116:11, 118:7, 120:10, 129:21, 135:1, 135:21, 136:4, 148:3, 148:16, 160:15, 161:6, 161:11 **thing** 12:1, 17:17, 36:17, 36:23, 56:14, 78:13, 80:1, 117:19, 119:15, 123:21, 126:4, 126:12, 143:12, 152:3, 162:12, 165:11 **things** 12:4, 20:21, 38:14, 51:1, 74:4, 74:11, 81:3, 86:1, 96:11, 97:14, 97:23, 113:19, 120:1, 122:17, 127:6, 132:13, 142:9, 142:11, 160:16, 161:7, 165:23 **think** 8:6, 8:17, 15:12, 18:1, 23:4, 24:7, 24:17, 24:18, 33:1, 33:2, 34:2, 41:10, 55:15, 56:4, 58:11, 58:13, 59:23, 59:24, 62:10, 63:7, 66:7, 67:10, 70:19, 71:21, 73:7, 74:18, | 78:17, 83:23, 89:9, 89:16, 96:3, 96:18, 99:8, 109:18, 113:1, 113:12, 113:14, 117:18, 121:1, 123:19, 135:10, 135:15, 135:16, 135:17, 137:21, 137:22, 138:4, 138:8, 141:21, 152:11, 158:3, 158:5, 160:3, 161:14, 162:9, 162:19, 166:18, 168:9, 168:10, 171:14 **third** 6:20, 170:13 **thorough** 97:1, 97:3 **thoroughly** 102:1 **those** 7:13, 8:12, 11:7, 14:24, 15:3, 20:21, 27:7, 27:11, 27:14, 27:16, 30:3, 30:6, 35:5, 36:3, 36:5, 51:4, 51:21, 63:22, 74:5, 81:15, 83:14, 83:15, 84:4, 85:23, 86:1, 87:23, 90:6, 90:8, 95:3, 95:21, 95:23, 105:14, 105:15, 106:21, 108:20, 108:21, 109:24, 110:24, 111:1, 113:22, 125:20, 134:4, 134:7, 134:17, 135:19, 142:9, 142:11, 149:23, | 150:18, 161:15, 164:4, 170:9, 171:7, 171:16 **though** 29:21, 56:17, 128:13 **thought** 10:1, 91:22, 126:15, 136:9, 169:6 **thoughts** 49:21 **threat** 28:1, 65:23 **three** 15:17, 42:11, 42:12, 52:10, 54:11, 57:20, 89:14, 89:16, 89:22, 89:23, 90:4, 90:11, 95:8, 104:14, 131:5, 165:14, 170:8, 170:13, 171:16 **threshold** 20:24 **threw** 163:24 **through** 10:11, 10:14, 10:17, 19:17, 19:21, 20:4, 20:15, 20:16, 27:6, 27:8, 33:12, 33:15, 34:24, 60:3, 71:2, 77:10, 88:2, 104:1, 116:19, 122:18, 135:13 **throughout** 8:2, 15:3, 32:7, 32:17, 33:7, 39:16, 41:19, 57:15, 61:2, 67:2, 73:9, 73:11, | 76:10, 97:14, 108:16, 147:16, 148:9, 161:6 **throw** 126:16 **thrown** 46:21, 96:20, 96:21 **ticket** 106:8, 106:13, 108:5, 109:13 **times** 31:22, 37:15, 42:21, 57:17, 57:20, 57:24, 58:3, 65:22, 84:11, 84:12, 85:1, 89:8, 95:2, 104:2, 104:24, 106:7, 108:19, 108:20, 131:3, 161:4, 168:10, 170:11 **title** 5:21, 15:7, 16:14, 28:19, 115:7, 122:6, 122:23 **tobacco** 112:6 **today** 16:14, 39:9, 155:11, 167:11, 167:18 **today's** 7:10, 9:16, 9:20 **together** 54:12, 57:24, 58:4, 75:8, 79:3, 79:4, 105:3 **told** 71:11, 73:4, 73:13, 76:16, 76:17, 77:1, 79:2, 85:5, 156:7, 168:18, |

