IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Judge Staci Yandle |
| Defendants. | ) | Mag. Judge Stephen Williams |

# Exhibit 49

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of<br>Themselves and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 0309 |
| | ) | |
| GREG GOSSETT, et al., | ) | Hon. Staci M. Yandle, J. |
| | ) | |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF ANDRE SMITH

I, Andre Smith, declare under penalty of perjury that the following is true
and correct:

1. My name is Andre Smith and my IDOC number is R49934. All of the
statements in this declaration are based on my personal knowledge.

2. I am currently incarcerated at Lawrence Correctional Center.

3. I was incarcerated at Lawrence Correctional Center in July 2014.

4. In July, 2014, I was housed in 1 House. On that date, I was subjected
to a mass shakedown conducted by Orange Crush.

5. The shakedown of 1 House at Lawrence in July, 2014 began with
members of Orange Crush yelling and screaming at the prisoners and banging their
batons against the walls, doors and other surfaces as they entered the unit. The
sounds of Orange Crush entering the unit somewhat startled me.

6. The members of Orange Crush were dressed in orange jumpsuits with
black vests. Each had a baton, and they were wearing riot helmets with face shields
that hid their faces. They were not wearing nametags.

7. Several prison officials who were not wearing the Orange Crush
uniform were present in the cafeteria during the shakedown.

8. One of the members of Orange Crush came up to my cell and ordered
me to remove all of my clothing.

1

P002768

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.  I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs.

12.     I was handcuffed more tightly than usual, which caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

P002769

30.    During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

31.    Throughout the mass shakedown conducted by Orange Crush in July, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

32.    At no point during the mass shakedown in July, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


9/4/, 2018
Date

_Andre Smith_
ANDRE SMITH

4

P002770

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                                          )
            Plaintiffs,                   )
                                          )
        v.                                )        Case No. 15 C 0309
                                          )
GREG GOSSETT, et al.,                     )        Hon. Staci M. Yandle, J.
                                          )
            Defendants.                   )        Hon. Stephen C. Williams, M.J.

<u>DECLARATION OF BRUCE SMITH</u>

I, Bruce Smith, declare under penalty of perjury that the following is true and correct:

1.      My name is Bruce Smith and my IDOC number is M41747. All of the statements in this declaration are based on my personal knowledge.

2.      I am currently incarcerated at Big Muddy River Correctional Center.

3.      I was incarcerated at Big Muddy River Correctional Center in May 2014.

4.      In May 2014, I was housed in 2B. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.      The shakedown of 2B at Big Muddy River in May, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush chanting "punish the inmates!" The sounds of Orange Crush entering the unit startled me.

6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.      Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

1

8.    One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

9.    After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.  I was in full view of female officers while being strip searched and I could hear their voices.

10.    After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on underwear or an undershirt.

11.    I do not recall how I was handcuffed during this particular shakedown.

12.    After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

13.    Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

14.    Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

15.    In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

16.    Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

17.    Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

P002772

18.     During the line movement from the housing unit to the Cafeteria Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

19.     During the line movement, one or more Orange Crush officers struck me with their baton.

20.     During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria.  Because I was forced to keep my head down, I could not see when the line was stopping.

23.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line.

25.     When we arrived at the Cafeteria we were ordered to sit down at a table and keep our head down on the table.  While sitting at the table, I witnessed Orange Crush slam another inmate's head into the table.

26.     Orange Crush officers told us to keep our heads down on the table and not to look around.

27.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was at least one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

28.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

P002773

29.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

30.     Throughout the mass shakedown conducted by Orange Crush in May 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

31.     At no point during the mass shakedown in May 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_9 - 5_____, 2018
Date

BRUCE SMITH

4

P002774

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| DEMETRIUS ROSS, et al., on behalf of<br>Themselves and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) Hon. Staci M. Yandle, J. |
| Defendants. | ) ) Hon. Stephen C. Williams, M.J. |

## DECLARATION OF BURT ROBINSON

I, Burt Robinson, declare under penalty of perjury that the following is true and correct:

1.　　My name is Burt Robinson and my IDOC number is K83344. All of the statements in this declaration are based on my personal knowledge.

2.　　I am currently incarcerated at Pinckneyville Correctional Center.

3.　　I was incarcerated at Menard Correctional Center in April 2014.

4.　　In April, 2014, I was housed in North House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.　　The shakedown of North House at Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Get up! Strip down!" The sounds of Orange Crush entering the unit startled me.

6.　　The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.　　Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.　　One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

9.    After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.    After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.    After I got dressed, an Orange Crush officer placed me in handcuffs.

12.    I was handcuffed more tightly than usual which caused pain and discomfort.

13.    After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.    Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.    Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.    In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.    Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.    Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19.    During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

P002776

20.     During the line movement, one or more Orange Crush officers pushed my head down with their hands.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

23.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.     When we arrived at the Chapel, we were ordered to stand up facing the wall and keep our forehead pressed against the wall.  We were only allowed to sit down after standing up for what I believe to be thirty to forty minutes and only after inmates started falling to the ground.

25.     Orange Crush officers told us to keep our heads down and pressed against the wall, and not to look around.

26.     I do not know the exact amount of time we were forced to stay looking down in the chapel, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time while standing and sitting while handcuffed tightly behind our backs.

27.     While in the Chapel, I heard other prisoners ask to use the bathroom and be denied.

28.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

29.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

P002777

30.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

31.     At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


9- 5- , 2018
Date                                      BURT ROBINSON

4

P002778

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF CLIFTON WASHINGTON

I, Clifton Washington, declare under penalty of perjury that the following is true and correct:

1.     My name is Clifton Washington and my IDOC number is K78628. All of the statements in this declaration are based on my personal knowledge.

2.     I am currently incarcerated at Lawrence Correctional Center.

3.     I was incarcerated at Lawrence Correctional Center in July 2014.

4.     In July, 2014, I was housed in 2C. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of 2C at Lawrence in July, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. The sounds of Orange Crush entering the unit startled me.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002779

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.      After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.      After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

12.      In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

13.      After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.      Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.      Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.      In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.      Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

2

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

19.     During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, directly outside of my cell, one or more Orange Crush officers pushed me toward the stair railing with their batons and pushed my head down ~~me~~ with their hands.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

23.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I heard sounds that made me believe that other prisoners fell out of line on multiple occasions, and each time they were yelled at by Orange Crush officers and sometimes drug to the back of the line by Orange Crush officers.

25.     When we arrived at the Cafeteria, we were ordered to sit down at a table and keep our head down on the table.

26.     Orange Crush officers told us to keep our heads down, and not to look around.

27.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was at least one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

3

P002781

28.     While in the Cafeteria, I asked to use the bathroom and was denied and I heard other prisoners ask to use the bathroom and be denied.

29.     I do not recall whether if I heard other prisoners request medical attention and be denied.

30.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

31.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

32.     Throughout the mass shakedown conducted by Orange Crush in July, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

33.     At no point during the mass shakedown in July, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


_____, 2018
Date  9-4-2018

_Clifton Washington_
CLIFFORD WASHINGTON

4

P002782

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                         )
          Plaintiffs, )
                         )
          v. )     Case No. 15 C 0309
                         )
GREG GOSSETT, et al., )     Hon. Staci M. Yandle, J.
                         )
          Defendants. )     Hon. Stephen C. Williams, M.J.

### DECLARATION OF DAVID HUFFMAN

I, David Huffman, declare under penalty of perjury that the following is true and correct:

1.     My name is David Huffman and my IDOC number is B69784. All of the statements in this declaration are based on my personal knowledge.

2.     I am currently incarcerated at Illinois River Correctional Center.

3.     I was incarcerated at Illinois River Correctional Center in April 2014

4.     In April , 2014, I was housed in R4:B wing. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of R4:B Wing at Illinois River in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "If we had a low IQ, we'd be an inmate too!" and "Time to get asshole naked!" The sounds of Orange Crush entering the unit startled me.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     There was at least one prison official who was not wearing the Orange Crush uniform who was also present during the shakedown.

1

P002783

8.    One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

9.    After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.    After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.    After I got dressed, an Orange Crush officer placed me in handcuffs.

12.    I was handcuffed more tightly than usual which caused pain and discomfort.

13.    After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.    Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.    Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.    In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.    Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.    Orange Crush officers ordered us to move in this line formation from the housing unit to the Gymnasium.

19.    During the line movement from the housing unit to the Gymnasium, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

P002784

20.    During the line movement, one or more Orange Crush officers shoved my head down into the neck of the inmate in front of me with their hands.

21.    During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

22.    As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.    There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Gymnasium. Because I was forced to keep my head down, I could not see when the line was stopping.

24.    Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.    When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard prisoners fall out of line or be pulled out of line by Orange Crush on multiple occasions, and each time they were yelled at and struck by Orange Crush officers.

26.    When we arrived at the Gymnasium, we were ordered to stand up facing the wall and keep our forehead pressed against the wall.

27.    Orange Crush officers told us to keep our heads pressed against the wall, and not to look around.

28.    I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

29.    While in the Gymnasium, I heard other prisoners ask to use the bathroom and be denied.

30.    While in the Gymnasium, I heard other prisoners request medical attention and be denied.

3

P002785

31.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Gymnasium.

32.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Gymnasium, in terms of Orange Crush officers yelling at me and striking other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

33.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

34.     At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

September 5, 2018
Date

DAVID HUFFMAN

P002786

4

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF DEREC BELL

I, Derec Bell, declare under penalty of perjury that the following is true and correct:

1.      My name is Derec Bell and my IDOC number is R65882. All of the statements in this declaration are based on my personal knowledge.

2.      I am currently incarcerated at Menard Correctional Center.

3.      I was incarcerated at Menard Correctional Center in April 2014.

4.      On April 8th, 2014, I was housed in South Uppers. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.      The shakedown of South Uppers at Menard on April 8th, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Turn your lights on and face the back wall!" The sounds of Orange Crush entering the unit startled me.

6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.      Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

P002787

8.      One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs.

12.     I was handcuffed more tightly than usual which caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

P002788

20.     During the line movement, one or more Orange Crush officers struck me and pushed me with their batons and hands.

21.     During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard Orange Crush pull other prisoners out of line on multiple occasions, and each time they were yelled at and struck by Orange Crush officers.

26.     When we arrived at the Chapel, I was ordered to stand up facing the wall and keep my forehead pressed against the wall.

27.     Orange Crush officers told me to keep my head pressed against the wall, and not to look around.

28.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

29.     While in the Chapel, I heard other prisoners ask to use the bathroom and be denied.

30.     While in the Chapel, I heard other prisoners request medical attention and be denied, and were only granted medical attention after multiple inmates started to pass out.

P002789

31.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

32.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers pushing and yelling at me and striking other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

33.     Throughout the mass shakedown conducted by Orange Crush on April 8th, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

34.     At no point during the mass shakedown on April 8th, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


9-4-, 2018
Date

DEREC BELL

P002790

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of<br>Themselves and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 0309 |
| | ) | |
| GREG GOSSETT, et al., | ) | Hon. Staci M. Yandle, J. |
| | ) | |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

### DECLARATION OF DION COLEMAN

I, Dion Coleman, declare under penalty of perjury that the following is true and correct:

1.     My name is Dion Coleman and my IDOC number is B71738. All of the statements in this declaration are based on my personal knowledge.

2.     I am currently incarcerated at Lawrence Correctional Center.

3.     I was incarcerated at Menard Correctional Center in April 2014.

4.     In April, 2014, I was housed in North House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of North House at Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit.  The sounds of Orange Crush entering the unit frightened me.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002791

9. After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10. After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11. After I got dressed, an Orange Crush officer placed me in handcuffs.

12. I was handcuffed more tightly than usual which caused pain and discomfort.

13. After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14. Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15. Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16. In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17. Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18. Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19. During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

2

P002792

20.     During the line movement, one or more Orange Crush officers grabbed
and pushed me with their hands and batons.

21.     During the line movement, I heard sounds that made me believe
Orange Crush officers were striking other prisoners who raised their heads or fell
out of line.

22.     As a result of the position in which we were forced to line up, it was
difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the
time between leaving the housing unit and arriving at the Chapel. Because I was
forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was
pressed even more closely into the prisoner in front of me in line, and the prisoner
behind me was pressed even more closely into me. As a result, my genital area was
repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of
me, and the genital area of the prisoner behind me was repeatedly pressed closely
into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer
together, it was difficult to keep balance and stay in line. I heard sounds that made
me believe other prisoners had fallen out of line on multiple occasions, and each
time they were yelled at and struck by Orange Crush officers.

26.     When we arrived at the Chapel, we were ordered to stand up facing the
wall and keep our forehead pressed against the wall.

27.     Orange Crush officers told us to keep our heads pressed against the
wall, and not to look around.

28.     I do not know the exact amount of time we were forced to stay in this
position, but I believe it was longer than one hour and it felt like a long time
because it was a very uncomfortable and painful position to stay in for a sustained
length of time.

29.     While in the Chapel, I heard other prisoners ask to use the bathroom
and be denied.

30.     While in the Chapel, I heard other prisoners request medical attention
and be denied.

3

P002793

31.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

32.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers pushing and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

33.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

34.     At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


September 4, 2018
Date                                                                            DION COLEMAN

4

P002794

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

### DECLARATION OF JACK NELSON

I, Jack Nelson, declare under penalty of perjury that the following is true and correct:

1.　My name is Jack Nelson and my IDOC number is R62731. All of the statements in this declaration are based on my personal knowledge.

