**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| DEMETRIUS ROSS, KEVIN HAMILTON, RONALD SMITH, JONATHAN TOLLIVER, and GLENN VERSER, on behalf of themselves and a class of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) ) | Hon. Stephen C. Williams, M.J. |

## NOTICE OF MANUAL FILING OF NON-ECF EXHIBITS

PLEASE TAKE NOTICE that on October 15, 2018, Plaintiffs hereby give notice of manual filing of Exhibits 50-63 to their Motion for Class Certification to the Clerk's Office, U.S. District Court for the Southern District of Illinois located at 750 Missouri Ave., East St. Louis, IL 62201 on a flash drive containing the following video exhibits:

Ex. 50 – Kenneth Lay Interview
Ex. 51 – Joseph Max Interview
Ex. 52 – Darnell Gray Interview
Ex. 53 – Nolan Love Interview
Ex. 54 – Calvin Milons Interview
Ex. 55 – Jovanie Carillo Interview
Ex. 56 – Carl Durall Interview
Ex. 57 – Kevin Akins Interview
Ex. 58 – Jeremy Grimes Interview
Ex. 59 – Percy Hawkins Interview
Ex. 60 – Carlos Montanez Interview
Ex. 61 – Roberto Guzman Interview
Ex. 62 – Charles Cowart Interview
Ex. 63 – Thomas Bartholomew Interview

RESPECTFULLY SUBMITTED,

s/ Sarah Grady
Counsel for Plaintiffs

Jon Loevy
Michael Kanovitz
Sarah Grady
Sam Heppell
Adair Crosley
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

Alan Mills
Elizabeth Mazur
Nicole Schult
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan St.
Chicago, Illinois 60640
(773) 769-1411


**CERTIFICATE OF SERVICE**

    I, Sarah Grady, an attorney, certify that on October 15, 2018, I caused the foregoing Plaintiffs' Notice of Manual Filing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.


/s/ Sarah Grady
Sarah Grady
Counsel for Plaintiffs

1