Ross, et al. vs. Gossett, et al. 15-309    063573

| Field | Value |
|---|---|
| Inmate Id: | R65882 |
| Name: | BELL, DEREC |
| Chair Code: | SAJO |
| Grv Type: | L |
| Grv Code: | STAFF CONDUCT |
| Receive Date: | 06/06/2014 |
| Hearing Date: | 12/01/2014 |
| Mailing Date: | 12/18/2014 |
| Grv Loc: | MENARD CC |
| Hearing Loc: | MENARD CC |

| Field | Value |
|---|---|
| Ret Form Ind: | |
| Modify Ind: | |
| Deny Ind: | X |
| Favorable Ind: | |
| Deferred Ind: | |
| Moot Ind: | |
| Grievance Number: | 7-5-14 |
| Incident Number: | |
| Incident Date: | 00/00/0000 |
| Incident Inst: | |
| Date Receipted: | 00/00/0000 |

**Comments:** GRV# 7-5-14; TACT TEAM 4/8/14; MADE THEM WALK "NUTS TO BUTTS" AND STAND FOR 3 HOURS IN CHAPEL.  PER STAFF ALL POLICY/PROCEDURES WERE FOLLOWED. (F)

**COMMITTED PERSON'S GRIEVANCE**

| Date: 4-8-2014 | Committed Person: (Please Print) DEREC BELL | ID#: R65882 |

| Present Facility: MENArd | Facility where grievance issue occurred: MENArd    7-5-14. |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☐ Disciplinary Report: _____ / _____
Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I Bring Forth this grievance to document the fact that on 4-8-2014, The Tactical unit (Orange Crush) came in the South uppers on 7-Gallery And strip searching us then hand cuffed us up Also. They took us out of our cells. outside And made us line up on Front street, Making us touch our penis Against the MAN was in Front of us Butt. Saving nuts and Butts. Then They walked us with our Heads And Eyes down to the Chapel. Then once we got in the Chapel They made us line up Against the wall with the hand cuffs on with

Relief Requested: To HAVE THE tactics change that the Tactical unit used on us immediately.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Derec Bell                    R65882    4, 8, 2014
Committed Person's Signature
(Continue on reverse side if necessary)

RECEIVED MAY 05 2014 GRIEVANCE OFFICE

---

**Counselor's Response (if applicable)**

Date Received: 4, 23, 14   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Unable to verify offender allegations of staff misconduct. Issues have been forwarded to IA staff for further investigation.

M.Phoenix              4, 23, 14
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___ / ___ / ___   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature                    Date

Distribution: Master File; Committed Person        Page 1        DOC 0046 (Eff.10/2001) (Replaces DC 5657)

Our HEADs And EYES down For 3 Hours. Some of the
INMATES Started FAlling And Passing out. THE MALE
NURSE WAS CAlled to CHECK on THEM. THE OranGE CrusH
TActical unit OFFicer told us to BEnd Our KnEES For it
Won't BE SO PAInFul on our KnEES. I HAVE ASTHMA And
I WAS HAVing problem BrEAthing And HAd PAInS In my
HAnds, BAck, SHoulders And nEck. WHEn thEy took us BAck
to tHE SOutH UPPErs thEy WAS PuSHing us, PuSHing our
HEAd down, PuSHing us on tHE MAN tHAt's In Front of us.
THE ACtions By THE OranGE CrusH TActicAl OFFicers WAS
Cruel And unusual punisHMEnt to us.

✳ CoPiES RESErVEd For FAMily, IHA, Atty, ETC...

Ross, et. al. vs. Gossett, et. al. 15-309    063576

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE**    5L-7-02

| Grievance Officer's Report |
|---|

Date Received: May 5, 2014          Date of Review: May 21, 2014          Grievance # (optional): 7-5-14

Offender: Bell                                                                ID#: R65882

**Nature of Grievance:**  Tact Team Conduct

**Facts Reviewed:**  All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 4/8/14 and grieves tact shakedown. States the way they made offenders line up touching the offender in front of them.  Made offenders walk with their heads and eyes down.  Stand against the wall in the chapel for 3 hours with hand cuffs on.   States offenders were passing out and a male nurse was called.  Offender states he has asthma and was having problems breathing.  Advise as they were taken back to cell house they were pushing us and pushing our heads down.

Offender requests to have the tactics change that the tactical unit used.

Counselor reviewed on 4/23/14 and advised unable to verify offenders allegations of staff misconduct.  Issues have been forwarded to IA staff for further investigation.

Statewide Tactical Commanders were contacted and advised; procedure was followed and allegations of misconduct denied.  Medical staff was present in the Chapel to ensure both inmates and staff had medical attention if needed.

**Recommendation:**  Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED.    Allegations were not substantiated.

Linda Carter
_____                                        _____
Print Grievance Officer's Name                                        Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: May 21, 2014          ☒ I concur          ☐ I do not concur          ☐ Remand

Comments:

K. Butler
_____                                        27 MAY 14
Chief Administrative Officer's Signature                              Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Derec Bell                                        R65882          6/1/14
_____                  _____   _____
Offender's Signature                              ID#              Date

Ross, et. al. vs. Gossett, et. al. 15-309    063576

Ross, et al. vs. Gossett, et al. 15-309    063577



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Bell   Derec_          Date: _12|1|14_

Register # _R65882_

Facility: _Menard_

This is in response to your grievance received on _6|6|14_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _4|8|14_   Grievance Number: _7-5-14_   Griev Loc: _Menard._

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- ☒ Other _Tact team 4/8/14_

**Based on a review of all available information, this office has determined your grievance to be:**

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.
- ○ In addition, property items are to be disposed of in accordance with DR501C.
- ○ Other:_____

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

FOR THE BOARD: _Sarah Johnson_        CONCURRED: _S.A. Godinez_
Sarah Johnson                                                    S.A. Godinez
Administrative Review Board                                Director
                                                                              12/5/14

CC:   Warden, _Menard_ Correctional Center
      _Derec Bell_, Register No. _R65882_

Ross, et al. vs. Gossett, et al. 15-309    063577

Ross / Perry v. Gossett, et al. 15-309    063578

**Inmate Id:** R85882

**Name:** BELL, DEREC

**Chair Code:** SAJO

**Grv Type:** L

**Grv Code:** STAFF CONDUCT

**Receive Date:** 04/28/2014

**Hearing Date:** 06/09/2014

**Mailing Date:** 06/27/2014

**Grv Loc:** MENARD CC

**Hearing Loc:** MENARD CC

**Modify Ind:**

**Deny Ind:**

**Favorable Ind:**

**Deferred Ind:**

**Moot Ind:**

**Grievance Number:**

**Incident Number:**

**Incident Date:** 00/00/0000

**Incident Inst:**

**Date Receipted:** 00/00/0000

**Comments:** RGF; ALLEGES TAC TEAM (ORANGE CURSH) 4/8/14 HANDCUFFED W/HEAD AND EYES DOWN FOR 3 HRS WITH I/M PASSING OUT; NEED FAC RESP

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 4-8-2014 | Offender: (Please Print) DEREC BELL | ID#: R65882 |

| Present Facility: MENard | Facility where grievance issue occurred: MENard |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify):

☐ Disciplinary Report: ____/____/____
Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I Bring ForTH this grievance to document the fact that, On 4-8-2014, THE Tactical Unit (Orange Crush) Came in the South uppers on 7-Gallery and strip Searching us then Hand cuffed us up also, THEY Took us out of our Cells, Outside and made us lineup on front street, Making us touch our pENis Against the man was in front oF us Butt saving nuts and Butts. THEN THEY walked us WITH our HeAds And EyEs down to the CHApEl. THEN ONCE WE got In the CHAPEl THEY made us lineup Against the wall with the Hand cuffs on with our HEAd And EyEs down for 3 Hours.

Relief Requested: TO HAVE the tactics CHANGE that the Tactical unit used on us immediately.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Derec Bell | R65882 | 4,8,2014 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response (If applicable)** | | |

Date Received: ____/____/____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL  62794-9277

Response:                                    **Inmate Issues**

APR 2 8 2014

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** |

Date Received: ____/____/____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance

☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | Date |

SOME OF THE INMATES started Falling And PASSING out. THE
MALE NURSE WAS Called to cHeck on THem. THE ORANGE CrusH
TACTICAL uniT OFFicER told us to BEND our KNEES FOR iT won't
BE So PAinFul on our KNEES. I HAVE AstHMA And I WAS HAving
problEM BreatHing And HAd PAins in MY HANds, BACK, SHoulders And
NECK. WHEN tHEy took us BACK to tHE SouTH uppers tHEy WAS
PusHing us, PusHing our HEAd down, PusHing us on tHE MAN
tHAts in Front oF us. THE ActioNs By tHE OrANge CrusH
TACTICAL oFFicErs WAS Cruel And unusual punishMenT to us.

* Copies REserVed For FAMily, IHA, AHy, ETC...

Ross, et al. vs. Gossett, et al. 15-309   063580

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Bell_          _Derec_                      _R65882_
                     Last Name        First Name       MI       ID#

Facility: _Menard_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _4/8/14_ or ☐ Correspondence: Dated: _____
Received: _4/26/14_ Regarding: _IAC team 4/8/14_
              Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☑ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                    Date

☐ No justification provided for additional consideration.

Other (specify): _____

Completed by: _Sarah Johnson_          _Sarah Johnson_          _6, 9, 14_
                     Print Name                    Signature                Date

Distribution: Offender          Printed on Recycled Paper          DOC 0070 (Rev.4/2013)
              Inmate Issues

Inmate Id: R48129    Restorm Ind:

Name: EDWARDS, LANCE    Modify Ind:

Chair Code: LEMC    Deny Ind: X

Grv Type: L    Favorable Ind:

Grv Code: STAFF CONDUCT    Deferred Ind:

Receive Date: 07/28/2014    Moot Ind:

Hearing Date: 12/22/2014    Grievance Number: 14-0494

Mailing Date: 01/22/2015    Incident Number:

Grv Loc: ILLINOIS RIVER CC    Incident Date: 00/00/0000

Hearing Loc: ILLINOIS RIVER CC    Incident Inst:

Date Receipted: 00/00/0000

Comments:    GRV# 14-0494; SHAKEDOWN 4/21/14 BY TACT TEAM & THEIR ALLEGED ACTIONS. GRV
IS DATED 5/25/14.  PER TACT COMMANDER OC PROFESSIONAL AT ALL TIMES.
DISCIPLINE OF STAFF IS AN ADMIN DECISION.

Ross, et al. vs. Gossett, et al. 15-309    063583

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5/25/14 | Offender: (Please Print) Lance Edwards | ID#: R 48129 |
|---|---|---|

| Present Facility: ILL River Corr | Facility where grievance issue occurred: ILL River Corr |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ___/___/___
   Date of Report        Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved): The Grievance is being presented per requirement 42 U.S.C 1997
(e)(a) ILLinois River Corr Center underwent a lockdown procedure on Apr 20,14
The reason being cell shakedown. At the time of the lockdown I resided in
2-House, C wing, Cell 67. On Apr 21,2014 the S.O.R.T. or "Orange Crush" officers
entered my wing by running in and running around making loud noises with their
mouths and beating on the walls, tables, railings and cell doors with their oak
sticks. soon after, they began to line up at individual cell and yelled in the
cells in an intimidating manner demanding my cellmate and I to strip
naked in being specific to me, once I was stripped naked, the sort team
officer demanded I stepped outside the cell, spread my legs, bend over

Relief Requested: The officer's involved be identified, disciplined, fired, charged criminally under
Fed and state criminal statue's with assault and battery, official misconduct deprivation of rights under
color of Law and under 18 U.S.C 242; that the warden be held actionable for his subordinates that I

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
recieve monetary compensation and restitution that is fair and reasonable for the pain suffering
federal, state constitutional and statutory violations and civil rights violations and the humiliation
the mental and emotional distress

| Lance Edwards | R 48129 | 5 / 25 / 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 5, 29, 30 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: DISCUSSED ISSUE w/ SRT JOINT COMMANDER. STAFF
STATES the JOINT TEAM ACTED IN AN APPROPRIATE WAY
AND All DOC GUIDLINES + REGULATIONS WERE FOLLOWED.

| Jay Sheplor | [signature] | 5, 30, 14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance |
|---|---|---|
| | | [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Inmate Issues

JUL 2 8 2014

_____         ___/___/___
Chief Administrative Officer's Signature        Date

Distribution: Master File; Offender

Ross, et al. vs. Gossett, et al. 15-309    063583

grab my ass cheek's (his words) and spread my ass cheek's (his words) then ordered me to raise my left foot then right foot, stand up, turn around (facing him) and raise my dick and ball's (His word's) He then ordered me to put my hand's inside my mouth and spread my mouth, lift my tounge, top lip then fold down my bottom lip. Then he ordered me to not put on underwear nor sock's, then ordered me to put on my state issued pant's and shirt and a pair of shoes. He then ordered me, once dressed to turn around back facing him and began to hand cuff me behind my back hand's tightly together (very awkward painful position). Once out of my cell he then pushed me face first against the wall and ordered me to look down at the ground and to not look up, or to the side's and don't speak or I would regret it. Once it appeared all inmate's were outside their cell's and on the wall, I was then pulled a few step's off the wall my head still down, and turned facing the exit door, lined up behind other inmate's were outside behind other's. Orange Crush officer's began to line up on either side's of us and once positioned, an sort officer assigned to me put his hand on the back of my head and forcibly "slammed" my head into the back of the inmate in front of me I became immediately dizzy. He the demanded Keep your head down on the motherfucking back of the inmate infront of you! (his word's) He then bent me foward into a hunch position and walk. I was forced to walk this way, hunched over, face down on the back of the inmate infront of me hand cuffed behind my back from the cellhouse all the way to the gym constantly being stopped turning this painful, awkward, humiliating and impossible position into a 15-20 minute walk to the gym It was hard and impossible to keep my head on the back of the inmate in front of me while hunched over in pain and unable to see where I was going or to know when the line of inmate's was going to stop and start again... so everything was confusing every time my head would come off the back of the inmate infront of me. This slamming of my head forcibly into the inmate infront of me the Orange Crush S.O.R.T. OFC. did this more than 10 to 12 time's on a few occassion's the Officer slammed my head into the buttock's of inmate in front of me with the order keep my head low also this is occuring behind myself having another inmate's head slammed into my lower back and buttock's on what appeared to be some 15 time's causing me to experience lower back pain's. Once we finally made it into the gym we were forced to stand facing the wall with still tight handcuff's from 12:00noon on til 3:00pm where we went through the same treatment as the walk over but worse where SORT. OFC. demanded I look down and poke me hard in the spina/and then tripped me into the door of the house we finally made it into our cell's to discover all of my clothe's were mixed with my cell mate's, all my of soap's that I purchased from commissary were opened in the sink full of water, also I had a jar of peanut butter 'focus on had because had someone from S.O.R.T. assigned to my cell shoved a cable splitter into it, took my irreplaceable lightbulb, head phones and headphone ext. for my t.v. balled up page's of my case work and broke the top of my corresspondce box alot of unproffesional childishness that's not supposed to exhibiting in a proffesional work enviroment it doesn't matter if it is a penitiary no excuse

Ross, et al. vs. Gossett, et al. 15-309      063584

Illinois Department of Corrections

## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 5/29/14 | Date of Review: 6/16/14 | Grievance #: 14-0494 |
| Committed Person: EDWARDS, LANCE | IRI-02-C -67 | ID#: R48129 |
| Nature of Grievance: Staff Conduct | -TU | |

**Facts Reviewed:** The complaint, attachments, counselor's response were reviewed.

The offender alleges the Tactical Unit intimidated him and requests issue be addressed and compensation.

IRI Tactical Commander LT Arnett states the TU performed at a professional level at all times.

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in Departmental Rule 504, this grievance officer is reasonably satisfied that the inmate was not harrassed nor injured by IDOC staff. No staff misconduct occurred. Deny

**Recommendation:** Deny

| Robbie Johnson, G/O | |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 6 -30 -14 | ☒ I concur   ☐ I do not concur   ☐ Remand | |

**Comments:**

Inmate Issues

JUL 2 8 2014

| Chief Administrative Officer's Signature | 6-30-14 |
|---|---|
| | Date |

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

| Committed Person's Signature | ID# | Date |
|---|---|---|

Ross, et al. vs. Gossett, et al. 15-309          063585

Ross, et al. vs. Gossett, et al. 15-309   063586

## Illinois
## Department of
## Corrections

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Edwards, Lance_          Date: _12/22/14_

Register # _R48129_

Facility: _IL River CC_

This is in response to your grievance received on _7/28/14_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _5/25/14_ Grievance Number: _14-0494_ Griev Loc: _IL River_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____ Incident # _____
- ☒ Other _Staff Conduct - Orange brush_

Based on a review of all available information, this office has determined your grievance to be: _on 4/20/14_

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.
- ○ In addition, property items are to be disposed of in accordance with DR501C.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

☒ Other: _Discipline of Staff is an administrative decision_

FOR THE BOARD: _Leslie McCarty_          CONCURRED: _S.A. Godinez_
Leslie McCarty                                                      S.A. Godinez
Administrative Review Board                              Director   TA
                                                                          12/24/14

CC: Warden, _IL River_ Correctional Center
_Edwards, Lance_ Register No. _R48129_

TO: Administrative Review Board, (A.R.B.):
FR: Lance Edwards, Reg. No. R-48129, IRCC:
SUB: APPEAL (Unresolved Grievance):

Jul. 23, 2014

Now before this Administrative hearing board
comes the grievant Lance Edwards, And the
Actions set forth Comes Pursuant to 20 —
Illinois Administrative Code, sec. 504.850, (A),
Whereto, Because the Attached Grievance Remains
Unresolved Grievant (Lance Edwards), hereby
Appear before this (Adm.) hearing board
And Respectfully Request that the following
be Taken under close Advisement...

1) Contrary To The Conclusion Rendered by IRCC,
Grievance officer, (Robbie Johnson), The (T.U.)
OR Tactical Unit, Which Executed the Search
OF (IRCC) Clearly violated Established IDOC
Directive(s), To Wit, Adm. Directive, # 03.02.108,
(I),(b), Which Specifically States, "The Department
Shall require employees to Conduct themselves IN A
Professional Manner And, Whether ON duty or OFF

Inmate Issues
JUL 2 8 2014

Duty, Not Engage In Conduct that Is Unbecoming of A State employee or that May Reflect Unfavorably On Or Impair operations of the Department.

2) The Primary Purpose of the (Adm) Directive(s) At question Is to Establish Written Personnel Standards that the Department Shall Require, Each employee to Maintain. Hence, Failures to comply with Any of the Established Standards of conduct May Result In Discipline, Including Termination _ _ _

3) The Directives At question Is Applicable To All Divisions within the Department— Thus, IRCC Administrative Staff Is Not Excluded Therefrom _ _ _

Conversely, As Grievant Outlines In his grievance— Certain Staff members of the Tactical Unit Failed to Adhere to Aforesaid Administrative Directives, Thus, Grievant Reiterates his Request For Specific Relief: Furthermore, Grievant Points out the fact that LT. Arnett,

JUL 2 8 2014

(2)

AS TACTICAL UNIT COMMANDER, CANNOT ACCOUNT
FOR the UNPROFESSIONAL BEHAVIOR AND/OR
CONDUCT OF EVERY SINGLE TACTICAL UNIT
MEMBER, THUS, THE findING(S) OF IRCC
GRIEVANCE OFFICER, Robbie JOHNSON,
BASED SOLELY ON THE WORD OF LT. ARNETT –
CANNOT SUFFICE, WHEREFORE, GRIEVANT
HEREBY REQUEST THAT THE RELIEF STATED
THEREIN BE GRANTED: "SEE ATTACHED GRIEVANCE"


WHEREFORE, GRIEVANT, Lance EDWARDS,
WISHES TO THANK ALL PARTIES CONCERNED
FOR THEIR TIME, COOPERATION AND PERSEVERANCE,


Respectfully,

/s/ Lance Edwards
LANCE EDWARDS
P.O. Box 999
Canton, IL 61520

Inmate Issued

JUL 2 8 2014

(3)

IN THE

_____

_____


_LANCE EDWARDS_          )
Plaintiff/Petitioner     )
                         )
         Vs.             )        No._____
                         )
_IRCC / IDOC_            )
Defendant/Respondent     )

## CERTIFICATE OF SERVICE

TO: _ADM. REVIEW BOARD_        TO:_____
_1301 CONCORDIA COURT_            _____
_P.O. BOX 19277_                 _____
_Springfield, IL 62794_          _____


PLEASE TAKE NOTICE that on _JUL 23_____, 20 _14_, I placed the
attached or enclosed documents in the institutional mail
at _Illinois River_____ Correctional Center, properly addressed to the
parties listed above for mailing through the United States Postal Service


DATED: _JUL 23, 14_          /s/ _Lance Edws_


Inmate Issues

JUL 2 8 2014

| | |
|---|---|
| Inmate Id: M43323 | Ret Form Ind: YES |
| Name: GIL-RAMOS, ERIBERTO | Modify Ind: |
| Chair Code: SHBE | Deny Ind: |
| Grv Type: L | Favorable Ind: |
| Grv Code: STAFF CONDUCT | Deferred Ind: |
| Receive Date: 07/17/2014 | Moot Ind: |
| Hearing Date: 09/16/2014 | Grievance Number: |
| Mailing Date: 10/03/2014 | Incident Number: |
| Grv Loc: LAWRENCE CC | Incident Date: 00/00/0000 |
| Hearing Loc: LAWRENCE CC | Incident Inst: |
| | Date Receipted: 00/00/0000 |

Comments: RGF; TACT TEAM SHAKEDOWN OF 7/9/14 (CONDUCT) & PP ITEMS MISSING: PENS,
UTENSILS, CONDIMENTS & 2 MAG'S. GRV IS DATED 7/14/14 & MISSING COUNSELOR'S
RESPONSE & G.O./CAO'S REPORT.

Ross, et al. vs. Gossett, et al. 15-309   063592

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: July 14, 2014 | Offender: (Please Print) ERIBERTO Gil RAMOS | ID#: M43323 |
|---|---|---|

| Present Facility: LAWRENCE CC | Facility where grievance issue occurred: LAWRENCE CC |
|---|---|

**NATURE OF GRIEVANCE:**

- ☑ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ____ / ____ / ____
Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

ON July 9, 2014 THERE WERE loud BANGS on the DOORS And SCREAMING followed by A STRIP SEARCH, My HANDS WERE cuffed BEHIND My BACK I WAS told to KEEP My HEAD DOWN. I WAS MARCHED to the LuNCHROOM WERE I WAS told to KEEP My HEAD DOWN for 2½ HRS > My NECK HuRT for FOUR (4) DAYS following the incident. ONCE BACK IN My CELL, I HAD to SEPERATE My Belongings From My CELLIES As everything that WE BOTH OWNED HAD BEEN TOSSED together. I INVENTORIED My things ANd NOTICED A FEW COmmiSSARY Bought items MiSSiNG : PENS (2), EATING UTENSILS, CONDIMENTS, ANd 2 MAGAZINES I'D RECIEVED WHILE @ LAWRENCE CC IN the MAIL.

**Relief Requested:** I'D like AN iNVESTIGATION iNTO the PRACTICE of the "ORANGE CRUSH" tactics. SOME ARE just NOT WARRENTED. I'm AlREADY iN A HOSTILE SiTUATION there CERTAINLY is NO REASON to MAKE MATTERS WORSE.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_E. G._   Offender's Signature          M43323 ID#          7, , 14 Date

(Continue on reverse side if necessary)

| **Counselor's Response (If applicable)** |
|---|

| Date Received: ____ / ____ / ____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_(stamped)_ JUL 17 2014

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

| **EMERGENCY REVIEW** |
|---|

| Date Received: ____ / ____ / ____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

Ross, et al. vs. Gossett, et al. 15-309   063593

ILLIN:   -ARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: ___Gil-Ramos   Eriberto_____   __M43323__
         Last Name            First Name       MI    ID#

Facility: ___Lawrence_____

☑ Grievance: Facility Grievance # (if applicable) _not provided__ Dated: _7/14/14_ or ☐ Correspondence: Dated: _____
Received: _7/17/14_ Regarding: _7/9/14 incident w/ TACT Team,_
        Date              _(conduct); missing p.p._____

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide dates of disciplinary reports and facility where incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
        Office of Inmate Issues
        1301 Concordia Court
        Springfield, IL   62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to:  Illinois Prisoner Review Board
        319 E. Madison St., Suite A
        Springfield, IL   62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____. 
                                        Date
- ☐ No justification provided for additional consideration.

Other (specify): _Also provide the above w/in timeframes._
_Review DR 504.810_

Completed by: _Sherry Benton_  _S Benton_  _9/16/14_
              Print Name      Signature    Date

Distribution:   Offender          Printed on Recycled Paper          DOC 0070 (Rev.4/2013)
               Inmate Issues

Ross, et al. vs. Gossett, et al. 15-309    063594

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 4-10-14 | Offender: (Please Print) Darvin Henderson | ID#: K78909 |

| Present Facility: Menard Correctional Center | Facility where grievance issue occurred: Menard Correctional Center |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Pinkneyville c/o's    Menard's

[x] Disciplinary Report: 4 / 8 / 14    Menard Correctional Center
Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the above date the menard c/o orange crush tact team consisting of also pinkney ville c/o's violated my 8th Amendment right by unnecessary & wanton infliction of cruel & harsh punishment. For over 3½ hours myself amongst others on the 7 gallery South uppers building were forced to be tightly hand cuffed with my hands behind my back & forced to stand with my head down which caused neck, back, shoulder, leg cramps & muscle spasms to my body. People started falling out & it wasn't until numerous people fell out that we were allowed to sit with our hands still tightly cuffed behind my back & forced to hold my head down. this facility knew these were extreme tactics, tortur ous because they had a medical person there presumanly on stand by trying to encourage people to bend there knees "don't let em lock up" ect not only was the building we were in cold temper rature wise, but amongst others was forced to not wear any underwear, socks, or T-shirt, except

Relief Requested: I want to be reimbursed for all the items I purchased on commissary that was taken & destroyed. Also I request that for future reference that shake downs by orange crush be recorded with cameras? C/o's be held accountable when they abuse, or disrespect inmates Also I request a transfer to Stateville. I don't feel safe after these c/o down here. Both/Will

Darvin Henderson    K78909    4 / 13 / 14
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |

Date Received: ___ / ___ / ___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Inmate Issues

APR 1 6 2014

Print Counselor's Name    Counselor's Signature    Date of Response

---

| **EMERGENCY REVIEW** |

Date Received: ___ / ___ / ___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

Ross, et al. vs Gossett, et al. 15-309   063595

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

- our state blue shirt, pants & shoes. In the process of being escorted from cell house to where I was held to stand so close on the man in front of us that my penis & testicules were all on nother mans hands. While orange crush tact team ridiculed me making homosexual remarks, & just ying to humilate & degrade me. If you didn't move fast enough or looked up you were either sloped side your head, or ruffed up. If you raised your head up, or not follow there orders, you were irced to get on your knees on the concrete while your hands are still handcuffed behind our back & head down. those torturous tactics are inhumane. I am not a dog or slave. This cility used tactics like this is a concentration camp. Then while we were being tartured my cell was being tore up & my personal property was being destroyed & taken by orange crush. had 3 brand new colgate maxium clean tooth paste, never opened, taken & squeezed out 90% by range crush. They took all 8 of my commissary tooth brushes, leaving no tooth brush to rush my teeth, so I can't brush my teeth. I just bought a brand new splitter from comssory (in which I have a contract) never used, they took & poured out 90% of my lotion in ich was over $8.00 in commissary lotion Jergons & coco butter lotion they took all my soap out of there sed boxes & took the boxes so I have to put several open soap in my property box with my clothes & food ause the rules say we can't leave to many items out. They took my vitamine Formula pills & aller-cold pills all in the container they came in when I purchased them from Commissary. Also my large ack comb was taken, all items I bought from Commissary. They took Fresh batteries out of my lkman, knowing I can't order batteries unless I turn in my used ones, splitter too. Also any food I urchased from commissary opened in my box they took the clo's disrespect is very dangerous, his happened on the wardens watch, they are being allowed to put there hands on us, But it's Felony if we put our hands on them, plus a year in seg, they are allowed to disrespect us & our operty, but if I disrespect them its threat & intimidation, or disobeying a direct order. I avent been able to brush my teeth for over two days because all my toothbrushes were ken & the clo's wouldn't bring me one Besides the one state soap that we get once a week, his facility doesn't pass out cleaning supplies to keep our cells clean, toliets, sinks, floors, ars, walls ect. This institution wants respect, but doesn't give it. There turning a blind eye the torturous tactics there orange crush clo's are doing. I witnessed, & heard several mates among myself complaining about, the pain & abuse this tact team was allowed to in-lict on myself & others. This entire process was malicious & totally unnecessary. Even my rinking cup in which I purchased from Commissary was taken. I'm being denied my roper hygene essentials, when my tooth brush & tooth paste is taken from my & I can't rush my teeth. I'm no bum or caveman. Items taken or destroyed (3) colgate maximo m clean cost 4.00 a peice.(1) cable splitter brand new (1) extension cord  (3) Jergon tion, (2) hand & body lotion (8) batteries (1) large black comb.(1) vitamin c Formula pills (1) allergy cold ills (1) box of Captian Crunch Cereal (2) chips nacho & park skin (1) shells (1) beans & Rice (1) white ce (6 Dragon noodles (1) Turkey Summer Sausage (8) tooth brushes (2) orange Slice candy. You an check my Commissary purchases over the past weeks, & months, the only items I bought raybe over 6 months to a year ago was my drinking cup & allergy pills I only take them f I'm sick & I bought my large black comb in 2007 when I first got down here. We are not able to identify who exactly on orange crush, because they wear protective rmor that hides there Identity.

3 Copies are being sent to Counselor, Warden & Spring field.

DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper
stribution: Master File; Offender

Ross, et al. vs. Gossett, et al. 15-309   063595

Ross, et al. vs. Gossett, et al. 15-309   063595

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 4/10/14 | Offender: (Please Print) Darwin Henderson | ID#: K78909 |
|---|---|---|

| Present Facility: Menard Correctional Center | Facility where grievance issue occurred: Menard Correctional Center |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☑ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA  Menard
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☑ Other (specify) Pinkneyville c/o's
☐ Disciplinary Report: __4__ / __8__ / __14__   Menard Correctional Center
Date of Report                    Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On the above date the Menard c/o orange crush team consisting of also pinkneyville c/o's violated my 8ᵗʰ Amendment right by unnecessary, and wanton infliction of cruel+harsh punishment. For over 3½ hours myself amongst others on the 7 gallery South uppers building were forced to be tightly hand cuffed with my hands behind my back & forced to stand with my head down, which caused neck, back, shoulder, leg cramps, & muscle spasms to my body. People started falling out, & it wasn't until numerous people fell out that we were allowed to sit with our hands still tightly cuffed behind my back & forced to hold our head down. This facility knew these were extreme tactics tortorous, because they had a medical person there on stand by trying to encourage people to bend there knees "don't let en lock up yet. Not only was the building we were in cold temperature wise, but amongst others was forced to not wear any underwear, socks, or T-shirt except for

**Relief Requested:** I want to be reimbursed for all the items I purchased on commissary that was taken, destroyed. Also, I request that for future reference that shake downs by orange crush be recorded with cameras & c/o's be announced (Hold accountable) when they abuse, or disrespect inmates.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
Also I request a transfer to Stateville, I don't feel safe down here with these c/o's

Darwin Henderson    K78909    4 / 10 / 14
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

RECEIVED APR 28 2014 GRIEVANCE OFFICE

**Counselor's Response (if applicable)**

| Date Received: 4 / 11 / 14 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: Unable to verify allegations of staff misconduct. Offender is on my transfer "to do" list, and will be submitted in due time. I went to Personal Property and was informed all excessive property was taken and may be destroyed or sent home.

M. Phoenix    [signature]    4 / 24 / 14
Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

| Date Received: __ / __ / __ | Is this determined to be of an emergency nature? | ☐ Yes: expedite emergency grievance  ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature    __ / __ / __   Date

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)

Ross, et al. vs. Gossett, et al. 15-309    063596

our state blue shirt, pants & shoes. In the process of being escorted from cell house to another where we was held, to stand so close to the man in front of me that my penis & testicles were all on another mans hands. While orange crush tact team ridiculed me making homosexual remarks, just trying to humilate & degrade me. If you didnt move fast enough or looking up you were either slamed up side your head, or cuffed up & if you raised your head up, or not following orders you were forced to get on your knees on the concrete while your hands are still handcuffed behind your back & head down. These torturous tactics are inhumane. I am not a dog or slave. This facility used tactics like this is a concentration camp. Then while we were being tortured, my cell was being torn apart & my personal property was being destroyed & taken by orange crush. I had 3 brand new colgate maximum clean tooth-paste never opened. Taken & squeezed out 90% by orange crush. They took all 8 of my commissary tooth brushes, leaving no tooth brush to brush my teeth, so I cant brush my teeth. I just bought a brand new splitter from comissary (in which I have a contract) never used. They took & pour out 80% of my lotion in which was over $8.00 in commissary lotion. Jergens & cocoa butter lotion. They took all my soap out of there closed boxes & took the boxes. So I have to put several open soap in my property box with my clothes & food because the rules say we can't leave to many items out. They took my vitamin C formula pills & allergy cold pills all in there container they come in when I purchased them from Commissary. Also my large black comb was taken & all items I bought from Commissary. They took fresh batteries out of my walkman, knowing I can't order batter-ies unless I turn in my used ones. splitter team Also any food I purchased from Commissary opened in my box they took. The clo's disrespect is very dangerous. This happened on the wardens watch. They are being allowed to put there hands on us, but it's a felony if we put our hands on them, plus a year in seg. They are allowed to disrespect us & our property, but if I disrespect them it's threat & intimidation, or disobeying a direct order. I havent been able to brush my teeth for over two days because all my tooth brushes were taken & the clo's wouldn't bring me one. Besides the one state soap that we get once a week. This facility doesn't pass out cleaning supplies to keep our cells clean, toliets, sinks, floors, bars, walls ect. This institution wants respect, but doesn't give it. There turning a blind eye to the torturous tactics there orange crush clo's are doing. I witnessed & heard several inmates among myself complaining about the pain & abuse. This tact team was allowed to inflict on myself & others. This entire process was malicious & totally unnecessary. Even my drinking cup in which I purchased from Commissary was taken. I'm being denied my proper hygene essentials, when my tooth brush & tooth paste is taken from me & I cant brush my teeth. I'm in no harm or cause man.