Transcript of David White
Conducted on August 22, 2018

215

169:18
**tomorrow**
49:22
**too**
18:14, 107:8
**took**
25:1, 40:9,
57:15, 61:10,
90:19, 136:7,
151:18
**tool**
110:2, 110:4
**top**
137:2
**torso**
137:24
**total**
146:23
**totally**
69:8, 95:13
**touch**
87:12
**touching**
109:21, 143:21,
144:7, 173:9
**towards**
63:15
**toxins**
71:16
**trade**
164:4, 164:5
**training**
17:22, 26:5,
29:14, 29:19,
163:2
**trainings**
26:9
**transcribed**
5:5
**transcript**
2:18, 171:23
**transfer**
31:15, 31:24,
32:3, 66:4
**transferred**
31:14
**transmission**
118:8

**transmit**
82:8, 117:19
**transpired**
97:14
**trash**
96:12, 96:19,
96:22
**travel**
55:6, 55:7,
55:9
**treated**
150:9
**treatment**
149:11, 149:17
**trial**
170:14
**tried**
21:15
**trt**
19:22, 20:4,
20:7, 20:11,
20:16, 21:13,
21:18, 21:23,
21:24, 22:4,
29:17, 31:15,
41:10, 63:14,
75:7, 158:12
**true**
12:3, 17:2,
20:22, 21:20,
28:22, 38:4,
43:14, 59:19,
60:13, 72:22,
105:23, 122:19,
126:2, 173:13
**truth**
5:11, 5:12,
173:8, 173:9
**try**
53:8, 73:10,
73:24, 75:8,
77:11, 110:7,
135:3, 146:3,
151:10
**trying**
15:22, 36:16,
54:24, 73:7,
73:8, 74:17,

98:12, 98:14,
98:16, 123:11,
127:1, 131:14,
136:11, 166:21
**tryout**
20:16, 20:17,
20:18, 20:19
**turn**
97:20, 100:12
**turned**
97:20, 101:9,
105:18, 111:13,
147:2, 147:4,
147:6, 147:8,
147:9, 147:12
**turning**
57:2
**turnover**
39:16
**tv**
97:16, 98:7,
99:2, 99:20,
99:23, 100:2,
158:4
**tvs**
97:17, 98:4,
98:10, 99:11
**two**
24:15, 38:23,
39:4, 41:19,
41:20, 41:22,
51:12, 51:14,
61:2, 89:18,
89:21, 90:16,
90:17, 93:11,
95:7, 95:12,
95:23, 104:13,
117:24, 118:1,
118:2, 128:16,
136:10, 146:23,
147:16, 147:24,
148:2, 160:9,
160:10, 161:11,
162:6, 166:5,
166:10
**types**
169:19
**typewriting**
5:6

**typical**
38:21, 42:4,
42:8, 46:16,
48:14, 48:18,
49:23, 53:2,
53:4, 86:14,
86:23, 92:2,
92:9, 117:8,
156:7, 164:10
**typically**
37:19, 43:15,
52:10, 60:22,
67:4, 81:5,
84:19, 84:22,
85:13, 87:14,
87:15, 94:8,
94:11, 116:7,
128:8, 132:7,
155:9, 156:6,
157:4, 161:10,
161:15, 164:1

**U**

**uh-huh**
6:13, 6:16,
50:6, 80:3
**umbrella**
22:7
**under**
22:7, 80:12,
82:12, 86:8,
91:7, 103:6,
103:9, 109:4,
113:16, 114:22,
114:24, 117:4,
138:12, 140:13,
173:12
**underneath**
141:3
**understand**
6:12, 23:13,
36:16, 45:21,
76:23, 86:21,
121:18, 123:11,
133:10, 133:13
**understanding**
38:1, 41:15,
43:12, 65:10,