2.　I am currently incarcerated at Pinckneyville Correctional Center.

3.　I was incarcerated at Illinois River Correctional Center in April 2014

4.　In April, 2014, I was housed in 3 House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.　The shakedown of 3 House at Illinois River on April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. The sounds of Orange Crush entering the unit startled me.

6.　The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.　Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.　One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002795

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt. The zipper on my state-issued pants was broken which caused my genitals to fall out of my pants and be completely exposed during the majority of the shakedown.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

12.     In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the

P002796

hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Gymnasium.

19.     During the line movement from the housing unit to the Gymnasium, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, one or more Orange Crush officers pushed me toward the inmate in front of me with their hands.

21.     During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line. I heard the noise of an inmate hitting the ground and then I instinctually looked up to see what was happening to witness this.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Gymnasium. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line.

26.     When we arrived at the Gymnasium, we were ordered to stand up facing the wall and keep our forehead pressed against the wall.

27.     Orange Crush officers told us to keep our heads pressed against the wall, and not to look around.

28.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained

3

P002797

length of time.  I heard sounds that made me believe that two other prisoners passed out based on the noises of their bodies hitting the hard ground.

29.     While in the Gymnasium, I heard other prisoners ask to use the bathroom and be denied.

30.     While in the Gymnasium, I heard other prisoners request medical attention and be denied.

31.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Gymnasium.

32.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Gymnasium, in terms of Orange Crush officers pushing and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

33.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

34.     At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

____9/4____, 2018
Date

_____
JACK NELSON

P002798

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF JEFFREY RAMSEY

I, Jeffrey Ramsey, declare under penalty of perjury that the following is true and correct:

1. My name is Jeffrey Ramsey and my IDOC number is B25754. All of the statements in this declaration are based on my personal knowledge.

2. I am currently incarcerated at Big Muddy River Correctional Center.

3. I was incarcerated at Big Muddy River Correctional Center in May 2014.

4. In May, 2014, I was housed in 1C. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5. The shakedown of 1C at Big Muddy River in May, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit.

6. The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7. Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8. One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002799

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs.

12.     I was handcuffed more tightly than usual which caused pain and discomfort.

13.     After I was placed in handcuffs, I was placed forcefully by Orange Crush on the wall outside of my cell with my forehead pressed against this wall.

14.     We were then led out of the unit single file.  Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

15.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

16.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

17.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

18.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

19.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

P002800

20.     During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

21.     During the line movement, one or more Orange Crush officers poked me in the ribs with their batons due to an unavoidable gap in the line movement.

22.     During the line movement, I saw and heard Orange Crush officers strike another prisoner who was unable to keep up in the line.  I was able to see this out of my peripheral vision.

23.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

24.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

25.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

26.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line.

27.     When we arrived at the Cafeteria, we were ordered to sit down at a table and keep our head down on the table.

28.     Orange Crush officers told us to keep our heads down, and not to look around.

29.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was at least one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

30.     While in the Cafeteria, I heard other prisoners ask to use the bathroom and be denied.

31.     I cannot recall whether I heard other prisoners request medical attention and be denied.

3

P002801

32.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

33.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

34.     Throughout the mass shakedown conducted by Orange Crush in May, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

35.     At no point during the mass shakedown in May, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

September 4, 2018
Date

JEFFREY RAMSEY

P002802

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of          )
Themselves and all others similarly situated, )
                                              )
                    Plaintiffs,               )
                                              )
          v.                                  )          Case No. 15 C 0309
                                              )
GREG GOSSETT, et al.,                         )          Hon. Staci M. Yandle, J.
                                              )
                    Defendants.               )          Hon. Stephen C. Williams, M.J.

## DECLARATION OF JERRY JOHNSON

I, Jerry Johnson, declare under penalty of perjury that the following is true and correct:

1.    My name is Jerry Johnson and my IDOC number is M13083. All of the statements in this declaration are based on my personal knowledge.

2.    I am currently incarcerated at Illinois River Correctional Center.

3.    I was incarcerated at Menard Correctional Center in April 2014

4.    In April, 2014, I was housed in South Uppers 8 Gallery. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.    The shakedown of South Uppers 8 Gallery at Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming, "Get up, face the back of the cell!" The sounds of Orange Crush entering the unit startled me.

6.    The members of Orange Crush were dressed in orange jumpsuits. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.    Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

1

P002803

8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer handcuffed me. On this occasion, Orange Crush officers used leg shackles to handcuff me at the elbow instead of handcuffs.

12.     These leg shackles were applied more tightly than usual caused pain and discomfort.

13.     After I was placed in shackles, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

P002804

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, one or more Orange Crush officers shoved me forward with their baton.

21.     During the line movement, I heard sounds that made me believe that Orange Crush officers were striking other prisoners who raised their heads or fell out of line.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I heard sounds that made me believe other prisoners fell out of line on multiple occasions, and each time they were yelled at by Orange Crush officers.

26.     When we arrived at the Chapel, I was ordered to stand up facing the back of an inmate who was facing the wall.

27.     Orange Crush officers told us to keep our heads pressed against the inmate in front of us or pressed up against the wall, and not to look around.

28.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.  Only after standing for what I believe was over one hour, we were allowed to sit down in the chapel while continuing to be cuffed in a painful position.

3

P002805

29.     While in the Chapel, I heard other prisoners request medical attention and be denied.

30.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

31.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers striking and yelling at other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

32.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

33.     At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9 -4- , 2018
Date

JERRY JOHNSON

4

P002806

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
)
               Plaintiffs, )
)
               v. )     Case No. 15 C 0309
)
GREG GOSSETT, et al., )     Hon. Staci M. Yandle, J.
)
             Defendants. )     Hon. Stephen C. Williams, M.J.

## DECLARATION OF JOE LINZY

I, Joe Linzy, declare under penalty of perjury that the following is true and correct:

1.     My name is Joe Linzy and my IDOC number is B03244. All of the statements in this declaration are based on my personal knowledge.

2.     I am currently incarcerated at Centralia Correctional Center.

3.     I was incarcerated at Menard Correctional Center in April 2014.

4.     In April, 2014, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Get to the back of the cell!" The sounds of Orange Crush entering the unit startled me.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs.

12.     I was handcuffed in a more painful position than usual as the handcuffs were applied more tightly than usual, which caused pain and discomfort. When I asked for Orange Crush to loosen my handcuffs because I am a diabetic and cutting off my circulation poses an additional medical risk, I was told to "shut up."

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

P002808

20.     During the line movement, one or more Orange Crush officers pushed me with their hands.

21.     During the line movement, I heard sounds that made me believe that Orange Crush officers were striking other prisoners who raised their heads or fell out of line.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I heard sounds that made me believe that other prisoners were falling out of line and being pulled out of line by Orange Crush on multiple occasions, and each time they were yelled at and struck by Orange Crush officers.

26.     When we arrived at the Chapel, I was ordered to stand up facing the back of an inmate who was facing the wall in front of him and keep my forehead pressed against the inmate in front of me.  I was only allowed to sit down after standing for what I believe to be over one hour because of medical complications related to my diabetes.

27.     Orange Crush officers told us to keep our heads down, and not to look around.

28.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

29.     I do not recall whether I heard other prisoners ask to use the bathroom and be denied.

3

P002809

30.    I do not recall whether I heard other prisoners request medical attention and be denied.

31.    Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

32.    During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

33.    Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

34.    At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9 - 5 , 2018
Date

JOE LINZY

P002810

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of          )
Themselves and all others similarly situated, )
                                              )
                 Plaintiffs,                  )
                                              )
          v.                                  )          Case No. 15 C 0309
                                              )
GREG GOSSETT, et al.,                         )          Hon. Staci M. Yandle, J.
                                              )
                 Defendants.                  )          Hon. Stephen C. Williams, M.J.

## DECLARATION OF LANCE EDWARDS

I, Lance Edwards declare under penalty of perjury that the following is true and correct:

1.      My name is Lance Edwards and my IDOC number is R48129. All of the statements in this declaration are based on my personal knowledge.

2.      I am currently incarcerated at Illinois River Correctional Center.

3.      I was incarcerated at Illinois River Correctional Center in April 2014

4.      In April, 2014, I was housed in 2C. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.      The shakedown of 2C at Illinois River in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming.  The sounds of Orange Crush entering the unit startled me.

6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.      One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

P002811

8.    After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

9.    After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

10.    After I got dressed, an Orange Crush officer placed me in handcuffs.

11.    I was handcuffed more tightly than usual which caused pain and discomfort.

12.    Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

13.    Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

14.    In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

15.    Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

16.    Orange Crush officers ordered us to move in this line formation from the housing unit to the Gymnasium.

17.    During the line movement from the housing unit to the Gymnasium, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

18.    During the line movement, one or more Orange Crush officers forcibly pushed my head down with their hands.

2

19.     During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

20.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

21.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Gymnasium. Because I was forced to keep my head down, I could not see when the line was stopping.

22.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

23.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard other prisoners fall out of line on multiple occasions, and each time they were yelled at and struck by Orange Crush officers and dragged to segregation.

24.     When we arrived at the Gymnasium, we were ordered to stand up in lines facing the wall and keep our forehead pressed against the back of the inmate in front of us or the wall in front us.

25.     Orange Crush officers told us to keep our heads pressed against the wall or pressed against the back of the inmate in front of us, and not to look around.

26.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

27.     While in the Gymnasium, I heard other prisoners ask to use the bathroom and be denied.

28.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Gymnasium.

29.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Gymnasium, in terms

3

P002813

of Orange Crush officers striking and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation. Specifically, I was tripped and struck by Orange Crush members as we were marched back into the housing unit.

30.    Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

31.    At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Sep 4 , 2018
Date

LANCE EDWARDS

4

P002814

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                                           )
                  Plaintiffs, )
                                           )
                  v. )                Case No. 15 C 0309
                                           )
GREG GOSSETT, et al., )         Hon. Staci M. Yandle, J.
                                           )
                  Defendants. )      Hon. Stephen C. Williams, M.J.

### DECLARATION OF LOUIS WHITE

        I, Louis White, declare under penalty of perjury that the following is true and correct:

        1.      My name is Louis White and my IDOC number is B10567.

        2.      I am currently incarcerated at Jacksonville Correctional Center.

        3.      I was incarcerated at Lawrence Correctional Center in July 2014.

        4.      In July, 2014, I was housed in 4 House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

        5.      The shakedown of 4 House in Lawrence in July, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. The sounds of Orange Crush entering the unit scared me.

        6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

        7.      Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

        8.      One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

P002815

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.      After the strip search was complete, an Orange Crush officer ordered me to put back on my clothing. I was not permitted to put on socks, underwear or an undershirt.

11.      After I got dressed, an Orange Crush officer placed me in handcuffs.

12.      I was handcuffed in a more painful position than usual as the handcuffs were applied more tightly than usual which caused pain and discomfort.

13.      After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.      Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.      Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.      In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.      Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.      Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

19.      During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

P002816

20.     During the line movement, one or more Orange Crush officers shoved my head down with their hands.

21.     During the line movement, I heard sounds that made me believe that Orange Crush officers were pushing prisoners down to the ground.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I heard sounds that made me believe that other prisoners were falling out of line on multiple occasions, and each time they were yelled at Orange Crush officers.

26.     When we arrived at the Cafeteria, we were ordered to sit down at a table and keep our head down on the table.

27.     Orange Crush officers told us to keep our heads down, and not to look around.

28.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

29.     While in the Cafeteria, I heard other prisoners ask to use the bathroom and be denied.

30.     While in the Cafeteria, I heard other prisoners request medical attention and be denied.

3

P002817

31.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

32.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

33.     Throughout the mass shakedown conducted by Orange Crush in July, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

34.     At no point during the mass shakedown in July, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


_____, 2018

Date

_Louis White_

LOUIS WHITE

P002818

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                                            )
            Plaintiffs,                     )
                                            )
    v.                                      )      Case No. 15 C 0309
                                            )
GREG GOSSETT, et al.,                       )      Hon. Staci M. Yandle, J.
                                            )
            Defendants.                     )      Hon. Stephen C. Williams, M.J.

## DECLARATION OF MARVENTI PALMER

I, Marventi Palmer declare under penalty of perjury that the following is true and correct:

1.      My name is Marventi Palmer and my IDOC number is S02746. All of the statements in this declaration are based on my personal knowledge.

2.      I am currently incarcerated at Centralia Correctional Center.

3.      I was incarcerated at Menard Correctional Center in April 2014.

4.      In April, 2014, I was housed in West House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.      The shakedown of West House at Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Wake the fuck up!" The sounds of Orange Crush entering the unit startled me.

6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.      Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.      One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs.

12.     I was handcuffed more tightly than usual which caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

2

P002820

20.     During the line movement, one or more Orange Crush officers pushed my head down into the inmate in front of me with their batons.

21.     During the line movement, I heard sounds that made me believe that Orange Crush officers were striking other prisoners who raised their heads or fell out of line.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I heard sounds that made me believe Orange Crush officers were pulling other prisoners out of line on multiple occasions, and each time they were yelled by Orange Crush officers.

26.     When we arrived at the Chapel, we were ordered to stand up facing the wall and keep our forehead pressed against the wall.