Items taken, or destroyed (3) colgate maximum Paria cost $4.00 a paria-(1) cable splitter, brand new
(1) extension cord, & cable word and more (1) drinking cup, (3) Jergen lotion 3 $1.50 hand & body lotion $.50
(1) batteries $.70, (1) large black comb, (1) vitamin C formula pills $3.30, (1) allergy cold pills $1.70
(1 bag of Captain Crunch cereal, (2) chips Nacho, $1 pork skin, (1) Shells, (1) beans & Rice (1) white rice,
(6) Oregon chili & chicken noodles, 1 Turkey summer sausage, (8) tooth brushes (1) orange slice candy

You can check my Commissary purchases over the past weeks & months. The only item I bought maybe over 6 months to a year ago was my drinking cup & allergy pills. I only take them if I'm sick.

8 copies are being sent to Counslor, Warden, & Springfield.

Ross, et al. vs. Gossett, et al. 15-309      063598

K78909 HENDERSON, DARVIN                          IGRV Inmate History

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| ADMIN POLICY | 03/31/2017 | MEN | MEN | SHBE | G | GRV# 9-9-16: POLICY ON VISITING ROOM CLOTHING EFF. 8/1/16. GRV IS DTD 8/1/16 . |
| CONDITIONS | 03/31/2017 | NRC | MEN | SHBE | G | DATED 10/23/16. GRVS NO HOT WATER, COMPENSATION 9/28/-10/12/16, TR TO STA |
| STAFF CONDUCT | 11/06/2014 | MEN | MEN | SHBE | G | GRV# 92-4-14: SHAKEDOWN BY TACT TEAM ON 4/8/14, HOW IM/S WERE TREATED E |
| DR | 09/16/2014 | MEN | MEN | SHBE | G | GRV# 87-4-14; IDR 4/23/14, COMB/PIC, C/O WINTERS, GROOMING POLICY. GRV IS D/ |
| STAFF CONDUCT | 05/22/2014 | MEN | MEN | SHBE | G | RGF; SHAKEDOWN BY TACT TEAM ON 4/8/14, HOW IM/S WERE TREATED BY THEM, |

Ross, et al. vs. Gossett, et al. 15-309      063598



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

September 16, 2014

Darvin Henderson
Register No.  K78909
Menard Correctional Center

Dear Mr. Henderson:

This is in response to your grievance received on June 17, 2014, regarding a disciplinary report dated April 23, 2014 and Personal Property (Comb/Pic), which was alleged to have occurred at Menard Correctional Center.  This office has determined the issues will be addressed without a formal hearing.

This office has reviewed your grievance dated April 24, 2014 regarding the above issued report and the confiscation of your comb/pic. In summary, you write that nothing within C/O Winters' report is accurate, that C/O Winters was mad, as you went to Major Moore with complaints and that your comb/pic should not have been taken. Without these items, you feel you will not be able to adhere to IDOC's grooming policy, as nothing sold at Commissary is suitable for African-American hair. You also write the comb/pic were not altered and request them back. Along with a transfer out of Menard and that appropriate grooming items be made available at Offender Commissary.

The Grievance Officer's Report (87-4-14) and subsequent recommendation dated May 12, 2014 and approval by the Chief Administrative Officer on May 27, 2014 have been reviewed. *All of Offender Henderson's questions/requests were correctly addressed in this response.*

This office reviewed the disciplinary report written by C/O Winters on April 23, 2014; along with the corresponding Adjustment Committee Summary (201400718/1-MEN).

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office is reasonably satisfied the offender committed the offenses and recommends the grievance and relief requested be denied. Claims of staff misconduct are not substantiated.

FOR THE BOARD:  _Sherry Benton_
Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED:  _____
S.A. Godinez
Director                    10/8/14

cc:    Warden, Menard Correctional Center
       Personal Property, Menard Correctional Center
       Darvin Henderson, Register No. K78909

Ross, et al. vs. Gossett, et al. 15-309   063600

N2-6-03

## RESPONSE TO OFFENDER'S GRIEVANCE

### Grievance Officer's Report

Date Received: April 28, 2014     Date of Review: May 12, 2014     Grievance #(optional): 87-4-14

Offender: Henderson                                          ID#: K78909

Nature of Grievance: IDR dated 4-23-14 issued by C. Winters for 303-Giving False Information to An Employee & 403-Disobeying A Direct Order (201400718/1-MEN).

Facts Reviewed: All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 4-24-14 and grieves his large tooth comb and big hair pic was confiscated. Offender grieves the combs sold on commissary are not adequate for black people to comb their hair properly. Later the Officer came to his cell and tried to intimidate him and then he later received an IDR from the Officer. Offender grieves he has not seen one memo about combs or pics and is now being threatened with segregation because he asked about his comb. Offender stated he asked the Major who advised his comb should not have been taken. Relief Requested: IDR expunged and people of color be allowed a comb/pic with larger teeth and a transfer to Stateville.

Grievance Officer reviewed IDR, Ticket Summary, and DR 504 procedures and contacted the Major. The amount of discipline that an offender may receive for each offense that is found guilty of is set by DR 504. Administrative policy dictates that discipline is progressive and the final discipline is based on the offender's past disciplinary history as well as the seriousness of the offense committed. Each inmate's sanctions are determined on an individual basis based on mitigating or aggravating factors.

The Major advised he never saw the items that were confiscated and did not tell the offender his comb would be returned.

Offender should refer to Procedural Bulletin FY13/IN-#40 Inmate Property – Allowable Items (Hairbrush) dated 4-12-2013 which was distributed to all offenders and was additionally placed on the inmate TV channel. Another copy is attached.

Grievance Officer also attached a copy of the shakedown slip indicating the items confiscated. The witnesses on the shakedown slip are Weapon Task Force members Sgt Shurtz, Officer Wooley, and Officer New.

The IDR issued by Officer Winters states while searching yard lines 1 large pic approximately 6 inches in length, and 1 large comb approximately 8 inches in length were confiscated from offender. Offender asked if he could throw the combs away and go to yard instead of waiting on the shakedown slip. Offenders request was honored and he was allowed to proceed to yard. Upon returning to the cell house, offender began telling everyone the Officer had stolen his combs and violated his rights. Offender was issued a shakedown slip and property forwarded to weapons task force. Witnesses are noted as Officer Pasquino, and Weapon Task Force staff Officer Wooley, Sgt. Shurtz, and Officer New.

Continued next page.

Recommendation: Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED. The Disciplinary Report was written and processed in accordance with DR 504 and the items are not allowed. A Procedural Bulletin was issued and was also placed on the inmate TV. The Major did not inform offender he could have the combs back. Offender may request a transfer by contacting his counselor. Items sold on commissary are an administrative decision based on safety and security.

Lori Oakley

Print Grievance Officer's Name                                    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: May 14, 2014          ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

JUN 1 7 2014

K. Butler                                                              27 may 14
Chief Administrative Officer's Signature                                      Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Darin Henderson                          K78909                6/8/14
Offender's Signature                           ID#                    Date

Distribution:  Master File; Offender                   Page 1                    DOC 0047 (Rev. 3/2005)

Ross, et al. vs. Gossett, et al. 15-309     063600

DISCIPLINARY REPORT

☒ Disciplinary Report  4-23-14          ☐ Investigative Report
                    Date                                    Date

Committed Person: Henderson       No. K78909      Facility: Menard C.C.

Observation Date: 4-23-14   Appx Time: 800        Location: 1 Sidewalk By Tower 16

C. Winters  4190                    C Wnt  4/23/14  1230pm
PRINT Employee's Name                Employee's Signature/Date/Time

Offense: 50.5 A  403- Disobeying A Direct Order    303- Giving False Information To An Employee

Observation: On the above mentioned date and approximate time, I was assigned to a security detail that
was shaking down yard lines. Upon stopping I/m Henderson K78909 of 5H-7-66, I gave him
a direct order to empty out his pockets. When searching I/m Henderson, I found 1- large
pick appx. 6 in in length and 1 large black comb approx 8 in in length in his pockets.
I/m Henderson was informed that both above mentioned items are currently unauthorized
property at this facility. I/m Henderson asked if he could throw the combs away
and continue to the yard instead of waiting to recieve the shakedown slip I

Witnesses, if any: S/o Pasquino, S/o New, S/o Woolsey, Sgt Shartz

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement   ☐ Investigative Status   Reasons:

PRINT Name                           Shift Supervisor's Signature and Date
                                     (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer   Comment:
   PRINT Name                                    Signature/Date

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit

Maj Cicnler                          My Perb    4/23/14
   PRINT Name                         Reviewing Officer's Signature and Date

☐ Reviewed by Hearing Investigator          4/24/14
   (Adult Division Major Reports Only)  PRINT Name   Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material
such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned
along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by
filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have self assistance if you are unable to
prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may
be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

                                        ☐ Committed Person Refused to Sign

S. Edwards                 A. Duerr    4/23/14 6:40
   Committed Person's Signature and Number   Serving Employee's Signature   Date and Time Served

S. Edwards
PRINT Serving Employee's Name

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____        Committed Person's Signature and Number

– – – – – – – (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____
                                                                          Date

NAME OF WITNESS: _____        Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____        Number/Cell/Title: _____

Witness can testify to: _____

                                        Committed Person's Name and Number

DC 720b (Rev. 4/98)   Distribution: 1) Master File; 2) Committed Person;
IL 426-0361                          3) Facility; 4) Facility

luxury or pleasure of having fine hair. But I should be allowed access to a proper comb suitable for combing people of color texture of hair. Major Moore advised me that my pic should not have been taken & that if I wanted I think I would have to receive a ticket for bringing them to the yard even though I brought them out to get my hair braided. Being that I have long hair I requested my longer pic. C/o Passalino was present when I talked to the major who told me I would receive my pic about an hour & a half and a half & this I done later c/o winter came to my cell trying to intimidate me telling me "Your trying to cause trouble And Your getting a ticket from me. He went on to attempt a lie making it seem as if I gave permission to throw away my longer pics when they never gave me the option to keep my pic they took it period. When I asked c/o winters for my pic I informed that Major Moore said I was to get it back. He stated "I'm not giving you shit." I explained to him how I am suppose to groom my hair with only a small comb they sell on commissary & that he stated "its not his problem & he don't make the rules. I also informed all the c/o's Major that I personally purchased these items on commissary & don't have a problem with them saying that a certain item is not allowed. But if they are going to take my comb thats not allowed, in which I personally need, then they should at least have something available to replace what is unjustifiably taken. In the rule book on page 11 Cleanliness & Grooming for committed person (NR502), it clearly states: Committed persons may have any length of hair, side burns, mustaches, or beards as long as they are kept neat & clean & do not create a security risk. How can I keep my hair neat or clean if I can not properly comb my hair. The rule book continues to stipulate that In accordance with this rule, an individual grooming requirement may be imposed on those of offenders who continuously change their appearance & thereby interfere with the orderly function of the facility or an offender who maintain their hair. If I'm not able to properly comb & clean my hair, I not only become a nasty person which I'm not, but also I become in violation of this grooming policy (all because I am not allowed access to the proper material (larger tooth combs & pics) to maintain my grooming. After c/o winters attempt to intimidate me at my cell he left & returned with a shakedown slip timed 1:30pm to cover his tracks. Later this evening I received a ticket from c/o winter fabricating the entire situation. Not only did c/o winter falsely say he shook me down he's claiming all his fellow co-workers will vouch for his bogus story. When there was plenty of inmates who could vouch for my situation. I'm bogusly being written up for disobeying a direct order which isn't nowhere in ticket. Also I'm falsely being charged with giving false information to an employee in which I never did. I've been down here in this facility for over 5 years & never once have I lied on anybody. C/o winters was not even the c/o who shook me down through he stepped in to take my comb & pic from the c/o who had them. C/o New was only asked Can I have the items in which she said No. In c/o winters ticket he clearly shows his contradiction because on page 2 of his ticket when he stated. I/m Henderson requested to have these items destroyed. Why would I ask to have items that I need destroyed that I purchased from commissary. But also c/o winters stated two lines above "Item currently property of this type is being molded home or destroyed without tickets being issued for unauthorized property. It proves they was taking these items. Regaurdless c/o winters is just mad I approached Major Moore about why my comb & pic was taken. My witness who was next to me was I/m Dixon. Why is 708. I haven't seen no one mene about we can't have a comb or pics. Now I'm being threatened with all because I'm asking about a comb & pic. In which the Major said I was not suppose to lose.

a Ticket...... ? I .... I Tickets ...

Ross, et al. vs. Gossett, et al. 15-309   063603

(Continuation Page)

☑ Disciplinary Report          ☐ Disciplinary Summary

Committed Person: Henderson                          No. K78909

Offense Date: 4-23-14   Time: 11:00 am/pm   Location: Sidewalk   Facility Menard C.C

offered to write him.  I/m Henderson argue made this request in front
of a Security detail of 10 Correctional officers and all 3 members of the Weapons
Task Force.  Currently, property of this type type is being mailed home
or destroyed without tickets being issued for unauthorized Property.
Because of this, I/m Hendersons request to have his property destroyed was
honored and he was allowed to proceed to the yard.  Upon returning to the
South Upper cellhouse, I/m Henderson began to spin a web of lies to the
staff of the South Upper's about how I had violated his civil rights and
had stolen his property.  The officer assigned to the South Upper
door [C/o Pasquale], notified me of what had been said by I/m Henderson.
A shakedown slip has now been issued for the above mentioned property which
is currently located in the Weapons Task Force Room.  I positively identified
I/m Henderson by viewing his state ID card.

JUN 17 2014

DC 7312 (Eff. 06/88)     Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-11612

Ross, et al. vs. Gossett, et al. 15-309     063603

Ross, et al. vs. Gossett, et al. 15-309    063604

*Exhibit A*

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Name:** HENDERSON, DARVIN | **IDOC Number:** K78909 | | **Race:** BLK |
| **Hearing Date/Time:** 4/28/2014   08:22 AM | **Living Unit:** MEN-N2-06-03 | **Orientation Status:** N/A | |
| **Incident Number:** 201400718/1 - MEN | **Status:** Final | | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 4/23/2014 | 201400718/1-MEN | WINTERS, CARSON G | MENARD CORRECTIONAL CENTER | 08:00 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 303 | Giving False Information To An Employee | Guilty |
| 403 | Disobeying A Direct Order | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
INMATE HENDERSON PLED NOT GUILTY TO THE CHARGES, STATING, I COULDN'T COMB MY WITHOUT THOSE COMBS. WRITTEN STATEMENT WAS GIVEN.

## BASIS FOR DECISION
BASED ON, R/O WAS CONDUCTING SHAKEDOWNS OF YARD LINES. R/O STOPPED INMATE HENDERSON K78909 AND ORDERED HIM TO EMPTY HIS POCKETS. WHILE SEARCHING HENDERSON, R/O FOUND ONE PICK APPROX. 6 INCHES IN LENGTH AND ONE LARGE BLACK COMB APPROX. 8 INCHES IN LENGTH. HENDERSON ASKED IF HE COULD THROW THE COMBS AWAY AND CONTINUE TO THE YARD INSTEAD OF WAITING TO RECEIVE THE SHAKEDOWN SLIP. PROPERTY WOULD HAVE BEEN MAILED HOME AND NO TICKET ISSUED. HENDERSON TOLD STAFF IN THE SOUTH UPPERS THAT HIS CIVIL RIGHTS WERE VIOLATED AND PROPERTY WAS STOLEN. DOC 0300 INDICATES PROPERTY WAS CONFISCATED. I.D. BY I.D. CARD. WITNESSES OFFICER PASQUINO, OFFICER NEW, OFFICER WOOLEY, AND SGT. SHURTZ STATED I.D.R. IS CORRECT AS WRITTEN.

## DISCIPLINARY ACTION   (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 3 Months C Grade | 3 Months C Grade |
| 3 Months Segregation | 3 Months Segregation |
| 3 Months Commissary Restriction | 3 Months Commissary Restriction |

**Basis for Discipline** NATURE OF OFFENSE

## Signatures
**Hearing Committee**

| | | Date | Race |
|---|---|---|---|
| HUGHES, ROBERT E  - Chair Person | Signature | 04/28/14 | WHI |
| HART, JASON N | Signature | 04/28/14 | BLK |

Recommended Action Approved

**Final Comments:** N/A

JUN 1 7 2014

Ross, et al. vs. Gossett, et al. 15-309    063604

Ross, et al. vs. Gossett, et al. 15-309    063608

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** HENDERSON, DARVIN

**Hearing Date/Time:** 4/28/2014  08:22 AM

**Incident Number:** 201400718/1 - MEN

**IDOC Number:** K78909

**Living Unit:** MEN-N2-06-03

**Status:** Final

**Race:** BLK

**Orientation Status:** N/A

KIMBERLY S BUTLER / JL  5/6/2014
_____
Chief Administrative Officer

K. Butler
_____
Signature

05/06/14
_____
Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_____
Employee Serving Copy to Committed Person

5/15/14  10:05
_____
When Served -- Date and Time

JUN 1 7 2014

Run Date: 5/7/2014 14:08:37                    Page 2 of 2

# Illinois
## Department of
# Corrections

Pat Quinn
Governor

S.A. Godinez
Director

Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Telephone: (618) 826-5071
TDD: (800) 526-0844

MENARD CORRECTIONAL CENTER

NUMBER:   FY13/AD-#49
          FY13/IN-#40

PROCEDURAL BULLETIN

PAGE:   1 OF 1

TO:   ALL STAFF
      ALL OFFENDERS

DATE:   04/12/13

---

### INMATE PROPERTY – ALLOWABLE ITEMS (HAIRBRUSH)

Be advised that the Inmate Commissary only sells one style of hairbrush which is soft, pliable and security conscious. This is the only style of hairbrush that is allowable at Menard Correctional Center. Any other hairbrush design, specifically those with hard plastic foundations or handles, shall be confiscated upon discovery.

Please be guided accordingly.

---

Authorized by:

Richard W. Harrington
Warden

RWH:AJ:je

cc:    Assistant Wardens
       DAO Staff
       Personal Property
       Clinical Services
       Grievance Office
       Audit Office
       Business Office
       Weapons Task Force
       Cellhouse Bulletin Boards

Inmate Issues

JUN 1 7 2014

**TO BE READ AT ROLL CALL X 5 DAYS**

**Shakedown Record/Confiscated Contraband**

Exhibit No.

CLIC No.

| | |
|---|---|
| Date: 4-23-14   Time: ☐ a.m. ☐ p.m.   Bldg. Area: Sidewalk Treville | Shift Supervisor:   Date Received: 4-23-14   Time: ☐ a.m. ☐ p.m. |
| Living Area: Henderson   Occupied: ☑ Yes ☐ No | ☐ Major Contraband ☑ Minor Contraband:   Signature |
| Violator: Henderson   No. 75964 | Disposition: CPF |
| Violator: N/A   No. N/A | Date:   Time:   ☐ a.m. ☐ p.m.   Initials: |
| Was any contraband found? ☑ Yes ☐ No | Receiving Custodian:   Date Received:   Time:   ☐ a.m. ☐ p.m. |
| Item(s) (Description and circumstances of discovery): | ☐ Major Contraband ☐ Minor Contraband   Custodian Signature |

1 - Pick approx 6in in length

1 - comb approx 8in in length

Witness: L. New, J. Wailey, Sgt Shertz

Disciplinary Report written: ☑ Yes ☐ No   Incident Report written: ☐ Yes ☐ No

Mister I C Waters   Employee Signature

4190   4-23-14   1230 ☐ a.m. ☐ p.m.
Badge No.   Date   Time

Distribution: With Item (Tag); Supervisor, Employee; Disciplinary Report; Violator

| Chain-of-Custody after the Custodian has received the item: |
|---|
| From:   To: |
| Date Received:   Time:   ☐ a.m. ☐ p.m. |
| From:   To: |
| Date Received:   Time:   ☐ a.m. ☐ p.m. |
| From:   To: |
| Date Received:   Time:   ☐ a.m. ☐ p.m. |
| From:   To: |
| Date Received:   Time:   ☐ a.m. ☐ p.m. |
| Final Disposition: |
| Date:   Custodian's Initials: |

DOC0300 (Eff. 4/2006)
(Replaces DC 252)

Inmate Records

JUN 17 2014

Ross, et al. vs. Gossett, et al. 15-309   063608

State of Illinois · Department of Corrections
**DISCIPLINARY REPORT/SUMMARY**
*(Continuation Page)*

Page ___2___ of _2_

☒ Disciplinary Report          ☐ Disciplinary Summary

Committed Person  Henderson                          No. K-76909

Offense Date 4-23-14  Time  8:45 ☐AM ☒PM  Location  Statesville  Facility  Menard C.C.

offered to write to him. I/M Henderson Proper made this request in front of a Security detail of the Correctional Officer and all 3 members of the Weapons Task Force. Currently, property of this type is being mailed home or destroyed without tickets being issued for Unauthorized Property. Because of this, I/M Henderson's request to have his property destroyed was honored and he was allowed to proceed to the yard. Upon returning to the South Upper cellhouse, I/M Henderson began to spin a web of lies to the staff of the South Upper about how I had violated his civil rights and had stolen his property. The officer assigned to the South Upper door [Ofc. Required], notified me of what had been said by I/M Henderson. A shakedown slip has now been issued for the above mentioned property, which is currently located in the Weapon Task Force room. I positively identified I/M Henderson by viewing his state ID card.

DC 7213 (Eff. 06/88)      Distribution: 1) Master File, 2) Committed Person, 3) Facility, 4) Facility
Il 456-11612

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | | |
|---|---|---|---|
| Name: HENDERSON, DARVIN | IDOC Number: K78909 | | Race: BLK |
| Hearing Date/Time: 4/28/2014 08:22 AM | Living Unit: NRC-RD-03-03 | | Orientation Status: N/A |
| Incident Number: 201400718/1 - MEN | Status: Final | | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 4/23/2014 | 201400718/1-MEN | WINTERS, CARSON G | MENARD CORRECTIONAL CENTER | 08:00 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 303 | Giving False Information To An Employee | Guilty |
| 403 | Disobeying A Direct Order | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| No Witness Requested | | | |

### RECORD OF PROCEEDINGS
INMATE HENDERSON PLED NOT GUILTY TO THE CHARGES, STATING, I COULDN'T COMB MY WITHOUT THOSE COMBS. WRITTEN STATEMENT WAS GIVEN.

### BASIS FOR DECISION
BASED ON, R/O WAS CONDUCTING SHAKEDOWNS OF YARD LINES. R/O STOPPED INMATE HENDERSON K78909 AND ORDERED HIM TO EMPTY HIS POCKETS. WHILE SEARCHING HENDERSON, R/O FOUND ONE PICK APPROX. INCHES IN LENGTH AND ONE LARGE BLACK COMB APPROX. 8 INCHES IN LENGTH. HENDERSON ASKED IF HE COULD THROW THE COMBS AWAY AND CONTINUE TO THE YARD INSTEAD OF WAITING TO RECEIVE THE SHAKEDOWN SLIP. PROPERTY WOULD HAVE BEEN MAILED HOME AND NO TICKET ISSUED. HENDERSON TOLD STAFF IN THE SOUTH UPPERS THAT HIS CIVIL RIGHTS WERE VIOLATED AND PROPERTY WAS STOLEN. DOC 300 INDICATES PROPERTY WAS CONFISCATED. I.D. BY I.D. CARD. WITNESSES OFFICER PASQUINO, OFFICER VIEW, OFFICER WOOLEY, AND SGT. SHURTZ STATED I.D.R. IS CORRECT AS WRITTEN.

### DISCIPLINARY ACTION (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 3 Months C Grade | 3 Months C Grade |
| 3 Months Segregation | 3 Months Segregation |
| 3 Months Commissary Restriction | 3 Months Commissary Restriction |
| Basis for Discipline:NATURE OF OFFENSE | |

### Signatures
**Hearing Committee**

| | | | |
|---|---|---|---|
| HUGHES, ROBERT E - Chair Person | | 04/28/14 | WHI |
| | Signature | Date | Race |
| HART, JASON N | | 04/28/14 | BLK |
| | Signature | Date | Race |
| Recommended Action Approved | | | |

Final Comments: N/A

Date: 9/16/2014 13:31:41          Page 1 of 2

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** HENDERSON, DARVIN | **IDOC Number:** K78909 | **Race:** BLK |
| earing Date/Time: 4/28/2014   08:22 AM | **Living Unit:** NRC-RD-03-03 | **Orientation Status:** N/A |
| **Incident Number:** 201400718/1 - MEN | **Status:** Final | |

| | | |
|---|---|---|
| KIMBERLY S BUTLER / JL  5/6/2014 | | 05/06/14 |
| **Chief Administrative Officer** | Signature | Date |

he committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504; Subpart F.

| | | |
|---|---|---|
| REBECCA A COWAN | 5/15/2014 | 01:00 PM |
| **Employee Serving Copy to Committed Person** | When Served  - - Date and Time | |

**Date: 9/16/2014 13:31:41**          Page 2 of 2

State of Illinois    Ross, et al. vs. Gossett, et al. 15-309    063611

## Corrections Disciplinary Tracking Inmate
### Disciplinary Card

Name: HENDERSON, DARVIN                                                          IDOC # :K78909

Transferred In: 2009-06-10    Disciplinary History from 1/1/1998 through 9/16/2014    Living Unit: NRC/RD/03/03

| cident Date cident/Summ#/Inst. cket Type | Offense Codes, Descriptions | | Disciplinary Action |
|---|---|---|---|
| /14/2000 )0009050/1-PON .nor | 406 Trading Or Trafficking | Guilty | 1 Months Commissary Restriction |
| /18/2000 )0009043/1-PON nor | 307 Unauthorized Movement | Guilty | Verbal Reprimand |
| | 404 Violation Of Rules Comments: #2 MUST BE IN CELL DOR COUNT | Guilty | |
| 3/2001 )103307/1-PON nor | 404 Violation Of Rules Comments: `MEMO ONLY ASLLOWED IN ASSIGNED CEL | Guilty | Verbal Reprimand |
| 3/2001 )104317/1-PON nor | 404 Violation Of Rules Comments: ONLY ALLOWED IN ASSIGNED CELLS | Guilty | 1 Months Commissary Restriction |
| 13/2002 )205105/1-PON nor | 307 Unauthorized Movement | Guilty | 1 Months Commissary Restriction |
| /2003 )301391/1-ROB nor | 404 Violation Of Rules Comments: unsecured lock | Guilty | Verbal Reprimand |
| 3/2005 )502089/1-EMO jor | 304 Insolence | Not Guilty | 7 Days Commissary Restriction |
| | 305 Theft Reduced to : 404 Comments: Contraband | Guilty | |
| /2006 )600395/1-EMO jor | 304 Insolence | Not Guilty | 8 Days   Segregation |
| | 307 Unauthorized Movement | Guilty | |
| | 403 Disobeying A Direct Order | Not Guilty | |
| 3/2006 )600747/1-EMO ıor | 307 Unauthorized Movement | Guilty | 7 Days Commissary Restriction |
| 8/2006 )601151/1-EMO ıor | 308 Contraband/Unauthorized Property | Guilty | Other : dispose of contraband per a.d. 7 Days Commissary Restriction |
| 1/2009 )901509/1-MEN or | 202 Damage Or Misuse of Property | Guilty | 3 Months C Grade/Level |
| | 308 Contraband/Unauthorized Property | Guilty | 3 Months Segregation Other : CONF. PROPERTY 3 Months Commissary Restriction |
| 3/2014 400718/1-MEN or | 303 Giving False Information To An Employee | Guilty | 3 Months C Grade/Level 3 Months Segregation |
| | 403 Disobeying A Direct Order | Guilty | 3 Months Commissary Restriction |

Ross, et al. vs. Gossett, et al. 15-309    063611

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K78909 | **Counseling Date** | 07/31/14 13:14:08:047 |
| **Offender Name** | HENDERSON, DARVIN | **Type** | Personal |
| **Current Admit Date** | 05/28/2009 | **Method** | Face To Face |
| **MSR Date** | 08/04/2082 | **Location** | MEN E |
| **HSE/GAL/CELL** | RD-03-03 | **Staff** | PAYNE, VICKIE S., Correctional Counselor II |

Requested transfer to Stateville, but isn't eligilble. He has to be out of seg for six months before he is eligible to be submitted, 1/23/15.

**Print Date** 9/16/2014

Ross, et al. vs. Gossett, et al. 15-309   063613

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: Henderson        Darvin              K78909
          _Last Name_          _First Name_      _MI_      _ID#_

Facility: Menard

☑ Grievance: Facility Grievance #: (if applicable) _not provided_ Dated: _4/10/14_ or ☐ Correspondence: Dated: _____

Received: _4/16/14_  Regarding: _Shakedown 4/8/14, conditions of,_
          _Date_                _P.P. taken/destroyed._

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide a copy of your written Committed Person's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Committed Person's Grievance Report, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide dates of disciplinary reports and facility where incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL  62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL  62706

**No further redress:**
- ☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on ___/___/___.
                                                    _Date_
- ☐ No justification provided for additional consideration.

Other (specify): _Follow Dept. Rule 504.810 and also provide the above._

Completed by: _____        Sherry Benton        5/22/14
              _Print Name_              _Signature_          _Date_

Distribution: Offender
              Inmate Issues                    _Printed on Recycled Paper_                    DOC 0070 (Rev. 8/2010)

Case 3:15-cv-00309-SMY    Document 491-5    Filed 11/16/18    Page 42 of 174    Page ID #20785

Ross, et al. vs. Gossett, et al. 15-309    063614



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Henderson, Darvin_    Date: _11/6/14_

Register #: _K78909_

Facility: _Menard_

This is in response to your grievance received on _6/17/14_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _4/10/14_  Grievance Number: _92-4-14_  Griev Loc: _Menard_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary
- ◉ Personal Property _C Diff ~ 4/8/14_
- ○ Mailroom/Publications
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- ⑥ Other _TACT Team's actions 4/8/14_

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ◉ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.
- ○ In addition, property items are to be disposed of in accordance with DR501C.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

⑥ Other _Relief requested is denied. All issues cited were addressed by Grievance Officer._

FOR THE BOARD: _Benton_   CONCURRED: _SAGodinez_
Sherry Benton
Administrative Review Board

S.A. Godinez
Director
TA
11/12/14

CC:  Warden _Menard_ Correctional Center,
_Henderson, Darvin_, Register No. _K78909_

RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: April 28, 2014 _____ Date of Review: May 13, 2014 _____ Grievance # (optional): 92-4-14 _____

Offender: Henderson _____ ID#: K78909

Nature of Grievance: Personal Property - Confiscated/Damaged By Tact Team and Tact Team Misconduct & Transfer

Facts Reviewed: All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 4-10-14 and grieves physical and verbal abuse by the tack team including being made to stand in a cold room with hardly any clothes on, damaged and confiscated property by the tact team, also grieves the facility does not pass out cleaning supplies regularly. Stated all items are recent purchases with the exception of the drinking cup and allergy pills. Relief Requested: Wants reimbursed, future tact operations recorded for accountability, and a transfer to Stateville.

Offender lists the following items as missing: 3 Colgate Toothpaste (new) (cost $4 each); 1 Cable Splitter (new); 1 Extension Cord (new); 1 Drinking Cup; 3 Jergens lotions (new) (can't read price); 3 Hand & Body Lotion at .50 each; 1 Pk Batteries (new - removed from Walkman) at $2.70; 1 Large Block Comb; 1 Vitamin C Pills at $3.30; 1 Allergy/Cold Pills at $1.70; 1 Bag Captain Crunch Cereal; 2 Nacho Chips/Pork Skins; 1 Shells; 1 Beans & Rice; 1 White Rice; 6 Dragon Noodles; 1 Turkey Summer Sausage; 8 Tooth Brushes; 2 Orange Slice Candy.

Counselor replied 4-21-14 unable to verify misconduct. Offender is on the transfer to do list and will be submitted in due time. Personal Property advised only excess property was taken and may be sent home.

Offender did not provide a shakedown slip, recent inventory documenting possession or purchase receipts to proof purchase date and price.

Grievance Officer reviewed the Property Files and attached a shakedown slip dated 4-8-14 documenting the only items confiscated was a broken/altered lamp and broken/altered headphone extension cord. No reimbursement is recommended.

Transfers are an administrative decision. Offender may request a transfer by contacting his counselor. As noted above, offenders counselor is aware has placed him on the list to be submitted. Issue is being addressed. Tactical operations and procedures are an administrative matter.

The Cell House was contacted and advised cleaning supplies are offered on a regular basis.