Transcript of David White
Conducted on August 22, 2018

216

| | | | |
|---|---|---|---|
| 73:12, 76:2,<br>81:9, 101:22<br>**understood**<br>146:17<br>**underwear**<br>115:4, 115:11,<br>115:14, 116:3,<br>116:13, 116:16,<br>166:15, 166:21,<br>167:1<br>**undressed**<br>69:9<br>**unearth**<br>76:18<br>**uniform**<br>38:21, 38:22,<br>40:4, 40:17,<br>40:21<br>**uniforms**<br>40:3<br>**unit**<br>16:19, 16:20,<br>36:7, 36:14,<br>39:16, 43:9,<br>46:5, 47:4,<br>48:1, 48:9,<br>49:11, 73:1,<br>83:9, 85:2,<br>91:10, 91:11,<br>94:12, 98:17,<br>110:11, 110:12,<br>119:5, 126:13<br>**united**<br>1:1, 3:1, 139:7<br>**units**<br>8:1, 25:23,<br>38:3, 63:15,<br>80:17, 89:22,<br>104:4, 134:24<br>**unjustified**<br>149:7<br>**unless**<br>83:11, 86:19,<br>88:16, 109:13,<br>161:4<br>**unofficial**<br>168:2<br>**until**<br>24:16, 31:12, | 52:12<br>**unwritten**<br>85:24<br>**upgrade**<br>118:6<br>**upon**<br>47:21, 121:20<br>**uprise**<br>94:18<br>**upstairs**<br>111:21<br>**urinate**<br>146:5, 146:9<br>**use**<br>41:16, 45:12,<br>78:8, 78:10,<br>102:10, 102:20,<br>102:22, 103:1,<br>110:13, 128:18,<br>128:19, 131:1,<br>140:16, 141:21,<br>145:18, 148:16,<br>148:21, 163:2<br>**used**<br>41:18, 63:14,<br>71:2, 78:13,<br>101:18, 102:6,<br>108:4, 117:9,<br>125:18, 130:21,<br>157:5<br>**uses**<br>102:16<br>**using**<br>139:22, 140:18,<br>144:12<br>**usual**<br>36:15, 36:17<br>**usually**<br>27:6, 27:8,<br>30:16, 37:17,<br>38:2, 38:11,<br>41:20, 43:11,<br>45:14, 46:9,<br>49:2, 49:5,<br>49:20, 50:2,<br>62:17, 66:3,<br>74:4, 79:2,<br>80:9, 80:23, | 83:5, 92:18,<br>94:23, 96:20,<br>100:16, 102:9,<br>102:18, 103:24,<br>104:11, 104:20,<br>105:17, 108:15,<br>110:1, 110:5,<br>110:12, 111:1,<br>111:21, 118:18,<br>119:1, 127:11,<br>129:7, 130:23,<br>131:21, 147:9,<br>150:6, 150:12,<br>160:18, 161:3,<br>163:23<br><br>**V**<br><br>**vacation**<br>57:15, 59:21,<br>60:1, 165:12<br>**vandalia**<br>94:9<br>**varies**<br>46:17<br>**various**<br>8:6, 73:19,<br>142:10<br>**vary**<br>67:6<br>**vehicle**<br>55:10<br>**verbal**<br>6:15<br>**verbatim**<br>169:2<br>**version**<br>121:5<br>**very**<br>97:2, 140:12,<br>146:22<br>**vest**<br>38:23, 39:20,<br>39:22, 99:17<br>**via**<br>161:8<br>**video**<br>124:24, 125:14,<br>130:4, 130:12, | 131:10, 131:13,<br>132:5, 132:11,<br>132:17, 132:21,<br>133:7, 133:17,<br>153:6<br>**videotape**<br>126:9, 129:9,<br>129:13, 129:16,<br>129:23, 131:19,<br>132:4, 153:2<br>**videotaped**<br>125:2, 125:11,<br>125:15, 126:13,<br>129:22, 130:1,<br>134:2<br>**videotaping**<br>126:6, 128:3<br>**view**<br>101:11, 127:12,<br>136:11<br>**violate**<br>146:10<br>**violation**<br>138:24, 140:6,<br>140:24, 143:13,<br>144:9, 144:19,<br>145:5, 145:15,<br>146:1, 148:12<br>**violent**<br>138:9<br>**visual**<br>97:18<br>**void**<br>54:13<br>**volleyball**<br>31:21<br>**vs**<br>1:8, 3:8<br><br>**W**<br><br>**w-h-i-t-e**<br>5:17<br>**waiting**<br>137:22<br>**waive**<br>172:3<br>**waived**<br>5:7 |