27.     Orange Crush officers told us to keep our heads pressed against the wall, and not to look around.

28.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

29.     While in the Chapel, I heard other prisoners ask to use the bathroom and be denied.

30.     While in the Chapel, I heard other prisoners request medical attention and be denied.

P002821

31.    Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

32.    During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers yelling at me and pushing other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

33.    Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

34.    At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Sept   5  , 2018
Date

_Marventi Palmer_
MARVENTI PALMER

P002822

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                                             )
            Plaintiffs,                      )
                                             )
    v.                                       )      Case No. 15 C 0309
                                             )
GREG GOSSETT, et al.,                        )      Hon. Staci M. Yandle, J.
                                             )
            Defendants.                      )      Hon. Stephen C. Williams, M.J.

## DECLARATION OF MASON WEEMS

I, Mason Weems, declare under penalty of perjury that the following is true and correct:

1.    My name is Mason Weems and my IDOC number is S14913. All of the statements in this declaration are based on my personal knowledge.

2.    I am currently incarcerated at Illinois River Correctional Center.

3.    I was incarcerated at Big Muddy River Correctional Center in May 2014.

4.    In May, 2014, I was housed in 3B On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.    The shakedown of 3B at Big Muddy River on May, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. The sounds of Orange Crush entering the unit startled me.

6.    The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.    Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

1

P002823

8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to lift my feet, spread my toes, then spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs.

12.     I was handcuffed more tightly than usual which caused pain and discomfort.

13.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

14.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

15.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

16.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

17.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

18.     During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

2

19.     During the line movement, one or more Orange Crush officers pushed me with their hands and batons.

20.     During the line movement, I heard sounds that made me believe that Orange Crush officers were striking other prisoners who raised their heads or fell out of line.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

23.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I heard sounds that made me believe that other prisoners were falling out of line on multiple occasions, and each time they were yelled at or struck by Orange Crush officers.

25.     When we arrived at the Cafeteria, we were ordered to sit down at a table and keep our head down on the table.

26.     Orange Crush officers told us to keep our heads down and not to look around.

27.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

28.     While in the Cafeteria, I heard other prisoners ask to use the bathroom and be denied.

29.     While in the Cafeteria, I requested medical attention and was denied and I heard other prisoners request medical attention and be denied. Specifically, I asked to see medical staff regarding my injured rotator cuff and was denied.

P002825

30.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

31.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers yelling at me and striking other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

32.     Throughout the mass shakedown conducted by Orange Crush on May, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

33.     At no point during the mass shakedown in May, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


September, 4 , 2018
Date

Mason Weems
MASON WEEMS

4

P002826

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated,)
                                           )
               Plaintiffs,        )
                                             )
              v.                   )     Case No. 15 C 0309
                                             )
GREG GOSSETT, et al.,             )     Hon. Staci M. Yandle, J.
                                             )
            Defendants.       )     Hon. Stephen C. Williams, M.J.

### DECLARATION OF MICHAEL DRABING

     I, Michael Drabing, declare under penalty of perjury that the following is true and correct:

     1.     My name is Michael Drabing and my IDOC number is C77579. All of the statements in this declaration are based on my personal knowledge.

     2.     I am currently incarcerated at Lawrence Correctional Center.

     3.     I was incarcerated at Menard Correctional Center in April 2014.

     4.     In April, 2014, I was housed at MSU B Wing. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

     5.     The shakedown of MSU B Wing at Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Get up and turn your lights on!" The sounds of Orange Crush entering the unit startled me.

     6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

     7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

     8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

9. After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10. After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11. After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way.

12. In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort. Specifically, I asked the Orange Crush officer to loosen my handcuffs and upon this request, he tightened them, which caused even more pain.

13. After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14. Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15. Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16. In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17. Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18. Orange Crush officers ordered us to move in this line formation from the housing unit to the Gymnasium.

P002828

19.     During the line movement from the housing unit to the Gymnasium, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, one or more Orange Crush officers poked me with their batons.

21.     During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Gymnasium. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When we arrived at the Gymnasium, I was ordered to stand up facing the wall and keep my forehead pressed against the wall.

26.     Orange Crush officers told us to keep our heads pressed against the wall, and not to look around.

27.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

28.     While in the Gymnasium, I heard other prisoners ask to use the bathroom and be denied.

29.     While in the Gymnasium, I requested medical attention and was denied.  As a result of being denied medical attention, I passed out on the floor after reporting feeling faint to an Orange Crush officer and being ignored.

P002829

30.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Gymnasium.

31.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Gymnasium, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

32.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

33.     At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front, except for one inmate who had just undergone a medical procedure.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


4-5    , 2018
Date

_Michael E. Drabing_
MICHAEL DRABING

4

P002830

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF NATHANIEL GHERNA

I, Nathaniel Gherna, declare under penalty of perjury that the following is true and correct:

1.　My name is Nathaniel Gherna, and my IDOC number is M09977. All of the statements in this declaration are based on my personal knowledge.

2.　I am currently incarcerated at Jacksonville Correctional Center.

3.　I was incarcerated at Lawrence Correctional Center in July 2014.

4.　In July, 2014, I was housed in 2 House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.　The shakedown of 2 House at Lawrence in July, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. The sounds of Orange Crush entering the unit startled me.

6.　The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.　Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.　One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002831

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

12.     In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

P002832

18.    Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

19.    During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.    During the line movement, one or more Orange Crush officers pushed my head down into the inmate in front of me.

21.    During the line movement, I heard sounds that made me believe that Orange Crush officers were striking other prisoners who raised their heads or fell out of line.

22.    As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.    There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

24.    Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.    When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line.

26.    When we arrived at the Cafeteria, we were ordered to sit down at a table and keep our head down on the table.

27.    Orange Crush officers told us to keep our heads down, and not to look around.

28.    I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

3

P002833

29. While in the Cafeteria, I asked to use the bathroom and was denied and I also heard other prisoners ask to use the bathroom and be denied.

30. While in the Cafeteria, I heard other prisoners request medical attention and be denied

31. Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

32. During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers yelling at me and striking other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

33. Throughout the mass shakedown conducted by Orange Crush in July, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

34. At no point during the mass shakedown in July, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Sept 4th_ ,2018
Date

NATHANIEL GHERNA

4

P002834

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF PATRICK JOHNSON

I, Patrick Johnson, declare under penalty of perjury that the following is true and correct:

1. My name is Patrick Johnson and my IDOC number is B39395. All of the statements in this declaration are based on my personal knowledge.

2. I am currently incarcerated at Pinckneyville Correctional Center.

3. I was incarcerated at Menard Correctional Center in April 2014.

4. In April, 2014, I was housed in South House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5. The shakedown of South House at Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. The sounds of Orange Crush entering the unit startled me.

6. The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7. Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8. One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.      After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.      After I got dressed, an Orange Crush officer placed me in handcuffs.

12.      I was handcuffed more tightly than usual which caused pain and discomfort.

13.      After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.      Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.      Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.      In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.      Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.      Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19.      During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

P002836

20.     During the line movement, I heard sounds that made me believe that another prisoner was being struck by the batons of Orange Crush.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

23.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.     When we arrived at the Chapel, we were ordered to stand up facing the wall and keep our forehead pressed against the wall.

25.     Orange Crush officers told us to keep our heads pressed against the wall, and not to look around.

26.     I do not know the exact amount of time we were forced to stay in this position but I believe it was at least one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

27.     While in the Chapel, I heard other prisoners ask to use the bathroom and be denied.

28.     While in the Chapel, I heard other prisoners request medical attention and be denied.

29.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

30.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

P002837

31.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

32.     At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

SEPTEMBER 4 , 2018
Date

PATRICK JOHNSON

4

P002838

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                                                  )
               Plaintiffs,        )
                                                  )
               v.            )      Case No. 15 C 0309
                                                  )
GREG GOSSETT, et al.,        )      Hon. Staci M. Yandle, J.
                                                  )
             Defendants.     )      Hon. Stephen C. Williams, M.J.

## DECLARATION OF QUENTIN GETTY

      I, Quentin Getty, declare under penalty of perjury that the following is true and correct:

      1.     My name is Quentin Getty and my IDOC number is M42745. All of the statements in this declaration are based on my personal knowledge.

      2.     I am currently incarcerated at Centralia Correctional Center.

      3.     I was incarcerated at Big Muddy River Correctional Center in May 2014.

      4.     In May, 2014, I was housed in Receiving. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

      5.     The shakedown of Receiving at Big Muddy River in May, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Everybody get the fuck up and get on your feet!"

      6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

      7.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

P002839

8.    After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

9.    After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

10.    After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way.

11.    In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which caused pain and discomfort.

12.    After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

13.    Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

14.    Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

15.    In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

16.    Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

P002840

17.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

18.     During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

19.     During the line movement, one or more Orange Crush officers shoved me with their batons.

20.     During the line movement, I saw and heard Orange Crush officers push other prisoners who raised their heads or fell out of line.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

23.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line.

25.     When we arrived at the Cafeteria, we were ordered to sit down at a table and keep our head down on the table

26.     Orange Crush officers told us to keep our heads down, and not to look around.

27.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

28.     I do not recall whether I heard other prisoners ask to use the bathroom and be denied.

3

P002841

29.     I heard another prisoner who was elderly ask for help after falling out of his seat at the cafeteria table and he was denied this help by Orange Crush.

30.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

31.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers yelling at me and striking other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

32.     Throughout the mass shakedown conducted by Orange Crush in May, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

33.     At no point during the mass shakedown in May, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

September 5th, 2018
Date

QUENTIN GETTY

4

P002842

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                                 )
            Plaintiffs, )
                                 )
            v. )      Case No. 15 C 0309
                                 )
GREG GOSSETT, et al., )      Hon. Staci M. Yandle, J.
                                 )
          Defendants. )      Hon. Stephen C. Williams, M.J.

## DECLARATION OF SHAWN SKINNER

       I, Shawn Skinner, declare under penalty of perjury that the following is true and correct:

       1.     My name is Shawn Skinner and my IDOC number is N01552. All of the statements in this declaration are based on my personal knowledge.

       2.     I am currently incarcerated at Illinois River Correctional Center.

       3.     I was incarcerated at Illinois River Correctional Center in April 2014

       4.     In April, 2014, I was housed in 3D. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

       5.     The shakedown of 3D at Illinois River in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Get up! Get naked!". The sounds of Orange Crush entering the unit startled me.

       6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

       7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

1

P002843

8.    One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

9.    After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way.  Specifically, there were female officers present and I was in view of those female officers during the strip search.

10.    After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.    After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, on this occasion, I was handcuffed with a single pair of handcuffs and ordinarily outside of this shakedown, I would be double-cuffed because of my documented arthritis.

12.    In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.  The handcuffs were not loosened until we were brought over to the gymnasium, at least a half hour later.

13.    After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.    Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.    Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.    In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.    Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the

P002844

hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.    Orange Crush officers ordered us to move in this line formation from the housing unit to the Gymnasium.

19.    During the line movement from the housing unit to the Gymnasium, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.    During the line movement, in my housing unit on the wing, one or more Orange Crush officers pushed my head down with their hands.

21.    During the line movement, I saw Orange Crush officers push other prisoners who raised their heads or fell out of line.

22.    As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.    There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Gymnasium. Because I was forced to keep my head down, I could not see when the line was stopping.

24.    Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.    When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw other prisoners fall out of line on multiple occasions, and each time they were yelled at and pushed by Orange Crush officers.

26.    During line movement, I fell out of line in my housing unit before we were marched to the gym, and was yelled at and pushed by Orange Crush officers.

27.    When we arrived at the Gymnasium, we were ordered to stand up facing the wall and keep our forehead pressed against the wall.

28.    Orange Crush officers told us to keep our heads down and pressed against the wall, and not to look around.

3

P002845

29.     I do not know the exact amount of time we were forced to stay in this *2 1/2 Hours  S.A.S.* position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

30.     While in the Gymnasium, I asked to use the bathroom and was denied and I heard other prisoners ask to use the bathroom and be denied.

31.     While in the Gymnasium, I requested medical attention and was denied.

32.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Gymnasium.

33.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Gymnasium, in terms of Orange Crush officers pushing and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

34.     Throughout the mass shakedown conducted by Orange Crush in April, *AND PHYSICALLY  S.A.S.* 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

35.     At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_SEPT. 4_ , 2018
Date

SHAWN SKINNER

4

P002846

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                                 )
          Plaintiffs,      )
                                 )
          v.               )     Case No. 15 C 0309
                                 )
GREG GOSSETT, et al.,        )     Hon. Staci M. Yandle, J.
                               )
          Defendants.     )     Hon. Stephen C. Williams, M.J.

## DECLARATION OF TYRONE BURNS

I, Tyrone Burns, declare under penalty of perjury that the following is true and correct:

1.    My name is Tyrone Burns and my IDOC number is B13733. All of the statements in this declaration are based on my personal knowledge.

2.    I am currently incarcerated at Illinois River Correctional Center. ROBiNSON Conr. CEntER 1342 E 1150 AvE RoBinson, Ill 62454

3.    I was incarcerated at Lawrence Correctional Center in July 2014.

4.    In July, 2014, I was housed in R8 B Lower. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.    The shakedown of R8 B Lower at Lawrence in July, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Get on your doors! Get on your feet!" The sounds of Orange Crush entering the unit scared me.

6.    The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.    Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.    One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002847

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

12.     In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

13.     After I was placed in handcuffs, we waited outside of our cells while facing the wall and looking down.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

2

19.   During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.   During the line movement, one or more Orange Crush officers pushed my head down with their hands.