Offender gave no specifics, descriptions, or names on Tact Team members he grieves misconduct issues with. Grievance Officer contacted the Statewide Tactical Commander and was advised procedure was followed and allegations of misconduct were denied.

Grievant references other inmates in his grievance - per DR 504F inmates cannot file grievances on behalf of other offenders.

Grievance Officer contacted the Health Care Unit. There is no record of offender being seen since last year ( 9-17-13). If offender is experiencing any medical concerns, he may submit a request to be seen.

Recommendation: Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED.

JUN 1 7 2014

Lori Oakley _____
Print Grievance Officer's Name _____ Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: May 21, 2014 _____ ☑ concur ☐ I do not concur ☐ Remand

Comments: Copy to Personal Property

K. Butler _____ 27 MAY 14
Chief Administrative Officer's Signature _____ Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Darrin Henderson _____ K78909 _____ 6/8/14
Offender's Signature _____ ID# _____ Date

Distribution: Master File; Offender _____ Page 1 _____ DOC 0047 (Rev. 3/2005)
Printed on Recycled Paper

## State of Illinois - Department of Corrections

### Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K78909 | **Counseling Date** | 04/21/14 12:48:23:633 |
| **Offender Name** | HENDERSON, DARVIN | **Type** | Collateral |
| **Current Admit Date** | 05/28/2009 | **Method** | Other |
| **MSR Date** | 08/04/2082 | **Location** | MEN SU |
| **HSE/GAL/CELL** | NU-08-48 | **Staff** | PHOENIX, MARK W., Correctional Counselor I |

Received grievance dated 4-10-14 on "Orange Crush" shakedown. Offender states he went through "torture" during the shakedown. Unable to verify allegations of staff misconduct. Offender wants transferred to Stateville. Offender is on my transfer "to do" list and any transfer is an administrative decision. Offender states many items were taken incorrectly. Went to Personal Property and was informed all "excessive" property on his shakedown slip taken may be destroyed or sent home.

**Print Date  11/6/2014**

Menard Correctional Center
Trust Fund
Inmate Transaction Statement
1/1/2014 to 11/6/2014

Ross, et al. vs. Gossett, et al. 15-309   063617

**Inmate: K78909 Henderson, Darvin**   **Housing Unit: MEN-NU-08-48**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | | 153.26 |
| 01/10/14 | Payroll | 20 Payroll Adjustment | 010159 | | P/R month of 122013 | | 10.00 | 163.26 |
| 01/13/14 | Point of Sale | 60 Commissary | 0137196 | 1102640 | Commissary | | -74.79 | 88.47 |
| 01/21/14 | Point of Sale | 60 Commissary | 0217181 | 1103496 | Commissary | | -18.76 | 69.71 |
| 01/31/14 | Disbursements | 84 Library | 031359 | Chk #127919 | 434129, DOC: 523 Fun, 01/30/2014 | Inv. Date: | -3.30 | 66.41 |
| 02/04/14 | Mail Room | 10 Western Union | 035200 | 6341053140 | Miller, Harriet | | 50.00 | 116.41 |
| 02/07/14 | Payroll | 20 Payroll Adjustment | 038159 | | P/R month of 1 2014 | | 10.00 | 126.41 |
| 02/10/14 | Mail Room | 10 Western Union | 041200 | 9467446001 | Miller, Harriet | | 50.00 | 176.41 |
| 02/10/14 | Point of Sale | 60 Commissary | 0417196 | 1108005 | Commissary | | -74.59 | 101.82 |
| 02/13/14 | Disbursements | 81 Legal Postage | 044359 | Chk #127947 | 435141, DOC: 523 Fun, 02/06/2014 | Inv. Date: | -.48 | 101.34 |
| 02/24/14 | Point of Sale | 60 Commissary | 0557194 | 1111573 | Commissary | | -74.85 | 26.49 |
| 02/28/14 | Disbursements | 84 Library | 059359 | Chk #128328 | 438128, DOC: 523 Fun, 02/27/2014 | Inv. Date: | -.60 | 25.89 |
| 02/28/14 | Disbursements | 80 Postage | 059359 | Chk #128332 | 437279, DOC: 523 Fun, 02/21/2014 | Inv. Date: | -.48 | 25.41 |
| 02/28/14 | Disbursements | 80 Postage | 059359 | Chk #128332 | 438447, DOC: 523 Fun, 02/28/2014 | Inv. Date: | -.48 | 24.93 |
| 02/28/14 | Disbursements | 80 Postage | 059359 | Chk #128332 | 438505, DOC: 523 Fun, 02/28/2014 | Inv. Date: | -.48 | 24.45 |
| 03/02/14 | Mail Room | 10 Western Union | 061200 | 0712722070 | Miller, Harriet | | 50.00 | 74.45 |
| 03/10/14 | Point of Sale | 60 Commissary | 0697184 | 1113790 | Commissary | | -74.40 | .05 |
| 03/10/14 | Payroll | 20 Payroll Adjustment | 069159 | | P/R month of 2 2014 | | 9.52 | 9.57 |
| 03/14/14 | Mail Room | 15 JPAY | 073200 | 33149929 | Irvin, Alexa | | 20.00 | 29.57 |
| 03/17/14 | Disbursements | 81 Legal Postage | 076359 | Chk #128693 | 440057, DOC: 523 Fun, 03/12/2014 | Inv. Date: | -.48 | 29.09 |
| 03/17/14 | Disbursements | 81 Legal Postage | 076359 | Chk #128693 | 440162, DOC: 523 Fun, 03/13/2014 | Inv. Date: | -.48 | 28.61 |
| 03/24/14 | Point of Sale | 60 Commissary | 0837194 | 1117356 | Commissary | | -27.17 | 1.44 |
| 03/30/14 | Mail Room | 10 Western Union | 089200 | 4952669361 | Miller, Harriet | | 50.00 | 51.44 |
| 04/04/14 | Payroll | 20 Payroll Adjustment | 094159 | | P/R month of 3 2014 | | 10.00 | 61.44 |
| 04/08/14 | Disbursements | 84 Library | 098359 | Chk #129214 | 442745, DOC: 523 Fun, 04/02/2014 | Inv. Date: | -.20 | 61.24 |
| 04/11/14 | Disbursements | 80 Postage | 101359 | Chk #129395 | 443339, DOC: 523 Fun, 04/08/2014 | Inv. Date: | -.48 | 60.76 |
| 04/22/14 | Point of Sale | 60 Commissary | 1127181 | 1120608 | Commissary | | -58.96 | 1.80 |
| 04/30/14 | Disbursements | 80 Postage | 120359 | Chk #129709 | 444264, DOC: 523 Fun, 04/17/2014 | Inv. Date: | -.48 | 1.32 |
| 04/30/14 | Disbursements | 81 Legal Postage | 120359 | Chk #129709 | 444368, DOC: 523 Fun, 04/18/2014 | Inv. Date: | -.96 | .36 |
| 05/08/14 | Payroll | 20 Payroll Adjustment | 128159 | | P/R month of 4 2014 | | 3.06 | 3.42 |
| 05/10/14 | Mail Room | 10 Western Union | 130200 | 7738753728 | Miller, Harriet | | 50.00 | 53.42 |
| 05/12/14 | Point of Sale | 60 Commissary | 1327181 | 1124081 | Commissary | | -14.48 | 38.94 |
| 05/19/14 | Disbursements | 81 Legal Postage | 139359 | Chk #129930 | 444911, DOC: 523 Fun, 04/22/2014 | Inv. Date: | -.48 | 38.46 |
| 06/12/14 | Point of Sale | 60 Commissary | 1637194 | 1130791 | Commissary | | -19.08 | 19.38 |
| 06/13/14 | Disbursements | 80 Postage | 164359 | Chk #130386 | 450569, DOC: 523 Fun, 06/03/2014 | Inv. Date: | -.48 | 18.90 |
| 06/13/14 | Disbursements | 80 Postage | 164359 | Chk #130386 | 450536, DOC: 523 Fun, 06/03/2014 | Inv. Date: | -.96 | 17.94 |
| 06/13/14 | Disbursements | 80 Postage | 164359 | Chk #130386 | 451386, DOC: 523 Fun, 06/09/2014 | Inv. Date: | -1.61 | 16.33 |
| 06/30/14 | Disbursements | 80 Postage | 181359 | Chk #130672 | 452432, DOC: 523 Fun, 06/16/2014 | Inv. Date: | -.48 | 15.85 |
| 07/11/14 | Mail Room | 10 Western Union | 192200 | 5526748143 | Miller, Harriet | | 100.00 | 115.85 |
| 07/18/14 | Disbursements | 81 Legal Postage | 199359 | Chk #131189 | 454643, DOC: 523 Fun, 07/03/2014 | Inv. Date: | -.48 | 115.37 |
| 07/18/14 | Disbursements | 80 Postage | 199359 | Chk #131189 | 456100, DOC: 523 Fun, 07/08/2014 | Inv. Date: | -.48 | 114.89 |

Menard Correctional Center
Trust Fund
Inmate Transaction Statement
1/1/2014 to 11/6/2014

| Inmate: K78909 Henderson, Darvin | | | | | Housing Unit: MEN-NU-08-48 | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
| 07/18/14 | Disbursements | 80 Postage | 199359 | Chk #131189 | 458036, DOC: 523 Fun, 07/16/2014 | Inv. Date: | -1.92 | 112.97 |
| 07/31/14 | Disbursements | 80 Postage | 212359 | Chk #131488 | 451083, DOC: 523 Fun, 07/30/2014 | Inv. Date: | - 48 | 112.49 |
| 07/31/14 | Disbursements | 80 Postage | 212359 | Chk #131488 | 450890, DOC: 523 Fun, 07/28/2014 | Inv. Date: | - 48 | 112.01 |
| 07/31/14 | Disbursements | 80 Postage | 212359 | Chk #131488 | 458827, DOC: 523 Fun, 07/22/2014 | Inv. Date | - 48 | 111.53 |
| 07/31/14 | Disbursements | 80 Postage | 212359 | Chk #131488 | 458576, DOC: 523 Fun, 07/22/2014 | Inv. Date | - 48 | 111.05 |
| 08/07/14 | Point of Sale | 60 Commissary | 2197181 | 1136936 | Commissary | | -75.00 | 36.05 |
| 08/16/14 | Mail Room | 10 Western Union | 228200 | 3698816969 | Nelson, Margaret | | 30.00 | 66.05 |
| 08/29/14 | Disbursements | 80 Postage | 241359 | Chk #132066 | 452713, DOC: 523 Fun, 08/06/2014 | Inv. Date | - 48 | 65.57 |
| 08/29/14 | Disbursements | 80 Postage | 241359 | Chk #132066 | 454142, DOC: 523 Fun, 08/19/2014 | Inv. Date | - 48 | 65.09 |
| 09/08/14 | Payroll | 20 Payroll Adjustment | 2511107 | | P/R month of 8 2014 | | 2.72 | 67.81 |
| 11/06/14 | Mail Room | 10 Western Union | 310200 | 7541574019 | Havey, Jarrew | | 100.00 | 167.81 |

| | |
|---|---|
| Total Inmate Funds: | 167.81 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 167.81 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Ross, et al. vs. ~~Gossett~~, et al. 15-309    063619

| | | | |
|---|---|---|---|
| Inmate Id: | N40488 | Ret Form Ind: | |
| Name: | KIRK, BENJAMIN | Modify Ind: | |
| Chair Code: | DEKN | Deny Ind: | X |
| Grv Type: | L | Favorable Ind: | |
| Grv Code: | BUSINESS/TRUST | Deferred Ind: | |
| Receive Date: | 07/11/2014 | Moot Ind: | |
| Hearing Date: | 01/29/2015 | Grievance Number: | 139-5-14 |
| Mailing Date: | 02/13/2015 | Incident Number: | |
| Grv Loc: | MENARD CC | Incident Date: | 00/00/0000 |
| Hearing Loc: | MENARD CC | Incident Inst: | |
| | | Date Receipted: | 00/00/0000 |

Comments: GRV. # 139-5-14:  GRIEVES SHAKEDOWN PROCEDURES ON 4/15/14, INMATE WAS IN PAIN;  REQUEST TO SEE MEDICAL FOR SHOULDER PAIN



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**S.A. GODINEZ**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Kirk, Benjamin_          Date: _1/29/15_

Register # _N40488_

Facility: _Menard CC_

This is in response to your grievance received on _7/11/14_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding:** Grievance dated: _4/15/14_   Grievance Number: _139-5-14_   Griev Loc: _Menard CC_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

Ø Trust Fund _$5.00 Co-pay_

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
  Incident #_____

○ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

Ø Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ In addition, property items are to be disposed of in accordance with DR501C.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

○ Other:_____

FOR THE BOARD: _Debbie Knauer_          CONCURRED: _____
          Debbie Knauer                            S.A. Godinez
     Administrative Review Board                   Acting Director     1/30/15

CC:  Warden, _Menard_          Correctional Center
     _Kirk, Benjamin_, Register No. _N40488_

Ross, et al. vs Gossett et al. 15-309   063621

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

## Grievance Officer's Report

Date Received: May 16, 2014          Date of Review: June 25, 2014          Grievance # (optional): 139-5-14

Offender: Kirk          ID#: N40488

Nature of Grievance: Co-Pay

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 4-15-14 and grieves shakedown procedures. Offender states he advised the officer he was in pain.

Offender states his shoulder and chest are very sore from being cuffed during shakedown. Offender advises he has a front cuffing permit and they cuffed him behind his back. Offender has a shoulder problem. Offender states he is having shoulder and chest pains.

Relief requested is to see medical and not have to pay the co-pay.

Grievance office reviewed ID04.03.103 and contacted the HCU. HCU stated that offender was seen on 4/25/14 by the MD and again on 5/31/14.

Tactical unit advised any time we shakedown we have medical staff standing by in case they are needed.

Per ID 04.03.103 "Offenders in adult facilities who request non-emergency treatment shall pay the Department a $5.00 co-pay per visit. Services are non-emergency services when requested by the offender and determined to be non-emergency by the examining medical personnel such as a Certified Medical Technician, Dentist, Mental Health Professional, Nurse, Nurse Assistant, Physician, or Physician Assistant".

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED. Co-pays are being done in accordance with ID04.03.103. Offender has been to the HCU.

Linda Carter
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: June 26, 2014      ☒ I concur      ☐ I do not concur      ☐ Remand

Comments:

K. Butler
Chief Administrative Officer's Signature                    26 June 14
                                                              Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature                    ID#                    Date

Inmate Issues
JUL 1 1 2014

Distribution:   Master File; Offender          DOC 0047 (Rev. 3/2005)
Printed on Recycled Paper

Ross, et al. vs. Gossett, et al. 15-309   063622

## Grievance Officer's Report

Date Received: May 16, 2014          Date of Review: June 25, 2014          Grievance # (optional): 139-5-14

Offender: Kirk                                                                    ID#: N40488

Nature of Grievance: Co-Pay

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 4-15-14 and grieves shakedown procedures.

Offender states his shoulder and chest are very sore from being cuffed during shakedown. Offender advises he has a front cuffing permit and they cuffed him behind his back. Offender has a shoulder problem. Offender states he is having shoulder and chest pains.

Relief requested is to see medical and not have to pay the co-pay.

Grievance office reviewed ID04.03.103 and contacted the HCU. HCU stated that offender was seen on 4/25/14 by the MD and again on 5/31/14.

Per ID 04.03.103 "Offenders in adult facilities who request non-emergency treatment shall pay the Department a $5.00 co-pay per visit. Services are non-emergency services when requested by the offender and determined to be non-emergency by the examining medical personnel such as a Certified Medical Technician, Dentist, Mental Health Professional, Nurse, Nurse Assistant, Physician, or Physician Assistant".

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED. Co-pays are being done in ccordance with ID04.03.103. Offender has been to the HCU.

Linda Carter
_____                                    _____
Print Grievance Officer's Name                              Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: June 26, 2014          ☐ I concur     ☐ I do not concur     ☐ Remand

Comments:

Inmate Issues

JUL 1 1 2014

_____                                                        _____
Chief Administrative Officer's Signature                                        Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____                                    _____        _____
Offender's Signature                                       ID#               Date

Distribution:   Master File; Offender                                DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

Ross, et al. vs. Gossett, et al. 15-309     063622

Ross, et al. vs. Gossett, et al. 15-309   063623

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: April 15, 2014 | Offender: (Please Print) BENJAMIN KIRK | | ID#: N40488 |
|---|---|---|---|
| Present Facility: MENARD | | Facility where grievance issue occurred: MENARD | 139-5-14 |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☐ Staff Conduct  ☐ Dietary  ☒ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☒ Other (specify): _____

☐ Disciplinary Report: ____/____/____  _____
         Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or is not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: ON April 11, 2014 Appox. 8°Clock AM I WAS Awaken by tact team members who took me to the Randolph Hall while they search my cell. I was placed in handcuffs the whole time while search of my cell went on. I began to feel pain in my chest As well As my shoulder on the right side. I told the tact member who wore No Name tag And was told to shut my mouth And stop bitching it's only been A hour. Not-wanting to get in any trouble I tried to remain quiet. After what seem like Another

Relief Requested: Be put in to see the doctor AND NOT charged Since I did Not cause the Aggravation.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Benjamin K.S._      N40488     4, 15, 14
Offender's Signature       ID#       Date

(Continue on reverse side if necessary)     RECEIVED

| | Counselor's Response (if applicable) | MAY 16 2014 |
|---|---|---|

Date Received: 4, 21, 14     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _Due to state law, all sick-call visits require a $5.00 co-pay_ **Inmate Issues**

JUL 1 1 2014

_R. Rowold_   CCI       _Rob Rowold_     4, 21, 14
Print Counselor's Name       Counselor's Signature     Date of Response

| | EMERGENCY REVIEW | |
|---|---|---|

Date Received: ____/____/____    Is this determined to be of an emergency nature?
    ☐ Yes; expedite emergency grievance
    ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____     ____/____/____
Chief Administrative Officer's Signature     Date

Ross, et al. vs. Gossett, et al. 15-309   063623

Ross, et al. vs. Gossett, et al. 15-309    063624

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE** (Continued)

hour I Asked Again to have the cuffs taken off so I MAY left MY ARM to try to ease the pain in my chest And shoulder And was Again denied. I told this fact member that I'd had A torn pectoral Muscle And shoulder problems. I Also showed him my permit. He said he was not taking off the cuffs And shut up. After over 3 hours I was taken back to my cell with the other inmates (some of which had fainted or fell from standing cuffed) so long. The cuffs were removed. As I started to put my things back in order my shoulder And chest were still very sore. I tried to put hot towel on it to help ease the pain but it was only short lived. The next morning I spoke to the Nurse And tried to explain that being cuffed had Aggravated my shoulder. She said if I paid $5.00 I could have sick call. I explain this was an injury caused by being cuffed for so long by the fact team, I shouldn't have to pay $5.00 She said file a grievance And walked away. I am still in pain from this. I asked staff if they knew the rule for how long an inmate could be kept cuffed And when they could be removed to keep from causing injuries. None knew. My shoulder And chest is still very sore from this incident. I was not having any trouble before being cuffed for so long. Now I need to see the doctor to receive something for the pain I'm in great pain esspecially when I try to sleep

Inmate Issues

JUL 1 1 2014

Ross, et al. vs. Gossett, et al. 15-309    063624

Ross, et al. vs. Gossett, et al. 15-309    063625

*To: Grievance officer*

Since this injury happen while being shaken down
by tact. team AND I WAS NOT taken to H.C.U even
though I told tact.team AND C/o I WAS hurting
I should be Able to see doctor.

B. Kirk
N 40485
E - 119

RECEIVED

MAY 16 2014

Distribution: Master File; Offender

Page 2

DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper



Inmate Issues
JUL 1 1 2014

Ross, et al. vs. Gossett, et al. 15-309     063626

| Field | Value |
|---|---|
| Inmate Id: | N40488 |
| Name: | KIRK, BENJAMIN |
| Chair Code: | DEKN |
| Grv Type: | L |
| Grv Code: | PP |
| Receive Date: | 07/11/2014 |
| Hearing Date: | 02/10/2015 |
| Mailing Date: | 03/11/2015 |
| Grv Loc: | MENARD CC |
| Hearing Loc: | MENARD CC |

| Field | Value |
|---|---|
| Ret Form Ind: | |
| Modify Ind: | |
| Deny Ind: | X |
| Favorable Ind: | |
| Deferred Ind: | |
| Moot Ind: | |
| Grievance Number: | 140-5-14 |
| Incident Number: | |
| Incident Date: | 00/00/0000 |
| Incident Inst: | |
| Date Receipted: | 00/00/0000 |

Comments: GRV. # 140-5-14:  GRIEVES SHAKEDOWN ON 4/11/14 WITH SLIP STATING CLEAN AND PP TAKEN;  REQUEST RETURN OR REPLACE PP

Ross, et al. vs. Gossett, et al. 15-309    063627



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**S.A. GODINEZ**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Kirk, Benjamin_    Date: _2/10/15_

Register # _N40488_

Facility: _Menard CC_

This is in response to your grievance received on _7/11/14_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding:** Grievance dated: _4/15/14_   Grievance Number: _140-5-14_   Griev Loc: _Menard CC_

- O Transfer denied by the Facility or Transfer Coordinator
- Ø Dietary _____
- Ø Personal Property _shakedown 4/11/14_
- O Mailroom/Publications _____
- O Assignment (job, cell) _____

- O Commissary _____
- O Trust Fund _____
- O Conditions (cell conditions, cleaning supplies)
- O Disciplinary Report dated _____ Incident #_____
- O Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

- O Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- O Denied, in accordance with DR504F, this is an administrative decision.
- Ø Denied, this office finds the issue was appropriately addressed by the facility Administration.
- O Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- O Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.
- O In addition, property items are to be disposed of in accordance with DR501C.

- O Denied as the facility is following the procedures outlined in DR525.
- O Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- O Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- O Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- O Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

Ø Other: _Radio was returned to Offender on 2/7/15, however this office cannot substantiate claims regarding other items Offender states were taken_

FOR THE BOARD: _Debbie Knauer_    CONCURRED: _S.A. Godinez_
Debbie Knauer                                          S.A. Godinez
Administrative Review Board                           Acting Director _2/23/15_

CC: Warden, _Menard_ _____ Correctional Center
_Kirk_ _____, Register No. _N40488_

Ross, et al. vs. Gossett, et al. 15-309    063627

Ross, et al. vs. Gossett, et al. 15-309   063628-19

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| **Date Received:** May 16, 2014 | **Date of Review:** June 24, 2014 | **Grievance #** (optional): 140-5-14 |
| **Offender:** Kirk | | **ID#:** N40488 |

**Nature of Grievance:** Property

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 4/15/14 and grieves shakedown of 4/11/14. Offender also states the shakedown slip in his cell read clean. States the following items are missing candy, radio, candy bars, condiments and peanut butter.

Offender request items be returned or replaced and to have someone monitor shakedowns.

Counselor reviewed on 4/21/14.

Grievance office contacted property and reviewed AD 05.10.110G, and DR504.620. ID05.10.110G Staff shall ensure TV's, radios, and any other permit items are in working condition. Appropriate notations shall be made on the inventory form. Specifically note if the item is inoperable, and if so, note that the offender was given a 30 day notice to have the item mailed home or destroyed

Per 5.10.110G, Orientation Manual: Alteration or redesign of any item of property from its original condition may result in its classification as contraband and eventual confiscation of the altered property. DR 504.620(t)property may be removed or restricted as approved by the Warden if the offender destroys, damages, alters, or abuses property in a manner that jeopardizes the safety of any person or the facility or disrupts institutional safety or order.

Per DR 501.220 shakedown slips are provided which document any items confiscated. **The shakedown slip shows nothing was confiscated.** Grievance office cannot substantiate offender lost items in shakedown. Grievance office found shakedown slip for radio while looking for offenders radio. Per shakedown slip– Radio is altered.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED. No further action appears to be necessary at this level at this time.

Linda Carter
_____
Print Grievance Officer's Name    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| **Date Received:** June 26, 2014 | ☒ I concur   ☐ I do not concur | ☐ Remand |

**Comments:**

K. Butler
_____
Chief Administrative Officer's Signature          26 June 14
                                                   Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____   _____   _____
Offender's Signature                    ID#           Date

Inmate Issues
JUL 1 1 2014

Distribution: Master File; Offender     Ross, et al. vs. Gossett, et al. 15-309     063628     DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

Ross, et al. vs. Gossett, et al. 15-309   063629

N 2 - 7 - 0

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: April 15, 2014 | Offender: (Please Print) BENJAMIN KIRK | ID#: N40488 |
|---|---|---|
| Present Facility: MENARD | Facility where grievance issue occurred: MENARD   140-5-14 | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____ Date of Report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON April 11, 2014 I WAS shaken down by tact team As well As my cell. When it was finished I had a shake down slip placed in my cell which read "CLEAN" NOthing found. OPeral But After checking my cell I learned my 2 bags of CANDY were gone, my Nail Clippers, my black PANASONIC RADIO, AND 2 CANDY bars. Alone with a container full of store bought condiments AND peanut butter. I told the C/O who said it's Nothing he could do "tact" took All the stuff Not him. I Asked

Relief Requested: Have my item replaced or paid for which were taken from my cell. Also have some one monitor the shake downs to make sure only CONTRABAND is

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Benjamin Kirk _____ N40488 4, 15, 14
Offender's Signature        ID#        Date

(Continue on reverse side if necessary)

RECEIVED

**Counselor's Response (if applicable)**     MAY 16 2014

| Date Received: 4, 21, 14 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: According to the personal property officer, all items received from shake-down were listed on the shake-down slip, including radios

R. Rowold CCI _____ R. Rowold cci 4, 21, 14
Print Counselor's Name        Counselor's Signature        Date of Response

Inmate Issues
JUL 11 2014

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____ ____/____/____
Chief Administrative Officer's Signature        Date

Distribution: Master File; Offender        Page 1        DOC 0046 (Rev. 3/2005)

Ross, et al. vs. Gossett, et al. 15-309   063629

Ross, et al. vs. Gossett, et al. 15-309     063630

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER's GRIEVANCE** (Continued)

the sergeant about my radio and was told he didn't know why or where, but they took them all. I asked him why it wasn't put on my shake down slip since it was removed from my cell while I wasn't there. He said he'd check. I haven't seen him since.

Con't Relief:

taken and listed on shake down slips. If a sitting Govenor can go to prison for wrong doing. It's possible anyone under him can break the rules so there needs tobe something in place to help monitor this because not everyone is trust worthy.

Inmate Issues
JUL 1 1 2014

Distribution: Master File: Offender          Page 2          DOC 0046 (Rev. 3/2005)

Ross, et al. vs. Gossett, et al. 15-309     063630

Ross, et al. vs. Gossett, et al. 15-309    063631

## Knauer, Debbie

| | |
|---|---|
| **From:** | Oakley, Lori |
| **Sent:** | Tuesday, February 10, 2015 8:00 AM |
| **To:** | Knauer, Debbie |
| **Subject:** | FW: Kirk N40488   Grievance #140-5-14 |

FYI.....

**From:** Shurtz, Roger
**Sent:** Tuesday, February 10, 2015 7:02 AM
**To:** Oakley, Lori
**Cc:** Wooley, Sarah; Donjon, Kyle
**Subject:** RE: Kirk N40488 Grievance #140-5-14

Kirk's radio was repaired. It was held in the WTF office while in seg. I/m was released from seg on 2-4-15. Radio return on 2-7-15.

**From:** Oakley, Lori
**Sent:** Monday, February 09, 2015 2:20 PM
**To:** Shurtz, Roger; Wooley, Sarah; Westerman, Pam
**Subject:** Kirk N40488 Grievance #140-5-14

Pam or Sarah

This offender has appealed his grievance to Springfield and the ARB is trying to locate the radio that was confiscated. Do you have it or any information on it??

Confiscated 4-11-14.

Disposition: Personal Property

Taken due to altered wires, taped together and no screws in radio.

He was AD status on N2 7 gallery according to shakedown slip.  <u>North 2 does not have it.</u>

*Lori Oakley*
Corrections Clerk III, Grievance Office
Menard Correctional Center
(618) 826-5071 ext. 2248

Ross, et al. vs. Gossett, et al. 15-309        063632

**Inmate Issues**

JUL 11 2014

To: A.R.B

As You Can See from this
grievance officer Respond, My Shake down
Slip Read "Clean". No items were listed. Yet
My Radio, peanut butter, CANDY bars, AND Condiment
were missing. Then Months later A slip WAS to
be found Saying My radio WAS taken. This is
Not how it's done. I should have been told
When I was first shook down My items were
taken, Not Clean, So I could follow up why.
they were taken. Now these items AND My radio
Are Gone AND I should be compensated for them
because I wasn't allowed to send them home
if it were a problem, oR Replace.        Kirk #N40188
                                          Menard C.C

Ross, et al. vs. Gossett, et al. 15-309        063632

Ross, et al. vs. Gossett, et al. 15-309   063633

| | |
|---|---|
| Inmate Id: | B56190 |
| Name: | MITCHELL, EDWARD |
| Chair Code: | DEKN |
| Grv Type: | L |
| Grv Code: | STAFF CONDUCT |
| Receive Date: | 08/18/2014 |
| Hearing Date: | 02/18/2015 |
| Mailing Date: | 03/06/2015 |
| Grv Loc: | MENARD CC |
| Hearing Loc: | MENARD CC |

| | |
|---|---|
| Modify Ind: | |
| Deny Ind: | X |
| Favorable Ind: | |
| Deferred Ind: | |
| Moot Ind: | |
| Grievance Number: | 196-5-14 |
| Incident Number: | |
| Incident Date: | 00/00/0000 |
| Incident Inst: | |
| Date Receipted: | 00/00/0000 |

Comments: GRV #196-5-14: 4/10/14 HANDCUFFED & UNDERWENT CRUEL & UNUSUAL PUNISHMENT BY TACT TEAM



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**S.A. GODINEZ**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Mitchell, Edward_

Date: _2/18/15_

Register # _B56190_

Facility: _Menard CC_

This is in response to your grievance received on _8/18/14_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _4/23/14_   Grievance Number: _196-5-14_   Griev Loc: _Menard CC_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

Ø Personal Property _missing/destroyed after 4/10/14 shakedown_

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____ Incident # _____

Ø Other _Hall-tact team 4/10/14_

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

Ø Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ In addition, property items are to be disposed of in accordance with DR501C.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

Ø Other: _This office cannot substantiate offender's claims of staff misconduct or that property items belonging to offender were destroyed or missing._

FOR THE BOARD: _Debbie Knauer_
Debbie Knauer
Administrative Review Board

CONCURRED: _S.A. Godinez_
S.A. Godinez
Acting Director   _2/23/15_

CC:   Warden, _Menard_ Correctional Center
_Mitchell, Edward_, Register No. _B56190_

Ross, et al. vs. Gossett, et al. 15-309  063635

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

## Grievance Officer's Report

**Date Received:** May 23, 2014          **Date of Review:** July 15, 2014          **Grievance #**(optional): 196-5-14

**Offender:** Mitchell                                                                              **ID#:** B56190

**Nature of Grievance:** Staff Conduct

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 04/23/2014 and grieves that on 04/10/2014 was forced after being handcuffed to undergo cruel and unusual punishment tactics, threats, and corporal punishment claiming the name of orange crush. Approximate 8am a unit of C/O's moved in on the South Lowers cell house and I was order to strip be searched and cuffed. The C/O placed the cuffs on extremely tight causing excruciating pain. My request for the C/O to state name and #'s, and to loosen the cuffs were denied. We were moved to a different part of the institution and while threats such as: "Keep your head down or get it busted". "You better realized who you're fucking with, you are one step from being beat down and drag to seg". At the chapel the C/O's did not honor the request to loosen the cuffs, and for hours suffer pain to wrist, back and shoulder. This also caused mental anguish. When returned to the cell the C/O stated that he is aware of m grievances and if I grieve a thing related to him or orange crush their visit next time will be even worse. After re-organizing my property I found that several of legal books/manuals were torn/missing pages/some wet, and that legal transcripts were all disarranged. Commissary items were opened and poured out, and pens were missing.

**Relief requested:** That this grievance be filed/processed in accordance with grievance procedures 703 ILCS 5/3-8-8 That all staff involved with 4/10/2014 shakedown be admonish on harassment, threats, excessive force, and retaliation. That staff please acknowledge 730 ILCS 5/3-8-8 E, 730 ILCS 5/3-8-7 B 1, and 730 ILCS 5/3-7-2.5. That I be protected from any form or reprisal. That C/O's involved with shakedown be admonished on insulting & that their name and star # is properly imprinted on their shakedown record slip.

**Counselor reviewed:** 5/02/2014 Your issues regarding staff misconduct have been forwarded to I.A for further investigation. If you are able to provide the C/O's name and facility he works at, it would help I.A investigate the allegations with that particular staff member.

Grievance Officer reviewed 07-15-2014 Various Administrative staff as well as Weapons Task Force was present for the shakedown. At least one member of Weapons Task Force was present the extent of the shakedown form start to finish. Internal Affairs was also on every gallery during and after shakedowns as well as the Tactical Commanders. The Tactical Commanders were on every gallery during the entire shakedown. Tact Commanders walked galleries and if any issues were found they were addressed immediately. The Tact Commander stated that once in the chapel the inmates were ordered to stand along the walls for approximately 30 minutes and at that time all offenders were sat down in the chairs located in the chapel building. Medical staff was present in the chapel to ensure both inmates and staff have medical attention if needed.