Transcript of David White
Conducted on August 22, 2018

| | | | |
|---|---|---|---|
| **wake**<br>142:7<br>**walk**<br>19:17, 38:17,<br>41:11, 46:13,<br>49:3<br>**walked**<br>42:14, 43:9,<br>83:13<br>**walker**<br>83:14<br>**walking**<br>42:1, 116:1,<br>167:3<br>**walks**<br>46:10, 97:15<br>**wall**<br>43:20, 48:24,<br>92:19<br>**wallop**<br>137:22<br>**want**<br>36:6, 41:20,<br>43:21, 56:21,<br>74:20, 74:21,<br>74:22, 77:5,<br>79:20, 83:4,<br>84:17, 85:24,<br>94:21, 94:22,<br>124:16, 126:3,<br>128:14, 138:2,<br>141:16, 152:3,<br>163:1<br>**wanted**<br>76:17, 78:19,<br>131:18, 134:24,<br>147:1, 152:11,<br>160:3, 162:24,<br>163:4, 163:5,<br>164:24, 166:3<br>**wanting**<br>76:24<br>**wants**<br>129:2, 146:12,<br>159:8<br>**warden**<br>25:1, 26:24,<br>42:3, 42:4, | 42:8, 42:9,<br>42:10, 49:5,<br>49:19, 49:20,<br>63:10, 65:8,<br>66:7, 66:16,<br>66:24, 67:1,<br>67:4, 67:5,<br>67:12, 67:21,<br>68:2, 68:5,<br>68:11, 88:7,<br>88:12, 103:18,<br>119:4, 124:6,<br>127:10, 127:24,<br>129:9, 129:12,<br>129:15, 129:18,<br>131:21, 131:22,<br>135:13, 152:22,<br>153:1, 164:14<br>**warden's**<br>127:10, 133:22,<br>166:8<br>**wardens**<br>8:1, 37:18,<br>70:6, 127:22<br>**wasn't**<br>12:4, 31:23,<br>54:7, 57:7,<br>74:2, 74:16,<br>86:14, 98:6,<br>118:12, 157:4,<br>164:10, 169:14<br>**watching**<br>44:5, 44:12,<br>44:16, 75:5,<br>116:8<br>**water**<br>79:22, 146:18,<br>146:19, 147:1,<br>147:2, 147:12<br>**way**<br>6:12, 6:17,<br>6:24, 17:5,<br>43:21, 43:22,<br>47:13, 70:15,<br>90:9, 91:8,<br>95:8, 95:10,<br>95:23, 97:12,<br>98:12, 127:6, | 130:17, 136:14,<br>137:12, 137:15,<br>137:18, 138:5,<br>138:11, 138:13,<br>138:19, 138:20,<br>138:23, 139:17,<br>143:8, 143:19,<br>143:24, 144:3,<br>148:22, 152:21,<br>154:15, 156:7,<br>165:21, 168:24<br>**ways**<br>108:22<br>**we'd**<br>49:17<br>**we'll**<br>16:16, 31:10,<br>100:1<br>**we're**<br>29:17<br>**we've**<br>11:9, 62:4,<br>85:22, 108:22,<br>123:11, 127:14,<br>137:15, 155:10,<br>156:13, 163:16<br>**weapon**<br>20:19, 112:1<br>**weapons**<br>71:16<br>**wear**<br>40:15, 40:17,<br>109:24, 113:24,<br>114:3, 115:8,<br>115:11, 115:14,<br>141:5, 166:15<br>**wearing**<br>167:1<br>**wednesday**<br>3:17<br>**week**<br>34:3, 54:16,<br>59:9, 59:21,<br>59:22, 60:1,<br>61:2, 70:13<br>**weekend**<br>49:23<br>**weeks**<br>156:20, 165:14 | **weird**<br>99:21<br>**well**<br>25:22, 26:2,<br>32:1, 34:24,<br>37:12, 39:17,<br>42:13, 45:18,<br>48:2, 48:10,<br>56:11, 57:10,<br>65:21, 68:23,<br>72:22, 73:7,<br>75:2, 77:5,<br>82:24, 85:17,<br>86:5, 88:8,<br>89:3, 96:15,<br>97:13, 98:8,<br>101:23, 107:18,<br>113:2, 114:4,<br>118:4, 122:19,<br>126:19, 127:23,<br>131:4, 135:13,<br>146:3, 147:2,<br>148:7, 157:3,<br>161:2, 161:12,<br>161:16, 169:15<br>**went**<br>27:6, 27:8,<br>31:14, 50:14,<br>50:17, 50:20,<br>61:14, 79:8,<br>90:11, 90:24,<br>131:11, 164:7,<br>166:20, 167:11,<br>168:16, 169:7,<br>169:8, 169:23<br>**weren't**<br>12:3, 52:5,<br>53:10, 53:12,<br>93:22, 146:22<br>**west**<br>4:11<br>**western**<br>24:6<br>**what's**<br>30:20, 33:15,<br>38:21, 46:24,<br>47:22, 74:22,<br>108:24, 114:10, |