21.   During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

22.   As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.   There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

24.   Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.   When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I heard sounds that made me believe that other prisoners were being pulled out of line on multiple occasions, and each time they were yelled at or struck by Orange Crush officers.

26.   When we arrived at the Cafeteria, we were ordered to sit down at a table and keep our head down on the table.

27.   Orange Crush officers told us to keep our heads down, and not to look around.

28.   I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

3

P002849

29.     While in the Cafeteria, I heard other prisoners ask to use the bathroom and be denied.

30.     I do not recall whether prisoners requested medical attention and were denied.

31.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

32.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers yelling at me and striking other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

33.     Throughout the mass shakedown conducted by Orange Crush in July, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

34.     At no point during the mass shakedown in July, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

8/6     , 2018
Date                                                    TYRONE BURNS

4

P002850

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 0309 |
| | ) | |
| GREG GOSSETT, et al., | ) | Hon. Staci M. Yandle, J. |
| | ) | |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF ERIBERTO GIL-RAMOS

I, Eriberto Gil-Ramos, declare under penalty of perjury that the following is true and correct:

1.     My name is Eriberto Gil-Ramos and my IDOC number is M43323. All of the statements in this declaration are based on my personal knowledge.

2.     I am currently incarcerated at Lawrence Correctional Center.

3.     I was incarcerated at Lawrence Correctional Center in July 2014.

4.     In July, 2014, I was housed in 6 House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of 6 House at Lawrence in July, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit.  The sounds of Orange Crush entering the unit startled me.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

8.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

1

P002851

9.      After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

10.     After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

11.     In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

12.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

13.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

14.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

15.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

16.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

17.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

18.     During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

2

P002852

19.    During the line movement, one or more Orange Crush officers pushed my head down into the back of the inmate in front of me with their hands.

20.    During the line movement, I saw and heard Orange Crush officers strike another prisoner because he raised his head. I saw the man in front of me be struck by the baton of Orange Crush on his leg.  I was able to see this because this was the man directly in front of me in line.

21.    As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.    There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

23.    Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.    When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line.

25.    When we arrived at the Cafeteria, we were ordered to sit down at a table and keep our head down hovering over the table.

26.    Orange Crush officers told us to keep our heads down and not to look around.

27.    I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

28.    Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

29.    During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers striking and yelling at me and other prisoners, the bunching

3

P002853

up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

30.     Throughout the mass shakedown conducted by Orange Crush in July, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

31.     At no point during the mass shakedown in July, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9- 5      , 2018
Date

ERIBERTO GIL-RAMOS

4

P002854

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF KEITH TRUESDELL

I, Keith Truesdell, declare under penalty of perjury that the following is true and correct:

1.  My name is Keith Truesdell and my IDOC number is M32004. All of the statements in this declaration are based on my personal knowledge.

2.  I am currently incarcerated at Hill Correctional Center.

3.  I was incarcerated at Menard Correctional Center in April 2014.

4.  In April, 2014, I was subjected to a mass shakedown conducted by Orange Crush.

5.  The shakedown of Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Turn your fucking lights on! Get up! Face the wall!" The sounds of Orange Crush entering the unit frightened me.

6.  The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.  Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.  One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002855

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I do not believe I was permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

12.     In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

2

P002856

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, one or more Orange Crush officers pushed my head down into the back of the inmate in front of me with their hands.

21.     During the line movement, I heard sounds that made me believe that Orange Crush officers were pulling prisoners out of line who raised their heads.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I heard sounds that made me believe other prisoners were falling out of line on multiple occasions, and each time they were yelled or struck by Orange Crush officers.

26.     When we arrived at the Chapel, we were ordered to stand up facing the wall and keep our forehead pressed against the wall.

27.     Orange Crush officers told us to keep our heads pressed against the wall, and not to look around.

P002857

28.    I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time. After what I believe to be an hour passed, we were permitted to sit down, but in an uncomfortable position in which we remained handcuffed and were forced to look down.

29.    While in the Chapel, I heard other prisoners ask to use the bathroom and be denied.

30.    Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

31.    During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers striking and yelling at prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

32.    Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

33.    At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


_9-7-_, 2018                                    _Keith Truesdell_
Date                                                   KEITH TRUESDELL


I declare that I have read aloud this affidavit, in its entirety to Keith Truesdell.


_____, 2018                      _____
Date                                                   NAME

4

P002858

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                         )
             Plaintiffs,         )
                         )
             v.                )      Case No. 15 C 0309
                         )
GREG GOSSETT, et al.,          )      Hon. Staci M. Yandle, J.
                         )
             Defendants.      )      Hon. Stephen C. Williams, M.J.

## DECLARATION OF MARC WACHTER

I, Marc Wachter, declare under penalty of perjury that the following is true and correct:

1.      My name is Marc Wachter and my IDOC number is M12656. All of the statements in this declaration are based on my personal knowledge.

2.      I am currently incarcerated at Big Muddy River Correctional Center.

3.      I was incarcerated at Lawrence Correctional Center in July 2014.

4.      In July, 2014, I was housed in R1 A Upper. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.      The shakedown of R1 A at Lawrence in July, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the doors as they entered the unit. The sounds of Orange Crush entering the unit frightened me.

6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.      Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.      One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002859

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs.

12.     The handcuffs were applied more tightly than usual which caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

P002860

19.     During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, one or more Orange Crush officers struck me with their hands and batons.

21.     During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard other prisoners be pulled out of line on multiple occasions, and each time they were yelled at and struck by Orange Crush officers.

26.     When we arrived at the Cafeteria, we were ordered to sit down at a table and keep our head down on the table.

27.     Orange Crush officers told us to keep our heads down.

28.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

29.     While in the Cafeteria, I heard other prisoners ask to use the bathroom and be denied.

30.     While in the Cafeteria, I witnessed another prisoner who needed medical attention be denied medical attention.

P002861

31.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

32.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

33.     Throughout the mass shakedown conducted by Orange Crush in July, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

34.     At no point during the mass shakedown in July, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

September 5, 2018
Date

MARC WACHTER

4

P002862

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

### DECLARATION OF JAVAN DELONEY

I, Javan Deloney, declare under penalty of perjury that the following is true and correct:

1.      My name is Javan Deloney and my IDOC number is B60069. All of the statements in this declaration are based on my personal knowledge.

2.      I am currently incarcerated at Menard Correctional Center.

3.      I was incarcerated at Menard Correctional Center in April 2014.

4.      In April, 2014, I was subjected to a mass shakedown conducted by Orange Crush.

5.      The shakedown of Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Get up! Turn the lights on!". The sounds of Orange Crush entering the unit startled me.

6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.      Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.      One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002972

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, I was handcuffed with my palms facing away from each other.

12.     I was also handcuffed more tightly than usual which caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

17.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

18.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

2

P002973

19.    During the line movement, one or more Orange Crush officers pushed me with their batons.

20.    During the line movement, I heard sounds that made me believe that Orange Crush officers were striking other prisoners who raised their heads or fell out of line.

21.    As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.    There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

23.    Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.    When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard other prisoners fall out of line on multiple occasions, and each time they were yelled at by Orange Crush officers.

25.    When we arrived at the Chapel, we were ordered to stand up facing the wall or facing the back of the inmate in front of us and keep our forehead pressed against the wall or inmate in front of us.  I cannot recall whether I was forced to stand up against the wall or against an inmate in front of me.

26.    Orange Crush officers told us to keep our heads pressed against the wall or inmate in front of us, and not to look around.

27.    I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

28.    While in the Chapel, I heard other prisoners ask to use the bathroom and be denied.

3

P002974

29.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

30.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers yelling at me and striking other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

31.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

32.     At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


9 - 5 - , 2018
Date

JAVAN DELONEY

4

P002975

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                        )
         Plaintiffs, )
                        )
         v. )      Case No. 15 C 0309
                        )
GREG GOSSETT, et al., )      Hon. Staci M. Yandle, J.
                        )
         Defendants. )      Hon. Stephen C. Williams, M.J.

## DECLARATION OF JERRY CLAY

I, Jerry Clay, declare under penalty of perjury that the following is true and correct:

1.      My name is Jerry Clay and my IDOC number is R06718. All of the statements in this declaration are based on my personal knowledge.

2.      I am currently incarcerated at Menard Correctional Center.

3.      I was incarcerated at Menard Correctional Center in April 2014.

4.      In April, 2014, I was housed in North House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.      The shakedown of North House at Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Get to the bars! Shakedown!" The sounds of Orange Crush entering the unit startled me.

6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.      Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.      One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002976

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

12.     In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

2

P002977

17.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

18.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

19.     During the line movement, one or more Orange Crush officers struck me with their batons.

20.     During the line movement, I heard sounds that made me believe that Orange Crush officers were striking other prisoners who raised their heads or fell out of line.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

23.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.     When we arrived at the Chapel we were ordered to stand up facing the wall and keep our forehead pressed against the wall.

25.     Orange Crush officers told us to keep our heads pressed against the wall, and not to look around.

26.     I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

27.     While in the Chapel, I heard other prisoners ask to use the bathroom and be denied.  Orange Crush allowed people to use the bathroom only after what I believe to be three hours passed and only after several inmates had urinated on themselves.

P002978

28.   Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

29.   During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers yelling at me and striking other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

30.   Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9/16, 2018
Date

_Jerry Clay_  I/D # R-06718
JERRY CLAY

4

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of<br>Themselves and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 0309 |
| | ) | |
| GREG GOSSETT, et al., | ) | Hon. Staci M. Yandle, J. |
| | ) | |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

### DECLARATION OF KENNETH THOMAS

I, Kenneth Thomas, declare under penalty of perjury that the following is true and correct:

1. My name is Kenneth Thomas and my IDOC number is K63687. All of the statements in this declaration are based on my personal knowledge.

2. I am currently incarcerated at Pontiac Correctional Center.

3. I was incarcerated at Menard Correctional Center in April 2014.

4. In April, 2014, I was housed in North House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5. The shakedown of North House at Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. The sounds of Orange Crush entering the unit startled me.

6. The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7. Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8. One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002980

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs.

12.     I was handcuffed more tightly than usual which caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of me.  I was the last prisoner in this line. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

16.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

17.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

18.     During the line movement, one or more Orange Crush officers pulled me out of line, struck me with their batons, and drug me individually into the chapel.

19.     Prior to be being pulled out of line, there were numerous stops and starts to the line movement during the time between leaving the housing unit and

P002981

arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

20.     Prior to being pulled out of line, each time the line stopped the prisoners got bunched I was pressed even more closely into the prisoner in front of me in line. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me.

21.     Prior to being pulled out of line, when the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line.

22.     After I was drug into the Chapel I was bent over at the waist up against a gate inside of the chapel.  My arms and my hands were perpendicular to my feet such that my waist was bent at a ninety degree angle. I was held in this position by Orange Crush for what I believed to be twenty minutes.  After twenty minutes, I was ordered to stand up against the back of another inmate where all of the other inmates were standing.

23.     Orange Crush officers told us to keep our heads pressed against the wall or inmate in front of us, and not to look around.

24.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

25.     While in the Chapel, I heard other prisoners ask to use the bathroom and be denied.

26.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

27.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

28.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

P002982

29.    At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.


    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9, 4 , . 2018
Date

KENNETH THOMAS

P002983

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                                             )
                Plaintiffs,                  )
                                             )
        v.                                   )        Case No. 15 C 0309
                                             )
GREG GOSSETT, et al.,                        )        Hon. Staci M. Yandle, J.
                                             )
                Defendants.                  )        Hon. Stephen C. Williams, M.J.

## DECLARATION OF BENJAMIN KIRK

I, Benjamin Kirk, declare under penalty of perjury that the following is true and correct:

1.      My name is Benjamin Kirk and my IDOC number is N40488. All of the statements in this declaration are based on my personal knowledge.

2.      I am currently incarcerated at Pinckneyville Correctional Center.

3.      I was incarcerated at Menard Correctional Center in April 2014

4.      In April, 2014, I was housed in North House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.      The shakedown of North House at Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Turn your lights on!". The sounds of Orange Crush entering the unit startled me.

6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.      Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.      One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002984

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, there were female officers present and I was in view of them during the strip search.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs.

12.     The handcuffs were applied more tightly than usual which caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to Randolph Hall.

P002985

19.     During the line movement from the housing unit to Randolph Hall, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, one or more Orange Crush officers forcibly guided me in line with their batons.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at Randolph Hall. Because I was forced to keep my head down, I could not see when the line was stopping.

23.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.     When we arrived at Randolph Hall, we were ordered to stand up facing the wall and keep our forehead pressed against the wall or stand up against the back of another inmate who was facing the wall.

25.     Orange Crush officers told us to keep our heads pressed against the wall or the back of the inmate in front of us, and not to look around.

26.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was at least one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

27.     While in Randolph Hall, I heard other prisoners ask to use the bathroom and be denied.

28.     While in Randolph Hall, I witnessed a man who fell to the ground, and only after he fell to the ground was he checked on by the nursing staff.

29.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to Randolph Hall.

3

P002986

30.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to Randolph Hall, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

31.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Sept 19 , 2018
Date

Benjamin Kirk
BENJAMIN KIRK

4

P002987

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of    )
Themselves and all others similarly situated, )
                                        )
                Plaintiffs,             )
                                        )
        v.                              )        Case No. 15 C 0309
                                        )
GREG GOSSETT, et al.,                   )        Hon. Staci M. Yandle, J.
                                        )
                Defendants.             )        Hon. Stephen C. Williams, M.J.