Grievance Officer contacted the Statewide Tactical Commander and was advised procedure was followed and allegations of

**Recommendation:** Based upon a total review of all available information, it is the recommendation of the Grievance Officer that the inmate's grievance be DENIED.  No further action appears to be necessary at this level at this time.

RECEIVED
AUG 1 8 2014
OFFICE OF
INMATE ISSUES

Marvin Bochantin
_____                                    _____
Print Grievance Officer's Name                                              Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

**Date Received:** July 24, 2014          ☑ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

AOJ

_____                                                        7/28/14
Chief Administrative Officer's Signature                                                      Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Ed d while                                        B56190                    8/13/14
_____                    _____      _____
Offender's Signature                                          ID#                                        Date

Ross, et al. vs. Gossett, et al. 15-309    063636

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

of misconduct were denied.

All 730 ILCS are being adhered too.

730 ILCS 5/3-8-8 E – ( e Discipline shall not be imposed because of use of the grievance procedure.) No discipline is being issued to you.

730 ILCS 5/3-8-7 B 1- (Corporal punishment and disciplinary restrictions on diet, medical or sanitary facilities, mail or access to legal materials are prohibited.) No Corporal punishment is

730 ILCS 5/3-7-2.5) Zero tolerance drug policy. – Unrelated to grievance.

NO one is retaliated against for filing grievances.  No one is aware of grievance unless offender is advising them.

RECEIVED

AUG 1 8 2014

OFFICE OF
INMATE ISSUES

Ross, et al. vs. Gossett, et al. 15-309    063636

Printed on Recycled Paper

Case 3:15-cv-00309-SMY   Document 491-5   Filed 11/16/18   Page 65 of 174   Page ID #20808

Ross, et al. vs. Gossett, et al. 15-309    063637

| Date: 4/23/14 | Committed Person: (Please Print) Edward Mitchell | ID#: B56190 |
|---|---|---|
| Present Facility: Menard | Facility where grievance issue occurred: Menard | 196·5-14· |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ Other (specify):
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____/_____/_____
                        Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: This grievance concerns to document the fact that on the date of 4/10/14, I, Mitchell while forced (after being handcuffed) to undergo cruel and unusual punishment tactics, threats, and corporal punishment from correctional officers (including orange suits) including the abuse of orange suits.

At approx — 8am, this unit of c/o's noted in on the south lower cell house. Soon thereafter I, in/my cellmate was ordered to strip - search and cuff-up, while being handcuffed. This c/o placed my cuffs on extremely tight.

Relief Requested: ① That this grievance be filed/processed in accordance with grievance procedure 730 ILC5 5/3-8-8. ② That all staff involved with 4/10/14 be admonished on _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    B56190    4/23/14
Committed Person's Signature          ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**                    MAY 23 2014

Date Received: 5/2/14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Your issues regarding staff misconduct have been forwarded to I.A. for further investigation. If you are able to provide the C/o's name and facility he works at., it would help I.A. investigate the allegations with that particular staff member.

S Cartwright                    SCartwright    5/14/14
Print Counselor's Name          Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____/_____/_____    Is this determined to be of an emergency nature?  ☐ Yes; expedite emergency grievance
                                                                                  ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED
AUG 18 2014
OFFICE OF
INMATE ISSUES

_____    _____/_____/_____
Chief Administrative Officer's Signature          Date

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff.10/2001)
                                                                    (Replaces DC 5657)
Printed on Recycled Paper

Ross, et al. vs. Gossett, et al. 15-309    063637

Ross, et al. vs. Gossett, et al. 15-309   063638   Page 2

causing excruciating pain why requested for this c/o
staff to add afate who denied — And my requested for
this c/o to loosen the cuffe which declined. At this point
I artícular were moved to solotether part of this int-
struttion, and while doing so, this c/o placed threats
such as keep your head down or get it busted, you'd
better realize while you fuckin with, you are one step
from being beat down (drop to seg)... At closed, this
unit / staff did not honor my requests to loosen hand
cuffs — and for hours, I suffered pain to my wrist's
back, and shoulders. And mental anguish/back pain.
After returning to cell house, the same c/o who cuffed me
was present at cell, and switched my wrist while removing
cuffs / causing more pain. This c/o also started that he is
aware of my grievances and if I grieve anything related
to him / or anyone crush — their visit will not/will be even
worse than me.

After re-organizing my property I found that
several of my legal books / manuals were torn / missing
pages / some were and that my legal transcripts
were all disarranged / mixed-up being hundreds of pages.
I also learned that many of my confidential items were
opened / poured-out / thats contents boxes. and that my
writings personal friend confidentiatory were missing. I had to
borrow a pen for write this grievance.

I, mitchell understand that searches can be conducted
but harassment, threats, cruel and unusual punishment,
and retaliatory practices are all outside the scope of
departmental employee ethics, code / control, and subject
to legal / civil matters. I mitchell will testify, property
and legally defend myself against continued harassment
retaliation, and cruel / unusual punishment practices.

Cont/ relief, harassment, threats, excessive force, and retaliation
② that staff please acknowledge 730 ILCS 5/3-8-8 E, 730 ILCS
5/3-8-7 B(u), and 730 ILCS 5/3-7-2.5. ③ that I be
protected from any form of reprisal. ④ that c/o's involved
with shakedown be admonished on insuring that their whole
and staff it is properly indicated on their shakedown record
slips. The copy I was left with isn't properly indicated.

⚹ copies reserved for family, IDOC, Warden Director, Atty, Court,
etc.

Distribution: Master File: Committed Person

Printed on Recycled Paper

DOC 0048 (Eff. 10/2001)
(Replaces DC 5657)

RECEIVED

AUG 18 2014

Ross, et al. vs. Gossett, et al. 15-309   063638

OFFICE OF

Case 3:15-cv-00309-SMY   Document 491-5   Filed 11/16/18   Page 67 of 174   Page ID #20810

Ross, et al. vs. Gossett, et al. 15-309    063639

STATE OF ILLINOIS      )
                       ) SS

COUNTY OF _Randolph_    )

## AFFIDAVIT

I, _Edward Mitchell_ being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: 1. THAT I, MITCHELL IS THE GRIEVANT ON THE ATTACHED GRIEVANCE DATED 4/23/14. SAID GRIEVANCE WAS FILED IN ACCORDANCE WITH GRIEVANCE PROCEDURE [730 ILCS 5/3-8-8], AND PLACED IN GRIEVANCE BOX. SAID GRIEVANCE INVOLVES STAFF CONDUCT / CRUEL AND UNUSUAL PUNISHMENT TACTICS, THREATS, HARASSMENT AND RETALIATORY MATTER — GRIEVANT ENDURED 4/10/14.

2. THAT ON THE DATE OF 4/2/14, THIS INSTITUTIONAL WAS PLACED ON A LOCKDOWN — AND ON 4/10/14 SOUTH LOWER CELLHOUSE / MYSELF WAS SEARCHED BY A C/O TAC-UNIT (CLAIMING THE NAME OF CODE/GP CREW).

3. THAT ON THE DATE OF 4/17/14, LOCKDOWN WAS LIFTED.

4. THAT ON THE DATE OF 4/23/14, I, MITCHELL FORWARDED GRIEVANCE OFFICER / OFFICE HIS GRIEVANCE DATED 3/5/14. AND IS STILL AWAITING (COUNSELOR RESPONSE) TO SEVERAL OTHER GRIEVANCE(S) I FILED 3/5/14, 3/09/14, AND 4/23/14.

5. I, MITCHELL RESERVED COPIES OF SAID GRIEVANCE(S) / THIS AFFIDAVIT FOR COURT(S), FAMILY, ATTY/S, IDLA, ETC.

Subscribed and sworn to
before me on the 23 day
of _April_ _2014_.

X _[signature]_

NOTARY PUBLIC

Respectfully submitted,

_Edward Mitchell_ 4/23/14
Edward Mitchell #B56680
P.O. BOX 1000
MENARD, IL 62259

BRAD BRAMLET
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 04, 2016

RECEIVED
MAY 23 2014

RECEIVED
AUG 18 2014
OFFICE OF
INMATE ISSUES

Ross, et al. vs. Gossett, et al. 15-309   063640

STATE OF ILLINOIS            )
                             ) SS
COUNTY OF _Randolph_         )

## AFFIDAVIT

I, _Edward Mitchell_ being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: _1. THAT I Mitchell_

_is the grievant in the attached grievance dated 4/23/14._

_2. That on the date of 5/14/14, counselor S. Cartaright responded._

_3. That on the date of 5/21/14, I Mitchell forwarded attached grievance (with counselor's respond) to grievance officer office._

_4. That attached grievance is being forwarded through institutional mail — and sent to grievance office in accordance with procedure._

_5. That I Mitchell reserved copies for family, atty, ilca, etc._

Subscribed and sworn to
before me on the _21st_ day
of _May_, _2014_.

_____
NOTARY PUBLIC

Respectfully submitted,

_Edward Mitchell_  5/21/14
Edward Mitchell  #B56690
P.O. Box 1000
Menard, IL 62259

RECEIVED
MAY 23 2014

RECEIVED
AUG 18 2014
OFFICE OF
INMATE ISSUES

Ross, et al. vs. Gossett, et al. 15-309   063640

Ross, et al. vs. Gossett, et al. 15-309    063641

ILLINOIS DEPARTMENT OF CORRECTIONS
**Shakedown Record/Confiscated Contraband**

Exhibit No. _____

CLIC No. _____

| | |
|---|---|
| Date: _____ Time: _____ ☐ a.m. ☐ p.m. Bldg. Area: _____ | Shift Supervisor: Date Received: _____ Time: _____ ☐ a.m. ☐ p.m. |
| Living Area: _____ Occupied: ☐ Yes ☐ No | ☐ Major Contraband ☐ Minor Contraband: _____ Signature |
| Violator: _____ No. _____ | Disposition: _____ |
| Violator: _____ No. _____ | Date: _____ Time: _____ ☐ a.m. ☐ p.m. Initials: _____ |
| Was any contraband found? ☐ Yes ☐ No | Receiving Custodian: Date Received: _____ Time: _____ ☐ a.m. ☐ p.m. |
| Item(s) (Description and circumstances of discovery): _____ | ☐ Major Contraband ☐ Minor Contraband: _____ Custodian Signature |

Chain-of-Custody after the Custodian has received the item:

From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

Witness: _____

Disciplinary Report written: ☐ Yes ☐ No    Incident Report written: ☐ Yes ☐ No

Final Disposition: _____

Employee Signature    Date: _____ Custodian's Initials: _____

Badge No.    Date    Time

Distribution: With Item (Tag); Supervisor; Employee; Disciplinary Report; Violator.

DOC0300 (Eff. 4/2006)
(Replaces DC 252)

RECEIVED
MAY 23 2014

RECEIVED
AUG 18 2014
OFFICE OF
INMATE ISSUES

Ross, et al. vs. Gossett, et al. 15-309    063641

| | |
|---|---|
| Inmate Id: | M23419 |
| Name: | MOORE, RYAN |
| Chair Code: | LEMC |
| Grv Type: | L |
| Grv Code: | STAFF CONDUCT |
| Receive Date: | 10/01/2014 |
| Hearing Date: | 10/22/2014 |
| Mailing Date: | 11/05/2014 |
| Grv Loc: | LAWRENCE CC |
| Hearing Loc: | LAWRENCE CC |

| | |
|---|---|
| Ret Form Ind: | |
| Modify Ind: | |
| Deny Ind: | |
| Favorable Ind: | |
| Deferred Ind: | |
| Moot Ind: | |
| Grievance Number: | |
| Incident Number: | |
| Incident Date: | 00/00/0000 |
| Incident Inst: | |
| Date Receipted: | 00/00/0000 |

**Comments:** RGF: CLAIMS SEXUALLY ABUSED DURING TACT TEAM SHAKEDOWN. GRV IS DATED 7/16/14 & NO DATE OF INCIDENT PROVIDED. ALSO MISSING G.O./CAO'S REPORT. ARB NEEDS FACILITY RESPONSES RETURNED W/IN DR 504 TIMEFRAME TO REVIEW.

Ross, et al. vs. Gossett, et al. 15-309   063643

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

M 23419

Offender: __Moore__                    __Ryan__                          ___   __B18230__
              Last Name                First Name                    MI        ID#

Facility: __Lawrence CC__

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _7/16/14_   or ☐   Correspondence: Dated: _____

Received: __10/01/14__   Regarding: __Staff MiscoductTouched inappropriately &  searched by Orange Crush at shakedown__
              Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
                                                                                  Office of Inmate Issues
                                                                                  1301 Concordia Court
                                                                                  Springfield, IL  62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
                          319 E. Madison St., Suite A
                          Springfield, IL  62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
                                                    Date

☐ No justification provided for additional consideration.

---

Other (specify): __ARB needs facility responses returned w/in DR 504 timeframe to review to grievance.__

---

Completed by: __Leslie McCarty__                                              __10/ 22 / 14__
                Print Name                        Signature                      Date

Distribution: Offender                    Printed on Recycled Paper            DOC 0070 (Rev.4/2013)
              Inmate Issues

Ross, et al. vs. Gossett, et al. 15-309   063643

Ross, et al. vs. Gossett, et al. 15-309    063644

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

R2 CY6

| Date: July 16 2014 | Offender: (Please Print) Ryan Moore | ID#: M23419 |
|---|---|---|
| Present Facility: Lawrence Correctional | | Facility where grievance issue occurred: Lawrence Correctional |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I was treated in-humane and I was sexually and physically violated and humiliated when I was "Shake down" by "Orange Crush" Tactical team. I repeatedly had my neck and back of my head slapped and had my penis touched because officers were ordering us to "Put the man behind you's "dick" in your hands and put your head in the person infront of you's "back with your eyes down, do not look

**Relief Requested:** I demand justice for the officers involved, a transfer to a safer facility, compensation and expert counsling to help my anxiety, stress and fear

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Ryan Moore                M23419        7, 16, 2014
Offender's Signature          ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 9, 5, 14

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: All shake down were conducted with administrative direction and oversight.

RECEIVED
OCT 01 2014
OFFICE OF
INMATE ISSUES

_____        _____        1, 5, 14
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____        ____/____/____
Chief Administrative Officer's Signature    Date

Ross, et al. vs. Gossett, et al. 15-309        063644

up," I was forced to strip down completely naked in my cell in front of my cell-mate with the door wide open in front of the entire wing and only allowed to wear pants and a shirt, without any undergarmets. (socks, underware, t-shirt) Then hand-cuffed and lead out of my cellhouse to the yard where I was degraded and physically and sexually abused, Then I was forced to sit with my hands cuffed behind my back and face down in the Dietary (chow hall) for 2 Hours. Then I was forced to walk back through the Yard where again I was told to "put the man behind you's dick in your hand" and slapped and pushed from the back of my neck and head until I returned back into my cellhouse. I already have mental health problems and deal with severe anxiety due to having PTSD (Post Tramatic Stress Disorder) and now I am completly embarresed when I come out of my cell and I cant even look the Correctional Officers in their eyes because they did this to me while laughing about it. I feel like they look at me like a homo-sexual for being forced to touch another mans penis, and having mine touched. This should no way be tolerated and The officers should be fired and charged the same way any inmate is when they violate the rules or the law. It was un-constitutional, degrading, humiliating and in-humane to be treated the way I was and being forced to do something against my will. I demand that there is justice and this problem is corrected before anyone else is put through these same extreme and harsh situations against There Amendments, values, beliefs or morals. I was not allowed to use the bathroom for over 2 hours and I almost duffcated on myself

Ross, et al. vs. Gossett, et al. 15-309        063646

Ross, et al. vs. Gossett, et al. 15-309        063646

| Field | Value |
|---|---|
| Inmate Id: | M23419 |
| | Ret Form Ind: |
| Name: | MOORE, RYAN |
| | Modify Ind: |
| Chair Code: | LEMC |
| | Deny Ind: | X |
| Grv Type: | |
| | Favorable Ind: |
| Grv Code: | STAFF CONDUCT |
| | Deferred Ind: |
| Receive Date: | 08/13/2015 |
| | Moot Ind: |
| Hearing Date: | 08/13/2015 |
| | Grievance Number: | 11-14-59 |
| Mailing Date: | 08/31/2015 |
| | Incident Number: |
| Grv Loc: | LAWRENCE CC |
| | Incident Date: | 00/00/0000 |
| Hearing Loc: | ILLINOIS RIVER CC |
| | Incident Inst: |
| | Date Receipted: | 00/00/0000 |

Comments: GRV #11-14-59: GRVS TREATMENT DURING SHAKEDOWN. PER ADMINISTRATION THE INSTITUTIONAL SHAKEDOWNS WERE CONDUCT IN ACCORDANCE W/AD'S. TR REQUEST THRU COUNSELOR & SEE HCU FOR ANY HEALTH ISSUES. (F)

Ross, et al. vs. Gossett, et. al. 15-309     063647

063647

# Illinois
## Department of
# Corrections

BRUCE RAUNER
*Governor*

GLADYSE C. TAYLOR
*Acting Director*

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Moore, Ryan_                          Date: _8/13/15_

Register # _M23419_

Facility: _IL Rison_

This is in response to your grievance received on _7/16/15_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _7/11/15_ Grievance Number: _11-14-59_ Griev Loc: _Lawrence_

○ Transfer denied by the Facility or Transfer Coordinator
○ Dietary                                      ○ Commissary
○ Personal Property                            ○ Trust Fund
○ Mailroom/Publications                        ○ Conditions (cell conditions, cleaning supplies)
○ Assignment (job, cell)                       ○ Disciplinary Report dated _____
                                               Incident # _____
                                               ☒ Other _Staff Conduct dismissal/retaliation_
                                                       _for 7/14_

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a           ○ Denied as the facility is following the procedures
  written response of corrective action to this office by       outlined in DR525.

○ Denied, in accordance with DR504F, this is an              ○ Denied as Cell Assignment/Housing is consistent with
  administrative decision.                                      the Department's determination of the appropriate
                                                                Operational capacity of each facility.

☒ Denied, this office finds the issue was appropriately      ○ Denied as procedures were followed in accordance with
  addressed by the facility Administration.                     DR 420 for removal/denial of an offender from/for an
                                                                assignment.

○ Denied in accordance with AD05.03.103A (Monetary           ○ Denied as this office finds no violation of the offender's
  Compensation for Inmate Assignments)                          due process in accordance with DR504.80 and
                                                                DR504.30. This office is reasonably satisfied the
○ Denied, as the transfer denial by the facility/TCO on         offender committed the offense cited in the report.
  _____ was reviewed in accordance with
  transfer procedures and is an administrative decision.     ○ Denied as the security staff are following the
                                                                established schedule for dispensing cleaning supplies
○ In addition, property items are to be disposed of in          to the offender when possible.
  accordance with DR501C.

○ _____

Ross, et al. vs. Gossett, et. al. 15-309     063647

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: July 16 2014 | Offender: (Please Print) Ryan Moore | ID#: M23419 |
|---|---|---|
| Present Facility: Lawrence Correctional | | Facility where grievance issue occurred: Lawrence Correctional |

**NATURE OF GRIEVANCE:**

11-14-59

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Other (specify): RECEIVED LAWRENCE C

- [ ] Disciplinary Report: ____/____/____
  Date of Report _____ Facility where issued

GRIEVANCE

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I was treated in-humane and I was sexually and physically violated and humiliated when I was "Shake down" by "Orange Crush" Tactical team. I repeatedly had my neck and back of my head slapped and had my penis touched because officers were ordering us to "Put the man behind you's "dick" in your hands and put your head in the person infront of you's back with your eyes down, do not look

Relief Requested: I demand justice for the officers involved, a transfer to a safer facility, compensation and expert counsling to help my anxiety, stress and fear.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Ryan Moore | M23419 | 7, 16, 2014 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 9, 5, 14 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: All shake down were conducted with administrative direction and oversight.

RECEIVED
OCT 01 2014
OFFICE OF INMATE ISSUES

| _____ | | 9, 5, 14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

RECEIVED
MAR 18 2015
ADMINISTRATIVE REVIEW BOARD

| _____ | ____/____/____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender        Page 1        DOC 0046 (8/2012)

Printed on Recycled Paper

up," I was forced to strip down completely naked in my cell in front of my cell-mate with the door wide open in front of the entire wing and only allowed to wear pants and a shirt, without any undergarmets. (socks, underware, t-shirt) Then hand-cuffed and lead out of my cellhouse to the yard where I was degraded and physically and sexually abused. Then I was forced to sit with my hands cuffed behind my back and face down in the Dietary (chow hall) for 2 Hours. Then I was forced to walk back through the yard where again I was told to "put the man behind you's dick in your hand" and slapped and pushed from the back of my neck and head until I returned back into my cellhouse. I already have mental health problems and deal with severe anxiety due to having PTSD (Post Tramatic Stress Disorder) and now I am completly embarresed when I come out of my cell and I cant even look the Correctional Officers in their eyes because they did this to me while laughing about it. I feel like they look at me like a homo-sexual for being forced to touch another mans penis, and having mine touched. This should no way be tolerated and The officers should be fired and charged the same way any inmate is when they violate the rules or the law. It was un-constitutional, degrading, humiliating and in-humane to be treated the way I was and being forced to do something against my will. I demand that there is justice and this problem is corrected before anyone else is put through these same extreme and harsh situations against There Amendments, values, beliefs or morals. I was not allowed to use the bathroom for over 2 hours and I almost dufficated on myself

Distribution: Master File; Offender

Page 2
Ross, et al, vs. Gossett, et al. 15-309    063649

DOC 0046 (8/2012)
Printed on Recycled Paper

Ross, et al. vs. Gossett, et al. 15-309   063650

**RESPONSE TO OFFENDER'S GRIEVANCE**

| | Grievance Officer's Report | |
|---|---|---|
| Date Received:   11-13-14 | Date of Review:   2-24-15 | Grievance # (optional):   11-14-59 |
| Offender:   MOORE, RYAN L. | | ID#:   M23419 |

**Nature of Grievance:**   Mass Shakedown

**Facts Reviewed:**

Inmate Moore claims he was treated in-humane, physically/sexually violated and humiliated when shakedown by Orange Crush took place.

Relief requested, "I demand justice for the officers involved, a transfer to a safer facility, compensated and expert counseling to help my anxiety, stress and fear."

The institutional shakedowns conducted in July of 2014 were conducted in accordance with Administrative Directives, Institutional Directives, and current policy and procedure guidelines at Lawrence Correctional Center. Transfer request may be submitted to your assigned house counselor. Submit request to Health Care Unit if you are experiencing any health related issues.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied.

E. Bare CC II
Print Grievance Officer's Name

Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received:   3/5/15 | ☒ I concur   ☐ I do not concur   ☐ Remand | |
| Comments: | | |

Chief Administrative Officer's Signature          3 , 5 , 15
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Ryan Moore
Offender's Signature

RECEIVED
MAR 18 2015
ADMINISTRATIVE
REVIEW BOARD

M23419
ID#

3 , 7 , 2015
Date

Ross, et al. vs. Gossett, et al. 15-309   063650

**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Ross, et al. vs Gossett, et al. 15-309   063651

Ross, et al. vs. Gossett, et al. 15-309   063651

Ross, et al. vs. Gossett, et al. 15-309    063652

Ross, et al. vs. Gossett, et al. 15-309    063652

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: **Moore**  **Ryan**  MI _____  ID# _____
Last Name   First Name

Facility: **Lawrence CC**

Received: **10/01/14** ☒ Grievance: Facility Grievance # (if applicable) _____ Dated: **7/16/14** or ☐ Correspondence: Dated: _____
Date

Regarding: **Staff Misconduct/Touched Inappropriately & searched by Orange Crush at shakedown**

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
☐ Provide dates of disciplinary reports and facility where incidents occurred.
☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL  62794-9277

**Misdirected:**
☐ Contact your correctional counselor regarding this issue.
☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
☐ Contact the Record Office with your request or to provide additional information.
☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

**No further redress:**
☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

RECEIVED
MAR 18 2015
ADMINISTRATIVE REVIEW BOARD

ℓ2-cu-6    M2345

Ross, et al. vs. Gossett, et al. 15-309    063653

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: **Moore**                                  **Ryan**
          Last Name                                  First Name        MI

Facility: **Lawrence CC**

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: **7/16/14** or ☐ Correspondence: Dated: _____

Received: **10/01/14**    Regarding: **Staff Misconduct(Touched inappropriately & searched by Orange Crush at shakedown**
         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:     Administrative Review Board
                                                                                    Office of Inmate Issues
                                                                                    1301 Concordia Court
                                                                                    Springfield, IL  62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
                        319 E. Madison St., Suite A
                        Springfield, IL  62706

RECEIVED
MAR 18 2015
ADMINISTRATIVE

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

Ross, et al. vs. Gossett, et al. 15-309    063653

Inmate Id: M23449

| | | | |
|---|---|---|---|
| Name: | MOORE, RYAN | Modify Ind: | ▼ |
| Chair Code: | LEMC ▼ | Deny Ind: | ▼ |
| Grv Type: | L ▼ | Favorable Ind: | ▼ |
| Grv Code: | STAFF CONDUCT ▼ | Deferred Ind: | ▼ |
| Receive Date: | 10/01/2014 | Moot Ind: | ▼ |
| Hearing Date: | 10/22/2014 | Grievance Number: | |
| Mailing Date: | 11/05/2014 | Incident Number: | |
| Grv Loc: | LAWRENCE CC ▼ | Incident Date: | 00/00/0000 |
| Hearing Loc: | LAWRENCE CC ▼ | Incident Inst: | ▼ |
| | | Date Receipted: | 00/00/0000 |

Comments: RGF: CLAIMS SEXUALLY ABUSED DURING TACT TEAM SHAKEDOWN. GRV IS DATED 7/16/14 & NO DATE OF INCIDENT PROVIDED. ALSO MISSING G.O./CAO'S REPORT. ARB NEEDS FACILITY RESPONSES RETURNED W/IN DR 504 TIMEFRAME TO REVIEW.

Ross, et al. vs. Gossett, et al. 15-309    063658

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

M 23419

Offender: __Moore__                    __Ryan__                    ____    __B18230__
                    Last Name                    First Name                    MI        ID#

Facility: __Lawrence CC__

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: __7/16/14__    or ☐    Correspondence: Dated: _____

Received: __10/01/14__    Regarding: __Staff Miscoduct/Touched inappropriately & searched by Orange Crush at shakedown__
                    Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
                    Office of Inmate Issues
                    1301 Concordia Court
                    Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
                    319 E. Madison St., Suite A
                    Springfield, IL   62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
                    Date

☐ No justification provided for additional consideration.

**Other** (specify): __ARB needs facility responses returned w/in DR 504 timeframe to review to grievance.__

Completed by: __Leslie McCarty__                    __10/ 22 / 14__
                    Print Name                    Signature                    Date

Distribution:  Offender                    Printed on Recycled Paper                    DOC 0070 (Rev.4/2013)
               Inmate Issues

Ross, et al. vs. Gossett, et al. 15-309   063656

| | |
|---|---|
| Inmate Id: | M23419 |
| Name: | MOORE, RYAN |
| Chair Code: | LEMC |
| Grv Type: | L |
| Grv Code: | STAFF CONDUCT |
| Receive Date: | 08/13/2015 |
| Hearing Date: | 08/13/2015 |
| Mailing Date: | 08/31/2015 |
| Grv Loc: | LAWRENCE CC |
| Hearing Loc: | ILLINOIS RIVER CC |

| | |
|---|---|
| Modify Ind: | |
| Deny Ind: | X |
| Favorable Ind: | |
| Deferred Ind: | |
| Moot Ind: | |
| Grievance Number: | 11-14-59 |
| Incident Number: | |
| Incident Date: | 00/00/0000 |
| Incident Inst: | |
| Date Receipted: | 00/00/0000 |

Comments: GRV #11-14-59: GRVS TREATMENT DURING SHAKEDOWN. PER ADMINISTRATION THE INSTITUTIONAL SHAKEDOWNS WERE CONDUCT IN ACCORDANCE W/AD'S. TR REQUEST THRU COUNSELOR & SEE HCU FOR ANY HEALTH ISSUES. (F)

Ross, et al. vs. Gossett, et al. 15-309 063657



**Illinois
Department of
Corrections**

BRUCE RAUNER
Governor

GLADYSE C. TAYLOR
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Moore, Ryan_                    Date: _8/13/15_

Register # _M33419_

Facility: _IL River)_

This is in response to your grievance received on _8/18/15_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _7/16/15_ Grievance Number: _11-14-59_ Griev Loc: _Lawrence_

○ Transfer denied by the Facility or Transfer Coordinator
○ Dietary _____
○ Personal Property _____
○ Mailroom/Publications _____
○ Assignment (job, cell) _____

○ Commissary _____
○ Trust Fund _____
○ Conditions (cell conditions, cleaning supplies)
○ Disciplinary Report dated _____
　　Incident # _____
✗ Other _Staff conduct during shakedown on 7/14_

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

✗ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ In addition, property items are to be disposed of in accordance with DR501C.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

○ Other: _____

FOR THE BOARD: _Leslie McCarty_            CONCURRED: _Gladyse Taylor_
　　　　　Leslie McCarty                              Gladyse C. Taylor
　　　Administrative Review Board                        Acting Director

CC:　Warden, _IL River_ Correctional Center
　　　_Moore, Ryan_, Register No. _M33419_

8/14/15

Ross, et al. vs. Gossett, et al. 15-309   063658

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

R2-cu-6

Offender: **Moore**                    **Ryan**              ___ M73419
            Last Name                    First Name              MI      ID#

Facility: **Lawrence CC**

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _7/16/14_  or ☐  Correspondence: Dated: _____

Received: _10/01/14_   Regarding: _Staff MiscoductTouched inappropriately &  searched by Orange Crush at shakedown_
           Date

The attached grievance or correspondence is being returned for the following reasons:

| Additional information required: |
|---|
| ☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable. |
| ☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal. |
| ☐ Provide dates of disciplinary reports and facility where incidents occurred. |
| ☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board<br>Office of Inmate Issues<br>1301 Concordia Court<br>Springfield, IL  62794-9277 |

| Misdirected: |
|---|
| ☐ Contact your correctional counselor regarding this issue. |
| ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration. |
| ☐ Contact the Record Office with your request or to provide additional information. |
| ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board. |
| ☐ Address concerns to:  Illinois Prisoner Review Board<br>319 E. Madison St., Suite A<br>Springfield, IL  62706 |

RECEIVED

MAR 18 2015

ADMINISTRATIVE
REVIEW BOARD

| No further redress: |
|---|
| ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions, thus this issue will not be addressed further. |
| ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further. |
| ☐ This office previously addressed this issue on _____ |
| Date |
| ☐ No justification provided for additional consideration. |

| Other (specify):  ARB needs facility responses returned w/in DR 504 timeframe to review to grievance. |
|---|
|  |

Completed by:  Leslie McCarty                                     _10/ 22 /14_
               Print Name              Signature                   Date

Distribution: Offender                                              DOC 0070 (Rev. 4/2013)
            Inmate Issues          Printed on Recycled Paper

Ross, et al. vs. Gossett, et al. 15-309  063659

| | | | |
|---|---|---|---|
| Inmate Id: | B60600 | | |
| Name: | MORRIS, FERLIMO | Modify Ind: | |
| Chair Code: | SHBE | Deny Ind: | X |
| Grv Type: | L | Favorable Ind: | |
| Grv Code: | STAFF CONDUCT | Deferred Ind: | |
| Receive Date: | 08/29/2014 | Moot Ind: | |
| Hearing Date: | 02/06/2015 | Grievance Number: | 223-5-14 |
| Mailing Date: | 02/26/2015 | Incident Number: | |
| Grv Loc: | MENARD CC | Incident Date: | 00/00/0000 |
| Hearing Loc: | MENARD CC | Incident Inst: | |
| | | Date Receipted: | 00/00/0000 |

**Comments:** GRV# 223-5-14: SHAKEDOWN 4/4/14. GRV IS DATED 4/6/14 & CLAIMS SUFFERED NECK, BACK & SHOULDER PAIN DUE TO POSITION IN FOR 3 HRS. THAT COFFEE, HAIR GREASE & NOODLES TAKEN & STAFF SHOULDN'T "BEAT" I/M'S (NO FURTHER ELABORATION).

Ross, et al. vs. Gossett, et al. 15-309    063660



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**S.A. GODINEZ**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

February 6, 2015

Ferlimo Morris
Register No. B60600
Menard Correctional Center

Dear Mr. Morris:

This is in response to your grievance received on August 29, 2014, regarding Staff Conduct (Tact Team 4/4/14), Property (Taken) and Medical (Neck, Back, Shoulder), which was alleged to have occurred at Menard Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated April 6, 2014 regarding events that occurred during the April 4, 2014 shakedown by the Tact Team. In summary, you claim that due to the position you were made to stand in for 3-hours, you suffered sharp pains throughout your neck, back and shoulders. *Offender Morris does not state if (or when) he requested medical treatment for this.* During the same time, you claim you had to use the restroom and were denied access. *Morris provides no further information, other than this one sentence.* You write the behavior of the guards present were "wanton" and they (guards) should not be allowed to "beat or harm inmates". *Other than this sentence, no further specifics are given.* You write that upon return to your cell, the following items were missing: 1 bag of coffee, 1 Crown Royal Grease and 4 noodles. *No receipt or shakedown slip is provided.*

The Grievance Officer's Report (223-5-14) and subsequent recommendation dated July 24, 2014 and approval by the Chief Administrative Officer on July 28, 2014 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration.  It is, therefore, recommended the grievance be denied; as the claims are not substantiated within the grievance itself.