Transcript of David White
Conducted on August 22, 2018

153:19, 155:18,
162:3, 165:20
**whatever**
36:13, 41:20,
49:16, 61:15,
83:4, 87:10,
96:21, 99:2,
117:19, 150:3,
151:17, 151:18
**when**
7:15, 7:19,
10:22, 10:23,
11:14, 13:7,
13:13, 14:11,
14:17, 15:9,
15:14, 15:24,
16:8, 17:4,
19:17, 21:13,
22:11, 22:12,
23:5, 28:10,
28:18, 28:22,
29:12, 32:11,
32:19, 33:4,
36:10, 36:12,
36:23, 37:15,
38:6, 40:9,
41:12, 42:21,
43:22, 47:2,
47:8, 47:9,
53:3, 53:5,
57:17, 57:20,
57:24, 58:3,
61:10, 61:13,
61:14, 61:18,
61:22, 69:18,
71:6, 71:17,
74:14, 80:6,
80:7, 84:5,
86:1, 88:15,
92:15, 92:18,
95:2, 96:1,
98:14, 100:5,
100:8, 105:5,
114:24, 115:8,
117:23, 118:19,
120:23, 121:2,
121:10, 122:18,
126:12, 126:20,

127:21, 128:6,
129:22, 132:3,
136:4, 136:10,
139:5, 146:19,
146:21, 147:12,
147:22, 149:10,
149:16, 151:12,
152:13, 156:10,
165:14, 169:14
**whenever**
40:6
**where**
6:22, 7:20,
12:13, 13:17,
14:12, 16:5,
19:24, 27:24,
38:2, 38:14,
41:12, 44:4,
44:24, 45:11,
55:17, 72:10,
74:20, 76:11,
80:10, 81:14,
83:19, 84:12,
91:13, 101:7,
102:11, 105:14,
111:6, 111:22,
112:12, 124:15,
132:5, 132:14,
134:4, 134:8,
136:4, 136:6,
136:8, 137:24,
143:21, 160:24,
163:10, 163:16
**wherever**
27:1, 81:7,
94:13
**whether**
8:8, 9:10,
31:6, 33:24,
47:15, 51:13,
52:15, 54:1,
55:23, 57:4,
58:23, 60:7,
60:15, 62:14,
63:5, 64:1,
64:4, 64:16,
64:20, 75:9,
75:21, 82:13,

89:1, 90:6,
90:7, 90:9,
90:15, 101:24,
106:2, 107:16,
111:9, 113:4,
115:2, 115:10,
131:3, 143:9,
144:2, 149:6,
160:14, 163:12,
166:1, 166:14
**which**
19:24, 20:5,
30:22, 35:9,
35:13, 49:3,
56:5, 56:7,
59:15, 60:13,
62:12, 64:7,
64:10, 74:19,
81:23, 83:1,
86:23, 89:18,
90:21, 95:1,
96:3, 98:6,
98:22, 98:24,
99:10, 106:18,
114:23, 116:2,
118:6, 120:9,
129:4, 129:5,
159:7, 170:15,
173:19
**while**
7:6, 10:7,
10:9, 15:13,
44:1, 45:11,
120:15, 146:20,
167:3
**white**
1:14, 3:15,
5:3, 5:9, 5:17,
39:8, 39:10,
41:1, 131:24,
173:7
**whitecamp**
8:21, 8:23
**who**
7:1, 9:5, 9:8,
11:7, 18:19,
19:1, 22:21,
23:3, 24:8,