## DECLARATION OF TERANCE LOCKHART

I, Terance Lockhart, declare under penalty of perjury that the following is true and correct:

1.    My name is Terance Lockhart and my IDOC number is K73623. All of the statements in this declaration are based on my personal knowledge.

2.    I am currently incarcerated at Illinois River Correctional Center.

3.    I was incarcerated at Illinois River Correctional Center in April 2014.

4.    In April, 2014, I was housed in 2 House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.    The shakedown of 2 House at Illinois River in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Everyone up!" The sounds of Orange Crush entering the unit startled me.

6.    The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.    Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.    One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002988

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way.  Specifically, during the strip search, a female officer was standing directly outside of my cell.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs.

12.     I was handcuffed more tightly than usual which caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Gymnasium.

P002989

19.     During the line movement from the housing unit to the Gymnasium, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, one or more Orange Crush officers pushed and struck me with their hands and batons.

21.     During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Gymnasium. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard other prisoners fall out of line and be pulled out of line by Orange Crush on multiple occasions, and each time they were yelled at and/or struck by Orange Crush officers.

26.     During line movement, I was pushed out of line by Orange Crush and was yelled at and prodded by the baton of an Orange Crush officer.

27.     When we arrived at the Gymnasium, we were ordered to stand up facing the wall and keep our forehead pressed against the wall.

28.     Orange Crush officers told us to keep our heads down but also pressed against the wall, and not to look around.

29.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

30.     While in the Gymnasium, I asked to use the bathroom and was denied.

P002990

31.     While in the Gymnasium, I heard Orange Crush officers announce that we should not ask for medical attention because it would not be given "unless we were dying".

32.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Gymnasium.

33.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Gymnasium, in terms of Orange Crush officers yelling at me and striking other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

34.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

35.     At no point during the mass shakedown in April, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9 - 20, 2018
Date

TERANCE LOCKHART

4

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                                     )
               Plaintiffs,      )
                                     )
               v.            )      Case No. 15 C 0309
                                     )
GREG GOSSETT, et al.,        )      Hon. Staci M. Yandle, J.
                                   )
            Defendants.     )      Hon. Stephen C. Williams, M.J.

## DECLARATION OF DANIEL BRADFORD

      I, Daniel Bradford, declare under penalty of perjury that the following is true and correct:

      1.     My name is Daniel Bradford and my IDOC number is K89633. All of the statements in this declaration are based on my personal knowledge.

      2.     I am currently incarcerated at Menard Correctional Center.

      3.     I was incarcerated at Menard Correctional Center in April 2014

      4.     In April, 2014, I was housed in North House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

      5.     The shakedown of North House at Menard on April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. The sounds of Orange Crush entering the unit startled me.

      6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

      7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

      8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002992

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

12.     In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

2

P002993

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, one or more Orange Crush officers pushed and shoved me down into the inmate in front of me with their hands and batons.

21.     During the line movement, I saw and heard Orange Crush officers push other prisoners down to the ground.  I was able to see the Orange Crush officers pushing these prisoners because I had fallen down myself and I was able to see in front of me in the process of standing up.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard another prisoner fall out of line, and he was yelled at and struck by Orange Crush officers.  I was able to see this out of the corner of my eye.

26.     When we arrived at the Chapel, we were ordered to either stand up facing the wall and keep our forehead pressed against the wall, or stand up facing the back of another inmate who was facing the wall and keep our forehead against his neck and back area.  I do not recall whether I was facing the wall or facing the back of an inmate on this occasion.

27.     Orange Crush officers told us to keep our heads pressed against the wall or pressed against the back of the inmate who was facing the wall, and not to look around.

3

P002994

28.     I do not know the exact amount of time we were forced to stay in this
position, but I believe it was longer than one hour and it felt like a long time
because it was a very uncomfortable and painful position to stay in for a sustained
length of time.

29.     Eventually, we were ordered to line up in the same fashion as we had
lined up earlier in the housing unit, and were ordered to travel back to the housing
unit in the same fashion as the line movement to the Chapel.

30.     During the line movement back to the housing unit, I experienced and
observed the same things as during the line movement to the Chapel in terms of
Orange Crush officers yelling at me and other prisoners, the bunching up and
pressing together of prisoners during the stops and starts, and the difficulty keeping
in the line formation.

31.     Throughout the mass shakedown conducted by Orange Crush in April,
2014, the officers were verbally abusive towards the prisoners, yelling at us,
belittling us, using profanity and other offensive language.

32.     At no point during the mass shakedown in April, 2014 did I see any
prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the
foregoing is true and correct.


Sept 24      , 2018
Date                                                      DANIEL BRADFORD

4

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF GREGORY TOMBERG

I, Gregory Tomberg, declare under penalty of perjury that the following is true and correct:

1.      My name is Gregory Tomberg and my IDOC number is R68415. All of the statements in this declaration are based on my personal knowledge.

2.      I am currently incarcerated at Lawrence Correctional Center.

3.      I was incarcerated at Menard Correctional Center in April 2014.

4.      In April, 2014, I was housed in North 2. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.      The shakedown of North 2 at Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Get your ass up!" The sounds of Orange Crush entering the unit frightened me.

6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.      Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.      One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P002996

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs.

12.     I was handcuffed more tightly than usual which caused pain and discomfort.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to Randolph Hall.

19.     During the line movement from the housing unit to Randolph Hall, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

2

P002997

20.     During the line movement, one Orange Crush officer struck me with his baton and pushed me with his hands.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Randolph Hall. Because I was forced to keep my head down, I could not see when the line was stopping.

23.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks.

24.     When we arrived at Randolph Hall I was ordered to stand up facing the back of an inmate in front of me who was facing the wall in front of him.

25.     Orange Crush officers told us to keep our heads down and not to look around.

26.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

27.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to Randolph Hall.

28.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to Randolph Hall, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

29.     Throughout the mass shakedown conducted by Orange Crush in April, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

P002998

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

09- 19, 2018
Date

GREGORY TOMBERG

P002999

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 0309 |
| | ) | |
| GREG GOSSETT, et al., | ) | Hon. Staci M. Yandle, J. |
| | ) | |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF ROBERT ROBINSON

I, Robert Robinson, declare under penalty of perjury that the following is true and correct:

1.     My name is Robert Robinson and my IDOC number is R51941. All of the statements in this declaration are based on my personal knowledge.

2.     I am currently incarcerated at Lawrence Correctional Center.

3.     I was incarcerated at Menard Correctional Center in April 2014.

4.     On April, 2014, I was housed in West House Five Gallery.  On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of West House at Menard in April, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I R.R. remember hearing members of Orange Crush yelling or screaming "Get up, get up, Get the fuck up, get on the floor!"  The sounds of Orange Crush entering the unit startled me.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread *bendover and* R.R. my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.      After the strip search was complete, ~~an~~ the R.R. Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.      After I got dressed, ~~an~~ the R.R. Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

12.      In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

13.      After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.      Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.      Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.      In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.      Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the

2

P003001

hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.   Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19.   During the line movement from the housing unit to the Chapel Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.   During the line movement, I heard sounds that made me believe that Orange Crush officers were striking other prisoners who raised their heads or fell out of line.

21.   As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.   There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel because I was forced to keep my head down, I could not see when the line was stopping.

23.   Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.   When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I heard sounds that made me believe other prisoners were falling out of line on multiple occasions, and each time they were yelled at and struck by Orange Crush officers.

25.   When we arrived at the Chapel we were ordered to stand up facing the wall and keep our forehead pressed against the wall. And or down .R.R.

26.   Orange Crush officers told us to keep our heads pressed against the wall, and not to look around.

27.   I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

3

P003002

28.     While in the Chapel I heard other prisoners ask to use the bathroom and be denied.

29.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

30.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel in terms of Orange Crush officers striking and yelling at other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

31.     Throughout the mass shakedown conducted by Orange Crush in April 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

32.     At no point during the mass shakedown in April 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_9 - 18_ , 2018
Date

*Robert Robinson* #RS1941
ROBERT ROBINSON

P003003

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                                                  )
                    Plaintiffs, )
                                                  )
                    v. )          Case No. 15 C 0309
                                                      )
GREG GOSSETT, et al., )         Hon. Staci M. Yandle, J.
                                                      )
                Defendants. )       Hon. Stephen C. Williams, M.J.

## DECLARATION OF JUAN MARTINEZ

I, Juan Martinez, declare under penalty of perjury that the following is true and correct:

1.     My name is Juan Martinez and my IDOC number is R06008. All of the statements in this declaration are based on my personal knowledge.

2.     I am currently incarcerated at Lawrence Correctional Center.

3.     I was incarcerated at Lawrence Correctional Center in July 2014.

4.     In July, 2014, I was housed in 5 House. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of 5 House at Lawrence in July, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Get ready!" The sounds of Orange Crush entering the unit scared me.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces.

7.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P003004

8. After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

9. After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

10. After I got dressed, an Orange Crush officer placed me in handcuffs.

11. The handcuffs were also applied tightly than usual, which caused pain and discomfort.

12. After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

13. Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

14. Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

15. In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

16. Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

17. Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

P003005

18.     During the line movement from the housing unit to the Cafeteria.
Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or
words to that effect.

19.     During the line movement, I heard other inmates in front of me in line
who were screaming.

20.     As a result of the position in which we were forced to line up, it was
difficult to walk and the line moved very slowly.

21.     There were numerous stops and starts to the line movement during the
time between leaving the housing unit and arriving at the Cafeteria. Because I was
forced to keep my head down, I could not see when the line was stopping.

22.     Each time the line stopped the prisoners got bunched up and I was
pressed even more closely into the prisoner in front of me in line, and the prisoner
behind me was pressed even more closely into me. As a result, my genital area was
repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of
me, and the genital area of the prisoner behind me was repeatedly pressed closely
into my buttocks and/or hands.

23.     When the line stopped and the prisoners got bunched up closer
together, it was difficult to keep balance and stay in line.

24.     When we arrived at the Cafeteria, we were ordered to sit down at a
table and keep our head down on the table.

25.     Orange Crush officers told us to keep our heads down, and not to look
around.

26.     I do not know the exact amount of time we were forced to stay in this
position, but I believe it was more than one hour and it felt like a long time because
it was a very uncomfortable and painful position to stay in for a sustained length of
time.

27.     While in the Cafeteria, I asked to use the bathroom and was denied
and I heard other prisoners ask to use the bathroom and be denied.

28.     I do not recall whether I heard other prisoners request medical
attention and be denied.

29.     Eventually, we were ordered to line up in the same fashion as we had
lined up earlier in the housing unit, and were ordered to travel back to the housing
unit in the same fashion as the line movement to the Cafeteria.

P003006

30.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

31.     Throughout the mass shakedown conducted by Orange Crush in July, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

32.     At no point during the mass shakedown in July, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

09/19, 2018
Date

JUAN MARTINEZ

4

P003007

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
themselves and all others similarly situated, )
                                 )
            Plaintiffs, )
                                 )
             v. )         Case No. 15 C 0309
                                 )
GREG GOSSETT, et al., )         Hon. Staci M. Yandle, J.
                                 )
            Defendants. )         Hon. Stephen C. Williams, M.J.

### DECLARATION OF GARY DAUBMAN

All of the statements in this declaration are based on my personal knowledge.

I, Gary Daubman, declare under penalty of perjury that the following is true and correct:

1.     My name is Gary Daubman and my IDOC number is N36236.

2.     I am currently incarcerated at Hill Correctional Center.

3.     I was incarcerated at Menard Correctional Center in April 2014.

4.     In April 2014 I was housed in the South Lowers Housing Unit in cell 412. During that month, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of Southern Lowers at Menard Correctional Center in April 2014 began with members of Orange Crush whooping, hollering and screaming at the prisoners and banging their oak stick batons against bars and other surfaces.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

1

P003008

8.    One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

9.    After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.    After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.    After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, my shoulders were rotated in an awkward position.

12.    In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort. The handcuffs left marks on my wrists after they were removed.

13.    After I was placed in handcuffs, my cellmate and I were led out of our cell backwards. We were led out of the unit in single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.    Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.    Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.    In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.    Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the

2

hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, I heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

21.     When we arrived at the Chapel, we were ordered to stand up facing a wall.

22.     Orange Crush officers told us to keep our heads down and not to look around.

23.     I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable position to stay in for a sustained length of time.

24.     While in the Chapel I heard other prisoners ask to use the bathroom and be denied and I heard Orange Crush officers announce that we should not ask to use the bathroom because we would not be allowed.

25.     While in the Chapel I heard other prisoners request medical attention, and be denied. I also heard medical staff, present in the Chapel, reiterate Orange Crush officers' orders, even when medical needs were expressed.

26.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

27.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers yelling at me and other prisoners.

28.     Throughout the mass shakedown conducted by Orange Crush in April 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

P003010

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

SEPtember 9, 2018
Date

*Gary Daubman*
GARY DAUBMAN

4

P003011

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of<br>Themselves and all others similarly situated, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | )<br>) | Hon. Staci M. Yandle, J. |
| Defendants. | )<br>) | Hon. Stephen C. Williams, M.J. |

### DECLARATION OF DARVIN HENDERSON

All of the statements in this declaration are based on my personal knowledge.