FOR THE BOARD: *Sherry Benton*

Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____

S.A. Godinez
Acting Director

2/16/15

cc:    Warden, Menard Correctional Center
Ferlimo Morris, Register No. B60600

RESPONSE TO OFFENDER'S GRIEVANCE

### Grievance Officer's Report

Date Received: May 29, 2014     Date of Review: July 24, 2014     Grievance # (optional): 223-5-14

Offender: Morris        ID#: B60600

Nature of Grievance: Shakedown

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 4/6/14 and grieves treatment of offenders during shakedown. Offender states he was to put his chin on his chest and had to be so close to the offender in front of him that Offenders penis was in the hands of the offender in front of him. Commissary items taken  Coffee, crown royal grease, noodles.

Offender requests civil action in this matter for injuction and for this not to happen again and exhaust the remedy and commissary items returned.

Counselor reviewed on 5/20/14.

Grievance office went to property was able to locate shakedown slip. Checked contraband book and could not locate any property for offender. Shakedown slip indicates nothing taken except 1 coat rack with drywall screws.

Per DR 501.220 shakedown slips are provided which document any items confiscated.  **The shakedown slip shows nothing was confiscated.**
Grievance office cannot substantiate offender lost items in shakedown.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED.  No further action appears to be necessary at this level at this time.

Linda Carter

Print Grievance Officer's Name         Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: July 24, 2014     ☑ I concur    ☐ I do not concur    ☐ Remand

Comments:

AUG 2 8 2014

Chief Administrative Officer's Signature         7/28/14
Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Ferlino Morris         B-60600   Aug. 9-14
Offender's Signature        ID#       Date

Distribution: Master File; Offender        Page 1        DOC 0047 (Rev. 3/2005)
Printed on Recycled Paper

**NATURE OF GRIEVANCE:**

Present Facility: Menard C.C.     Facility where grievance issue occurred: Menard C.C.

223-5-14

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify):

☐ Disciplinary Report: _____ Date of Report _____ Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On April, 4th approximately 11:30 am "Orange Crush" came to my cell, strip searched me, and ordered me to cuff up, I complied with all demands. Once outside the cell, I was told to put my chin on my chest and look at the ground, I complied. When I got outside the building, I was physically paired up and pushed behind another inmate. I was so close to this person, that his hands were pressed up against my penis. During the walk to the chapel, I still ⟶

Relief Requested: I'm seeking civil action in this matter for an injunction, for this not to happen again, exhaust this remedy, and commissary ⟶

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Items Returned

Fortino Merris     Offender's Signature     B-60600     ID#     4,6,14     Date

RECEIVED

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

MAY 29 2014

Date Received: 5, 16, 14

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility, Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This is a duplicate grievance which was answered and returned to the inmate through institutional mail on 4/22/14.

K Allsup
Print Counselor's Name

K Allsup CCII
Counselor's Signature

5,20,14
Date of Response

---

**EMERGENCY REVIEW**

Date Received: _/_/_

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

AUG 0 8 2014

Chief Administrative Officer's Signature     Date

Distribution: Master File; Offender     Page 1     DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

was ordered to keep my chin on my chest. I was literally stepping on the persons feet in front of. Yet, I was still grabbed and pushed into the back of the person in front of me, all the while still being ordered to keep my chin on my chest. Upon entering the chapel, I was still ordered to keep my chin on my chest and placed against the wall. I was forced to keep my head in this stress position for 3 hours. I had sharp pains in my neck, back, and shoulders. I complained about this pain and was told to "man up." I was also denied access to the rest room of which I had to use badly. After 3 hours, I was brought back to my cell to find it was shook down, and commissary items missing. The behavior by the gaurds was wanton. Basic 8th Amendment comprehension does not allow gaurds to beat or harm inmates unless their action is considered reasonable given the situation. There was no infraction committed on my part, therefore there was nothing reasonable behind this form of punishment. When one considers the situation, which was, I was asked to cuff up, and I did which shows submission and also shows I was, not a threat, further shows cruel and unosual punishment. I am a humble, strong minded, and un problematic individual who endures a lot of the inhumane conditions of this facility. I don't complain or write grievances about any little thing. So I should not be treated in this manner.

Commissary Item Taken:

1-Bag of coffee
1-crown Royal Crease
4-noodles

AUG 2 8 2014

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B60600 | **Counseling Date** | 04/22/14 10:41:26:363 |
| **Offender Name** | MORRIS, FERLIMO | **Type** | Collateral |
| **Current Admit Date** | 02/02/2010 | **Method** | Other |
| **MSR Date** | 08/30/2059 | **Location** | MEN N |
| **HSE/GAL/CELL** | NL-03-48 | **Staff** | ALLSUP, KRISTA L., Correctional Counselor II |

Inmate grieves staff conduct and property confiscation during a Tact Team shakedown on 04/04/14.
Answer: Your issues regarding staff misconduct have been forwarded to IA staff for further investigation.
All confiscated property is currently being held in Personal Property.  Staff are reviewing property taken on
a case by case basis.  Any allowable property will be returned.  Property that is not allowed will be handled
in accordance with normal prodedures as outlined in your facility orientation manual and in accordance
with IDOC policy.

**Print Date**  2/6/2015

Date: APr-6-2014

Ross et al. vs Gossett et al. 15-309 063665

Offender: Fes rmo Morris (Please Print)

Present Facility: Menard C.C.

Facility where grievance/Issue occurred: Menard C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

[ ] Disciplinary Report: ___ / ___ / ___
Date of Report          Facility where Issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On April, 4th approximately 11:30 am "Orange Crush" came to my cell, strip Searched me, and ordered me to cuff up, I complied with all demands. Once outside the cell, I was told to put my chin on my chest and look at the ground, I complied. When I got outside the building, I was physically paired up and pushed behind another inmate. I was so close to this person, that his hands were pressed up against my penis. During the walk to the chapel, I still →

Relief Requested: I'm seeking civil action in this matter for an injunction, for this not to happen again, exhaust this remedy, and commissary ~~~~~

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

~~Items Returned~~

Ferina Morris
Offender's Signature

ID# B-b0600

Date 4, 6, 14

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 5 / 16 / 14

[ ] Send directly to Grievance Officer
[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This is a duplicate grievance which was answered and returned to the inmate through institutional mail on 4/22/14.

K Allsup
Print Counselor's Name

K Allsup CCII
Counselor's Signature

5, 20, 14
Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___ / ___ / ___

Is this determined to be of an emergency nature?

[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

AUG 2 8 2014

Chief Administrative Officer's Signature

Date ___ / ___ / ___

Distribution: Master File; Offender

Page 1

DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

was ordered to keep my chin on my chest. I was literally stepping on the persons feet in front of me. Yet, I was still grabbed and pushed into the back of the person in front of me, all the while still being ordered to keep my chin on my chest. Upon entering the chapel, I was still ordered to keep my chin on my chest and placed against the wall. I was forced to keep my head in this stress position for 3 hours. I had sharp pains in my neck, back, and shoulders. I complained about this pain and was told to "Man up." I was also denied access to the rest room of which I had to use badly. After 3 hours, I was brought back to my cell to find it was shook down, and commissary items missing. The behavior by the gaurds was wanton. Basic 8th Amendment comprehension does not allow gaurds to beat or harm inmates unless their action is considered reasonable given the situation. There was no infraction committed on my part, therefore, there was nothing reasonable behind this form of punishment. When one considers the situation, which was, I was asked to cuff up, and I did which shows submission and also shows I was not a threat, further shows cruel and unusual punishment. I am a humble, strong minded, and un problematic individual who endures a lot of the inhumane conditions of this facility. I don't complain or write grievances about any little thing. So I should not be treated in this manner.

Commissary Item Taken:

1-Bag of coffee
1-Crown Royal Crease
4-noodles

Ross, et al. vs. Gossett, et al. 15-309          063667

Ross, et al. vs. Gossett, et al. 15-309          063667

For Warden Morris #B-60600

The grievance that the Counselor is referring to, I did not recieve, which is why I personally handed her this copy on may/16. This should have been obvious to her if on may/16. I was inquiring about this grievance, which was sent in April/16.

AUG 2 9 2014

Ross, et al. vs. Gossett, et al. 15-309     063668

Ross, et al. vs. Gossett, et al. 15-309     063668



**Inmate Id:** B83750

**Ret Form Ind:**

**Name:** PRICE, TERRON

**Chair Code:** SCKE

**Modify Ind:**

**Deny Ind:** X

**Grv Type:** L

**Favorable Ind:**

**Grv Code:** PP

**Deferred Ind:**

**Receive Date:** 07/18/2014

**Moot Ind:**

**Hearing Date:** 04/03/2015

**Grievance Number:** 132-5-14

**Mailing Date:** 04/17/2015

**Incident Number:**

**Grv Loc:** MENARD CC

**Incident Date:** 00/00/0000

**Hearing Loc:** MENARD CC

**Incident Inst:** 00/00/0000

**Date Receipted:** 00/00/0000

**Comments:** GRV. # 132-5-14: GRIEVES TACT TEAM SHAKEDOWN ON 4/14/14 W/AGGRESSIVE AN VERBAL ABUSE AND PP MISSING AND DAMAGED

Ross, et al. vs. Gossett, et al. 15-309          063669

**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**DONALD STOLWORTHY**
Director

**1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844**

Offender Name: __Price, Tereon__     Date: __04/03/2015__

Register # __B83750__

Facility: __Menard__

This is in response to your grievance received on __1/16/14__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding:** Grievance dated: __4/22/14__ Grievance Number: __32-5-14__ Griev Loc: __Menard__

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary

✗ Personal Property __Missing Afterl Shifaaun__

○ Mailroom/Publications

○ Assignment (job, cell)

○ Commissary

○ Trust Fund

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident # _____

○ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by

○ Denied, in accordance with DR504F, this is an administrative decision.

✗ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the

Ross, et al. vs. Gossett, et al. 15-309          063669

Ross, et al. vs. Gossett, et al. 15-309          063670

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

**Grievance Officer's Report**

Date Received: May 16, 2014          Date of Review: June 23, 2014          Grievance #(optional): 132-5-14

Offender: Price          ID#: B83750

Nature of Grievance: Personal Property

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 04/22/2014 and grieves that on 04/14/2014 being aggressively escorted from cell receiving verbal abuse and being cuffed in a stressed position for 1½ hour. When returned back to the cell numerous items were missing or broken: Quran spine was damage, legal papers missing, liquid poor on TV, opened food boxes, two boxes of cakes and a bag Jolly Rancher were missing.

Relief requested: Everything stolen and damaged to be replaced and repaired.

Counselor replied: Unable to verify

Grievance Officer reviewed 06/23/2014 Various Administrative staff as well as Weapons Task Force was present for the shakedown. At least one member of Weapons Task Force was present the extent of the shakedown form start to finish. Internal Affairs was also on every gallery during and after shakedowns as well as the Tactical Commanders. The Tactical Commanders were on every gallery during the entire shakedown. Tact Commanders walked galleries and if any issues were found they were addressed immediately. When inmates were returned to their cells, the galleries were walked by Tactical Staff and Cell house staff to ensure if property was damaged or destroyed it should have been reported at that time by the inmate. Which throughout the shakedown we received no reports from inmates in regards to this issue. Per DR 501.220 shakedown slips are provided which document any items confiscated.  **The shakedown slip showed nothing was found.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED. No further action appears to be necessary at this level at this time.

Marvin Bochantin          _____          _____
Print Grievance Officer's Name                                        Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

Date Received: June 26, 2014          ☒ I concur          ☐ I do not concur          ☐ Remand

Comments: _____

Ross, et al. vs. Gossett, et al. 15-309          063670

Inmate Issues
JUL 1 8 2014

Ross, et al. vs. Gossett, et al. 15-309

063671

E9-16

**Illinois Department of Corrections**
**COMMITTED PERSON'S GRIEVANCE**

Date: 4-30-14

Committed Person: (Please Print) TERADO PERCO

IDOC #: B33750

Present Facility: TERADO PERCO

Facility where grievance issue occurred: MENARD

132-5-14

**NATURE OF GRIEVANCE:**

☐ Personal Property
☐ Staff Conduct
☐ Transfer Denial by Facility
☐ Disciplinary Report: ___/___/___
        Date of Report

☐ Mail Handling
☐ Dietary
☐ Transfer Denial by Transfer Coordinator

☐ Restoration of Good Time
☐ Medical Treatment

☐ Disability
☑ Other (specify): return
        return lithium charm
        damaged and broken property, excessive F2CN

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: The misuse of this Grievance is that on the
30th of 4-14-14 the Tact Team came to my cell and
destroyed, stole, and ate my property. I was passed out my
along with Respond Ener. On my way out of the cell I was
being Pushed and struck with those sticks all the way
down the stairs. He then began to call me out of my name
several times. I was pushed a BITCH waddup on Punishment
a second again. After being stood up in a strep position for
two over an hour in a cell in Pain. I was brought back to
my cell to a Big mess. My things had been thrown on the Floor
and damaged to be respond improperly.

Relief Requested: I would give ten _____ him that was Stolen

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or irreparable harm to self.

Terado Perco                                   B33750            5  8  14
Committed Person's Signature                          ID #              Date
                    (Continue on reverse side if necessary)

────────────────────────────────────────────

**Counselor's Response (if applicable)**

Date
Received: 4 / 30 / 14

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to:
   Administrative Review Board, P.O. Box 19277,
   Springfield, IL 62794-9277.

MAY 16 2014

Response: Unable to verify

Ross, et al. vs. Gossett, et al. 15-309          063671

Ross, et al. vs. Gossett, et al. 15-309          063672

Illinois Department of Corrections
COMMITTED PERSON'S GRIEVANCE (Continued)

DOC 0046, Page 2

and transported and damaged the whole time was tore up, my legs Documents was all over the floor i saw 2500 running angry, my TV was damaged and i noticed coffee leaking from my TV and he just ran don on to my cell by 11 outta my TV is now ruined. They also spend up all my box and on up dam that they took the liberty upon themselves and ate 2 boxes of my soups around as a bag of intity comche This is a clear case of discrimination and thieft, my rewards would of drone it properly and thieft, excessive force and Prision abuse.

Response to concern. See Attached grievance

Ross, et al. vs. Gossett, et al. 15-309          063672

Ross, et al. vs. Gossett, et al. 15-309          063673

STATE OF ILLINOIS )
                  ) SS
COUNTY OF _____ )

## AFFIDAVIT

I, Vernon Price _____ being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: _____

All of the facts stated in Grievance dated 4-28-14 prepared according to the way I derived, in my Grievance. The property samples never snaturated my claims

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Respectfully submitted,

Subscribed and sworn to

Ross, et al. vs. Gossett, et al. 15-309          063673

| Field | Value | Field | Value |
|---|---|---|---|
| Inmate Id: | A80215 | Modify Ind: | |
| Name: | ROBINSON, WESLEY | Deny Ind: | |
| Chair Code: | SHBE | Favorable Ind: | |
| Grv Type: | L | Deferred Ind: | |
| Grv Code: | STAFF CONDUCT | Moot Ind: | |
| Receive Date: | 07/07/2014 | | |
| Hearing Date: | 09/04/2014 | Grievance Number: | |
| Mailing Date: | 09/19/2014 | Incident Number: | |
| Grv Loc: | MENARD CC | Incident Date: | 00/00/0000 |
| Hearing Loc: | MENARD CC | Incident Inst: | |
| | | Date Receipted: | 00/00/0000 |

Comments: RGF; SHAKEDOWNS & PP TAKEN. GRV IS DATED 5/5/14 & CITES 3/2/14, 4/14/14 & 4/30/14 SHAKEDOWNS & PP CONFISCATED. NO ITEMS CITED THOUGH. NEED G.O./CAO'S REPORT. FOLLOW DR 504.810.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Robinson_   _Wesley_   _____   _A80215_
         Last Name     First Name      MI        ID#

Facility: _Menard_

☒ Grievance: Facility Grievance # (if applicable) _not provided_ Dated: _5/5/14_ or ☐ Correspondence: Dated: _____
Received: _7/7/14_ Regarding: _Shakedowns on 3/2/14, 4/14/14, 4/30/14_
         Date                    _DP Conf; hand-cuffed for hrs_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
☐ Provide dates of disciplinary reports and facility where incidents occurred.
☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
                                                                              Office of Inmate Issues
                                                                              1301 Concordia Court
                                                                              Springfield, IL  62794-9277

**Misdirected:**
☐ Contact your correctional counselor regarding this issue.
☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
☐ Contact the Record Office with your request or to provide additional information.
☒ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
☐ Address concerns to:  Illinois Prisoner Review Board
                       319 E. Madison St., Suite A
                       Springfield, IL  62706

**No further redress:**
☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
☐ This office previously addressed this issue on _____.
                                              Date
☐ No justification provided for additional consideration.

Other (specify): _You are required to also provide the above. You also do not cite specific property taken. Follow DR 504.810._

Completed by: _Sherry Benton_   _S Benton_   _9/4/14_
             Print Name         Signature      Date

Distribution: Offender          Printed on Recycled Paper        DOC 0070 (Rev.4/2013)
             Inmate Issues

E 107

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: May 5th 2014 | Committed Person: (Please Print) Wesley Robinson | ID#: A80215 |
| Present Facility: Menard C.C. | Facility where grievance issue occurred: Menard C.C. |

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☑ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ Other (specify): |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | |

☐ Disciplinary Report: ____/____/____
            Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: On March 2nd 2014, and April 14th, also, on April 30th 2014, 3 consecutive Shake Downs of my cell and person and the East Cell Housing Unit and it's Inmates, by Menard Staff and the Tack Teams from Menard and from other correctional institutions, Violated My Civil Rights under, Color of Authority, Unlawfully siezed personal property with Due Process, and I suffered Crule and unusual punishment and physical abuse to my person. In that, I was placed in handcuffs that were intentionally tighten to inflict Pain 3 hours of pain and 3 weeks after the incerdent my risk still have cuts and inprints of handcuffs, also, Inmates and

Relief Requested: That State Police be present during Tack Team Shake Down, and Arrest and Charge with Crime, If the Break the State Law.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Wesley Robinson      A80215    5, 7, 2014
Committed Person's Signature        ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 5, 20, 14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Tactical members were following IDOC protocol during the shakedown process. Your issues of staff misconduct have been referred to IA.

G. Price            ☐ Price        6, 17, 14
Print Counselor's Name           Counselor's Signature        Date of Response

**EMERGENCY REVIEW**

Date Received: ____/____/____    Is this determined to be of an emergency nature?

Inmate Issues

JUL 7 2014

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____           ____/____/____
Chief Administrative Officer's Signature         Date

Case 3:15-cv-00309-SMY Document 491-5 Filed 11/16/18 Page 105 of 174 Page ID #20848

Ross, et al. vs. Gossett, et al. 15-309 05367

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)     DOC 0046, Page 2



myself were made to stand for a hour or more, and if you
fall or complain about it you are punished for complaining about it.
We were denied the uses of washroom, until someone,
Pist (Urinate) or Shit (Dufficate) Themself. To the amasment
of the Staff, who think it funny to humillate inmate.
Then the staff goes from humillating you, To criminal offense's.
They tell inmates to look down at the ground and threaten
Inmates with both Segargation and physical beating, criminal
Assult with a Deadly weapon a (club), if you look at a staff
member. (1) Telling a Inmate to stare at the ground or be
beaten and drag through the prison like a annial, to the
Segargation Unit and charge the inmate an offense.
Violates his rights under Color of Authority, because
Any thing Design to, Disrespect, Distrace, Degrade, Debase,
humillate, sterrial Type People, because of, Race, Religion
Sacal and Econwemic Statist, That Because of our
Socal Statist as Inmate, the staff humillate and debase
us, which is a Class 4 felony Offense under State and
federal Law, and if the Staff Beat you/us or Drag
us to segargation for refusing to put our head down
That is felony Assult and Battery with a Weapon.
Then lying and falsifying Displinary Report's to
Cover their own crime's.
Siezing Property thats not controband and not
writting on the shakedown slip's or writting any
ticket for the so call controband.
Thats theft of personal property.

We both Know that the Prison Administration is
Aware of what the Jack Team Does to
the inmates, you have hundreds of grievance
complaint tell you what goes on in here. The Public
needs to Know, for it to Stop.

Ross, et al. vs. Gossett, et al. 15-309   063678

Inmate Id: R49934

Name: SMITH, ANDRE

Chair Code: BIGR

Grv Type: L

Grv Code: STAFF CONDUCT

Receive Date: 06/25/2014

Hearing Date: 12/11/2014

Mailing Date: 01/21/2015

Grv Loc: LAWRENCE CC

Hearing Loc: LAWRENCE CC

Modify Ind:

Deny Ind: X

Favorable Ind:

Deferred Ind:

Moot Ind:

Grievance Number: 01-14-68

Incident Number:

Incident Date: 00/00/0000

Incident Inst:

Date Receipted: 00/00/0000

Comments: GRV. # 01-14-68: ALLEGES LIFE IN DANGER BECAUSE WITNESS STAFF BE UNPROFESSIONAL; REQUEST TR TO DAN. APPROP ADDRESSED BY COUNSELOR AND G.O.

Case 3:15-cv-00309-SMY   Document 491-5   Filed 11/16/18   Page 107 of 174   Page ID #20850

Ross, et al. vs. Gossett, et al. 15-309   063679



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Smith, Andre_                                Date: _12/11-14_

Register #: _R49934_

Facility: _Lawrence_

This is in response to your grievance received on _6/25-14_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _1-1-14_ Grievance Number: _1-14-168_ Griev Loc: _Lawrence_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- ⊘ Other _Stay Conduct alleg he sent LT Ray gave_
  _CO Harbert LT but now he is concerned for his safety_

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ⊘ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.
- ○ In addition, property items are to be disposed of in accordance with DR501C.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

- ⊘ Other: _Offender's grievance was appropriately addressed by the_
  _Counselor and grievance officer._

FOR THE BOARD: _Billie W. Greer_          CONCURRED: _S.A. Godinez_
                Billie W Greer                          Director
           Administrative Review Board                  _12/30/14_

CC:   Warden, _Lawrence_ Correctional Center
      _Smith, Andre_, Register No. _R49934_

Ross, et al. vs. Gossett, et al. 15-309   063680

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 1/1/14 | Offender: (Please Print) Andre D Smith | ID#: 249934 |
|---|---|---|

| Present Facility: Lawrence | Facility where grievance issue occurred: Lawrence |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ____/____/____
  Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I file this Grievance with "Dibenti" I feel my life in Danger of retaliation. On Above Date 11/28/13 I witness LT. Ray grope another CC. as it was CC Dandon That is NON-professional so I expect retaliation which is already started I file a Grievance in 6/2013 They moving me around and now put me in a cell with me and my cellie who has a reputation of chaos is down and we dint get along This not the only Time I witness LT Ray expressing his homesexuality Thats one of The reasons I refuse Housing June 2012

**Relief Requested:** Transfer To Danville

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

JUN 2 5 2014

| Andre Smith | 249934 | 1/1/14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: 01/13/14 | [x] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** LT RAY DENIES ALL ACCUSATIONS CONTAINED IN THIS GRIEVANCE. LT RAY STATES HE HAS NOTHING TO DO WITH YOUR HOUSING SITUATION.

| CCK Hartman CCI | CCE | 1/13/14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| | | ____/____/____ |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)

Ross, et al. vs. Gossett, et al. 15-309 063681

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 1-16-14 | Date of Review: 5-27-14 | Grievance # (optional): 01-14-68 |
| Offender: SMITH, ANDRE | | ID#: R49934 |
| Nature of Grievance: Staff Conduct | | |

**Facts Reviewed:**
Offender Smith claims that he is in danger of his life because he witnessed Lt. Ray grab C/O Dardeens butt which is not professional. Offender claims that he has witnessed Lt. Ray express his homosexuality on numerous occasions and this is why he is being moved around all over the institution.

Relief requested: "Transfer to Danville."

Per response from Lt. Ray is that he denies all allegations. Lt Ray stated that he has nothing to do with your housing situation. Cell assignments are an Administrative decision. You need to follow established policy if you are requesting a cell change.

JUN 2 5 2014

**Recommendation:**
Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied.

K. Henton CCII
_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 5/29/14 | ☑ I concur ☐ I do not concur | ☐ Remand |
| Comments: | | |

_____
Chief Administrative Officer's Signature

5, 29, 14
Date

| Offender's Appeal To The Director |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.) |

_____
Offender's Signature

_____
ID#

____/____/____
Date

Ross, et al. vs. Gossett, et al. 15-309    063681

| | |
|---|---|
| Inmate Id: | R49934 |
| Name: | SMITH, ANDRE |
| Chair Code: | BIGR |
| Grv Type: | L |
| Grv Code: | STAFF CONDUCT |
| Receive Date: | 11/24/2014 |
| Hearing Date: | 12/04/2014 |
| Mailing Date: | 12/09/2014 |
| Grv Loc: | LAWRENCE CC |
| Hearing Loc: | LAWRENCE CC |

| | |
|---|---|
| Modify Ind: | |
| Deny Ind: | |
| Favorable Ind: | |
| Deferred Ind: | |
| Moot Ind: | |
| Grievance Number: | |
| Incident Number: | |
| Incident Date: | 00/00/0000 |
| Incident Inst: | |
| Date Receipted: | 00/00/0000 |

Comments: RGF. ALLEGES TACT TEAM MADE INMATES STAND IN DIFFICULT POSITIONS FOR LONG TIME; REQUEST INVESTIGATION. NOT SUBMITTED WITHIN TIMEFRAME

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Smith_  _Andre_  MI _____  ID# _R49934_
　　　　　Last Name　　　　　First Name

Facility: _Lawrence 6-3-14_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _7/9-14_  or ☐ Correspondence: Dated: _____

Received: _11/24-14_ Regarding: _Staff Conduct - allege tactical team had offenders_
　　　　　　Date
_stand close behind each other his hand was touching the_
_gentials of the offender behind him._

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
　　　　　　　　　　　　　　　Office of Inmate Issues
　　　　　　　　　　　　　　　1301 Concordia Court
　　　　　　　　　　　　　　　Springfield, IL   62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
　　　　　　　　　　　　319 E. Madison St., Suite A
　　　　　　　　　　　　Springfield, IL   62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
　　　　　　　　　　　　　　　　　　　　Date

☐ No justification provided for additional consideration.

---

Other (specify): _It could not be substantiated Offenders submitted_
_grievance regarding this issue to the counselor or grievance_
_officer._

Completed by: _____Billie W. Greer_____  _Billie W. Greer B/_  _12/4/14_
　　　　　　　Print Name　　　　　　　　Signature　　　　　　Date

Distribution:  Offender
　　　　　　　Inmate Issues

*Printed on Recycled Paper*　　　　　DOC 0070 (Rev.4/2013)

Ross, et al. vs. Gossett, et al. 15-309    063684

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

Copy

| Date: 7/9/14 | Offender: (Please Print) Andre D. Smith | ID#: R49934 |

| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☑ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☑ Other (specify): State Tactical Team

☐ Disciplinary Report: ___/___/___
Date of Report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today July 9, 2014 Orange Crush was a Lawrence C.C. I'm writing how they had me with my head on my next door neighbor back with our hands behind our back why another Inmate behind me with his sentials touching my hands and my fronts up against the man Infront made us Keep our head down for about 2hr 30min in the Dictary I ask repetely can I use the restroom I was told do not let my head come up and I urinated on myself and then place on the floor on my knees in pain for 30mins with piss all over me Including other Inmates

Relief Requested: Please Look into the situation at hand furthermore Investigate Thanks

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Andre Smith _____  R49934 _____  7,9,14
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED

NOV 24 2014

Office Of Inmate Issues

Print Counselor's Name _____  Counselor's Signature _____  Date of Response ___/___/___

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____  Date ___/___/___

Distribution: Master File; Offender

DOC 0046 (8/2012)

Ross, et al. vs. Gossett, et al. 15-309   063685

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

They were using UNNECESSArily roughness grabbing the back of
my Neck slamming it down on the table saying keep your
fucking head down.

Ross, et al. vs. Gossett, et al. 15-309       063685

Ross, et al. vs. Gossett, et al. 15-309    063686

| Inmate Id: | R68415 | | Ret Form Ind: | |
|---|---|---|---|---|
| Name: | TOMBERG, GREGORY | | Modify Ind: | |
| Chair Code: | SHBE | | Deny Ind: | X |
| Grv Type: | L | | Favorable Ind: | |
| Grv Code: | MEDICAL | | Deferred Ind: | |
| Receive Date: | 07/29/2014 | | Moot Ind: | |
| Hearing Date: | 01/12/2015 | | Grievance Number: | 155-5-14 |
| Mailing Date: | 01/26/2015 | | Incident Number: | |
| Grv Loc: | MENARD CC | | Incident Date: | 00/00/0000 |
| Hearing Loc: | MENARD CC | | Incident Inst: | |
| | | | Date Receipted: | 00/00/0000 |

Comments:    GRV# 155-5-14: CO-PAY ASSESSED 4/22/14 FOR INJURIES I/M CLAIMS WERE DONE BY
TACT TEAM DURING SHAKEDOWN OF 4/12/14. GRV IS DATED 5/2/14 & CO-PAY
ASSESSED 4/23/14 PER CHAMP/T.F.

Ross, et al. vs. Gossett, et al. 15-309    063686



## Illinois
## Department of
## Corrections

**BRUCE RAUNER**
Governor

**S.A. GODINEZ**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: Tomberg, Gregory                Date: 1-12-15

Register #: R68415

Facility: Menard

This is in response to your grievance received on 7/29/14. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 5/2/14 Grievance Number: 155-5-14 Griev Loc: Menard/HCU

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

⊙ Trust Fund Co-Pay 4/22/14.

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident # _____

⊙ Other Injuries by Tact Team 4/12/14

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

⊙ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ In addition, property items are to be disposed of in accordance with DR501C.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

⊙ Other: Co-Pay also amend in accordance with DR 415. Claims against staff not substantiate

FOR THE BOARD: _Sherry Benton_     CONCURRED: _____
               Sherry Benton                        S.A. Godinez
          Administrative Review Board                Acting Director

CC:   Warden, Menard Correctional Center
      Tomberg, Gregory  Register No. R68415            nA 1/14/15

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: May 21, 2014 | Date of Review: July 10, 2014 | Grievance # (optional) 155-5-14 |
| Offender: Tomberg | | ID#: R68415 |
| Nature of Grievance: Shakedown | | 155-5-14 |

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 5/2/14 and grieves paying co-pay when offender alleges he was hurt by shakedown unit. Offender is grieving the $5 co-pay he had to pay when injuries was caused by a direct result of the negligence and abuse by the riot squad.

Offender requests the charge of $5 be refunded to offenders account. Any further treatment be without charge.

Counselor reviewed 5/13/14 and advised unable to verify an injury occurred due to excessive force.

When inmates were returned to their cells, the galleries were walked by tactical staff and cell house staff to ensure that noted issues could be reported at that time by the inmate.

Per AD 04.03.103 – Per policy and procedure on Offender Health Care Services, at the time of the non-emergency evaluation, the offender shall be required to sign a Request for Payment, DC 828, authorizing the deduction of the co-pay from present or future funds in his or her trust fund account. Per DR415-The issue of treatment being appropriate is to be determined by medical professionals. According to the information provided by the Health care Unit, grievant medical issues are being addressed by medical professionals. Inmate is advised to please submit a request to medical to be seen for any current or future issues or concerns.   HCU advised: I have reviewed the Offenders medical record and find that he was seen by Dr. Nwaobasi on 04/24/2014 regarding numbness in left thumb d/t tight handcuff left wrist with post pressure paresthesia no visible external wrist injury. No neurological motor deficit. No follow up ordered.   Offender also seen for a slow walk permit.