24:11, 25:4,
30:15, 32:23,
42:13, 54:7,
54:8, 65:6,
70:2, 72:4,
80:13, 81:19,
82:1, 85:13,
91:17, 91:18,
91:20, 93:23,
94:5, 95:1,
98:16, 100:3,
100:23, 109:23,
118:16, 118:19,
121:5, 121:14,
122:3, 126:2,
128:15, 128:22,
133:19, 135:11,
136:6, 145:8,
150:8, 154:19,
155:6, 158:12,
161:10, 164:13,
171:8, 173:8
**whoever**
94:4, 105:15
**whole**
5:11, 34:3,
37:10, 47:19,
47:20, 98:6,
114:5, 126:18,
131:2, 148:2
**why**
24:1, 25:7,
25:15, 31:20,
32:3, 36:6,
39:12, 39:21,
70:8, 70:15,
76:17, 77:2,
80:21, 82:22,
87:21, 87:23,
94:14, 101:22,
109:15, 113:7,
116:1, 125:14,
125:20, 152:6,
158:11, 160:20,
168:24
**will**
18:8, 18:21,
37:5, 44:10,

Transcript of David White
Conducted on August 22, 2018

219

45:8, 48:23,
49:4, 82:17,
84:1, 84:8,
84:11, 88:3,
91:9, 96:20,
100:18, 101:1,
101:2, 101:3,
105:19, 108:15,
109:1, 110:1,
111:13, 111:21,
111:22, 119:4,
119:19, 135:2,
135:3, 142:20,
146:15, 150:6,
150:12, 150:14,
155:19, 159:10
**willing**
17:16
**wing**
36:20, 36:22,
49:13, 50:1,
50:5, 50:10,
50:14, 50:17,
50:18, 50:19,
50:20, 51:7,
56:16, 69:8,
87:7, 87:9
**wings**
51:5, 51:20,
52:2, 52:10
**wise**
91:23, 123:2
**within**
3:22, 6:2,
19:5, 19:18,
22:10, 24:3,
27:17, 48:9,
58:21, 110:7,
110:18
**without**
103:10, 166:20
**witness**
5:6, 5:7,
29:23, 39:15,
68:10, 69:17,
81:13, 81:17,
86:18, 89:6,
103:24, 112:20,

116:22, 117:3,
121:8, 125:18,
132:19, 132:23,
133:22, 134:7,
137:15, 137:20,
138:17, 149:20,
172:2, 173:11,
173:15
**witnessed**
148:20
**women**
69:19
**word**
95:11, 172:1
**words**
23:9
**work**
6:1, 8:17,
14:3, 14:11,
14:13, 14:17,
14:20, 14:23,
15:2, 24:13,
27:2, 43:5,
54:12, 65:20,
73:23, 75:11,
90:14, 97:17,
101:6, 105:3,
156:16, 157:24,
171:5
**worked**
14:1, 23:14,
30:15, 65:16,
74:1, 94:23,
132:10
**working**
13:7, 23:6,
23:10, 23:11,
23:19, 23:20,
65:17
**works**
93:18, 130:17,
134:12
**wouldn't**
39:24, 46:19,
82:6, 92:8,
92:12, 92:13,
125:20, 146:13
**write**
82:23, 103:15,

107:4, 107:17,
120:4
**writer**
101:1
**writes**
100:23
**writing**
149:1, 162:14,
162:17, 173:13
**written**
7:17, 82:16,
86:12, 91:13,
99:1, 106:15,
114:10, 119:3,
123:21, 124:2,
124:5, 124:17,
124:19, 125:4
**wrong**
172:1
**wrote**
108:5, 156:11,
162:23

---
**X**
---
**x**
27:1

---
**Y**
---
**yeah**
15:19, 16:4,
19:11, 23:2,
38:6, 48:3,
52:21, 59:24,
70:20, 70:22,
80:10, 80:21,
81:3, 86:13,
86:18, 87:9,
98:2, 98:11,
106:5, 116:9,
117:14, 122:11,
122:14, 122:20,
127:1, 133:12,
133:14, 135:10,
136:7, 137:20,
150:12, 151:22,
162:14, 163:10,
164:3
**year**
11:17, 14:5,

15:23, 24:17,
72:1, 120:15
**year-long**
15:22
**years**
13:20, 14:22,
14:24, 15:1,
15:3, 15:7,
15:17, 24:15,
97:2, 97:14
**yell**
142:1
**yelling**
87:15, 142:5
**yesterday**
74:17
**yet**
93:22
**you've**
9:22, 82:16,
86:12, 86:22,
119:3, 139:5,
141:24, 151:1,
151:12
**young**
94:21
**yours**
32:1, 41:2
**yourself**
57:21, 72:6,
90:14, 121:16,
153:23, 155:20,
155:22, 159:4,
170:17
**yugo**
118:6
**yurkovich**
61:8, 62:7,
62:10, 64:21,
70:11, 72:5,
75:13, 77:13,
77:20, 77:23,
78:5, 79:2,
118:21, 122:9,
152:10, 153:5,
155:23, 156:18,
159:5, 159:8,
159:21, 160:15,