I, Darvin Henderson, declare under penalty of perjury that the following is true and correct:

1.     My name is Darvin Henderson and my IDOC number is K78909.

2.     I am currently incarcerated at Stateville Correctional Center.

3.     I was incarcerated at Menard Correctional Center in April 2014.

4.     In April 2014, I was housed in the South Uppers housing unit in Gallery 7. That month, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of Gallery 7 in the South Uppers housing unit at Menard Correctional Center in April 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the bars and other surfaces as they entered the unit.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

1

8.    One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

9.    After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.    After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.    After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way.

12.    In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain, discomfort, and left welts and bruises.

13.    After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.    Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to keep my chin down so that it touched my chest. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.    Another prisoner was ordered to position himself in a similar manner behind me, such that his genital area was pressed up against my buttocks and hands.

16.    Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible. When there were gaps between myself and the person behind or in front of me, Orange Crush officers pushed us into each other.

*Humiliated*

They were yelling degrading things like "Nuts to butts", and saying us, saying that they wanted *everyone's* dicks in the hands of the person in front of us. *D.H₂*

17.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

18.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

19.     During the line movement, one or more Orange Crush officers pushed me with their hands and poked me with their batons.

20.     During the line movement, I saw and heard Orange Crush officers slap other prisoners who raised their heads or fell out of line.

21.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

22.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

23.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard other prisoners fall out of line on multiple occasions, and each time they were yelled at and struck by Orange Crush officers.

24.     When we arrived at the Chapel we were ordered to stand facing the wall in rows.

25.     Orange Crush officers told us to keep our heads down and not to look around. The row of prisoners closest to the wall were ordered to press their heads into the wall.

26.     I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

27.     While in the Chapel, I heard other prisoners ask to use the bathroom and Orange Crush officers respond, "you have to wait," or words to that effect. I heard and saw other prisoners urinate and defecate on themselves. Some people who said they are about to piss on themselves, the officers said in response they don't give a fuck piss on yourself, some said you better not as well. Diff

3

28. While in the Chapel, I heard other prisoners request medical attention and be denied. When other prisoners fell down, I heard and saw heard Orange Crush officers say, "get your ass up," or words to that effect.

29. Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

30. During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers slapping, nudging and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

31. Throughout the mass shakedown conducted by Orange Crush in April 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language. At times I would see that a lot of ~~custody~~ Menard Staff was present witnessing a lot of these things. D.H

32. At no point during the mass shakedown in April 2014, did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9/10/18
Date

DARVIN HENDERSON

4

P003015

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated,)
                                   )

                Plaintiffs,         )

                     )

               v.             )      Case No. 15 C 0309

                     )

GREG GOSSETT, et al.,         )      Hon. Staci M. Yandle, J.

                     )

            Defendants.    )      Hon. Stephen C. Williams, M.J.

## DECLARATION OF FERLIMO MORRIS

All of the statements in this declaration are based on my personal knowledge.

I, Ferlimo Morris, declare under penalty of perjury that the following is true and correct:

1.     My name is Ferlimo Morris and my IDOC number is B60600.

2.     I am currently incarcerated at Stateville Correctional Center.

3.     I was incarcerated at Menard Correctional Center in April 2014.

4.     In April 2014, I was housed in the North housing unit on Gallery 8. That month, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of Gallery 8 in the North housing unit at Menard Correctional Center in April 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the bars.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown, including the warden.

8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P003016

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

12.     In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain, discomfort, and later welts and bruising.

13.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

P003017

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

19.     During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, one or more Orange Crush officers poked me with their batons I lifted my head up to relieve my neck pain.

21.     During the line movement, I saw and heard Orange Crush officers pull people out of line who were unable to keep their head down or maintain the posture that was being demanded, or who tripped and fell out of line.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard other prisoners fall out of line on multiple occasions, and each time they were yelled at and grabbed by Orange Crush officers.

26.     When we arrived at the Chapel, we were ordered to lined up facing the wall in rows.

27.     Orange Crush officers told us to keep our heads down and not to look around.

28.     I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

3

P003018

29.     While in the Chapel, I heard and saw other prisoners ask to use the bathroom and be denied. I heard and saw other prisoners urinating and defecating on themselves. When I asked to use the bathroom, an Orange Crush officer said "man up," or words to that effect.

30.     While in the Chapel, I heard other prisoners request medical attention and be denied. I heard and saw older men fall down and ask for help, to which Orange Crush officers replied, "shut up," or words to the effect.

31.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

32.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers striking and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

33.     Throughout the mass shakedown conducted by Orange Crush in April 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

34.     At no point during the mass shakedown in April 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

2018-9-10
Date

*Ferlimo Morris*
FERLIMO MORRIS

4

P003019

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF WENDELL BASQUINE

All of the statements in this declaration are based on my personal knowledge.

I, Wendell Basquine, declare under penalty of perjury that the following is true and correct:

1.    My name is Wendell Basquine and my IDOC number was B81406.

2.    I currently reside in East St. Louis, Illinois.

3.    I was incarcerated Big Muddy River Correctional Center in May 2014.

4.    In May 2014, I was housed on 3B and I was subjected to a mass shakedown conducted by Orange Crush.

5.    The shakedown of my unit in May 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit.

6.    The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid some of their faces.

7.    Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.    One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P003020

9.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.      Female officers were present during my strip search.

11.      After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to wear any undergarments.

12.      After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with palms facing each other, I was handcuffed with my palms facing outward.

13.      In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain.

14.      After I was placed in handcuffs, we were led out of the unit in a line. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

15.      Orange Crush officers ordered me to line up with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

16.      Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

17.      In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

18.      Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the

2

hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

19.    Orange Crush officers ordered us to move in this line formation from the housing unit to the Chow Hall.

20.    During the line movement from the housing unit to the Chow Hall, Orange Crush officers repeatedly instructed us to keep our heads down.

21.    During the line movement, one or more Orange Crush officers prodded me in the side with their baton.

22.    There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chow Hall. Because I was forced to keep my head down, I could not see when the line was stopping.

23.    Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.    When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line.

25.    When we arrived at the Chow Hall we were ordered to sit down at a table and keep out head down on the table.

26.    Orange Crush officers told us to keep our heads down and not to look around.

27.    I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

28.    While in the Chapel, I did not ask to use the bathroom and I did not seek medical attention.

29.    Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chow Hall.

3

30.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chow Hall in terms of Orange Crush officers striking and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

31.     Throughout the mass shakedown conducted by Orange Crush in May 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

32.     I do not recall seeing any prisoner handcuffed in front during the shakedown.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_9/15/2018_
Date

Wendell Basquine
Wendell Basquine

4

SCANNED
SEP 18 2018

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated,)
                               )
          Plaintiffs,      )
                               )
          v.           )      Case No. 15 C 0309
                               )
GREG GOSSETT, et al.,      )      Hon. Staci M. Yandle, J.
                               )
          Defendants.    )      Hon. Stephen C. Williams, M.J.

## DECLARATION OF TERRON PRICE

All of the statements in this declaration are based on my personal knowledge.

I, Terron Price, declare under penalty of perjury that the following is true and correct:

1.     My name is Terron Price and my IDOC number is B83750.

2.     I am currently incarcerated at Pinckneyville Correctional Center.

3.     I was incarcerated at Menard Correctional Center in April 2014.

4.     In April 2014, I was housed in the East Cell House in cell 910. That month, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of the East Cell House at Menard Correctional Center in April 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

8.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

1

9.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

10.     After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

11.     In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

12.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

13.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

14.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

15.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

16.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

17.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

P003025

18.   During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

19.   During the line movement, Orange Crush officers struck me on the back with batons twice. I was also hit in the face with an Orange Crush officer's hand.

20.   As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

21.   There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

22.   Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

23.   When we arrived at the Chapel, we were ordered to form rows facing a wall.

24.   Orange Crush officers told us to keep our heads down and pressed against the wall or, for prisoners who were not in the first row, against the neck of the prisoner in front of them, and not to look around.

25.   I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable position to stay in for a sustained length of time.

26.   While in the Chapel, I heard other prisoners ask to use the bathroom and be denied.

27.   While in the Chapel, I heard my cellmate ask for medical attention, and be denied. I heard other prisoners fall or pass out because they were denied medical attention.

28.   Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

P003026

29.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel in terms of Orange Crush officers striking and yelling at me and other prisoners and the bunching up and pressing together of prisoners during the stops and starts.

30.     Throughout the mass shakedown conducted by Orange Crush in April 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

31.     At no point during the mass shakedown in April 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9-11-18
Date

TERRON PRICE

4

P003027

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated,)
                          )
          Plaintiffs,          )
                          )
          v.                    )        Case No. 15 C 0309
                          )
GREG GOSSETT, et al.,          )        Hon. Staci M. Yandle, J.
                          )
          Defendants.      )        Hon. Stephen C. Williams, M.J.

## DECLARATION OF WESLEY ROBINSON

All of the statements in this declaration are based on my personal knowledge.

I, Wesley Robinson, declare under penalty of perjury that the following is true and correct:

1.     My name is Wesley Robinson and my IDOC number is A80215.

2.     I am currently incarcerated at Menard Correctional Center.

3.     I was incarcerated at Menard Correctional Center in April 2014

4.     In April 2014, I was housed in the East Housing Unit in cell 205 or *E-107* 206. That month, I was subjected to a mass shakedown conducted by Orange Crush. *W.R.*

5.     The shakedown of the East Housing at Menard Correctional Center in April 2014 began with members of Orange Crush yelling and military-style chanting and banging their oak stick batons against the bars, walls, doors and other surfaces as they entered the unit.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

P003028

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

10.    After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.    After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

12.    In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain, discomfort, and loss of circulation.

13.    After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.    Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.    Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.    In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.    Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

18.    During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

P003029

19.     During the line movement, one or more Orange Crush officers threw another prisoner near me on the ground, put their boot on his neck, and carried him off to segregation.

20.     During the line movement, I heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel.

23.     When we arrived at the Chapel, we were ordered to stand in rows facing a wall.

24.     Orange Crush officers told us to keep our heads down and not to look around.

25.     I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable position to stay in for a sustained length of time.

26.     While in the Chapel, I heard other prisoners ask to use the bathroom and be denied. I heard and saw other prisoners urinate and defecate on themselves.

27.     While in the Chapel, I heard other prisoners request medical attention and be denied.

28.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

29.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers striking and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

30.     Throughout the mass shakedown conducted by Orange Crush in April 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

3

31.     At no point during the mass shakedown in April 2014 did I see any
prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the
foregoing is true and correct.

_Sept. 12th 2018_
Date

WESLEY ROBINSON

4

P003031

SEP 19 2018
RECEIVED

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                         )
            Plaintiffs,        )
                         )
            v.                )     Case No. 15 C 0309
                         )
GREG GOSSETT, et al.,          )     Hon. Staci M. Yandle, J.
                         )
           Defendants.      )     Hon. Stephen C. Williams, M.J.

### DECLARATION OF STEVEN SANDERS

      All of the statements in this declaration are based on my personal knowledge.

      I, Steven Sanders, declare under penalty of perjury that the following is true and correct:

      1.     My name is Steven Sanders and my IDOC number is K96705.

      2.     I am currently incarcerated at Menard Correctional Center.

      3.     I was incarcerated at Menard Correctional Center in April 2014.

      4.     In April 2014, I was housed in the North Upper Cell House. During that month, I was subjected to a mass shakedown conducted by Orange Crush.

      5.     The shakedown of North Upper Cell House at Menard Correctional Center in April 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the bars and other surfaces as they entered the unit.

      6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

      7.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

      8.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

1

9.      After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

10.      After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling, my palms facing away from my back-body.

11.      After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

12.      Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

13.      Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

14.      In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

15.      Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

16.      Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

17.      During the line movement from the housing unit to the Chapel, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," and to "shut the fuck up," or words to that effect.

P003033

18.     During the line movement, one or more Orange Crush officers nudged me with their batons.

19.     During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

20.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

21.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

22.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and hands.

23.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard other prisoners fall out of line on multiple occasions, and each time they were yelled at, struck, and grabbed by the neck by Orange Crush officers.

24.     When we arrived at the Chapel, we were ordered to form three rows facing a wall. The first line was right at the wall. The second line filed in right behind that line, and third behind the second. I was in the second row.

25.     Orange Crush officers told us to keep our heads down and not to look around.

26.     I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like two to three hours because it was a very uncomfortable and painful position to stay in for a sustained length of time.

27.     While in the Chapel, I heard other prisoners ask to use the bathroom and be denied. I heard Orange Crush officers respond with the words, "piss on yourself," or something to that effect.

28.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

P003034

29.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

30.     Throughout the mass shakedown conducted by Orange Crush on In April 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9/12/2018
Date

Steven Sanders
STEVEN SANDERS

4

P003035

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                                              )
                Plaintiffs,                   )
                                              )
        v.                                    )     Case No. 15 C 0309
                                              )
GREG GOSSETT, et al.,                         )     Hon. Staci M. Yandle, J.
                                              )
                Defendants.                   )     Hon. Stephen C. Williams, M.J.

## DECLARATION OF EDWARD MITCHELL

All of the statements in this declaration are based on my personal knowledge.

I, Edward Mitchell, declare under penalty of perjury that the following is true and correct:

1.    My name is Edward Mitchell and my IDOC number is B56190.

2.    I am currently incarcerated at Menard Correctional Center.

3.    I was incarcerated at Menard Correctional Center in April 2014.

4.    In April 2014, I was housed in the South Housing Unit in cell 322. That month, I was subjected to a mass shakedown conducted by Orange Crush.