RECEIVED
07-23-14
TOMBERG R68415

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED.   According to the medical file review and response and departmental policy, it appears grievant was charged appropriately.

| Linda Carter | |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 7/17/14 | ☒ concur   ☐ do not concur | ☐ Remand |
| Comments: | | |

JUL 2 9 2014

| Chief Administrative Officer's Signature | 7/18/14 |
|---|---|
| | Date |

| Offender's Appeal To The Director |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.) |

| Offender's Signature | R68415 | 07-23-14 |
|---|---|---|
| | ID# | Date |

Distribution: Master File; Offender

0047 (Rev. 3/2005)
Printed on Recycled Paper

I, GREGORY TOMBERG, Am SUBMITTING And APPEALING THE CHIEF ADMINISTRATIVE OFFICER'S DECISION TO THE DIRECTOR. ENCLOSED PLEASE FIND GRIEVANCE #155-5-14 And MY SIGNED APPEAL. AS I Am CHARGED 10¢ PER PAGE FOR COPIES I RESPECTFULLY REQUEST THE RETURN OF MY COPIES UPON DECISION. R2

05-14-14 R68415

| Date: 05-02-14 | Offender: (Please Print) TOMBERG, GREGORY | ID#: R68415 |

| Present Facility: MENARD C.C. | Facility where grievance issued occurred: MEDARD C.C. |

155-5-14

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): PHYSICAL ABUSE BY STAFF

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ON 04-22-14 OFFENDER TOMBERG, GREGORY, R68415 (GRIEVANT) WAS UNREASONABLY CHARGED A $5.00 FEE FOR MEDICAL ATTENTION SOUGHT FOR INJURIES RECEIVED AS A DIRECT RESULT OF I.D.O.C. TACTICAL UNIT (ORANGE CRUSH) RIOT SQUAD EXTREME PHYSICAL ABUSE ON 04-12-14. GRIEVANT, A LOW AGGRESSION, ELDERLY, DISABLED AND VULNERABLE INMATE, WAS, BY TACTICAL UNIT MEMBERS (NAMES OR IDENTITIES UNKNOWN) WHO WERE EQUIPPED AND OUTFITTED IN FULL RIOT GEAR AND EQUIPMENT INCLUDING HELMETS, FACE MASKS AND LARGE WOODEN CLUBS, HANDCUFFED EXCESSIVELY TOO TIGHT FOR APPROXIMATE FOUR (4) TO FIVE (5) HOURS. DURING THIS 4 TO 5 HOUR TIMEFRAME, IN BOTH HANDS, I LOST FEELING AND THE TURNING OF _____ CONTINUED NEXT PAGE

Relief Requested: THAT THE UNREASONABLE CHARGE OF $5.00 CHARGED ON 04-22-14 BE REFUNDED IN FULL. THAT ANY FURTHER MEDICAL TREATMENT NEEDED OR SOUGHT FOR THIS INCIDENT BE PROVIDED AS NEEDED WITHOUT COST OR CHARGE TO OFFENDER.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _____     ID# R68415     Date 05/02/14

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**     MAY 21 2014

Date Received: 5/7/14

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 18277, Springfield, IL 62794-9277

Response: Unable to verify an injury occured tive to excessive force

R Rowald          CCI          _____
Print Counselor's Name    Counselor's Signature    5/13/14
                                                    Date of Response

---

Inmate Issues

**EMERGENCY REVIEW**

Date Received: JUL 2 0 2014

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____     _____ / _____ / _____
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender          Page 1          DOC 0046 (8/201
                    Printed on Recycled Paper

Quick And Blood On Purpose As Done During The Intimidating And Threatening Nature And Intimidating Actions Of This Fully Equipped Riot Squad, It Was Afraid To, And In Fact Paranoid, To Ask For Or Seek Needed Medical Attention During This 4 to 5 Hours Of Extreme Physical Abuse And Torture, I Continue To Have No Feeling In My Left Thumb And Palm, I Was Hopeful That The Feeling Would Return In The Days Following The Orange Crush Riot Squad Physical Abuse And Torture, It Has Not, The Need For The Sought Medical Care Is Completely And Entirely Due To The Unwarranted Physical Abuse And Use Of Excessive Force As Inflicted Upon Me On 04-12-14 By This I.D.O.C. Riot Squad, If It Were Not For The Aforementioned Abuse Resulting In Or Causing These Injuries I Would Have Full Feeling In, And Use Of My Left Thumb And Palm, It Is Completely Unreasonable To Charge Me $5.00 For Any Medical Attention Needed And Sought For The Injuries, Pain And Suffering Sustained As A Direct Result Of The Negligence And Physical Abuse Inflicted Upon Me, A Low Aggression, Elderly, Disabled And Vulnerable Inmate, By An Out Of Control I.D.O.C. Riot Squad On 04-12-14,

On 04-24-14 Grievant Was Seen By Dr Nwaobasi Who Advised Me That Due To The Overtight Handcuffs, The Bloodflow To The Nerves Had Been Cut Off. Dr. Nwaobasi Further Advised That The Nerves Had Been Damaged And The Feeling/Use May Or May Not Come Back,

Added 05-14-14: Counselor Makes No Indication Of What, If Anything, Was Done To Verify Injuries In This Grievance,

05-15-14 To Grievance Officer

Inmate Issues

JUL 2 9 2014

Ross, et al. vs. Gossett, et al. 15-309   063691

| | | | |
|---|---|---|---|
| Inmate Id: | R68415 | Ret Form Ind: | |
| Name: | TOMBERG, GREGORY | Modify Ind: | |
| Chair Code: | SHBE | Deny Ind: | |
| Grv Type: | L | Favorable Ind: | |
| Grv Code: | PP | Deferred Ind: | |
| Receive Date: | 07/31/2014 | Moot Ind: | X |
| Hearing Date: | 01/29/2015 | Grievance Number: | 166-5-14 |
| Mailing Date: | 02/13/2015 | Incident Number: | |
| Grv Loc: | MENARD CC | Incident Date: | 00/00/0000 |
| Hearing Loc: | MENARD CC | Incident Inst: | |
| | | Date Receipted: | 00/00/0000 |

Comments: GRV# 166-5-14: TV DAMAGED DURING TACT TEAM SHAKEDOWN 4/13/14. GRV IS DATED 5/8/14.

Ross, et al. vs. Gossett, et al. 15-309   063692



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**S.A. GODINEZ**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

January 29, 2015

Gregory Tomberg
Register No.  R68415
Menard Correctional Center

Dear Mr. Tomberg:

This is in response to your grievance received on July 31, 2014, regarding Personal Property (TV Damaged During 4/12/14 Shakedown), which was alleged to have occurred at Menard Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated May 8, 2014, regarding claims your TV was damaged by TACT Team Staff during their April 12, 2014 shakedown of your cell.

The Grievance Officer's Report (166-5-14) and subsequent recommendation dated July 2, 2014 and approval by the Chief Administrative Officer on July 14, 2014 have been reviewed.

Based on a total review of all available information, and in accordance with DR504.850, it is the opinion of this office that the grievance be ruled mixed. It appears Tomberg's TV was damaged during the shakedown (affirm). However, in compliance with A.D. 02.06.110, the depreciative reimbursement award is zero; as the TV was found to be over 5-years old. The confiscated RCA TV is to be disposed of in accordance with DR 501C.

FOR THE BOARD: _Sherry Benton_
Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
S.A. Godinez
Acting Director   1/30/15

cc:   Warden, Menard Correctional Center
Personal Property, Menard Correctional Center
Gregory Tomberg, Register No. R68415

07-16-14

To ANMINISTRATIVE REVIEW BOARD

From TOMBERG, GREGORY R68415

RE MENARD GRV # 166-5-14

I, OFFENDER GREGORY TOMBERG R68415, AM
APPEALING THE C.A.O's DECISION REGARDING
GRIEVANCE # 166-5-14 TO THE DIRECTOR BY
SUBMITTING SAME TO THE ANMINISTRATIVE REVIEW
BOARD WITHIN 30 DAYS OF THE C.A.O's. DECISION.
THE DAMAGED TELEVISION WAS IN FACT REPORTED
TO CELL HOUSE STAFF (OFFICER DAVIS) TO ENSURE
THAT NOTED ISSUES (BROKEN TV) WERE REPORTED
AT THAT TIME (AFTER SHAKEDOWN) BY INMATE
(TOMBERG, GREGORY R68415).

SUBMITTED BY

GREGORY TOMBERG R68415   07-16-14

Inmate Issue

JUL 3 1 2014

Ross, et al. vs. Gossett, et al.  15-309    063694 29

RESPONSE TO OFFENDER'S GRIEVANCE

## Grievance Officer's Report

Date Received: May 21, 2014                Date of Review: July 2, 2014                Grievance # (optional): 166-5-14

Offender: Tomberg                                                                          ID#: R68415

Nature of Grievance: Shakedown

# 166-5-14

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 5/11/14 and grieves shakedown on 4/12/14. States TV was broken when offender returned to cell. TV would not power on. Earbuds were also broken.

Offender request s: replacement or full reimbursement for RCA 13' TV and earbuds.

Counselor reviewed on 5/16/14. Advised C/O Davis verified TV seemed to be in good condition prior to shakedown. TV appeared to be non-functioning after shakedown.

Grievance office: Per Statewide Tactical Commanders: All clear style flat screen televisions were searched by tactical / weapons task force staff to ensure compliance with personal property directives. We had numerous televisions that were confiscated. At no time were televisions deliberately destroyed or broken. When inmates were returned to their cells, the galleries were walked by tactical staff and cell house staff to ensure that noted issues could be reported at that time by the inmate. Throughout the shakedown we received no reports from inmates in regards to this issue.

Grievance office cannot substantiate offenders allegations of broken TV.

RECEIVED
07-16-14
TOMBERG R68415

MAILED TO A.R.B. 07-16-14

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED.   No further action appears to be necessary at this level at this time.

Linda Carter
_____                                    _____
Print Grievance Officer's Name                                       Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: 7/3/14                    ☑ I concur        ☐ I do not concur        ☐ Remand

Comments:

Inmate Issues

JUL 3 1 2014

_____                                                      7/14/14
Chief Administrative Officer's Signature                                                /Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____                          R68415        07-16-14
Offender's Signature                                           ID#              Date

Ross, et al. vs. Gossett, et al. 15-309      063694

Case 3:15-cv-00309-SMY   Document 491-5   Filed 11/16/18   Page 123 of 174   Page ID #3566

Ross et al. vs. Gossett, et al. 15-309   063696

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 05-08-14 | Offender: (Please Print) TOMBERG, GREGORY | ID#: R68415 |
|---|---|---|

| Present Facility: MENARD C.C. | Facility where grievance issue occurred: MENARD C.C. |
|---|---|

166-5-14

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): DAMAGED TELEVISION

- [ ] Disciplinary Report: _____ / _____ / _____
Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): PLEASE NOTE: A GRIEVANCE REGARDING THIS ISSUE WAS SUBMITTED / FILED BY THIS OFFENDER ON 04-21-14. PER A "COUNSELING SUMMARY" MEMO FROM COUNSELOR R.L. ROWOLD DATED 05-07-14 SHE ADVISED THAT SHE DID NOT RECEIVE MY GRIEVANCE AS SUBMITTED. FOR THAT REASON THE GRIEVANCE IS HEREBY BEING RESUBMITTED / FILED AT THIS TIME. THIS BRINGS TO LIGHT ONE OF THE MANY OBVIOUS AND KNOWN DEFECTS IN THE I.D.O.C. INMATE GRIEVANCE SYSTEM. ON 04-12-14 OFFENDER TOMBERG, GREGORY, R68415 (GRIEVANT) AND HIS CELLIE WERE ORDERED REMOVED FROM THEIR ASSIGNED CELL, MENARD, N-2 CELL 1-29, BY I.D.O.C. TACTICAL UNIT MEMBERS (ORANGE CRUSH) SO THAT A SHAKEDOWN OF THEIR CELL COULD BE CONDUCTED. — CONTINUED NEXT PAGE —

**Relief Requested:** THAT GRIEVANT RECEIVE REIMBURSEMENT IN FULL IN THE AMOUNT OF $201.25 FOR A REPLACEMENT RCA 13" TELEVISION THAT GRIEVANT IS REQUIRED TO PURCHASE ONLY FROM THE — CONTINUED NEXT PAGE —

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] Offender's Signature | R68415 ID | 05, 08, 14 Date |
|---|---|---|

(Continue on reverse side if necessary)

RECEIVED
MAY 21 2014

---

**Counselor's Response (if applicable)**

Date Received: 5 , 14 , 14

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: C/O Davis verified TV seemed to be in good condition prior to shakedown. TV appeared to be non-functioning later that day after shakedown

| R Rowold                    CCI | [signature] Counselor's Signature | 5 , 16 , 14 Date of Response |
|---|---|---|
| Print Counselor's Name | | |

---

**EMERGENCY REVIEW**

Inmate Issues

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

JUL 3 1 2014

Chief Administrative Officer's Signature _____ / _____ / _____ Date

---

Distribution: Master File; Offender

Page 1

DOC 0046 (8/2012)

IMMEDIATELY PRIOR TO THIS, I WAS WATCHING THE MORNING NEWS ON MY
LAWFULLY ACQUIRED, POSSESSED AND PERMITTED WORKING TELEVISION.
BOTH MYSELF AND MY CELLIE WERE TAKEN OUT OF CELL N-2, 1-29 TOGETHER AND
AT THE SAME.   GRIEVANT, ALONG WITH ALL OTHER INMATES FROM N-2 ONE (1)
GALLERY WERE TAKEN OUT OF AND AWAY FROM THE NORTH II CELLHOUSE.
AFTER APPROXIMATELY FOUR (4) TO FIVE (5) HOURS BOTH MYSELF AND MY CELLIE WERE
RETURNED TO CELL N-2, 1-29 BY TACTICAL UNIT MEMBERS.   UPON ENTERING THE
THE CELL I FOUND IT TO BE A MESS AND IN TOTAL DISARRAY AS A RESULT OF THE
SHAKEDOWN.   FOOD, CLOTHING, PERSONAL PROPERTY, LEGAL PAPERS AND
BEDDING HAD ALL BEEN DUMPED ON THE CELL FLOOR.   MY RCA 13" TELEVISION
HAD BEEN MOVED FROM MY LOWER BUNK TO MY CELLIE'S UPPER BUNK. THE SONY
EARBUDS CABLE HAD BEEN BROKEN OFF IN THE TV'S EARPHONE JACK.
I TRIED TURNING ON THE TV TO SEE IF IT FUNCTIONED. THE TV TURNED
ON, FLASHED A CHANNEL NUMBER AND TURNED ITSELF OFF.  I REPEATED
TRYING TO TURN THE TV ON WITH THE SAME NEGATIVE RESULTS.  THIS WAS
IMMEDIATELY SHOWN TO I.D.O.C. OFFICER DAVIS, THE ASSIGNED N-2 ONE (1)
GALLERY OFFICER.   OFFICER DAVIS OBSERVED AND CONFIRMED THAT THE
TV WAS NOT FUNCTIONING PROPERLY AND THAT THAT THE EARBUD HAD BEEN
BROKEN OFF IN THE TV.   OFFICER DAVIS THEN PROVIDED ME WITH A
GRIEVANCE FORM AND INSTRUCTED ME TO SUBMIT A GRIEVANCE FOR THE DAMAGE.
OFFICER DAVIS FURTHER ADVISED ME TO INCLUDE HIS NAME AS A WITNESS TO
THE TV NOT WORKING AND THE DAMAGED BROKEN EARBUDS.
GRIEVANT HAD A WORKING RCA 13" TELEVISION WHEN HE WAS ORDERED
REMOVED FROM HIS CELL, HE SHOULD BE ENTITLED TO A WORKING RCA
13" TELEVISION WHEN HE WAS RETURNED.
THE I.D.O.C. HAS A CLEAR DUTY AND RESPONSIBILITY TO EXERCISE
REASONABLE CARE WHEN TAKING FULL AND EXCLUSIVE CONTROL OR A
PRISONER'S PROPERTY AS IN THIS VERY INCIDENT.   GRIEVANT AND HIS
CELLMATE WERE, CLEARLY, OUT OF AND AWAY FROM THEIR CELL DURING
THE TACTICAL UNIT SHAKEDOWN OF THEIR CELL.   IN FACT, THERE WERE
NO INMATES AT ALL ON ONE (1) GALLERY DURING THIS TIME  ONLY
I.D.O.C. PERSONNEL.
WITNESS TO THIS ISSUE: I.D.O.C. OFFICER DAVIS   AND
I.D.O.C. INMATE BRANDON, T. # B34110

_____  RELIEF REQUESTED  (CONTINUED FROM PAGE ONE) _____

I.D.O.C. MENARD COMMISSARY AT CURRENT FULL COMMISSARY PRICE.  THAT
REIMBURSEMENT IN FULL IN THE AMOUNT OF $10.30 FOR THE DAMAGE SONY
EARBUDS BE RECEIVED. THAT ANY ADDITIONAL COSTS INCURRED BY GRIEVANT
IN HIS ATTEMPT(S) IN GOOD FAITH, TO RESOLVE THIS ISSUE IN ACCORDANCE WITH
DEPARTMENT RULE THROUGH ADMINISTRATIVE REMEDY BE REIMBURSED
IN FULL.

Inmate [stamp]

JUL 3 1 2014

Distribution: Master File: Offender

Page 2

Printed on Recycled Paper

DOC 0046 (8/2012)

Ross, et al. vs. Gossett, et al. 15-309    063696

Ross, et al. vs. Gossett, et al. 15-309    063697

**Benton, Sherry**

| | |
|---|---|
| **From:** | Eggemeyer, Julie A. |
| **Sent:** | Thursday, January 29, 2015 12:34 PM |
| **To:** | Benton, Sherry |
| **Subject:** | RE: I/M Gregory Tomberg R68415 (TV) |

We do not have an original contract in his file.  We do, however, have the following information:

- When Tomberg left Menard and went to Stateville on 9/22/2010, we show that he had the RCA bubble TV.
- When Tomberg came back to Menard on 6/06/2012, we show he had the same TV.

**From:** Benton, Sherry
**Sent:** Thursday, January 29, 2015 12:17 PM
**To:** Eggemeyer, Julie A.
**Subject:** RE: I/M Gregory Tomberg R68415 (TV)

I'm confused as to why one staff said YES, damaged by STAFF and another said NO.

So...I need to know when he purchased the 13" RCA TV that Tomberg claims was damaged 4/12/14. Appears I may have
to award. So I need the date of the permit for this particular TV.

Sherry Benton
Inmate Issues / Administrative Review Board
Concordia Court
Phone: 217-558-2200 ext 2061
Fax: 217-522-1957

**E-MAIL CONFIDENTIALITY NOTICE** This electronic mail message, including any attachments, is for the intended recipient(s) only.  This e-mail and any attachments might contain
information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law  If you are not a
named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail
and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please
be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not
intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections
Thank you for your cooperation

**From:** Eggemeyer, Julie A.
**Sent:** Thursday, January 29, 2015 12:11 PM
**To:** Benton, Sherry
**Subject:** RE: I/M Gregory Tomberg R68415 (TV)

North II Property has paperwork that shows inmate Tomberg purchased a new RCA flat screen TV on 1/18/2015.  They
have his old TV and have not destroyed it.  They are awaiting a grievance response.

Below is information from our Grievance Office:

| Grv # | IDOC # | Name | Quick Summary | GRV Code | Resolution | Opened Date |
|---|---|---|---|---|---|---|
| 154-5-14 | R68415 | Tomberg | prop confsc/damaged/Tact | 19A | Denied | 5/21/2014 |
| 155-5-14 | R68415 | Tomberg | Tact Team / excess force | 7C | Denied | 5/21/2014 |
| 166-5-14 | R68415 | Tomberg | TV damaged / Tact Team | 19B | Denied | 5/21/2014 |

Ross, et al. vs. Gossett, et al. 15-309    063697

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R68415 | **Counseling Date** | 05/16/14 15:43:13:430 |
| **Offender Name** | TOMBERG, GREGORY | **Type** | Collateral |
| **Current Admit Date** | 02/11/2008 | **Method** | Other |
| **MSR Date** | 05/29/2057 | **Location** | MEN N2 |
| **HSE/GAL/CELL** | N2-04-13 | **Staff** | ROWOLD, ROBIN L., Correctional Counselor I |

Offender grieves TV being broken during TACT shakedown. Response: Verified.

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R68415 | **Counseling Date** | 06/18/14 13:10:31:470 |
| **Offender Name** | TOMBERG, GREGORY | **Type** | Personal |
| **Current Admit Date** | 02/11/2008 | **Method** | Face To Face |
| **MSR Date** | 05/29/2057 | **Location** | MEN N2 |
| **HSE/GAL/CELL** | N2-04-13 | **Staff** | SIMPSON J, EUGENE R. II, Correctional Sergeant |

Grievance response--"There are other options for placement of your television."

Case 3:15-cv-00309-SMY   Document 491-5   Filed 11/16/18   Page 128 of 174   Page ID
Ross, et al. vs. Gossett, et al. 15-309   063700
#2567

| | | | | |
|---|---|---|---|---|
| Inmate Id: | R68415 | Ret Form Ind: | | |
| Name: | TOMBERG, GREGORY | Modify Ind: | | |
| Chair Code: | SHBE | Deny Ind: | X | |
| Grv Type: | L | Favorable Ind: | | |
| Grv Code: | PP | Deferred Ind: | | |
| Receive Date: | 07/09/2014 | Moot Ind: | | |
| Hearing Date: | 01/12/2015 | Grievance Number: | 154-5-14 | |
| Mailing Date: | 01/26/2015 | Incident Number: | | |
| Grv Loc: | MENARD CC | Incident Date: | 00/00/0000 | |
| Hearing Loc: | MENARD CC | Incident Inst: | | |
| | | Date Receipted: | 00/00/0000 | |

Comments: GRV# 154-5-14: SHAKEDOWN OF 4/12/14 BY TACT TEAM & CLAIMS A HOST OF ITEMS
MISSING ($405.00 WORTH). GRV IS DATED 4/29/14 & NO RECEIPTS, SHAKEDOWN SLIP,
PERMITS, ETC., PROVIDED.

Case 3:15-cv-00309-SMY   Document 491-5   Filed 11/16/18   Page 129 of 174   Page ID
#2857
Ross, et al. vs. Gossett, et al. 15-309   063701



**Illinois
Department of
Corrections**

**BRUCE RAUNER**
Governor

**S.A. GODINEZ**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Tomberg, Gregory_          Date: _1-12-15_

Register # _R68415_

Facility: _Menard_

This is in response to your grievance received on _7/9/14_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _4/29/14_ Grievance Number: _154-5-14_ Griev Loc: _Menard_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary
- ⊙ Personal Property _Missing 4/12/14_
- ○ Mailroom/Publications
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- ⊙ Other _Shakedown by Tact Team_

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ⊙ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.
- ○ In addition, property items are to be disposed of in accordance with DR501C.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

- ⊙ Other: _Cannot Substantiate, as no proof of purchase (receipts) shakedown slip, permits, etc. provided._

FOR THE BOARD: _Sherry Benton_          CONCURRED: _S.A. Godinez_
Sherry Benton                                         S.A. Godinez
Administrative Review Board                   Acting Director   _TA 1/14/15_

CC: Warden _Menard_ Correctional Center
_Tomberg, Gregory_, Register No. _R68415_

RESPONSE TO OFFENDER'S GRIEVANCE

## Grievance Officer's Report

Date Received: May 21, 2014          Date of Review: June 25, 2014          Grievance # (optional): 154-5-14

Offender: Tomberg          ID#: R68415

Nature of Grievance: Shakedown

RECEIVED
06-30-14
TOMBERG R68415

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 5/11/14 and grieves shakedown on 4/12/14. Missing are wire frame eyeglasses, hardcover books, box of envelopes, Seg pens, M&Ms, Candy bars, legal folder, mug, fingernail clippers, replacement heads for razor, pages of case law, Crayola fine point watercolor markers, markers, 350 prestamped envelopes, and family letters, legal documents, calendar pages, journal pages, records and photographs .

Offender request s: replacement or full reimbursement for all items taken. Request to have confiscated items released and made available to be sent out on visit.

Counselor reviewed on 5/13/14. Advised offender had excess write outs.

Grievance office contacted property and reviewed DR501.220. Per DR 501.220 shakedown slips are provided which document any items confiscated. **No shakedown slip found**. **Offender did not provide shakedown slip** Grievance office cannot substantiate that offender is missing items, property did not have a copy of shakedown slip.

Inmate Issues

JUL 9 2014

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED. No further action appears to be necessary at this level at this time.

Linda Carter
_____          _____
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: June 26, 2014          ☒ I concur          ☐ I do not concur          ☐ Remand

Comments:

154-5-14 pg1

_____          _____
Chief Administrative Officer's Signature          26 June 14
                                                  Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          R68415          07-03-14
Offender's Signature          ID#          Date

Distribution: Master File; Offender          Page 1          DOC 0047 (Rev. 3/2005)

*[Handwritten note in left margin:]* As I MUST PAY 10¢ PER PAGE FOR COPIES, 30¢ THIS DOCUMENT, I REQUEST MY ORIGINAL COPIES SUBMITTED BE RETURNED WITH FINDINGS. THANK YOU. TOMBERG R68415

Ross, et al. vs. Gossett, et al. 15-309   063703

RECEIVED TOMBERG
05-14-14  R68415

**OFFENDER'S GRIEVANCE**    PAGE ONE (1)

| Date: 04-29-14 | Offender: (Please Print) TOMBERG, GREGORY | ID#: R68415 |
|---|---|---|

Present Facility: MENARD C.C.

Facility where grievance MENARD C.C.
Issue occurred:

154-5-14

**NATURE OF GRIEVANCE:**

☒ Personal Property
☒ Staff Conduct
☐ Transfer Denial by Facility

☐ Mail Handling
☐ Dietary
☐ Transfer Denial by Transfer Coordinator

☐ Restoration of Good Time
☐ Medical Treatment

☐ ADA Disability Accommodation
☐ HIPAA
☒ Other (specify): _____

☐ Disciplinary Report: _____    Date of Report _____    Facility where issued _____

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ON 04-12-14 I WAS ORDERED HANDCUFFED AND REMOVED FROM MY CELL,
N-2, 1-29, ALONG WITH MY CELLIE BY I.D.O.C. TACTICAL UNIT MEMBERS (ORANGE CRUSH).
WE WERE TAKEN TO RANDOLPH HALL ALONG WITH ALL OTHER INMATES FROM N-2
ONE (1) GALLERY. AFTER APPROXIMATELY FOUR (4) TO FIVE (5) HOURS WE WERE
RETURNED TO CELL N-2, 1-29. UPON ENTERING THE CELL I OBSERVED the IT TO B
A MESS AND IN TOTAL DISARRAY AS A RESULT OF THE ORANGE CRUSH SHAKEDOWN.
FOOD, CLOTHING, PHOTOGRAPHS, PERSONAL PROPERTY, LEGAL PAPERS AND BEDDING
HAD ALL BEEN DUMPED ON THE CELL FLOOR. MY TV HAD BEEN DAMAGED AND
BROKEN. AFTER SEVERAL HOURS OF CLEANING UP OF THE MESS LEFT BEHIN
AS A RESULT OF THE SHAKEDOWN, I HAVE DISCOVERED

Relief Requested: THAT I RECEIVE REPLACEMENT OF, OR REIMBURSEMENT IN FULL IN THE AMOU
OF $405.00 FOR THE CONFISCATED AUTHORIZED PERSONAL PROPERTY. THAT ALL
"CONTRABAND" PERSONAL PROPERTY BE MADE AVAILABLE FOR VISIT/RELEASE PER A.R.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to se

| Offender's Signature | R68415 | 04, 29, 14 |
|---|---|---|
| | (Continue on reverse side if necessary) | Date |

RECEIVED

---

**Counselor's Response (if applicable)**    MAY 21 2014

Date Received: 5/12/14

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: According to shakedown records excess tomato cuts
were confiscated. Unable to verify any other property. Allowable
property will be returned and all other property will be handl
in accordance with normal procedures as outlined in the orientation ma

| R. Russell   CCI | [signature] | 5/13/14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: __/__/__

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated.
Offender should submit this grievance in the normal manner.

#154-5-14 pg 2

Chief Administrative Officer's Signature    Date

Inmate Issues
JUL 9 2014

Distribution: Master File; Offender    Page 1    DOC 0046 (8/20

Ross, et al. vs. Gossett, et al. 15-309   063703

THE FOLLOWING PERSONAL PROPERTY TO BELONG THUS:

| QUANTITY | DESCRIPTION | VALUE |
|---|---|---|
| ONE (1) | PAIR WIRE FRAME PRESCRIPTION EYEGLASSES | 105.00 |
| ONE (1) | HARD COVER BOOK (HOW THINGS WORK) | 15.00 |
| ONE (1) | HARD COVER BOOK (DOGS 101) | 20.00 |
| ONE (1) | BOX BLANK #10 ENVELOPES | 1.19 |
| TWENTY FIVE (25) | SEG PENS (LIKELY MORE) @ .21 | 5.25 |
| THREE (3) | M&M'S W/PEANUTS @ .75 | 2.25 |
| TWO (2) | THREE MUSKETEERS CANDY BARS @ .75 | 1.50 |
| TWO (2) | CLEAR PLASTIC 15x12 LEGAL FOLDER @ 2.30 | 4.60 |
| TWO (2) | EXPANDABLE 15x12 FOLDERS @ 3.01 | 6.02 |
| ONE (1) | MUG - NON INSULATED | 1.65 |
| ONE (1) | FINGERNAIL CLIPPERS - NEW UNOPENED | .55 |
| ONE (1) | REPLACEMENT HEADS (SET) FOR NORELCO RAZOR NEW IN UNOPENED FACTORY SEALED PLASTIC | 27.00 |
| 200 | PAGES CASE LAW (LIKELY MORE THAN 200) @ .10 | 12.50 |
| ONE (1) | CRAYOLA FINE POINT WATERCOLOR MARKERS - SET | 4.80 |
| ONE (1) | BLICK WATERCOLOR MARKERS BOX OF 8 | 8.70 |
| 300-400 | PRE-STAMPED ENVELOPES (WRITE OUT) 350 @ .54 | 189.00 |
| NUMEROUS | FAMILY LETTERS, LEGAL DOCUMENTS, CALENDAR PAGES, JOURNAL PAGES, RECORDS AND PHOTOGRAPHS | VALUE UNK. |
|  | TOTAL ⟶ | 3405.00 |

UPON RETURNING TO OUR CELL, OFFICER DAVIS TOLD ME AND MY CELLIE THAT
THEY HAD TAKEN SEVERAL HUNDRED WRITE OUTS FROM ME AND THAT I
COULD NOT HAVE THAT MANY, I WAS ONLY ALLOWED TO HAVE 30.

ON 05-06-14 I WAS ORDERED BY INTEL OFFICER ANTHONY TO TURN
OVER TO HIM MY HANDWRITTEN COPY OF THIS GRIEVANCE.
I SO COMPLIED WITH THIS DIRECT ORDER.

05-15-14 TO GRIEVANCE OFFICER
06-30-14 GRIEVANCE OFC RESPONSED RECEIVED
07-07-14 TO A.R.B.  MONEY VOUCHER ATTACHED

Inmate Issues

JUL 9  2016

Distribution: Master File; Offender

Printed on Recycled Paper

DOC 0046 (8/2012)

Ross et al. v. Gossett, et al. 15-309   063705

**Inmate Id:** R68448

**Name:** TOMBERG, GREGORY

**Chair Code:** SHBE

**Grv Type:** L

**Grv Code:** STAFF CONDUCT

**Receive Date:** 07/31/2014

**Hearing Date:** 01/28/2015

**Mailing Date:** 02/11/2015

**Grv Loc:** MENARD CC

**Hearing Loc:** MENARD CC

**Modify Ind:**

**Deny Ind:** X

**Favorable Ind:**

**Deferred Ind:**

**Moot Ind:**

**Grievance Number:**

**Incident Number:**

**Incident Date:** 00/00/0000

**Incident Inst:**

**Date Receipted:** 00/00/0000

**Comments:** USE OF FORCE BY TACT TEAM 4/12/14. GRV IS DATED 5/18/14 & G.O. RULED UNTIMELY (MEMO 6/19/14). DISAGREE, WILL REVIEW. ALSO CLAIMS LACK OF MED & MH TX.

Ross, et al. vs. Gossett, et al. 15-309   063706



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**S.A. GODINEZ**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

January 28, 2015

Gregory Tomberg
Register No. R68415
Menard Correctional Center

Dear Mr. Tomberg:

This is in response to your grievance received on July 31, 2014, regarding Staff Conduct (Alleged Force by TACT Team 4/12/14) and Medical (Lack of Medical and MH Tx), which was alleged to have occurred at Menard Correctional Center. This office has determined the issue will be addressed without a formal hearing.

On a memo dated June 19, 2014, the Menard Grievance Office ruled this grievance as untimely. This office does not agree and will review.

This office has reviewed your grievance dated May 18, 2014, regarding claims of alleged use of force by the TACT Team during their April 12, 2014 shakedown and a lack of medical / mental health treatment following.

With regards to this complaint, this office contacted Staff in Medical, Mental Health and the Internal Affairs Units.

Based on a total review of all available information, and in accordance with DR504.850, it is the opinion of this office that the grievance be denied; as none of the cited claims were substantiated.

FOR THE BOARD: _Sherry Benton_

Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____

S.A. Godinez
Acting Director                    1/30/15

cc:   Warden, Menard Correctional Center
      Gregory Tomberg, Register No. R68415

Ross, et al. vs. Gossett, et al. 15-309   063707

**Benton, Sherry**

| | |
|---|---|
| **From:** | Eggemeyer, Julie A. on behalf of Butler, Kimberly S. |
| **Sent:** | Tuesday, January 27, 2015 8:34 AM |
| **To:** | Benton, Sherry |
| **Cc:** | Butler, Kimberly S. |
| **Subject:** | FW: Gregory Tomberg R68415 |

FYI

**From:** Lee, Tracy K.
**Sent:** Tuesday, January 27, 2015 8:12 AM
**To:** Butler, Kimberly S.
**Subject:** FW: Gregory Tomberg R68415

Warden – To my knowledge there was not an investigation on Tomberg's allegations of his cuffs being too tight, or being hit in the back.

**From:** Benton, Sherry
**Sent:** Tuesday, January 13, 2015 9:53 AM
**To:** Anthony, Brandon M.
**Cc:** Lee, Tracy K.
**Subject:** RE: Gregory Tomberg R68415

Thank you Brandon.

**Lt. Lee, when you can, please respond when you return. Thank you!**

Sherry Benton
Inmate Issues / Administrative Review Board
Concordia Court
Phone: 217-558-2200 ext 2061
Fax: 217-522-1957

E-MAIL CONFIDENTIALITY NOTICE. This electronic mail message, including any attachments, is for the intended recipient(s) only.  This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

**From:** Anthony, Brandon M.
**Sent:** Tuesday, January 13, 2015 9:51 AM
**To:** Benton, Sherry
**Cc:** Lee, Tracy K.
**Subject:** RE: Gregory Tomberg R68415

Staff issues would be handled by the IA Lieutenant, at the time of the alleged incident the Lt was Monje. Lt Lee is the current IA Lieutenant, he would have that info. Lt Lee will be out office until Monday 1/19/1983.