Transcript of David White
Conducted on August 22, 2018

160:18, 161:5

**Z**

**zach**
66:14
**zachary**
65:5
**zone**
6:1, 23:6,
23:9, 23:10,
23:11, 23:19

**0**

**00**
3:17, 3:18,
52:14, 52:15
**004416**
1:22
**0300**
103:11, 106:11,
109:7
**0309**
1:8, 3:8
**084**
1:22

**1**

**1**
3:18, 52:14
**1-4**
2:8
**10**
2:14, 84:14,
161:21, 162:1,
162:3, 167:16
**100**
4:11, 17:17,
92:7, 114:23
**108**
92:6, 93:12,
93:17
**11**
55:21
**12**
24:17, 60:4,
106:12, 156:11
**13**
4:11, 72:3

**130**
98:4
**133**
88:20, 90:17,
93:18
**1342045**
89:14
**13452**
59:23, 60:14
**13456**
60:13
**14**
16:6, 60:7
**14856**
160:2
**14857**
159:8
**15**
1:8, 3:8,
14:22, 14:24,
16:6, 60:10,
157:16
**153**
2:9
**154**
2:10
**155**
2:11
**157**
2:12
**158**
2:13
**16**
15:1, 15:3,
15:6
**161**
2:14
**164**
2:3
**167**
2:4
**1994**
13:14
**1996**
77:6
**1998**
13:9, 13:24,
14:9

**1999**
17:6
**1:ish**
52:14

**2**

**20**
60:7, 91:23,
92:9, 92:24,
107:23
**2001**
21:14
**2005**
77:4
**2008**
15:16
**201**
3:19, 173:5
**2011**
15:16, 15:17,
22:13, 23:9,
23:19, 28:15,
121:12
**2012**
24:19, 24:22,
118:4
**2013**
24:16
**2014**
16:3, 42:15,
51:15, 52:19,
54:8, 54:23,
55:14, 55:21,
56:1, 58:8,
59:1, 60:3,
60:4, 60:7,
60:10, 61:7,
64:2, 64:14,
64:23, 65:3,
65:24, 67:9,
67:13, 69:18,
71:6, 71:19,
71:23, 71:24,
72:3, 82:14,
88:22, 89:20,
92:17, 98:20,
115:15, 116:12,
118:12, 126:21,

**129**:10, 132:16,
133:6, 139:13,
140:3, 140:22,
141:11, 143:5,
144:17, 145:2,
145:12, 145:22,
146:7, 146:18,
153:10, 153:13,
156:11, 157:17,
161:6, 162:7,
163:14
**2015**
31:12, 32:11,
32:19, 33:4,
61:23
**2018**
1:18, 3:17,
173:25
**21**
34:24, 50:5,
50:22, 54:8
**22**
1:18, 3:17
**28**
162:7
**29**
35:1, 54:8,
163:14
**2:ish**
52:15
**2d**
13:18

**3**

**30**
22:2, 38:7,
52:14
**300**
96:3
**311**
4:5
**33**
2:8
**36**
38:24
**3d**
13:18
**3rd**
4:5

Transcript of David White
Conducted on August 22, 2018
221

**4**
84:14
**40**
17:19, 18:1,
69:21
**434**
98:24, 109:10,
149:1, 154:18
**4th**
89:2, 90:22

**5**

**50**
107:23
**54**
92:4, 92:5,
93:10
**5th**
89:3

**6**

**60**
50:14, 50:17
**60601**
4:12
**60607**
4:6
**61**
51:18, 52:1
**62226**
3:20, 173:6
**650**
69:24
**6th**
89:3

**7**

**7**
38:7
**7205**
109:12
**7th**
159:14

**8**

**80**
85:23

**839**
1:23

**9**

**9**
3:17
**90**
15:23, 76:15,
85:23
**93**
14:7
**94**
14:7
**98**
23:9, 118:11