5.    The shakedown of South House at Menard Correctional Center in April 2014 began with members of Orange Crush yelling profanity and banging their batons against the walls, doors and other surfaces as they entered the unit.

6.    The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.    One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

8.    After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and

1

P003036

humiliating way. Specifically, the Orange Crush officer first ordered me to spread
my buttock cheeks and to grab and manipulate my genitals before ordering me to
put my fingers in my mouth.

9.     After the strip search was complete, an Orange Crush officer ordered
me to put back on only my prison-issued pants and overshirt and a pair of shoes. I
was not permitted to put on socks, underwear or an undershirt.

10.     After I got dressed, an Orange Crush officer placed me in handcuffs. I
have been handcuffed on other occasions while in prison, but in this instance I was
handcuffed in a more aggressive and more painful way.

11.     In addition to being handcuffed in a more painful position than usual,
the handcuffs were also applied more tightly than usual, which also caused pain
and discomfort. I had bruises on my wrists for days after the cuffs were removed.

12.     After I was placed in handcuffs, we were led out of the unit single file.
Orange Crush officers ordered us to keep our heads down and not to look around
while in line formation.

13.     Orange Crush officers ordered me to line up in a column with other
prisoners directly in front of and behind me. I was ordered to place my head directly
on the neck and back area of the prisoner in front of me. I was also ordered to
position myself in such close contact with the prisoner in front of me that my genital
area was in direct contact with the area of his buttocks and his hands.

14.     Another prisoner was ordered to position himself in a similar manner
behind me, such that his head was pressed onto my neck and back and his genital
area was pressed up against my buttocks and hands.

15.     In order to stay in this formation, I was forced to bend the upper half of
my body forward at an angle.

16.     Orange Crush officers ordered us to move in this line formation from
the housing unit to the Chapel.

17.     During the line movement from the housing unit to the Chapel,
Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or
words to that effect.

18.     During the line movement, one or more Orange Crush officers
aggressively grabbed my neck.

2

P003037

19.     During the line movement, I heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

20.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

21.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

22.     When we arrived at the Chapel, we were ordered to stand in rows facing the wall.

23.     Orange Crush officers told us to keep our heads down and not to look around.

24.     I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like over three hours because it was a very uncomfortable position to stay in for a sustained length of time.

25.     While in the Chapel, I heard other prisoners ask to use the bathroom to which Orange Crush replied, "you have to wait," or words to that effect. I saw and heard other prisoners urinate and defecate on themselves.

26.     While in the Chapel, I heard other prisoners request medical attention for lightheadedness to which Orange Crush replied, "you have to wait," or words to that effect.

27.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

28.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel, in terms of Orange Crush officers striking and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

29.     Throughout the mass shakedown conducted by Orange Crush in April 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language including phrases like, "if you look up, you'll go to seg," or words to that effect. I also heard the words nigger and spic and wet back used by orange crush during this shakedown.     E.M.

3

30.     At no point during the mass shakedown in April 2014 did I see any prisoner who was handcuffed in the front.

31. on 9/7/18 orange crush shakedown North uppers 5 and 7 galleries, after a inmate died, who lived on 5 gallery. I overheard orange crush state that they don't care about the Ross suit, and can do what they want.  E.M.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_9/14/18_
Date

_Edward Mitchell_
EDWARD MITCHELL

4

P003039

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of          )
Themselves and all others similarly situated,)
                                              )
                    Plaintiffs,               )
                                              )
            v.                                )      Case No. 15 C 0309
                                              )
GREG GOSSETT, et al.,                         )      Hon. Staci M. Yandle, J.
                                              )
                    Defendants.               )      Hon. Stephen C. Williams, M.J.

## DECLARATION OF RASHAD WHITLOCK

All of the statements in this declaration are based on my personal knowledge.

I, Rashad Whitlock, declare under penalty of perjury that the following is true and correct:

1.      My name is Rashad Whitlock and my IDOC number is M44781.

2.      I am currently incarcerated at Dixon Correctional Center.

3.      I was incarcerated at Lawrence Correctional Center in July 2014.

4.      In July 2014, I was housed in the 5-H cell house on the C-wing. That month, I was subjected to a mass shakedown conducted by Orange Crush.

5.      The shakedown of 5-H cell house at Lawrence Correctional Center on in July 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit.

6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.      One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

8.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

1

P003040

9.      After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

10.      After I got dressed, an Orange Crush officer placed me in handcuffs. The handcuffs were applied more tightly than usual, which also caused pain and discomfort.

11.      After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

12.      Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

13.      Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

14.      In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

15.      Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

16.      Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

17.      During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect. I heard one Orange Crush officer say, "if you lift your head I'll hit it like a baseball with my bat," or words to that effect.

18.      During the line movement, an Orange Crush officer spit on me.

19.      During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

2

P003041

20.     It was difficult to keep balance and stay in line. I heard and saw other prisoners fall out of line on multiple occasions, and each time they were yelled at or struck by Orange Crush officers.

21.     When we arrived at the Cafeteria, we were ordered to sit down at a table and keep our head down.

22.     Orange Crush officers told us to keep our heads down and not to look around. I heard and saw others prisoners lift their heads to relieve neck pain. Each time, Orange Crush officers would slam their heads down to the table.

23.     I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

24.     While in the Cafeteria, I heard other prisoners ask to use the bathroom and be denied.

25.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

26.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers striking and yelling at me and other prisoners, the bunching up and pressing together of prisoners, and the difficulty keeping in the line formation.

27.     Throughout the mass shakedown conducted by Orange Crush in July 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9-20-2018
Date

Rashad Whitlock
RASHAD WHITLOCK

3

P003042

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated,)
                                              )
                Plaintiffs,                   )
                                              )
        v.                                    )   Case No. 15 C 0309
                                              )
GREG GOSSETT, et al.,                         )   Hon. Staci M. Yandle, J.
                                              )
                Defendants.                   )   Hon. Stephen C. Williams, M.J.

## DECLARATION OF DAVID ZOBERIS

All of the statements in this declaration are based on my personal knowledge.

I, David Zoberis, declare under penalty of perjury that the following is true and correct:

1.    My name is David Zoberis and my IDOC number is M24002.

2.    I am currently incarcerated at Taylorville Correctional Center.

3.    I was incarcerated at Big Muddy River Correctional Center in May 2014.

4.    On May 2014, I was housed in Housing Unit 4. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.    The shakedown of Housing Unit 4 at Big Muddy River Correctional Center in May 2014 began with members of Orange Crush screaming at prisoners and military-style chanting and banging their batons against their shields.

6.    I heard and saw counselors for the Sex Offender Program at Big Muddy River who were not wearing the Orange Crush uniform present during the shakedown.

7.    Members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

8.    After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in

1

prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

9.      After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

10.      After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, instead of being handcuffed with my arms and thumbs pointing downward towards the floor, I was handcuffed with my arms bent upwards and my thumbs pointed up towards the ceiling.

11.      In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

12.      After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

13.      Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

14.      Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

15.      In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

16.      Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

17.      During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

2

18.     During the line movement, I saw and heard Orange Crush officers scream and yell at prisoners who raised their heads or fell out of line.

19.     During the line movement, I heard and saw an elderly prisoner who was physically unsuited to be walking in the "nuts to butts" manner. I heard and saw other prisoners advocate for him, asking that he be exempted from the line movement. Orange Crush officers replied, "shut the fuck up and keep your head down," or words to that effect.

20.     As a result of the position in which we were forced to line up, it was difficult to walk and prisoners stumbled.

21.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

22.     When we arrived at the Cafeteria, we were ordered to sit down with our foreheads down on the table, our hands were still handcuffed behind our backs.

23.     Orange Crush officers told us to keep our heads down and not to look around.

24.     I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

25.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

26.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria in terms of Orange Crush officers yelling at prisoners, the bunching up and pressing together of prisoners, and the difficulty keeping in the line formation.

27.     Throughout the mass shakedown conducted by Orange Crush in May 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

28.     At no point during the mass shakedown in May 2014 did I see any prisoner who was handcuffed in the front.

3

P003045

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9.24.18

Date

David Zoberis Jr.

DAVID ZOBERIS Jr.

4

P003046

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of          )
Themselves and all others similarly situated, )
                                              )
                          Plaintiffs,         )
                                              )
              v.                              )          Case No. 15 C 0309
                                              )
GREG GOSSETT, et al.,                         )          Hon. Staci M. Yandle, J.
                                              )
                          Defendants.         )          Hon. Stephen C. Williams, M.J.

### DECLARATION OF MARCUS WEST

I, Marcus West, declare under penalty of perjury that the following is true and correct:

1.     My name is Marcus West and my IDOC number is R11609. All of the statements in this declaration are based on my personal knowledge.

2.     I am currently incarcerated at Lawrence Correctional Center.

3.     I was incarcerated at Lawrence Correctional Center in July 2014.

4.     In July, 2014, I was housed in 7B. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of 7B at Lawrence in July, 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling or screaming "Get the fuck up!" The sounds of Orange Crush entering the unit startled me.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

9.    After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.    After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.    After I got dressed, an Orange Crush officer placed me in handcuffs. I have been handcuffed on other occasions while in prison, but in this instance I was handcuffed in a different and more painful way. Specifically, I was handcuffed so my palms were facing outward.

12.    In addition to being handcuffed in a more painful position than usual, the handcuffs were also applied more tightly than usual, which also caused pain and discomfort.

13.    After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

14.    Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

15.    Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

16.    In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

17.    Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

P003052

18.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

19.     During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

20.     During the line movement, one or more Orange Crush officers pushed my head down into the inmate in front of me with their hands.

21.     During the line movement, I saw and heard Orange Crush officers pushing other prisoners down to the ground who raised their heads or fell out of line.  I heard the noises at first and then I looked out of the corner of my eye to witness this.

22.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

23.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

24.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

25.     When we arrived at the Cafeteria, we were ordered to sit down at a table and keep our head down on the table.

26.     Orange Crush officers told us to keep our heads down, and not to look around.

27.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

28.     While in the Cafeteria, I heard other prisoners ask to use the bathroom and be denied.

3

P003053

29.    While in the Cafeteria, I heard other prisoners request medical attention and be denied.

30.    Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

31.    During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria in terms of Orange Crush officers pushing and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

32.    Throughout the mass shakedown conducted by Orange Crush in July, 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

33.    At no point during the mass shakedown in July, 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

10·4·           , 2018
Date

MARCUS WEST

4

P003054

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

DEMETRIUS ROSS, et al., on behalf of )
Themselves and all others similarly situated, )
                          )
         Plaintiffs, )
                          )
         v. )       Case No. 15 C 0309
                          )
GREG GOSSETT, et al.,          )       Hon. Staci M. Yandle, J.
                          )
         Defendants. )       Hon. Stephen C. Williams, M.J.

## DECLARATION OF LARRY WILLIAMS

        I, Larry Williams, declare under penalty of perjury that the following is true and correct:

        1.     My name is Larry Williams and my IDOC number is M05829. All of the statements in this declaration are based on my personal knowledge.

        2.     I am currently incarcerated at Big Muddy River Correctional Center.

        3.     I was incarcerated at Big Muddy River Correctional Center in May 2014.

        4.     In May 2014, I was housed in 2C. On that date, I was subjected to a mass shakedown conducted by Orange Crush.

        5.     The shakedown of 2C at Big Muddy River in May 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit. I remember hearing members of Orange Crush yelling "On your doors!" The sounds of Orange Crush entering the unit startled me.

        6.     Some of the members of Orange Crush were dressed in orange jumpsuits with black vests and some of them were dressed in all black attire. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

        7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

1

P003059

8.   Two of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.  One of these members was a male and one of these members was a female.  I could tell it was a female officer in front of me because of her voice and smaller stature.

9.   After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth.

10.   I do not recall whether I was permitted to put on underwear.

11.   Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

12.   Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

13.   In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

14.   Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

15.   Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

16.   During the line movement from the housing unit to the Cafeteria Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

17.   During the line movement, one or more Orange Crush officers pushed my head down with their hands.

2

18.     During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

19.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

20.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

21.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

22.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard other prisoners fall out of line on multiple occasions, and each time they were yelled at or struck by Orange Crush officers.

23.     When we arrived at the Cafeteria we were ordered to sit down at a table and keep our head down on the table.

24.     Orange Crush officers told us to keep our heads down and not to look around.

25.     I do not know the exact amount of time we were forced to stay in this position, but I believe it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

26.     While in the Cafeteria, I heard other prisoners ask to use the bathroom and be denied.

27.     While in the Cafeteria, I heard other prisoners request medical attention and be denied.

28.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

P003061

29.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria in terms of Orange Crush officers striking and yelling at other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

30.     Throughout the mass shakedown conducted by Orange Crush in May 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

31.     At no point during the mass shakedown in May, 2014 did I see any prisoner who was handcuffed in the front.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


September 6 , 2018
Date

Larry Wille
LARRY WILLIAMS

4

P003062

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF DANIEL M. JACKSON

All of the statements in this declaration are based on my personal knowledge.

I, Daniel Jackson, declare under penalty of perjury that the following is true and correct:

1.    My name is Daniel M. Jackson and my IDOC number was M27593.

2.    I currently reside in Peoria, Illinois.

3.    I was incarcerated at Menard Correctional Center in April 2014.

4.    In April 2014, I was housed in West House at Menard and I was subjected to a mass shakedown conducted by Orange Crush.