**From:** Benton, Sherry
**Sent:** Tuesday, January 13, 2015 9:42 AM

1

Benton, Sherry

| | |
|---|---|
| **From:** | Anthony, Brandon M. |
| **Sent:** | Tuesday, January 13, 2015 9:51 AM |
| **To:** | Benton, Sherry |
| **Cc:** | Lee, Tracy K. |
| **Subject:** | RE: Gregory Tomberg R68415 |

Staff issues would be handled by the IA Lieutenant, at the time of the alleged incident the Lt was Monje. Lt Lee is the current IA Lieutenant, he would have that info. Lt Lee will be out office until Monday 1/19/1983.

**From:** Benton, Sherry
**Sent:** Tuesday, January 13, 2015 9:42 AM
**To:** Anthony, Brandon M.
**Subject:** RE: Gregory Tomberg R68415

Did anyone look into his claims of alleged force by Tact Team staff? That's the question I need answered. And if no, why not?

Sherry Benton
Inmate Issues / Administrative Review Board
Concordia Court
Phone: 217-558-1220 ext 2061
Fax: 217-522-1957

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only   This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

**From:** Anthony, Brandon M.
**Sent:** Tuesday, May 06, 2014 6:01 PM
**To:** Monje, Michael N.
**Subject:** RE: Gregory Tomberg R68415

LT. Monje,
At your request offender TOMBERG, Gregory R68415 was interviewed on May 6, 2014 and stated he had about 20 personal property items missing from his cell after the shakedown occurred on 4-12-14. TOMEBERG stated he still has no feeling in his left thumb & palm due to the hand cuffs being so tight on his wrist. TOMBERG stated he was charged $5 to see the doctor & he doesn't feel he should be charged for the doctor visit because the tact team caused the injuries to his thumb and wrist (TOMBERG stated he filed a grievance). TOMBERG stated he was hit in the back by a tact team member on the back of 1 gallery in North 2 between cells 29-40 when he was being escorted off the gallery for the shakedown. TOMBERG stated his television was broken when the tact team searched his cell. TOMBERG stated his television was in working condition before he left his cell on the morning of 4-12-14 for the shakedown. TOMBERG stated when he returned after the shakedown his television was not working and C/O DAVIS (7-3) gave him a grievance & informed him to write him (C/O DAVIS) down as a witness.

***Missing Items***
1- Wire frame prescription eye glass
1- Hardcover book (How Things Work)

1

**Benton, Sherry**

| | |
|---|---|
| **From:** | Benton, Sherry |
| **Sent:** | Monday, January 12, 2015 2:20 PM |
| **To:** | Anthony, Brandon M. |
| **Subject:** | I/M Gregory Tomberg R68415 |

Officer Anthony,

I'm reviewing a grievance filed by I/M Tomberg regarding an incident that occurred there on 4/12/14 w/ the Tact Team. W/in his grievance, Tomberg writes that he spoke w/ an Intel Officer named "Anthony"…would that be you?

Sherry Benton
Inmate Issues / Administrative Review Board
Concordia Court
Phone: 217-558-2200 ext 2061
Fax: 217-522-1957

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only.  This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

1

Ross, et al. vs. Gossett, et al. 15-309   063710

**Benton, Sherry**

| | |
|---|---|
| **From:** | Creason, Rebecca A |
| **Sent:** | Wednesday, January 21, 2015 10:53 AM |
| **To:** | Benton, Sherry |
| **Subject:** | RE: I/M Gregory Tomberg R68415 |
| | |
| **Sensitivity:** | Confidential |

He did not seek mental health treatment for the issue below.  He was involved in various mental health groups that dealt with anxiety/panic, general cognitive behavioral techniques, etc.

Rebecca Creason, MA, LPC
Psychology Administrator – T.A.
Menard Correctional Center
618-826-5071, ext. 2506 or 2334

**From:** Benton, Sherry
**Sent:** Monday, January 12, 2015 2:23 PM
**To:** Creason, Rebecca A
**Subject:** I/M Gregory Tomberg R68415
**Sensitivity:** Confidential

Ms. Creason,

I'm reviewing a grievance filed by I/M Tomberg regarding claims that ever since the Tact Team did their shakedown of 4/12/14, he's had nightmares, panic attacks, feels anxiety, etc.

From 4/12/14 to 6/12/14 did this I/M ever seek MH TX for this specific issue/incident?

Thank you,

Sherry Benton
Inmate Issues / Administrative Review Board
Concordia Court
Phone: 217-558-2200 ext 2061
Fax: 217-522-1957

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only.  This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

1

Ross, et al. vs. Gossett, et al. 15-309   063711

**Benton, Sherry**

| | |
|---|---|
| **From:** | Miget, Charlotte |
| **Sent:** | Tuesday, January 13, 2015 9:43 AM |
| **To:** | Benton, Sherry; Walls, Gail A |
| **Subject:** | RE: I/M Gregory Tomberg R68415 |
| | |
| **Sensitivity:** | Confidential |

He was seen on nurse sick call on 4-22-14 with a c/o numbness to Lt thumb since 4-12-14. He was referred to the MD.
He was seen by the MD on 4-24-14 with a Dx of No Neurological/Motor Deficit. There is no mention of it in the chart
since then.

**From:** Benton, Sherry
**Sent:** Monday, January 12, 2015 2:28 PM
**To:** Miget, Charlotte; Walls, Gail A
**Subject:** I/M Gregory Tomberg R68415
**Sensitivity:** Confidential

HCU Staff,

I'm reviewing a grievance filed by I/M Tomberg, regarding claims that on 4/12/14, Tact Team members damaged his
wrists, to the point of paralysis, by having him cuffed for 5-hours.

Between 4/12/14 and 7/12/14, did this I/M come to the HCU for this issue?
If so, what was done for him?
Did he request any follow-ups? Or any follow-ups ordered by HCU Staff?

Thank you,

Sherry Benton
Inmate Issues / Administrative Review Board
Concordia Court
Phone: 217-558-2200 ext 2061
Fax: 217-522-1957

E-MAIL CONFIDENTIALITY NOTICE. This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain
information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a
named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail
and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please
be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not
intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections.
Thank you for your cooperation.

Ross, et al. vs. Gossett, et al. 15-309   063711

Ross, et al. vs. Gossett, et al. 15-309 063712

07-10-14

To: Administrative Review Board
From: Tomberg, Gregory R68415
Re: Appeal of Enclosed Grievance

I, Gregory Tomberg R68415, Am Appealing The Chief Administrative Officer's Decision To The Director. I Understand This Appeal Must Be Submitted Within 30 After The Date Of The Chief Administrative Officer's Decision To The Administrative Review Board P.O. Box 19277 Springfield IL 62794-9277.

R68415    07-10-14

Inmate Issues
JUL 3 1 2014

Submitted And Appealed By Offender Gregory Tomberg R68415
07-10-14

R68415
07-10-14

06-21-14                                    PG ONE OF THREE

To:   WARDEN BUTLER

From:  GREGORY TOMBERG   R68415    N-2, 1-29

Re:   GRIEVANCE E51 DATED 05-18-14 RE: TACTICAL UNIT SHAKEDOWN


WARDEN BUTLER,

JUL 3 1 2014

     I RESPECTFULLY REQUEST YOUR ASSISTANCE WITH THE ENCLOSED GRIEVANCE ARISING FROM THE APRIL 12, 2014 TACTICAL UNIT SHAKEDOWN IN NORTH TWO.

     THIS GRIEVANCE WAS ORIGINALLY SUBMITTED AS AN EMERGENCY GRIEVANCE DIRECTLY TO YOUR ATTENTION ON 05-18-14. THE GRIEVANCE WAS MARKED, BY YOU, AS NO EMERGENCY WITH INSTRUCTIONS TO SUBMIT THIS GRIEVANCE IN THE NORMAL MANNER. THIS WAS SIGNED AND DATED BY YOU ON 05-21-14 AND RECEIVED BY ME ON 05-22-14.

     THE GRIEVANCE WAS TAKEN TO THE LAW LIBRARY ON 05-29-14 (MY SCHEDULED LAW LIBRARY DAY) FOR COPIES.  AFTER THE LAW LIBRARY, THE GRIEVANCE WAS PLACED IN AN ENVELOPE ADDRESSED TO: NORTH TWO, ONE GALLERY COUNSELOR ROWOLD AND PLACED OR DEPOSITED INTO THE COUNSELOR'S MAILBOX IN NORTH TWO AS I WALKED TO DINNER ON 05-29-14.

     ON 06-10-14 THE GRIEVANCE WAS RETURNED TO ME VIA THE INSTITUTIONAL MAIL.  AT THAT TIME THERE WAS NO COUNSELOR'S RESPONSE, WITH THE ONLY RESPONSE BEING THAT THE "COUNSELOR'S RESPONSE (IF APPLICABLE)" BOX HAD NOW BEEN HIGHLIGHTED IN GREEN.

Ross, et al. vs. Gossett, et al. 15-309    063714

Pg Two Of Three

ON O6-10-14 I AGAIN PLACED THE SAME GRIEVANCE IN A ENVELOPE AGAIN ADDRESSED TO NORTH TWO, ONE GALLERY COUNSELOR ROWOLD AND AGAIN PLACED OR DEPOSITED INTO THE COUNSELOR'S MAILBOX IN NORTH TWO AS I WALKED TO DINNER.

ON O6-20-14 I RECEIVED THE GRIEVANCE BACK STILL WITH NO COUNSELOR'S RESPONSE. THIS TIME A MEMORANDUM DATED 6/19/2014 FROM GRIEVANCE OFFICE, D. DWIGHT, OFFICE COORDINATOR (COPY ENCLOSED). THE MEMO ADVISING THAT THE GRIEVANCE WAS NOT SUBMITTED IN THE TIMEFRAME OUTLINED IN DEPARTMENT RULE 504; THEREFORE, ISSUE WILL NOT BE ADDRESSED FURTHER.

PLEASE BE ASSURED THAT I HAVE MADE EVERY ATTEMPT, WITHIN MY CONTROL, TO SUBMIT AND FILE THIS GRIEVANCE IN THE NORMAL MANNER BY SUBMITTING IT NOT ONLY ONCE BUT TWO DIFFERENT TIMES TO THE COUNSELOR FOR PROCESSING.

YOUR LETTER TO PAMELA GRETER DATED MAY 15, 2014 ASSURES THAT MENARD ADMINISTRATION IS ENSURING THAT EACH AND EVERY GRIEVANCE IS BEING THOROUGHLY INVESTIGATED TO ADDRESS ANY NEGLIGENT ISSUES WHICH MAY HAVE ARISEN DURING THE OPERATION.

CLEARLY, SOMEONE IN YOUR STAFF IS NOT TAKING THIS ISSUE WITH THE SAME DEGREE OF SERIOUSNESS AS YOU HAVE DEEMED NECESSARY. AFTER INITIAL REVIEW BY YOU THIS GRIEVANCE WAS NOT RESPONDED TO IN ANY WAY,

ONCE I PLACE A GRIEVANCE INTO THE INSTITUTIONAL MAIL I NO LONGER HAVE ANY CONTROL WHAT SO EVER AS TO ITS HANDLING,

I RESPECTFULLY ASK THAT THE SERIOUS ISSUES IN THIS GRIEVANCE BE INVESTIGATED AND RESPONDED TO, AS I

PG THREE OF THREE

WAS CLEARLY SUBMITTED TO THE COUNSELOR, IN AN ATTEMPT BY THIS COMMITTED PERSON TO FIRST ATTEMPT TO RESOLVE INCIDENTS, PROBLEMS OR COMPLAINTS THROUGH HIS COUNSELOR AS REQUIRED BY D.R. 504, WELL WITHIN THE TIMEFRAME AS OUTLINED IN DEPARTMENT RULE 504.

THANK YOU FOR YOUR ASSISTANCE IN THIS MATTER.


RESPECTFULLY SUBMITTED

GREGORY TOMBERG     R68415


ENCLOSED:     GRIEVANCE ESI-   5 PAGES
              MEMORANDUM       1 PAGE
              AFFIDAVITS       2 PAGES
              WARDEN'S LETTER  1 PAGE


CC: PAMELA GRETZA

Inmate Issues

JUL 3 1 2014

Case 3:15-cv-00309-SMY   Document 491-5   Filed 11/16/18   Page 144 of 174   Page ID
#20887
Ross, et al. vs. Gossett, et al. 15-309   063716

**Illinois**
Department of
**Corrections**

**Pat Quinn**
Governor

**S.A. Godinez**
Director

**Menard Correctional Center**
711 Kaskaskia Street
Menard, IL  62259

Telephone:  (618) 826-5071
TDD:  (800) 526-0844

May 15, 2014

Pamela Gretza
6N310 Lloyd Avenue
Itasca, IL  60143

RE:  Offender Gregory Tomberg, R68415

Dear Ms. Gretza:

Your recent correspondence to Director Godinez has been forwarded to my office for handling.  You have voiced several concerns that I will address within this letter.

Restroom availability:  The Visiting Room restroom procedures at Menard Correctional Center were changed for security reasons, and an extra staff member was added to conduct escorts to and from the short distance from the Visiting Room to the Gatehouse.

Recent shakedown:  There was a recent institutional wide search of living and common areas throughout the facility.  The offenders' process in lodging complaints following the searches is to complete an offender grievance form and submit it through their counselor.  I assure you that the Menard Administration is ensuring that each and every grievance is being thoroughly investigated to address any negligent issues which may have arisen during the operation.

Medical issues/concerns:  Offender Tomberg was seen by a doctor at the facility for medical complaints.  However, due to HIPPA laws, I am unable to share further information with you.  The Department has a policy in place to assist inmates who are slower due to age, disability or medical conditions.  Offender Tomberg is currently participating in our program allowing for slower walk times.

Phones:  The phones in North II Cellhouse are passed out during the 3:00 p.m. – 11:00 p.m. shift in accordance with the same process in the other living units.  Four yard phones have recently been placed on the recreation yard for the North II General Population offenders to grant added opportunity to place phone calls.

I trust this addresses your concerns with these matters.

Sincerely,

Kimberly Butler, Warden
Menard Correctional Center JUL 3 1 2014

cc:     Director Godinez

Case 3:15-cv-00309-SMY   Document 491-5   Filed 11/16/18   Page 145 of 174   Page ID #20888

Ross, et al. vs. Gossett, et al. 15-309   063717

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS |
| COUNTY OF DUPAGE | ) | |

## AFFIDAVIT

I, Karyl Tomberg, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon my personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

1. That on April 16, 2014 while visiting with my son, Gregory Tomberg, in the Menard Correctional Center inmate visiting room, I observed bruising, cuts and indentations around both of Gregory's left and right wrists.

2. That when asked what that was from; my son told me that it was still from the excessively tight handcuffs that were kept on his wrists for four (4) to five (5) hours during the Orange Crush shakedown that happened on Saturday, April 12, 2014. He also told me that he still had no feeling in his left hand thumb because of how tight the handcuffs were on him.

3. That on the bruising, cuts and indentations on both of Gregory's wrists were still visible on the second day of our visit with him on April 17, 2014.

Subscribed and sworn to
before me on the _5_ day
of __June__ , 2014.

_____
Notary Public

Respectfully submitted,

_____
Karyl Tomberg

"OFFICIAL SEAL"
IDA SCHNEIDER
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 03/14/2017

JUL 3 1 2014

Ross, et al. vs. Gossett, et al. 15-309   063718

STATE OF ILLINOIS     )
                            )  SS
COUNTY OF DUPAGE   )

### AFFIDAVIT

I, Marvin Tomberg, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon my personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

1. That on April 16, 2014 while visiting with my son, Gregory Tomberg, in the Menard Correctional Center inmate visiting room, I observed bruising, cuts and indentations around both of Gregory's left and right wrists.

2. That when asked what that was from; my son told me that it was still from the excessively tight handcuffs that were kept on his wrists for four (4) to five (5) hours during the Orange Crush shakedown that happened on Saturday, April 12, 2014. He also told me that he still had no feeling in his left hand thumb because of how tight the handcuffs were on him.

3. That on the bruising, cuts and indentations on both of Gregory's wrists were still visible on the second day of our visit with him on April 17, 2014.

Subscribed and sworn to
before me on the _5_ day
of _June_ , 2014.

_____
**Notary Public**

Respectfully submitted,

_____
Marvin Tomberg

"OFFICIAL SEAL"
IDA SCHNEIDER
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 03/14/2017

Inmate Issues

JUL 3 1 2014



**Illinois
Department of
Corrections**

RECEIVED
06-20-14
TOMBERG R68415 ✓

Pat Quinn
Governor

S. A. Godinez
Director

Menard Correctional Center / P.O. Box 711 / Menard, IL 62259-9998 / Telephone: (618) 826-5071 / TDD: (800) 526-0844

## MEMORANDUM

E 51

**DATE:** 6/19/2014

**TO:** G. Tomberg R68415

**FROM:** Grievance Office, D. Dwight, Office Coordinator
Menard Correctional Center

**SUBJECT:** Grievance(s) dtd 5-18-14 re: 4-12-14 Shakedowns / Staff Conduct (Tact Team)

The attached is being returned for the reason(s) listed below:

X    Contact your Correctional Counselor. Per D.R 504 Grievances, "A committed
person shall first attempt to resolve incidents, problems or complaints, other than complaints
concerning disciplinary proceedings, through his counselor".

Use proper Committed Person's Grievance Report Form (DC 0046).

Forward grievance direct to the Administrative Review Board. (protective custody, enforced
medication, disciplinary reports from other facilities, decisions rendered by the Director, etc.).

X    Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be
addressed further.

Unable to determine nature of grievance/correspondence. Submit additional specific
information.

Illegible copy submitted – submit legible copy for consideration.

Request restoration of GCC, segregation time cut, grade restoration to the Adjustment
Committee. If request is denied, utilize the grievance process for further consideration.

Issue has been previously addressed on grievance #        No justification for further
consideration.

Contact the Record office with your request and/or additional information (sentence
calculations, jail credits, etc.).

*WARDEN'S RESPONSE TO ATTACHED LETTER RECEIVED BY TOMBERG R68415 ON 07-09-14*

Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A,
Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.).

This is to inform you that your Grievance was deemed a Non-Emergency by the CAO. Please follow
proper procedure per DR 504 f Grievance Procedures for Offenders & AD 04.01.114 Local Offender
grievance procedures.

Grievance was not completed prior to your transfer. If this is still an issue, forward to the ARB.

Other:

Inmate Issues

JUL 3 1 2014

*↳ *Although this copy of your grv. is Out of Timeframe, it is also a
duplication of grievances. Submission of duplicate issues is not
necessary. Your initial grievance regarding Scott Conduct / Tact Team
was received 5/21/14 and is currently pending Grievance Officer Review
(grev# 155-5-14). Also #154-5-14, a related issue has been answered
and you have been sent a copy. #160 5-14, another related issue is
currently pending Grievance Officer Review. No justification for
further consideration —EOS —*

Ross, et al. vs. Gossett, et al. 15-309    063719

ENCLOSURE 1 - PCU
CONFIDENTIAL

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**    PAGE ONE (1)

RECEIVED WARDEN'S RESPONSE 05-21-1-0

| Date: 05-18-14 | Offender: (Please Print) TOMBERG, GREGORY | ID#: R68415 |

| Present Facility: MENARD C.C. | Facility where grievance issue occurred: MENARD C.C. |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): EXCESSIVE FORCE, PHYSICAL AND PSYCHOLOGICAL TRAUMA

- [ ] Disciplinary Report: ___/___/___
  Date of Report      Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ON 04-12-14 I, AN ELDERLY, DISABLED LOW AGGRESSION WITH CHRONIC HEALTH PROBLEMS INMATE, WAS ORDERED TO STRIP NAKED, SEARCHED, ORDERED TO DRESS WITH NO UNDERWEAR, T-SHIRT OR SOCKS HANDCUFFED AND EXTRACTED FROM MY CELL BY ILLINOIS DEPARTMENT OF CORRECTIONS (I.D.O.C.) TACTICAL UNIT (ORANGE CRUSH) RIOT SQUAD MEMBERS SO THAT A SHAKEDOWN OF MY CELL COULD BE CONDUCTED. I FULLY COMPLIED WITH ALL ORDERS GIVEN BY THE I.D.O.C.. THE ORANGE CRUSH UNIT WAS EQUIPPED WITH FULL RIOT GEAR AND EQUIPMENT INCLUDING HELMETS, SHIELDS, COMBAT BOOTS AND LARGE WOODEN CLUBS.    ——— CONTINUED NEXT PAGE ———

Relief Requested: 1) THAT I NOT BE SUBJECTED TO EXCESSIVE USE OF FORCE, BEATINGS, THREATS AND INTIMIDATION DUE TO MY AGE AND/OR PHYSICAL LIMITATIONS DUE TO MY AGE AND POOR HEALTH ——— CONTINUED PAGE FIVE (5) ———

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature    R68415    05/18/14
                         ID#      Date

(Continue on reverse side if necessary)

Required per DR504  →  **Counselor's Response (if applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Inmate Copy

JUN 3 1 2014

RECEIVED
MAY 21 2014

Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**    GRIEVANCE OFFICE
                         MENARD CORRECTIONAL CENT

Date Received: ___/___/___    Is this determined to be of an emergency nature?
   ESI
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    5-21-14
                                            Date

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)

Case 3:15-cv-00309-SMY   Document 491-5   Filed 11/16/18   Page 149 of 174   Page ID
#20892
Ross, et al. vs. Gossett, et al. 15-309   063720

AFTER BEING REMOVED FROM MY CELL WHILE HANDCUFFED AND BEING
ESCORTED TO THE BACK OF NORTH 2, ONE (1) GALLERY I WAS HIT IN MY
BACK BY THE ORANGE CRUSH OFFICER USING HIS WOODEN RIOT CLUB
BECAUSE I WAS NOT WALKING FAST ENOUGH TO KEEP UP WITH THE 18 AND
19 YEAR OLD YOUNGER AND HEALTHY INMATES IN FRONT OF ME. PRIOR
TO BEING STRUCK IN MY BACK WHILE HANDCUFFED I WAS NOT
GIVEN ANY INSTRUCTION, ORDER, WARNING OR OTHER TO WALK
FASTER.

I, ALONG WITH ALL OTHER INMATES FROM N-2, ONE (1) GALLERY, WAS
MARCHED, PRESSED UP AGAINST ONE ANOTHER'S BACKS, TO RANDOLPH HALL
WHERE I WAS ORDERED TO STAND IN A PAINFUL AND CRAMPING POSITION
DIRECTLY BEHIND ANOTHER INMATE FOR APPROXIMATELY FOUR (4) TO FIVE (5)
HOURS. DURING THIS TIME BOTH THE PHYSICAL AND PSYCHOLOGICAL
PAIN BECAME EXCRUCIATING AND TORTUROUS. I WAS AFRAID, SCARED
AND IN FACT PARANOID TO ASK FOR ANY TYPE OF RELIEF OR MEDICAL
HELP OR ASSISTANCE FROM ANY OF THE RIOT PREPARED AND EQUIPPED
ORANGE CRUSH OFFICERS FOR FEAR OF A PHYSICAL BEATING OR WORSE.

DURING THIS TIME OF TORTURE BOTH OF MY HANDS TURNED BLACK AND
BLUE AND I LOST FEELING IN BOTH HANDS. I BECAME VERY DIZZY
AND WAS KEPT FROM FALLING ONLY WITH THE HELP OF OTHER INMATES,
I SUFFER FROM CHRONIC DIZZINESS AND HEADACHES DUE TO A
BRUTAL NEAR DEATH ASSAULT WHILE AT THE STATEVILLE C.C. AND
I.D.O.C. NEGLIGENCE. AGAIN, I WAS AFRAID TO ASK FOR ANY
HELP OR ASSISTANCE FROM ANY I.D.O.C. PERSONNEL DUE TO THEIR
INTIMIDATING THREATS OF PHYSICAL HARM.

EVENTUALLY I WAS RETURNED TO MY CELL. UPON ENTERING MY CELL
I FOUND IT TO BE A MESS AND IN TOTAL DISARRAY AS A RESULT OF THE
ORANGE CRUSH SHAKEDOWN. THE CELL LOOKED AS IF A TORNADO OR
AN INSANE MADMAN HAD TORN THROUGH. FOOD, PERSONAL PROPERTY,
FAMILY PHOTOGRAPHS, LEGAL PAPERS, HYGIENE ITEMS AND BEDDING HAD
ALL BEEN DUMPED ON THE CELL FLOOR. IT WAS OBVIOUS THAT
ABSOLUTELY NO CARE OR CONSIDERATION WAS GIVEN FOR OUR PERSONAL
PROPERTY BY WHOMEVER CONDUCTED THE SECURITY SHAKEDOWN.
MY COMMISSARY PURCHASED TELEVISION HAD ALSO BEEN DAMAGED. THIS
VINDICTIVE SHAKEDOWN AND DAMAGE OF PERSONAL PROPERTY SHOWED NO
PROFESSIONALISM BY THE ILLINOIS DEPARTMENT OF CORRECTIONS TACTICAL
UNIT OR THOSE WHO ARE TO SUPERVISE THEM. IT TOOK HOURS TO CLEAN UP
THE DAMAGE AND MESS LEFT BEHIND BY ORANGE CRUSH.

THE LOSS OF FEELING, DUE TO THE OVER TIGHT HANDCUFFS, IN MY RIGHT
HAND AND MOST OF MY LEFT HAS RETURNED. HOWEVER, AFTER
SEVERAL DAYS, STILL THE FEELING IN MY LEFT THUMB AND PALM HAS
NOT RETURNED. AGAIN, THIS LOSS OF FEELING HAPPENED DURING
CONTINUED NEXT PAGE

Case 3:15-cv-00309-SMY   Document 491-5   Filed 11/16/18   Page 150 of 174   Page ID #20893

Ross, et al. vs. Gossett, et al. 15-309   063721

AFTER BEING REMOVED FROM MY CELL WHILE HANDCUFFED AND BEING ESCORTED TO THE BACK OF NORTH 2, ONE (1) GALLERY I WAS HIT IN MY BACK BY THE ORANGE CRUSH OFFICER USING HIS WOODEN RIOT CLUB BECAUSE I WAS NOT WALKING FAST ENOUGH TO KEEP UP WITH THE 18 AND 19 YEAR OLD YOUNGER AND HEALTHY INMATES IN FRONT OF ME. PRIOR TO BEING STRUCK IN MY BACK WHILE HANDCUFFED I WAS NOT GIVEN ANY INSTRUCTION, ORDER, WARNING OR OTHER TO WALK FASTER.

I, ALONG WITH ALL OTHER INMATES FROM N-2, ONE (1) GALLERY, WAS MARCHED, PRESSED UP AGAINST ONE ANOTHER'S BACKS, TO RANDOLPH HALL WHERE I WAS ORDERED TO STAND IN A PAINFUL AND CRAMPING POSITION DIRECTLY BEHIND ANOTHER INMATE FOR APPROXIMATELY FOUR (4) TO FIVE (5) HOURS. DURING THIS TIME BOTH THE PHYSICAL AND PSYCHOLOGICAL PAIN BECAME EXCRUCIATING AND TORTUROUS. I WAS AFRAID, SCARED AND IN FACT PARANOIA TO ASK FOR ANY TYPE OF RELIEF OR MEDICAL HELP OR ASSISTANCE FROM ANY OF THE RIOT PREPARED AND EQUIPPED ORANGE CRUSH OFFICERS FOR FEAR OF A PHYSICAL BEATING OR WORSE.

DURING THIS TIME OF TORTURE BOTH OF MY HANDS TURNED BLACK AND BLUE AND I LOST FEELING IN BOTH HANDS. I BECAME VERY DIZZY AND WAS KEPT FROM FALLING ONLY WITH THE HELP OF OTHER INMATES. I SUFFER FROM CHRONIC DIZZINESS AND HEADACHES DUE TO A BRUTAL NEAR DEATH ASSAULT WHILE AT THE STATEVILLE C.C. AND E.D.O.C. NEGLIGENCE. AGAIN, I WAS AFRAID TO ASK FOR ANY HELP OR ASSISTANCE FROM ANY I.D.O.C. PERSONNEL DUE TO THEIR INTIMIDATING THREATS OF PHYSICAL HARM.

EVENTUALLY I WAS RETURNED TO MY CELL. UPON ENTERING MY CELL I FOUND IT TO BE A MESS AND IN TOTAL DISARRAY AS A RESULT OF THE ORANGE CRUSH SHAKEDOWN. THE CELL LOOKED AS IF A TORNADO OR AN INSANE MADMAN HAD TORN THROUGH. FOOD, PERSONAL PROPERTY, FAMILY PHOTOGRAPHS, LEGAL PAPERS, HYGIENE ITEMS AND BEDDING HAD ALL BEEN DUMPED ON THE CELL FLOOR. IT WAS OBVIOUS THAT ABSOLUTELY NO CARE OR CONSIDERATION WAS GIVEN FOR OUR PERSONAL PROPERTY BY WHOMEVER CONDUCTED THE SECURITY SHAKEDOWN. MY COMMISSARY PURCHASED TELEVISION HAD ALSO BEEN DAMAGED. THIS VINDICTIVE SHAKEDOWN AND DAMAGE OF PERSONAL PROPERTY SHOWED NO PROFESSIONALISM BY THE ILLINOIS DEPARTMENT OF CORRECTIONS TACTICAL UNIT OR THOSE WHO ARE TO SUPERVISE THEM. IT TOOK HOURS TO CLEAN UP THE DAMAGE AND MESS LEFT BEHIND BY ORANGE CRUSH.

THE LOSS OF FEELING, DUE TO THE OVER TIGHT HANDCUFFS, IN MY RIGHT HAND AND MOST OF MY LEFT HAS RETURNED. HOWEVER, AFTER SEVERAL DAYS, STILL THE FEELING IN MY LEFT THUMB AND PALM HAD NOT RETURNED. AGAIN, THIS LOSS OF FEELING HAPPENED DURING

CONTINUED NEXT PAGE

Distribution: Master File; Offender

Page 2

Printed on Recycled Paper

DOC 0046 (8/2012)

Ross, et al. vs. Gossett, et al. 15-309   063722

And directly after the application of excessively over tight handcuffs on my wrists by the I.D.O.C. Orange Crush Riot Squad.

When seen by Dr. Nwaobasi for this injury he told me that due to the overtight handcuffs being on my wrists for so long that the bloodflow to the nerves in my hands had been cut off. Dr. Nwaobasi further told me that the nerves had been damaged and that the feeling/use may or may not return in time.

Since this physical and psychological abuse and torture by the I.D.O.C. Orange Crush Riot Squad I, an elderly, disabled and low aggression inmate already suffering from anxiety, P.T.S.D. and other mental issues due to I.D.O.C. negligence, am having new and additional mental health issues and problems. I am constantly reliving and have rampant thoughts of April 12, 2014 and the torture of that day. Every time I hear the one (1) gallery door slam I immediately panic and think of another violent riot squad rushing in to take me away. I am so very much more jumpy or nervous all as a result of this physical and psychological torture by Orange Crush.

, I have extreme difficulty trying to fall and/or stay asleep. Every night since April 12, 2014 I have had nightmares regarding this and other abuse and torture by the Illinois Department of Corrections and the Orange Crush Riot Squad. Most of these nightmares cause me to wake up in a panic and many causing me to wake up feeling paralyzed and soaked in a cold sweat. Sometimes with my heart pounding and difficult to breathe.

I am forced to eat lunch and dinner and have "rec" time in the very same gymnasium where the physical and psychological abuse and torture took place. Due to assigned seating for meals, I am forced to sit facing directly where I was tortured by Orange Crush. This, at times makes me sick to my stomach and unable to eat. I am unable to benefit from "rec" time for very much the same reasons, the abuse and torture by Orange Crush on Saturday, April 12, 2014.

Unlike the medical treatment paid for and received I have received no psychological treatment, counseling or help. This despite several requests and letters addressed to Ms. Creason and Mental Health specifically regarding this issue and incident.

As of yet, this has not risen to the need for me to seek crisis team intervention but the continued ignoring of my pleas for help from Mental Health can not continue. I have been assigned to a "Mental Health Gallery" or unit yet can not get mental health help. I am suffering and pleading for help and no one cares.

─── CONTINUED NEXT PAGE ───

JUL 3 1 2014

Ross, et al. vs. Gossett, et al. 15-309     063723

ON 05-06-14 I WAS ORDERED TO THE MENARD C.C. INTEL OFFICE. AT THAT TIME I WAS INTERROGATED BY I.D.O.C. INTEL OFFICER ANTHONY REGARDING LETTERS MY SISTER HAD WRITTEN REGARDING THE ABUSE AND TORTURE OF 04-12-14. I AM THE VICTIM OF BEING STRUCK IN MY BACK WITH A LARGE WOODEN RIOT CLUB WHILE I WAS HANDCUFFED BY A RIOT EQUIPPED I.D.O.C. PROFESSIONALLY TRAINED TACTICAL OFFICER, ADDITIONAL PHYSICAL AND PSYCHOLOGICAL TORTURE AND YET I.D.O.C. INTEL OFFICER ANTHONY TREATED ME AS THE AGGRESSOR. INTEL OFFICER ANTHONY ASKED ME WHY MY SISTER WAS WRITING LETTERS TO THE DIRECTOR AND OTHERS. I WAS TOLD BY OFFICER ANTHONY THAT WHAT HAPPENED AND HAPPENS TO ME IN HERE IS NO ONES BUSINESS. ADDITIONAL COMMENTS WERE MADE TO ME AT THAT TIME BY INTEL OFFICER ANTHONY. I FEEL EXTREMELY INTIMIDATED BY INTEL OFFICER ANTHONY'S QUESTIONING, COMMENTS AND DEMEANOR DURING THIS INTERRO-GATION. THIS ALL ADDING TO THE STRESS AND ANXIETY DUE TO THE APRIL 12, 2014 ABUSE AND TORTURE WHILE IN THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS.