5.    The shakedown began with members of Orange Crush yelling and banging their batons loudly as they entered the unit.

6.    The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields. I did not see any of them wearing nametags.

7.    One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P003020

8.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I was ordered to first spread my buttocks cheeks and to grab and manipulate my genitals before being ordered to put my fingers in my mouth.

9.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not allowed to put on socks or underwear.

10.     After I got dressed, an Orange Crush officer handcuffed me behind my back.

11.     After I was placed in handcuffs, we were led out of the unit in a line. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

12.     Orange Crush officers ordered me to line up in with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

13.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

14.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

15.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

16.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Chapel.

17.     During the line movement from the housing unit to the Chapel, Orange Crush officers ordered us to keep our heads and eyes down.

P003021

18.    During the line movement, I heard Orange Crush officers strike prisoners who raised their heads.

19.    As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

20.    There were stops and starts to the line movement during the time between leaving the housing unit and arriving at the Chapel. Because I was forced to keep my head down, I could not see when the line was stopping.

21.    When the line stopped, the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

22.    When we arrived at the Chapel we were to stand up facing the wall and keep our forehead pressed against the wall.

23.    Orange Crush officers told us to keep our heads down and not to look around.

24.    I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a long time.

25.    While in the Chapel, I heard an older prisoner next to me ask repeatedly to use the bathroom. He was not allowed to use the bathroom, and so he defecated in his pants.

26.    Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Chapel.

27.    During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Chapel in terms of Orange Crush officers striking and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

28.    Throughout the mass shakedown conducted by Orange Crush in April 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

P003022

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9/24/18
Date

DANIEL M. JACKSON

4

P003023

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF RYAN MOORE

All of the statements in this declaration are based on my personal knowledge.

I, Ryan Moore, declare under penalty of perjury that the following is true and correct:

1.      My name is Ryan Moore and my IDOC number is M23419.

2.      I am currently incarcerated at Graham Correctional Center.

3.      I was incarcerated at Lawrence Correctional Center in July 2014.

4.      In July 2014, I was housed in the 2-A Uppers cell house. That month, I was subjected to a mass shakedown conducted by Orange Crush.

5.      The shakedown of the 2-A Uppers cell house at Lawrence Correctional Center in July 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit.

6.      The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, a mace canister, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.      One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

8.      After I removed my clothing, an Orange Crush officer ordered me to complete a strip search.

1

P003063

9.      After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and state-issued boots. I was not permitted to put on socks, underwear or an undershirt.

10.     After I got dressed, an Orange Crush officer placed me in handcuffs. The handcuffs were applied more tightly than usual, which also caused pain, discomfort, and left marks on my wrists after they were removed.

11.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

12.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with his handcuffs.

13.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my handcuffs.

14.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

15.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

16.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

✗ RM    17.     ~~As we were leaving the cell house, I saw Orange Crush offers slam a man from a neighboring cell onto the floor and beat him with their batons.~~

18.     During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect.

19.     During the line movement, one or more Orange Crush officers struck me repeatedly with their hands and grabbed me by the neck.

2

P003064

20.     During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

23.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and handcuffs of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and handcuffs.

24.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard other prisoners stumble out of line or lift their heads to see where they were going, and each time they were yelled at and struck by Orange Crush officers.

25.     When we arrived at the Cafeteria, we were ordered to sit down at a table and press our face down on the table.

26.     Orange Crush officers told us to keep our heads down and not to look around. Orange Crush officers walked around the Cafeteria carrying large canisters of mace.

27.     I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

28.     While in the Cafeteria, I asked to use the bathroom and was denied. I also heard other prisoners ask to use the bathroom and be denied.

29.     While in the Cafeteria, I asked Orange Crush officers to loosen my handcuffs because of the pain they were causing and was denied. I heard other prisoners ask to have their handcuffs loosened and be denied.

30.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

P003065

31.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers striking and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

32.     Throughout the mass shakedown conducted by Orange Crush in July 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

33.     At no point during the mass shakedown in July 2014 did I see any prisoner who was handcuffed in the front.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

October 4 2018
Date

_RYAN MOORE_
RYAN MOORE

4

P003066

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| | ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) | Hon. Staci M. Yandle, J. |
| | ) | |
| Defendants. | ) | Hon. Stephen C. Williams, M.J. |

## DECLARATION OF NIDRELL LYONS

All of the statements in this declaration are based on my personal knowledge.

I, Nidrell Lyons, declare under penalty of perjury that the following is true and correct:

1.     My name is Nidrell Lyons and my IDOC number is R17079.

2.     I am currently incarcerated at Vienna Correctional Center.

3.     I was incarcerated at Lawrence Correctional Center in July 2014.

4.     In July 2014, I was housed in 4-House in ▮▮▮▮▮. That month, I was subjected to a mass shakedown conducted by Orange Crush.

5.     The shakedown of 4-House at Lawrence Correctional Center in July 2014 began with members of Orange Crush yelling and screaming at the prisoners and banging their batons against the walls, doors and other surfaces as they entered the unit.

6.     The members of Orange Crush were dressed in orange jumpsuits with black vests. Each had a baton, and they were wearing riot helmets with face shields that hid their faces. They were not wearing nametags.

7.     Several prison officials who were not wearing the Orange Crush uniform were also present during the shakedown.

8.     One of the members of Orange Crush came up to my cell and ordered me to remove all of my clothing.

1

P003071

9.     After I removed my clothing, an Orange Crush officer ordered me to complete a strip search. I have been strip searched on other occasions while in prison, but this strip search was conducted in a different and more degrading and humiliating way. Specifically, the Orange Crush officer first ordered me to spread my buttock cheeks and to grab and manipulate my genitals before ordering me to put my fingers in my mouth. I heard and saw other prisoners refuse these orders. I heard and saw Orange Crush officers respond to their refusal by striking them with their batons and hands.

10.     After the strip search was complete, an Orange Crush officer ordered me to put back on only my prison-issued pants and overshirt and a pair of shoes. I was not permitted to put on socks, underwear or an undershirt.

11.     After I got dressed, an Orange Crush officer placed me in handcuffs. In this instance, the handcuffs were applied more tightly than usual, which caused pain, discomfort, and cut off circulation to my left hand to the extent that my hand went numb.

12.     After I was placed in handcuffs, we were led out of the unit single file. Orange Crush officers ordered us to keep our heads down and not to look around while in line formation.

13.     Orange Crush officers ordered me to line up in a column with other prisoners directly in front of and behind me. I was ordered to place my head directly on the neck and back area of the prisoner in front of me. I was also ordered to position myself in such close contact with the prisoner in front of me that my genital area was in direct contact with the area of his buttocks and his hands.

14.     Another prisoner was ordered to position himself in a similar manner behind me, such that his head was pressed onto my neck and back and his genital area was pressed up against my buttocks and hands.

15.     In order to stay in this formation, I was forced to bend the upper half of my body forward at an angle.

16.     Orange Crush officers ordered us to keep in close contact with the prisoners in front of and behind us in line, so there were no gaps in the line formation. Though I made efforts to avoid contact between my genital area and the hands/buttocks of the person in front of me, the manner in which they forced us to march made this impossible.

17.     Orange Crush officers ordered us to move in this line formation from the housing unit to the Cafeteria.

P003072

18.     During the line movement from the housing unit to the Cafeteria, Orange Crush officers repeatedly instructed us to "keep our fucking heads down," or words to that effect. And yelled "Nuts to butts!" M&Gw Q11074

19.     During the line movement, one or more Orange Crush officers struck me on the back of my head with their baton when I lifted my head.

20.     During the line movement, I saw and heard Orange Crush officers strike other prisoners who raised their heads or fell out of line. I saw and heard Orange Crush officers muscle a few other prisoners down to the floor and drag them away from the procession.

21.     As a result of the position in which we were forced to line up, it was difficult to walk and the line moved very slowly.

22.     There were numerous stops and starts to the line movement during the time between leaving the housing unit and arriving at the Cafeteria. Because I was forced to keep my head down, I could not see when the line was stopping.

23.     Each time the line stopped the prisoners got bunched up and I was pressed even more closely into the prisoner in front of me in line, and the prisoner behind me was pressed even more closely into me. As a result, my genital area was repeatedly pressed closely into the buttocks and/or hands of the prisoner in front of me, and the genital area of the prisoner behind me was repeatedly pressed closely into my buttocks and/or hands.

24.     When the line stopped and the prisoners got bunched up closer together, it was difficult to keep balance and stay in line. I saw and heard other prisoners stumble out of line on multiple occasions, and each time they were yelled at and struck by Orange Crush officers.

25.     When we arrived at the Cafeteria most prisoners, including myself, were ordered to sit down at a table and keep our head down on the table. Some prisoners were ordered to stand facing a wall with their foreheads pressed against the wall.

26.     Orange Crush officers told us to keep our heads down and not to look around.

27.     I do not know the exact amount of time we were forced to stay in this position, but it was longer than one hour and it felt like a long time because it was a very uncomfortable and painful position to stay in for a sustained length of time.

P003073

28.     While in the Cafeteria, I asked to use the bathroom and was denied. I heard other prisoners ask to use the bathroom and be denied. I heard and saw other prisoners urinate on themselves.

29.     While in the Cafeteria, I heard other prisoners request medical attention and be denied. I saw one standing prisoner fall down from exhaustion. This prisoner was taken out of the Cafeteria for a short period of time and ultimately brought back in.

30.     Eventually, we were ordered to line up in the same fashion as we had lined up earlier in the housing unit, and were ordered to travel back to the housing unit in the same fashion as the line movement to the Cafeteria.

31.     During the line movement back to the housing unit, I experienced and observed the same things as during the line movement to the Cafeteria, in terms of Orange Crush officers striking and yelling at me and other prisoners, the bunching up and pressing together of prisoners during the stops and starts, and the difficulty keeping in the line formation.

32.     Throughout the mass shakedown conducted by Orange Crush in July 2014, the officers were verbally abusive towards the prisoners, yelling at us, belittling us, using profanity and other offensive language.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Oct 1st 2018
Date

Nidrell C Lyons  R17079
NIDRELL LYONS

4

P003074

1    STATE OF ~~ILLINOIS~~                    )
                                             ) SS
2    COUNTY OF ~~LAWRENCE~~                   )
3             Crawford

4                              AFFIDAVIT

5

6    I, HENRY D. GRAHAM , being first duly sworn on my oath deposes and states

7    that I am providing the following statement voluntarily and without threats

8    or coercion in any form.

9

10   1, I am a legal adult and if called upon to testify in any legal proceeding

11   related to this matter I can and will do so as follows:

12   Now comes Inmate HENRY D. GRAHAM #K-55389 ON 6-28-14

13   thru 7-15-14 At The Lawrence Corr. Center A shakedown was

14   conducted by I.D.O.C. Orange Crush in Building 3 C wing upper

15   14 and also the entire building. Me and my cellmate were

16   instructed By several men with orange jumpsuits on and

17   Black helmets with shields holding OAK wooded sticks, to strip

18   for a body search in which we were told to leave our

19   underwear on the floor, and put only our blues and shoes

20   on and exit the cell with my head down - my chin in my

21   chest. Orange crush officers made threatning remarks to

22   me saying it will get ugly if I raised my head up. I was

23   cuffed up so tightly that my hands went knumb and when

24   asking the officer to loosen the cuffs in a respectful way I

P000516

were made to stand one behind the other, so closely invading one another genitals with our hands cuffed behind. As seated in the dining hall over a hour in half maybe longer head down into our chest cuffed I'm sitting hands hurting from the pressure of the cuffs on so tight sweating dripping down my shirt due to the heat, I nearly past out. So I got up asked orange crush for some medical assistance and was denied of that. Warden Duncan well as Warden Moore observed the whole ordeal. As leaving the dining hall heading back to my living unit Bld 3 c wing cell 14. As walking in the door I raised my head due to it being down entire time I was tackled down by numerous orange crush falling to the ground I ask if this was really necessary as my face was forced in the grass nose first, after that I was raised and taken back to my cell and upon arriving back to my cell me in my cellmate notice that both of our belongings were put all together in one box my TV, A RCA model, was on the floor with a crack on the side panels, along with my hygiene items, smashed along the floor, with boot marks stepped into the soap as if they were stumped into the floor, I was told to write a grievance, and I did I've yet to hear a response, I'm am now located at Robinson Corr. Center at this time presently.

extended page 3.

P000517

1 was told to shut up well being ignored And when I asked

2 again he took his OAK stick And forced it in the back of my

3 neck, pining me to the wall, while cuffed up. I then

4 asked to see LT. And was told to shut up more Aggressively

5 So exiting out the building to the dining hall the entire time

6 with my head in my chest when seeing LT. while exited the

7 dining hall I asked him, to look At my hands with NO

8 circulation or feelings in my hands At All, LT. loosened the

9 cuffs slightly, And I Along with over 100 other INmates,

STATE OF ⎯ILLINOIS⎯           )
                                          ) SS          Henry D. Graham
COUNTY OF ⎯LAWRENCE⎯     )
              Crawford

I, the undersigned, a NOTARY PUBLIC in and for the county and State, do hereby certify that **Henry Graham**, known to me to be the same person whose signature is affixed to the foregoing motion, personally appeared before me this day and acknowledged that he executed the same as his/her own free act and accord for the uses and purposes therein set forth.

Given under my hand and seal this 24 day of June, 2016

NOTARY PUBLIC

OFFICIAL SEAL
MEGAN T MAURER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/05/17