I AM AN ELDERLY, DISABLED, IN POOR HEALTH LOW AGGRESSION INMATE YET WAS, AND CONTINUE TO BE, TREATED AND HANDLED AS A HIGH AGGRESSION NON COMPLIANT INMATE. I AM EXPECTED TO PHYSICALLY ACT THE SAME AND KEEP UP WITH YOUNGER 18-19-20 YEAR OLD INMATES WHO ARE LESS THAN HALF OF MY AGE AND IN FAR BETTER HEALTH, IF I CAN NOT, I NOW KNOW THAT IT IS THE ACCEPTED PRACTICE AND POLICY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS TO BEAT THE ELDERLY IN THE BACK WITH LARGE WOODEN RIOT CLUBS.

I HAVE BEEN SENTENCED TO PRISON, NOT TO PHYSICAL AND PSYCHOLOGICAL TORTURE, ABUSE AND BEATINGS BY THOSE ENTRUSTED AND SWORN TO UPHOLD THE LAWS OF THE STATE OF ILLINOIS AND THE UNITED STATES.

THE BEATING, PHYSICAL AND PSYCHOLOGICAL ABUSE THAT OCCURRED ON 04-12-14 WAS ADMINISTERED TO AN ELDERLY, DISABLED LOW AGGRESSION COMPLIANT INMATE WHO WAS HANDCUFFED THE ENTIRE TIME.

THERE IS NO JUSTIFIABLE REASON OR PENOLOGICAL VALUE OR JUSTIFICA-TION FOR THE PHYSICAL AND PSYCHOLOGICAL TORTURE INFLICTED UPON ME ON APRIL 12, 2014 BY THE ILLINOIS DEPARTMENT OF CORRECTIONS TACTICAL UNIT ORANGE CRUSH RIOT SQUAD.

I AM NOT ABLE TO IDENTIFY ANY OF THE TACTICAL UNIT OFFICERS WHO HIT ME IN MY BACK OR THREATENED ME AS I WAS GIVEN DIRECT ORDERS TO KEEP MY HEAD BENT DOWN AND NOT TO LOOK UP OR AT ANY OF THEM.

I HAVE AND CONTINUE TO FOLLOW PROCEDURES FOR SICK CALL, MEDICAL AND MENTAL HEALTH. I HAVE FILED SPECIFIC AND SEPERATE GRIEVANCES FOR THE $5.00 CHARGE FOR THE MEDICAL TREATMENT NEEDED AS A RESULT OF OVERTIGHT HANDCUFFS, DAMAGED TELEVISION AND MISSING PERSONAL PROPERTY. THIS GRIEVANCE IS NOT SPECIFICALLY ADDRESSING THOSE RELATED ISSUES. I ALSO NAME WARDEN BUTLER, WARDEN HARRINGTON, ASST. WARDEN JONES, JOHN/JANE DOE DEPUTY DIRECTORS, PSYCH ADMINISTRATOR R. CREASON, AND JOHN/JANE DOE LT'S. AND MAJORS FOR THEIR AUTHORIZATIONS OF EXCESSIVE FORCE AGAINST ELDERLY MENTAL HEALTH PRISONER

CONTINUED NEXT PAGE

Ross, et al. vs. Gossett, et al. 15-309    063724

OFFENDER'S GRIEVANCE (Continued)

Case 3:15-cv-00309-SMY   Document 491-5   Filed 11/16/18   Page 153 of 174   Page ID #20808

Ross, et al. vs. Gossett, et al. 15-309   063724

— RELIEF REQUESTED (CONTINUED FROM PAGE ONE(1)) —

AND CHRONIC MEDICAL ISSUES DUE TO PREVIOUS ILLINOIS DEPARTMENT OF CORRECTIONS NEGLIGENCE.   2) THAT I RECEIVE NEEDED MENTAL HEALTH CARE, COUNSELING OR HELP. WITHOUT FURTHER DELAY AND BEFORE MY ISSUES OR CONDITION WORSEN.   3) THAT I RECEIVE CONTINUED AND PROPER MEDICAL CARE AND TREATMENT (WHEN FOLLOWING SICK CALL PROCEDURES) FOR THE INJURIES RECEIVED AS A DIRECT RESULT OF THE I.D.O.C. TACTICAL UNIT (ORANGE CRUSH) RIOT SQUAD ACTIONS ON APRIL 12, 2014. FURTHER, AS THESE INJURIES ARE AS A DIRECT RESULT OF THE I.D.O.C. TACTICAL UNIT (ORANGE CRUSH) RIOT SQUAD ACTIONS THAT I NOT, AGAIN, BE CHARGED FOR ANY NEEDED MEDICAL CARE OR TREATMENT FOR OR RELATED TO THESE INJURIES.   4) THAT THE IMPROPER AND ILLEGAL ACTIONS OF ILLINOIS DEPARTMENT OF CORRECTIONS' PERSONELL ON 04-12-14 BE INVESTIGATED BY TRAINED AND PROFESSIONAL INVESTIGATORS.   5) THAT THE CONDUCT OF INTEL OFFICER ANTHONY ON 05-06-14 BE INVESTIGATED AND THAT I, A VICTIM OF BEING STRUCK IN MY BACK WITH A WOODEN RIOT CLUB WHILE HANDCUFFED BY A RIOT EQUIPPED OFFICER, NOT BE TREATED AS THE AGGRESSOR BUT AS A BATTERY VICTIM DURING ANY FURTHER INVESTIGATION.   6) THAT SUCH PHYSICAL AND PSYCHOLOGICAL ABUSE AND TORTURE OF COMPLIANT, LOW AGGRESSION, ELDERLY INMATES OF THE ILLINOIS DEPARTMENT OF CORRECTIONS CEASE AND SAFEGUARDS BE PUT IN PLACE TO PREVENT FUTURE SUCH UNCHECKED, UNSUPERVISED, OUT OF CONTROL TORTURE AND ABUSE OF ELDERLY I.D.O.C. INMATES.

PLACED IN WARDEN BUTLER'S MAILBOX BY OFFENDER TOMBERG R68415

05-29-14  2 PHOTO COPIES MADE LAW LIBRARY
05-29-14  PLACED IN COUNSELOR'S MAILBOX IN N-2 ADDRESSED TO N-2, ONE(1) GALLERY COUNSELOR ROWOLD.
06-10-14  RECEIVED VIA INSTITUTIONAL MAIL WITH NO COUNSELOR'S RESPONSE, ONLY "COUNSELOR'S RESPONSE (IF APPLICABLE)" HIGHLIGHTED IN GREEN. AGAIN PLACED IN COUNSELOR'S MAILBOX IN N-2 ADDRESSED TO N-2, ONE(1) GALLERY COUNSELOR ROWOLD.

CC: FILE, P. GRETZA, A. MILLS, JOHN HOWARD ASSOCIATION, SENATOR CULLERTON

INMATE ISSUES

JUL 3 1 2014

Distribution: Master File; Offender                    Page 8 5                    DOC 0046 (8/2012)

Printed on Recycled Paper

Ross, et al. vs. Gossett, et al. 15-309   063725

| | |
|---|---|
| Inmate Id: | K78628 |
| Name: | WASHINGTON, CLIFTON |
| Chair Code: | LEMC |
| Grv Type: | L |
| Grv Code: | STAFF CONDUCT |
| Receive Date: | 08/14/2014 |
| Hearing Date: | 10/09/2014 |
| Mailing Date: | 10/23/2014 |
| Grv Loc: | LAWRENCE CC |
| Hearing Loc: | LAWRENCE CC |

| | |
|---|---|
| Return Ind: | |
| Modify Ind: | |
| Deny Ind: | |
| Favorable Ind: | |
| Deferred Ind: | |
| Moot Ind: | |
| Grievance Number: | |
| Incident Number: | |
| Incident Date: | 00/00/0000 |
| Incident Inst: | |
| Date Receipted: | 00/00/0000 |

Comments: RGF: ACTIONS OF TACT TEAM 7/7/14. GRV IS DATED 8/3/14. ARB NEEDS FACILITY RESPONSES RETURNED W/IN DR 504 TIMEFRAME FOR REVIEW.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Washington_ _____ _Clifton_ _____ MI _K78628_
            Last Name          First Name                ID#

Facility: _Lawrence_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _8/2/14_ or ☐ Correspondence: Dated: _____
Received: _8/14/14_ Regarding: _Staff Conduct - 7/7/14 assaulted by Tact Team_
         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional Information required:**
- ☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide dates of disciplinary reports and facility where incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
                                                 Office of Inmate Issues
                                                 1301 Concordia Court
                                                 Springfield, IL  62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
                                   319 E. Madison St., Suite A
                                   Springfield, IL  62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____
                                             Date
- ☐ No justification provided for additional consideration.

Other (specify): _Deemed not an emergency by CAO. Provide response_
_within DR 504 timeframes._

Completed by: _Leslie McCarty_               _Leslie McCarty_          _10, 9, 14_
             Print Name                            Signature               Date

Distribution: Offender
                 Inmate Issues                         Printed on Recycled Paper                      DOC 0070 (Rev.4/2013)

EMERGENCY GRIEVANCE
OFFENDER'S GRIEVANCE

| Date: 8-3-2014 | Offender: (Please Print) Clifton Washington | ID#: K78628 |
|---|---|---|

| Present Facility: Lawrence C.C | Facility where grievance issue occurred: Lawrence C.C |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability

☑ Staff Conduct    ☐ Dietary    ☑ Medical Treatment    ☐ HIPAA

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify):

☐ Disciplinary Report: ____/____/____

    Date of Report      Facility where issued

RECEIVED
AUG 2014
CLINICAL SVCS
LAWRENCE CC

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On July 7 2014 at Approximatly 11:00 Am at Lawrence C.C T.D.o.c's tactical team, known as Orange Crush. Strip Searched me in Front of Other Inmates in a demeaning Sexual Humiliating manner, And maded insignant sexual Comments. The Officer(s) Forced me to tuthe another Inmate penis In Back of me, and The Inmate in Front of me was Forced to touche my Penis. I never Refused the Officers Orders, I was in Restrains. The Officer took my Head From Back and Violently Forced my Forehead in The Back of the Inmate in Front of me, and The Same was done to the

Relief Requested: _____

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Clifton Washington | K78628 | 8/3/2014 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: ____/____/____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: ~~Inmate Issues~~
AUG 14 2014

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

**EMERGENCY REVIEW**

| Date Received: 8/6/14 | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____      8/6/14

Chief Administrative Officer's Signature      Date

Distribution: Master File; Offender      Page 1      DOC 0046 (Rev. 3/2005)

Ross, et al. vs. Gossett, et al. 15-309   063729

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

Inmate in Back of me. We Were Violently Placed So Close together I could Feel the Inmate in Back of me penis pressed Against my Restrained Hands. The Inmate in Front of me penis was pressed Against my Hands. I did make the Officers Aware of this Fact. I Was then Choked, An my Wrist Was Bent in A uncomfortable way that compermized my Ability to Use my Wrist For About A Week.

On July 7, 2014 I Was Assaulted By your tactical team. This Was done At the Authority of Wardcn moore. I Was Forced to Sit in the dining Hall For About 3 Hours in Restrains. This Was very painful I Was not Allowed to look up, talk, or Receive Any medical Attention Which i did Request.

I Am in Fear of Retaliation From Warden moore. I Beleive i Am not Safe Considering once This Situation is looked into There Will Be Retaliation.

C.C

Ross, et al. vs. Gossett, et al. 15-309   063729

Ross, et al. vs. Gossett, et al. 15-309    063730

| | | |
|---|---|---|
| Inmate Id: | R11609 | |
| Name: | WEST, MARCUS | |
| Chair Code: | SHBE | |
| Grv Type: | L | |
| Grv Code: | STAFF CONDUCT | |
| Receive Date: | 03/12/2015 | |
| Hearing Date: | 10/07/2015 | |
| Mailing Date: | 10/19/2015 | |
| Grv Loc: | LAWRENCE CC | |
| Hearing Loc: | LAWRENCE CC | |

| | |
|---|---|
| Modify Ind: | |
| Deny Ind: | X |
| Favorable Ind: | |
| Deferred Ind: | |
| Moot Ind: | |
| Grievance Number: | 9-14-127 |
| Incident Number: | |
| Incident Date: | 00/00/0000 |
| Incident Inst: | |
| Date Receipted: | 00/00/0000 |

**Comments:** GRV# 9-14-127: INCIDENT 7/10/14 W/ TACT TEAM & SHOULDER, NECK, BACK. GRV IS DATED 9/4/14 & REMANDED FOR G.O. TO SEE I/M FACE TO FACE & REVIEW MED ISSUE COMPLAINTS. FINAL LETTER SENT. DENIED



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

October 7, 2015

Marcus West
Register No. R11609
Lawrence Correctional Center

Dear Mr. West:

This will **finalize** the Administrative Review Board's report dated August 26, 2015 in response to your grievance received on March 12, 2015, regarding Staff Conduct (TACT Team 7/10/14) and Medical (7/10/14), which was alleged to have occurred at Lawrence Correctional Center.

This office had remanded the grievance back to Lawrence's Grievance Office to afford Offender West a face-to-face meeting and to review the alleged medical complaints.

The *amended* Grievance Officer's Report and subsequent recommendation dated October 5, 2015 and approval by the Chief Administrative Officer on October 7, 2015 have been reviewed. Per the amended review, West's claims were not substantiated.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: *Sherry Benton*

Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: *John Baldwin*

John R. Baldwin
Acting Director

JA
10/14/15

cc:   Warden, Lawrence Correctional Center
Marcus West, Register No. R11609

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

Ross, et al. vs. Gossett, et al. 15-309   063732

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| | Grievance Officer's Report |
|---|---|

| Date Received: **9-18-2014** | Date of Review: | **10/5/2015** (Amended) | Grievance # (optional): **9-14-127** |
|---|---|---|---|

| Offender: **WEST, MARCUS** | ID#: **R11609** |
|---|---|

| Nature of Grievance: **Staff Conduct** |
|---|

**Facts Reviewed:**

Inmate West states that on the morning of July 10, 2014 at approximately 7:00 am he was subjected to a strip search in front of his cell mate and other open door cells. He was then told by Staff dressed in orange to not say a word and keep his head down at all times. West states he told the unknown officers in orange that he had a torn up shoulder and it was hurting. He states he was handcuffed and while being escorted out of the housing unit and was made to put his head on the guy in front of him. He states that all the way to Dietary he was continuously hit and pushed in the head and back and then made to stay in a bent over, head down, handcuffed position for approximately two hours.

Relief requested: "All officers in orange at Lawrence CC on 7/10/2014 are identified, fired, arrested for being so unprofessional."

Per the ARB, interview conducted with offender West on 10/5/2015 regarding allegations of Use of Force on 7/10/2014. Offender states he was cuffed, taken out of the cell, then made to put his head against it. Offender claims staff used unprofessional language and were aggressive toward offenders while placing them on Housing Unit 7 yard. Offender claims he cannot identify the staff present. He claims offenders were made to walk so close to each other that when stopped suddenly you would bump into next offender and possibly touch their private areas. If any space was seen between offenders, staff would push you into next person in line. Offender stated that after a long time sitting cuffed in Dietary, he advised Officer that he had left shoulder rotator cuff injury but nothing was done. Offender stated he received no medical attention after this incident.

Healthcare contacted on 10/5/2015 and there is no documentation of rotator cuff injury or any medical treatment requested or provided due to the incident.

Grievance Officer cannot substantiate offender's claims of use of force with amended information.

Shakedowns and tactical procedures are facilitated in accordance with AD's, ID's and administrative direction.

**Recommendation:**

At ARB request, grievance was reheard, additional information gathered and Grievance Officer recommends that the grievance be denied.

Diane Musgrave, CCII
Print Grievance Officer's Name                                   Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: ___**10/7/15**___   ☒ I concur   ☐ I do not concur   ☐ Remand

Comments: _____

_____

_____

Chief Administrative Officer's Signature                        10 , 7 , 15
                                                                                          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature                                ID#                                Date

Distribution: Master File; Offender                           Page 1                           DOC 0047 (Rev 3/2005)

**Benton, Sherry**

---

| | |
|---|---|
| **From:** | Strubhart, Jeffrey L. |
| **Sent:** | Wednesday, October 07, 2015 10:20 AM |
| **To:** | Benton, Sherry |
| **Subject:** | West R11609 |
| **Attachments:** | Scanned from a Xerox Multifunction Device.pdf |

Sherry,

Here is the  amended response for grievance #9-14-127 regarding Inmate West allegation of use of force during the Tactical shakedown in July 2014. There is a summary of his statement from an interview conducted on 10-5-15 along with follow-up with Health Care for any documentation about his shoulder injury.

If you need anything else let me know.

Jeffrey L. Strubhart
Correctional Counselor II
Grievance Officer
Lawrence Correctional Center
1-618-936-2064 ext 2049

Ross, et al. vs. Gossett, et al. 15-309   063734



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**JOHN R. BALDWIN**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

August 26, 2015

Marcus West
Register No.  R11609
Lawrence Correctional Center

Dear Mr. West:

This is in response to your grievance received on March 12, 2015, regarding Staff Conduct (TACT Team 7/10/14) and Medical (7/10/14), which was alleged to have occurred at Lawrence Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated September 4, 2014 regarding the alleged actions of the TACT Team on July 10, 2014 and subsequent medical issues caused. In summary, you feel the position of which you were forced to walk and remain in for 2-hours was degrading. You claim that while you cannot identify any officer, as you were made to keep your head down and face gear was worn by staff, you had your head "pushed" against the cell door, were continuously "hit and pushed in the head and back" and slammed into the man in front of you. Prior to being cuffed, you attempted to tell staff that you had a "torn up shoulder" and could not be cuffed for an extended period, but was told "too bad". After two hours of this, you claim your shoulder, back and neck was "throbbing in pain".

The Grievance Officer's Report (9-14-127) and subsequent recommendation dated December 31, 2014 and approval by the Chief Administrative Officer on February 11, 2015 have been reviewed.

Based on a total review of all available information, and in accordance with DR504.850, it is the opinion of this office that the grievance be **remanded** back to Lawrence's Grievance Office. A.D. 04.01.114 states in part that when an offender cites use of force, the Grievance Officer is *required* to afford the offender with a face-to-face meeting on the issue and to report (summarize) this conversation in their grievance review. This grievance is being remanded for this to occur and for a review of Offender West's alleged medical complaints. The Grievance Officer is to amend this grievance with this information and to provide this office (and Offender West) with a copy of the amended grievance. This office will finalize this review, when the amended grievance is received.

FOR THE BOARD: _Sherry Benton_

Sherry Benton
Administrative Review Board
Office of Inmate Issues

I concur. Grievance Office is to proceed as directed above.

_John R. Baldwin_   TA 9/9/15

John R. Baldwin
Acting Director

cc:   Warden, Lawrence Correctional Center
      Grievance Office, Lawrence Correctional Center
      Marcus West, Register No. R11609
      Tickler File

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: **9-18-2014** | Date of Review: **12/31/2014** | Grievance # (optional): **9-14-127** |
| Offender: **WEST, MARCUS** | | ID#: **R11609** |

Nature of Grievance:  **Staff Conduct**

Facts Reviewed:

Inmate West states that on the morning of July 10, 2014 at approximately 7:00 am he was subjected to a strip search in front of his cell mate and other open door cells.  He was then told by Staff dressed in orange to not say a word and keep his head down at all times.  West states he told the unknown officers in orange that he had a torn up shoulder and it was hurting.  He states he was handcuffed and while being escorted out of the housing unit and was made to put his head on the guy in front of him. He states that all the way to Dietary he was continuously hit and pushed in the head and back and then made to stay in a bent over, head down, handcuffed position for approximately two hours.

Relief requested: "All officers in orange at Lawrence CC on 7/10/2014 are identified, fired, arrested for being so unprofessional."

Shakedowns and tactical procedures are facilitated in accordance with AD's, ID's and administrative direction.

Recommendation:

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied.

Diane Musgrave, CCII
Print Grievance Officer's Name                          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: __2/11/15__ | ☑ I concur  ☐ I do not concur | ☐ Remand |

Comments: _____

Chief Administrative Officer's Signature                          2 / 11 / 15
                                                                                        Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand that this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature                          ID#  R11609  3 / 1 / 15
                                                              Date

RECEIVED
MAR 12 2015
ADMINISTRATIVE
REVIEW BOARD

RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Ross, et al. vs. Gossett, et al. 15-309 063736

Case 3:15-cv-00309-SMY Document 491-5 Filed 11/16/18 Page 165 of 174 Page ID
Ross, et al. vs. Gossett, et al. 15-309 063737
#3508

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 9·4·2014 | Offender: (Please Print) MaRcus WEST | ID#: R 11L069 |

| Present Facility: LawREnce d. c. | Facility where grievance issue occurred: LawREnce d. c. |

**NATURE OF GRIEVANCE:**  9-14·127

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify)

RECEIVED LAWRENCE C.

- [ ] Disciplinary Report: _____
  Date of Report        Facility where issued

GRIEVANCE OFFICE

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the MoRNing of 7·10·2014 At APPRox 7 AM NUMERous Men In oRAnGE Riot GEAR, That Is combat Boots, HElMets And Face SheilDs, And long billy club - night Stick ARRiVED on My AssiGNED HousiNG uniT "7B Wing" And PosteD outsiDE EVERY cEll DooR In the builDings. My cEll DooR WAS beAt on And then oPEN. I WAS oRDEReD to REMoVE All My cloths, GRAb My Ass cheEks to StRtcheD, BEND oVER And SPREAD them, All In fRont of My cEll MAde And otheR oPEN DooR cElls. I WAS oRDEReD to Put on no unDER GARMENts, Just PAnts, ShiRt

**Relief Requested:** All officERS In oRAnGE At LAWREnce d. d. on 7·10·14 To be IDEntifieD, FiReD And ARREsteD foR beinG So UNProfEssionAl.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| MaRcus WEST | R·11L069 | 9, 4, 14 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 9, 5, 14 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Shakedowns and tactical procedures are facilitated in accordance with AD's, ID's and administrative direction.

| D. Williams | D. Will | 9 15 14 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

| Chief Administrative Officer's Signature | | Date |

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)

RECEIVED
MAR 12 2015
ADMINISTRATIVE
REVIEW BOARD

**OFFENDER'S GRIEVANCE (Continued)**

and boots and turn around, place my hands behind
my back and cuff up. After being hand cuffed by this
unknown officers in orange, I was told not to
say a word or I would regret it. I was told to
keep my head down at all times or they would make me
keep it down. I then was advised the officer that
I had to turn up shoulder and it was already hurting
just seconds before being cuffed, the officer stated
"To bad." I was escorted out my living unit cell and my
head was pushed against the cell door. I was
then ordered to get behind the man who lives next door
from I and my cell mate "7B upper 116" and put my head
on his back. I was then taken out of house seven onto
seven and five deck yard where dozens of officers
dressed in all orange was lined up, and soon as I stepped
out onto the yard for about a 200 yard walk to the
Dietary. I was continuously hit and pushed in the head
and back, slamming into the man in front of me, and
being slammed into by the man behind me. Full body
to body contact. I witnessed hand cuffed inmates
being drug on the ground, pushed on the ground and kicked
by multiple officers, none I was able to look up and
identify under threat of harm to me. The front of my
body was sore, the back of my body was sore. I was then
held in a bent over, head down, handcuffed position
for approx. 7 hours. My shoulder, back, neck was still throbbing
in pain due to this incident, waiting in the Dietary for
it to be over. Then the walk back to housing unit seven
was much of the same thing, pushes and hits to the head
back of the neck and back, being forced into the body
of another man. It was degrading by such acts
by being forced into another man, and another man
being forced onto me. I can't I.D. any of these thousands
but in the custody of I.D.O.C, Lawrence, C.C. and
Head Warden Steve Duncan, who not just allowed, but
had to promote this abuse.

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R11609 | **Counseling Date** | 07/14/14 10:01:36:543 |
| **Offender Name** | WEST, MARCUS | **Type** | Personal |
| **Current Admit Date** | 10/22/2010 | **Method** | Face To Face |
| **MSR Date** | 01/25/2028 | **Location** | LAW R7 |
| **HSE/GAL/CELL** | R7-BL-13 | **Staff** | WILLIAMS, DARREN N., Correctional Counselor II |

Offender was on 60 day contact list. The offender stated that he did not need anything. I told him that if something changes, to send me a request slip.

Inmate Id: B10567

Name: WHITE, LOUIS

Chair Code: SAJO

Grv Type: L

Grv Code: STAFF CONDUCT

Receive Date: 10/09/2014

Hearing Date: 05/26/2015

Mailing Date: 06/19/2015

Grv Loc: LAWRENCE CC

Hearing Loc: WESTERN ILLINOIS CC

Modify Ind:

Deny Ind: X

Favorable Ind:

Deferred Ind:

Moot Ind:

Grievance Number: 07-14-127

Incident Number:

Incident Date: 00/00/0000

Incident Inst:

Date Receipted: 00/00/0000

Comments: GRV # 07-14-127; ACTIONS OF TACT TEAM 7/7/14, CLAIMS MADE TO PUT HEAD ON I/M IN FRONT OF HIM BACK. GRVS LEFT TO SIT AT TABLE FOR MORNING WITH HEAD DOWN, STAFF MADE THREATENING STATEMENTS. GRV IS DATED 7/19/14. (F)



## Illinois
### Department of
## Corrections

**BRUCE RAUNER**
Governor

**Donald Stolworthy**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _White, Louis_       Date: _5/26/15_

Register # _B10567_

Facility: _Western IL CC_

This is in response to your grievance received on _10/9/14_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _7/19/14_   Grievance Number: _7-14-127_   Griev Loc: _Lawrence_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____ Incident # _____
- ☒ Other _Orange crush shakedown 7/7/14_

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.
- ○ In addition, property items are to be disposed of in accordance with DR501C.
- ○ Other:_____

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

FOR THE BOARD: _Sarah Johnson_   CONCURRED: _D Stolworthy_
Sarah Johnson                                      Donald Stolworthy
Administrative Review Board                         Director
                                                   6/4/15

CC:   Warden, _WIC_ Correctional Center
_White, Louis_, Register No. _B10567_

Ross, et al. vs. Gossett, et al. 15-309   063742

R4 CL 02

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 7-14-14 | Offender: (Please Print) Louis White | ID#: J-10569 |
|---|---|---|

| Present Facility: Lawrence CC | Facility where grievance Issue occurred: Lawrence CC |
|---|---|

7-14-127

RECEIVED
LAWRENCE CC
JUL 21 2014
GRIEVANCE OFFICE

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 7-7-14 at approximately 7:12 AM Tact Unit "Orange-Crush" came storming onto R4C-wing screaming loudly for everyone to get up and then proceeded to run up & down the wing banging on cell doors w/sticks in hands. One Orange Crush 4o came to my cell CL-2 and commanded me to face the window in my cell as he begin to strip search my cellie. Once this 4o had completed his strip search of my cellie and after cuffing him, he (4o) then instructed me to turn away from the window and remove my clothing. After being both strip searched and handcuffed, I was instructed to step outside of my cell backwards and place my head up against the door. After about

Relief Requested: For those who were in charge of Orange Crush to be re-primand, fired, and held accountable for the actions of his/her staff members on said date.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _____ | _____ | _____ / _____ / _____ |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: 7, 21, 14 | [x] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: The mass shakedown was conducted in compliance with all AD's & ID's governing shakedowns

| D Musgrave | D. Musgrave RECEIVED 21, 14 |
| (Print Counselor's Name) | Counselor's Signature OCT 9 2014 Date of Response |

**EMERGENCY REVIEW**

Office Of Inmate Issues

| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| _____ | _____ / _____ / _____ |
| Chief Administrative Officer's Signature | Date |

Distribution: Master File, Offender       Page 1       DOC 0046 (8/2012)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE (Continued)**

10 minutes of standing against my door, the side of the wing that I live on were all instructed to form a straight line and proceed towards the door of the wing while keeping our heads down. As we were coming out the building several Orange Crush C/o s were standing to the sides and as we crossed the threshold of exiting the building they proceeded to grab the back of our head and shove it downward much further down than where it was at both forcefully and w/out warning. Once led to the yard we was told to place the front of our head on the back of the person in front of us. Being that the guy who was in front of me was much shorter than I am I was not able to fully put my head on this person's back w/out bending my knees. Because for one we were too bunched together to even bend any part of the body. Secondly and most important I have a bad back. Earlier this year it was discovered that I have a wide range of arthritis in my body which prevents me from being able to sometime bend all the way down or stand for long periods of time. As I tried to explain my situation to the C/o whom were standing the closest to me, he immediately grabbed the back of my head and begin to push down forcefully and as I cried out from thear pain this C/o shouted loudly in my ear Head down - Mouth shut or you will be taken down to the pavement, you are not in control. So after being escorted to the North Chowhall, we were all told to be seated at the tables and keep our heads down and our mouths shut. And this is the way we remained for the majority of that morning. Whenever a inmate would complain about a various medical issue or about the handcuffs being way too tight we were subjected to both verbal and at times physical abuse. At "No-time" did I nor anyone that was in the same vicinity that I was in show any signs of resistance neither verbally nor physically. Upon every command of the Orange Crush I complied. Not one time did I refuse to follow an order. This is why I am extremely baffled by the behavior of the Orange Crush and why they felt the need to conduct themselves in the manner in which they did? Again there was no imminent threat or signs of rebellion towards them in no shape or form coming from us prisoners. Therefore, there wasn't any reason to put their hands on me in a violent way or talk down to me in any fashion because I complied with every command that was given. The fact that there was no disciliniary report written on me saying that I was in violation of rule 15 such & such or that I had fail to adhere to any instructions given to me by a Orange Crush C/o on the above date and approximate time, clearly shows the cruel intentions

Distribution: Master File; Offender

Ross, et al. vs. Gossett, et al. 15-309   063743

DOC 0046 (8/2012)
Printed on Recycled Paper

Ross, et al. vs. Gossett, et al. 15-309   063744

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 7-19-14 | Offender: (Please Print) Louis White | ID#: S-10567 |
|---|---|---|
| Present Facility: Lawrence CC | Facility where grievance issue occurred: Lawrence CC | |

**NATURE OF GRIEVANCE:**                                   7-14-127

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

LAWRENCE CC

JUL 2 4 2014

GRIEVANCE OFFICE

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report            Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): behind this group of individuals. I have been apart of IDOC for twenty-five years straight and I can honestly say that I have never seen or been subjected to such cruelty and humiliation by an IDOC official(s) as I had on Monday July 7, 2014. The blatant disrespect that I was forced to endure both verbally & physically by Orange Crush, not only made me feel less than a man but less than a human being as well. Here it is 12 days since they (Orange Crush) were here and I am still finding it difficult getting past the events of that day. Having to be handcuffed for close to five hours all with my head down, have

**Relief Requested:** For those who were in charge of Orange Crush to be reprimanded, fired, and held accountable for the actions of his/her staff members on said date.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____     _____     __ / __ / __
Offender's Signature              ID#              Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED

OCT 9 2014

Office _____

_____     _____     __ / __ / __
Print Counselor's Name         Counselor's Signature         Date of Response

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____    Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance.
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____                              __ / __ / __
Chief Administrative Officer's Signature                   Date

Distribution: Master File, Offender

Ross, et al. vs. Gossett, et al. 15-309   063744

DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

definitely effecting my psyche in one capacity or another. Maybe if I had did something wrong to warrant such a reaction from the members of Orange Crush, then I probably would feel more inclined to just accept what happened because maybe I brought it on myself. But that is absolutely not the case, therefore, I feel compelled to write this grievance if only to prevent such an array of professional misconduct like the kind that was illustrated by Orange Crush on July 7, 2014, from ever occuring again within the IDOC.

X L. White / B-10567

R4C-2

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE**

| | Grievance Officer's Report | |
|---|---|---|
| Date Received:  07-24-14 | Date of Review:  10-02-14 | Grievance # (optional):  07-14-127 |
| Offender:  WHITE, LOUIS | | ID#:  B10567 |

| Nature of Grievance:  MASS SHAKEDOWN |
|---|

**Facts Reviewed:**

Inmate White B10567 claims that during the (orange crush) shakedown that occurred on 7-7-14 he was verbally and physically assaulted by the staff performing the shakedown. He claims he was made to look down and bend forward even though he has back problems. He claims he was made to sustain this position for an extended period of time. He further claims his requests for medical attention were ignored.

Relief requested: "For those who were in charge of Orange Crush to be reprimand, Fired, and held accountable For the actions of his/her Staff members on said date."

Mass Shakedown on 07-7-14 was conducted in accordance with the Administrative Directives and Departmental rules governing shakedowns.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied.

JEFFREY STRUBHART CC II

Print Grievance Officer's Name                                        Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| **Chief Administrative Officer's Response** |
|---|

Date Received:  10/2/14          ☒ I concur          ☐ I do not concur          RECEIVED

Comments:

OCT 09 2014

Office Of Inmate Issues

Chief Administrative Officer's Signature                                        10 / 2 /14
Date

| **Offender's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

White, Louis                          B-10567                          10 , 6 , 14

Offender's Signature                                        ID#                                        Date