Ross, et al. vs. Gossett, et al. 15-309    059481

```
 1
 2
 3
 4              AUDIO TRANSCRIPTION
 5        Interview of Angelo Jadan D'Loney
 6            Inmate Number  B60069
 7
 8
 9  In RE:  Ross, Demetrius vs. Gossett, et. al.
10          Case Number:  15 C 0309
11
12
13
14          ILLINOIS ATTORNEY GENERAL
15     100 West Randolph Street - 13th Floor
16          Chicago, Illinois  60601
17          Phone: (312) 814-3695
18
19
20
21
22
23
24
```
1

```
 1  BY MR. JAMES DURAN:
 2      Q   My name is James Duran (phonetic) and I'm an
 3  attorney for the state of Illinois.  I'm here to
 4  interview you about a shakedown that occurred in 2014.
 5  A lawsuit has been filed by inmates that were housed
 6  at Menard, Illinois River, Big Muddy River and
 7  Lawrence Correctional Centers against certain
 8  individuals working for I-DOC arising out of the
 9  operation.
10      I'm here on behalf of the Defendants, the
11  employees of the I-DOC.  Certain inmates are the named
12  Plaintiffs in this case and are represented by a law
13  firm, Loevy & Loevy.  This lawsuit is a class action
14  and at this stage, the class has not yet been
15  certified by the judge.
16      Because you were housed at Menard, you are a
17  potential class member, which means that if the judge
18  certifies a class, you would be represented by
19  Plaintiff's attorneys.  If the judge certifies a
20  class, your interest could be adverse to those of the
21  Defendants.
22      You are of course, free to contact an attorney
23  before speaking to me.  But I would like to interview
24  you to get a better understanding of what happened
```
2

```
 1  during the tactical operation, and what your
 2  experience was.  I am gathering this information to
 3  defend the case on behalf of I-DOC Defendants, but not
 4  for any disciplinary purpose against you or any other
 5  inmates.
 6      This interview is voluntary.  I am not in a
 7  position to offer you anything for participating and
 8  there will be no adverse consequences if you refuse to
 9  talk to me.  However, I'm hoping you are willing to
10  talk to me about what happened during the shakedown at
11  Menard in 2014, if you remember.  So is it okay if I
12  ask you some questions today?
13      A   Yes.
14      Q   Can you please state and spell your name?
15      A   Angelo J-a-d-a-n D-l-o-n-e-y.
16      Q   What's your inmate number?
17      A   B60069.
18      Q   And in 2014, were you housed at Menard
19  Correctional Center?
20      A   Yes.
21      Q   And do you remember a facility-wide
22  shakedown in 2014?
23      A   Yes.
24      Q   Do you know what housing unit you were in?
```
3

```
 1      A   (Inaudible 0:01:58).
 2      Q   Okay.  And what do you recall about that
 3  shakedown?
 4      A   Has us early morning they come running from
 5  the gallery hollering:  Shakedown, shakedown.  And I
 6  know they just come from the gallery.  Get everybody
 7  to the front of their cells.  You at the front and
 8  your cellmate at the back while they strip-searched
 9  you and look at your body cavities.
10      They handcuff you, you move to the back of the
11  cell, let your cellmate come up and they do the same
12  to him and take you out of the cells.
13      Q   Okay.  How  many officers came to your cell
14  to do the strip-search?
15      A   One.  I had one -- well, there be the whole
16  gallery full of officers, so like one strip-searched
17  me.
18      Q   Was it a male?
19      A   Yeah.
20      Q   All right.
21      A   From what I could see, yeah.
22      Q   Okay.  Can you explain the strip-search
23  procedure?  What happened on that day?
24      A   They hollering to the cell:  One at a time.
```
4

Ross, et al. vs. Gossett, et al. 15-309    059481

Ross, et al. vs. Gossett, et al. 15-309    059482

1  If you got a cellmate they had your cellmate stand to
2  the back of the cell facing the wall.  And they just
3  strip-search you, look at your mouth and your ass and
4  turn around, your feet, bend over, squat, cough, your
5  buttocks, and have you dress in what they allow you to
6  wear out of the cell.  And they handcuffed you.
7      Q   What did they allow you to wear out of the
8  cell that day?
9      A   State blues and boots.  No underwear, no t-
10 shirt, no socks.  Just blue shirt, blue pants and
11 boots.
12     Q   And then they performed the same procedure
13 with your cellmate?
14     A   Yeah, as far as I could hear.  I was facing
15 the wall.
16     Q   Okay.  Did they order you to face the wall?>
17     A   Yeah.
18     Q   And after you were strip-searched, what
19 happened?
20     A   Well you handcuffed and I guess when they
21 had everybody, they was ready to leave, they cranked
22 the doors, had you step out backwards, turn around and
23 line up.
24     Q   And where were you taken then?

5

1      A   To the chapel.
2      Q   What floor were you on in the cellhouse?
3      A   Four gallery (phonetic) at the time.
4      Q   Okay, you had to walk down one flight of
5  stairs?
6      A   Yeah.
7      Q   And then when you walked down the flight of
8  stairs were you lined up outside?
9      A   Yeah.
10     Q   And how were you lined up?
11     A   We come out in deuces.  You go to the line,
12 your cellmate come next to you and you walk and you
13 deuce up.  So they deuced the whole gallery up and we
14 -- walked us to the chapel.
15     Q   Okay.  Was there anything unusual about the
16 walk from the cellhouse to the chapel?
17     A   Yeah.  They -- the close you together.  They
18 know, they want to see you -- you got your -- if I'm
19 walking in front of you, my genitals and my chest and
20 my head is on you.
21         And they guys walking behind me, the same thing,
22 on you.  They might be touching their private parts,
23 they stir if you tall or have -- but they always yell:
24 Nuts to butt, back to back, no separation.  So they

6

1  want you to walk like that and with your head down.
2      Q   Okay.  So you had your head down and you
3  were standing upright?
4      A   Yeah, with your head down just walking like
5  that.  And If you happen to look up or stretch your
6  head, "I said head down,"  and they close enough to
7  you to push your head down or they just holler at you.
8      Q   Did any of the officers use any physical
9  force on you during that shakedown?
10     A   No, not me, personally.
11     Q   Okay.  So you left the cellhouse and where
12 were you taken?
13     A   To the chapel.
14     Q   And then when you entered the chapel, what
15 happened?
16     A   You stand up -- you stay against the wall
17 and just line you up in rows against the wall.  You in
18 front.  Usually, depend on where you at, but you in
19 front, your cellmate in front of, just the next person
20 is lined up in front of you.
21     Q   All right.  Were you against the wall or
22 were you in one of the lines behind the (inaudible
23 0:06:13)?
24     A   I can't recall in this shakedown.  I can't

7

1  recall.
2      Q   Do you recall how long you had to stay in
3  the chapel?
4      A   No, it varies because you don't have a
5  watch, so you just -- you just there until they call
6  you out.
7      Q   Do you know approximately how long it was?
8      A   Maybe hour-and-a-half, two hours.
9      Q   Okay.  And then during that hour-and-a-half
10 to two hours, was there any medical people present in
11 the chapel?
12     A   Yeah.
13     Q   Did you need any medical attention?
14     A   No.
15     Q   Do you recall any statements that any of the
16 officers made during?
17     A   To me personally, at the time I had some
18 schrawls (phonetic) in my ear.  Just regular schrwals
19 that the guys put in your ear to keep the holes open.
20         And as I was walking to the chapel, one officer
21 like called another officer like:  Look at this queer
22 with earrings in his ear.  I ought to snatch these
23 motherfuckers out of your ear.
24         And he just kept walking me on the way back and

8

Ross, et al. vs. Gossett, et al. 15-309    059482

1 going to the chapel.  So they never snatched them out,
2 or made me take them out, but just making comments on.
3 Look at this queer.  What the fuck you doing with
4 these earrings in your ear?
5     Q    Do you recall them saying anything else?
6     A    No, not to me, personally.
7     Q    To anyone else?
8     A    Yeah, they just be hollering: Nuts to butt.
9 If an inmate have his head down, put your fucking head
10 down.  Got it down.  I don't got to tell you no more.
11 Just rants.
12     Q    Were all the inmates dressed in their blues?
13     A    Yeah.  That's how they take you out is in
14 blues.
15     Q    After the inmates were in the chapel, were
16 you then taken back to the cellhouse?
17     A    Yeah.
18     Q    How were you taken back?
19     A    The same way.
20     Q    Okay.  And then what happened when you
21 arrived at your cell?
22     A    They put you back in the cell.  The cell is
23 tore up, like literally, everywhere.  So you don't
24 know what's yours.  You don't know what's your

9

1 cellmate's.  Legal work, you got spread out trying to
2 separate and organize.  So just a bunch of chaos.
3     Q    Okay.  Do you recall it else that happened
4 during the shakedown?
5     A    To me, personally, no.  But to the other
6 guys, like my neighbor, he literally walked -- was
7 walking back on the gallery and he must have put his
8 head up and he kept saying:  I kept telling you to put
9 your fucking head down.
10     So he went -- wherever he was standing, at the
11 time, they dragged him to his cell.  He must have hit
12 every bar going from the point of where he was
13 standing to his cell because he kept hollering.  All
14 you could here is: Ding, ding, like your body hitting
15 against the bars.
16     Q    Was that on the way back to the cell?
17     A    On the way back.
18     Q    Did you see this or did you hear it?
19     A    No, I heard it.
20     Q    Did you see it?
21     A    No.  Because you walk with your head down.
22 You don't really get the chance to see nothing.
23     Q    All right, do you recall --
24     A    Well you see and hear stuff but they see you

10

1 with your head up, looking face down, head down, eyes
2 closed.
3     Q    Do you remember that in '14?
4     A    No.
5     Q    Do you recall any other statements during
6 this shakedown?
7     A    Not that I did.  Not that I can really, just
8 hollering and loud talking.
9     Q    Okay.  All right, thank you, those were all
10 the questions.
11         (End of statement)

11

1     I, Audrey Marie Skaja, do hereby certify or
2 affirm that I have impartially transcribed the
3 foregoing from a digitally recorded statement of the
4 above-mentioned proceedings to the best of my ability.

*Audrey M. Skaja*

12

Ross, et al. vs. Gossett, et al. 15-309    059484





Ross, et al. vs. Gossett, et al. 15-309    059485



Ross, et al. vs. Gossett, et al. 15-309    059486

```
 1
 2
 3
 4              AUDIO TRANSCRIPTION
 5           Interview of Brian Buchanan
 6              Inmate Number  B4627
 7
 8
 9   In RE:  Ross, Demetrius vs. Gossett, et al.
10            Case Number:  15 C 0309
11
12
13
14          ILLINOIS ATTORNEY GENERAL
15      100 West Randolph Street - 13th Floor
16            Chicago, Illinois  60601
17             Phone: (312) 814-3695
18
19
20
21
22
23
24
```
1

BY MR. JAMES DURAN:

Q    My name is James Duran (phonetic) and I'm an attorney for the state of Illinois.  I'm here today to interview you about a shakedown that occurred in 2014.  A lawsuit has been filed by inmates that were housed at Menard, Illinois River, Big Muddy River and Lawrence Correctional Centers against certain individuals working for I-DOC arising out of the operation.

I'm here on behalf of the Defendants, the employees of the I-DOC.  Certain inmates are the named Plaintiffs in this case and are represented by a law firm, Loevy & Loevy.  This lawsuit is a class action and at this stage, the class has not yet been certified by the judge.

Because you were housed at Menard, you are a potential class member, which means that if the judge certifies a class, you would be represented by Plaintiff's attorneys.  If the judge certifies a class, your interest could be adverse to those of the Defendants.

You are of course, free to contact an attorney before speaking to me.  But I would like to interview you to get a better understanding of what happened

2

during the tactical operation, and what your experience was.  I am gathering this information to defend the case on behalf of I-DOC Defendants, but not for any disciplinary purpose against you or any other inmates.

This interview is voluntary.  I am not in a position to offer you anything for participating and there will be no adverse consequences if you refuse to talk to me.  However, I'm hoping you are willing to talk to me about what happened during the shakedown at Menard in 2014, if you remember.  So is it okay if I ask you some questions today?

A    Yes.

Q    Can you please state and spell your name?

A    Brian Buchanan, B-r-i-a-n B-u-c-h-a-n-a-n.

Q    What's your inmate number?

A    B4627.

Q    In 2014, were you housed at Menard Correctional Center?

A    Yes, East House, Menard.

Q    And then do you recall a facility-wide shakedown in 2014 at Menard?

A    Yes.

Q    What do you recall about the shakedown?

3

A    First of all, as far as the shakedown, now when we returned, now, you know, all the officers were aggressive.  Kind of aggressive and was telling us get close as possible and yeah, put your head on the guy in front of you back, stuff like that sort.  As well return to your cells, I had stuff missing.

Personally, I had things missing.  I had already took my receipts in shakedown to the lawyers already that's got this lawsuit.  And they took information from me as well, I made it back.  I made it back to the cell and they mixed a lot of my legal stuff up with food and different stuff with my cellmate's stuff.

So here at Menard, I mean, it's out of their hands.  The administration here, it's out of their hands when stuff like that happen because those are the officers that stripped the cells down was basically from other institutions.  So there is nothing the people here that they can do about it.

Q    Okay.  So when the -- when the shakedown started, did officers arrive at your cell?

A    Well they -- they come to every cell in the gallery in formation.

Q    All right.  And then were you strip-

4

Ross, et al. vs. Gossett, et al. 15-309    059486

Ross, et al. vs. Gossett, et al. 15-309    059487

1  searched?
2      A    Yeah.
3      Q    How many officers were at your cell when you
4  were strip-searched?
5      A    I'm not sure, but I know they strip-searched
6  one -- each cellmate separately.  Have one step to the
7  back as they strip-searched the other one.
8      Q    Okay.  And was it a male that strip-searched
9  you?
10     A    Yeah, yeah.
11     Q    Okay.  And what was his strip-search
12 procedure?  Was it the same as every other time you've
13 been strip-searched?
14     A    There is so many shakedowns.  Yeah, I would
15 say it was.  I would say it was.  AS far as I can
16 remember.
17     Q    Okay.  And then after you were strip-
18 searched, were you allowed to put clothes on?
19     A    Just -- just blues, no underwear, no socks.
20     Q    Okay.  And how about shoes?
21     A    Yeah, just shoes.
22     Q    What kind of shoes did you have?
23     A    I had my tennis shoes at the time.
24     Q    Okay.  After you were shaken down, your

5

1  cellmate was shaken down; is that right?
2      A    Yes.
3      Q    Was he shaken down in the same manner as
4  you?
5      A    I couldn't tell you because you have to
6  turn, you face the back as they shake their cellmate
7  down.
8      Q    Okay.  And then were you both handcuffed.
9      A    Yeah.
10     Q    Were you handcuffed in front or in back?
11     A    In back.
12     Q    All right.  Now were you taken out of your
13 cell?
14     A    Yeah, and walked to the chapel.
15     Q    Okay.  Was there anything unusual about the
16 walk to the chapel?
17     A    Yeah, they was -- put your hand on the back
18 and then I -- one of them smacked me on the top of my
19 head on the way back in because my neck was tight and
20 I had to look up.  Because my neck was strained and I
21 had to look up, he smacked me on the back of my head.
22     Q    With his hand?
23     A    Yeah, with the glove on.
24     Q    All right.

6

1      A    I couldn't tell you who it was, but it
2  happened.
3      Q    Okay.  And that was on the way back?
4      A    Back in.
5      Q    Okay.  So on the way out there no one hit
6  you, but on the way back in someone did?
7      A    Yeah, on the way back in.
8      Q    Okay.  Where were you taken from your
9  cellhouse?
10     A    To the chapel.
11     Q    And what happened when you were at the
12 chapel?
13     A    Set there for hours in handcuffs to the
14 back.
15     Q    Okay.  Where did you sit?
16     A    First they made us stand for about an hour
17 just to the wall, facing the walls.
18     Q    Okay.  And then after you were standing for
19 about an hour?
20     A    Then they seated us in the chairs in the
21 chapel about an hour later.
22     Q    Did you require any medical attention at all
23 while you were in the chapel?
24     A    No, not me personally, no.

7

1      Q    Was there medical personnel around?
2      A    Yeah, it was a couple of nurses there.
3      Q    And then after you spent the time in the
4  chapel, how long did you spend sitting in the chapel?
5      A    We was over there for a long time, a long
6  time, a long time.  Maybe two to three hours.
7      Q    Okay.
8      A    Handcuffed to the back.
9      Q    Two to three hours total?
10     A    Maybe, yeah.
11     Q    So that two to three hours, the total
12 included the time that you were standing and the time
13 you were sitting?
14     A    Yeah, altogether, yeah.  I mean to the point
15 where when they getting ready to bring you back to the
16 point where my hands was numb.  I couldn't feel my
17 hands after coming out of the cuffs.
18     Q    All right.  So then you walked from the --
19 the chapel back to your cellhouse, right?
20     A    Yeah.
21     Q    Okay.  And then that's when you said at one
22 point you lifted up your head and you were --
23     A    Yeah, and the officers smacked me on the
24 back of my head with the glove on.

8

Ross, et al. vs. Gossett, et al. 15-309     059488

1     Q    Did you --
2     A    He had palmed me and I was basically right
3  there entering the door in the cellhouse.
4     Q    Did you require medical attention?
5     A    No.
6     Q    Do you recall anything besides what you've
7  already said that any of the officers said during the
8  shakedown?
9     A    Not that I can remember off the top, no.
10    Q    Okay.  And then you said you arrived back at
11 your cellhouse and you were taken back to your cell?
12    A    Yeah.
13    Q    Were all the other inmates dressed in dress
14 blues?
15    A    Yeah, the ones that I saw from my gallery,
16 yeah.
17    Q    Was there any inmates walking around naked
18 out there?
19    A    I mean I couldn't -- you couldn't time
20 (phonetic) or you couldn't lift your head as we walked
21 back to the  -- to the chapel, so I really couldn't
22 tell you.
23    Q    Okay, but you didn't see any though, did
24 you?  You would know if you saw an inmate walking

9

1  around naked?
2     A    No, you can't move your head.  You have to
3  be like this.  They were telling you to put your head
4  on the person back in front of you.
5     Q    Okay.
6     A    So I couldn't look that way.  I couldn't
7  look that way.  I couldn't look up.
8     Q    Oh, so --
9     A    I wouldn't be able to tell you.
10    Q    Okay.
11    A    I couldn't see.
12    Q    Okay.  Then after you got back to your cell,
13 what happened?
14    A    Everything within my cell, everything out of
15 line.  Legal work was mixed up and stuff was missing
16 and the blankets was wet for some reason.
17    My t-shirts had boot prints where the officers
18 stepped on my brand new t-shirts.  Oh it was just in
19 disarray, then, the whole cell.
20    Q    All right.  Do you remember anything else
21 about the shakedown that we haven't already talked
22 about?
23    A    No, it's been a while now.
24    Q    Okay.

10

1     A    You know, I mean, no because you was there
2  and back to the cellhouse after a few hours.
3     Q    All right.  Have you gone through any other
4  statewide or any facility-wide tactical shakedowns?
5     A    As far as in the Department of Corrections?
6     Q    Yes.
7     A    No.
8     Q    Okay.  That was your only one?
9     A    I mean, what, recently?  Beforehand, after
10 like you said?
11    Q    Yes.
12    A    Yes, I have in 2013 down here and '15 and
13 '16, yes.
14    Q    Okay.  And were those shakedowns conducted
15 the same or differently?
16    A    Well, as far as the cells and everything,
17 the same.  As far as you being forced to put your neck
18 down, all that was the same.  But it's been a couple
19 of them where they didn't -- you know what I am
20 saying, get aggressive.  It has been.
21    Q    Okay.
22    A    Yeah.
23    Q    Okay, that's all I have.  Thank you.
24    A    You're welcome.

11

1  (End of interview)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

12

1    I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
                                        13

Ross, et al. vs. Gossett, et al. 15-309     059490





Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 12 of 214   Page ID #20932

Ross, et al. vs. Gossett, et al. 15-309     059492

```
 1
 2
 3
 4                AUDIO TRANSCRIPTION
 5            Interview of Charles Cowart
 6               Inmate Number  K96033
 7
 8
 9   In RE:  Ross, Demetrius vs. Gossett, et. al.
10            Case Number:  15 C 0309
11
12
13
14           ILLINOIS ATTORNEY GENERAL
15      100 West Randolph Street - 13th Floor
16              Chicago, Illinois  60601
17              Phone: (312) 814-3695
18
19
20
21
22
23
24
```

1

BY MR. JAMES DURAN:

Q    My name is James Duran (phonetic) and I'm an attorney for the state of Illinois.  I'm here today to interview you about a shakedown that occurred in 2014. A lawsuit has been filed by inmates that were housed at Menard, Illinois River, Big Muddy River and Lawrence Correctional Centers against certain individuals working for the I-DOC arising out of the operation.

I'm here on behalf of the Defendants, the employees of the I-DOC.  Certain inmates are the named Plaintiffs in this case and are represented by a law firm, Loevy & Loevy.  This lawsuit is a class action and at this stage, the class has not yet been certified by the judge.

Because you were housed at Menard, you are a potential class member, which means that if the judge certifies a class, you would be represented by Plaintiff's attorneys.  If the judge certifies a class, your interest could be adverse to that of the Defendants.

You are of course, free to contact an attorney before speaking to me.  But I would like to interview you to get a better understanding of what happened

2

during the tactical operation, and what your experience was.  I am gathering this information to defend the case on behalf of I-DOC Defendants, but not for any disciplinary purpose against you or any other inmates.

This interview is voluntary.  I am not in a position to offer you anything for participating and there will be no adverse consequences if you refuse to talk to me.  However, I'm hoping you are willing to talk to me about what happened during the shakedown at Menard in 2014, if you remember.  So is it okay if I ask you some questions today?

A    Yes.

Q    Can you state and spell your name for the record?

A    Charles Cowart, C-h-a-r-l-e-s C-o-w-a-r-t.

Q    And what's your inmate number?

A    K96033.

Q    And you're currently incarcerated at Menard Correctional Center; is that right?

A    Yes, and that's MSU.

Q    Where did you say?

A    A week ago I just moved to MSU.

Q    Okay, and what's "MSU"?

3

A    Danville.

Q    Okay.  Do you recall the shakedown in 2014 at Menard?

A    Yes.  I recall somewhat of it, yes.

Q    Okay.  And how  many facility-wide shakedowns have you been involved in, in the I-DOC?

A    I'll be saying at least ten.

Q    All right.  And during the period of April to July 2014, do you remember shakedowns at any facilities besides Menard?

A    No, because Menard's the only facility I've been in that had these shakedowns like this.

Q    What do you recall about that shakedown at Menard in 2014?

A    Well, they -- they took partial of pictures from us.  They made us -- they made us strip down and put on our clothes without underclothes and we had on shower shoes.  They made us walk to the chapel in our shower shoes.

And then they made us put -- they told us to put our nuts on a man's butt in front of us as they rushed us and had us tripping out of our shower shoes.

Q    Do you recall what cellhouse you were in?

A    I was in the -- I want to say -- I was, I

4

1  believe, Front Street, I think North Uppers.  I want
2  to say North -- North 1.  I don't know if they had
3  classified it as two buildings then, yet.  But I know
4  it was North 1.
5      Q    What's the first thing that you recall about
6  the shakedown?
7      A    That we had went on lockdown for something.
8  I can't recall what.  I think it was a staff assault,
9  I think.  It might not have been a staff assault, but
10 I know we went on lockdown.
11     And when I was on lockdown, they -- they came in
12 the building early in the morning, like seven o'clock
13 in the morning, woke us up and they were -- stripped-
14 searched us, had us put on our blues without any
15 underclothes.
16     Q    Okay.
17     A    They let us put on our shoes.
18     Q    I want to ask you about the strip-search.
19 Who stripped you at that time?
20     A    The -- the -- the Orange Crush officer.
21     Q    And was it one officer?
22     A    No, there was two of them.  They stand in
23 front of your cell.  Two of them stood in front of our
24 cell.

5

1      Q    And were they male or female?
2      A    They was male.
3      Q    Okay.  And did you have a cellmate at the
4  time?
5      A    Yes.
6      Q    Can you explain how the strip-search
7  procedure went?
8      A    Well, they had me come up to the bars and my
9  cellmate stand behind me and they strip-searched me
10 first, made me take off all my clothes and hand it to
11 them.  And after they searched it, they gave it back,
12 told me to put it on the bed.  They had me open my
13 mouth, top lip, bottom lip, lift up my tongue.
14     They had me lift up my nuts, separate my penis
15 from my scrotum.  Then lifted up -- the had me turn
16 around, lift up one feet, wiggle my toes, lift up the
17 other feet, wiggle my toes.  They had me bend over at
18 the waist, spread my -- my butt cheeks and cough.
19     Q    Okay.  You spread your own butt cheeks,
20 right?
21     A    Yeah.
22     Q    Okay.  And then after that, were you given
23 your clothes back?
24     A    No, they tell you to get your blues.

6

1      Q    Okay.
2      A    They tell you to get your blues and put on
3  your blues with no underwear, no socks.
4      Q    And your blues are like a blue shirt, like
5  what you're wearing now?
6      A    Blue shirt an the blue pants that I have on.
7      Q    Okay.
8      A    It's like that.  That's the uniform, they
9  tell you to put that with no underwear and no socks.
10     Q    Okay, so you put your blue shirt and blue
11 pants on and then shower shoes?
12     A    Yes, shower shoes with no socks.
13     Q    And then did they strip-search your
14 cellmate?
15     A    Yeah, after they strip-searched me and I put
16 on my blues and shower shoes, they handcuffed me.
17 They handcuffed me.  And then once they handcuffed me,
18 I go to the back of the cell and my cellmate comes to
19 the front.
20     Q    Okay.  And did they have you face the back
21 wall?
22     A    Yeah, they had me -- but would tell me, but
23 I turned around because I didn't want to see, but I
24 turn around and face the back wall because I don't

7

1  want to see them strip-search my cellmate.
2      Q    Okay.  And then did they perform the same
3  procedure with your cellmate?
4      A    Yes.
5      Q    Were any females present at the strip-
6  search?
7      A    No.  They was -- if -- the females were like
8  there, walk past.  You know I can see other for --
9  officer female or male unless you right up on them and
10 you be able to look at them because they all look the
11 same.
12     They got helmets on so, you know what I'm saying,
13 like officials with regular clothes on.  They probably
14 walk back and forth, whatever, I guess, trying to see
15 what they doing.  But it had always been male that
16 searched me.
17     Q    Okay.  And then you said they had helmets
18 on.  There is a mask on the helmet, correct?
19     A    Yeah.
20     Q    And it's a clear glass or clear plastic
21 glass?
22     A    Yeah, it's a visor.
23     Q    A clear visor?
24     A    Yeah.

8

1    Q    Okay, so after you were strip-searched and
2 handcuffed, what happened then?
3    A    After they got through with my cellmate,
4 they tell us -- they tell us to wait until they open
5 the door.  And when they open the door, they tell us
6 to step out, either to the right or to the left.
7         And then once they do that, they're like turning
8 you to the right or the left and walk, but you got to
9 put your body up against whose ever in front of you,
10 either your cellmate or the cellmate that's next door
11 to you.
12    Q    And you were on the first floor, correct?
13    A    Yes.
14    Q    Okay, so they had -- so did they do the same
15 procedure in all the other cells?
16    A    Well, no, I was on -- I had to come down the
17 stairs.  So I had to go down the stairs.  So when I
18 come out of the cell, they right there and they make
19 you walk up.  So we had to walk down the stairs.
20    Q    Okay.
21    A    We had to walk down the stairs.  One, they
22 did the bottom -- the bottom half like that, too.
23    Q    All right, and you and your cellmate and the
24 other line of inmates had to walk down the stairs.

9

1    A    Yes.
2    Q    You weren't touching each other while you
3 were walking down the stairs, were you?
4    A    We had to be right up on each other.
5    Q    Okay.  And then when you got to the bottom
6 of the stairs, where did you go?
7    A    We -- we -- they all lined us up outside.
8 They lined us up.  The have us in the same file line,
9 but they want you up on the person that's in front of
10 you.
11    Q    All right, were you standing straight up or
12 bent over?
13    A    You're standing straight up, but you got to
14 have your hear down.  You can't have your head up.
15 You got to look down.
16    Q    And then what happened, where did you go?
17    A    And then they guide you to the chapel.  Then
18 when you get to the chapel, they have you go around
19 and stand up against the wall.
20         And one person in front up against the wall and
21 you behind the other person.  Like there is two rows,
22 like there was a row on the wall and then you come
23 stand behind while the person is on the wall.  So you
24 all right there, right up on the --

10

1    Q    Were you standing up against the wall or
2 were you in the second row?
3    A    I've been in both positions, so I can't
4 recall exactly whether I was on the wall or either
5 standing behind someone.  But the majority of the
6 time, I am usually standing behind someone.
7    Q    And how long did you stand in that position?
8    A    It felt like forever, but it probably was a
9 couple of hours.  Did you request any medical
10 attention at all while you were standing there?
11    A    No, I never requested medical attention.
12    Q    Was there any medical people around?
13    A    Yes, they have a nurse with a wheelchair in
14 the chapel sitting at a desk because some people was
15 falling out.  Some people had medical issues.
16         So the Orange Crush come and poke them with their
17 stick to see if they faking or whatever the case.  And
18 some, I think they yell in your face, you know, what I
19 am saying, try to get you to get up before the nurse
20 is asked to come over there, you know what I am
21 saying, take them over to the nurse.
22    Q    And the ones with the nurse determined
23 needed medical treatment, were they provided some
24 medical treatment?

11

1    A    I mean, they do whatever it is.  We can't --
2 we not allowed to look, so whatever the nurse do to
3 them, we can't see because we got to stand on the wall
4 with our heads down.
5    Q    At any time were there inmates that were
6 totally naked in the area of the chapel?
7    A    No.
8    Q    Okay.
9    A    No.
10    Q    So all the inmates were allowed or ordered
11 to put on their dress blues?
12    A    Yes.
13    Q    Do you recall anything in particular that
14 any of the officers said during the shakedown?
15    A    They say: Don't look at them.  Keep your
16 head down.  They say a little bit: March.  Like name
17 calling and stuff like that, but not like -- they
18 right there with their stick in your face,  being
19 down, you know what I am saying?  Step, don't look up,
20 this kind of stuff, you know what I am saying?
21    Q    Did any of them use physical force on you?
22    A    On me, no, because I mean -- you know, if
23 you fall back on the line, they push you.  You know
24 what I am saying, push you to where you got to be up

12



**Page 13**

1  on the inmate because that's what they want, you, up
2  on the inmate like --
3      But as far as like beating me, they didn't beat
4  me, they shove me, if -- because you know with the
5  shower shoes it is hard to walk fast, you know.  You
6  can't -- they want you to walk up on the inmate, but
7  it is hard to walk in those shower shoes when you're
8  walking from the building to the chapel.  So they push
9  you to step up on the inmate.
10     Q   When you were walking, were you handcuffed?
11     A   Yes.
12     Q   In front or behind?
13     A   Behind.
14     Q   All right.  So after you left the chapel,
15  where did you go?
16     A   They -- they call your cell number out, one
17  by one, and have you line up with your head down in
18  the same order as you came in and you got to be up on
19  the inmate in front of you.  They do the same
20  procedure as they did to take you out of there and
21  walk you back to the cellhouse.
22     And then when you get back to the cellhouse,
23  you'll see stuff everywhere, scattered everywhere.
24  They'll take your stuff and your cellmate's stuff and

**Page 14**

1  mix it together so you all got to figure whose stuff
2  is what.  You know what I'm saying, and see if
3  anything missing.
4      But before you do that, they uncuff you.  Once
5  the door close, they uncuff you, make you go to the
6  back of the cell and they tell you face the wall,
7  don't look.  And they uncuff your cellmate and make
8  him face the wall, don't look.
9      They tell you don't look until they are off the
10  gallery.  And then once they leave of the gallery,
11  that's when you can start cleaning up.
12     Q   Were you missing anything?
13     A   Yeah, a lot of things I was missing,
14  personal stuff like pictures.  Like they take pictures
15  of my family for whatever reason, probably because it
16  was out and I didn't put it up.
17     Or maybe food is idea.  Open your food and like
18  if there is 12 granola bars in a box, they probably
19  eat, you know what I am saying, one or two of them and
20  leave the wrapper there.  You know what I am saying,
21  stuff like that.
22     I think it's just little -- little stuff, you
23  know what I am saying, that they were doing.  So it
24  wasn't really -- whatever they took a lot of times

**Page 15**

1  they don't put it on the shakedown list.  Like if they
2  take a bowl, cup, anything like that from you, they'll
3  put it on the shakedown list and it will say "clean".
4  But you have stuff that's missing like little
5  miscellaneous things will be missing, but they won't
6  have it on the shakedown list.
7      Q   Have you we gone everything that you recall
8  in that shakedown?
9      A   Basically, from what I can recall, yes.
10     Q   Okay.  Have we gone over all the statements
11  that you recall?
12     A   From what I recall, basically, yeah.
13     Q   Okay.  Thank you very much for your
14  participation and I am going to turn off the video
15  now.
16     A   All right, thank you.
17         (End of statement)

**Page 16**

1      I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.

        *Audrey M. Skaja*

Ross, et al. vs. Gossett, et al. 15-309    059496





```
                    AUDIO TRANSCRIPTION

               Interview of David Anderson

                 Inmate Number C77540


    In RE:  Ross, Demetrius vs. Gossett, et al.

            Case Number:  15 C 0309




               ILLINOIS ATTORNEY GENERAL

         100 West Randolph Street - 13th Floor

                Chicago, Illinois  60601

                Phone:  (312) 814-3695
```

BY MR. JAMES DURAN:

Q    My name is James Duran (phonetic) and I'm an attorney for the state of Illinois.  I'm here today to interview you about a shakedown that occurred in 2014.  A lawsuit has been filed by inmates that were housed at Menard, Illinois River, Big Muddy River and Lawrence Correctional Centers against certain individuals working for I-DOC arising out of the operation.

I'm here on behalf of the Defendants, the employees of the I-DOC.  Certain inmates are the named Plaintiffs in this case and are represented by a law firm, Loevy & Loevy.  This lawsuit is a class action and at this stage, the class has not yet been certified by the judge.

Because you were housed at Menard, you are a potential class member, which means that if the judge certifies a class, you would be represented by Plaintiff's attorneys.  If the judge certifies a class, your interest could be adverse to those of the Defendants.

You are of course, free to contact an attorney before speaking to me.  But I would like to interview you to get a better understanding of what happened

during the tactical operation, and what your experience was.  I am gathering this information to defend the case on behalf of I-DOC Defendants, but not for any disciplinary purpose against you or any other inmates.

This interview is voluntary.  I am not in a position to offer you anything for participating and there will be no adverse consequences if you refuse to talk to me.  However, I'm hoping you are willing to talk to me about what happened during the shakedown at Menard in 2014, if you remember.  So is it okay if I ask you some questions today?

A    Yes.

Q    Can you please state and spell your name?

A    David Anderson, D-a-v-i-d A-n-d-e-r-s-o-n.

Q    What's your inmate number?

A    C77540.

Q    And during 2014, you were incarcerated at Menard Correctional Center; is that correct?

A    Correct.

Q    That's where we are today?

A    Yes.

Q    How long have you been at Menard?

A    Since 2011.

Q    How many facility-wide shakedowns have you gone through since you've been in I-DOC?

A    Oh, 50 or 60.

Q    And do you know how many of those were at Menard?

A    No, probably once to twice a year since 2011.

Q    Do you recall if Menard was shaken down in 2014?

A    2014, yeah, because we opposite the South Lowers.

Q    And do you remember anything in particular about a shakedown that occurred in 2014?

A    Nothing in particular, no.  they kind of -- down here with the tact team, it's kind of the same thing every time.

Q    So there is nothing in particular from one shakedown to the other that stands out in your mind?

A    Well, they sued to have us standing up against the wall.  They marched us out of the cells, head down, marched us over to the chapel.  And they used to have us stand against the walls.

Anymore, for some reason they suddenly started having us sit down in the chapel after the 2014



1   shakedown.  Used to be they crowd you altogether,
2   stand you -- one group would be standing against the
3   wall.
4       The other group being forced to get right behind
5   them and their phrase was something to the effect of:
6   Dick to ass or whatever it was. You know get up in
7   there.  If you didn't, they'd be all over you.  And
8   they are not above or beyond getting physical.  If you
9   don't have your head down, bowed low enough, they will
10   get physical.
11       Q    Okay.  So do you recall a particular
12   shakedown in 2014, or is this just what you recall in
13   general of shakedowns.
14       A    That's -- that's in general over there.  I
15   mean it's kind of hard to separate one from the other.
16       Q    And during the shakedowns did they ever have
17   to use force on you?
18       A    One time.  I've had a broken neck and for me
19   to put my neck straight down, you know, lower my face
20   straight down puts a strain on my neck and it hurts.
21   So one day I had it up a little too high and they guy
22   grabbed me by the neck and he had to force my face
23   down.
24       Q    Do you know when that was?

5

1       A    That was right around 2014.
2       Q    Okay.  But you don't know for sure if it was
3   during the one shakedown in the spring -- the spring
4   of 2014 or not?
5       A    No, no, not -- right, right.  It's kind of
6   hard, like I said, it's kind of hard to figure out
7   which one was which.
8       Q    So is it fair to say that basically the --
9   the shakedowns are all done in the same manner?
10       A    Pretty much, yes.  The one thing that they
11   did change is having us sit down in the chapel rather
12   than have you standing against the walls.
13       Q    During the times when you had to stand
14   against the walls, did they have you stand against the
15   wall for a while and then let you sit or make you
16   stand the whole time?
17       A    You stood there the whole time.  The guy in
18   the front had -- they put you against the wall, your
19   forehead against the wall.  The guy right in behind
20   you.  We had one guy who stood right beside me on that
21   particular one that passed out and he fell and hit the
22   floor.
23       Q    Okay.  Did he receive medical attention at
24   the time?

6

1       A    I don't know, they let him pay there until
2   we left out and then they brought medical people in, I
3   believe.
4       Q    All right.  But you're not sure which
5   shakedown it was?
6       A    I'm not sure which one it was.  I know it
7   was before they started us sitting down.
8       Q    Do you remember any of the correctional
9   officers that performed any of the shakedowns in 2014?
10       A    No, they make you keep your head down from
11   the time you come out of the cell.  If you look up,
12   they start getting physical.  The guy beside me on one
13   of them looked up and they had him over against the
14   fence.
15       Q    Okay.  But everything you said so far is
16   just general shakedown.  So you don't recall in
17   particular if this was the one on 2014?
18       A    Well you've got to -- you know, nothing
19   specific happened to me that would highlight any
20   particular date.  You know, we go through the same
21   thing each time and in here it is really the same
22   routine day-in and day-out.
23       It is kind of hard to keep track of what day it
24   is, you know, let alone -- unless something specific

7

1   happens that you take note of, you write it down, you
2   file grievances and stuff like that.  It's kind of
3   hard to keep track of what goes on in here on
4   particular days.  You know that's the way it is.
5       Well when you're in a 23-hour lockdown thing
6   that's pretty much it's -- you know status quo across
7   the board.  It's difficult.  It's not like doing time
8   in Centralia or Joliet.  If you had jobs, and you know
9   there was different things to break up the monotony,
10   break up things in which you specified a certain date.
11       Yeah, I remember that date because the week
12   before I had a visitor.  Or I remember that date
13   because of this.  You know, when you're locked down 23
14   hours a day, it is difficult to differentiate, you
15   know, what day is what.
16       Q    Okay.  All right, thank you very much.  I
17   don't have anymore questions.
18       A    Sorry I couldn't be more helpful.
19       Q    That's okay.
20           (End of interview)
21
22
23
24

8

Ross, et al. vs. Gossett, et al. 15-309    059500



1      I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

9



Ross, et al. vs. Gossett, et al. 15-309    059501



Ross, et al. vs. Gossett, et al. 15-309    059501

Ross, et al. vs. Gossett, et al. 15-309    059502



Ross, et al. vs. Gossett, et al. 15-309    059502

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 23 of 214   Page ID #20943

Ross, et al. vs. Gossett, et al. 15-309     059503

```
 1
 2
 3
 4              AUDIO TRANSCRIPTION
 5           Interview of Jerry Clay
 6           Inmate Number  R06718
 7
 8
 9    In RE:  Ross, Demetrius vs. Gossett, et al.
10           Case Number:  15 C 0309
11
12
13
14           ILLINOIS ATTORNEY GENERAL
15     100 West Randolph Street - 13th Floor
16           Chicago, Illinois  60601
17             Phone: (312) 814-3695
18
19
20
21
22
23
24
                                                1
```

```
 1    BY MR. JAMES DURAN:
 2        Q    My name is James Duran (phonetic) and I'm an
 3    attorney for the state of Illinois.  I'm here today to
 4    interview you about a shakedown that occurred in 2014.
 5    A lawsuit has been filed by inmates that were housed
 6    at Menard, Illinois River, Big Muddy River and
 7    Lawrence Correctional Centers against certain
 8    individuals working for I-DOC arising out of the
 9    operation.
10        I'm here on behalf of the Defendants, the
11    employees of the I-DOC.  Certain inmates are the named
12    Plaintiffs in this case and are represented by a law
13    firm, Loevy & Loevy.  This lawsuit is a class action
14    and at this stage, the class has not yet been
15    certified by the judge.
16        Because you were housed at Menard, you are a
17    potential class member, which means that if the judge
18    certifies a class, you would be represented by
19    Plaintiff's attorneys.  If the judge certifies a
20    class, your interest could be adverse to those of the
21    Defendants.
22        You are of course, free to contact an attorney
23    before speaking to me.  But I would like to interview
24    you to get a better understanding of what happened
                                                2
```

```
 1    during the tactical operation, and what your
 2    experience was.  I am gathering this information to
 3    defend the case on behalf of I-DOC Defendants, but not
 4    for any disciplinary purpose against you or any other
 5    inmates.
 6        This interview is voluntary.  I am not in a
 7    position to offer you anything for participating and
 8    there will be no adverse consequences if you refuse to
 9    talk to me.  However, I'm hoping you are willing to
10    talk to me about what happened during the shakedown at
11    Menard in 2014, if you remember.  So is it okay if I
12    ask you some questions today?
13        A    Sure, go right ahead.
14        Q    Can you please state and spell your name?
15        A    My name is Jerry Clay, J-e-r-r-y C-l-a-y.
16        Q    What's your inmate number?
17        A    R06718.
18        Q    Were you incarcerated in Menard in 2014? A
19        A    Yes, I was.  I've been incarcerated in
20    Menard since I believe 2002; almost 17 years.
21        Q    How many facility-wide shakedowns have you
22    gone through at Menard?
23        A    Countless, countless.  I've been through
24    some of the worst when the shakedowns went on.
                                                3
```

```
 1        Q    Can you estimate about how many you've gone
 2    through?
 3        A    Well around this time, they usually be twice
 4    in the summertime.  I'll say about, maybe, 29.  28 or
 5    29 shakedowns.
 6        Q    And do you recall a shakedown in 2014?
 7        A    Yeah, I believe I was in North uppers in
 8    2014.
 9        Q    Do you recall anything unusual about that
10    shakedown?
11        A    Trying to think about the incident.  I think
12    it was an incident in the inmate kitchen and some
13    inmates got into it with some of the staff and Orange
14    Crush was called into the facility.
15        Q    Is Orange Crush the tactical unit?
16        A    Yes, sir, it is.
17        Q    And when -- when the tactical unit came in
18    to do the shakedown, what do you recall?
19        A    Well, I recall them tearing up a lot of
20    stuff.  Broke TVs, tore legal mail, legal transcripts,
21    photos.  Urinating on the beds.  Come back and your
22    trial transcripts are in the toilet.
23        Dog footprints all over the place.  Dog urine
24    everywhere.  Dog fur.  Then they say: Nuts to butts.
                                                4
```

Ross, et al. vs. Gossett, et al. 15-309    059504

---

1  They -- they would do it.
2      They cuff you up, you're supposed to right up
3  against another inmate.  They take your underwear,
4  your t-shirt, your socks.  Put you in boots and put
5  you in handcuffs.  My shoulder is tore right now from
6  the handcuffs.  The handcuffs are made with only link
7  in them.  I'm a big guy.
8      I used to lift a lot of heavy weights.  Right
9  now, I can't even touch it, arms in the back.  I need
10  a double-cuff for me because the rotator cuff is tore
11  from the handcuffs.
12      Q    Okay.  I want to go back to the beginning of
13  that shakedown.  Were you -- were you first strip-
14  searched?
15      A    Yes, you were strip-searched.
16      Q    Okay.
17      A    You were strip-searched.
18      Q    And how many officers performed your strip-
19  search?
20      A    Two.
21      Q    Were they both male?
22      A    Male.  Sometimes females.  They had females
23  out there as well.
24      Q    As far as your strip-search, though, it was

5

---

1  male?
2      A    I had -- I had females as well?
3      Q    During that strip-search?
4      A    Not this strip-search, but on other strip-
5  searches it was females as well.
6      Q    Okay.
7      A    Yeah.
8      Q    So, but on this strip-search, it was both
9  males?
10      A    Both males.
11      Q    Okay.  Did you have a cellmate?
12      A    Yes, I did.  I am trying to think of his
13  name.  Who was my cellmate at the time?  Townsend.
14  Roynelle Townsend (phonetic).
15      Q    So when the officers arrived at your cell
16  were you strip-searched first or was your cellmate?
17      A    My cellmate, I believe.  No, I was.  I was
18  (inaudible 0:05:13) because he's a short, stocky guy.
19  I was in front.  I was strip-searched first.
20      Q    Okay.  And then what was the strip -- was
21  the strip-search procedure the same as it's always
22  done?
23      A    Well, sometimes it varies, it depends on the
24  officers.  Some of them can be real rude and nasty.

6

---

1  You know, sometimes they -- when you strip down, they
2  have you open your cheeks, pull your nuts up, and then
3  they tell you to put your hands in your mouth.
4      Q    On this occasion, do you remember how it
5  went?
6      A    It was this way.  It was this way.
7      Q    Okay.
8      A    Even though they tell you to put your hands
9  in your mouth and pull your bottom lip down, you know.
10  If you're not circumcised, skin your shit back, you
11  know.  Excuse my French.  Skin you -- you know, back.
12  It's just real degrading stuff.
13      Q    Okay.  So I want -- and in this particular
14  shake-down, I want to just go through the strip-search
15  procedure and what happened to you.  Do you know who
16  the officers were?
17      A    No, we can't look in their face.  The
18  totally shaded it.
19      Q    Okay.
20      A    I have to -- I have to admit they got their
21  facemask on.
22      Q    Okay.  It's a clear facemask, right?
23      A    It's a clear facemask, but you can only see
24  this.  You know what I am saying?  You can't really

7

---

1  see the mouth part.  It's like really -- like some of
2  them are shielded with the brace over the chin.  The
3  chin strap.
4      You can't really see their whole face.  Again,
5  they tell you not to look at them, so you always, not
6  really, you know, eye-to-eye contract.  Because once
7  you come out the cell, and you make eye contact, you
8  can get hit with one of them sticks.
9      Q    Okay.  So back to the strip-search.  So what
10  was -- how was it performed on this day?
11      A    Okay.  Come to there, after they run down
12  the gallery.  They stop and search cells, your cell.
13  Tell you one inmate to the front, one inmate to the
14  back.
15      Grab your blues, put your blues up.  Come to --
16  come to the bars.  Take all your blues off.  And they
17  go through your blues.  They tell you what type of
18  shoes they want because they may you in shower shoes.
19  Sometimes they used to do that, too.
20      Q    Okay.
21      A    Put on your shower shoes and then they walk
22  you all the way down to the chapel.  But they tell you
23  to come to the bars, bring your blues.  You give them
24  your blues.  They go through the pants.

8

---

Ross, et al. vs. Gossett, et al. 15-309    059504

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 25 of 214   Page ID #20945

Ross, et al. vs. Gossett, et al. 15-309     059505

1     They tell you what -- you're not going to need
2  any underwear or you're not going to need socks or t-
3  shirts.  If you got asthma inhales, take them with
4  you.  You know, stuff -- stuff like that.
5     But then they go through the search, you know.  I
6  mean, go through a procedure to tell you to lift your
7  nuts, bend over, grab your ankles, pull your cheeks
8  apart and then open your mouth, wiggle your tongue,
9  pull you lip down.  What else?  Palms, armpits, that's
10 about it.
11    Q    All right.  And then you were allowed to put
12 clothes back on?
13    A    Yes, just your blue shirt and your blue
14 pants.
15    Q    Okay.  What kind of shoes did you put on on
16 that day?
17    A    Regular shower shoes.
18    Q    Okay.  And then were you handcuffed?
19    A    You were handcuffed, yes.
20    Q    And then they performed the same procedure
21 with your cellmate?
22    A    Same procedure.
23    Q    All right.  Were you ordered to face the
24 back wall?

9

1     A    Yes, face the back wall.
2     Q    And that was while he was being strip-
3  searched?
4     A    While he was being strip-searched.
5     Q    Okay.  And then they allowed him to put his
6  blues on?
7     A    Uh-hum.
8     Q    Do you know what shoes he wore?
9     A    Shower shoes.  Everybody wore shower shoes.
10    Q    Okay.  And then were you taken out of the
11 cell at some time?
12    A    Yes, we were taken out of the cell and took
13 down Front Street to the chapel, which is a nice
14 little distance from where I'm housed at, just North
15 1.
16    You have to walk all the way up Front Street
17 toward the mountains, toward the hill and go to the
18 chapel where there is rocks and gravels in your bare
19 feet with just the shower shoes on.
20    Q    Was there anything unusual on the way from
21 the walk from the cellhouse to the chapel?
22    A    Yes, this is the part where they say: Nuts
23 to butts.  where they degrade you even more and have
24 you put your private parts on another man's backside

10

1  and march.
2     Q    Were you bent over at the waist or were you
3  walking upright?
4     A    You were walking straight, upright.
5     Q    Do you remember anything else that the
6  officers said during the shakedown?
7     A    Well, once we got into the -- into the
8  chapel, we were made to stand up against the wall and
9  face the wall, so your head against the wall for hours
10 on end.
11    Q    Do you know how many hours?
12    A    Well it seemed like eternity, I'll tell you,
13 but I'll give it at least an hour-and-a-half, almost
14 two hours, tops.
15    Q    Were you allowed to sit down at any time?
16    A    No, no, not then.  That only came to
17 recently, you were allowed to sit down.
18    Q    At any time during the shakedown, did any of
19 the officers use physical force on you?
20    A    Of course, they hit people.
21    Q    On you?
22    A    Yeah, I got hit with a stick, pushed my head
23 down.  You know, keep your head down.  My head was
24 already down.  I was hit with a stick because I wasn't

11

1  putting my private parts on another man's backside.  I
2  wouldn't get up on him.  I was hit across -- behind
3  the leg walking up Front Street.
4     Q    So you got hit on the back of the --
5     A    Back of the leg in the back thigh.
6     Q    Do you know who hit you?
7     A    No, you can't look at them.
8     Q    Did you request medical attention?
9     A    No.
10    Q`   Did you need any medical attention for it?
11    A    Afterwards my shoulder was tore up.
12    Q    Okay.  But as far as getting hit with the
13 stick, you didn't need medical attention?
14    A    I was suffering, suffering.
15    Q    Okay.  And then -- so you remained in the
16 handcuffs the entire time?
17    A    The entire time.  You didn't get out of the
18 handcuffs until you got back to your cell after you
19 left the gallery.  You're not even -- well, once they
20 put you in the cell when they bring you back, they
21 take the handcuffs off and make you stand against the
22 wall once again until they leave the gallery.
23    So that way you wot even see who uncuffed you,
24 you know, or none of the officers lingered.  A face is

12

1    -- is -- no, you can't see any faces.

2    Q    Okay, so you can't identify any individuals?

3    A    Some of them -- I think the reason that may
4    be is because some of them may work down here, you
5    know.  So you can't look at them in the face because
6    you might be dealing with a guy you probably are
7    assigned here with, you know.

8    So you can't look at them because that's -- can
9    cause a problem with them and you down the line, if
10   they know who you are.  Who tortured you, you got a
11   name on it.  So nobody can't let you look at them.

12   Q    Were all the inmates dressed in dress blues
13   like you were?

14   A    Yes, yes, yes.  It's like a lynch mob, man.
15   They come and get you, man, you got to go.  And then
16   some -- some of the property that was damaged, I was
17   told I'd never get back.  Photographs of parents that
18   are not even here anymore.

19   You know, kids, what they wrote, I'll never get
20   the photos.  I've been gone for a long time, 20 years.
21   I have things in my possession that people don't even
22   have on the streets anymore.  Houses have burned down,
23   all type of stuff and they tear it up.  Tear it up.

24   Q    All right.  Well, thank you very much.

13

1    I, Audrey Marie Skaja, do hereby certify or
2    affirm that I have impartially transcribed the
3    foregoing from a digitally recorded statement of the
4    above-mentioned proceedings to the best of my ability.

6    *Audrey M. Skaja*

15

1    (End of interview)

14

Ross, et al. vs. Gossett, et al. 15-309    059507



Ross, et al. vs. Gossett, et al. 15-309    059508



Ross, et al. vs. Gossett, et al. 15-309    059508

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 29 of 214   Page ID #20949

Ross, et al. vs. Gossett, et al. 15-309    059509

```
 1
 2
 3
 4              AUDIO TRANSCRIPTION
 5           Interview of Louis Russo
 6            Inmate Number  S03937
 7
 8
 9  In RE:  Ross, Demetrius vs. Gossett, et al.
10            Case Number:  15 C 0309
11
12
13
14           ILLINOIS ATTORNEY GENERAL
15      100 West Randolph Street - 13th Floor
16            Chicago, Illinois  60601
17             Phone: (312) 814-3695
18
19
20
21
22
23
24
```

1

BY MR. JAMES DURAN:

    Q    My name is James Duran (phonetic) and I'm an
attorney for the state of Illinois.  I'm here today to
interview you about a shakedown that occurred in 2014.
A lawsuit has been filed by inmates that were housed
at Menard, Illinois River, Big Muddy River and
Lawrence Correctional Centers against certain
individuals working for I-DOC arising out of the
operation.

    I'm here on behalf of the Defendants, the
employees of the I-DOC.  Certain inmates are the named
Plaintiffs in this case and are represented by a law
firm, Loevy & Loevy.  This lawsuit is a class action
and at this stage, the class has not yet been
certified by the judge.

    Because you were housed at Menard, you are a
potential class member, which means that if the judge
certifies a class, you would be represented by
Plaintiff's attorneys.  If the judge certifies a
class, your interest could be adverse to those of the
Defendants.

    You are of course, free to contact an attorney
before speaking to me.  But I would like to interview
you to get a better understanding of what happened

2

during the tactical operation, and what your
experience was.  I am gathering this information to
defend the case on behalf of I-DOC Defendants, but not
for any disciplinary purpose against you or any other
inmates.

    This interview is voluntary.  I am not in a
position to offer you anything for participating and
there will be no adverse consequences if you refuse to
talk to me.  However, I'm hoping you are willing to
talk to me about what happened during the shakedown at
Menard in 2014, if you remember.  So is it okay if I
ask you some questions today?

    A    Yes.

    Q    State and spell your name, please.

    A    Louis Russo, L-o-u-i-s R-u-s-s-o.

    Q    And what's your inmate number?

    A    S03937.

    Q    Were you incarcerated in Menard in 2014?

    A    Yes.

    Q    And Menard is where we are today, right?

    A    Yes.

    Q    Do you recall a shakedown that happened in
2014?

    A    Yes.

3

    Q    What do you recall about that shakedown?

    A    Nothing specific for me.  I'll take it for
having too many write-ups, but other than that, it's
just a normal shakedown for me.

    Q    Where were you housed at the time?

    A    North, North Up -- North House.

    Q    North House.

    A    North House at the time.

    Q    Do you remember what cell?

    A    6-0 -- no, 502, 502.

    Q    How many facility-wide shakedowns have you
gone through since you have been incarcerated?

    A    I can't even remember, it's probably 20.

    Q    Twenty?

    A    Yeah.  I've been here since 2006.

    Q    Okay, so the one in 2014, was that done the
same way as all the other ones?

    A    Yeah, pretty much.

    Q    Is there anything that stands out?

    A    No.  Honestly, they used to be a lot worse,
but like nothing -- nothing I can't handle.  It
basically is like a stand up three or four hours at a
time and they don't do that anymore.  Used to make us
walk what they call nut-to-butt, and they don't do

4

Ross, et al. vs. Gossett, et al. 15-309    059510

```
 1  that anymore, so I can't remember if they did that in
 2  2014 or not because they all run together.
 3       Q    So you don't remember anything in particular
 4  about a shakedown in 2014?
 5       A    No, nothing that stood out except for the
 6  fact that I got a ticket for having too many write-
 7  ups, which I had too many write-ups.
 8       Q    Okay.  You did it -- and write-ups, they're
 9  envelopes or --
10       A    Yeah, envelopes, yeah.
11       Q    Okay.  And were you disciplined for that?
12       A    Yeah, three months C-grade, which is
13  basically no commissary, no food.  Can't call home and
14  can't shop except for soda pop.
15       Q    Okay, and that's all that stands out in your
16  mind about that shakedown?
17       A    Yeah.
18       Q    Okay, well thank you very much.  I have no
19  further questions.
20       A    Uh-hum.
21            (End of statement)
22
23
24
                                               5
```

```
 1       I, Audrey Marie Skaja, do hereby certify or
 2  affirm that I have impartially transcribed the
 3  foregoing from a digitally recorded statement of the
 4  above-mentioned proceedings to the best of my ability.
 5
 6            Audrey M. Skaja
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
                                               6
```

Ross, et al. vs. Gossett, et al. 15-309    059511



AUDIO TRANSCRIPTION

Interview of Scott Hopkins

Inmate Number  N91724

In RE:  Ross, Demetrius vs. Gossett, et. al.

Case Number:  15 C 0309

ILLINOIS ATTORNEY GENERAL

100 West Randolph Street - 13th Floor

Chicago, Illinois  60601

Phone: (312) 814-3695

1

---

BY MR. JAMES DURAN:

Q   My name is James Duran (phonetic) and I'm an attorney for the state of Illinois.  I'm here today to interview you about a shakedown that occurred in 2014. A lawsuit has been filed by inmates that were housed at Menard, Illinois River, Big Muddy River and Lawrence Correctional Centers against certain individuals working for I-DOC arising out of the operation.

I'm here on behalf of the Defendants, the employees of the I-DOC.  Certain inmates are the named Plaintiffs in this case and are represented by a law firm, Loevy & Loevy.  This lawsuit is a class action and at this stage, the class has not yet been certified by the judge.

Because you were housed at Menard, you are a potential class member, which means that if the judge certifies a class, you would be represented by Plaintiff's attorneys.  If the judge certifies a class, your interest could be adverse to those of the Defendants.

You are of course, free to contact an attorney before speaking to me.  But I would like to interview you to get a better understanding of what happened

2

---

during the tactical operation, and what your experience was.  I am gathering this information to defend the case on behalf of I-DOC Defendants, but not for any disciplinary purpose against you or any other inmates.

This interview is voluntary.  I am not in a position to offer you anything for participating and there will be no adverse consequences if you refuse to talk to me.  However, I'm hoping you are willing to talk to me about what happened to you during the shakedown at Menard in 2014, if you remember.  So is it okay if I ask you some questions today?

A   Yeah.

Q   Can you state and spell your name for the record?

A   Scott Hopkins, S-c-o-t-t H-o-p-k-i-n-s.

Q   What's your inmate number?

A   N91724.

Q   And in 2014, were you at Menard Correctional Center?

A   Yes.

Q   And that's Menard, where we are today, correct?

A   Correct.

3

---

Q   And do you recall a shakedown that happened in 2014, facility-wide?

A   I mean they had them more often back then, so in a particular shakedown, I'm not -- they are usually all the same.  So as far as the tactical unit coming, they all run pretty much the same, so I mean --

Q   Do you recall any shakedowns in 2014 at Menard done by the tactical unit that -- that stand out in your mind as being different than any other shakedown?

A   No.

Q   All right.  So all the shakedowns that you have gone through in the Department of Corrections are basically the same?

A   Yeah, well tactical does it a little bit different than regular because like we go out to the yard tonight, they may shake my cell down, stat.

Q   Okay.

A   When the tactical unit comes, we leave the cell, go to -- we may go across the compound.  It's a different -- it's longer.

Q   Okay.

A   We're out of the cell longer.  How's that?

4

1    Q   How many tactical shakedowns have you gone
2 through since being in I-DOC?
3    A   I don't know, 15, 20.
4    Q   Okay.
5    A   Yeah.  I mean, anything there was a staff
6 assault or anytime something happened, they came in.
7 I don't keep track.  There has been quite a few.  I've
8 been in Menard since 2000, so I will say 15 easy.
9    Q   What's the last one that you went through?
10    A   It's been a while.  They changed policy, I
11 guess, because they usually -- they just hit the
12 cellhouse that the incident happened in.
13    Like the last one, the last tactical team, we
14 were put on lockdown.  We didn't get to go to work.
15 But we weren't shook down, the other cellhouse was.
16 So I haven't been -- it's been a while.  It's been at
17 least a year, I think, at least.
18    Q   All right.  But --
19    A   I've been shook down every month as far as
20 regular shakedown.  That's the tactical, at least a
21 year, I would assume.
22    Q   Okay.  So as far as any tactical shakedowns
23 that happened in 2014, though, there was nothing that
24 happened unusual?

5

1    I, Audrey Marie Skaja, do hereby certify or
2 affirm that I have impartially transcribed the
3 foregoing from a digitally recorded statement of the
4 above-mentioned proceedings to the best of my ability.

*Audrey M. Skaja*

7

1    A   Nope.  Same thing every time.
2    Q   Okay.
3    A   Strip-search, do your -- like you're going
4 to a visit, same type of thing.  Go through the
5 shakedown.  Hand off your clothes, you're pat down,
6 put it back on, get cuffed, stand in the back of the
7 cell and cellmate goes through his thing.  You both
8 step out and walk to the chapel. Stand over there
9 until they're done, walk back.  And then clean the
10 cell.
11    Q   Okay.  So it's the same thing every time?
12    A   Yeah.
13    Q   Okay.  All right, well thank you very much,
14 that's all I have.
15        (End of statement)
16
17
18
19
20
21
22
23
24

6

Ross, et al. vs. Gossett, et al. 15-309    059514



1
2
3
4          AUDIO TRANSCRIPTION
5       Interview of Willie L. Lucas
6          Inmate Number  N37672
7
8
9  In RE:  Ross, Demetrius vs. Gossett, et. al.
10          Case Number:  15 C 0309
11
12
13
14        ILLINOIS ATTORNEY GENERAL
15   100 West Randolph Street - 13th Floor
16          Chicago, Illinois  60601
17          Phone: (312) 814-3695
18
19
20
21
22
23
24

                                              1

1  BY MR. JAMES DURAN:
2       Q    My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois.  I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  individuals working for I-DOC arising out of the
9  operation.
10       I'm here on behalf of the Defendants, the
11  employees of the I-DOC.  Certain inmates are the named
12  Plaintiffs in this case and are represented by a law
13  firm, Loevy & Loevy.  This lawsuit is a class action
14  and at this stage, the class has not yet been
15  certified by the judge.
16       Because you were housed at Menard, you are a
17  potential class member, which means that if the judge
18  certifies a class, you would be represented by
19  Plaintiff's attorneys.  If the judge certifies a
20  class, your interest could be adverse to those of the
21  Defendants.
22       You are of course, free to contact an attorney
23  before speaking to me.  But I would like to interview
24  you to get a better understanding of what happened

                                              2

1  during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purpose against you or any other
5  inmates.
6       This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10  talk to me about what happened during the shakedown at
11  Menard in 2014, if you remember.  So is it okay if I
12  ask you some questions today?
13       A    Yes, sir.
14       Q    Okay, can you state and spell your name for
15  the record?
16       A    Lucas, last name Lucas; Willie L.  Lucas, L-
17  u-c-a-s; Willie, With-i-l-l-i-e, L.
18       Q    What's your inmate number?
19       A    N37672.
20       Q    And during 2014, were you housed at Menard
21  Correctional Center?
22       A    Yes.
23       Q    And that's where we are today, correct?
24       A    Yes.

                                              3

1       Q    And do you recall a facility-wide shakedown
2  at Menard in 2014?
3       A    Yes.
4       Q    What do you recall about that strip-search,
5  about that shakedown?
6       A    Well that particular shakedown after they
7  managed me in front of that correctional facility on a
8  bogus ticket that this administration knew that I had
9  nothing to do with it because the enemy that did,
10  after we told them, that the property that they found
11  in the cell at the time belongs to him.
12       And he had to be informed Sister Wood-Jones
13  (phonetic) and Warren Kennedy-Butler (phonetic) of the
14  fact because they would let me in the room with her,
15  Internal Affairs, when they had knew it was conducted
16  with her and the Internal.
17       Q    Okay.  So I want to ask you about the first
18  thing you remember about that shakedown that day?
19       A    That -- the first thing I remember about the
20  shakedown, I was -- got up that morning, and all of a
21  sudden Detective Kapee (phonetic) ran in.
22       Q    What cellhouse were you in?
23       A    North 2.  No, no, North 1.  North 1, it was
24  513.  And they ran in, they strip-searched everybody

                                              4

Ross, et al. vs. Gossett, et al. 15-309     059516

1   and they took us over to the chapel.
2       Q    All right, I want to ask you about the
3   strip-search. How was that performed?
4       A    Well, we was ready to take off all our
5   clothes. We wasn't allowed to put on underwear or t-
6   shirts or socks or anything. And it was done in the
7   presence of other tactical officers, as well as our
8   cellmates.
9       You know, it was like as far as having any
10  privacy, there was nothing like that, and told to lift
11  our genitals. And certain people thought you know,
12  they always made comments about the way that the
13  shakedown was. Well, you know, you didn't lift your
14  scrotum up this way or that way or you stick your
15  tongue out this way. And it's really unprofessional.
16      Q    Okay. I want to get back to the beginning
17  of your strip-search on that day. How many officers
18  were you strip-searched by?
19      A    Two.
20      Q    Were they male?
21      A    Yes.
22      Q    Was there any females that were
23  participating in your strip-search?
24      A    No, but there was two females standing

5

1   outside of the cell at the -- like off to the side.
2       Q    Okay. And then were you strip-searched
3   first or was your cellmate?
4       A    I was.
5       Q    And when you were strip-searched, was your
6   cellmate moved to the back of the cell?
7       A    Yes.
8       Q    Was he facing the wall?
9       A    Well, I really wasn't allowed to look back.
10  It was like, you know, don't look back, just keep
11  looking forward.
12      Q    Okay. Was there anything unusual about that
13  strip-search, as opposed to any other strip-search
14  that you have had to go through?
15      A    No.
16      Q    And then after you were strip-searched, you
17  said you were allowed to put on your --
18      A    Just the pants. Blue pants and a blue
19  shirt.
20      Q    Okay. No socks, no underwear, no t-shirts?
21      A    No.
22      Q    And then what kind of shoes?
23      A    My gym shoes.
24      Q    And then after you were strip-searched was

6

1   your cellmate then strip-searched?
2       A    Yes.
3       Q    And did you watch him get strip-searched or
4   did you face the wall?
5       A    Yes. I actually watched them easily because
6   they told me to move to the back to the cell and
7   before I could get all the (inaudible 0:05:15) back to
8   the cell, somebody had already started taking his
9   clothes off.
10      Q    All right and they performed the same
11  procedure with him as you?
12      A    Yes.
13      Q    And then was he allowed to put on his blues?
14      A    Yes.
15      Q    And then his gym shoes, also?
16      A    Yes.
17      Q    What happened after that?
18      A    Well, we was both -- there was two of us, we
19  was both told to turn around and face the back of the
20  cell until they got done with the whole gallery for
21  the strip-search. And then they finally came and
22  unlocked the door and asked us to step out, one by
23  one, and escort us down to the chapel.
24      Q    Were you handcuffed at that time?

7

1       A    Yes.
2       Q    In front or behind you?
3       A    Behind.
4       Q    All right, so when you came out of the cell,
5   did you have to walk down some stairs?
6       A    Yes, actually two flights of stairs.
7       Q    And then can you described how you walked
8   from your cell to -- where did you go?
9       A    The chapel, which is all the way on the
10  other end of this facility.
11      Q    Okay. And how were you walking from the
12  cellhouse to the chapel?
13      A    They had us literally on the next man butt
14  so that if he had to stop or pause for a second, you
15  would have to trip over him. And then you was yelled
16  at because you had domestic violent or nothing.
17      So you know it's like -- it's like a military --
18  a military march, but you just -- you just so close
19  together that you have no room to move, period. You
20  know, every man take a step, you have to take the
21  exact same step at the same time to get -- anything
22  other than that, you going to fall on the ground or
23  you are going to trip over somebody.
24      Q    Were all the inmates dressed in their -- in

8

Ross, et al. vs. Gossett, et al. 15-309     059516

Ross, et al. vs. Gossett, et al. 15-309    059517

1  their blues?
2      A    Yes.
3      Q    Was there any naked inmates out there?
4      A    Only the one that was -- that didn't feel
5  they would be strip-searched.  And then they were
6  actually take them out of handcuffs and if they had a
7  blanket or something around they would have to try to
8  put it over their head.  Pretty much, you know, you
9  walked out the way you is.
10     Q    Okay.  So -- but in general, all the inmates
11 had their blues on?
12     A    For the most part, yes.
13     Q    Okay.  How many did not have blues on?
14     A    I really can't say how many in aspect
15 because like I said, you were told look down at the
16 ground.  You literally walking with your head down
17 like this, you know.
18     Q    Were you up, walking upright or were you
19 bent over at the waist?
20     A    No, you was walking upright, but head down,
21 you know.
22     Q    Did any of the officers use physical force
23 on you?
24     A    No, not on me.

9

1      Q    And then when you arrived at the chapel,
2  what happened?
3      A    Well, I was placed on the wall along with
4  the rest of the inmates from the gallery.  And five
5  minutes later that's when the officer came and said:
6  who is in cell 513?  And I said I was and he had me
7  step back and instead of taking me to see, they pulled
8  me over to the chapel and proceeded to ask me what all
9  did I have in my property box.
10     So when I told them what I had in my property
11 box, the officer was like:  Yeah, that's why you're
12 going down.  And I'm like:  Going down for what?  So
13 we was having conversations back and forth.  I told
14 all of them:  Look, you know, if I broke any of the
15 rules, just take me to see.  And they escorted us from
16 chapel to see what was placed in the segregation
17 shower.
18     Q    Was it you and your cellmate?
19     A    Yes.
20     Q    And were you and your cellmate interviewed
21 together?
22     A    No.  I was interviewed first, then my
23 cellmate was called into the interview.
24     Q    Were you in there when he was interviewed?

10

1      A    No, I was in the -- in the cage, but I got a
2  chance to talk with him and I also -- he also gave me
3  an affidavit and a copy of a letter that he had wrote
4  the system, Warden Jones, explaining to him that I had
5  nothing to do with none of the stuff that they got out
6  of the cell.
7      Q    So how long did you remain in the chapel
8  with the other inmates; was it just a few minutes?
9      A    Probably, you know, probably 20 minutes.
10     Q    And where were you while you were waiting in
11 the chapel?  What were you doing?
12     A    With my head up against the wall.
13     Q    And then about twenty minutes later you were
14 taken into the interview room?
15     A    No, twenty minutes later I was taken into a
16 room in the chapel and was questioned about what I had
17 in my box.  And then when I told them what I had in my
18 box, the tactical officer, he like:  Yeah, that's
19 why you're going down.
20     And I went, okay, well, if that the case being
21 just go ahead and take me to see.  So I walked through
22 the chapel then segregation.  And from segregation, to
23 segregation I was put in -- placed in the shower.  I
24 was placed in one shower and my cellmate was placed in

11

1  another shower.  And we were stripped-searched again
2  once we got in the shower.
3      Q    And then were you taken to segregation?
4      A    No.  We are in segregation at the time and
5  they -- once we got to segregation, they placed us in
6  the shower and they had to strip-search us again.
7      Q    And then were you placed in a segregation
8  cell?
9      A    No, I had to stay in the shower from
10 probably 9:30 to like one-something waiting on
11 Internal Affairs to come and conduct the interview.
12     Q    All right.  And then after the interview
13 what happened?
14     A    After the interview, I was actually placed
15 in the cage where as they interview my cellmate and
16 then from there, then eventually placed in the cell.
17     Q    Okay.  And then was that the end of that
18 shakedown?
19     A    Yes.
20     Q    Do you remember any statements that any of
21 the officers made during the shakedown?
22     A    Yeah, some -- you know, some told -- they
23 actually told the inmates that put your head down with
24 your (inaudible 0:11:45) or something.  You know, it

12



Ross, et al. vs. Gossett, et al. 15-309    059517

Ross, et al. vs. Gossett, et al. 15-309    059518

1  -- my main thing is, you know, there is
2  professionalism no matter what you do. And when you
3  are being unprofessional and your supervisor is
4  standing there and they fail to correct whatever
5  you're doing wrong, then it falls pretty much just on
6  them as well, and the person that doing the injustice.
7      Because I do intend -- you know, you talk to me
8  like -- like I'm an animal and you don't even know me.
9  You know, just because I raised my head up, you going
10 to call me stupid. You don't tell me what you are
11 going to do to me because I raised my head up. That's
12 not being professional.
13     And then you -- you got me walking on --
14 literally on another man's butt, you know, that's not
15 being professional. And I'm setting -- I'm standing
16 over there in the chapel for hours at a time with my
17 hands handcuffed behind my back. And if I got a
18 complaint about it, then I'm forced to quit standing
19 on the wall, to bend down on the wall with my head
20 against the wall.
21     Q   So I thought you were taken out of the
22 chapel and put in a different room?
23     A   We was. But see I'm going through the
24 process of the tactical team from all of the

13

1  A   Eleven months.
2     Q   Okay, then you got transferred back to
3  Menard?
4     A   No, I got transferred to Statesville and
5  then Statesville, the fed house out there, I believe
6  it was closed there so they transferred me back to
7  here.
8     Q   Okay, all right.
9     A   But the thing is everybody that actually
10 went to say -- do the Orange Crush shakedown, they
11 either ended up in back and white stripe. They say
12 it's a program, but what program? Nobody seemed to
13 have no information on this program. And we even
14 tried numerous occasion, me and the other inmate, to
15 get the rules on this program through the Freedom of
16 Information Act. Freedom of Information Act people,
17 they wrote back and they said: Well look, they have a
18 form that you don't see about giving us the rules, but
19 they informed them that their rules, for what program?
20 I'm forced to be separated from other inmates
21 (inaudible 0:15:22) corner shower and (inaudible
22 0:15:23) service, yards.
23     Q   With Is that now or is that back then?
24     A   That's been going on, now.

15

1  shakedowns I went through with the tactical team.
2     Q   Okay, so when you were talking about the
3  kneeling down and standing, that was from a different
4  shakedown, not this one?
5     A   Yeah. But this one here is where a inmate
6  might have looked up and the officer was quite mad.
7  Put your fucking head down, are you stupid or
8  something? Or they say: Well, what do you want to
9  do? Put your head down flunky. That's like being
10 unprofessional, and this is what happened in this
11 shakedown in '14.
12     Q   Do you remember anything else that happened
13 during 2014?
14     A   No, because like I said, I got to the
15 chapel, I was only there for like 20 minutes or so
16 before I was escorted to segregation.
17     Q   Okay. Can you recall anything else about
18 that shakedown that we haven't talked about?
19     A   No, other than they say they found stuff hid
20 there, but I, of course, me, I didn't see what they
21 found nor what they did, the process they went through
22 to find whatever. In any case because it wasn't
23 there.
24     Q   How long did you go to Pontiac for?

14

1     Q   Okay, so what's it like?
2     A   But see right now, I'm on (inaudible
3  0:15:36) so they say, but I went to commissary last
4  Tuesday. And the commissary officer, he informed me,
5  like basically, you got me in the computer and be in
6  black and white stripe, which is another form of
7  punishment due to the shakedown that they did in '14.
8     Q   Now when you said "black and whites" are
9  those the inmates that actually wear the black and
10 white uniforms?
11     A   Yes.
12     Q   Okay. And you got blue, obviously, because
13 that's what you have on today.
14     A   Yeah, I can -- some of the people that know
15 that I didn't have anything to do with nothing.
16 Actually went and pleaded my case and they were like
17 okay, they finally took me out. But I did pretty much
18 the whole three years.
19     Q   All right. I want to go back to one thing
20 you talked about earlier. I want to make sure that
21 you're talking about this shakedown and things you
22 actually saw about inmates that did -- that didn't
23 have any clothes on. So did you actually see inmates
24 that were naked during the shakedown in 2014?

16

1    A    Yes.
2    Q    How many inmates?
3    A    I seen two and I think they were locked in
4 their cells at that time, you know, so --
5    Q    And do you know why they were naked?
6    A    No.
7    Q    Earlier you said something about that they
8 were the ones that were refusing to be shaken down,
9 you thought?
10   A    Yes.  Most of the time when you see a guy
11 that's actually coming out with the tactical team
12 naked is because he refuses to go through the
13 shakedown process that they got.
14   Q    Okay.  And then did they attempt to cover
15 them with blankets or with anything else?
16   A    Actually no, you know, because once you got
17 three or four people that actually got a hold of you
18 and they take you to wherever they want you to go.
19   Q    Okay.  So those individuals weren't marched
20 in the line with everyone else, were they?
21   A    No.
22   Q    Okay.  They were naked.  They were brought
23 to a different area?
24   A    Actually, no.  They was at the (inaudible

17

1 0:17:36).
2    Q    Okay.
3    A    They wasn't on the same wall that we was on.
4 They probably had them on different sides of the
5 chapel.
6    Q    Did you see them in the chapel?
7    A    I seen them in the chapel, but -- and that
8 was only because they had me step away from the wall
9 to -- when we supposedly got escorted to seg, but they
10 actually took me in the room in the chapel for the
11 interview.
12   Q    And that's when you saw them?
13   A    Yes.  And only I did that because one of the
14 guys that was actually in the line fell out, so I was
15 looking at -- at building off to the side, the guy was
16 actually over there on the wall and didn't have no
17 clothes on, which is -- it ain't right because you
18 actually have females in there.
19   Q    All right.  You said you saw a guy fall out?
20   A    Yes.
21   Q    And was he provided medical attention?
22   A    Eventually, yes.
23   Q    Okay.  All right, thank you very much, all
24 done.

18

1    (End of statement)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

19

1       I, Audrey Marie Skaja, do hereby certify or
2 affirm that I have impartially transcribed the
3 foregoing from a digitally recorded statement of the
4 above-mentioned proceedings to the best of my ability.
5
6       *Audrey M. Skaja*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

20

Ross, et al. vs. Gossett, et al. 15-309    059520



Ross, et al. vs. Gossett, et al. 15-309    059520

Ross, et al. vs. Gossett, et al. 15-309     059521



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 42 of 214   Page ID #20962

Ross, et al. vs. Gossett, et al. 15-309    063752

AUDIO TRANSCRIPTION
Interview of Kevin Akins
Inmate Number  B86667


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

---

1  BY MR. JAMES DURAN:
2      Q   My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois.  I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  employees working for I-DOC arising out of the
9  operation.
10     I'm here on behalf of the Defendants, the
11  employees of the I-DOC.  Certain inmates are the named
12  Plaintiffs in this case and are represented by a law
13  firm, Loevy & Loevy.  The lawsuit is a class action
14  and at this stage, the class has not yet been
15  certified by the judge.
16     Because you were housed at Big Muddy, you are a
17  potential class member, which means that if the judge
18  certifies a class, you would be represented by
19  Plaintiff's attorneys.  If the judge certifies a
20  class, your interest could be adverse to that of the
21  Defendants.
22     You are of course, free to contact an attorney
23  before speaking to me.  But I would like to interview
24  you to get a better understanding of what happened

2

---

1  during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purposes against you or any other
5  inmates.
6      This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10  talk to me about what happened to you during the
11  shakedown at Big Muddy 2014; if you remember.  So is
12  it okay if I ask you some questions?
13     A   Yeah.
14     Q   Okay, can you please state and spell your
15  name and give your inmate number?
16     A   Kevin Akins, K-e-v-i-n A-k-i-n-s, ID,
17  B86667.
18     Q   Okay.  And you were at Big Muddy in the
19  summer of 2014?
20     A   Yeah, I was at Big Muddy from '13 to 2016.
21     Q   Okay.  And do you recall a facility-wide
22  shakedown that happened in 2014?
23     A   Orange Crush?
24     Q   Yes.

3

---

1      A   Orange Crush, yeah.
2      Q   That's fine.  Were you housed at the time?
3      A   I was housed at 3-C. I can't remember -- I
4  think by 65 cell or something.  Something, one of them
5  cells, I forgot which cell, but it was in 3-C.
6      Q   Okay.  And what's the first thing that you
7  remember that happened that day as far as the -- the
8  shakedown?
9      A   I remember them coming there.  I remember
10  them coming in our rooms, telling us -- telling one of
11  us to face the wall.  Then coming in to tell us to
12  face the wall, made us both, me and my cellmate get
13  naked in the cell.
14     Q   All right.  Who came to your cell?  Was it
15  two men?  Two women?
16     A   It was -- I don't know, I think it was -- I
17  heard one man voice, but it was two people.  I didn't
18  really see them in front of us.  I seen one man, I
19  heard one man was there.  He was all masked up and
20  stuff.
21     Q   Okay.
22     A   They told us to get naked.  And lift our --
23  lift our genitals.
24     Q   All right.  Did they do you -- was it one at

4

Pages 1 to 4


McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063752

Ross, et al. vs. Gossett, et al. 15-309     063753

1  a time?  Did they have your cellmate stand in the back
2  of the cell and they did you first or was it the other
3  way around?
4      A    They had us both in the doorway.  It was
5  both of us in the cell, yeah.
6      Q    Okay.  And did one of the -- one of the
7  officer's strip-search you and one strip-search the
8  other guy?  Or did the both do --
9      A    No, they -- they both stood there and strip-
10  searched both of us.  We both strip-searched in the
11  cell together.
12      Q    Okay.
13      A    And then they had us lift our balls, open
14  our mouth, squat.  But they wouldn't let us put on our
15  drawers.  They wouldn't let us put none of our
16  underclothes back on.  They let us put our pants back
17  on, no underclothes.  They go and they cuffed us up.
18  And they shoved both of our heads and told each other
19  like to go into the next person's back.
20      Q    Okay.  Did they let you put your shirts back
21  on, too?
22      A    Yeah, we put our blue shirt on.
23      Q    Okay, your blue shirt.
24      A    My blue shirt and pants.

5

1      Q    Blue pants, and then shoes, too?
2      A    Yeah, no socks, no undershirt, no drawers.
3      Q    Okay.  And then were you handcuffed?
4      A    Yeah.
5      Q    Okay.  And now what happened?
6      A    Then we were handcuffed then they walking us
7  all in line and made us put our -- as they prefer,
8  they say, "Nuts to butts."  Meaning my nuts to the
9  person in front of me butt, like that.
10      Q    Okay.
11      A    And then they were shoving our heads into
12  the back of the other person's -- back of the other
13  person back.
14      Q    Who said, "Nuts to butts?"
15      A    The Orange Crush people.
16      Q    Okay.  And then -- so they had your head in
17  his back.  Was it really your nuts to his butt or was
18  it your head in his back?
19      A    I mean, they had us this close.
20      Q    Okay.
21      A    But us -- me being uncomfortable, I'm trying
22  to abide by it.  And I look up and they shoving my
23  head back into his back.  "Don't look up.  Don't look
24  at me."  And all that.  And then at one point, I got

6

1  frustrated, I am like man, I am for be seeing this
2  close to a guy.  And I don't know what they called it,
3  but officer, while I was cuffed up, grabbed my arm by
4  like that to where I have a (inaudible 00:04:56) to
5  lean forward.
6      Q    Okay.
7      A    Because it was hurting on my shoulders.  And
8  I lean forward and have my hands on my head on the
9  back of his back and then went to the chow hall.  And
10  they made us -- they made us lay our heads on the
11  tables and yelling at us and all that.
12      Q    How long did you remain in the chow hall
13  with your head on the table?
14      A    I don't know, I mean, I don't even know.  I
15  was so frustrated and angry.  I just -- I don't know
16  how long exactly it was.
17      Q    Can you give an estimate?
18      A    No idea.  I'd say about an hour, hour-and-a-
19  half or somewhere around there.  Then when we went
20  back to the -- went back to our room, they -- someone
21  had poured water in people -- in boxes, people
22  property boxes.
23      Q    In your property box?
24      A    No, they took -- they just took like -- they

7

1  took all my commissary that I had and stuff like 30
2  pictures.  But there was nothing wrong with none of
3  it.
4      Q    Did you get a shakedown receipt for it or
5  no?
6      A    I didn't get a shakedown slip or nothing.
7      Q    Okay.  So they -- they just took the stuff?
8      A    Yeah, I don't know if they took it because
9  some people found they stuff in other people boxes.
10  "Like, oh man, I found this in my box."  Like they
11  took people mail together and mixed them together.
12      Q    That were in different cells or was it --
13      A    In the same cell and in different cell.
14      Q    Okay.
15      A    I went back to my cell.  All my commissary
16  was gone.  I probably had like four noodles left or
17  something and I had probably 200 pictures, probably
18  like 30 or 40 of them was missing.
19      Q    All right.
20      A    I ended up -- shakedown slip that I
21  confronted IA about it, then I confronted the Cos and
22  all that and they say, "Man, they probably -- the
23  Orange Crush probably threw them away or ripped them
24  up or did something with it."  There was no reason to

8



Ross, et al. vs. Gossett, et al. 15-309     063753

Ross, et al. vs. Gossett, et al. 15-309    063754

**Page 9**

1  take it.
2      Q    All right.  Did -- did anyone hit you with
3  their nightstick or baton at any time during this?
4      A    I wouldn't say necessarily hit me, but they
5  were --
6      Q    Right, they lifted up your hands?
7      A    Yeah.
8      Q    But did anyone hit you with any sticks at
9  any time?
10     A    Not that I had.  Not hit as in break me.
11 But I -- keep your head like -- like that.  You know,
12 how like you tell someone to keep your head down.  But
13 no how I am saying it, but keep your tucked in another
14 person's back.  Nuts to butt.
15     Like not hitting you with it, but touching you.
16 But I wouldn't say hit to where it hurt.  But it's the
17 way they shouldn't be touching you period.  They
18 shouldn't even be touching me with the stick if I am
19 not putting up any hassle, I guess.
20     Q    All right.  Was -- were you involved in any
21 other facility-wide shakedowns at any prison, either
22 before or since that time?
23     A    No, that's the first one I ever been
24 involved in that.  I mean I've been in regular

**Page 10**

1  shakedowns as in monthly -- you know because in jail
2  you get a monthly shakedown to make sure you got o
3  contraband or nothing.  But that's the first that I've
4  been through some Orange Crush situation.
5      Q    Okay.  The strip-search that they did, like
6  you said you went through other -- other shakedowns
7  and they do the strip-search.  Was the strip-search
8  that they did on the date in 2014, was that the same
9  normal strip-search?
10     A    No.
11     Q    What was different about it?
12     A    What different about it is me and another
13 guy sitting -- ready to get strip-searched.  And
14 normally when I do, when I get stripped -- like the
15 strip-search I've been through before that, they tell
16 me to lift my genitals, open my mouth.
17     They had me open my mouth, run my hands through
18 my head, squat and cough.  This one, it was similar,
19 but I lift your genitals, open your mouth, put your
20 hand in and run your fingers through your mouth.  For
21 what, like this, and squat and cough; that's it.
22     Q    Okay.
23     A    But the didn't check the bottom of my feet,
24 my hair or nothing.  They just -- that was the main

**Page 11**

1  thing they had me do.
2      Q    All right.  Do you recall anything that any
3  of the officers said besides what we already talked
4  about?
5      A    If there was something, I don't remember.
6  Because I couldn't remember.
7      Q    Okay.  That's all I got, thank you.
8      A    All right.
9          (End of interview)

**Page 12**

1      I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.

Pages 9 to 12

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063754

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 45 of 214   Page ID #20965

Ross, et al. vs. Gossett, et al. 15-309    063755

**A**
A-k-i-n-s
3:16
abide
6:22
ability
12:4
above-mentioned
12:4
action
2:13
adverse
2:20 3:8
affirm
12:2
Akins
1:5 3:16
angry
7:15
arising
2:8
arm
7:3
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
12:1

**B**
B86667
1:6 3:17
back
5:1,16,16,19,20 6:12
6:12,13,17,18,23,23
7:9,9,20,20 8:15 9:14
balls
5:13
baton
9:3
behalf
2:10 3:3
best
12:4
better
2:24
Big
2:6,16 3:11,18,20
blue
5:22,23,24 6:1
bottom
10:23
box
7:23 8:10
boxes
7:21,22 8:9
break
9:10
butt
6:9,17 9:14
butts
6:8,14

**C**
called
7:2
can't
4:3
case

2:12 3:3
cell
4:4,5,13,14 5:2,5,11
8:13,13,15
cellmate
4:12 5:1
cells
4:5 8:12
Centers
2:7
certain
2:7,11
certified
2:15
certifies
2:18,19
certify
12:1
check
10:23
Chicago
1:12
chow
7:9,12
class
2:13,14,17,18,20
close
6:19 7:2
coming
4:9,10,11
commissary
8:1,15
confronted
8:21,21
consequences
3:8
contact
2:22
contraband
10:3
Correctional
2:7
Cos
8:21
cough
10:18,21
couldn't
11:6
course
2:22
Crush
3:23 4:1 6:15 8:23 10:4
cuffed
5:17 7:3

**D**
date
10:8
day
4:7
defend
3:3
Defendants
2:10,21 3:3
didn't
4:17 8:6 10:23
different
8:12,13 10:11,12
digitally
12:3
disciplinary
3:4
don't

6:23,23 7:14
doorway
5:4
drawers
5:15 6:2
Duran
2:1,2

**E**
either
9:21
employees
2:8,11
ended
8:20
estimate
7:17
exactly
7:16
experience
3:2

**F**
face
4:11,12
facility-wide
3:21 9:21
far
4:7
feet
10:23
filed
2:5
fine
4:2
fingers
10:20
firm
2:13
first
4:6 5:2 9:23 10:3
Floor
1:11
foregoing
12:3
forgot
4:5
forward
7:5,8
found
8:9,10
four
8:16
free
2:22
front
4:18 6:9
frustrated
7:1,15

**G**
gathering
3:2
General
1:10
genitals
4:23 10:16,19
give
3:15 7:17
go
5:17,19
grabbed
7:3

guess
9:19
guy
5:8 7:2 10:13

**H**
hair
10:24
half
7:19
hall
7:9,12
hand
10:20
handcuffed
6:3,6
hands
7:8 9:6 10:17
happened
2:24 3:10,22 4:7 6:5
hassle
9:19
head
6:16,18,23 7:8,13 9:11
9:12 10:18
heads
5:18 6:11 7:10
heard
4:17,19
hit
9:2,4,8,10,16
hitting
9:15
hoping
3:9
hour
7:18
hour-and-a-
7:18
housed
2:5,16 4:2,3
hurt
9:16
hurting
7:7

**I**
I-DOC
2:8,11 3:3
I'd
7:18
I'm
2:2,3,10 3:9 6:21
IA
8:21
ID
3:16
idea
7:18
Illinois
1:10,12 2:3,6
impartially
12:2
inaudible
7:4
information
3:2
inmate
1:6 3:15
inmates
2:5,11 3:5
interest
2:20

interview
1:5 2:4,23 3:6 11:9
involved
9:20,24
it's
9:16

**J**
jail
10:1
James
2:1,2
judge
2:15,17,19

**K**
K-e-v-i-n
3:16
keep
9:11,12,13
Kevin
1:5 3:16
know
4:16 7:2,14,14,15 8:8
9:11 10:1

**L**
law
2:12
Lawrence
2:7
lawsuit
2:5,13
lay
7:10
lean
7:5,8
left
8:16
lift
4:22,23 5:13 10:16,19
lifted
9:6
line
6:7
Loevy
2:13,13
long
7:12,16
look
6:22,23,23

**M**
mail
8:11
main
10:24
man
4:17,18,19 7:1 8:10,22
Marie
12:1
masked
4:19
mean
6:19 7:14 9:24
Meaning
6:8
means
2:17
member
2:17
men

4:15
Menard
2:6
missing
8:18
mixed
8:11
monthly
10:1,2
mouth
5:14 10:16,17,19,20
Muddy
2:6,16 3:11,18,20

**N**
naked
4:13,22
name
2:2 3:15
named
2:11
necessarily
9:4
nightstick
9:3
noodles
8:16
normal
10:9
normally
10:14
number
1:6 3:15
nuts
6:8,8,14,17 9:14

**O**
o
10:2
occurred
2:4
offer
3:7
officer
7:3
officer's
5:7
officers
11:3
oh
8:10
okay
3:12,14,18,21 4:6,21
5:6,12,20,23 6:3,5,10
6:16,20 7:6 8:7,14
10:5,22 11:7
open
5:13 10:16,17,19
operation
2:9 3:1
Orange
3:23 4:1 6:15 8:23 10:4

**P**
pants
5:16,24 6:1
participating
3:7
people
4:17 6:15 7:21,21 8:9,9
8:11
period
9:17

1

McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063755



Ross, et al. vs. Gossett, et al. 15-309    063756

person
6:9,13
person's
5:19 6:12 9:14
phonetic
2:2
pictures
8:2,17
Plaintiff's
2:19
Plaintiffs
2:12
please
3:14
point
6:24
position
3:7
potential
2:17
poured
7:21
prefer
6:7
prison
9:21
probably
8:16,17,17,22,23
proceedings
12:4
property
7:22,23
purposes
3:4
put
5:14,15,16,20,22 6:7
10:19
putting
9:19

**Q**

questions
3:12

**R**

Randolph
1:11
ready
10:13
really
4:18 6:17
reason
8:24
recall
3:21 11:2
receipt
8:4
recorded
12:3
refuse
3:8
regular
9:24
remain
7:12
remember
3:11 4:3,7,9,9 11:5,6
represented
2:12,18
right
4:14,24 8:19 9:2,6,20
11:2,8
ripped

8:23
River
2:6,6
room
7:20
rooms
4:10
run
10:17,20

**S**

saying
9:13
searched
5:10
see
4:18
seeing
7:1
seen
4:18
shakedown
2:4 3:11,22 4:8 8:4,6
8:20 10:2
shakedowns
9:21 10:1,6
shirt
5:22,23,24
shirts
5:20
shoes
6:1
shoulders
7:7
shouldn't
9:17,18
shoved
5:18
shoving
6:11,22
similar
10:18
sitting
10:13
situation
10:4
Skaja
12:1
slip
8:6,20
socks
6:2
speaking
2:23
spell
3:14
squat
5:14 10:18,21
stage
2:14
stand
5:1
state
2:3 3:14
statement
12:3
stick
9:18
sticks
9:8
stood
5:9
Street

1:11
strip-
5:9
strip-search
5:7,7 10:5,7,7,9,15
strip-searched
5:10 10:13
stripped
10:14
stuff
4:20 8:1,7,9
summer
3:19
sure
10:2

**T**

table
7:13
tables
7:11
tactical
3:1
take
9:1
talk
3:9,10
talked
11:3
tell
4:11 9:12 10:15
telling
4:10,10
thank
11:7
that's
4:2 9:23 10:3,21 11:7
thing
4:6 11:1
think
4:4,16
threw
8:23
time
4:2 5:1 9:3,9,22
today
2:3
told
4:22 5:18
touching
9:15,17,18
transcribed
12:2
TRANSCRIPTION
1:4
trying
6:21
tucked
9:13
two
4:15,15,17

**U**

uncomfortable
6:21
underclothes
5:16,17
undershirt
6:2
understanding
2:24

**V**

voice
4:17
voluntary
3:6

**W**

walking
6:6
wall
4:11,12
water
7:21
way
5:3 9:17
went
7:9,19,20 8:15 10:6
West
1:11
what's
4:6
willing
3:9
women
4:15
working
2:8
wouldn't
5:14,15 9:16
wouldn't
9:4
wrong
8:2

**X**

**Y**

yeah
3:13,20 4:1 5:5,22 6:2
6:4 8:8 9:7
yelling
7:11

**Z**

**0**

00:04:56
7:4

**1**

100
1:11
13
3:20
13th
1:11

**2**

200
8:17
2014
2:4 3:11,19,22 10:8
2016
3:20

**3**

3-C
4:3,5
30
8:1,18
312
1:13

**4**

40
8:18

**5**

**6**

60601
1:12
65
4:4

**7**

**8**

814-3695
1:13



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 47 of 214   Page ID #20967

Ross, et al. vs. Gossett, et al. 15-309    063757

AUDIO TRANSCRIPTION
Interview of Deon Alivinzston
Inmate Number   R66235


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

BY MR. JAMES DURAN:

2      Q    My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois.  I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  individuals working for I-DOC arising out of the
9  operation.
10      I'm here on behalf of the Defendants, the
11  employees of the I-DOC.  Certain inmates are the named
12  Plaintiffs in this case and are represented by a law
13  firm, Loevy & Loevy.  The lawsuit is a class action
14  and at this stage, the class has not yet been
15  certified by the judge.
16      Because you were housed at Big Muddy, you are a
17  potential class member, which means that if the judge
18  certifies a class, you would be represented by
19  Plaintiff's attorneys.  If the judge certifies a
20  class, your interest could be adverse to that of the
21  Defendants.
22      You are of course, free to contact an attorney
23  before speaking to me.  But I would like to interview
24  you to get a better understanding of what happened

2

1  during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purpose against you or any other
5  inmates.
6      This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10  talk to me about what happened during the shakedown at
11  Big Muddy 2014; if you remember.  So is it okay if I
12  ask you some questions today?
13      A    Absolutely.
14      Q    Okay, can you please state and spell your
15  name and give your inmate number?
16      A    Deon Alivinzston, D-e-o-n A-l-i-v-i-n-z-s-t-
17  o-n.  Inmate Number R66235.
18      Q    Were you housed at Big Muddy Correctional
19  Center in 2014?
20      A    Yes.
21      Q    And do you recall a facility-wide shakedown?
22      A    Yes.
23      Q    What do you recall from that shakedown?
24      A    The main thing that I recall from the

3

1  shakedown is being stripped naked in front of a lot of
2  people, which was really demoralizing.  And the pain
3  that you know, it was given to me from out of
4  handcuffs behind my back for so long.
5      When they shook us down they took us to the
6  kitchen, the chow hall where we eat in and set us down
7  and had our backs with your head down.  We couldn't
8  move, we couldn't talk and we was basically stationed
9  in that position for hours.
10      Q    Okay.  Is that the first facility-wide
11  shakedown that you endured?
12      A    No, actually I was at the one here in '14
13  and I was at another one in Western Correctional
14  Center.
15      Q    In '14?
16      A    '15.
17      Q    In '15, okay.  Well, I am going to ask you
18  about that one when we are done.  So can you explain
19  to me how the -- the whole strip-search and shakedown
20  of your cell, how that -- how that started and what
21  happened?
22      A    Well you know the word goes around to the
23  penitentiary and they let us know that they was there.
24  And everybody was screaming, talking about, "Oh,

4



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063757

Ross, et al. vs. Gossett, et al. 15-309    063758

1  Orange Crush here.  It's going to be real bad.  They
2  don't have no respect," and all that.
3      So we see them coming through the window, you
4  know, they come in with the batons and the shields and
5  you know all that they had -- had where -- and they
6  come in and -- to a bunch of cells and have everybody
7  come to the door.  "Hey, you're the man I'm getting,"
8  you know.  "Shut up.  Turn everything off."  And whoo-
9  whoo, you know just talking real aggressive.
10     Q   So how many people came to your cell?
11     A   I'm really not sure.  I think it was maybe
12  two or more.
13     Q   Okay.  And was it two men?
14     A   I don't remember.  I know some cells -- I
15  remember specifically my cell.  I know some cells was
16  men, some cells was women.
17     Q   But yours was -- what was yours?
18     A   I can't remember.  Probably, men but I don't
19  know.  I know for sure that in certain cells where two
20  men was at, there was a woman also present, in some
21  cells.
22     Q   Okay.  So what happened then when they came
23  to your cell?
24     A   They come to the cell and tell us to strip,

5

1  you know, be quiet, shut up, turn everything off, get
2  all your property slips out.  Shakedown -- it's going
3  to be a shakedown.  They don't want us to have no
4  clothes, no undergarments.  You can't have on anything
5  under the blues.  All we could have on is blues, no
6  shirt, no boxers, no socks.
7      Q   So how did they do the strip-search?
8      A   They do the strip-search, you come to the
9  strip-search they just basically tell you, "Hey, we
10  are going to search you."  And you strip.  You ass
11  naked and you got to you know, spread, cough, spread,
12  cough, spread your cheeks.  Go do your hair, you know,
13  gums and all that.  Raise your balls up.  And do your
14  cellmate, too.
15     Q   Okay.  And where was your shakedown done,
16  inside the cell or outside the cell?  Your -- your
17  strip-search?
18     A   I mean, at the front, at the door or the
19  cell.  Right in the door of the cell.
20     Q   Okay.
21     A   Because a lot of them don't want to come in
22  the cell.  I guess they feel that the door is nasty.
23  So it's like a borderline inside of the cell and
24  outside the cell.

6

1      Q   Okay.  And where was your cellmate when you
2  were being shaken down?
3      A   In the cell.  He was in the cell with me.
4      Q   Okay.  Was he facing the wall?  Was he
5  facing out?  Was he looking at you or what; do you
6  know?
7      A   I can't remember.  I can't remember.  I
8  don't know.
9      Q   Okay, so after they strip-searched you, you
10  were allowed to put back on clothes.  What were you
11  allowed to put on?
12     A   Just the blues.
13     Q   Okay.  Your shirt and your pants, no
14  underwear?
15     A   No undergarments, no boxers, no socks, no t-
16  shirts.
17     Q   Okay.  Were you able to wear shoes?
18     A   (Inaudible 00:06:01).  Yeah, you could put
19  your shoes back on.
20     Q   Okay, you could put your shoes on, too?
21     A   Yeah.
22     Q   Okay.  And then -- so then they strip-
23  searched your cellmate?
24     A   Yeah.

7

1      Q   Okay.  And were you -- did you watch him get
2  strip-searched or what did you do?
3      A   Man, I can't remember.  I mean, I'm not
4  going to really look at another man, you know, being
5  naked.  So I don't know if they -- I am not sure if
6  they told us to turn around or you know, or just stand
7  to the back of the cell.  But we was both in the cell
8  getting strip-searched at the same time, but not
9  simultaneously.
10     Q   Okay.  But you don't remember seeing your
11  cellmate naked during the strip-search?
12     A   If I did, I tried to erase it out of my
13  memory.  This is something I didn't want to see,
14  obviously, you know.
15     Q   Okay.  Were -- you and your cellmate were
16  both allowed to put on your blues and your shoes and
17  then were you cuffed behind your back?
18     A   Yeah, we was cuffed behind the back; cuffed
19  up behind the back.  I'm not sure if they double-
20  locked or not.  I know they don't because there was a
21  lot of guys -- when we get to the chow hall, there was
22  a lot of guys complaining about the cuffs too tight,
23  can you unloosen the cuffs?
24     Some guys, you know, I guess they took a liking

8



Ross, et al. vs. Gossett, et al. 15-309    063759

1 to, they was loosening some cuffs up. Some guys, they
2 was just letting them, you know, sit in pain.
3     Q   Okay, so how -- how were you walked from
4 your cell to the chow hall?
5     A   On each other heels. We were literally on
6 each other heels. There was no room for walking. You
7 got to put your head on -- on someone else's back.
8 And looking down, you can't have no physical contact.
9 I mean, no, you know, out of content looking at the
10 (inaudible 00:07:46).
11     So you got to put your head on, with your hands
12 to the back, and you got to put your head down walking
13 and march. Somebody stepping on you, you stepping on
14 somebody. It's cold, no coat on. It might be
15 raining. I think the time I was there, it was
16 raining. (Inaudible 00:08:01), it was raining.
17     Q   Okay. And how far -- were you bent over
18 real far with your head on the guy's back?
19     A   I mean as far as you have to go to whereas
20 you got to -- you know, you got to put your head on
21 somebody else's back.
22     Q   Could you -- could you stand up for a second
23 and show me, like turn kind of sideways and back up a
24 little bit. And how -- can you demonstrate how you

9

1 were walking, like far did you have to bend over?
2     A   I would say.
3     Q   Okay. And then can you walk back this way a
4 little bit, just sideways so I can see you. Okay, and
5 then your head was on someone else's back while you
6 were doing that, right?
7     A   Tripping and you know then they stopped the
8 line. Stop it, "Wait, hold on, stop." And then the
9 front of line, you know, and it was like -- I don't
10 know if they was like to mess with us and test me
11 because it was raining and you know, it's in the cold,
12 you know.
13     Q   All right. And then at any point did any of
14 the officers physically hit you?
15     A   Not me, not me, but I seen some disciplinary
16 things. Not me.
17     Q   Okay, so you were never hit?
18     A   No.
19     Q   All right, well that's good. So then you
20 were taken to the chow hall and you had to sit in the
21 chow hall. Explain how you had to sit?
22     A   You got to sit with your head down on the
23 table, far down on the table like this and you can't
24 look up. You can't look up. There is no talking or

10

1 none of that. And you're cuffed up and like I said
2 from that point, you -- of people bumping into you
3 from the back that's how the cuffs getting tighter.
4 So we said, "Hey, you know."
5     Q   How long did you remain at the table with
6 your head down?
7     A   Man, I couldn't even tell you. It was over
8 -- it was over 90 minutes. I'm for sure about that.
9     Q   All right, and then after you left the chow
10 hall, did you return to your cell house?
11     A   Yeah, returned to the cell house same way,
12 the same exact way.
13     Q   Handcuffed, head on the guy's back?
14     A   Yeah.
15     Q   All right. And then when you arrived back
16 at your cell, did anything happen then or was it --
17 the shakedown over?
18     A   You know one thing that I really do
19 remember, man, because it was -- like I said, it was
20 -- they ain't working with you as long the stink up is
21 demoralizing and humiliating. It was really
22 humiliating.
23     And when we got back to the cell, the cell was
24 tore up, your property and everything. A lot of the

11

1 guys was complaining. They break stuff, talking about
2 their TVs broke, things were missing. Their food was
3 open, you know, a lot of things of that nature.
4     Clothes just throwed out in the middle of the
5 gallery. So when I got back in the cell, the cell was
6 tore up. It was -- it was like a hurricane.
7     Q   All right. Do you remember not that any of
8 the correctional officers said during the shakedown?
9     A   A lot -- a lot of bad things. A lot of bad
10 things. "Shut up, don't talk." You know they got the
11 sticks and really intimidating. They saying all this,
12 "Don't talk. You know, this is our house and we run
13 this and you do what we say." It was a bad
14 experience. I'm serious, man.
15     A lot of guys got hurt and it was very -- it's
16 just a lot of pain. It's a lot of pain, it's a lot of
17 suffering, man, it seriously is; it's just a lot of
18 pain and suffering. It's bad on your back. It's bad
19 on your shoulder. I still got shoulder problems right
20 now.
21     Q   All right. Did you seek medical attention
22 for those?
23     A   Yeah, yeah.
24     Q   All right, I think I may have already asked

12

Pages 9 to 12


McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063759

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 50 of 214   Page ID #20970

Ross, et al. vs. Gossett, et al. 15-309   063760

1  you, but have you gone through any other facility-wide
2  shakedowns?
3      A   At Western.
4      Q   Okay.  And that was after this one, right?
5      A   It was after.
6      Q   Okay.  And can you explain how the Western
7  Illinois Correctional Center shakedown was?
8      A   The same way.
9      Q   When was it, 2015, you said?
10     A   2015.  I think it was either -- one of them
11  -- one of them was rain.  It was either here or
12  Western, it was raining and it was wet and they was
13  playing with the line.  They was keeping outside
14  longer, it don't take that long to walk from the
15  housing units to the chow hall and kitchen.
16         They was playing.  You know stopping the line,
17  doing this, doing that, you know talking.  And being
18  disrespectful.  Unprofessional, they was -- they
19  weren't professional.
20     Q   So what happened at the Western Illinois
21  Correctional Center shakedown?  Was it -- were you
22  strip-searched the same way?
23     A   The same way.
24     Q   And then how were you taken out of your cell

13

1  that time?
2      A   Strip-searched, butt naked, same way.  You
3  know, no undergarments.  We got -- they put the cuffs
4  on, head down, march forward.
5      Q   Okay.  No undergarments, but you wore -- you
6  were allowed to wear your blues and your shoes?
7      A   Our blues and shoes.
8      Q   And your shirt and your pants.  Okay, and
9  then you were handcuffed behind you and your head and
10  you were bent over walking again?
11     A   Yeah.
12     Q   And where were you taken to there?
13     A   To the kitchen.  To the chow hall, the same
14  spot.  Same way.  I was kind of mad because I end
15  running interest two, you know -- yeah, I think that
16  was '15.  That was '15.
17     Q   All right.  And when you were placed in the
18  kitchen there, how were you -- how were you sitting
19  and where were you placed?
20     A   The same exact way.  Your head won.
21     Q   Head on the table?
22     A   Yeah.
23     Q   Okay.
24     A   As a matter of fact because I remember that.

14

1  I remember from Western it was a guy (inaudible
2  00:14:06) probably showed that place because they had
3  him in -- in a position too long and he was constantly
4  asking to get removed.  And everybody was laughing at
5  him, like it was a joke.  And he was saying, "Man, my
6  shoulder popping.  My shoulder popping."  And the
7  police came and grabbed him and put his arm up and he
8  was like, "Ahhh."  And adding to his pain.
9      Q   Who was he?
10     A   Same cell, Darrell Brown (phonetic).
11     Q   Okay.
12     A   And here, I think they was saying they
13  dropped some guy on his face, busted his face all open
14  and -- yeah.
15     Q   All right.  So when you were in the kitchen
16  at Western, how long did you remain in the kitchen?
17     A   Over 90 minutes.  The same way.
18     Q   And were you taken back to your cell in the
19  same manner as you were walked to the kitchen?
20     A   Yeah, walked back from the kitchen to the
21  cell.  The cell tore up and everything, you know.
22  Everything everywhere, me and my cellmate's stuff
23  mixed up.  Might be in the cell somebody you don't
24  even get along with and you know, just caused a lot of

15

1  confusion.
2      Q   Do you remember anything that was said by
3  any of the officers at the Western Illinois
4  Correctional Center?
5      A   Same exact, everything.  I mean
6  unprofessional.  They were unprofessional.  They were
7  unprofessional.
8      Q   The search at your cell at Western, was that
9  conducted by two men?
10     A   Like I say, it was like -- appeared like the
11  same thing.  I don't know -- I know it was women the
12  vicinity.
13     Q   Okay.
14     A   There was women in the vicinity.  I can't
15  remember specifically if it was women or men, but I
16  remember it was three women in there, so I remember
17  that.  I know that for sure.  So I don't -- you know,
18  I know -- I know it wasn't -- it wasn't at no point
19  that I know because I read a lot and I am informed and
20  I know that.
21         A woman is exposed just like the police they
22  doing or cops.  A woman is not supposed to be for a
23  man, not supposed to -- a woman they called, they were
24  female ladies that do that, you know, to grope our

16



Ross, et al. vs. Gossett, et al. 15-309   063760

Ross, et al. vs. Gossett, et al. 15-309    063761

```
 1   breast.
 2       And I know a woman not supposed to see a man,
 3   there were women around seeing men, so you know, on
 4   the -- on the scene.  I know that for sure.
 5       Q    Were -- was it women that were members of
 6   the Tactical Team or correctional officers?
 7       A    Yeah.  Women as correctional officers,
 8   members that was part of the Tactical Team, too.
 9       Q    All right.  During the Western shakedown,
10   did anyone use physical force on you?  Did anyone hit
11   you?
12       A    I was pushed, you know.  I was pushed,
13   brought out of line, pointed a finger in my face;
14   things like that.
15       Q    Okay.  No one ever hit you with the sticks?
16       A    No.  By the grace of God.
17       Q    Okay.
18       A    There was a lot that obviously did it.
19       Q    Okay, but you weren't one of them?  Okay,
20   thank you.  I've got nothing else.
21            (End of interview)
22
23
24
```

17

```
 1       I, Audrey Marie Skaja, do hereby certify or
 2   affirm that I have impartially transcribed the
 3   foregoing from a digitally recorded statement of the
 4   above-mentioned proceedings to the best of my ability.
 5
 6            Audrey M. Skaja
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

18

Pages 17 to 18



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 52 of 214   Page ID #20972

Ross, et al. vs. Gossett, et al. 15-309    063762

## A

A-l-i-v-i-n-z-s-t-
3:16
ability
18:4
able
7:17
above-mentioned
18:4
Absolutely
3:13
action
2:13
adding
15:8
adverse
2:20 3:8
affirm
18:2
aggressive
5:9
Ahhh
15:8
ain't
11:20
Alivinzston
1:5 3:16
allowed
7:10,11 8:16 14:6
appeared
16:10
arising
2:8
arm
15:7
arrived
11:15
asked
12:24
asking
15:4
ass
6:10
attention
12:21
attorney
1:9 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
18:1

## B

back
4:4 7:10,19 8:7,17,18
8:19 9:7,12,18,21,23
10:3,5 11:3,13,15,23
12:5,18 15:18,20
backs
4:7
bad
5:1 12:9,9,13,18,18
balls
6:13
basically
4:8 6:9
batons
5:4
behalf
2:10 3:3
bend

10:1
bent
9:17 14:10
best
18:4
better
2:24
Big
2:6,16 3:11,18
bit
9:24 10:4
blues
6:5,5 7:12 8:16 14:6,7
borderline
6:23
boxers
6:6 7:15
break
12:1
breast
17:1
broke
12:2
brought
17:13
Brown
15:10
bumping
11:2
bunch
5:6
busted
15:13
butt
14:2

## C

called
16:23
can't
5:18 6:4 7:7,7 8:3 9:8
10:23,24 16:14
case
2:12 3:3
caused
15:24
cell
4:20 5:10,15,23,24
6:16,16,19,19,22,23
6:24 7:3,3 8:7,7 9:4
11:10,11,16,23,23
12:5,5 13:24 15:10
15:18,21,21,23 16:8
cellmate
6:14 7:1,23 8:11,15
cellmate's
15:22
cells
5:6,14,15,16,19,21
Center
3:19 4:14 13:7,21 16:4
Centers
2:7
certain
2:7,11 5:19
certified
2:15
certifies
2:18,19
certify
18:1
cheeks
6:12

Chicago
1:11
chow
4:6 8:21 9:4 10:20,21
11:9 13:15 14:13
class
2:13,14,17,18,20
clothes
6:4 7:10 12:4
coat
9:14
cold
9:14 10:11
come
5:4,6,7,24 6:8,21
coming
5:3
complaining
8:22 12:1
conducted
16:9
confusion
16:1
consequences
3:8
constantly
15:3
contact
2:22 9:8
content
9:9
cops
16:22
correctional
2:7 3:18 4:13 12:8 13:7
13:21 16:4 17:6,7
cough
6:11,12
course
2:22
Crush
5:1
cuffed
8:17,18,18 11:1
cuffs
8:22,23 9:1 11:3 14:3

## D

D-e-o-n
3:16
Darrell
15:10
defend
3:3
Defendants
2:10,21 3:3
demonstrate
9:24
demoralizing
4:2 11:21
Deon
1:5 3:16
didn't
8:13
digitally
18:3
disciplinary
3:4 10:15
disrespectful
13:18
doing
10:6 13:17,17 16:22
don't

5:2 6:3,21 8:10,20
12:10,12 13:14 15:23
door
5:7 6:18,19,22
double-
8:19
dropped
15:13
Duran
2:1,2

## E

eat
4:6
either
13:10,11
else's
9:7,21 10:5
employees
2:11
endured
4:11
erase
8:12
everybody
4:24 5:6 15:4
exact
11:12 14:20 16:5
experience
3:2 12:14
explain
4:18 10:21 13:6
exposed
16:21

## F

face
15:13,13 17:13
facility-wide
3:21 4:10 13:1
facing
7:4,5
fact
14:24
far
9:17,18,19 10:1,23
feel
6:22
female
16:24
filed
2:5
finger
17:13
firm
2:13
first
4:10
Floor
1:10
food
12:2
force
17:10
foregoing
18:3
forward
14:4
free
2:22
front
4:1 6:18 10:9

## G

gallery
12:5
gathering
3:2
General
1:9
getting
5:7 8:8 11:3
give
3:15
given
4:3
go
6:12 9:19
God
17:16
goes
4:22
going
4:17 5:1 6:2,10 8:4
good
10:19
grabbed
15:7
grace
17:16
grope
16:24
guess
6:22 8:24
gums
6:13
guy
15:1,13
guy's
9:18 11:13
guys
8:21,22,24 9:1 12:1,15

## H

hair
6:12
hall
4:6 8:21 9:4 10:20,21
11:10 13:15 14:13
handcuffed
11:13 14:9
handcuffs
4:4
hands
9:11
happen
11:16
happened
2:24 3:10 4:21 5:22
13:20
head
4:7 9:7,11,12,18,20
10:5,22 11:6,13 14:4
14:9,20,21
heels
9:5,6
Hey
5:7 6:9 11:4
hit
10:14,17 17:10,15
hold
10:8
hoping
3:9
hours
4:9

house
11:10,11 12:12
housed
2:5,16 3:18
housing
13:15
humiliating
11:21,22
hurricane
12:6
hurt
12:15

## I

I-DOC
2:8,11 3:3
I'm
2:2,3,10 3:9 5:7,11 8:3
8:19 11:8 12:14
I've
17:20
Illinois
1:9,11 2:3,6 13:7,20
16:3
impartially
18:2
inaudible
7:18 9:10,16 15:1
individuals
2:8
information
3:2
informed
16:19
inmate
1:6 3:15,17
inmates
2:5,11 3:5
inside
6:16,23
interest
2:20 14:15
interview
1:5 2:4,23 3:6 17:21
intimidating
12:11
it's
5:1 6:2,23 9:14 10:11
12:15,16,16,17,18,18

## J

James
2:1,2
joke
15:5
judge
2:15,17,19

## K

keeping
13:13
kind
9:23 14:14
kitchen
4:6 13:15 14:13,18
15:15,16,19,20
know
4:3,22,23 5:4,5,8,9,14
5:15,19,19 6:1,11,12
7:6,8 8:4,5,6,14,20
8:24 9:2,9,20 10:7,9
10:10,11,12 11:4,18
12:3,10,12 13:16,17



McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063762

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 53 of 214   Page ID #20973

Ross, et al. vs. Gossett, et al. 15-309      063763

14:3,15 15:21,24
16:11,11,17,17,18,18
16:19,20,24 17:2,3,4
17:12

**L**

ladies
16:24
laughing
15:4
law
2:12
Lawrence
2:7
lawsuit
2:5,13
left
11:9
letting
9:2
liking
8:24
line
10:8,9 13:13,16 17:13
literally
9:5
little
9:24 10:4
locked
8:20
Loevy
2:13,13
long
4:4 11:5,20 13:14 15:3
15:16
longer
13:14
look
8:4 10:24,24
looking
7:5 9:8,9
loosening
9:1
lot
4:1 6:21 8:21,22 11:24
12:3,9,9,9,15,16,16
12:16,17 15:24 16:19
17:18

**M**

mad
14:14
main
3:24
man
5:7 8:3,4 11:7,19 12:14
12:17 15:5 16:23
17:2
manner
15:19
march
9:13 14:4
Marie
18:1
matter
14:24
mean
6:18 8:3 9:9,19 16:5
means
2:17
medical
12:21
member

2:17
members
17:5,8
memory
8:13
men
5:13,16,18,20 16:9,15
17:3
Menard
2:6
mess
10:10
middle
12:4
minutes
11:8 15:17
missing
12:2
mixed
15:23
move
4:8
Muddy
2:6,16 3:11,18

**N**

naked
4:1 6:11 8:5,11 14:2
name
2:2 3:15
named
2:11
nasty
6:22
nature
12:3
never
10:17
number
1:6 3:15,17

**O**

o-n
3:17
obviously
8:14 17:18
occurred
2:4
offer
3:7
officers
10:14 12:8 16:3 17:6,7
Oh
4:24
okay
3:11,14 4:10,17 5:13
5:22 6:7,15,20 7:1,4
7:9,13,17,20,22 8:1
8:10,15 9:3,17 10:3,4
10:17 13:4,6 14:5,8
14:23 15:11 16:13
17:15,17,19,19
open
12:3 15:13
operation
2:9 3:1
Orange
5:1
outside
6:16,24 13:13

**P**

pain

2:17

4:2 9:2 12:16,16,18
15:8
pants
7:13 14:8
part
17:8
participating
3:7
penitentiary
4:23
people
4:2 5:10 11:2
phonetic
2:2 15:10
physical
9:8 17:10
physically
10:14
place
15:2
placed
14:17,19
Plaintiff's
2:19
Plaintiffs
2:12
playing
13:13,16
please
3:14
point
10:13 11:2 16:18
pointed
17:13
police
15:7 16:21
popping
15:6,6
position
3:7 4:9 15:3
potential
2:17
present
5:20
probably
5:18 15:2
problems
12:19
proceedings
18:4
professional
13:19
property
6:2 11:24
purpose
3:4
pushed
17:12,12
put
7:10,11,18,20 8:16 9:7
9:11,12,20 14:3 15:7

**Q**

questions
3:12
quiet
6:1

**R**

R66235
1:6 3:17
rain
13:11

raining
9:15,16,16 10:11 13:12
Raise
6:13
Randolph
1:10
read
16:19
real
5:1,9 9:18
really
4:2 5:11 8:4 11:18,21
12:11
recall
3:21,23,24
recorded
18:3
refuse
3:8
remain
11:5 15:16
remember
3:1 5:14,15,18 7:7,7
8:3,10 11:19 12:7
14:24 15:11 16:2,15
16:16,16
removed
15:4
represented
2:12,18
respect
5:2
return
11:10
returned
11:11
right
6:19 10:6,13,19 11:9
11:15 12:7,19,21,24
13:4 14:17 15:15
17:9
River
2:6,6
room
9:6
run
12:12
running
14:15

**S**

saying
12:11 15:5,12
scene
17:4
screaming
4:24
search
6:10 16:8
searched
7:23
second
9:22
see
5:3 8:13 10:4 17:2
seeing
8:10 17:3
seek
12:21
seen
10:15
serious
12:14

seriously
12:17
set
4:6
shakedown
2:4 3:10,21,23 4:1,11
4:19 6:2,3,15 11:17
12:8 13:7,21 17:9
shakedowns
13:2
shaken
7:2
shields
5:4
shirt
6:6 7:13 14:8
shirts
7:16
shoes
7:17,19,20 8:16 14:6,7
shook
4:5
shoulder
12:19,19 15:6,6
show
9:23
showed
15:2
shut
5:8 6:1 12:10
sideways
9:23 10:4
simultaneously
8:9
sit
9:2 10:20,21,22
sitting
14:18
Skaja
18:1
slips
6:2
socks
6:6 7:15
somebody
9:13,14,21 15:23
speaking
2:23
specifically
5:15 16:15
spell
3:14
spot
14:14
spread
6:11,11,12
stage
2:14
stand
8:6 9:22
started
4:20
state
2:3 3:14
statement
18:3
stationed
4:8
stepping
9:13,13
sticks
12:11 17:15
stink

11:20
stop
10:8,8
stopped
10:7
stopping
13:16
Street
1:10
strip
5:24 6:10
strip-
7:22
strip-search
4:19 6:7,8,9,17 8:11
strip-searched
7:9 8:2,8 13:22 14:2
stripped
4:1
stuff
12:1 15:22
suffering
12:17,18
supposed
16:22,23 17:2
sure
5:11,19 8:5,19 11:8
16:17 17:4

**T**

t-
7:15
table
10:23,23 11:5 14:21
tactical
3:1 17:6,8
take
13:14
taken
10:20 13:24 14:12
15:18
talk
3:9,10 4:8 12:10,12
talking
4:24 5:9 10:24 12:1
13:17
Team
17:6,8
tell
5:24 6:9 11:7
test
10:10
thank
17:20
that's
10:19 11:3
thing
3:24 11:18 16:11
things
10:16 12:3,9,10
17:14
think
5:11 9:15 12:24 13:10
14:15 15:12
three
16:16
throwed
12:4
tight
8:22
tighter
11:3
time

2

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309      063763



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 54 of 214   Page ID #20974

Ross, et al. vs. Gossett, et al. 15-309    063764

8:8 9:15 14:1
**today**
2:3 3:12
**told**
8:6
**tore**
11:24 12:6 15:21
**transcribed**
18:2
**TRANSCRIPTION**
1:4
**tried**
8:12
**Tripping**
10:7
**turn**
5:8 6:1 8:6 9:23
**TVs**
12:2
**two**
5:12,13,19 14:15 16:9

**U**

**undergarments**
6:4 7:15 14:3,5
**understanding**
2:24
**underwear**
7:14
**units**
13:15
**unloosen**
8:23
**unprofessional**
13:18 16:6,6,7
**use**
17:10

**V**

**vicinity**
16:12,14
**voluntary**
3:6

**W**

**Wait**
10:8
**walk**
10:3 13:14
**walked**
9:3 15:19,20
**walking**
9:6,12 10:1 14:10
**wall**
7:4
**want**
6:3,21 8:13
**wasn't**
16:18,18
**watch**
8:1
**way**
10:3 11:11,12 13:8,22
   13:23 14:2,14,20
   15:17
**wear**
7:17 14:6
**weren't**
13:19 17:19
**West**
1:10
**Western**
4:13 13:3,6,12,20 15:1

15:16 16:3,8 17:9
**wet**
13:12
**whoo**
5:9
**whoo-**
5:8
**willing**
3:9
**window**
5:3
**woman**
5:20 16:21,22,23 17:2
**women**
5:16 16:11,14,15,16
   17:3,5,7
**won**
14:20
**word**
4:22
**wore**
14:5
**working**
2:8 11:20

**X**

**Y**

**yeah**
7:18,21,24 8:18 11:11
   11:14 12:23,23 14:11
   14:15,22 15:14,20
   17:7
**you're**
5:7 11:1

**Z**

**0**

**00:06:01**
7:18
**00:07:46**
9:10
**00:08:01**
9:16
**00:14:06**
15:2

**1**

**100**
1:10
**13th**
1:10
**14**
4:12,15
**15**
4:16,17 14:16,16

**2**

**2014**
2:4 3:11,19
**2015**
13:9,10

**3**

**312**
1:12

**4**

**5**

**6**

**60601**
1:11

**7**

**8**

**814-3695**
1:12

**9**

**90**
11:8 15:17

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063764

3



Ross, et al. vs. Gossett, et al. 15-309    063765

AUDIO TRANSCRIPTION
Interview of Demond Barnes
Inmate Number  B40578


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

1 experience was.  I am gathering this information to
2 defend the case on behalf of the Illinois Department
3 of Corrections Defendants, but not for any
4 disciplinary purpose against you or any other inmates.
5     This interview is voluntary.  I am not in a
6 position to offer you anything for participating and
7 there will be no adverse consequences if you refuse to
8 talk to me.  However, I'm hoping you are willing to
9 talk to me about what happened during the shakedown at
10 Menard in 2014; if you remember.  So is it okay if I
11 ask you some questions?
12     A    Yes.
13     Q    Can you please state and spell your name for
14 the record?
15     A    My name is Demond, D-e-m-o-n-d; Barnes, B-a-
16 r-n-e-s.  My number is B40578.
17     Q    And where were you housed during April of
18 2014?
19     A    I was in the West House, 8 Gallery, Morning
20 (phonetic) 15.
21     Q    At Menard Correctional Center?
22     A    At Menard Correctional Center.
23     Q    Okay.  Do you recall a shakedown that
24 happened that day?

3

BY MR. JAMES DURAN:
2     Q    My name is James Duran (phonetic) and I'm an
3 attorney for the state of Illinois.  I'm here today to
4 interview you about a shakedown that occurred in 2014.
5 A lawsuit has been filed by inmates that were housed
6 at Menard, Illinois River, Big Muddy River and
7 Lawrence Correctional Centers against certain
8 individuals working for I-DOC arising out of the
9 operation.
10     I'm here on behalf of the Defendants, the
11 employees of the Illinois Department of Corrections.
12 Certain inmates are the named Plaintiffs in this case
13 and are represented by a law firm, Loevy & Loevy.  The
14 lawsuit is a class action and at this stage, the class
15 has not yet been certified by the judge.
16     Because you were housed at Menard, you are a
17 potential class member, which means that if the judge
18 certifies a class, you would be represented by
19 Plaintiff's attorney.  If the judge certifies a class,
20 your interest could be adverse to the Defendants.
21     You are of course, free to contact an attorney
22 before speaking to me.  But I would like to interview
23 you to get a better understanding of what happened
24 during the tactical operation, and what your

2

1     A    Yes.
2     Q    Can you explain what you remember?  The
3 first thing that happened concerning that shakedown?
4     A    First thing you do -- well, the first thing
5 what happens is you hear them coming down the gallery
6 beating bars, they battalions against the bars.  And
7 when they get to your cell, you know, you get up -- you
8 get up, come to the bars and your cellmate goes to the
9 back.  They usually handcuff one, you go to the back.
10 And then they strip-search you.
11     Q    Can you explain how the strip-search
12 procedure happened on that day?
13     A    Like I say, take off your clothes, give us
14 clothes that you want wear out, the clothes that they
15 told us to wear.  In my case, I was in a striped
16 jumpsuit, so that's all I could wear out at the cell
17 house.  That's what you had, so that's what I gave
18 them.
19     I strip-search, usual strip-search, you know,
20 ears, in the back, bend over, all of that.  And get
21 dressed.
22     Q    Was that strip-search the same as you said,
23 the usual strip-search that they do every time?
24     A    When no one is crossed out.  Usually it

4

Pages 1 to 4



Ross, et al. vs. Gossett, et al. 15-309    063766

1  wasn't nothing too extreme of it and you know, bend
2  over, do spread your cheeks; just the usual.
3      Q    All right.  And then did your cellmate have
4  the same type of strip-search?
5      A    Yes.
6      Q    And then after you were searched, you -- you
7  were allowed to put on some clothes?
8      A    Yeah, put on your clothes, then they
9  handcuff you.  You go in the back and your cellmate
10 gets strip-searched, then he be done, put his clothes
11 on and they put the handcuffs on you.
12     Q    Do you know what clothes you were allowed to
13 put back on?
14     A    My striped jumpsuit.
15     Q    All right.  Did you have shoes, too?
16     A    House shoes, no socks.
17     Q    And then you were cuffed behind the back?  Is
18 that what you were -- you were indicating?
19     A    Yes, cuffed behind the back.
20     Q    All right, now what happened?
21     A    Then after that you wait because then they
22 got to do the rest of the cells.  And once of the
23 cells open, they open them all at one time so we don't
24 just -- it's not like one at a time.  They open all

5

1  the doors at one time.  Then you come out, CO gets
2  behind you and holds you, holds your handcuffs, then
3  the next CO, when my cellmate comes out, he's behind
4  the officer and then they take you downstairs like
5  that.
6      Q    Okay, so you are taken downstairs, held by
7  the cuffs from behind?
8      A    Yes.
9      Q    And then what happened when you got all the
10 way downstairs?
11     A    Well then when you get downstairs, they put
12 you in a line.  So once you're in line -- but as they
13 tell you, you have to walk, with your hand -- you
14 know, with your hands behind that, but you had to bend
15 over.  You had to keep your head down.
16          You couldn't look up, period, at all.  And then
17 if you looked up, as we was walking, they tried to
18 trip us, they slapped you in the back of the head.
19 But they made sure to keep your head down.
20     Q    Okay.  And you made sure you kept your head
21 down, right?
22     A    No, I got slapped behind the head, but I
23 kept my head down for them, far.  And if you raised it
24 up, I mean, just raising up trying to walk like that,

6

1  you know, I was a little bit heavier, you know, I was
2  232 pounds.  So trying to bend over more with all the
3  heat so --
4      Q    All right.  Where were you walked to?
5      A    We walked to the chapel.
6      Q    What happened when you arrived at the
7  chapel?
8      A    When we arrived at the chapel, first line
9  went in, had to put their head against the wall.
10 Second line had to come behind them.  You had to put
11 your -- on the back of your, like basically, shoulder,
12 whatever.  And that's where you stood for the next two
13 hours.
14     Q    Do you know how many inmates were in the
15 chapel?
16     A    I know all the eight -- all the eight
17 galleries.  So it was 29 cells, like, I don't know,
18 probably about 30 or 40 guys.  I can't give you how
19 many.
20     Q    Was this a shakedown of just your gallery or
21 did they do the whole cell house?
22     A    They did the whole cell house.
23     Q    So did they finish the lower galleries and
24 then they took all those guys out, put them in the

7

1  chapel, and sent them back?  Or did they do the whole
2  cell house at once?
3      A    No, no, they -- you know they did it in
4  sections.  They just couldn't do one-by-one by
5  everybody.  They did gallery after gallery, do you
6  know what I'm saying?
7      Q    Okay.  So the part of the shakedown that you
8  were involved in was just when they did 8 Gallery?
9      A    Yeah, 8 Gallery.
10     Q    Do you know about what time they got to 8
11 Gallery?
12     A    I had -- they had to start at least in the
13 morning time.  It had to be like the morning because
14 you got about 7:00 or 8:00 o'clock in the morning.
15     Q    Okay.  Is that when they started at two or
16 did they start at the top?
17     A    I don't know.  They might be started --
18 because I think they did the other side the day before
19 and I think they was coming to get our side.  They did
20 us, though, because, you know, stripers get the stripe
21 out of the way (phonetic), so I think that's where
22 they got us, like about that time.
23     Q    Okay.
24     A    Because you know, they like to get us out of

8

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063766

Ross, et al. vs. Gossett, et al. 15-309    063767

1  the way, first.
2      Q    Okay.  So you said when they  -- they did
3  the other side the day before, was that the -- the
4  odd-numbered galleries?
5      A    Yes, one --
6      Q    One, three, five, seven, nine?  Okay.  So
7  they arrived there shortly after the 7:03 shift
8  started?
9      A    Right.  Right after.
10     Q    Okay.  Do you know how long you had to
11  remain in the chapel?
12     A    We was there for at least -- almost three
13  hours.  Were there almost three hours.
14     Q    Were there any medical people around?
15     A    No.  Nor was -- with the -- you know, they
16  supposed to have the cameras?  Normally, they invite
17  our families.
18     Q    No, nobody video-taped anything.  Do you
19  remember anything else about that shakedown?
20     A    Well, the only thing that I remember, like I
21  said, is the fact that you know other than standing up
22  against that wall for two hours with your hands behind
23  your back, guys was falling out.
24         They wasn't -- they was making them get back up,

9

1  like man, there is nothing wrong with you.  You
2  standing there, that's a long time, man, with your
3  hands behind your back.
4      Q    Did they call medical for the guys that fell
5  out?
6      A    No.  They told them to get back up, ain't
7  nothing wrong with you.
8      Q    Okay.  All right, thank you very much.
9      A    All right.
10         (End of interview)
11
12
13
14
15
16
17
18
19
20
21
22
23
24

10

1      I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

11



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063767

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 58 of 214   Page ID #20978

Ross, et al. vs. Gossett, et al. 15-309    063768

## A

**ability**
11:4
**above-mentioned**
11:4
**action**
2:14
**adverse**
2:20 3:7
**affirm**
11:2
**ain't**
10:6
**allowed**
5:7,12
**April**
3:17
**arising**
2:8
**arrived**
7:6,8 9:7
**attorney**
1:10 2:3,19,21
**AUDIO**
1:4
**Audrey**
11:1

## B

**B-a-**
3:15
**B40578**
1:6 3:16
**back**
4:9,9,20 5:9,13,17,19
6:18 7:11 8:1 9:23
9:24 10:3,6
**Barnes**
1:5 3:15
**bars**
4:6,6,8
**basically**
7:11
**battalions**
4:6
**beating**
4:6
**behalf**
2:10 3:2
**bend**
4:20 5:1 6:14 7:2
**best**
11:4
**better**
2:23
**Big**
2:6
**bit**
7:1

## C

**call**
10:4
**cameras**
9:16
**can't**
7:18
**case**
2:12 3:2 4:15
**cell**
4:7,16 7:21,22 8:2
**cellmate**

**cells**
5:22,23 7:17
**Center**
3:21,22
**Centers**
2:7
**certain**
2:7,12
**certified**
2:15
**certifies**
2:18,19
**certify**
11:1
**chapel**
7:5,7,8,15 8:1 9:11
**cheeks**
5:2
**Chicago**
1:12
**class**
2:14,14,17,18,19
**clothes**
4:13,14,14 5:7,8,10,12
**come**
4:8 6:1 7:10
**comes**
6:3
**coming**
4:5 8:19
**concerning**
4:3
**consequences**
3:7
**contact**
2:21
**Correctional**
2:7 3:21,22
**Corrections**
2:11 3:3
**couldn't**
6:16 8:4
**course**
2:21
**crossed**
4:24
**cuffed**
5:17,19
**cuffs**
6:7

## D

**D-e-m-o-n-d**
3:15
**day**
3:24 4:12 8:18 9:3
**defend**
3:2
**Defendants**
2:10,20 3:3
**Demond**
1:5 3:15
**Department**
2:11 3:2
**digitally**
11:3
**disciplinary**
3:4
**don't**
5:23
**doors**
6:1

**downstairs**
6:4,6,10,11
**dressed**
4:21
**Duran**
2:1,2

## E

**ears**
4:20
**eight**
7:16,16
**employees**
2:11
**everybody**
8:5
**experience**
3:1
**explain**
4:2,11
**extreme**
5:1

## F

**fact**
9:21
**falling**
9:23
**families**
9:17
**far**
6:23
**fell**
10:4
**filed**
2:5
**finish**
7:23
**firm**
2:13
**first**
4:3,4,4 7:8 9:1
**five**
9:6
**Floor**
1:11
**foregoing**
11:3
**free**
2:21

## G

**galleries**
7:17,23 9:4
**gallery**
3:19 4:5 7:20 8:5,5,8,9
8:11
**gathering**
3:1
**General**
1:10
**give**
4:13 7:18
**go**
4:9 5:9
**goes**
4:8
**guys**
7:18,24 9:23 10:4

## H

**hand**

**downstairs**

**handcuff**
4:9 5:9
**handcuffs**
5:11 6:2
**hands**
6:14 9:22 10:3
**happened**
2:23 3:9,24 4:3,12 5:20
6:9 7:6
**happens**
4:5
**he's**
6:3
**head**
6:15,18,19,20,22,23
7:9
**hear**
4:5
**heat**
7:3
**heavier**
7:1
**held**
6:6
**holds**
6:2,2
**hoping**
3:8
**hours**
7:13 9:13,13,22
**house**
3:19 4:17 5:16 7:21,22
8:2
**housed**
2:5,16 3:17

## I

**I-DOC**
2:8
**I'm**
2:2,3,10 3:8 8:6
**Illinois**
1:10,12 2:3,6,11 3:2
**impartially**
11:2
**indicating**
5:18
**individuals**
2:8
**information**
3:1
**Inmate**
1:6
**inmates**
2:5,12 3:4 7:14
**interest**
2:20
**interview**
1:5 2:4,22 3:5 10:10
**invite**
9:16
**involved**
8:8
**it's**
5:24

## J

**James**
2:1,2
**judge**
2:15,17,19
**jumpsuit**

**6:13**
**handcuff**
4:9 5:9

**4:16 5:14**

## K

**keep**
6:15,19
**kept**
6:20,23
**know**
4:7,19 5:1,12 6:14 7:1
7:1,14,16,17 8:3,6,10
8:17,20,24 9:10,15
9:21

## L

**law**
2:13
**Lawrence**
2:7
**lawsuit**
2:5,14
**line**
6:12,12 7:8,10
**little**
7:1
**Loevy**
2:13,13
**long**
9:10 10:2
**look**
6:16
**looked**
6:17
**lower**
7:23

## M

**making**
9:24
**man**
10:1,2
**Marie**
11:1
**mean**
6:24
**means**
2:17
**medical**
9:14 10:4
**member**
2:17
**Menard**
2:6,16 3:10,21,22
**morning**
3:19 8:13,13,14
**Muddy**
2:6

## N

**name**
2:2 3:13,15
**named**
2:12
**nine**
9:6
**Normally**
9:16
**number**
1:6 3:16

## O

**o'clock**
8:14

**occurred**
2:4
**odd-numbered**
9:4
**offer**
3:6
**officer**
6:4
**okay**
3:10,23 6:6,20 8:7,15
8:23 9:2,6,10 10:8
**once**
5:22 6:12 8:2
**one-by-one**
8:4
**open**
5:23,23,24
**operation**
2:9,24

## P

**part**
8:7
**participating**
3:6
**people**
9:14
**period**
6:16
**phonetic**
2:2 3:2:20 8:21
**Plaintiff's**
2:19
**Plaintiffs**
2:12
**please**
3:13
**position**
3:6
**potential**
2:17
**pounds**
7:2
**probably**
7:18
**procedure**
4:12
**proceedings**
11:4
**purpose**
3:4
**put**
5:7,8,10,11,13 6:11 7:9
7:10,24

## Q

**questions**
3:11

## R

**r-n-e-s**
3:16
**raised**
6:23
**raising**
6:24
**Randolph**
1:11
**recall**
2:23
**record**
3:14
**recorded**



Ross, et al. vs. Gossett, et al. 15-309    063768

1

Ross, et al. vs. Gossett, et al. 15-309     063769

11:3
**refuse**
3:7
**remain**
9:11
**remember**
3:10 4:2 9:19,20
**represented**
2:13,18
**rest**
5:22
**right**
5:3,15,20 6:21 7:4 9:9
9:9 10:8,9
**River**
2:6,6

---
**S**
---

**saying**
8:6
**searched**
5:6
**Second**
7:10
**sections**
8:4
**sent**
8:1
**seven**
9:6
**shakedown**
2:4 3:9,23 4:3 7:20 8:7
9:19
**shift**
9:7
**shoes**
5:15,16
**shortly**
9:7
**shoulder**
7:11
**side**
8:18,19 9:3
**Skaja**
11:1
**slapped**
6:18,22
**socks**
5:16
**speaking**
2:22
**spell**
3:13
**spread**
5:2
**stage**
2:14
**standing**
9:21 10:2
**start**
8:12,16
**started**
8:15,17 9:8
**state**
2:3 3:13
**statement**
11:3
**stood**
7:12
**Street**
1:11
**strip-search**
4:10,11,19,22,23

5:4
**strip-searched**
5:10
**stripe**
8:20
**striped**
4:15 5:14
**stripers**
8:20
**supposed**
9:16
**sure**
6:19,20

---
**T**
---

**tactical**
2:24
**take**
4:7,13 6:4
**taken**
6:6
**talk**
3:8,9
**tell**
6:13
**thank**
10:8
**that's**
4:16,17,17 7:12 8:21
10:2
**thing**
4:3,4,4 9:20
**think**
8:18,19,21
**three**
9:6,12,13
**time**
4:23 5:23,24 6:1 8:10
8:13,22 10:2
**today**
2:3
**told**
4:15 10:6
**top**
8:16
**transcribed**
11:2
**TRANSCRIPTION**
1:4
**tried**
6:17
**trip**
6:18
**trying**
6:24 7:2
**two**
7:12 8:15 9:22
**type**
5:4

---
**U**
---

**understanding**
2:23
**usual**
4:19,23 5:2
**usually**
4:9,24

---
**V**
---

**video-taped**
9:18
**voluntary**
3:5

---
**W**
---

**wait**
5:21
**walk**
6:13,24
**walked**
7:4,5
**walking**
6:17
**wall**
7:9 9:22
**want**
4:14
**wasn't**
5:1 9:24
**way**
6:10 8:21 9:1
**wear**
4:14,15,16
**went**
7:9
**West**
1:11 3:19
**willing**
3:8
**working**
2:8
**wrong**
10:1,7

---
**X**
---

---
**Y**
---

**Yeah**
5:8 8:9
**you're**
6:12

---
**Z**
---

---
**0**
---

---
**1**
---

**100**
1:11
**13th**
1:11
**15**
3:20

---
**2**
---

**2014**
2:4 3:10,18
**232**
7:2
**29**
7:17

---
**3**
---

**30**
7:18
**312**
1:13

---
**4**
---

**40**
7:18

---
**5**
---

---
**6**
---

**60601**
1:12

---
**7**
---

**7:00**
8:14
**7:03**
9:7

---
**8**
---

**8**
3:19 8:8,9,10
**8:00**
8:14
**814-3695**
1:13

2



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 60 of 214   Page ID #20980

Ross, et al. vs. Gossett, et al. 15-309    063770

AUDIO TRANSCRIPTION
Interview of Thomas Bartholomew
Inmate Number  11B73502


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

1   before speaking to me.  But I would like to interview
2   you to get a better understanding of what happened
3   during the tactical operation, and what your
4   experience was.  I am gathering this information to
5   defend the case on behalf of I-DOC Defendants, but not
6   for any disciplinary purpose against you or any other
7   inmates.
8       This interview is voluntary.  I am not in a
9   position to offer you anything for participating and
10  there will be no adverse consequences if you refuse to
11  talk to me.  However, I'm hoping you will be willing
12  to talk to me about what happened during the shakedown
13  in 2014; if you remember.  So is it okay if we ask you
14  some questions?
15      A    Sure.
16      Q    All right.  Sir, would you state for the --
17  for the record?
18      A    My name is Thomas Bartholomew.
19      Q    Okay.  Do you have an I-DOC number?
20      A    Yes, it is 11B73502.
21      Q    All right.  Now, we were talking a minute
22  ago and I believe it's correct that you were housed at
23  Menard in 2014; is that right?
24      A    Yes.

3

1   BY MS. SUZANNA PRICE:
2       Q    All right, let's start.  Okay there, Mr.
3   Bartholomew, I'm Suzanna Price (phonetic) and I'm here
4   with Jason Wegan (phonetic) and we're attorneys for
5   the state of Illinois.  We're here today to interview
6   you about a shakedown that occurred in 2014.
7       A lawsuit has been filed by inmates that were
8   housed at Menard, Illinois River, Big Muddy River
9   Correctional Center and Lawrence Correctional Centers
10  against certain individuals working for I-DOC arising
11  out of the operation.
12      I'm here on behalf of the Defendants, the
13  employees of the I-DOC.  Certain inmates are named
14  Plaintiffs in this case and are represented by a law
15  firm, Loevy & Loevy.  The lawsuit is a class action
16  and at this stage, the class has not yet been
17  certified by the judge.
18      Because you were housed at Menard in 2014, you
19  are a potential class member, which means that if the
20  judge certifies the class, you would be represented by
21  Plaintiff's attorneys.  If the judge certifies the
22  class, your interest could be adverse to that of the
23  Defendants.
24      You are of course, free to contact an attorney

2

1       Q    And in April 2014, do you remember where you
2   were housed in Menard?
3       A    Yes, I was -- I was on D Wing, Cell 80;
4   excuse me, Cell 78.
5       Q    Now is that my understanding, correct,
6   that's on the hill at MSU?
7       A    Yes, that would be the medium security unit.
8       Q    All right.  Now, were talking about the -- a
9   shakedown that occurred with the Tactical Team in
10  April 2014; do you remember that operation?
11      A    Yes, I do, partially.  Yes, I do.
12      Q    Partially, all right.  Well then I will just
13  ask you some questions.  What do you remember first
14  about that day, how it started?
15      A    Well, I maintain the short sum- up, but I
16  guess you are going to ask me some specific questions.
17  They -- there were probably 30, 40 officers that came
18  on the -- on the deck.  They came about two to a cell.
19      And they basically had us take off the majority
20  of our clothes within our cell, our shirts and pants
21  and shoes and socks.  They had us walk with underwear
22  over to the gym.
23      They also came in the cell, moved a few things
24  around, was at first and then they had us, you know,

4

Pages 1 to 4



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063770

Ross, et al. vs. Gossett, et al. 15-309    063771

1  like I say, undress.  And then they kind of hurried us
2  all over to the -- to the gym and the chapel where
3  they had us all stand against the wall.  And among
4  different orders from time to time here we had had to
5  stand shoulder-to-shoulder, arm-to-arm, real close.
6  They made sure we got real close.
7      They were saying basically, no elbow room, you
8  know.  Facing the wall.  We kind of stood in certain
9  areas a couple of hours, you know, until maybe there
10  was so many of us in time as far as a further
11  shakedown cavity searches, et cetera.
12      Of course there was a lot of -- a lot of staff.
13  Officers, sergeants, you know.  Some inmates knew
14  some.  Some didn't anyway, so some recognized voices
15  and you know with mumbling a little bit and who was
16  who and what was what since they thought they were
17  getting injustice, you know to a degree.
18      And some people was just trying to comply and
19  trying to hit all orders and things that were said
20  here and there.  They moved us, like I say, sometimes
21  from room-to-room.  They -- they didn't seem to have a
22  lot of order at time.
23      They would shake some down in the -- in the gym.
24  And I saw once that one of the staff members that was

5

1  -- kind of, I guess disappeared, you know, didn't want
2  them to be done in the gym.  So they got one line in
3  the gym and then that line, I guess they wind up doing
4  again because they were like the last line.  They
5  shouldn't of been shook down in the gym.  They wind up
6  shaking a couple of lines ahead of them down in the
7  chapel.
8      As we all got back we found out that the last
9  line, they shook them down again within the chapel.
10  It was in the gym also they had us take down boxers,
11  whatnot, just to see if anybody carried anything over
12  again, pulled them back up.
13      We went in the chapel where they again had us
14  take everything off, you know.  Had us turn around,
15  bend over, do cavity looks and whatnot.  And it was a
16  problem.  They found out that there was some female
17  staff, you know, during these shakedowns, too, you
18  know, that one's heard voices and whatnot in the --
19  you know, them talking with their constituents, right,
20  and these things.
21      Q    Let me ask you that.  You said something
22  about female staff.  When did you find out there were
23  females there?
24      A    During -- during shakedowns.  We were able

6

1  to do like some talking, you know, without getting
2  reprimanded by staff, you know, to say "shut up" or
3  whatnot, right.  Of course they did a lot of that you
4  know because once people feel they ought to be able to
5  talk, communicate, they was one more quiet and
6  everything.
7      I mean we just -- you know part of the trouble
8  for what reason anyway?  Because everybody in the gym
9  in compliance with their nose against the wall,
10  basically, you know?
11      Q    Okay.  So it's my understanding you were
12  strip-searched at some point in the day, right?
13      A    Yes.
14      Q    Okay.  Tell me when you were strip-searched?
15      A    Technically knowing what you mean by strip-
16  search, it seem like it was -- like through the whole
17  day, I mean, we took clothes off in the cell.  They
18  walked us over to the gym.  They walked us outside
19  with boxers on.  Boxer underwear.
20      Q    Just boxers?
21      A    Some -- some individual they, you know,
22  wearing compliance.  So some -- a few guys had some t-
23  shirts on, no one's didn't, right.  I guess maybe some
24  of the officers didn't know fully how they should

7

1  probably even, you know, be doing their job.  Quite a
2  bit was new to the shakedown.  I don't know.  Some had
3  t-shirts on.  The majority had t-shirts on, t-shirts
4  and boxers.
5      No socks, bare-footed, you know.  We got over to
6  the gym.  Like I said they -- they kept -- they kept a
7  lot of us over there a couple of hours.  You know,
8  standing.  Standing, no sitting.
9      We had to stand and we were basically in the long
10  haul balancing one another up, leaning on one another,
11  you know.  We were waiting because we were that close.
12  Of course I personally thought that was you know,
13  unnecessary.  And you know --
14      Q    Standing next to each other on the wall?
15      A    Nasty.  We were able to see ones another and
16  we had several officers you know, staff, being able to
17  see all of us.  You know, almost, you know, not in
18  full equivalence, but I mean you got 20 officers
19  looking at 20 to 40 inmates, you know.
20      Q    What do you mean when you say that?
21      A    Well, we all standing up there, then.  Like
22  I say with our boxers on and whatnot.  When they moved
23  us around to the chapel area, which they put us all in
24  all four corners of the chapel, also.

8

Pages 5 to 8



Ross, et al. vs. Gossett, et al. 15-309    063772

1    Like I said, they had -- then they had us take
2  off everything while they do the strip-search.  Behind
3  our ears, in our mouth, under our tongue, lift up our
4  front scrotum and whatnot.  Turn around, you know --
5    Q   So you are strip-searched in when -- you
6  start at the top and worked your way down your body?
7    A   Overall, I guess they did.  They do it
8  overall, yeah.  So depending on who was doing what, he
9  would say -- each one would instruct different, you
10  know.
11    But you know, you may have three sets of officers
12  doing 20 guys this way on this wall, you know.  Like I
13  say, it was -- it was shoulder-to-shoulder, you know,
14  it was a bunch of us.  It looked like a gang of
15  roaches or something: insects.
16    They was times I was together, sad to say.  I saw
17  what I -- you know, and I don't know.  I guess I could
18  just say unnecessary.  I don't really know to say
19  "injustice" because I didn't know anything legally
20  about it, right up.  It just seemed so -- like I said,
21  they being real stern and firm with things and giving
22  orders.
23    You know, one guy or two, you know they would
24  bend back over, you know, spread the butt cheeks

9

1  again.  I didn't see or something, just to be doing
2  something.  Make a little for, here and there, you
3  know -- you know.
4    Q   Do you  particularly remember any specific
5  interactions that you had with staff?
6    A   Pertaining to the shakedown itself?
7    A   Yes.
8    Q   I tried to comply with all the -- that did
9  take place in the -- and of course I did.  It was --
10  it was a bend over.  I had -- I had one instant where
11  it was like one officer started me and it was like the
12  other officer finished me, right.
13    But they both was right there, so I basically was
14  getting instructed by both of them.  So I was kind of
15  like which move to make.  I mean, you want the
16  (inaudible 00:10:06)?
17    You want you know, the -- and at that point, I
18  was curious if -- if a voice I caught, only glass on
19  the other side of the door.  It was a female, which it
20  wind up being, right.  And I was just curious of it,
21  but I didn't really think -- like they coming to us,
22  right.
23    That was -- like I say, I bent over, but I did
24  have a couple of inmates next to me here or there that

10

1  -- while I was still in there, too.  They -- I can't
2  really if it was right then or they herded out, like
3  half the guys was on the wall with me.  They didn't
4  take us because that half kept on with some guys that
5  already left out.
6    They brought some more in, so instead of us
7  leaving out, too, we waited until they got done.  And
8  this was with one particular guy so they -- you know
9  like I say, seem like they had to get a little bit,
10  you know, like it was sarcasm and -- and jokes about
11  it, you know.
12    Q   Sarcasm and jokes about what?
13    A   You know like having -- you know doing this
14  cavity search twice and you know little stuff like
15  saying, "You know, I didn't see it."  And the inmates
16  saying, "You know, I did.  You know, you just saw me.
17  I lifted them up."
18    So I remember a situation where the officers like
19  -- so -- so -- so one officer says to him, "You saying
20  he's lying?  He say he didn't see it."  You know the
21  other officer didn't see it.  So you're saying he
22  lying?  Well, he said, "Watch out, I'll give you the
23  order."
24    And the guy did, of course, write -- we were just

11

1  -- I'm sure those who nasty and compliance over there,
2  everybody is just one-on-one, just get it over with.
3  But seemed like the process was getting various or --
4  or if it was getting adverse or anything, it was just
5  because of the staff.
6    I mean, it was because they was instructed and
7  how they were instructed and you know, like I said
8  that guy, he had the -- he had to bend over twice, and
9  that wouldn't have been right.  So you know --
10    Q   Do you remember what orders you were given
11  that day other than to -- you mentioned "bend over"?
12    A   It's been -- you know, I guess --
13    Q   A couple of years, yes.
14    A   Fortunately and unfortunately, it has been
15  several years.  And I am older, too, I'm almost 50 and
16  it doesn't look like it.
17    Q   No, it doesn't look like it.
18    A   I am getting up there.  I don't want to say
19  something I didn't want to for getting right, but it
20  was just I must say, I'm so glad to be out of Menard.
21    I could really break down in tears right now, it
22  was -- it was adverse down there, it really was.  I
23  don't know, I don't want to ramble on.  But if you can
24  ask me some questions, maybe --

12



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063772

Q    But do you remember any other orders you were given that day?

A    I can recall a couple of (inaudible 00:13:00) with staff, with some other inmates that was right there, lined with me.  But I can't remember, I remember one guy, they -- he kind of decided to take his stuff on and off.  He's like, this inmate, he was kind of like I'm over here for a shakedown anyway.

He was under the impression that he could take his stuff off then.  He did take -- take his stuff of, right.  Instead of them really having him put it back on, they yanked him out of the line, they took him totally out of the gym.

Everybody was wondering what went on with this guy; what happened to him, you know.

Q    You mean when he took his stuff off, you mean his clothing?

A    Yeah.

Q    Okay.

A    He took -- he took the boxers on down and whatnot, right.  And he was giving the impression that once you got on the wall, you know, the shakedown was going here.  There was like a rookie officer, you could tell.  You know this guy was rookie.  He was

13

acting -- was going down here.  I think he -- he misled this inmate, right.  And this guy was one guy and it just seemed like he wanted to get it over with.

But the minute somebody saw he had -- took his boxers down, took his shirt on off.  They took him on and out of the gym.  So we never knew what even happened with the guy.  He probably was adverse.

Q    Okay.  Do you remember about how long you spent in the gym?

A    The gym -- the gym itself, between the gym, before going into the chapel, oh, like I say, probably -- probably close to two hours, if you would.  Two hours, right.  And we also put a good, you know, close to maybe a half-hour, 20 or 25 minutes, you know, on the chapel part.

You were able to put less in the chapel then in the gym.  But they kept the gym full.  They kept a rotation going.  The only thing I -- I know for sure and I thought maybe -- I mean, I am a man.  That was, like I say, females officers.

I didn't ever know her or you know I just -- I would thing that with a shakedown, I've always just known men to pat me down, anyway.  They say, "women for women."  I mean just for what I am conscious of, I

14

live in the United States.  I mean, I just, you know we are all familiar with.  So I basically saw who wa on the job and I thought maybe when it came to these type of shakedowns and whatnot, right.  And these were Orange Crush type of shakedowns.

Q    When you say "Orange Crush" you mean the Tactical Team?

A    Yeah, they wearing their tactical wear.  Like I say, and they were -- they were also rough stuff.  Like I say, they were rough with my -- with my cellmate.

Q    You mentioned your cellmate got verbal?

A    Yeah.  He wasn't -- like I say, he wasn't really lectured against.  He really was asking, you know, was their abruptness necessary?  You know, surely they were there to do a job, is what I knew, so that's why I was trying to get him to realize it.

We just -- we just want to let them do the job, you know.  I figured that way they would do nothing to be working all over it.  It happened, get it over with.  So we weren't really sure when they all came in the cell house what all they were going to do.

Most time they shake our cells down, you know, for little items.  Bleach and different little things,

15

you know, see what they -- I guess some people keep knives and stuff like that, I mean.  But up there, they -- you know they wouldn't.  But --

Q    "Up there" you mean MSU?

A    Yeah, yeah.

Q    The medium security?

A    Yes, yes at the medium security unit.  But they -- they wind up getting a little rough, you know, they had us take things off.  We thought we were putting them back on, of course.  And he was slow about his socks, I believe it was or something, right.  And I asked him to stay in compliance with them.

Like we -- we came out of the cell.  They kind of roughed him up and whatnot, right there.  They never stopped me from trying to persuade him to let them do their job.

And he never said no more after they roughed him up the second time and everything, had to take him to the ground and everything, put him to the wall.  And after that we went over to the -- like I say, to the gym.  It's all there.  It's like somebody like remind you that this here happened.

Or because like I say the gentleman they took out, they took all clothes off of, that happened like

16



Ross, et al. vs. Gossett, et al. 15-309    063774

1  first.  You know, like I say --
2     Q    No, that's fine.  Do you have any medical
3  permits like for your wrists or shoulders or anything
4  like that?
5     A    At the time -- at the time, my -- my back
6  was bothering me at the time.
7     Q    But medical permits?  Do you have any of
8  those?
9     A    For lower bunk.  You mean like because of --
10 because of the injury and whatnot, yeah.  I have a
11 possible seizure because of my subdural hematoma,
12 right, going in, so I keep a lower bunk.
13    Q    At the time?
14    A    Yeah, yeah, yeah.  And I was -- I was seeing
15 a doctor every day.  I was having lower back --
16    Q    Any issues with hand -- your wrists?
17    A    Well, naturally, I mean it was -- I could
18 say similar to some -- you know some pinching, a lot.
19 You know like carpal tunnel type of thing as far from
20 the cuffs being very, very tight and they extend you.
21 Not just tight, but just how they rough they embrace
22 them, putting them on quick.  I mean --
23    Q    What do mean, got (inaudible 00:18:23)?
24    A    (Inaudible 00:18:23).  I've been front and

17

1  back, tell me.  But at that time, that shakedown, we
2  were handcuffed in the back.  Like I say, a couple of
3  hours, a long period of time.  I think surely for
4  something that we were just standing.  You know, no
5  orders given.  You know, standing.
6     It was like they was just having time spans in
7  increments or something, you know.  Just keeping us
8  there before they took us back.  But yeah, I have had
9  the handcuff situation.
10    Q    So while you were in -- in the gym or the
11 chapel, is it your understanding that the cells were
12 shaken down?  That's when they went through your
13 cells?
14    A    Yeah, yeah, they did go through them.  They
15 did go through them.  And as I say, I know -- like I
16 say, I was in the -- in the pit, also.  I was in the
17 chapel and in the pit, too.
18    Q    What do you mean by that?  You mean in a
19 different shakedown?
20    A    In the max.  In the max facility.
21    Q    And then during the --
22    A    In the max and in the medium.  So I know you
23 were talking you know about what transpired at the
24 MSU.  I kind of get a little when I think about the

18

1  handcuff situation because I mean I am no pro at this
2  to me -- I wasn't prone to just being able to complain
3  against them because I want to put some things behind,
4  too.
5     You know, I'm not really into going against the
6  staff.  They got pay taxes, you know.  I'm for this
7  (inaudible 00:19:45) with them, I mean, because they
8  got to go to a job, you know.  I should go to prison,
9  you know.  But --
10    Q    And so it is my understanding, correct, what
11 you just told me sir, that you've had -- there had
12 been a couple of times you were shaken down at Menard
13 and you -- you --
14    A    Yeah, I've had rough handcuffs, really,
15 really hurting to where I am seeing that the -- the
16 (inaudible 00:20:07).  You have the guy, too, with his
17 cuffs.  But then he said he ain't doing no more.
18    And I'm sitting up there, man, like I ain't
19 saying -- right, I mean, they killing me.  You know, I
20 took you know, scars for a long period of time.  I
21 mean I think I've even tried to clear march through
22 the years, you know, just why -- why use lotions and
23 everything, you know?
24    Q    The -- the time that you were shaken down in

19

1  the pit, I think you were saying you were also shaken
2  down in the pit in the maximum security?
3     A    Yes.
4     Q    Do you recall whether that shakedown
5  occurred before or after the time you were shaken in
6  the MSU in April 2014?
7     A    You know what, that was the ones after the
8  MSU.  That one was after the MSU.
9     Q    Do you recall about when it was?
10    A    That one was -- that one would be -- that
11 was the end -- that was at the end of March, first of
12 April of 2016.  I think I left there the 27th for
13 court.
14    Q    Okay.
15    A    And me and John Dinibe (phonetic) were
16 cellmates.
17    Q    So in the second shakedown when you were in
18 the pit, you mentioned that you felt similarly or
19 couldn't recall the handcuffs issue, which one was
20 attached to which shakedown.
21    A    Actually, all of them was always.  They
22 never -- when they came -- when Orange Crush come in,
23 they never come in and put their -- put their
24 handcuffs on until -- if they have a standard link.

20



Ross, et al. vs. Gossett, et al. 15-309    063774

Ross, et al. vs. Gossett, et al. 15-309    063775

1  Which I don't know what it's called, but their
2  standard link that I have been arrested from the
3  police officer is then I've had handcuffs put on me by
4  law enforcement of some sort.
5      And whenever Orange Crush put them on, they never
6  stop at any particular link.  They squeeze them on,
7  all the way on.  It's just period, whether they are
8  rookie officers, correctional officers.  When they --
9  they on that tactical team, bam, they put everything
10  on.
11      Everything is on tight, period.  You know,
12  whether you twisted elbow, or whatever, whatever.  A
13  wrist, whatever going on, you are going to have to
14  endure whatever scrape, pain, whatever go through
15  right now.  That's always, that's all I ever say to my
16  history of deals, (inaudible 00:22:28).
17      Q   Okay.
18      A   Yeah, they do that.  I mean, I don't want to
19  say anything that -- you know, my goal is not just
20  being against them, you know.  I may have had an
21  injustice.  I am no lawyer or anything.
22      I don't want to say they beat me up or they did,
23  it's not about lies.  They were rough.  They were
24  rough with cuffs.  They were rough with holding guys

21

1      A   I can't really say.  I was trying to push
2  on.  I felt it.  We were in -- we had a hallway to
3  come through, we come through another hallway, you
4  know, coming into the gym area.  I mean, I've been
5  through quite -- quite a bit in I-DOC, so I know the
6  thing is probably trying you know, get along and obey,
7  you know.  Don't break any rules.
8      And that -- that would be to go.  And that there,
9  I didn't fully know how they were doing or what it was
10  about.  So I was sure in compliance, witnessing some
11  things.  Like I say, some (inaudible 00:24:31), you
12  know to recall.
13      Q   Do you recall any medical staff being
14  present?
15      A   None.
16      Q   None.
17      A   None.  It was majority male officers,
18  majority.  But male and female officers, a couple of
19  sergeants that we were really not in all the scope of
20  things, couldn't turn around or whatever.
21      We were not to turn around, so just in the
22  process of coming in before we really got put on
23  walls, we could see, like I said different inmates,
24  you know different staff.

23

1  by the arm, you know, pushing guys, you know had their
2  right.
3      Q   Let me ask you that.  So in the April 2014
4  shakedown, you mentioned that they were always rough
5  with handcuffs.  Were they -- did anyone physically
6  touch you other than that?
7      A   Just -- officers just -- I'd use the term, I
8  guess, "hurting".  It seemed like we all went down.
9  You know, they pushed one along sometime, you know
10  what happened, right, as if once you can't walk, you
11  know.
12      Q   You to you?  That happened to you?
13      A   Oh yeah, I was touched.  Oh yeah, I was
14  touched.
15      Q   With the hand?
16      A   No doubt, yeah. No doubt, no doubt.  They
17  had on all their gloves and had their stick in the
18  other hand, you know, and mighty fact.  In one stance,
19  I got a stick pushed in my lower back after another
20  guy had a stick pushed in him.
21      And I am looking, I ain't think they testing me
22  because I am going right on behind him, but he helped
23  push me on.
24      Q   Did it hurt really badly?

22

1      Q   Uh-hum.
2      A   Is what the officers or sergeant will tell
3  you.  And we could tell a lot of different in there
4  and you could tell who was who and like I say.
5      Q   You could --
6      A   So that's how it here.  You hear somebody
7  say, "Well, that's (inaudible 00:25:12), Sergeant so-
8  and-so."  And then that's the officers are hearing
9  this and at this time we ain't just, you know, shut-up
10  fool.  It's just a you know, keep it down.
11      And then once they put us all up on the wall, you
12  know like I said, they don't want nobody saying
13  anything.  Everybody is standing shoulder-to-shoulder,
14  arm-to-arm, you know, in handcuffs.
15      Q   Did you -- was it my understanding that you
16  said that some people -- some of the staff could be
17  identified?
18      A   Yeah, but not -- not as if they didn't have
19  on their tactical wear or whatever.  Their voices were
20  very familiar to a lot of inmates because they, you
21  know, socialize, fraternize; you know, they all had to
22  be pulled.  (Inaudible 00:25:55) was a lot of inmates.
23  So -- and some individuals met at MSU, you know as
24  well as the maximum.  Periods of time, over periods of

24



1  time.
2     Q    Do you remember anything that staff said,
3  any specific thing that they said to you during the
4  April 2014 shakedown at MSU?
5     A    To myself as far as being disrespectful or
6  whatnot, I can't -- I cannot say.  I just remember
7  like I say it was a lot of them in line.  And you
8  would pick -- if it was 20 of us in line, it's 60 of
9  them standing right behind us giving all of us orders.
10    So if once you like -- say you turn around and
11 you look at them.  I got him giving an order.  I got
12 you give an order and both or you are in front of me,
13 right?  And it's -- it's got like you say, a one-man
14 job or something you could say, right?
15    But -- so once they lift our scrotum and do this,
16 then you might say the same thing again.  You know,
17 like I say it was individual (inaudible 00:27:06).
18 They tell them, you know, bend over and see your
19 scrotum, again.  You know, and it was -- it was verbal
20 stuff said.
21    You know, boy that's a big one there.  And this
22 or that, you know, like I say, sarcasm and you know
23 unnecessary humor.  I guess -- I guess that's what
24 they want to call it right out.  But I'm sure it was

25

1     I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

27

1  humiliating to some of these individuals, you know.
2  Like I say, it's all kind of fact.
3     I did experience it.  Like I say, it was some are
4  not fully registered, anyway.  Some things may come
5  out, like you all do by asking questions.  You know, I
6  don't know how, you know, how benefitting I will be.
7     Q    You've done great.  And actually, I don't
8  have any more questions for you.
9     A    Okay, yeah, I don't want to ramble no more.
10    Q    No, you were just fine.
11    A    It's just unfortunate anyway, right, and
12 people make mistakes.  These officers, whomever, you
13 know.  These inmates, they make mistakes, too, and
14 you're patient.  And that's just how it is.
15    I guess that's why this transpired, so that we
16 can get justice, I guess, and try to equate things.
17 But I don't know if the things I did say that they
18 could be helpful, anyway.  I guess maybe you took
19 quite a few notes.
20    Q    Uh-hum.
21    A    Other than you know, tape recorder.  So I
22 just hope I am helpful, anyway.
23    Q    You are very helpful.
24        (End of interview)

26



Pages 25 to 27

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309    063776

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 67 of 214   Page ID #20987

Ross, et al. vs. Gossett, et al. 15-309     063777

**A**

ability
27:4
able
6:24 7:4 8:15,16 14:16
19:2
above-mentioned
27:4
abruptness
15:15
acting
14:1
action
2:15
adverse
2:22 3:10 12:4,22 14:7
affirm
27:2
ago
3:22
ahead
6:6
ain't
19:17,18 22:21 24:9
and-so
24:8
anybody
6:11
anyway
5:14 7:8 13:8 14:23
26:4,11,18,22
April
4:1,10 20:6,12 22:3
25:4
area
8:23 23:4
areas
5:9
arising
2:10
arm
22:1
arm-to-arm
5:5 24:14
arrested
21:2
asked
16:12
asking
15:14 26:5
attached
20:20
attorney
1:10 2:24
attorneys
2:4,21
AUDIO
1:4
Audrey
27:1

**B**

back
6:8,12 9:24 13:11
16:10 17:5,15 18:1,2
18:8 22:19
badly
22:24
balancing
8:10
bam
21:9
bare-footed

Bartholomew
1:5 2:3 3:18
basically
4:19 5:7 7:10 8:9 10:13
15:2
beat
21:22
behalf
2:12 3:5
believe
3:22 16:11
bend
6:15 9:24 10:10 12:8
12:11 25:18
benefitting
26:6
bent
10:23
best
27:4
better
3:2
big
2:8 25:21
bit
5:15 8:2 11:9 23:5
Bleach
15:24
body
9:6
bothering
17:6
Boxer
7:19
boxers
6:10 7:19,20 8:4,22
13:20 14:5
boy
25:21
break
12:21 23:7
brought
11:6
bunch
9:14
bunk
17:9,12
butt
9:24

**C**

call
25:24
called
21:1
can't
11:1 13:5 22:10 23:1
25:6
carpal
17:19
carried
6:11
case
2:14 3:5
caught
10:18
cavity
5:11 6:15 11:14
cell
4:3,4,18,20,23 7:17
15:22 16:13
cellmate

8:5
cellmates
20:16
cells
15:23 18:11,13
Center
2:9
Centers
2:9
certain
2:10,13 5:8
certified
2:17
certifies
2:20,21
certify
27:1
cetera
5:11
chapel
5:2 6:7,9,13 8:23,24
14:11,15,16 18:11,17
cheeks
9:24
Chicago
1:12
class
2:15,16,19,20,22
clear
19:21
close
5:5,6 8:11 14:12,13
clothes
4:20 7:17 16:24
clothing
13:17
come
20:22,23 23:3,3 26:4
coming
10:21 23:4,22
communicate
7:5
complain
19:2
compliance
7:9,22 12:1 16:12
23:10
comply
5:18 10:8
conscious
14:24
consequences
3:10
constituents
6:19
contact
2:24
corners
8:24
correct
3:22 4:5 19:10
correctional
2:9,9 21:8
couldn't
13:20
couple
5:9 6:6 8:7 10:24 12:13
13:3 18:2 19:12
course
2:24 5:12 7:3 8:12 10:9
11:24 16:10
court

15:11,12
cellmates
20:16
cells
15:23 18:11,13
Crush
15:5,6 20:22 21:5
cuffs
17:20 19:17 21:24
curious
10:18,20

**D**

D
4:3
day
4:14 7:12,17 12:11
13:2 17:15
deals
21:16
decided
13:6
deck
4:18
defend
3:5
Defendants
2:12,23 3:5
degree
5:17
depending
9:8
didn't
5:14,21 6:1 7:23,24
9:19 10:1,21 11:3,15
11:20,21 12:19 14:21
23:9 24:18
different
5:4 9:9 15:24 18:19
23:23,24 24:3
digitally
27:3
Dinibe
20:15
disappeared
6:1
disciplinary
3:6
disrespectful
25:5
doctor
17:15
doesn't
12:16,17
doing
6:3 8:1 9:8,12 10:1
11:13 19:17 23:9
don't
23:7 24:12 26:9
door
10:19
doubt
22:16,16,16

**E**

ears
9:3
elbow
5:7 21:12
embrace
17:21
employees
2:13
endure
21:14
enforcement
21:4

20:13
Crush
15:5,6 20:22 21:5
cuffs
17:20 19:17 21:24
curious
10:18,20

equate
26:16
equivalence
8:18
et
5:11
everybody
7:8 12:2 13:14 24:13
excuse
4:4
experience
3:4 26:3
extend
17:20

**F**

facility
18:20
Facing
5:8
fact
22:18 26:2
familiar
15:2 24:20
far
5:10 17:19 25:5
feel
7:4
felt
20:18 23:2
female
6:16,22 10:19 23:18
females
6:23 14:20
figured
15:19
filed
2:7
find
6:22
fine
17:2 26:10
finished
10:12
firm
2:15 9:21
first
4:13,24 17:1 20:11
Floor
1:11
fool
24:10
foregoing
27:3
Fortunately
12:14
found
6:8,16
four
8:24
fraternize
24:21
free
2:24
front
9:4 17:24 25:12
full
8:18 14:17
fully
7:24 23:9 26:4
further
5:10

**G**

gang
9:14
gathering
3:4
General
1:10
gentleman
16:23
getting
5:17 7:1 10:14 12:3,4
12:18,19 16:8
give
11:22 25:12
given
12:10 13:2 18:5
giving
9:21 13:21 25:9,11
glad
12:20
glass
10:18
gloves
22:17
go
18:14,15 19:8,8 21:14
23:8
goal
21:19
going
4:16 13:23 14:1,11,18
15:22 17:12 19:5
21:13,13 22:22
good
14:13
great
26:7
ground
16:19
guess
4:16 6:1,3 7:23 9:7,17
12:12 16:1 22:8
25:23,23 26:15,16,18
guy
9:23 11:8,24 12:8 13:6
13:15,24 14:2,2,7
19:16 22:20
guys
7:22 9:12 11:3,4 21:24
22:1
gym
4:22 5:2,23 6:2,3,5,10
7:8,18 8:6 13:13
14:6,9,10,10,10,17
14:17 16:21 18:10
23:4

**H**

half
11:3,4
half-hour
14:14
hallway
23:2,3
hand
17:16 22:15,18
handcuff
18:9 19:1
handcuffed
18:2
handcuffs
19:14 20:19,24 21:3
22:5 24:14

1


McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309     063777

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 68 of 214   Page ID #20988

Ross, et al. vs. Gossett, et al. 15-309     063778

**happened**
3:2,12 13:15 14:7
15:20 16:22,24 22:10
22:12
**haul**
8:10
**he's**
11:20 13:7
**hear**
24:6
**heard**
6:18
**hearing**
24:8
**helped**
22:22
**helpful**
26:18,22,23
**hematoma**
17:11
**herded**
11:2
**hill**
4:6
**history**
21:16
**hit**
5:19
**holding**
21:24
**hope**
26:22
**hoping**
3:11
**hours**
5:9 8:7 14:12,13 18:3
**house**
15:22
**housed**
2:8,18 3:22 4:2
**humiliating**
26:1
**humor**
25:23
**hurried**
5:1
**hurt**
22:24
**hurting**
19:15 22:8

**I**

**I-DOC**
2:10,13 3:5,19 23:5
**I'd**
22:7
**I'll**
11:22
**I'm**
2:3,3,12 3:11 12:1,15
12:20 13:8 19:5,6,18
25:24
**identified**
24:17
**Illinois**
1:10,12 2:5,8
**impartially**
27:2
**impression**
13:9,21
**inaudible**
10:16 13:3 17:23,24
19:7,16 21:16 23:11

24:7,22 25:17
**increments**
18:7
**individual**
7:21 25:17
**individuals**
2:10 24:23 26:1
**information**
3:4
**injury**
17:10
**injustice**
5:17 9:19 21:21
**inmate**
1:6 13:7 14:2
**inmates**
2:7,13 3:7 5:13 8:19
10:24 11:15 13:4
23:23 24:20,22 26:13
**insects**
9:15
**instant**
10:10
**instruct**
9:9
**instructed**
10:14 12:6,7
**interactions**
10:5
**interest**
2:22
**interview**
1:5 2:5 3:1,8 26:24
**issue**
20:19
**issues**
17:16
**it's**
3:22 7:11 12:12 16:21
16:21 21:1,7,23
24:10 25:8,13,13
26:2,11
**items**
15:24

**J**

**Jason**
2:4
**job**
8:1 15:3,16,18 16:16
19:8 25:14
**John**
20:15
**jokes**
11:10,12
**judge**
2:17,20,21
**justice**
26:16

**K**

**keep**
16:1 17:12 24:10
**keeping**
18:7
**kept**
8:6,6 11:4 14:17,17
**killing**
19:19
**kind**
5:1,8 6:1 10:14 13:6,8
16:13 18:24 26:2
**knew**

5:13 14:6 15:16
**knives**
16:2
**know**
4:24 5:8,9,13,15,17 6:1
6:14,17,18,19 7:1,2,4
7:7,10,21,24 8:1,2,5
8:7,11,12,13,16,17
8:17,19 9:4,10,11,12
9:13,17,17,18,19,23
9:23,24 10:3,3,17
11:8,10,11,13,13,14
11:15,16,16,20 12:7
12:9,12,23 13:15,22
13:24 14:13,14,18,21
14:21 15:1,15,15,19
15:23 16:1,3,8 17:1
17:18,19 18:4,5,7,15
18:22,23 19:5,6,8,9
19:19,20,22,23 20:7
21:1,11,19,20 22:1,1
22:9,9,11,18 23:4,5,6
23:7,9,12,24 24:9,10
24:12,14,21,21,23
25:16,18,19,21,22,22
26:1,5,6,6,13,17,21
**knowing**
7:15
**known**
14:23

**L**

**law**
2:14 21:4
**Lawrence**
2:9
**lawsuit**
2:7,15
**lawyer**
21:21
**leaning**
8:10
**leaving**
11:7
**lectured**
15:14
**left**
11:5 20:12
**legally**
9:19
**let's**
2:2
**lies**
21:23
**lift**
9:3 25:15
**lifted**
11:17
**line**
6:2,3,4,9 13:12 25:7,8
**lined**
13:5
**lines**
6:6
**link**
20:24 21:2,6
**little**
5:15 10:2 11:9,14
15:24,24 16:8 18:24
**live**
15:1
**Loevy**
2:15,15

long
8:9 14:8 18:3 19:20
**look**
12:16,17 25:11
**looked**
9:14
**looking**
8:19 22:21
**looks**
6:15
**lot**
5:12,12,22 7:3 8:7
17:18 24:3,20,22
25:7
**lotions**
19:22
**lower**
17:9,12,15 22:19
**lying**
11:20,22

**M**

**maintain**
4:15
**majority**
4:19 8:3 23:17,18
**male**
23:17,18
**man**
14:19 19:18
**march**
19:21 20:11
**Marie**
27:1
**max**
18:20,20,22
**maximum**
20:2 24:24
**mean**
7:7,15,17 8:18,20
10:15 12:6 13:16,17
14:19,24 15:1,6 16:2
16:4 17:9,17,22,23
18:18,18 19:1,7,19
19:21 21:18 23:4
**means**
2:19
**medical**
17:2,7 23:13
**medium**
4:7 16:6,7 18:22
**member**
2:19
**members**
5:24
**men**
14:23
**Menard**
2:8,18 3:23 4:2 12:20
19:12
**mentioned**
12:11 15:12 20:18 22:4
**met**
24:23
**mighty**
22:18
**minute**
3:21 14:4
**minutes**
14:14
**misled**
14:2
**mistakes**

26:12,13
**mouth**
9:3
**move**
10:15
**moved**
4:23 5:20 8:22
**MSU**
4:6 16:4 18:24 20:6,8,8
24:23 25:4
**Muddy**
2:8
**mumbling**
5:15

**N**

**name**
3:18
**named**
2:13
**nasty**
8:15 12:1
**naturally**
17:17
**necessary**
15:15
**never**
14:6 16:14,17 20:22,23
21:5
**new**
8:2
**nose**
7:9
**notes**
26:19
**number**
1:6 3:19

**O**

**obey**
23:6
**occurred**
2:6 4:9 20:5
**offer**
3:9
**officer**
10:11,12 11:19,21
13:23 21:3
**officers**
4:17 5:13 7:24 8:16,18
9:11 11:18 14:20
21:8,8 22:7 23:17,18
24:2,8 26:12
**oh**
14:11 22:13,13
**okay**
2:2 3:13,19 7:11,14
13:19 14:8 20:14
21:17 26:9
**older**
12:15
**once**
5:24 7:4 13:22 22:10
24:11 25:10,15
**one-man**
25:13
**one-on-one**
12:2
**one's**
6:18 7:23
**ones**
8:15 20:7
**operation**

2:11 3:3 4:10
**Orange**
15:5,6 20:22 21:5
**order**
5:22 11:23 25:11,12
18:5 25:9
**orders**
5:4,19 9:22 12:10 13:1
18:5 25:9
**ought**
7:4
**outside**
7:18
**overall**
9:7,8

**P**

**pain**
21:14
**pants**
4:20
**part**
7:7 14:15
**partially**
4:11,12
**participating**
3:9
**particular**
11:8 21:6
**particularly**
10:4
**pat**
14:23
**patient**
26:14
**pay**
19:6
**people**
5:18 7:4 16:1 24:16
26:12
**period**
18:3 19:20 21:7,11
**periods**
24:24,24
**permits**
17:3,7
**personally**
8:12
**persuade**
16:15
**Pertaining**
10:6
**phonetic**
2:3,4 20:15
**physically**
22:5
**pick**
25:8
**pinching**
17:18
**pit**
18:16,17 20:1,2,18
**place**
10:9
**Plaintiff's**
2:21
**Plaintiffs**
2:14
**point**
7:12 10:17
**police**
21:3
**position**
3:9



McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309     063778

Ross, et al. vs. Gossett, et al. 15-309     063779

possible
17:11
potential
2:19
present
23:14
Price
2:1,3
prison
19:8
pro
19:1
probably
4:17 8:1 14:7,11,12
23:6
problem
6:16
proceedings
27:4
process
12:3 23:22
prone
19:2
pulled
6:12 24:22
purpose
3:6
push
22:23 23:1
pushed
22:9,19,20
pushing
22:1
put
8:23 13:11 14:13,16
16:19 19:3 20:23,23
21:3,5,9 23:22 24:11
putting
16:10 17:22

**Q**

questions
3:14 4:13,16 12:24
26:5,8
quick
17:22
quiet
7:5
quite
8:1 23:5,5 26:19

**R**

ramble
12:23 26:9
Randolph
1:11
real
5:5,6 9:21
realize
15:17
really
9:18 10:21 11:2 12:21
12:22 13:11 15:14,14
15:21 19:5,14,15
22:24 23:1,19,22
reason
7:8
recall
13:3 20:4,9,19 23:12
23:13
recognized
5:14
record

3:17
recorded
27:3
recorder
26:21
refuse
3:10
registered
26:4
remember
3:13 4:1,10,13 10:4
11:18 12:10 13:1,5,6
14:8 25:2,6
remind
16:21
represented
2:14,20
reprimanded
7:2
right
2:2 3:16,21,23 4:8,12
6:19 7:3,12,23 9:20
10:12,13,20,22 11:2
12:9,19,21 13:5,11
13:21 14:2,13 15:4
16:11,14 17:12 19:19
21:15 22:2,10,22
25:9,13,14,24 26:11
River
2:8,8
roaches
9:15
rookie
13:23,24 21:8
room
5:7
room-to-room
5:21
rotation
14:18
rough
15:9,10 16:8 17:21
19:14 21:23,24,24
22:4
roughed
16:14,17
rules
23:7

**S**

sad
9:16
sarcasm
11:10,12 25:22
saw
5:24 9:16 11:16 14:4
15:2
saying
5:7 11:15,16,19,21
19:19 20:1 24:12
says
11:19
scars
19:20
scope
23:19
scrape
21:14
scrotum
9:4 25:15,19
search
7:16 11:14
searches

5:11
second
16:18 20:17
security
4:7 16:6,7 20:2
see
6:11 8:15,17 10:1
11:15,20,21 16:1
23:23 25:18
seeing
17:14 19:15
seizure
17:11
sergeant
24:2,7
sergeants
5:13 23:19
sets
9:11
shake
5:23 15:23
shakedown
2:6 3:12 4:9 5:11 8:2
10:6 13:8,22 14:22
18:1,19 20:4,17,20
22:4 25:4
shakedowns
6:17,24 15:4,5
shaken
18:12 19:12,24 20:1,5
shaking
6:6
shirt
14:5
shirts
4:20 7:23
shoes
4:21
shook
6:5,9
short
4:15
shoulder-to-shoulder
5:5 9:13 24:13
shoulders
17:3
shouldn't
6:5
shut
7:2
shut-up
24:9
side
10:19
similar
17:18
similarly
20:18
sir
3:16 19:11
sitting
8:8 19:18
situation
11:18 18:9 19:1
Skaja
27:1
slow
16:10
so-
24:7
socialize
24:21
socks

4:21 8:5 16:11
somebody
14:4 16:21 24:6
sort
21:4
spans
18:6
speaking
3:1
specific
4:16 10:4 25:3
spent
14:9
spread
9:24
squeeze
21:6
staff
5:12,24 6:17,22 7:2
8:16 10:5 12:5 13:4
19:6 23:13,24 24:16
25:2
stage
2:16
stance
22:18
stand
5:3,5 8:9
standard
20:24 21:2
standing
8:8,8,14,21 18:4,5
24:13 25:9
start
2:2 9:6
started
4:14 10:11
state
2:5 3:16
statement
27:3
States
15:1
stay
16:12
stern
9:21
stick
22:17,19,20
stood
5:8
stop
21:6
stopped
16:15
Street
1:11
strip-
7:15
strip-search
9:2
strip-searched
7:12,14 9:5
stuff
11:14 13:7,10,10,16
15:10 16:2 25:20
subdural
17:11
sum-
4:15
sure
3:15 5:6 12:1 14:18
15:21 23:10 25:24

surely
15:16 18:3
Suzanna
2:1,3

**T**

t-
7:22
t-shirts
8:3,3,3
tactical
3:3 4:9 15:7,8 21:9
24:19
take
4:19 6:10,14 9:1 10:9
11:4 13:6,9,10,10
16:9,18
talk
3:11,12 7:5
talking
3:21 4:8 6:19 7:1 18:23
tape
26:21
taxes
19:6
team
4:9 15:7 21:9
tears
12:21
Technically
7:15
tell
7:14 13:24 18:1 24:2,3
24:4 25:18
term
22:7
testing
22:21
that's
4:6 15:17 17:2 18:12
21:15,15 24:6,7,8
25:21,23 26:14,15
thing
14:18,22 17:19 23:6
25:3,16
things
4:23 5:19 6:20 9:21
15:24 16:9 19:3
23:11,20 26:4,16,17
think
10:21 14:1 18:3,24
19:21 20:1,12 22:21
Thomas
1:5 3:18
thought
5:16 8:12 14:19 15:3
16:9
three
9:11
tight
17:20,21 21:11
time
5:4,4,10,22 15:23
16:18 17:5,5,6,13
18:1,3,6 19:20,24
20:5 24:9,24 25:1
times
9:16 19:12
today
2:5
told
19:11
tongue

9:3
top
9:6
totally
13:13
touch
22:6
touched
22:13,14
transcribed
27:2
TRANSCRIPTION
1:4
transpired
18:23 26:15
tried
10:8 19:21
trouble
7:7
try
26:16
trying
5:18,19 15:17 16:15
23:1,6
tunnel
17:19
turn
6:14 9:4 23:20,21
25:10
twice
11:14 12:8
twisted
21:12
two
4:18 9:23 14:12,12
type
15:4,5 17:19

**U**

Uh-hum
24:1 26:20
understanding
3:2 4:5 7:11 18:11
19:10 24:15
underwear
4:21 7:19
undress
5:1
unfortunate
26:11
unfortunately
12:14
unit
4:7 16:7
United
15:1
unnecessary
8:13 9:18 25:23
use
19:22 22:7

**V**

various
12:3
verbal
15:12 25:19
voice
10:18
voices
5:14 6:18 24:19
voluntary
3:8

3



Ross, et al. vs. Gossett, et al. 15-309    063780

**W**

wa
15:2
waited
11:7
waiting
8:11
walk
4:21 22:10
walked
7:18,18
wall
5:3,8 7:9 8:14 9:12
   11:3 13:22 16:19
   24:11
walls
23:23
want
6:1 10:15,17 12:18,19
   12:23 15:18 19:3
   21:18,22 24:12 25:24
   26:9
wanted
14:3
wasn't
15:13,13 19:2
Watch
11:22
way
9:6,12 15:19 21:7
we're
2:4,5
wear
15:8 24:19
wearing
7:22 15:8
Wegan
2:4
went
6:13 13:14 16:20 18:12
   22:8
weren't
15:21
West
1:11
whatnot
6:11,15,18 7:3 8:22 9:4
   13:21 15:4 16:14
   17:10 25:6
willing
3:11
wind
6:3,5 10:20 16:8
Wing
4:3
witnessing
23:10
women
14:23,24
wondering
13:14
worked
9:6
working
2:10 15:20
wouldn't
16:3
wouldn't
12:9
wrist
21:13
wrists
17:3,16

write
11:24

**X**

**Y**

yanked
13:12
yeah
9:8 13:18 15:8,13 16:5
   16:5 17:10,14,14,14
   18:8,14,14 19:14
   21:18 22:13,13,16
   24:18 26:9
years
12:13,15 19:22
you're
11:21 26:14
you've
19:11 26:7

**Z**

**0**

00:10:06
10:16
00:13:00
13:4
00:18:23
17:23,24
00:19:45
19:7
00:20:07
19:16
00:22:28
21:16
00:24:31
23:11
00:25:12
24:7
00:25:55
24:22
00:27:06
25:17

**1**

100
1:11
11B73502
1:6 3:20
13th
1:11

**2**

20
8:18,19 9:12 14:14
   25:8
2014
2:6,18 3:13,23 4:1,10
   20:6 22:3 25:4
2016
20:12
25
14:14
27th
20:12

**3**

30
4:17
312
1:13

**4**

40
4:17 8:19

**5**

50
12:15

**6**

60
25:8
60601
1:12

**7**

78
4:4

**8**

80
4:3
814-3695
1:13



Ross, et al. vs. Gossett, et al. 15-309    063780

AUDIO TRANSCRIPTION
Interview of Ollie Boose
Inmate Number 893601


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

BY MR. JAMES DURAN:

2    Q    All right, for the record, my name is James
3  Duran (phonetic) and I'm an attorney for the state of
4  Illinois.  I'm here today to interview you about a
5  shakedown that occurred in 2014.  A lawsuit has been
6  filed by inmates that were housed at Menard, Illinois
7  River, Big Muddy River and Lawrence Correctional
8  Centers against certain individuals working for I-DOC
9  arising out of the operation.
10    I'm here on behalf of the Defendants, the
11  employees of the I-DOC.  Certain inmates are the named
12  Plaintiffs in this case and are represented by a law
13  firm, Loevy & Loevy.  This lawsuit is a class action
14  and at this stage, the class has not yet been
15  certified by the judge.
16    Because you were housed at Menard, you are a
17  potential class member, which means that if the judge
18  certifies a class, you would be represented by
19  Plaintiff's attorneys.  If the judge certifies a
20  class, your interest could be adverse to the
21  Defendants.
22    You are of course, free to contact an attorney
23  before speaking to me.  But I would like to interview
24  you in order to get a better understanding of what

2

1  happened during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purposes against you or any other
5  inmates.
6    This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you will talk to me
10  about what happened during the shakedown at Menard
11  2014; if you remember.  So is it okay if I ask you
12  some questions today?
13    A    Yes, sir.
14    Q    Okay, can you state and spell your name for
15  the record?
16    A    Ollie Boose, O-l-l-i-e B-o-o-s-e.  Number,
17  ID number 893601.
18    Q    Okay.  And do you remember the shakedown
19  that occurred at Menard in 2014?
20    A    Yes, I do.
21    Q    What do you remember about the shakedown?
22    A    I remember waking up to a lot of noise,
23  hearing the bars slam, said it was a shakedown.  They
24  was banging against the bars with the (inaudible

3

1  00:02:01) and we had to get up.  They told us to stand
2  up in front of the door and strip-searched us.  We had
3  to be strip-searched.
4    We come out, with handcuffs we come out, had to
5  have your head down.  They marched you us all the way
6  over to the chapel.  If your head raises up, you will
7  get beat.  They will beat you down or trip you anytime
8  your head up; get your head down.
9    Once we got over to the chapel, we had to have
10  our heads touch the wall.  If you had to use the
11  bathroom, you would have to suffer or you use it on
12  yourself until they tell you that you can go.  And
13  certain studs had used the bathroom and as they
14  searched us it was falling out.
15    And if you did complain, you still would get
16  beaten.  Like those the days I have, those stand out
17  when I was at Menard.
18    Q    Okay.  I want to start at the beginning.
19  You said you were strip-searched.  Did that happen in
20  your cell?
21    A    Yeah, they just strip-searched us before we
22  come out.
23    Q    Do you know who strip-searched you?
24    A    I couldn't tell you who strip-search because

4

Pages 1 to 4



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309    063781

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 72 of 214   Page ID #20992

Ross, et al. vs. Gossett, et al. 15-309      063782

**Page 5**

1  they don't want -- most of them have helmets on.  So
2  once you get strip-searched, the two officers that
3  strip-search, one's got the helmet, you got strip-
4  searched, the other two, you don't see no face.  They
5  only thing they got that you see is orange and black.
6      Q    Were they men or women that strip-searched
7  you?
8      A    I can't tell you the truth, I can't tell if
9  it was a male or -- they just was all they got was
10 orange and black.  I can't remember if they were man
11 or a woman, it was so many of them.
12     Q    Okay.
13     A    Yeah, I know a woman's in there, but I can't
14 -- do you know what I'm saying?  I can't tell you,
15 identify who removed the face, who really you know
16 strip-searched me and everything.  They got the
17 helmets on them, so you can barely really see their
18 face.
19     Q    Do you know the names of any of the
20 individuals that did any of the shakedown?
21     A    I couldn't tell you.  No, I couldn't tell
22 you none of that.  I am being honest, I can't tell you
23 no name.
24     Q    All right.  When you're -- can you explain

**Page 6**

1  how the strip-search was performed?
2      A    The strip-search was performed, they take
3  your clothes, you're stripped.  Everything off, get
4  naked and your cellmate step in the back.  Once step
5  back to the back, turn around, face your walls.  The
6  other come forth, get handcuffed.
7      First you take your clothes, get hanger for your
8  shoes, hang your shoes, your shirt, pants, underwear.
9  Take and strip, open your -- raise your hands up, look
10 both sides of them.  Then you got to lift your feets
11 up, bend over and squat for a minute.  Then raise back
12 up, put your clothes back on, step back in the back of
13 the cell.
14     The other one comes up forward, the other -- you
15 cellmate.  He go through the same routine.  Then we
16 handcuffed.  Everybody line up.  All the cell guys got
17 to get -- they get enough on the guys, and then they
18 all march us over, they always tell you "Keep your
19 head down."
20     Q    Okay, I want to back you up for a little bit
21 here.  What clothes were you wearing that day, if you
22 remember?  Was it your dress blues like you have on?
23     A    Yes, state blues, just like you said, yeah.
24     Q    Okay.  And those are the blues you put on

**Page 7**

1  after you were strip-searched, you put your clothes
2  back on?
3      A    Yeah, yeah, yeah.  But some -- not to allow
4  your shoes.  They make you put your house shoes on,
5  you can't put no boots.
6      Q    Okay.
7      A    Your shower shoes, you got to walk over
8  there with your shower shoes, no socks on.
9      Q    Okay.  So all your clothes, but no socks and
10 -- and your shower shoes?
11     A    Yeah, yeah, your shower shoes.  Yeah, your
12 shower shoes.  You ain't going -- you can't wear no
13 boots or no gym shoes over there.  Nothing but your
14 bare foot.
15     Q    And were you cuffed?  Were you cuffed in the
16 front or in the back?
17     A    In back.  In the back.  They want to be
18 holding you in the back.  Had to have your head down
19 while you be going down.  He walks you down the aisle.
20 You have line everybody back up, one of them got -- in
21 the back they got you cuffed and you had to keep your
22 head down and march you over to the chapel.
23     Q    Okay.  And then you were marched all the way
24 to the chapel?

**Page 8**

1      A    Yep.
2      Q    With an individual officer holding your cuff
3  and pushing your head down?
4      A    Yeah.
5      Q    All right.  When you arrived at the chapel,
6  what happened there?
7      A    At the chapel we was told to go to the -- to
8  the right side of the wall.  Wherever there was walls
9  at, everybody go -- go to the wall.  Line up by the
10 wall, put your forehead to the wall, no talking.  Put
11 your forehead -- this is how we was lined up; do you
12 know what I'm saying?
13     Q    Yes.
14     A    This is exactly how -- we was like this
15 here.  First we were bent down, once we get down, you
16 had to bend down to the ground and keep our heads
17 down.  Some of us were standing up.  Some of us stand.
18 The old-time, they like let you stand up.  But
19 your head got to stay against the wall.  And if you
20 get caught talking or if your head raises when you're
21 leaving, you're going to get hit.  They will hit you.
22 Yeah, and that's how the procedure was.  I mean, they
23 just lined us up.
24     Q    No one hit you, did they?



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309      063782

Ross, et al. vs. Gossett, et al. 15-309    063783

| | |
|---|---|
| 1   A   Yeah, huh? | 1      We're all lined up, they march us back the same |
| 2   Q   No one hit you during this procedure? | 2   way.  They have the line, or it was a line from the |
| 3   A   No, I was just pushed, you know, because I | 3   chapel all the way to the cell house, to the south |
| 4   (inaudible 00:06:37) cough, but you know, just told | 4   house.  We was all lined up.  And they take us all |
| 5   keep my head down.  If I raised my head up, I am going | 5   back the same way.  The same way, they brought us back |
| 6   to get whooped.  So I had to get out of (inaudible | 6   saying, "Keep your head down."  Your head get raised |
| 7   00:06:43) and so I just got lucky. | 7   up, you are going to get beat. |
| 8   Q   All right.  So what time did the initial | 8      Q   When you arrived at your cell, did it appear |
| 9   search start? | 9   that your cell had been shaken down? |
| 10   A   It was in the morning.  It had to be -- | 10   A   Yeah.  Cell was tore up. |
| 11   during the morning right before breakfast.  I believe | 11   Q   Okay, was anything taken? |
| 12   it was between seven -- was somewhere between the | 12   A   No, I don't remember nothing taken.  I can't |
| 13   first shift.  It was early in the morning, first shift | 13   remember, to be honest, I can't remember nothing |
| 14   time be having. | 14   taken.  But it was tore up, it was ransacked.  It was |
| 15   Q   Okay.  The first shift starts at seven? | 15   definitely tore up. |
| 16   A   Yeah, about seven o'clock.  It was on the | 16   Q   It looked like somebody shook it down? |
| 17   first shift. | 17   A   Yeah, it was tore up.  Everything was all |
| 18   Q   Okay.  So it was shortly after seven? | 18   out of order on my side.  My cellmate had -- my stuff |
| 19   A   Yeah, somewhere -- yeah, it was before noon. | 19   you know was all tore up. |
| 20   It was on the first shift.  I can't tell you the exact | 20   Q   Do you remember anything being broken in |
| 21   time. | 21   your cell? |
| 22   Q   Do you know about how long you were ordered | 22   A   No, I don't remember nothing being broken. |
| 23   to stay in the chapel? | 23   Was nothing broken. |
| 24   A   Yeah, we stayed in the position for hours. | 24   Q   Okay.  Do you remember anything else about |
| | |
| 9 | 11 |

| | |
|---|---|
| 1   Q   Do you know how many hours? | 1   the shakedown that we didn't talk about? |
| 2   A   At least about four or five hours.  Four or | 2   A   The name calling.  The name calling.  Like I |
| 3   five.  People were falling out.  We stayed in that | 3   said, the only thing I -- you know, you be so |
| 4   position about four or five hours. | 4   intimidated, you know, you can't really too much seek |
| 5   Q   Was there any medical personnel around? | 5   out -- you raise your head, you going to get hit. |
| 6   A   No, no, nothing but officers and lieutenant, | 6      You know, so I just got lucky.  That was the only |
| 7   white-shirt.  No medical staff was there.  Only time | 7   thing, I was really threatened.  If you raise your |
| 8   the medical staff come by unless somebody fall out. | 8   head, you going to go get beat on.  That was an |
| 9   And they called them over there and then they take | 9   intimidation thing.  Your head come off that wall, you |
| 10   them to the hospital.  That's the only time medical | 10   are going to get beat. |
| 11   staff appear there.  There was never no medical staff | 11   Q   What name calling? |
| 12   around. | 12   A   All type of names.  They call you, you know, |
| 13   Q   After you left the chapel, did you go back | 13   I ain't going to say no here, what they was saying. |
| 14   to your cell then? | 14   They was just calling "eff" inmates, you dumb inmates. |
| 15   A   We always march back. | 15   You know, just names -- just keeping you low life, you |
| 16   Q   And how did you march back? | 16   know, trying to degrade you.  You know, yeah. |
| 17   A   Yeah, they march us -- they set out for a | 17      Keep your head down, just keep your head down or |
| 18   while.  They give us about three or four hours | 18   you going to get beat now.  I said, "Okay."  So it is |
| 19   standing up.  They make us sit down after about four | 19   an intimidation thing, man, so you ain't trying to |
| 20   hours, usually. | 20   look up. |
| 21      It been a while, you sit down to -- they got | 21      You know, you got to do what they say.  You can't |
| 22   through with everybody in the first cell.  They stand | 22   win.  It was intimidating.  It was very intimidating. |
| 23   us back up, we was always caught up by then we all | 23   Q   Okay.  I'd like to thank you very much for |
| 24   marched back over. | 24   your participation. |
| | |
| 10 | 12 |

Pages 9 to 12



Ross, et al. vs. Gossett, et al. 15-309    063784

```
1    A    Okay, I appreciate it.
2         (End of Interview)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```
                                    13

```
1         I, Audrey Marie Skaja, do hereby certify or
2    affirm that I have impartially transcribed the
3    foregoing from a digitally recorded statement of the
4    above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```
                                    14

Pages 13 to 14



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 75 of 214   Page ID #20995

Ross, et al. vs. Gossett, et al. 15-309     063785

**A**

ability
14:4
above-mentioned
14:4
action
2:13
adverse
2:20 3:8
affirm
14:2
ain't
7:12 12:13,19
aisle
7:19
allow
7:3
anytime
4:7
appear
10:11 11:8
appreciate
13:1
arising
2:9
arrived
8:5 11:8
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
14:1

**B**

B-o-o-s-e
3:16
back
6:4,5,5,11,12,12,12,20
7:2,16,17,17,18,20
7:21 10:13,15,16,23
10:24 11:1,5,5
banging
3:24
bare
7:14
barely
5:17
bars
3:23,24
bathroom
4:11,13
beat
4:7,7 11:7 12:8,10,18
beaten
4:16
beginning
4:18
behalf
2:10 3:3
believe
9:11
bend
6:11 8:16
bent
8:15
best
14:4
better
2:24
Big

2:7
bit
6:20
black
5:5,10
blues
6:22,23,24
Boose
1:5 3:16
boots
7:5,13
breakfast
9:11
broken
11:20,22,23
brought
11:5

**C**

call
12:12
called
10:9
calling
12:2,2,11,14
can't
5:8,8,10,13,14,22 7:5
7:12 9:20 11:12,13
12:4,21
case
2:12 3:3
caught
8:20 10:23
cell
4:20 6:13,16 10:14,22
11:3,8,9,10,21
cellmate
6:4,15 11:18
Centers
2:8
certain
2:8,11 4:13
certified
2:15
certifies
2:18,19
certify
14:1
chapel
4:6,9 7:22,24 8:5,7
9:23 10:13 11:3
Chicago
1:12
class
2:13,14,17,18,20
clothes
6:3,7,12,21 7:1,9
come
4:4,4,22 6:6 10:8 12:9
comes
6:14
complain
4:15
consequences
3:8
contact
2:22
Correctional
2:7
cough
9:4
couldn't
5:21

course
2:22
cuff
8:2
cuffed
7:15,15,21

**D**

day
6:21
days
4:16
defend
3:3
Defendants
2:10,21 3:3
definitely
11:15
degrade
12:16
didn't
12:1
digitally
14:3
disciplinary
3:4
don't
5:1,4
door
4:2
dress
6:22
dumb
12:14
Duran
2:1,3

**E**

early
9:13
eff
12:14
employees
2:11
everybody
6:16 7:20 8:9 10:22
exact
9:20
exactly
8:14
experience
3:2
explain
5:24

**F**

face
5:4,15,18 6:5
fall
10:8
falling
4:14 10:3
feets
6:10
filed
2:6
firm
2:13
first
6:7 8:15 9:13,13,15,17
9:20 10:22
five
10:2,3,4

Floor
1:11
foot
7:14
foregoing
14:3
forehead
8:10,11
forth
6:6
forward
6:14
four
10:2,2,4,18,19
free
2:22
front
4:2 7:16

**G**

gathering
3:2
General
1:10
give
10:18
go
4:12 6:15 8:7,9,9 10:13
12:8
going
7:12,19 8:21 9:5 11:7
12:5,8,10,13,18
ground
8:16
guys
6:16,17
gym
7:13

**H**

handcuffed
6:6,16
handcuffs
4:4
hands
6:9
hang
6:8
hanger
6:7
happen
4:19
happened
3:1,10 8:6
head
4:5,6,8,8 6:19 7:18,22
8:3,19,20 9:5,5 11:6
11:6 12:5,8,9,17,17
heads
4:10 8:16
hearing
3:23
helmet
5:3
helmets
5:1,17
hit
8:21,21,24 9:2 12:5
holding
7:18 8:2
honest
5:22 11:13
hoping

3:9
hospital
10:10
hours
9:24 10:1,2,4,18,20
house
7:4 11:3,4
housed
2:6,16
huh
9:1

**I**

I-DOC
2:8,11 3:3
I'd
12:23
I'm
2:3,4,10 3:9 5:14 8:12
ID
3:17
identify
5:15
Illinois
1:10,12 2:4,6
impartially
14:2
inaudible
3:24 9:4,6
individual
8:2
individuals
2:8 5:20
information
3:2
initial
9:8
Inmate
1:6
inmates
2:6,11 3:5 12:14,14
interest
2:20
interview
1:5 2:4,23 3:6 13:2
intimidated
12:4
intimidating
12:22,22
intimidation
12:9,19

**J**

James
2:1,2
judge
2:15,17,19

**K**

keep
6:18 7:21 8:16 9:5 11:6
12:17,17
keeping
12:15
know
4:23 5:13,14,15,19
8:12 9:3,4,22 10:1
11:19 12:3,4,6,12,15
12:16,16,21

**L**

law

2:12
Lawrence
2:7
lawsuit
2:5,13
leaving
8:21
left
10:13
lieutenant
10:6
life
12:15
lift
6:10
line
6:16 7:20 8:9 11:2,2
lined
8:11,23 11:1,4
little
6:20
Loevy
2:13,13
long
9:22
look
6:9 12:20
looked
11:16
lot
3:22
low
12:15
lucky
9:7 12:6

**M**

male
5:9
man
5:10 12:19
march
6:18 7:22 10:15,16,17
11:1
marched
4:5 7:23 10:24
Marie
14:1
mean
8:22
means
2:17
medical
10:5,7,8,10,11
member
2:17
men
5:6
Menard
2:6,16 3:10,19 4:17
minute
6:11
morning
9:10,11,13
Muddy
2:7

**N**

naked
6:4
name
2:2 3:14 5:23 12:2,2,11
named


McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309     063785

1

2:11
names
 5:19 12:12,15
never
 10:11
noise
 3:22
noon
 9:19
number
 1:6 3:16,17

**O**

O-l-l-i-e
 3:16
o'clock
 9:16
occurred
 2:5 3:19
offer
 3:7
officer
 8:2
officers
 5:2 10:6
okay
 3:11,14,18 4:18 5:12
 6:20,24 7:6,9,23 9:15
 9:18 11:11,24 12:18
 12:23 13:1
old-time
 8:18
Ollie
 1:5 3:16
once
 4:9 5:2 6:4 8:15
one's
 5:3
open
 6:9
operation
 2:9 3:1
orange
 5:5,10
order
 2:24 11:18
ordered
 9:22

**P**

pants
 6:8
participating
 3:7
participation
 12:24
People
 10:3
performed
 6:1,2
personnel
 10:5
phonetic
 2:3
Plaintiff's
 2:19
Plaintiffs
 2:12
position
 3:7 9:24 10:4
potential
 2:17
procedure

8:22 9:2
proceedings
 14:4
purposes
 3:4
pushed
 9:3
pushing
 8:3
put
 6:12,24 7:1,4,5 8:10,10

**Q**

questions
 3:12

**R**

raise
 6:9,11 12:5,7
raised
 9:5 11:6
raises
 4:6 8:20
Randolph
 1:11
ransacked
 11:14
really
 5:15,17 12:4,7
record
 2:2 3:15
recorded
 14:3
refuse
 3:8
remember
 3:11,18,21,22 5:10
 6:22 11:12,13,13,20
 11:22,24
removed
 5:15
represented
 2:12,18
right
 2:2 5:24 8:5,8 9:8,11
River
 2:7,7
routine
 6:15

**S**

saying
 5:14 8:12 11:6 12:13
search
 9:9
searched
 4:14 5:4
see
 5:4,5,17
seek
 12:4
set
 10:17
seven
 9:12,15,16,18
shakedown
 2:5 3:10,18,21,23 5:20
 12:1
shaken
 11:9
shift
 9:13,13,15,17,20
shirt

6:8
shoes
 6:8,8 7:4,4,7,8,10,11
 7:12,13
shook
 11:16
shortly
 9:18
shower
 7:7,8,10,11,12
side
 8:8 11:18
sides
 6:10
sir
 3:13
sit
 10:19,21
Skaja
 14:1
slam
 3:23
socks
 7:8,9
somebody
 10:8 11:16
south
 11:3
speaking
 2:23
spell
 3:14
squat
 6:11
staff
 10:7,8,11,11
stage
 2:14
stand
 4:1,16 8:17,18 10:22
standing
 8:17 10:19
start
 4:18 9:9
starts
 9:15
state
 2:3 3:14 6:23
statement
 14:3
stay
 8:19 9:23
stayed
 9:24 10:3
step
 6:4,4,12
Street
 1:11
strip
 6:9
strip-
 5:3
strip-search
 4:24 5:3 6:1,2
strip-searched
 4:2,3,19,21,23 5:2,6,16
 7:1
stripped
 6:3
studs
 4:13
stuff
 11:18

suffer
 4:11

**T**

tactical
 3:1
take
 6:2,7,9 10:9 11:4
taken
 11:11,12,14
talk
 3:9,9 12:1
talking
 8:10,20
tell
 4:12,24 5:8,8,14,21,21
 5:22 6:18 9:20
thank
 12:23
that's
 8:22 10:10
thing
 5:5 12:3,7,9,19
threatened
 12:7
three
 10:18
time
 9:8,14,21 10:7,10
today
 2:4 3:12
told
 4:1 8:7 9:4
tore
 11:10,14,15,17,19
touch
 4:10
transcribed
 14:2
TRANSCRIPTION
 1:4
trip
 4:7
truth
 5:8
trying
 12:16,19
turn
 6:5
two
 5:2,4
type
 12:12

**U**

understanding
 2:24
underwear
 6:8
use
 4:10,11
usually
 10:20

**V**

voluntary
 3:6

**W**

waking
 3:22
walk

7:7
walks
 7:19
wall
 4:10 8:8,9,10,10,19
 12:9
walls
 6:5 8:8
want
 4:18 5:1 6:20 7:17
way
 4:5 7:23 11:2,3,5,5
We're
 11:1
wear
 7:12
wearing
 6:21
West
 1:11
white-shirt
 10:7
whooped
 9:6
win
 12:22
woman
 5:11
woman's
 5:13
women
 5:6
working
 2:8

**X**

**Y**

yeah
 4:21 5:13 6:23 7:3,3,3
 7:11,11,11 8:4,22 9:1
 9:16,19,19,24 10:17
 11:10,17 12:16
Yep
 8:1
you're
 5:24 6:3 8:20,21

**Z**

**0**

00:02:01
 4:1
00:06:37
 9:4
00:06:43
 9:7

**1**

100
 1:11
13th
 1:11

**2**

2014
 2:5 3:11,19

**3**

312
 1:13

**4**

**5**

**6**

60601
 1:12

**7**

**8**

814-3695
 1:13
893601
 1:6 3:17

2



Case 3:15-cv-00309-SMY Document 491-7 Filed 11/16/18 Page 77 of 214 Page ID #20997

Ross, et al. vs. Gossett, et al. 15-309 063787

AUDIO TRANSCRIPTION
Interview of Bobby Borsey
Inmate Number N34213

Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois 60601
(312) 814-3695

1

BY MR. JAMES DURAN:

2    Q    My name is James Duran (phonetic) and I'm an
3 attorney for the state of Illinois. I'm here today to
4 interview you about a shakedown that occurred in 2014.
5 A lawsuit has been filed by inmates that were housed
6 at Menard, Illinois River, Big Muddy River and
7 Lawrence Correctional Centers against certain
8 individuals working for I-DOC arising out of the
9 operation.
10    I'm here on behalf of the Defendants, the
11 employees of the Illinois Department of Corrections.
12 Certain inmates are the named Plaintiffs in this case
13 and are represented by a law firm, Loevy & Loevy. The
14 lawsuit is a class action and at this stage, the class
15 has not yet been certified by the judge.
16    Because you were housed at Big Muddy, you are a
17 potential class member, which means that if the judge
18 certifies a class, you would be represented by
19 Plaintiff's attorneys. If the judge certifies a
20 class, your interest could be adverse to that of the
21 Defendants.
22    A    Right.
23    Q    You are of course, free to contact an
24 attorney before speaking to me. But I would like to

2

1 interview you to get a better understanding of what
2 happened during the tactical operation, and what your
3 experience was. I am gathering this information to
4 defend the case on behalf of I-DOC Defendants, but not
5 for any disciplinary purposes against you or any other
6 inmates.
7    A    Right.
8    Q    This interview is voluntary. I am not in a
9 position to offer you anything for participating and
10 there is no adverse consequences if you refuse to talk
11 to me. However, I'm hoping you are willing to talk to
12 me about what happened during the shakedown at Big
13 Muddy 2014; if you remember.
14    And you've indicated that you are willing to talk
15 to me and that we have this on camera?
16    A    Right, yes.
17    Q    Okay, can you state and spell your name and
18 give your inmate number?
19    A    B-o-b-b-y B-o-r-s-e-y, N34213.
20    Q    All right, and you are currently
21 incarcerated at Big Muddy River Correctional Center?
22    A    Yes.
23    Q    And you were an inmate in 2014 at Big Muddy;
24 is that correct?

3

1    A    Yes, I was.
2    Q    And do you remember a shakedown that were
3 talking about?
4    A    Vaguely.
5    Q    Okay. Was there -- what happened
6 differently in that shakedown than what normally
7 happens, if anything?
8    A    Well, see I didn't get a chance to see that
9 because my -- my daughter and my grandson had passed,
10 so they had me in suicide watch. So when they came
11 in, they came in and made me get, get against the
12 wall, man, with my face against the wall, man, and
13 shook the room down. And then they left.
14    Q    Did they shake you down at all?
15    A    They shook me down, but I was already
16 completely naked because I had -- I was in the suicide
17 watch. They had me there because I had -- kind of
18 broke down when my grandchild died.
19    Q    Okay. So after you were searched and your
20 cell was shaken down, what happened, anything?
21    A    Well after I was searched and my cell was
22 shake down, they held me.
23    Q    Okay. And is that all that happened with
24 you?

4

Pages 1 to 4


McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309 063787

1    A    That's all that happened to me.
2    Q    Okay.  All right.
3    A    And I stayed in there.  See I was in the
4    cell, a one-man's cell downstairs when it happened.
5    Q    What cell house were you in?
6    A    I was in "Receiving".
7    Q    Okay.
8    A    Uh-hum.  We had just -- we had just got
9    here; transferred from Statesville.
10   Q    Okay, so nothing unusual happened to you
11   during that shakedown, then?
12   A    No, they made me --
13   Q    Just a regular?
14   A    Just a regular.  Made me go up against the
15   wall, pushed my head against the wall just a little
16   bit, not really hurt me, just as I said.
17   Q    Okay.  And how long did it take?
18   A    I think two months.  A little bed rest and
19   everything, around two -- about three weeks.
20   Q    Okay, and that was it?
21   A    That was it.
22   Q    All right.  Is that all you remember about
23   the shakedown?
24   A    That's all I seen.

5

1
2         I, Audrey Marie Skaja, do hereby certify or
3    affirm that I have impartially transcribed the
4    foregoing from a digitally recorded statement of the
5    above-mentioned proceedings to the best of my ability.
6
7         _Audrey M. Skaja_
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

7

1    Q    Okay, thank you very much.
2    A    Okay.
3    Q    Nice meeting you.
4    A    Okay.
5    Q    All right.
6    A    Thank you.
7         (End of Interview)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

6

Pages 5 to 7



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 79 of 214   Page ID #20999

Ross, et al. vs. Gossett, et al. 15-309    063789

## A
**ability**
7:5
**above-mentioned**
7:5
**action**
2:14
**adverse**
2:20 3:10
**affirm**
7:3
**arising**
2:8
**attorney**
1:10 2:3,24
**attorneys**
2:19
**AUDIO**
1:4
**Audrey**
7:2

## B
**B-o-b-b-y**
3:19
**B-o-r-s-e-y**
3:19
**bed**
5:18
**behalf**
2:10 3:4
**best**
7:5
**better**
3:1
**Big**
2:6,16 3:12,21,23
**bit**
5:16
**Bobby**
1:5
**Borsey**
1:5
**broke**
4:18

## C
**camera**
3:15
**case**
2:12 3:4
**cell**
4:20,21 5:4,4,5
**Center**
3:21
**Centers**
2:7
**certain**
2:7,12
**certified**
2:15
**certifies**
2:18,19
**certify**
7:2
**chance**
4:8
**Chicago**
1:12
**class**
2:14,14,17,18,20
**completely**

**4:16**
**consequences**
3:10
**contact**
2:23
**correct**
3:24
**Correctional**
2:7 3:21
**Corrections**
2:11
**course**
2:23
**currently**
3:20

## D
**daughter**
4:9
**defend**
3:4
**Defendants**
2:10,21 3:4
**Department**
2:11
**didn't**
4:8
**died**
4:18
**differently**
4:6
**digitally**
7:4
**disciplinary**
3:5
**downstairs**
5:4
**Duran**
2:1,2

## E
**employees**
2:11
**experience**
3:3

## F
**face**
4:12
**filed**
2:5
**firm**
2:13
**Floor**
1:11
**foregoing**
7:4
**free**
2:23

## G
**gathering**
3:3
**General**
1:10
**give**
3:18
**go**
5:14
**grandchild**
4:18
**grandson**

**4:9**

## H
**happened**
3:2,12 4:5,20,23 5:1,4
5:10
**happens**
4:7
**head**
5:15
**held**
4:22
**hoping**
3:11
**house**
5:5
**housed**
2:5,16
**hurt**
5:16

## I
**I-DOC**
2:8 3:4
**I'm**
2:2,3,10 3:11
**Illinois**
1:10,12 2:3,6,11
**impartially**
7:3
**incarcerated**
3:21
**indicated**
3:14
**individuals**
2:8
**information**
3:3
**inmate**
1:6 3:18,23
**inmates**
2:5,12 3:6
**interest**
2:20
**interview**
1:5 2:4 3:1,8 6:7

## J
**James**
2:1,2
**judge**
2:15,17,19

## K
**kind**
4:17

## L
**law**
2:13
**Lawrence**
2:7
**lawsuit**
2:5,14
**left**
4:13
**little**
5:15,18
**Loevy**
2:13,13
**long**
5:17

## M
**man**
4:12,12
**Marie**
7:2
**means**
2:17
**meeting**
6:3
**member**
2:17
**Menard**
2:6
**months**
5:18
**Muddy**
2:6,16 3:13,21,23

## N
**N34213**
1:6 3:19
**naked**
4:16
**name**
2:2 3:17
**named**
2:12
**Nice**
6:3
**normally**
4:6
**number**
1:6 3:18

## O
**occurred**
2:4
**offer**
3:9
**Okay**
3:17 4:5,19,23 5:2,7,10
5:17,20 6:1,2,4
**one-man's**
5:4
**operation**
2:9 3:2

## P
**participating**
3:9
**passed**
4:9
**phonetic**
2:2
**Plaintiff's**
2:19
**Plaintiffs**
2:12
**position**
3:9
**potential**
2:17
**proceedings**
7:5
**purposes**
3:5
**pushed**
5:15

## Q

## R

**Randolph**
1:11
**really**
5:16
**Receiving**
5:6
**recorded**
7:4
**refuse**
3:10
**regular**
5:13,14
**remember**
3:13 4:2 5:22
**represented**
2:13,18
**rest**
5:18
**right**
2:22 3:7,16,20 5:2,22
6:5
**River**
2:6,6 3:21
**room**
4:13

## S
**searched**
4:19,21
**see**
4:8,8 5:3
**seen**
5:24
**shake**
4:14,22
**shakedown**
2:4 3:12 4:2,6 5:11,23
**shaken**
4:20
**shook**
4:13,15
**Skaja**
7:2
**speaking**
2:24
**spell**
3:17
**stage**
2:14
**state**
2:3 3:17
**statement**
7:4
**Statesville**
5:9
**stayed**
5:3
**Street**
1:11
**suicide**
4:10,16

## T
**tactical**
3:2
**take**
5:17
**talk**
3:10,11,14
**talking**
4:3
**thank**
6:1,6

**That's**
5:1,24
**think**
5:18
**three**
5:19
**today**
2:3
**transcribed**
7:3
**TRANSCRIPTION**
1:4
**transferred**
5:9
**two**
5:18,19

## U
**Uh-hum**
5:8
**understanding**
3:1
**unusual**
5:10

## V
**Vaguely**
4:4
**voluntary**
3:8

## W
**wall**
4:12,12 5:15,15
**watch**
4:10,17
**weeks**
5:19
**West**
1:11
**willing**
3:11,14
**working**
2:8

## X

## Y

## Z

## 0

## 1
**100**
1:11
**13th**
1:11

## 2
**2014**
2:4 3:13,23

## 3
**312**
1:13

## 4

## 5



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063789

| 6 |
|---|

**60601**
1:12

| 7 |
|---|

| 8 |
|---|

**814-3695**
1:13

2



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 81 of 214   Page ID #21001

Ross, et al. vs. Gossett, et al. 15-309    063791

AUDIO TRANSCRIPTION
Interview of Jon Bosomworth
Inmate Number SO7769


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

BY MR. JAMES DURAN:

2    Q    My name is James Duran (phonetic) and I'm an
attorney for the state of Illinois.  I'm here today to
interview you about a shakedown that occurred in 2014.
A lawsuit has been filed by inmates that were housed
at Menard, Illinois River, Big Muddy River and
Lawrence Correctional Centers against certain
individuals working for I-DOC arising out of the
operation.

10   I'm here on behalf of the Defendants, the
employees of the I-DOC.  Certain inmates are the named
Plaintiffs in this case and are represented by a law
firm, Loevy & Loevy.  The lawsuit is a class action
and at this stage, the class has not yet been
certified by the judge.

16   Because you were housed at Big Muddy, you are a
potential class member, which means that if the judge
certifies a class, you would be represented by
Plaintiff's attorneys.  If the judge certifies a
class, your interest could be adverse to that of the
Defendants.

22   You are of course, free to talk to an attorney
before speaking to me.  But I would like to interview
you to get a better understanding of what happened

2

1    during the tactical operation, and what your
experience was.  I am gathering this information to
defend the case on behalf of I-DOC Defendants, but not
for any disciplinary purposes against you or any other
inmates.

6    This interview is voluntary.  I am not in a
position to offer you anything for participating and
there will be no adverse consequences if you refuse to
talk to me.  However, I'm hoping you are willing to
talk to me about what happened to you during the
shakedown at Big Muddy 2014; if you remember.  So is
it okay if I ask you some questions?

13   A    Yes, sir.

14   Q    Can you please state and spell your name and
give your inmate number?

16   A    My name is Jon Bosomworth, J-o-n B-o-s-o-m-
w-o-r-t-h, SO7769 is my number.

18   Q    Okay.  And at some time in 2014 were you
housed at Big Muddy River?

20   A    Yes, sir.

21   Q    What housing unit were you in?

22   A    I was in 1-C.

23   Q    All right, and do you remember any facility-
wide shakedowns at Big Muddy while you were there?

3

1    A    Yes, sir, I do.

2    Q    All right.  And what do you remember about
that facility-wide shakedown?  Can you tell me what
happened, the first thing of that day that you
remember?

6    A    Well, they came in beating on the doors.
They come, run around beating on the doors, you know
telling us to get -- get ready or whatever.  We were
being shaken down, the doors were opened.  They went
to each cell.  They came up to my cell and they
stripped us down to make sure that we didn't have
anything on us.  They stripped us down.

13   Q    How many officers came to your cell?

14   A    There was one at the door and one standing
behind him.

16   Q    Okay.  And then were they both men?

17   A    Yes, sir.  They were both men.

18   Q    Okay, so then they --

19   A    That I could tell.  I mean, they had their
stuff on, but I am pretty sure they were men.

21   Q    Okay.  And then they -- they strip-searched
you and your cellmate?

23   A    Yes, sir.

24   Q    Okay.  And how was that strip-search

4

Pages 1 to 4


McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063791


Ross, et al. vs. Gossett, et al. 15-309    063792

5

1 performed?
2    A   We were just told to drop our boxers, you
3 know, drop, drop, bare skin. Bend over, cough. Kind
4 of the typical routine that we do around here.
5    Q   Okay. So it was a typical strip-search like
6 they do in the Department of Corrections?
7    A   Right, there was no hands-on. They didn't
8 touch us or anything like that, you know. We just --
9 and then we put our -- we were allowed to put our
10 shorts back on. Like gym shorts and then they cuffed
11 us behind our back and they walked us out.
12    Q   And where did they walk you to?
13    A   They walked us out of the wing, out of the
14 house, and then we went to dietary, which was a little
15 bit a ways.
16    Q   Okay. Was there anything unusual about the
17 walk from your housing unit to dietary?
18    A   They were a little brisk, you know, a little
19 rough with some of the guys, you know, it was like if
20 you weren't putting your down, you know, they were
21 kind of pushing and shoving sometimes. Keep -- you
22 were supposed to have your head on the next person in
23 front of you, you know, and that's kind of hard to do
24 when you're walking and cuffed and everything.

6

1    But if you didn't, there was some times where
2 they would kind of push you and shove you, but I
3 didn't personally get pushed and shoved, myself. But
4 I noticed that some did.
5    Q   Okay. And then when you arrived at the
6 dietary, what happened there?
7    A   They just proceeded to seat us as -- from
8 back to front, kind of, you know as the seats and we
9 sat there for -- basically sat at the tables, the
10 round tables with our hands behind our backs the whole
11 time.
12    And we just -- for about two hours or an hour-
13 and-a-half, something like that. About two hours or
14 something, it felt like forever, but --
15    Q   All right. And then after you sat at the
16 tables for a couple of hours, what did you do?
17    A   Well they came in and they escorted us back
18 out, you know, from -- they started from the front to
19 the back. And then we just all basically lined and
20 went back out.
21    We went through a line of -- there was Orange
22 Crush guys on both sides. It was kind of like a
23 hallway, you know, that they had made. You know, and
24 they were yelling, hollering at us and stuff like

7

1 that. I don't recall if they hit anybody or pushed
2 anybody at that point in time, but there was sort of
3 like -- kind of felt like you better get going or you
4 might -- or something like that might happen, you
5 know.
6    Q   Okay. So at no point during this time you
7 were pushed or hit, were you?
8    A   I personally was not contacted, no.
9    Q   Okay, okay. And do you remember any
10 statements, any particular statements that anyone on
11 the security staff said?
12    A   I can't remember anything.
13    Q   All right. And now since that shakedown at
14 Big Muddy, have you gone through more shakedowns?
15    A   Yeah, we've had a few here at Jacksonville.
16    Q   Okay. Can you explain, what's the
17 difference between the one that happened at Big Muddy
18 and the ones at Jacksonville?
19    A   Well here the one we  -- they -- they
20 escorted us to the gym and we stood the -- that time.
21 But I mean, they didn't line up -- we didn't like run
22 through a lineup or anything like that.
23    They basically handled this with, you know, they
24 had a guard in front and back, you know, a couple of

8

1 guys in front and back, but at no time were we like
2 going through them, like we were going to be mauled or
3 something. It was kind of a feeling I had at Big
4 Muddy when we were going through the lineup. I just
5 kind of felt like they were like tigers, you know,
6 ready to pounce on you, you know.
7    Q   so are they a lot less harsh?
8    A   Yeah, here was a lot less harsh. I mean, it
9 was strict, but it didn't have that same feel. I
10 didn't feel as -- like I was going to like get beat up
11 or something, you know.
12    There, when I did go through I kind of felt like
13 you know if I slipped and fall, who knows what's going
14 to happen to me. Not necessarily fear for my life,
15 but you know, I didn't know what was going to happen,
16 you know, just -- but here, I didn't, you know, I
17 didn't feel that at all. It was handled I think -- I
18 felt like it was handled better.
19    Q   Okay. And that happened twice here like
20 that?
21    A   We've had one time that we -- I only
22 remember one, one real big one that we went to the
23 gym. The other times we just -- they just got us out
24 of the rooms and stuff. It wasn't really a big one.



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309    063792

Ross, et al. vs. Gossett, et al. 15-309     063793

1   It was kind of hit-and-miss.  I mean, hit all the
2   rooms.  I think it was training.  What I heard it was
3   just them training.  So that's my memory of that.
4       Q    Okay.  All right, thank you very much, I've
5   got no further questions.
6               (End of Interview)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

                                              9

1       I, Audrey Marie Skaja, do hereby certify or
2   affirm that I have impartially transcribed the
3   foregoing from a digitally recorded statement of the
4   above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

                                              10



Pages 9 to 10



## A

**ability**
10:4
**above-mentioned**
10:4
**action**
2:13
**adverse**
2:20 3:8
**affirm**
10:2
**allowed**
5:9
**and-a-half**
6:13
**anybody**
7:1,2
**arising**
2:8
**arrived**
6:5
**attorney**
1:10 2:3,22
**attorneys**
2:19
**AUDIO**
1:4
**Audrey**
10:1

## B

**B-o-s-o-m-**
3:16
**back**
5:10,11 6:8,17,19,20
7:24 8:1
**backs**
6:10
**bare**
5:3
**basically**
6:9,19 7:23
**beat**
8:10
**beating**
4:6,7
**behalf**
2:10 3:3
**Bend**
5:3
**best**
10:4
**better**
2:24 7:3 8:18
**big**
2:6,16 3:11,19,24 7:14
7:17 8:3,22,24
**bit**
5:15
**Bosomworth**
1:5 3:16
**boxers**
5:2
**brisk**
5:18

## C

**can't**
7:12
**case**
2:12 3:3
**cell**

**4:10,10,13**
**cellmate**
4:22
**Centers**
2:7
**certain**
2:7,11
**certified**
2:15
**certifies**
2:18,19
**certify**
10:1
**Chicago**
1:12
**class**
2:13,14,17,18,20
**come**
4:7
**consequences**
3:8
**contacted**
7:8
**Correctional**
2:7
**Corrections**
5:6
**cough**
5:3
**couple**
6:16 7:24
**course**
2:22
**Crush**
6:22
**cuffed**
5:10,24

## D

**day**
4:4
**defend**
3:3
**Defendants**
2:10,21 3:3
**Department**
5:6
**didn't**
4:11 5:7 6:1,3 7:21,21
8:9,10,15,16,17
**dietary**
5:14,17 6:6
**difference**
7:17
**digitally**
10:3
**disciplinary**
3:4
**door**
4:14
**doors**
4:6,7,9
**drop**
5:2,3,3
**Duran**
2:1,2

## E

**employees**
2:11
**escorted**
6:17 7:20
**experience**

**3:2**
**explain**
7:16

## F

**facility-**
3:23
**facility-wide**
4:3
**fall**
8:13
**fear**
8:14
**feel**
8:9,10,17
**feeling**
8:3
**felt**
6:14 7:3 8:5,12,18
**filed**
2:5
**firm**
2:13
**first**
4:4
**Floor**
1:11
**foregoing**
10:3
**forever**
6:14
**free**
2:22
**front**
5:23 6:8,18 7:24 8:1
**further**
9:5

## G

**gathering**
3:2
**General**
1:10
**give**
3:15
**go**
8:12
**going**
7:3 8:2,2,4,10,13,15
**guard**
7:24
**guys**
5:19 6:22 8:1
**gym**
5:10 7:20 8:23

## H

**hallway**
6:23
**handled**
7:23 8:17,18
**hands**
6:10
**hands-on**
5:7
**happen**
7:4 8:14,15
**happened**
2:24 3:10 4:4 6:6 7:17
8:19
**hard**
5:23
**harsh**

**8:7,8**
**head**
5:22
**heard**
9:2
**hit**
7:1,7 9:1
**hit-and-miss**
9:1
**hollering**
6:24
**hoping**
3:9
**hour-**
6:12
**hours**
6:12,13,16
**house**
5:14
**housed**
2:5,16 3:19
**housing**
3:21 5:17

## I

**I-DOC**
2:8,11 3:3
**I'm**
2:2,3,10 3:9
**Illinois**
1:10,12 2:3,6
**impartially**
10:2
**individuals**
2:8
**information**
3:2
**inmate**
1:6 3:15
**inmates**
2:5,11 3:5
**interest**
2:20
**interview**
1:5 2:4,23 3:6 9:6

## J

**J-o-n**
3:16
**Jacksonville**
7:15,18
**James**
2:1,2
**Jon**
1:5 3:16
**judge**
2:15,17,19

## K

**Keep**
5:21
**kind**
5:3,21,23 6:2,8,22 7:3
8:3,5,12 9:1
**know**
4:7 5:3,8,18,19,20,23
6:8,18,23,23 7:5,23
7:24 8:5,6,11,13,15
8:15,16,16
**knows**
8:13

## L

**law**
2:12
**Lawrence**
2:7
**lawsuit**
2:5,13
**life**
8:14
**line**
6:21 7:21
**lined**
6:19
**lineup**
7:22 8:4
**little**
5:14,18,18
**Loevy**
2:13,13
**lot**
8:7,8

## M

**Marie**
10:1
**mauled**
8:2
**mean**
4:19 7:21 8:8 9:1
**means**
2:17
**member**
2:17
**memory**
9:3
**men**
4:16,17,20
**Menard**
2:6
**Muddy**
2:6,16 3:11,19,24 7:14
7:17 8:4

## N

**name**
2:2 3:14,16
**named**
2:11
**necessarily**
8:14
**noticed**
6:4
**number**
1:6 3:15,17

## O

**occurred**
2:4
**offer**
3:7
**officers**
4:13
**okay**
3:12,18 4:16,18,21,24
5:5,16 6:5 7:6,9,9,16
8:19 9:4
**ones**
7:18
**opened**
4:9
**operation**
2:9 3:1

**Orange**
6:21

## P

**participating**
3:7
**particular**
7:10
**performed**
5:1
**person**
5:22
**personally**
6:3 7:8
**phonetic**
2:2
**Plaintiff's**
2:19
**Plaintiffs**
2:12
**please**
3:14
**point**
7:2,6
**position**
3:7
**potential**
2:17
**pounce**
8:6
**pretty**
4:20
**proceeded**
6:7
**proceedings**
10:4
**purposes**
3:4
**push**
6:2
**pushed**
6:3 7:1,7
**pushing**
5:21
**put**
5:9,9
**putting**
5:20

## Q

**questions**
3:12 9:5

## R

**Randolph**
1:11
**ready**
4:8 8:6
**real**
8:22
**really**
8:24
**recall**
7:1
**recorded**
10:3
**refuse**
3:8
**remember**
3:11,23 4:2,5 7:9,12
8:22
**represented**
2:12,18



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 85 of 214   Page ID #21005

Ross, et al. vs. Gossett, et al. 15-309    063795

right
  3:23 4:2 5:7 6:15 7:13
    9:4
River
  2:6,6 3:19
rooms
  8:24 9:2
rough
  5:19
round
  6:10
routine
  5:4
run
  4:7 7:21

**S**

S07769
  1:6 3:17
sat
  6:9,9,15
seat
  6:7
seats
  6:8
security
  7:11
shakedown
  2:4 3:11 4:3 7:13
shakedowns
  3:24 7:14
shaken
  4:9
shorts
  5:10,10
shove
  6:2
shoved
  6:3
shoving
  5:21
sides
  6:22
sir
  3:13,20 4:1,17,23
Skaja
  10:1
skin
  5:3
slipped
  8:13
sort
  7:2
speaking
  2:23
spell
  3:14
staff
  7:11
stage
  2:14
standing
  4:14
started
  6:18
state
  2:3 3:14
statement
  10:3
statements
  7:10,10
stood
  7:20

Street
  1:11
strict
  8:9
strip-search
  4:24 5:5
strip-searched
  4:21
stripped
  4:11,12
stuff
  4:20 6:24 8:24
supposed
  5:22
sure
  4:11,20

**T**

tables
  6:9,10,16
tactical
  3:1
talk
  2:22 3:9,10
tell
  4:3,19
telling
  4:8
thank
  9:4
that's
  5:23 9:3
thing
  4:4
think
  8:17 9:2
tigers
  8:5
time
  3:18 6:11 7:2,6,20 8:1
    8:21
times
  6:1 8:23
today
  2:3
told
  5:2
touch
  5:8
training
  9:2,3
transcribed
  10:2
TRANSCRIPTION
  1:4
twice
  8:19
two
  6:12,13
typical
  5:4,5

**U**

understanding
  2:24
unit
  3:21 5:17
unusual
  5:16

**V**

voluntary
  3:6

**W**

w-o-r-t-h
  3:17
walk
  5:12,17
walked
  5:11,13
walking
  5:24
wasn't
  8:24
ways
  5:15
We've
  8:21
we've
  7:15
went
  4:9 5:14 6:20,21 8:22
weren't
  5:20
West
  1:11
what's
  7:16 8:13
wide
  3:24
willing
  3:9
wing
  5:13
working
  2:8

**X**

**Y**

Yeah
  7:15 8:8
yelling
  6:24
you're
  5:24

**Z**

**0**

**1**

1-C
  3:22
100
  1:11
13th
  1:11

**2**

2014
  2:4 3:11,18

**3**

312
  1:13

**4**

**5**

**6**

60601
  1:12

**7**

**8**

814-3695
  1:13

2


McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063795

Ross, et al. vs. Gossett, et al. 15-309    063796

```
               AUDIO TRANSCRIPTION
         Interview of Michael Burnside
           Inmate Number  B75249




         Illinois Attorney General
   100 West Randolph Street - 13th Floor
        Chicago, Illinois  60601
            (312) 814-3695
```

1

1  BY MR. JAMES DURAN:
2      Q     My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois.  I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  individuals working for I-DOC arising out of the
9  operation.
10     I'm here on behalf of the Defendants, the
11 employees of the I-DOC.  Certain inmates are the named
12 Plaintiffs in the case and are represented by a law
13 firm, Loevy & Loevy.  The lawsuit is a class action
14 and at this stage, the class has not yet been
15 certified by the judge.
16     Because you were housed at Big Muddy, you are a
17 potential class member, which means that if the judge
18 certifies a class, you would be represented by
19 Plaintiff's attorneys.  If the judge certifies a
20 class, your interest could be adverse to that of the
21 Defendants.
22     You are of course, free to contact an attorney
23 before speaking to me.  But I would like to interview
24 you in order to get a better understanding of what

2

1  happened during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purposes against you or any other
5  inmates.
6      This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10 talk to me about what happened to you during the
11 shakedown at Big Muddy 2014; if you remember.  So is
12 it okay if I ask you some questions?
13     A     Yeah.  Yeah, I had forgot a few things, too,
14 and like where it happened.  I will just get done and
15 go.
16     Q     Okay.  Can you first state and spell your
17 name?
18     A     Michael Burnside, ID # B75249.  Name, M-i-c-
19 h-a-e-l, B-u-r-n-s-i-d-e.
20     Q     All right, and you were housed at Big Muddy
21 River during the shakedown in 2014?
22     A     Yes.
23     Q     And do you remember that shakedown?
24     A     Yes.

3

1      Q     Starting at the beginning of the shakedown,
2  what you remember, what happened?
3      A     Beginning, they was real aggressive, real
4  aggressive when they was speaking to us.
5      Q     Who did the shakedown?
6      A     Orange Crush.
7      Q     And do you know how many Orange Crush
8  officers there were?
9      A     It was like about 50 or 100, there was a lot
10 of them.
11     Q     Okay.  And you said they were aggressive.
12     A     Yeah, they was aggressive.
13     Q     What were they doing that was aggressive?
14     A     The way they was talking to us, do you know
15 what I mean?  Professionals are hot supposed to talk
16 like the way they were speaking.
17     Using profound language, do you know what I mean?
18 "Hurry up, mother fucker," and you know I was just --
19 like they had a bad day, do you know what I mean, came
20 into work.  And all of them.
21     Q     Okay, they all had a bad day at once?
22     A     Sure, all of them.  They came.  They was in
23 roll-call.  We going have a bad day with you guys.
24     Q     All right, so what happened?  Did some

4



Ross, et al. vs. Gossett, et al. 15-309    063796

1  officers come up to your cell?
2     A   Yeah, two officers.
3     Q   Okay, were they men or women?
4     A   It was men.
5     Q   And were they black or white?
6     A   They was white.
7     Q   All right.  And what happened?
8     A   They asked us to strip.  Asked my cellmate
9  to step to the back of the cell, turn around, face the
10  wall.  And they asked me to strip.  So I did the
11  strip-search.  The strip-search not good enough the
12  first time.
13     So he had me -- because I had wild -- my hair was
14  like if you can get braids and big afro, he want me to
15  keep playing in my hair, this way, that way.  Man, not
16  anything in my hair, man.  We had medium masks on,
17  there ain't nothing going on, guys.
18     He didn't like the way I was talking to him, so
19  he just really -- didn't like me, so he got two
20  (inaudible 00:03:37); do you know what I mean?  But
21  when I got back in the cell, my stuff was mixed at the
22  bottom bunk, because my cellmate at the bottom bunk.
23     All our stuff mixed together, letters opened up,
24  slung everywhere.  Couldn't find out who was who, what

5

1  was what.  So we had to just thrown basically half our
2  family mail away.  But that's besides the point.
3     Q   Okay.  So let's go back to the -- the strip-
4  search.  Can you explain how the strip-search was
5  performed?  What they did?
6     A   Take off your -- it was playing in your
7  hair, playing in your hair behind your ears.  Open up
8  your mouth, lift your nuts, turn around, spread your
9  cheeks.  Lift your feets up, wiggle your toes.
10     Q   Okay.  So was that a normal strip-search or
11  was there something different about that then what is
12  normally done?
13     A   They was -- it was normal, basically.  They
14  all do the same thing, the same thing.
15     Q   Okay.  And then so at that point, were you
16  allowed to put clothes back on, then?
17     A   Yeah.
18     Q   What clothes were you --
19     A   A blue shirt, blue pants and some boots.
20     Q   Okay.  And were you allowed to wear an
21  undershirt or underwear or anything?
22     A   No.
23     Q   Okay.  And then where were you taken from
24  your cell?

6

1     A   To the kitchen, dining room.
2     Q   And was there anything that happened on your
3  way from the cell to the kitchen that was different or
4  unusual?
5     A   Oh, guys being hit with the stick in their
6  back.
7     Q   Okay.  Can you tell me your experience, what
8  you went through?
9     A   I was in front of a guy and he was in front
10  of another guy and he -- the officer there was on the
11  side.  They had officers in front and back, side-to-
12  side, like we're in the Army somewhere.
13     And they was making sure we really get shoulder
14  to shoulder on these guys.  You know what I mean?
15  Just picking with us knowing that if you bump up too
16  close to a guy, he going to turn around and say
17  something to you.  "Man, what you on, man, get up off
18  me."  You know what I mean?
19     We ain't handcuffed or nothing.  Was he
20  handcuffed?  I don't even thing we was handcuffed.  I
21  can't remember that part.  I don't know.  He might
22  have turned around and stole on me.  You know what I
23  am saying?
24     I don't remember that part, being handcuffed on

7

1  mine; I can't remember.  But we went to the kitchen.
2  Barely made it to the kitchen.  Get in the kitchen.
3  After we sitting there so long with your heads on the
4  dining room table.
5     Q   How long were you sitting with your head on
6  the table?
7     A   Like two or three hours.  Like they just was
8  taking forever to shakedown our -- that one cell
9  house.  Because it's like four wings in the building.
10     Q   Okay.  And then after -- after you sat with
11  your head on the table for two to three hours you were
12  then taken back to the cell house?
13     A   No, we was escorted outside.
14     Q   Okay.  And the outside, what happened?
15     A   That's where the men began, once again with
16  the sticks.  People getting hit in the back with the
17  sticks.
18     Q   All right.  And then -- so that's while you
19  were lining up to go back to the cell house?
20     A   Yeah, we was lining up then after that.
21     Q   And were you hit at that time by anyone?
22     A   Me, was I hit?
23     Q   Yes.
24     A   No.  Only going into the building.

8

Pages 5 to 8



Ross, et al. vs. Gossett, et al. 15-309    063798

1    Q    Okay.  So after you left your cell on the
2    way to the -- to the chow hall, you were hit.  Where
3    were you hit?
4    A    I wasn't hit.
5    Q    Okay.
6    A    It's the guy that was in front of me.  In
7    front of me got hit with the stick.
8    Q    Okay.
9    A    He got hit with the stick.  And he started
10   to stay on the police, but you know we calmed him
11   down, "Dude, it ain't worth it; no, don't.  It's just
12   chill out, man, it ain't worth it."
13   Q    Okay.  Do you remember anything in
14   particular that was said by any of the Tactical Team?
15   A    No.
16   Q    Okay, I have no further questions.
17   A    All right.
18   Q    Thank you.
19        (End of Interview)
20
21
22
23
24

                                                    9

1    I, Audrey Marie Skaja, do hereby certify or
2    affirm that I have impartially transcribed the
3    foregoing from a digitally recorded statement of the
4    above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

                                                   10

Pages 9 to 10



Ross, et al. vs. Gossett, et al. 15-309    063798

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 89 of 214   Page ID #21009

Ross, et al. vs. Gossett, et al. 15-309    063799

**A**

ability
10:4
above-mentioned
10:4
action
2:13
adverse
2:20 3:8
affirm
10:2
afro
5:14
aggressive
4:3,4,11,12,13
ain't
5:17 7:19 9:11,12
allowed
6:16,20
arising
2:8
Army
7:12
asked
5:8,8,10
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
10:1

**B**

B-u-r-n-s-i-d-e
3:19
B75249
1:6 3:18
back
5:9,21 6:3,16 7:6,11
   8:12,16,19
bad
4:19,21,23
Barely
8:2
basically
6:1,13
began
8:15
beginning
4:1,3
behalf
2:10 3:3
best
10:4
better
2:24
big
2:6,16 3:11,20 5:14
black
5:5
blue
6:19,19
boots
6:19
bottom
5:22,22
braids
5:14
building
8:9,24
bump

7:15
bunk
5:22,22
Burnside
1:5 3:18

**C**

calmed
9:10
can't
7:21 8:1
case
2:12 3:3
cell
5:1,9,21 6:24 7:3 8:8
   8:12,19 9:1
cellmate
5:8,22
Centers
2:7
certain
2:7,11
certified
2:15
certifies
2:18,19
certify
10:1
cheeks
6:9
Chicago
1:12
chill
9:12
chow
9:2
class
2:13,14,17,18,20
close
7:16
clothes
6:16,18
come
5:1
consequences
3:8
contact
2:22
Correctional
2:7
Couldn't
5:24
course
2:22
Crush
4:6,7

**D**

day
4:19,21,23
defend
3:3
Defendants
2:10,21 3:3
didn't
5:18,19
different
6:11 7:3
digitally
10:3
dining
7:1 8:4
disciplinary

3:4
doing
4:13
don't
9:11
Dude
9:11
Duran
2:1,2

**E**

ears
6:7
employees
2:11
escorted
8:13
experience
3:2 7:7
explain
6:4

**F**

face
5:9
family
6:2
feets
6:9
filed
2:5
find
5:24
firm
2:13
first
3:16 5:12
Floor
1:11
foregoing
10:3
forever
8:8
forgot
3:13
four
8:9
free
2:22
front
7:9,9,11 9:6,7
fucker
4:18
further
9:16

**G**

gathering
3:2
General
1:10
getting
8:16
go
3:15 6:3 8:19
going
4:23 5:17 7:16 8:24
good
5:11
guy
7:9,10,16 9:6
guys
4:23 5:17 7:5,14

**H**

h-a-e-l
3:19
hair
5:13,15,16 6:7,7
half
6:1
hall
9:2
handcuffed
7:19,20,20,24
happened
3:1,10,14 4:2,24 5:7
   7:2 8:14
head
8:5,11
heads
8:3
hit
7:5 8:16,21,22 9:2,3,4
   9:7,9
hoping
3:9
hot
4:15
hours
8:7,11
house
8:9,12,19
housed
2:5,16 3:20
Hurry
4:18

**I**

I-DOC
2:8,11 3:3
I'm
2:2,3,10 3:9
ID
3:18
Illinois
1:10,12 2:3,6
impartially
10:2
inaudible
5:20
individuals
2:8
information
3:2
Inmate
1:6
inmates
2:5,11 3:5
interest
2:20
interview
1:5 2:4,23 3:6 9:19
it's
8:9 9:6,11

**J**

James
2:1,2
judge
2:15,17,19

**K**

keep
5:15
kitchen

7:1,3 8:1,2,2
know
4:7,14,17,18,19 5:20
   7:14,18,21,22 9:10
knowing
7:15

**L**

language
4:17
law
2:12
Lawrence
2:7
lawsuit
2:5,13
left
9:1
let's
6:3
letters
5:23
lift
6:8,9
lining
8:19,20
Loevy
2:13,13
long
8:3,5
lot
4:9

**M**

M-i-c-
3:18
mail
6:2
making
7:13
man
5:15,16 7:17,17 9:12
Marie
10:1
masks
5:16
mean
4:15,17,19 5:20 7:14
   7:18
means
2:17
medium
5:16
member
2:17
men
5:3,4 8:15
Menard
2:6
Michael
1:5 3:18
mine
8:1
mixed
5:21,23
mother
4:18
mouth
6:8
Muddy
2:6,16 3:11,20

**N**

7:1,3 8:1,2,2
name
2:2 3:17,18
named
2:11
normal
6:10,13
normally
6:12
Number
1:6
nuts
6:8

**O**

occurred
2:4
offer
3:7
officer
7:10
officers
4:8 5:1,2 7:11
Oh
7:5
okay
3:12,16 4:11,21 5:3 6:3
   6:10,15,20,23 7:7
   8:10,14 9:1,5,8,13,16
once
4:21 8:15
Open
6:7
opened
5:23
operation
2:9 3:1
Orange
4:6,7
order
2:24
outside
8:13,14

**P**

pants
6:19
part
7:21,24
participating
3:7
particular
9:14
People
8:16
performed
6:5
phonetic
2:2
picking
7:15
Plaintiff's
2:19
Plaintiffs
2:12
playing
5:15 6:6,7
point
6:2,15
police
9:10
position
3:7
potential



McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063799

1

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 90 of 214   Page ID #21010

Ross, et al. vs. Gossett, et al. 15-309     063800

2:17
**proceedings**
10:4
**Professionals**
4:15
**profound**
4:17
**purposes**
3:4
**put**
6:16

**Q**

**questions**
3:12 9:16

**R**

**Randolph**
1:11
**real**
4:3,3
**really**
5:19 7:13
**recorded**
10:3
**refuse**
3:8
**remember**
3:11,23 4:2 7:21,24 8:1
9:13
**represented**
2:12,18
**right**
3:20 4:24 5:7 8:18 9:17
**River**
2:6,6 3:21
**roll-call**
4:23
**room**
7:1 8:4

**S**

**sat**
8:10
**saying**
7:23
**search**
6:4
**shakedown**
2:4 3:11,21,23 4:1,5
8:8
**shirt**
6:19
**shoulder**
7:13,14
**side**
7:11,12
**side-to-**
7:11
**sitting**
8:3,5
**Skaja**
10:1
**slung**
5:24
**speaking**
2:23 4:4,16
**spell**
3:16
**spread**
6:8
**stage**
2:14

**started**
9:9
**Starting**
4:1
**state**
2:3 3:16
**statement**
10:3
**stay**
9:10
**step**
5:9
**stick**
7:5 9:7,9
**sticks**
8:16,17
**stole**
7:22
**Street**
1:11
**strip**
5:8,10
**strip-**
6:3
**strip-search**
5:11,11 6:4,10
**stuff**
5:21,23
**supposed**
4:15
**sure**
4:22 7:13

**T**

**table**
8:4,6,11
**tactical**
3:1 9:14
**Take**
6:6
**taken**
6:23 8:12
**talk**
3:9,10 4:15
**talking**
4:14 5:18
**Team**
9:14
**tell**
7:7
**Thank**
9:18
**that's**
6:2 8:15,18
**thing**
6:14,14 7:20
**things**
3:13
**three**
8:7,11
**thrown**
6:1
**time**
5:12 8:21
**today**
2:3
**toes**
6:9
**transcribed**
10:2
**TRANSCRIPTION**
1:4
**turn**

5:9 6:8 7:16
**turned**
7:22
**two**
5:2,19 8:7,11

**U**

**undershirt**
6:21
**understanding**
2:24
**underwear**
6:21
**unusual**
7:4

**V**

**voluntary**
3:6

**W**

**wall**
5:10
**want**
5:14
**wasn't**
9:4
**way**
4:14,16 5:15,15,18 7:3
9:2
**we're**
7:12
**wear**
6:20
**went**
7:8 8:1
**West**
1:11
**white**
5:5,6
**wiggle**
6:9
**wild**
5:13
**willing**
3:9
**wings**
8:9
**women**
5:3
**work**
4:20
**working**
2:8
**worth**
9:11,12

**X**

**Y**

**Yeah**
3:13,13 4:12 5:2 6:17
8:20

**Z**

**0**

**00:03:37**
5:20

**1**

**100**
1:11 4:9
**13th**
1:11

**2**

**2014**
2:4 3:11,21

**3**

**312**
1:13

**4**

**5**

**50**
4:9

**6**

**60601**
1:12

**7**

**8**

**814-3695**
1:13



Ross, et al. vs. Gossett, et al. 15-309    063801

AUDIO TRANSCRIPTION
Interview of Jovanie Carrillo
Inmate Number  (not given)


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

BY MR. JASON WEGAN:

Q    All right, Mr. Carrillo, my name is Jason Wegan (phonetic).  I'm an attorney for the state of Illinois.  I'm here today to interview you about a shakedown that occurred in 2014.  A lawsuit has been filed by inmates that were housed at Menard, Illinois River, Big Muddy River and Lawrence Correctional Centers against certain individuals working for I-DOC arising out of the operation.

I'm here on behalf of the Defendants, the employees of the I-DOC.  Certain inmates are the named Plaintiffs in this case and are represented by a law firm, Loevy & Loevy.  The lawsuit is a class action and at this stage, the class has not yet been certified by the judge.

Because you were housed at Big Muddy, you are a potential class member, which means that if the judge certifies a class, you would be represented by Plaintiff's attorneys.  If the judge certifies a class, your interests will be or could be adverse to the Defendants.

You are of course, free to contact an attorney before speaking to me.  But I would like to interview you to get a better understanding of what happened

2

during the tactical operation, and what your experience was.  I am gathering information to defend the case on behalf of I-DOC Defendants, but not for any disciplinary purposes against you or any other inmates.

This interview is voluntary.  I am not in a position to offer you anything for participating and there will be no adverse consequences if you refuse to talk to me.  However, I'm hoping you will be willing to talk to me about what happened to you during the shakedown in 2014; if you remember.  So is it okay if we go through (inaudible 00:10:33)?

Okay, now if you could just go back with the CBN.  So you were in -- during this shakedown, you were in Sutton (phonetic)?

A    Segregation.

Q    Segregation, okay.  And if you could just take us through kind of what happened when the team came in?

A    Well, they came in.  They made a lot of noise.  They were hitting the doors with their batons, kind of all told us -- that once we sat up, told us get to the wall so they could handcuff us.  So they handcuffed us one-by-one and then pulled us all and

3

kind of walked us through the hallway and told us to keep your head on the -- keep looking down.

Don't look around, keep your head on the person in front of you.  And then they escorted us to receiving.  And once we got to receiving, they stripped us down and told us to get on our knees and stay at the -- at the wall and not to look at them, not to look up.

Q    Okay.  And you -- you had been strip-searched and they told you to get on your knees.  Were you still -- you had already -- you were still stripped down?

A    Yes.

Q    Okay.  They didn't let you put anything back on, then, or anything like that?

A    No.

Q    Okay.  And when they -- when they searched you, they had you check your mouth and everything like that?

A    Yeah.

Q    How did they do that?  Did they -- I mean, just what was the process?

A    Okay.  They had us all stand up in front of them and we had to go through the process.  Like,

4



Ross, et al. vs. Gossett, et al. 15-309      063802

1  okay, lower your bottom lip.  Lift up your top lip.
2  Check the sides and tell us, "All right, turn around.
3  Show us the bottom of your feet."  And that like that.
4  Tell it like they knew, (inaudible 00:03:09) that.
5      Q    Okay.  So you did your mouth and then they
6  had you bend over?
7      A    Yeah.
8      Q    Okay.  And then what happened next?  You
9  guys were on your knees and how long did that last?
10     A    About 20 minutes.
11     Q    Twenty minutes, okay.  And then what was the
12  next thing they had you do?
13     A    They walked us off our thresholds.
14     Q    Okay.  Now, you were -- you were handcuffed
15  during the entire process.  And was there --
16     A    Well, they took it -- they told us -- they
17  -- well, when they came and stripped us down, told us
18  to strip down, we had to you know like --because we
19  had jumpsuits.  It wasn't really hard to get stripped
20  down, you know?
21     Q    Uh-hum.
22     A    They kept us in the handcuffs the whole time
23  until we come back into the cells.
24     Q    Okay.  So how did that work when they strip-

5

1  searched you while you were handcuffed?
2      A    The jumpsuits that we have, you got -- you
3  go the top part.
4      Q    Okay.
5      A    The top part, you just put over your head
6  and then the bottom, you just took off.
7      Q    Okay, okay.  So it wasn't like what you have
8  on today, these blues?  It's a separate type of --
9      A    No, no, it was a brown -- a brown suit.
10     Q    A brown suit.
11     A    It's the same almost.
12     Q    The same format, basically?
13     A    Except for (inaudible 00:04:13).
14     Q    Okay.  And then was there anybody that you
15  noticed that had any medical during this process?
16     A    No.
17     Q    Had any medical problems?  Were there nurses
18  or any medical staff around that you noticed?
19     A    No.
20     Q    Okay.  And did you or anyone around you get
21  physically touched or hit with anything or were they
22  pushing anybody; anything of that nature?
23     A    When we initially come out of the cells,
24  they grabbed our heads and pushed them onto the person

6

1  in front of us.
2      Q    Okay.
3      A    And if we looked up or looked to the sides
4  or anything, they pushed our heads against the wall.
5      Q    Okay.  And was it like just kind of like a
6  guiding push?
7      A    No.
8      Q    Or was it like a forceful --
9      A    It was a forceful push.
10     Q    Okay.  And did that cause any problems as
11  far as -- I mean, I don't know, did it happen to you
12  or --
13     A    Well, when -- that's been happening to all
14  of us when we first walked out the cell.
15     Q    Right.
16     A    But then when we got to receiving, there was
17  a couple, I don't want to say "kids", but they were
18  younger.  They got their heads put into the wall and
19  that, you know, shoving.  (Inaudible 00:05:14).
20     Q    And did you -- when they pushed you, did it
21  leave any kind of a mark or did you get cut or
22  anything like that?
23     A    No.
24     Q    Did you see anyone who was in there?

7

1      A    The two that got thrown into the wall, yeah.
2      Q    Okay.  And that was after you were already
3  in receiving?
4      A    When we were in receiving, yeah.  Because
5  they were looking up.
6      Q    Okay.  And that's how -- you said your
7  glasses?
8      A    No.
9      Q    What happened, your glasses were back in the
10  cell?
11     A    Yeah.
12     Q    Okay.  Because you said the officer threw
13  them?
14     A    Yeah, he took -- he just threw them like in
15  the cell, like he threw them back, threw them back in
16  the cell.
17     Q    And you -- you're near-sighted; is that -- I
18  mean, like you can't see things far away?
19     A    Right.
20     Q    Okay.  And as far as while the searches were
21  going on, were there any females officers around that
22  you could tell?  Or could you tell by the voice?
23     A    You can't -- you can't tell by what -- with
24  all the stuff they have on.

8

Pages 5 to 8



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309      063802

Ross, et al. vs. Gossett, et al. 15-309    063803

1    Q    Okay.
2    A    You can't tell.
3    Q    And you couldn't tell by -- if you heard
4    their voice whether they were male or female?
5    A    No.
6    Q    Could you tell if they were anybody you
7    recognized?
8    A    No, they are all yelling.  You can't really
9    see nothing besides this little spot right here.
10   Q    Okay.
11   A    You know.
12   Q    So all you can see is their eyes.  And their
13   voices are usually distorted?
14   A    Well, not really distorted.  But unless you
15   really know that person, you know, you ain't going to
16   know who that is.
17   Q    Okay.  And could you tell if it were anybody
18   that's usually around your cellblock or that you had
19   had interactions with?
20   A    No.
21   Q    Not even from like the build or the --
22   anything like that?
23   A    Uh-huh.
24   Q    All right.  Now, you said your glasses were

9

1    fine when you got back to your cell; is that right?
2    A    Yeah.
3    Q    Okay.  And as far as the movement, when you
4    guys were going back and forth?
5    A    It's the same thing.
6    Q    You just kept your head down the entire
7    time?
8    A    Yeah.
9    Q    All right.  And when you got back to your
10   cell, other than your glass, which we talked about,
11   how was the rest of your property?
12   A    It was thrown around.
13   Q    Okay.  Was anything missing?
14   A    No, it was just they put mine and my
15   cellmate's stuff all in one big pile and we had to
16   sort it out.
17   Q    Okay.
18   A    That was pretty much it.
19   Q    Like what would that have really been, like
20   laundry and other personal items?
21   A    Yeah, your clothes, there's no commissary,
22   so it was just very minimum.
23   Q    Okay, yeah.  So there wasn't a lot -- there
24   weren't a lot of personal items, if any?

10

1    A    No.
2    Q    Okay.  And was anything torn up, I mean any
3    of your clothes torn up?
4    A    No.
5    Q    Was anything, you know, look like it had
6    been purposefully --
7    A    No, it was all thrown in the middle of the
8    room.
9    Q    Okay.  And after you got it all taken back
10   apart and straighten out did -- was there anything
11   that you thought was missing?
12   A    No.
13   Q    Okay.  And what about your cellmate, what
14   there anything?
15   A    No, we were both good.
16   Q    Okay.  Did you hear anything from any of the
17   other inmates around you that things had been taken?
18   A    No.
19   Q    Or destroyed?
20   A    No.
21   Q    Okay.  I think that's about it.  Unless
22   there was anything else you wanted to add?
23   A    No.
24        (End of Interview)

11

1        I, Audrey Marie Skaja, do hereby certify or
2    affirm that I have impartially transcribed the
3    foregoing from a digitally recorded statement of the
4    above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

12

Pages 9 to 12

## A

**ability**
12:4
**above-mentioned**
12:4
**action**
2:13
**add**
11:22
**adverse**
2:20 3:8
**affirm**
12:2
**ain't**
9:15
**anybody**
6:14,22 9:6,17
**apart**
11:10
**arising**
2:9
**attorney**
1:10 2:3,22
**attorneys**
2:19
**AUDIO**
1:4
**Audrey**
12:1

## B

**back**
3:13 4:14 5:23 8:9,15
8:15 10:1,4,9 11:9
**basically**
6:12
**batons**
3:21
**behalf**
2:10 3:3
**bend**
5:6
**best**
12:4
**better**
2:24
**big**
2:7,16 10:15
**blues**
6:8
**bottom**
5:1,3 6:6
**brown**
6:9,9,10
**build**
9:21

## C

**can't**
8:18,23,23 9:2,8
**Carrillo**
1:5 2:2
**case**
2:12 3:3
**cause**
7:10
**CBN**
3:13
**cell**
7:14 8:10,15,16 10:1
10:10
**cellblock**

9:18
**cellmate**
11:13
**cellmate's**
10:15
**cells**
5:23 6:23
**Centers**
2:8
**certain**
2:8,11
**certified**
2:15
**certifies**
2:18,19
**certify**
12:1
**check**
4:18 5:2
**Chicago**
1:12
**class**
2:13,14,17,18,20
**clothes**
10:21 11:3
**come**
5:23 6:23
**commissary**
10:21
**consequences**
3:8
**contact**
2:22
**Correctional**
2:7
**couldn't**
9:3
**couple**
7:17
**course**
2:22
**cut**
7:21

## D

**defend**
3:2
**Defendants**
2:10,21 3:3
**destroyed**
11:19
**didn't**
4:14
**digitally**
12:3
**disciplinary**
3:4
**distorted**
9:13,14
**Don't**
4:3
**doors**
3:21

## E

**employees**
2:11
**entire**
5:15 10:6
**escorted**
4:4
**experience**
3:2

**eyes**
9:12

## F

**far**
7:11 8:18,20 10:3
**feet**
5:3
**female**
9:4
**females**
8:21
**filed**
2:6
**fine**
10:1
**firm**
2:13
**first**
7:14
**Floor**
1:11
**forceful**
7:8,9
**foregoing**
12:3
**format**
6:12
**forth**
10:4
**free**
2:22
**front**
4:4,23 7:1

## G

**gathering**
3:2
**General**
1:10
**given**
1:6
**glass**
10:10
**glasses**
8:7,9 9:24
**go**
3:12,13 4:24 6:3
**going**
8:21 9:15 10:4
**good**
11:15
**grabbed**
6:24
**guiding**
7:6
**guys**
5:9 10:4

## H

**hallway**
4:1
**handcuff**
3:23
**handcuffed**
3:24 5:14 6:1
**handcuffs**
5:22
**happen**
7:11
**happened**
2:24 3:10,18 5:8 8:9
**happening**

**7:13**
**hard**
5:19
**head**
4:2,3 6:5 10:6
**heads**
6:24 7:4,18
**hear**
11:16
**heard**
9:3
**hit**
6:21
**hitting**
3:21
**hoping**
3:9
**housed**
2:6,16

## I

**I-DOC**
2:8,11 3:3
**I'm**
2:3,4,10 3:9
**Illinois**
1:10,12 2:4,6
**impartially**
12:2
**inaudible**
3:12 5:4 6:13 7:19
**individuals**
2:8
**information**
3:2
**initially**
6:23
**Inmate**
1:6
**inmates**
2:6,11 3:5 11:17
**interactions**
9:19
**interests**
2:20
**interview**
1:5 2:4,23 3:6 11:24
**It's**
6:8,11 10:5
**items**
10:20,24

## J

**Jason**
2:1,2
**Jovanie**
1:5
**judge**
2:15,17,19
**jumpsuits**
5:19 6:2

## K

**keep**
4:2,2,3
**kept**
5:22 10:6
**kids**
7:17
**kind**
3:18,22 4:1 7:5,21
**knees**
4:6,10 5:9

**knew**
5:4
**know**
5:18,20 7:11,19 9:11
9:15,15,16 11:5

## L

**laundry**
10:20
**law**
2:12
**Lawrence**
2:7
**lawsuit**
2:5,13
**leave**
7:21
**Lift**
5:1
**lip**
5:1,1
**little**
9:9
**Loevy**
2:13,13
**long**
5:9
**look**
4:3,7,8 11:5
**looked**
7:3,3
**looking**
4:2 8:5
**lot**
3:20 10:23,24
**lower**
5:1

## M

**male**
9:4
**Marie**
12:1
**mark**
7:21
**mean**
4:21 7:11 8:18 11:2
**means**
2:17
**medical**
6:15,17,18
**member**
2:17
**Menard**
2:6
**middle**
11:7
**mine**
10:14
**minimum**
10:22
**minutes**
5:10,11
**missing**
10:13 11:11
**mouth**
4:18 5:5
**movement**
10:3
**Muddy**
2:7,16

## N

**name**
2:2
**named**
2:11
**nature**
6:22
**near-sighted**
8:17
**noise**
3:21
**noticed**
6:15,18
**Number**
1:6
**nurses**
6:17

## O

**occurred**
2:5
**offer**
3:7
**officer**
8:12
**officers**
8:21
**okay**
3:11,13,17 4:9,14,17
4:23 5:1,5,8,11,14,24
6:4,7,7,14,20 7:2,5
7:10 8:2,6,12,20 9:1
9:10,17 10:3,13,17
10:23 11:2,9,13,16
11:21
**once**
3:22 4:5
**one-by-one**
3:24
**operation**
2:9 3:1

## P

**part**
6:3,5
**participating**
3:7
**person**
4:3 6:24 9:15
**personal**
10:20,24
**phonetic**
2:3 3:15
**physically**
6:21
**pile**
10:15
**Plaintiff's**
2:19
**Plaintiffs**
2:12
**position**
3:7
**potential**
2:17
**pretty**
10:18
**problems**
6:17 7:10
**proceedings**
12:4
**process**
4:22,24 5:15 6:15
**property**



Ross, et al. vs. Gossett, et al. 15-309    063805

```
10:11
pulled
  3:24
purposefully
  11:6
purposes
  3:4
push
  7:6,9
pushed
  6:24 7:4,20
pushing
  6:22
put
  4:14 6:5 7:18 10:14

            Q

            R
Randolph
  1:11
really
  5:19 9:8,14,15 10:19
receiving
  4:5,5 7:16 8:3,4
recognized
  9:7
recorded
  12:3
refuse
  3:8
remember
  3:11
represented
  2:12,18
rest
  10:11
right
  2:2 5:2 7:15 8:19 9:9
    9:24 10:1,9
River
  2:7,7
room
  11:8

            S
sat
  3:22
searched
  4:10,17 6:1
searches
  8:20
see
  7:24 8:18 9:9,12
Segregation
  3:16,17
separate
  6:8
shakedown
  2:5 3:11,14
shoving
  7:19
Show
  5:3
sides
  5:2 7:3
Skaja
  12:1
sort
  10:16
speaking
  2:23
spot
```

```
9:9
staff
  6:18
stage
  2:14
stand
  4:23
state
  2:3
statement
  12:3
stay
  4:7
straighten
  11:10
Street
  1:11
strip
  5:18
strip-
  4:9 5:24
stripped
  4:6,12 5:17,19
stuff
  8:24 10:15
suit
  6:9,10
Sutton
  3:15

            T
tactical
  3:1
take
  3:18
taken
  11:9,17
talk
  3:9,10
talked
  10:10
team
  3:18
tell
  5:2,4 8:22,22,23 9:2,3
    9:6,17
that's
  7:13 8:6 9:18 11:21
there's
  10:21
thing
  5:12 10:5
things
  8:18 11:17
think
  11:21
thought
  11:11
thresholds
  5:13
threw
  8:12,14,15,15
thrown
  8:1 10:12 11:7
time
  5:22 10:7
today
  2:4 6:8
told
  3:22,22 4:1,6,10 5:16
    5:17
top
  5:1 6:3,5
```

```
torn
  11:2,3
touched
  6:21
transcribed
  12:2
TRANSCRIPTION
  1:4
turn
  5:2
Twenty
  5:11
two
  8:1
type
  6:8

            U
Uh-huh
  9:23
Uh-hum
  5:21
understanding
  2:24
usually
  9:13,18

            V
voice
  8:22 9:4
voices
  9:13
voluntary
  3:6

            W
walked
  4:1 5:13 7:14
wall
  3:23 4:7 7:4,18 8:1
want
  7:17
wanted
  11:22
wasn't
  5:19 6:7 10:23
Wegan
  2:1,3
weren't
  10:24
West
  1:11
willing
  3:9
work
  5:24
working
  2:8

            X

            Y
yeah
  4:20 5:7 8:1,4,11,14
    10:2,8,21,23
yelling
  9:8
you're
  8:17
younger
  7:18
```

```
            Z

            0
00:03:09
  5:4
00:04:13
  6:13
00:05:14
  7:19
00:10:33
  3:12

            1
100
  1:11
13th
  1:11

            2
20
  5:10
2014
  2:5 3:11

            3
312
  1:13

            4

            5

            6
60601
  1:12

            7

            8
814-3695
  1:13
```

2


McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063805

```
                AUDIO TRANSCRIPTION
            Interview of Miguel Chacon
             Inmate Number  R47870



             Illinois Attorney General
    100 West Randolph Street - 13th Floor
          Chicago, Illinois  60601
               (312) 814-3695
```

1

1  during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purposes against you or any other
5  inmates.
6       This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10 talk to me about what happened during the shakedown at
11 Big Muddy 2014; if you remember.  So is it okay if I
12 ask you some questions?
13      A    Yes, sir.
14      Q    Okay, can you please state and spell your
15 name and give your inmate number?
16      A    My name is Miguel Chacon, M-i-g-u-e-l C-h-a-
17 c-o-n.  My ID number R47870.
18      Q    Okay.  And were you housed at Big Muddy in
19 2014?
20      A    Yes, sir.
21      Q    All right.  Do you recall a facility-wide
22 shakedown?
23      A    Yes.
24      Q    What's the first thing you remember about

3

1  BY MR. JAMES DURAN:
2       Q    My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois.  I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  individuals working for I-DOC arising out of the
9  operation.
10      I'm here on behalf of the Defendants, the
11 employees of the I-DOC.  Certain inmates are the named
12 Plaintiffs in this case and are represented by a law
13 firm, Loevy & Loevy.  This lawsuit is a class action
14 and at this stage, the class has not yet been
15 certified by the judge.
16      Because you were housed at Big Muddy, you are a
17 potential class member, which means that if the judge
18 certifies a class, you would be represented by
19 Plaintiff's attorneys.  If the judge certifies a
20 class, your interest could be adverse to that of the
21 Defendants.
22      You are of course, free to contact an attorney
23 before speaking to me.  But I would like to interview
24 you to get a better understanding of what happened

2

1  that shakedown?
2       A    Well, the did house by house, like they
3  didn't do every house at the same -- on the same day.
4  So I know when they did ours, they came in.
5       Q    What house were you in?
6       A    Three.
7       Q    All right.  And what house did they do
8  first?
9       A    One house.
10      Q    And then two?
11      A    Two.  And then three.
12      Q    Then three.  So you were the third day of
13 shakedowns?
14      A    Yeah, yeah.
15      Q    Okay.  So by that time you had known or you
16 would know that -- what was going on?
17      A    They are coming, yeah, they're coming.  That
18 they are going to do our building, too.  So they came
19 in, you know, strip-searched me with my cellmate in
20 the room.
21      Q    Can you explain how the strip-search
22 happened?
23      A    They just came busting in, loud, knocking on
24 doors with their sticks and do, do, do, do, do.  You

4

Pages 1 to 4



Ross, et al. vs. Gossett, et al. 15-309     063807

1  know, and open our doors like, "Strip down," you know?
2      Q    Who came in? did they come into your cell?
3      A    Huh?
4      Q    Did they come into your cell?
5      A    Yeah, they come in.  They messed the cell
6  up.  They come search the cell, yeah.
7      Q    Right.  But when they first got there for
8  the strip-search, did they come into the cell?
9      A    Yeah, they are right there at the door.  You
10  know, they open the door and they are right there in
11  front of the door watching us.
12      Q    How many officers?
13      A    It was one.
14      Q    Okay.  And was it a man or a woman?
15      A    A man.
16      Q    Okay.  And strip-searched us and then we put
17  our stuff back on and they handcuffed us.  And then
18  they -- they walked us outside in a straight line,
19  like a train and had us bent over.  It was raining at
20  that time to walk to the kitchen.
21      And when I'm bent over, they are telling us stop-
22  and-go.  Why you bend over?  So you're walking like
23  this on each other's back like this.  And when you're
24  bent over, they made me walk for a second or two and

5

1  then they tell you stop.
2      So then you were bumping into each other with
3  handcuffs and everything, like boom, boom, boom, boom.
4  And then you know there was old people there that look
5  up or something, you know, and bam, smack one of them
6  in the head, you know.
7      Q    Okay.  Did anyone hit you in the head at
8  all?
9      A    No.  I've never been hit in the head.
10      Q    Good.
11      A    But I seen it, you know.  And so then we go
12  to the kitchen.  They had us sitting around at a
13  kitchen table for like two hours, wearing handcuffs.
14  But I didn't -- I didn't -- handcuffed for two hours
15  straight because I was getting nauseated, so I told
16  them you feel good.
17      I don't feel good, you know?  So they sent me
18  across -- across the hall that has a -- the medic, the
19  ladies, the nurses.
20      Q    Okay.
21      A    So they took the handcuffs off me and they
22  gave me some water.  Chilled for a little bit, for a
23  few, for about five minutes.  And the nurse asked for
24  extra handcuffs for me because I got short arms and I

6

1  am kind of a big guy.  And the handcuffs were so tight
2  on me and my shoulders was hurting me, you know.
3      I am way up here, you know, handcuffed for two
4  hours.  That's a lot to take.  So the nurse asked for
5  another handcuff and they said we don't have no extra
6  ones.
7      So they put me back on the handcuffs and then he
8  sat me on the floor next to the -- next to the wall by
9  the door so I can breathe better, you know.  And I
10  stayed there.
11      Q    Okay.
12      A    That's where they had me at.
13      Q    All right.
14      A    Calling us pussies and you're a pussy, whoo-
15  whoo because now other people were starting to
16  complain, you know, so -- I was the first one that it
17  happened to, you know the first one to go across.
18      Q    So you got relieved and then the other guys?
19      A    Yeah, I was for a little bit.  Yeah, the
20  other guy's started complaining and right now
21  everybody aiming to get that treatment.
22      Q    Okay.  But at least the provided you an
23  accommodation?
24      A    Yeah, they did.

7

1      Q    Okay, well that's good.  And then after you
2  were in the chow hall for a while, were you taken back
3  to the cell at some time?
4      A    Yes, we got -- after the chow hall, we went
5  back to the cell.  Our cells was all beat up, messed
6  up, you know.  Took stuff, whatever they took, you
7  know.  They even like -- they even like pulled stuff
8  off the wall that you know what I am saying?  We
9  didn't know what was in there like wires and old cable
10  wires.
11      And I got wrote up a ticket for that, you know
12  for a cable wire that was out, you know?  And I am
13  beating it, you know, because that wasn't -- that was
14  an extra cable wire that they just pulled out of the
15  wall.
16      Q    Okay.  Did they take any of your property?
17      A    Yeah, probably did.  I don't remember after
18  two years.  They probably yeah, took some pictures and
19  stuff.
20      Q    Did you get -- did you get a shakedown slip
21  for anything?
22      A    No.
23      Q    Okay.  When you were -- how would you
24  describe the walk from your cell to the dining area?

8



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309     063807

Ross, et al. vs. Gossett, et al. 15-309     063808

---

**Page 9**

1  How did you walk?  You're cuffed behind your back?

2    A    Yeah, cuffed behind my back with your head

3  down and walking the same way we walked there, we

4  walked back.  Same thing it was stop-and-go, stop-and-

5  go.

6    Q    Okay.  And you had your head on the guy's

7  back?

8    A    The next person's back, yeah.  Because you

9  are -- everybody is bent over like this.  They want

10  your head down and bent over like this, you know.  So

11  everybody was bent over and it was raining at the time

12  so they were telling us, stop, go, stop.  You know

13  like go.

14    And then they would tell us to stop, so the whole

15  -- it's like a train wreck.  Everybody is like this

16  with the handcuffs on us, you know?  To me I said that

17  was boss, so why do we have to do that?  You know what

18  I am saying, I don't understand how they treat us

19  because the pedophile joint, but everybody is not a

20  pedophile there.

21    And you know what I mean, disciplinary act, why

22  do you send me there?  I don't know.  I am in a work

23  camp now, I am not a pedophile.  So I guess for some

24  reason why they treated it like that or something.  Bu

---

**Page 10**

1  I know when they went to 4 House, they didn't do that,

2  you know, what they did to us.  Because I guess they

3  had got in trouble already when they did 3 House.

4    Q    Was 4 house the day after yours?

5    A    Yeah.

6    Q    And what did -- what happened at 4 House?

7    A    And well, I think they were in handcuffs,

8  but they wasn't, you know, or they wasn't handcuffed.

9  I don't remember.  But they didn't get treated like us,

10  though, like we went walking nice.  I don't think they

11  even got a handcuff, that I remember, you know.

12    Q    Okay.

13    A    If they were good, I guess they got yelled

14  at for how they treated us.

15    Q    All right.  Did you -- did you see them

16  walking?

17    A    Yeah, yeah, because my window is on that

18  side of the joint.  And I seen them going.  That I

19  really, they were like -- they were straight, you

20  know.  There are older people over there, though, too.

21    Q    All right.  Have you experienced any other

22  facility-wide shakedowns in the Department of

23  Corrections?

24    A    I actually have.  Danville.

---

**Page 11**

1    Q    When was that?  Was it before or after this

2  one?

3    A    This is way before.

4    Q    Danville was way before?

5    A    Yeah, yeah, way before, you know.  I mean I

6  didn't get treated like the way I got treated here,

7  you know.

8    Q    Okay.

9    A    East Moline, you know.

10    Q    And was East moline before this one, too?

11    A    Yeah, yeah, way before.  This is my last

12  dig.

13    Q    Okay.  When you were taken out of your cell

14  after you were strip-searched, you were allowed to put

15  clothes back on, right?

16    A    Yeah.

17    Q    What clothes?

18    A    My blues.

19    Q    Okay.  And blues and shoes?

20    A    I think I was in my blues.  Yeah, I had

21  shoes, yeah.  I think I put on my blues or my regular,

22  I don't remember or recall.  I don't remember.

23    Q    Okay.  Do you remember any statements that

24  any of the officers made during the shakedown?

---

**Page 12**

1    A    No, they just came right in, just boom,

2  boom, boom.  Hitting their sticks against the doors,

3  you know.  "Get up, get out.  Get undressed."  You

4  know, start opening the doors.  Strip-searched us,

5  watched us, and they get dressed, come on, handcuffed

6  and they sent us on our way to the chow hall.

7    Q    Okay.  Do you recall anything else that

8  happened during that shakedown?

9    A    No, the only thing I seen was like some

10  people got smacked over the head, you know, and stuff

11  like that.

12    Q    But not you?

13    A    No, I never got smacked over the head, no.

14    Q    Okay, okay.  Thanks, that's all I got.

15    A    All right.

16    (End of interview)

17

18

19

20

21

22

23

24

---

Pages 9 to 12

1    I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

13



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063809

Page  13

Ross, et al. vs. Gossett, et al. 15-309

**A**

ability
13:4
above-mentioned
13:4
accommodation
7:23
act
9:21
action
2:13
adverse
2:20 3:8
affirm
13:2
aiming
7:21
allowed
11:14
and-go
5:22
area
8:24
arising
2:8
arms
6:24
asked
6:23 7:4
attorney
1:9 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
13:1

**B**

back
5:17,23 7:7 8:2,5 9:1,2
9:4,7,8 11:15
bam
6:5
beat
8:5
beating
8:13
behalf
2:10 3:3
bend
5:22
bent
5:19,21,24 9:9,10,11
best
13:4
better
2:24 7:9
big
2:6,16 3:11,18 7:1
bit
6:22 7:19
blues
11:18,19,20,21
boom
6:3,3,3,3 12:1,2,2
boss
9:17
breathe
7:9
Bu
9:24
building

4:18
bumping
6:2
busting
4:23

**C**

C-h-a-
3:16
c-o-n
3:17
cable
8:9,12,14
Calling
7:14
camp
9:23
case
2:12 3:3
cell
5:2,4,5,6,8 8:3,5,24
11:13
cellmate
4:19
cells
8:5
Centers
2:7
certain
2:7,11
certified
2:15
certifies
2:18,19
certify
13:1
Chacon
1:5 3:16
Chicago
1:11
Chilled
6:22
chow
8:2,4 12:6
class
2:13,14,17,18,20
clothes
11:15,17
come
5:2,4,5,6,8 12:5
coming
4:17,17
complain
7:16
complaining
7:20
consequences
3:8
contact
2:22
Correctional
2:7
Corrections
10:23
course
2:22
cuffed
9:1,2

**D**

Danville
10:24 11:4
day

4:3,12 10:4
defend
3:3
Defendants
2:10,21 3:3
Department
10:22
describe
8:24
didn't
4:3 6:14,14 8:9 10:1,9
11:6
dig
11:12
digitally
13:3
dining
8:24
disciplinary
3:4 9:21
don't
6:17 7:5
door
5:9,10,11 7:9
doors
4:24 5:1 12:2,4
dressed
12:5
Duran
2:1,2

**E**

East
11:9,10
employees
2:11
everybody
7:21 9:9,11,15,19
experience
3:2
experienced
10:21
explain
4:21
extra
6:24 7:5 8:14

**F**

facility-wide
3:21 10:22
feel
6:16,17
filed
2:5
firm
2:13
first
3:24 4:8 5:7 7:16,17
five
6:23
floor
1:10 7:8
foregoing
13:3
free
2:22
front
5:11

**G**

gathering
3:2
General

1:9
getting
6:15
give
3:15
go
6:11 7:17 9:5,12,13
going
4:16,18 10:18
good
6:10,16,17 8:1 10:1,9
guess
9:23 10:2,13
guy
7:1
guy's
7:20 9:6
guys
7:18

**H**

hall
6:18 8:2,4 12:6
handcuff
7:5 10:11
handcuffed
5:17 6:14 7:3 10:8 12:5
handcuffs
6:3,13,21,24 7:1,7 9:16
10:7
happened
2:24 3:10 4:22 7:17
10:6 12:8
head
6:6,7,9 9:2,6,10 12:10
12:13
hit
6:7,9
Hitting
12:2
hoping
3:9
hours
6:13,14 7:4
house
4:2,2,3,5,7,9 10:1,3,4,6
housed
2:5,16 3:18
Huh
5:3
hurting
7:2

**I**

I-DOC
2:8,11 3:3
I'm
2:2,3,10 3:9 5:21
ID
3:17
Illinois
1:9,11 2:3,6
impartially
13:2
individuals
2:8
information
3:2
inmate
1:6 3:15
inmates
2:5,11 3:5
interest

2:20
interview
1:5 2:4,23 3:6 12:16
it's
9:15

**J**

James
2:1,2
joint
9:19 10:18
judge
2:15,17,19

**K**

kind
7:1
kitchen
5:20 6:12,13
knocking
4:23
know
4:4,16,19 5:1,1,10 6:4
6:5,6,11,17 7:2,3,9
7:16,17 8:6,7,8,9,11
8:12,13 9:10,12,16
9:17,21,22 10:1,2,8
10:11,20 11:5,7,9
12:3,4,10
known
4:15

**L**

ladies
6:19
law
2:12
Lawrence
2:7
lawsuit
2:5,13
line
5:18
little
6:22 7:19
Loevy
2:13,13
look
6:4
lot
7:4
loud
4:23

**M**

M-i-g-u-e-l
3:16
man
5:14,15
Marie
13:1
mean
9:21 11:5
means
2:17
medic
6:18
member
2:17
Menard
2:6
messed

5:5 8:5
Miguel
1:5 3:16
minutes
6:23
moline
11:9,10
Muddy
2:6,16 3:11,18

**N**

name
2:2 3:15,16
named
2:11
nauseated
6:15
never
6:9 12:13
nice
10:10
number
1:6 3:15,17
nurse
6:23 7:4
nurses
6:19

**O**

occurred
2:4
offer
3:7
officers
5:12 11:24
okay
3:11,14,18 4:15 5:14
5:16 6:7,20 7:11,22
8:1,16,23 9:6 10:12
11:8,13,19,23 12:7
12:14,14
old
6:4 8:9
older
10:20
ones
7:6
open
5:1,10
opening
12:4
operation
2:9 3:1
other's
5:23
outside
5:18

**P**

participating
3:7
pedophile
9:19,20,23
people
6:4 7:15 10:20 12:10
person's
9:8
phonetic
2:2
pictures
8:18
Plaintiff's
2:19


McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063810

1

Ross, et al. vs. Gossett, et al. 15-309
063811

**Plaintiffs**
2:12
**please**
3:14
**position**
3:7
**potential**
2:17
**probably**
8:17,18
**proceedings**
13:4
**property**
8:16
**provided**
7:22
**pulled**
8:7,14
**purposes**
3:4
**pussies**
7:14
**pussy**
7:14
**put**
5:16 7:7 11:14,21

**Q**

**questions**
3:12

**R**

**R47870**
1:6 3:17
**raining**
5:19 9:11
**Randolph**
1:10
**really**
10:19
**reason**
9:24
**recall**
3:21 11:22 12:7
**recorded**
13:3
**refuse**
3:8
**regular**
11:21
**relieved**
7:18
**remember**
3:11,24 8:17 10:9,11
   11:22,22,23
**represented**
2:12,18
**right**
3:21 4:7 5:7,9,10 7:13
   7:20 10:15,21 11:15
   12:1,15
**River**
2:6,6
**room**
4:20

**S**

**sat**
7:8
**saying**
8:8 9:18
**search**
5:6

**second**
5:24
**see**
10:15
**seen**
6:11 10:18 12:9
**send**
9:22
**sent**
6:17 12:6
**shakedown**
2:4 3:10,22 4:1 8:20
   11:24 12:8
**shakedowns**
4:13 10:22
**shoes**
11:19,21
**short**
6:24
**shoulders**
7:2
**side**
10:18
**sir**
3:13,20
**sitting**
6:12
**Skaja**
13:1
**slip**
8:20
**smack**
6:5
**smacked**
12:10,13
**speaking**
2:23
**spell**
3:14
**stage**
2:14
**start**
12:4
**started**
7:20
**starting**
7:15
**state**
2:3 3:14
**statement**
13:3
**statements**
11:23
**stayed**
7:10
**sticks**
4:24 12:2
**stop**
6:1 9:12,12,14
**stop-**
5:21
**stop-and-**
9:4
**stop-and-go**
9:4
**straight**
5:18 6:15 10:19
**Street**
1:10
**Strip**
5:1
**strip-search**
4:21 5:8

**strip-searched**
4:19 5:16 11:14 12:4
**stuff**
5:17 8:6,7,19 12:10

**T**

**table**
6:13
**tactical**
3:1
**take**
7:4 8:16
**taken**
8:2 11:13
**talk**
3:9,10
**tell**
6:1 9:14
**telling**
5:21 9:12
**Thanks**
12:14
**that's**
7:4,12 8:1 12:14
**they're**
4:17
**thing**
3:24 9:4 12:9
**think**
10:7,10 11:20,21
**third**
4:12
**three**
4:6,11,12
**ticket**
8:11
**tight**
7:1
**time**
4:15 5:20 8:3 9:11
**today**
2:3
**told**
6:15
**train**
5:19 9:15
**transcribed**
13:2
**TRANSCRIPTION**
1:4
**treat**
9:18
**treated**
9:24 10:9,14 11:6,6
**treatment**
7:21
**trouble**
10:3
**two**
4:10,11 5:24 6:13,14
   7:3 8:18

**U**

**understand**
9:18
**understanding**
2:24
**undressed**
12:3

**V**

**voluntary**
3:6

**W**

**walk**
5:20,24 8:24 9:1
**walked**
5:18 9:3,4
**walking**
5:22 9:3 10:10,16
**wall**
7:8 8:8,15
**want**
9:9
**wasn't**
8:13 10:8,8
**watched**
12:5
**watching**
5:11
**water**
6:22
**way**
7:3 9:3 11:3,4,5,6,11
   12:6
**wearing**
6:13
**went**
8:4 10:1,10
**West**
1:10
**What's**
3:24
**whoo**
7:15
**whoo-**
7:14
**willing**
3:9
**window**
10:17
**wire**
8:12,14
**wires**
8:9,10
**woman**
5:14
**work**
9:22
**working**
2:8
**wreck**
9:15
**wrote**
8:11

**X**

**Y**

**yeah**
4:14,14,17 5:5,6,9 7:19
   7:19,24 8:17,18 9:2,8
   10:5,17,17 11:5,5,11
   11:11,16,20,21
**years**
8:18
**yelled**
10:13
**you're**
5:22,23 7:14 9:1

**Z**

**0**

**1**

**100**
1:10
**13th**
1:10

**2**

**2014**
2:4 3:11,19

**3**

**3**
10:3
**312**
1:12

**4**

**4**
10:1,4,6

**5**

**6**

**60601**
1:11

**7**

**8**

**814-3695**
1:12

2



AUDIO TRANSCRIPTION
Interview of Mr. Colm
Inmate Number R55305


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

BY MR. JAMES DURAN:
     Q    My name is James Duran (phonetic) and I'm an
attorney for the state of Illinois.  I'm here today to
interview you about a shakedown that occurred in 2014.
A lawsuit has been filed by inmates that were housed
at Menard, Illinois River, Big Muddy River and
Lawrence Correctional Centers against certain
individuals working for I-DOC arising out of the
operation.
     I'm here on behalf of the Defendants, the
employees of the I-DOC.  Certain inmates are the named
Plaintiffs in this case and are represented by a law
firm, Loevy & Loevy.  This lawsuit is a class action
and at this stage, the class has not yet been
certified by the judge.
     Because you were housed at Big Muddy, you are a
potential class member, which means that if the judge
certifies a class, you would be represented by
Plaintiff's counsel.  If the judge certifies a class,
your interest could be adverse to those of the
Defendants.
     You are of course, free to contact an attorney
before speaking to me.  But I would like to interview
you to get a better understanding of what happened

2

during the tactical operation, and what your
experience was.  I am gathering this information to
defend the case on behalf of I-DOC Defendants, but not
for any disciplinary purposes against you or any other
inmates.
     This interview is voluntary.  I am not in a
position to offer you anything for participating and
there will be no adverse consequences if you refuse to
talk to me.  However, I'm hoping you are willing to
talk to me about what happened to you during the
shakedown at Big Muddy 2014; if you remember.  So is
it okay if I ask you some questions?
     A    Yes.
     Q    Can you please state and spell your name and
give your inmate number?
     A    My name is Colm, C-o-l-m.  R55305.
     Q    All right.  And where were you housed in
2014?
     A    I was housed in 2.
     Q    Okay, Unit 2 at Big Muddy?
     A    That is correct.
     Q    All right, and do you  really a facility-
wide shakedown that happened?
     A    That is correct.

3

     Q    What do you really about the facility-wide
shakedown?
     A    Basically, the Orange Crush came in,
yelling, and then we showed up, but I didn't know what
was going on.  We look at the choke hold and a bunch
of Orange Crush came in.  They told me to strip naked.
     Q    Okay.  Did you have a cellmate?
     A    Yes, I do.
     Q    All right, and when they came to your cell,
was it -- how many officers came to your cell?
     A    It was one officer, Orange Crush.
     Q    Okay.  And was it a male?
     A    Yes.
     Q    And what happened when he arrived at your
cell?  What did he tell you when he saw you?
     A    He told me to take my clothes off, lifts my
nuts, sorry, up, cough.  Put my clothes on.  He
grabbed my head, he pushed it out, like facedown, and
walk out to the door.
     Q    Okay.  And was your cellmate shaken down
first or was he second?
     A    I was -- I was first, he was second.  He was
behind me.
     Q    All right.

4



Ross, et al. vs. Gossett, et al. 15-309   063813

1    A    He was Chinese.
2    Q    All right.  All right, and where was he when
3  you were strip-searched?
4    A    In the cell block.
5    Q    And was he facing you or did they have him
6  face the wall?
7    A    He was facing a -- a wall.
8    Q    Okay.  And then -- so they did your strip-
9  search.  And then had you coughed and had you come out
10  of the cell and then they did his strip-search?
11   A    Yeah, they had him, too, yeah.
12   Q    Okay, and where were you when he was strip-
13  searched?
14   A    I was getting cuffed up from behind.
15   Q    Okay.  All right, and then what happened
16  after you were cuffed up?
17   A    They take me to the dietary, tell me to sit
18  own, face down, and don't move.
19   Q    All right.  And did anything unusual occur
20  when you were taken from your cell to the dietary?
21   A    That's all.  Everyone was getting shaken
22  down from there.  I don't know what happened after
23  that.
24   Q    Okay.  So you walked to the dietary and they

5

1  told you to sit down and don't move?
2    A    Yup.
3    Q    All right.  How long did you remain in the
4  dietary?
5    A    For at least 30 or 40 minutes.
6    Q    Thirty or forty minutes?
7    A    Then I was looking up and he told me to put
8  your fucking heads down.  My head, that's what I did.
9    Q    Okay.  Did anyone hit you with a stick in
10  the head?
11   A    No.
12   Q    You were smart enough not to keep your head
13  up, right?
14   A    Yep.
15   Q    Okay.  So after 30 or 40 minutes, you were
16  in the dietary and then were you taken back to your
17  cell?
18   A    That's correct.
19   Q    All right.  And how were you taken back to
20  the cell?
21   A    Same way, but you know, try to look up, he
22  put my head like face down, don't fucking move.
23   Q    Okay.  Do you remember anything that any of
24  the officers said besides what you've already said?

6

1    A    No, piss on my fucking toilet.  That's what
2  they did, piss on it.
3    Q    They did?
4    A    Yeah, that was right there.
5    Q    Okay.  What else did they do?  What did you
6  notice when you arrived back at your cell?
7    A    That it was all turned up; everything.
8    Q    All your property was?
9    A    Yeah.  Mixed up with my cellmate.
10   Q    All right, and did you receive a shakedown
11  slip?
12   A    Yes, I did.
13   Q    And what was on the shakedown slip?
14   A    Find nothing.
15   Q    No contraband?
16   A    Nope.
17   Q    When you were strip-searched was it inside
18  your cell?
19   A    It was inside my cell, that's correct.
20   Q    And were any females watching you when you
21  were strip-searched?
22   A    It was all male.
23   Q    Had you been involved in any facility-wide
24  shakedowns since then?

7

1    A    Cook County Jail.
2    Q    Okay.  Have you been in any in the Illinois
3  Department of Corrections since then?
4    A    I've been in Pinckneyville.  I've been beat
5  up by COs.
6    Q    Okay.  But was it a facility-wide shakedown?
7    A    Yeah.
8    Q    At Pinckneyville?
9    A    Yeah.
10   Q    And when was that?
11   A    This is, I think I was there for over six --
12   Q    Oh, 2006?
13   A    Yeah.
14   Q    So it was a long time ago.
15   A    Yeah.
16   Q    Okay, but none after -- none after the Big
17  Muddy ones?
18   A    No, no.
19   Q    Okay.  I have no further questions.
20   A    Okay.  This is -- this is --
21   Q    Okay.
22       (End of Interview)
23
24

8

Ross, et al. vs. Gossett, et al. 15-309   063813

Ross, et al. vs. Gossett, et al. 15-309    063814

1    I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

9



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 105 of 214   Page ID
#25525

Ross et al. vs. Gossett, et al. 15-309

**A**

ability
9:4
above-mentioned
9:4
action
2:13
adverse
2:20 3:8
affirm
9:2
ago
8:14
arising
2:8
arrived
4:14 7:6
attorney
1:10 2:3,22
AUDIO
1:4
Audrey
9:1

**B**

back
6:16,19 7:6
Basically
4:3
beat
8:4
behalf
2:10 3:3
best
9:4
better
2:24
Big
2:6,16 3:11,20 8:16
block
5:4
bunch
4:5

**C**

C-o-l-m
3:16
case
2:12 3:3
cell
4:9,10,15 5:4,10,20
6:17,20 7:6,18,19
cellmate
4:7,20 7:9
Centers
2:7
certain
2:7,11
certified
2:15
certifies
2:18,19
certify
9:1
Chicago
1:12
Chinese
5:1
choke
4:5
class
2:13,14,17,18,19

clothes
4:16,17
Colm
1:5 3:16
come
5:9
consequences
3:8
contact
2:22
contraband
7:15
Cook
8:1
correct
3:21,24 6:18 7:19
Correctional
2:7
Corrections
8:3
COs
8:5
cough
4:17
coughed
5:9
counsel
2:19
County
8:1
course
2:22
Crush
4:3,6,11
cuffed
5:14,16

**D**

defend
3:3
Defendants
2:10,21 3:3
Department
8:3
didn't
4:4
dietary
5:17,20,24 6:4,16
digitally
9:3
disciplinary
3:4
don't
5:18 6:1,22
door
4:19
Duran
2:1,2

**E**

employees
2:11
experience
3:2

**F**

face
5:6,18 6:22
facedown
4:18
facility-
3:22
facility-wide

facing
5:5,7
females
7:20
filed
2:5
Find
7:14
firm
2:13
first
4:21,22
Floor
1:11
foregoing
9:3
forty
6:6
free
2:22
fucking
6:8,22 7:1
further
8:19

**G**

gathering
3:2
General
1:10
getting
5:14,21
give
3:15
going
4:5
grabbed
4:18

**H**

happened
2:24 3:10,23 4:14 5:15
5:22
head
4:18 6:8,10,12,22
heads
6:8
hit
6:9
hold
4:5
hoping
3:9
housed
2:5,16 3:17,19

**I**

I-DOC
2:8,11 3:3
I'm
2:2,3,10 3:9
Illinois
1:10,12 2:3,6 8:2
impartially
9:2
individuals
2:8
information
3:2
inmate
1:6 3:15
inmates

4:1 7:23 8:6
inside
7:17,19
interest
2:20
interview
1:5 2:4,23 3:6 8:22
involved
7:23

**J**

Jail
8:1
James
2:1,2
judge
2:15,17,19

**K**

keep
6:12
know
4:4 5:22 6:21

**L**

law
2:12
Lawrence
2:7
lawsuit
2:5,13
lifts
4:16
Loevy
2:13,13
long
6:3 8:14
look
4:5 6:21
looking
6:7

**M**

male
4:12 7:22
Marie
9:1
means
2:17
member
2:17
Menard
2:6
minutes
6:5,6,15
Mixed
7:9
move
5:18 6:1,22
Muddy
2:6,16 3:11,20 8:17

**N**

naked
4:6
name
2:2 3:14,16
named
2:11
Nope
7:16
notice

2:5,11 3:5

**O**

occur
5:19
occurred
2:4
offer
3:7
officer
4:11
officers
4:10 6:24
Oh
8:12
okay
3:12,20 4:7,12,20 5:8
5:12,15,24 6:9,15,23
7:5 8:2,6,16,19,20,21
ones
8:17
operation
2:9 3:1
Orange
4:3,6,11

**P**

participating
3:7
phonetic
2:2
Pinckneyville
8:4,8
piss
7:1,2
Plaintiff's
2:19
Plaintiffs
2:12
please
3:14
position
3:7
potential
2:17
proceedings
9:4
property
7:8
purposes
3:4
pushed
4:18
put
4:17 6:7,22

**Q**

questions
3:12 8:19

**R**

R55305
1:6 3:16
Randolph
1:11
really
3:22 4:1
receive

7:6
number
1:6 3:15
nuts
4:17

7:10
recorded
9:3
refuse
3:8
remain
6:3
remember
3:11 6:23
represented
2:12,18
right
3:17,22 4:9,24 5:2,2,15
5:19 6:3,13,19 7:4,10
River
2:6,6

**S**

saw
4:15
search
5:9
searched
5:13
second
4:21,22
shakedown
2:4 3:11,23 4:2 7:10,13
8:6
shakedowns
7:24
shaken
4:20 5:21
showed
4:4
sit
5:17 6:1
six
8:11
Skaja
9:1
slip
7:11,13
smart
6:12
sorry
4:17
speaking
2:23
spell
3:14
stage
2:14
state
2:3 3:14
statement
9:3
stick
6:9
Street
1:11
strip
4:6
strip-
5:8,12
strip-search
5:10
strip-searched
5:3 7:17,21

**T**

tactical
3:1

McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052
Ross et al. vs. Gossett, et al. 15-309   063815

1



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 106 of 214   Page ID
#2526
Ross, et al. vs. Gossett, et al. 15-309   063816

take
4:16 5:17
taken
5:20 6:16,19
talk
3:9,10
tell
4:15 5:17
that's
5:21 6:8,18 7:1,19
think
8:11
Thirty
6:6
time
8:14
today
2:3
toilet
7:1
told
4:6,16 6:1,7
transcribed
9:2
TRANSCRIPTION
1:4
try
6:21
turned
7:7

**U**

understanding
2:24
Unit
3:20
unusual
5:19

**V**

voluntary
3:6

**W**

walk
4:19
walked
5:24
wall
5:6,7
watching
7:20
way
6:21
West
1:11
wide
3:23
willing
3:9
working
2:8

**X**

**Y**

yeah
5:11,11 7:4,9 8:7,9,13
8:15
yelling
4:4
Yep

6:14
Yup
6:2

**Z**

**0**

**1**

100
1:11
13th
1:11

**2**

2
3:19,20
2006
8:12
2014
2:4 3:11,18

**3**

30
6:5,15
312
1:13

**4**

40
6:5,15

**5**

**6**

60601
1:12

**7**

**8**

814-3695
1:13



Ross, et al. vs. Gossett, et al. 15-309   063817

AUDIO TRANSCRIPTION
Interview of Carl Durall
Inmate Number  S09777


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

1  BY MR. JAMES DURAN:
2       Q    My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois.  I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  individuals working for I-DOC arising out of the
9  operation.
10       I'm here on behalf of the Defendants, the
11  employees of the I-DOC.  Certain inmates are the named
12  Plaintiffs in this case and are represented by a law
13  firm, Loevy & Loevy.  This lawsuit is a class action
14  and at this stage, the class has not yet been
15  certified by the judge.
16       Because you were housed at Big Muddy, you are a
17  potential class member, which means that if the judge
18  certifies a class, you would be represented by
19  Plaintiff's attorneys.  If the judge certifies a
20  class, your interest could be adverse to that of the
21  Defendants.
22       You are of course, free to contact an attorney
23  before speaking to me.  But I would like to interview
24  you to get a better understanding of what happened

2

1  during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purposes against you or any other
5  inmates.
6       This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10  talk to me about what happened during the shakedown at
11  Big Muddy 2014; if you remember.  So is it okay if I
12  ask you some questions?
13       A    Yes.
14       Q    Okay, can you please state and spell your
15  name and give your inmate number?
16       A    Carl Durall, C-a-r-l D-u-r-a-l-l, S09777.
17       Q    All right.  And you were housed at Big Muddy
18  in 2014; is that correct?
19       A    Yes.
20       Q    All right, what cell house were you in?
21       A    One House, A Wing, 68.
22       Q    All right.  And do you recall a facility-
23  wide shakedown that occurred in 2014?
24       A    Yes.

3

1       Q    What's the first thing you remember that
2  day?
3       A    Being handcuffed in the chow hall, having my
4  head about that high in from the table about two
5  positions away from a torture pose.
6       Q    Okay.  So how -- let me back you up a little
7  bit.  What's -- when the shakedown started, do you
8  remember how it started?
9       A    They come on the wing as normal, hitting the
10  batons against the door telling everyone, "Get
11  dressed.  Get dressed.  Get dressed." Calling
12  people's names.
13       Q    Okay.  And you said they come on the wing as
14  normal.
15       A    Yeah.
16       Q    How many times have you had them come on the
17  wing and do that?
18       A    I was in Graham in 2009.  Yeah, 2009, when
19  they came by, so I already knew what I was in store
20  for when they can come by.  But that time they did it
21  with, I believe it was with the cadets from
22  Springfield.
23       And it went all smooth, but then I get the one --
24  the shakedown down there with Orange Crush, with the

4



Ross, et al. vs. Gossett, et al. 15-309   063817

Ross, et al. vs. Gossett, et al. 15-309    063818

**5**

1  Tactical Team and it was completely different. Their
2  entire demeanor, the actions, everything was totally
3  different.
4      Q    All right.  So were you in your cell when
5  they first arrived?
6      A    Yes.
7      Q    And what happened?
8      A    When as normal, face -- face the wall, get
9  dressed.  And then they pulled people out.  And I'm
10 standing there, they are strip-searching me.  They
11 have the door open.
12     They are strip-searching me here in front of the
13 door and I was able to look out and see everyone else
14 getting strip-searched.  There was no privacy for
15 other individuals.
16     Q    And were you strip-searched by a man or a
17 woman?
18     A    By I believe a man because I'm not sure.  I
19 believe it was a man.  But with the mask on, coming
20 all the way down, and we were told not to look at
21 faces.
22     Q    All right.  So you were strip-searched and
23 then were you allowed to put clothes back on?
24     A    Yes.  We were able just to put pants, shirt,

**6**

1  and shoes.  No underwear, no t-shirt, no socks.
2      Q    Okay.  Then you were cuffed?
3      A    Then we were cuffed and mine were tight, but
4  I don't -- you say anything about it.
5      Q    Okay.  So then did you -- were you taken out
6  of the cell house at some point?
7      A    We were taken out of the house.  There was
8  Orange Crush here, Tactical here and here.  And the
9  whole line, they're all just repeating, "Step out of
10 line.  Do it.  Let us -- let us mess you up."
11     Q    All right, so at that point, you were
12 probably were smart enough to not step out of line?
13     A    Yeah.
14     Q    All right.  So at any point did any of the
15 officers hit you?
16     A    No, nothing.
17     Q    All right.  So then how were you -- how did
18 you walk over?
19     A    Nut to butt.
20     Q    All right, and why do you say --
21     A    My head on -- like this -- this far from
22 dude in front of me shoulder blades.
23     Q    Okay.  And can you turn your head sideways
24 and do that just so that I can see it with the camera?

**7**

1      A    It was like -- about that -- that close.
2      Q    Your head was that close to the other guy's
3  shoulder blades and frame?
4      A    Yes.  And he -- the guy behind me was that
5  close.  I could -- I had to pull my hands up from
6  being cuffed because we were standing so close, my
7  hands would have been touching his genitalia, which
8  puts stress on my -- on my shoulders.
9      Q    All right.  So then where were you taken?
10     A    The chow hall.  We were set on the dietary
11 tables and we were told, "Don't look.  Don't look
12 around.  Look straight down.  Don't move, no talking."
13     Q    Okay.  And how long?
14     A    I don't know, there was no clock.  Probably
15 hour-and-a-half, two hours.
16     Q    Okay.  And what were you going to say before
17 that?  You were looking like you were going to measure
18 something?
19     A    Oh, no.  My head was about -- probably about
20 this high from the table.
21     Q    Okay.  And actually, I'm going to ask you to
22 do that again, if I can -- okay.
23     A    It was this.  I remember this, yeah.  And it
24 was about this high the whole time for about two

**8**

1  hours.
2      Q    Okay.  All right.  And then after -- after
3  you sat like that for two hours, what happened?
4      A    Then they took us back to the cell house
5  row-by-row.  And then they took a whole bunch of stuff
6  and I don't know why the took.
7      My cellmate had two boxes of Star Crunches or I
8  think it was oatmeal cream pies.  And there was four
9  wrappers in the sink that were empty.  All the boxes
10 were open.
11     Q    Okay.
12     A    We had -- there was food that was opened,
13 dumped in boxes.  There was soap opened up, dumped in
14 boxes.  I've seen -- I heard about people who had
15 their detergent or soap dumped in there and poured
16 away.
17     Q    All right.  Did you receive any shakedown
18 receipts or shakedown slips?
19     A    Yes, I received a shakedown slip, but the
20 officer that wrote on it wrote so light, I couldn't
21 read anything on it because it is a carbon copy; it's
22 three sheets.
23     Q    Okay.  And was -- did it say that there was
24 contraband or no contraband or could you even tell?

Pages 5 to 8



Ross, et al. vs. Gossett, et al. 15-309   063819

```
 1     A   I couldn't even tell.  I know the CO wrote
 2  down because each one wrote down what joint they were
 3  from, what facility.  And I think the one that did
 4  mine was from Centralia.  Because I had it wrote up in
 5  the corner.
 6     Q   All right.  Do you know the identity of any
 7  of the individuals who did the shakedown?
 8     A   No, because we were told to look down and if
 9  we were to turn our heads to look, I've seen -- I've
10  seen a couple of guys end up on the ground because
11  they were pulled out of line and thrown on the ground.
12     Q   All right.  So if you -- if you didn't obey
13  the --
14     A   Yes.
15     Q   -- the command, they pulled you out of line
16  and threw you on the ground?
17     A   Basically, yes.
18     Q   All right.  Have you undergone I facility-
19  wide shakedowns since that time?
20     A   Yes.
21     Q   Where?
22     A   In this facility in Jacksonville.
23     Q   Okay, and when was that?
24     A   I don't know the actual dates, but I know I
```
9

```
 1  anyone.
 2     A   No, I was not, no.
 3     Q   Okay.  Very good.  Thank you, very much,
 4  that's all I have.
 5         (End of interview)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```
11

```
 1  can tell you it was completely different.
 2     Q   And complete different, how?
 3     A   We were told to go to the gym.  We were
 4  handcuffed.  Stand up, the COs kept telling us, "Don't
 5  lock your knees."  We were there for about two hours
 6  and then the last time that we got them come through,
 7  they walked us to the gym, no handcuffs.
 8         They had the bleachers pulled out and we were
 9  able to sit on the bleachers.  Hands, you know, in
10  front of us, behind us, wherever and we were allowed
11  to use the bath -- the bathrooms.
12         And they said nothing about heads down except for
13  when we were walking from house to gym.  So it was a
14  complete 180 of the previous two experiences.
15     Q   Okay.  And did this happen on two separate
16  times here?
17     A   Yes.
18     Q   Okay.  During the shakedown at Big Muddy, do
19  you remember any other statements being made by the
20  officers besides what you already said?
21     A   Honestly, I was more concerned about not
22  stepping out of line and getting thrown.  Because I've
23  -- I've seen people bloodied by Orange Crush.
24     Q   Okay, and luckily you weren't bloodied by
```
10

```
 1     I, Audrey Marie Skaja, do hereby certify or
 2  affirm that I have impartially transcribed the
 3  foregoing from a digitally recorded statement of the
 4  above-mentioned proceedings to the best of my ability.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```
12

Pages 9 to 12

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 110 of 214   Page ID
#20536
Ross, et al. vs. Gossett, et al. 15-309        063820

**A**

ability
12:4
able
5:13,24 10:9
above-mentioned
12:4
action
2:13
actions
5:2
actual
9:24
adverse
2:20 3:8
affirm
12:2
allowed
5:23 10:10
arising
2:8
arrived
5:5
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
12:1

**B**

back
4:6 5:23 8:4
Basically
9:17
bath
10:11
bathrooms
10:11
batons
4:10
behalf
2:10 3:3
believe
4:21 5:18,19
best
12:4
better
2:24
Big
2:6,16 3:11,17 10:18
bit
4:7
blades
6:22 7:3
bleachers
10:8,9
bloodied
10:23,24
boxes
8:7,9,13,14
bunch
8:5
butt
6:19

**C**

C-a-r-l
3:16
cadets

4:21
Calling
4:11
camera
6:24
carbon
8:21
Carl
1:5 3:16
case
2:12 3:3
cell
3:20 5:4 6:6 8:4
cellmate
8:7
Centers
2:7
Centralia
9:4
certain
2:7,11
certified
2:15
certifies
2:18,19
certify
12:1
Chicago
1:12
chow
4:3 7:10
class
2:13,14,17,18,20
clock
7:14
close
7:1,2,5,6
clothes
5:23
come
4:9,13,16,20 10:6
coming
5:19
command
9:15
complete
10:2,14
completely
5:1 10:1
concerned
10:21
consequences
3:8
contact
2:22
contraband
8:24,24
copy
8:21
corner
9:5
correct
3:18
Correctional
2:7
COs
10:4
couple
9:10
course
2:22
cream
8:8

Crunches
8:7
Crush
4:24 6:8 10:23
cuffed
6:2,3 7:6

**D**

D-u-r-a-l-l
3:16
dates
9:24
day
4:2
defend
3:3
Defendants
2:10,21 3:3
demeanor
5:2
detergent
8:15
didn't
9:12
dietary
7:10
different
5:1,3 10:1,2
digitally
12:3
disciplinary
3:4
Don't
7:11,11,12 10:4
door
4:10 5:11,13
dressed
4:11,11,11 5:9
dude
6:22
dumped
8:13,13,15
Durall
1:5 3:16
Duran
2:1,2

**E**

employees
2:11
empty
8:9
entire
5:2
experience
3:2
experiences
10:14

**F**

face
5:8,8
faces
5:21
facility
9:3,22
facility-
3:22 9:18
far
6:21
filed
2:5
firm

2:13
first
4:1 5:5
Floor
1:11
food
8:12
foregoing
12:3
four
8:8
frame
7:3
free
2:22
front
5:12 6:22 10:10

**G**

gathering
3:2
General
1:10
genitalia
7:7
getting
5:14 10:22
give
3:15
go
10:3
going
7:16,17,21
good
11:3
Graham
4:18
ground
9:10,11,16
guy
7:4
guy's
7:2
guys
9:10
gym
10:3,7,13

**H**

hall
4:3 7:10
handcuffed
4:3 10:4
handcuffs
10:7
hands
7:5,7 10:9
happen
10:15
happened
2:24 3:10 5:7 8:3
head
4:4 6:21,23 7:2,19
heads
9:9 10:12
heard
8:14
high
4:4 7:20,24
hit
6:15
hitting
4:9

Honestly
10:21
hoping
3:9
hour-and-a-half
7:15
hours
7:15 8:1,3 10:5
house
3:20,21 6:6,7 8:4 10:13
housed
2:5,16 3:17

**I**

I-DOC
2:8,11 3:3
I'm
2:2,3,10 3:9 5:9,18
7:21
identity
9:6
Illinois
1:10,12 2:3,6
impartially
12:2
individuals
2:8 5:15 9:7
information
3:2
inmate
1:6 3:15
inmates
2:5,11 3:5
interest
2:20
interview
1:5 2:4,23 3:6 11:5
it's
8:21

**J**

Jacksonville
9:22
James
2:1,2
joint
9:2
judge
2:15,17,19

**K**

kept
10:4
knees
10:5
knew
4:19
know
7:14 8:6 9:1,6,24,24
10:9

**L**

law
2:12
Lawrence
2:7
lawsuit
2:5,13
light
8:20
line
6:9,10,12 9:11,15

10:22
little
4:6
lock
10:5
Loevy
2:13,13
long
7:13
look
5:13,20 7:11,11,12 9:8
9:9
looking
7:11
luckily
10:24

**M**

man
5:16,18,19
Marie
12:1
mask
5:19
means
2:17
measure
7:17
member
2:17
Menard
2:6
mess
6:10
mine
6:3 9:4
move
7:12
Muddy
2:6,16 3:11,17 10:18

**N**

name
2:2 3:15
named
2:11
names
4:12
normal
4:9,14 5:8
number
1:6 3:15
Nut
6:19

**O**

oatmeal
8:8
obey
9:12
occurred
2:4 3:23
offer
3:7
officer
8:20
officers
6:15 10:20
Oh
7:19
okay
3:11,14 4:6,13 6:2,5,23
7:13,16,21,22 8:2,11



8:23 9:23 10:15,18
10:24 11:3
**open**
5:11 8:10
**opened**
8:12,13
**operation**
2:9 3:1
**Orange**
4:24 6:8 10:23

**P**

**pants**
5:24
**participating**
3:7
**people**
5:9 8:14 10:23
**people's**
4:12
**phonetic**
2:2
**pies**
8:8
**Plaintiff's**
2:19
**Plaintiffs**
2:12
**please**
3:14
**point**
6:6,11,14
**pose**
4:5
**position**
3:7
**positions**
4:5
**potential**
2:17
**poured**
8:15
**previous**
10:14
**privacy**
5:14
**probably**
6:12 7:14,19
**proceedings**
12:4
**pull**
7:5
**pulled**
5:9 9:11,15 10:8
**purposes**
3:4
**put**
5:23,24
**puts**
7:8

**Q**

**questions**
3:12

**R**

**Randolph**
1:11
**read**
8:21
**recall**
3:22
**receipts**

**8:18**
**receive**
8:17
**received**
8:19
**recorded**
12:3
**refuse**
3:8
**remember**
3:11 4:1,8 7:23 10:19
**repeating**
6:9
**represented**
2:12,18
**right**
3:17,20,22 5:4,22 6:11
  6:14,17,20 7:9 8:2,17
  9:6,12,18
**River**
2:6,6
**row-by-row**
8:5

**S**

**S09777**
1:6 3:16
**sat**
8:3
**see**
5:13 6:24
**seen**
8:14 9:9,10 10:23
**separate**
10:15
**set**
7:10
**shakedown**
2:4 3:10,23 4:7,24 8:17
  8:18,19 9:7 10:18
**shakedowns**
9:19
**sheets**
8:22
**shirt**
5:24
**shoes**
6:1
**shoulder**
6:22 7:3
**shoulders**
7:8
**sideways**
6:23
**sink**
8:9
**sit**
10:9
**Skaja**
12:1
**slip**
8:19
**slips**
8:18
**smart**
6:12
**smooth**
4:23
**soap**
8:13,15
**socks**
6:1
**speaking**

2:23
**spell**
3:14
**Springfield**
4:22
**stage**
2:14
**Stand**
10:4
**standing**
5:10 7:6
**Star**
8:7
**started**
4:7,8
**state**
2:3 3:14
**statement**
12:3
**statements**
10:19
**step**
6:9,12
**stepping**
10:22
**store**
4:19
**straight**
7:12
**Street**
1:11
**stress**
7:8
**strip-searched**
5:14,16,22
**strip-searching**
5:10,12
**stuff**
8:5
**sure**
5:18

**T**

**t-shirt**
6:1
**table**
4:4 7:20
**tables**
7:11
**tactical**
3:1 5:1 6:8
**taken**
6:5,7 7:9
**talk**
3:9,10
**talking**
7:12
**Team**
5:1
**tell**
8:24 9:1 10:1
**telling**
4:10 10:4
**Thank**
11:3
**that's**
11:4
**they're**
6:9
**thing**
4:1
**think**
8:8 9:3

**three**
8:22
**threw**
9:16
**thrown**
9:11 10:22
**tight**
6:3
**time**
4:20 7:24 9:19 10:6
**times**
4:16 10:16
**today**
2:3
**told**
5:20 7:11 9:8 10:3
**torture**
4:5
**totally**
5:2
**touching**
7:7
**transcribed**
12:2
**TRANSCRIPTION**
1:4
**turn**
6:23 9:9
**two**
4:4 7:15,24 8:3,7 10:5
  10:14,15

**U**

**undergone**
9:18
**understanding**
2:24
**underwear**
6:1
**use**
10:11

**V**

**voluntary**
3:6

**W**

**walk**
6:18
**walked**
10:7
**walking**
10:13
**wall**
5:8
**way**
5:20
**went**
4:23
**weren't**
10:24
**West**
1:11
**What's**
4:1,7
**wide**
3:23 9:19
**willing**
3:9
**wing**
3:21 4:9,13,17
**woman**
5:17

**working**
2:8
**wrappers**
8:9
**wrote**
8:20,20 9:1,2,4

**X**

**Y**

**yeah**
4:15,18 6:13 7:23

**Z**

**0**

**1**

**100**
1:11
**13th**
1:11
**180**
10:14

**2**

**2009**
4:18,18
**2014**
2:4 3:11,18,23

**3**

**312**
1:13

**4**

**5**

**6**

**60601**
1:12
**68**
3:21

**7**

**8**

**814-3695**
1:13



McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063821

AUDIO TRANSCRIPTION
Interview of Martin Flores
Inmate Number M19139



Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

BY MR. JAMES DURAN:

2  Q    My name is James Duran (phonetic) and I'm an attorney for the state of Illinois.  I'm here today to interview you about a shakedown that occurred in 2014. A lawsuit has been filed by inmates that were housed at Menard, Illinois River, Big Muddy River and Lawrence Correctional Centers against certain individuals working for I-DOC arising out of the operation.

10  I'm here on behalf of the Defendants, the employees of the I-DOC.  Certain inmates are the named Plaintiffs in this case and are represented by a law firm, Loevy & Loevy.  The lawsuit is a class action and at this stage, the class has not yet been certified by the judge.

16  Because you were housed at Big Muddy, you are a potential class member, which means that if the judge certifies a class, you would be represented by Plaintiff's attorneys.  If the judge certifies a class, your interest could be adverse to that of the Defendants.

22  You are of course, free to contact an attorney before speaking to me.  But I would like to interview you to get a better understanding of what happened

2

1  during the tactical operation, and what your experience was.  I am gathering this information to defend the case on behalf of I-DOC Defendants, but not for any disciplinary purposes against you or any other inmates.

6  This interview is voluntary.  I am not in a position to offer you anything for participating and there will be no adverse consequences if you refuse to talk to me.  However, I'm hoping you are willing to talk to me about what happened to you during the shakedown at Big Muddy 2014; if you remember.

12  So is it okay if I ask you some questions?

13  A    Okay.

14  Q    All right, can you please state and spell your name and give your inmate number?

16  A    My name is Martin Flores and I am 2014 at the hearing.

18  Q    What's your -- is your inmate number M --

19  A    M19139.

20  Q    19139?

21  A    M19139.

22  Q    And it is Martin Flores, F-l-o-r-e-s?

23  A    Yes.

24  Q    All right and you were at BigMuddy in 2014,

3

1  right?

2  A    Yes.

3  Q    Okay, and do you remember the shakedown?

4  A    Yeah, I remember this day.  I -- it's something wrong with that.  A couple of times, making a lot of noise with the bar that hold -- with the bridge.  Who -- who knock at the door.  Before you know what happened, where they go in there, check it out and everybody put their -- take off all their clothing, everything like that.  And turn around, my cell mate, he watch from other side, but no watching when they taking off their clothing.  They remove me to the laundry room.  But when he moving into the cell, two days.  Anyway, two hours to (inaudible 00:02:46).  You know, letting people watching nothing and they led them out, front to another person.  I remember that next to me, he got shoelaces nor a tie. He come alone.  This is what I -- like cross measure along and he don't --

20  (End of Interview)

21

22

23

24

4





Ross, et al. vs. Gossett, et al. 15-309   063823

1    I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

                                              5



Ross, et al. vs. Gossett, et al. 15-309   063823

**A**

ability
5:4
above-mentioned
5:4
action
2:13
adverse
2:20 3:8
affirm
5:2
Anyway
4:14
arising
2:8
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
5:1

**B**

bar
4:6
behalf
2:10 3:3
best
5:4
better
2:24
Big
2:6,16 3:11
BigMuddy
3:24
bridge
4:7

**C**

case
2:12 3:3
cell
4:11,14
Centers
2:7
certain
2:7,11
certified
2:15
certifies
2:18,19
certify
5:1
check
4:8
Chicago
1:12
class
2:13,14,17,18,20
clothing
4:10,12
come
4:18
consequences
3:8
contact
2:22
Correctional
2:7
couple

4:5
course
2:22
cross
4:18

**D**

day
4:4
days
4:14
defend
3:3
Defendants
2:10,21 3:3
digitally
5:3
disciplinary
3:4
don't
4:19
door
4:7
Duran
2:1,2

**E**

employees
2:11
everybody
4:9
experience
3:2

**F**

F-l-o-r-e-s
3:22
filed
2:5
firm
2:13
Floor
1:11
Flores
1:5 3:16,22
foregoing
5:3
free
2:22
front
4:16

**G**

gathering
3:2
General
1:10
give
3:15
go
4:8

**H**

happened
2:24 3:10 4:8
hearing
3:17
hold
4:6
hoping
3:9
hours

4:14
housed
2:5,16

**I**

I-DOC
2:8,11 3:3
I'm
2:2,3,10 3:9
Illinois
1:10,12 2:3,6
impartially
5:2
inaudible
4:14
individuals
2:8
information
3:2
inmate
1:6 3:15,18
inmates
2:5,11 3:5
interest
2:20
interview
1:5 2:4,23 3:6 4:20
it's
4:4

**J**

James
2:1,2
judge
2:15,17,19

**K**

knock
4:7
know
4:8,15

**L**

laundry
4:13
law
2:12
Lawrence
2:7
lawsuit
2:5,13
led
4:16
letting
4:15
Loevy
2:13,13
lot
4:6

**M**

M
3:18
M19139
1:6 3:19,21
making
4:5
Marie
5:1
Martin
1:5 3:16,22
mate

4:11
means
2:17
measure
4:18
member
2:17
Menard
2:6
moving
4:13
Muddy
2:6,16 3:11

**N**

name
2:2 3:15,16
named
2:11
noise
4:6
number
1:6 3:15,18

**O**

occurred
2:4
offer
3:7
okay
3:12,13 4:3
operation
2:9 3:1

**P**

participating
3:7
people
4:15
person
4:16
phonetic
2:2
Plaintiff's
2:19
Plaintiffs
2:12
please
3:14
position
3:7
potential
2:17
proceedings
5:4
purposes
3:4
put
4:9

**Q**

questions
3:12

**R**

Randolph
1:11
recorded
5:3
refuse
3:8
remember
4:11

3:11 4:3,4,17
remove
4:12
represented
2:12,18
right
3:14,24 4:1
River
2:6,6
room
4:13

**S**

shakedown
2:4 3:11 4:3
shoelaces
4:17
side
4:11
Skaja
5:1
speaking
2:23
spell
3:14
stage
2:14
state
2:3 3:14
statement
5:3
Street
1:11

**T**

tactical
3:1
take
4:9
talk
3:9,10
tie
4:17
times
4:5
today
2:3
transcribed
5:2
TRANSCRIPTION
1:4
turn
4:10
two
4:14,14

**U**

understanding
2:24

**V**

voluntary
3:6

**W**

watch
4:11
watching
4:11,15
West
1:11
What's

3:18
willing
3:9
working
2:8
wrong
4:5

**X**

**Y**

Yeah
4:4

**Z**

**0**

00:02:46
4:15

**1**

100
1:11
13th
1:11
19139
3:20

**2**

2014
2:4 3:11,16,24

**3**

312
1:13

**4**

**5**

**6**

60601
1:12

**7**

**8**

814-3695
1:13

1



AUDIO TRANSCRIPTION
Interview of Kuentin Getty
Inmate Number  M42745


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

1  during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purposes against you or any other
5  inmates.
6      This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10 talk to me about what happened during the shakedowns
11 at Illinois River and Big Muddy River 2014; if you
12 remember.  So is it okay if I ask you some questions?
13     A    Yes, sir.
14     Q    Okay.  Can you please state and spell your
15 name and give your inmate number?
16     A    Okay, my name is Kuentin Getty, K-u-e-n-t-i-
17 n G-e-t-t-y, Number M42745.
18     Q    All right and Mr. Getty, you were house at
19 both Illinois River and Big Muddy River in 2014; is
20 that correct?
21     A    Yes, sir.
22     Q    All right.  And we attempted to start this
23 interview a second ago and just for the record, I just
24 wanted to put it on this record that the video camera

3

1  BY MR. JAMES DURAN:
2      Q    My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois.  I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  individuals working for I-DOC arising out of the
9  operation.
10     I'm here on behalf of the Defendants, the
11 employees of the I-DOC.  Certain inmates are the named
12 Plaintiffs in this case and are represented by a law
13 firm, Loevy & Loevy.  The lawsuit is a class action
14 and at this stage, the class has not yet been
15 certified by the judge.
16     Because you were housed at Illinois River and Big
17 Muddy River, you are a potential class member, which
18 means that if the judge certifies a class, you would
19 be represented by Plaintiff's attorneys.  If the judge
20 certifies a class, your interest could be adverse to
21 that of the Defendants.
22     You are of course, free to contact an attorney
23 before speaking to me.  But I would like to interview
24 you to get a better understanding of what happened

2

1  battery ran out.  So we are starting this interview
2  over again, but I did read this statement to you when
3  we started the video the first time; is that correct?
4      A    Yes, sir.
5      Q    Okay.  And you gave me some answers, but we
6  are going to go over all this stuff again.
7      A    That's fine.
8      Q    So can you tell me what you remember about
9  the Illinois River shakedown?
10     A    Before we were in our cells, you know, they
11 -- throughout the camp, they were doing the whole --
12 every house in the institution.  They got the
13 receiving lines, they came in, you know they do their
14 little run thing around, hit the doors.  Everybody
15 gets up and running, come to the door.
16     When I get to the door they tell one of you all
17 step in the back and one to the front and you get
18 completely nude.  You squat, cough, do all that stuff,
19 but you can wipe -- when you lift, you got to lift
20 your testicles, stuff like that.
21     Then they proceed to check your mouth after the
22 fact that you squat, coughed, checked, moved your
23 testicles and then put your hands in your mouth.
24     We stayed completely nude underneath your

4



Ross, et al. vs. Gossett, et al. 15-309   063826

1 jumpsuit or your blues.  You get to keep your shoes
2 on.  Then from that point, you step out of your cell,
3 put your head against the wall until your cellmate is
4 done.  And then he does the same, same process.
5     And then as I said, put your head on the guy's
6 ass in front of you.  You stand in a straight line.
7 As you're walking, you walk with your head down, your
8 hands cuffed.  And they proceeded to take us through
9 -- back through "seg" (phonetic).
10    Take us to the "seg" yard, the basketball court
11 where they had us all stand and it's like the big
12 square.  Well they are going to be on our back, our
13 heads down, our heads to the fence up.  If anybody
14 moved or talked, nothing like that, there was verbal
15 and also physical repercussions of that.
16    We stood out in the "seg" yard for about two --
17 two-and-a-half hours while they did their shakedowns.
18    Q    Okay.  I want to ask you about the
19 individuals that came to your cell.  The correctional
20 officers, were they men?
21    A    No, they were men, yes, sir.  But there was
22 -- there was women present in the Orange Crush.
23    Q    Okay.  But the ones that came to your unit
24 and strip-searched you were men?

5

1    A    Were men; yes, sir.
2    Q    All right.  And you were in receiving,
3 correct?
4    A    Yep.
5    Q    Okay, and that's why you got a jumpsuit
6 instead of the dress blues?
7    A    Right.
8    Q    Okay, so when you left the cell after you
9 were strip-searched, you were allowed to put your --
10 your jumpsuit back on with no underwear, right?
11    A    With nothing on underneath it.  No socks, no
12 nothing.  You were allowed your shoes and your
13 jumpsuit.
14    Q    Okay.  And then after the -- after you were
15 at the basketball court facing the fence for a couple
16 of hours, what happened?
17    A    We stood.  We just stood there until they
18 were finished, which it was really cold.  It was still
19 cold, then, you know it was raining.
20    And of course, then, like I said I had the
21 jumpsuit, but my belt there was broken so my jumpsuit
22 kept on falling down.  And I was eventually half-naked
23 out in the middle of the cold weather.  I believe it
24 was in March.

6

1    Q    So were you walked back from the basketball
2 court in the same manner you were walked out?
3    A    Same manner that you came out, you were --
4 you were led back in.
5    Q    And you said they put your -- they had you
6 put your head on the guy's ass in front of you or in
7 his ass or whatever.
8    A    Yeah, that was their words.
9    Q    "Put your head in his ass?"
10    A    Yeah.
11    Q    Obviously, your head wasn't in his ass.
12    A    Obviously, yeah.
13    Q    But you were -- you were leaned over very
14 far in?
15    A    Yep.  Well, we're close enough, you run into
16 the guy -- literally, you run into his ass in front of
17 you with as close as you get, you know?
18    Q    Okay.
19    A    Because people are stumbling, trying to walk
20 with their head down, handcuffed (inaudible 00:05:37).
21    Q    All right.  Did you have leg shackles on or
22 anything?
23    A    Not the leg shackles.
24    Q    Okay, and you were cuffed behind your back?

7

1    A    Just cuffed behind your back.
2    Q    Did they have you bend over like at a 90
3 degree angle, almost?
4    A    Yep.
5    Q    Okay, so you were very far bent over?
6    A    Very far bent over.
7    Q    Okay.  And then you went back to your cell?
8    A    Yep.
9    Q    And what happened there?
10    A    They had one guy go to the back and one get
11 -- so you -- one guy in the front.  One guy had to
12 have his head on the wall to get handcuffed.  You got
13 to the back of the cell, put your hands on the back of
14 your head, the same with your cellmate and they shut
15 the door.
16    Q    Okay.
17    A    And that was it for that.
18    Q    Now what was the condition of your cell when
19 you arrived at it?
20    A    It was tore up, completely tore apart.  Like
21 I was in receiving, I had nothing.  You know, other
22 than then -- they -- they took one of my bars of soap.
23 I had a brand new bar of soap, it was in the toilet
24 for no apparent reason.

8

Pages 5 to 8


McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063826

1     Shampoo was dumped out. My bed was completely
2 throw apart, sheets were on the floor. All my clean
3 boxes of shirts were all over the floor. It was a
4 mess, just a complete, a complete mess.
5     Q   And do you remember anyone saying anything
6 during the shakedown?
7     A   It was very funny. They thought was very
8 humorous to do what they were doing. They were making
9 some -- there was monkey comments made, which were
10 intended to be racist. Basically, we have our -- have
11 their -- basically they said our lives were in their
12 hands.
13     Q   Do you know the names of any of the
14 individuals that participated in that shakedown?
15     A   Officers?
16     Q   Yes.
17     A   No, I do not. Not that I don't remember.
18     Q   Okay. All right, and is that the first
19 facility-wide shakedown that you had to go through?
20     A   Yes, sir. I was transported right from
21 here. I housed here but went there, and then as soon
22 as I got back here, they were here.
23     Q   Okay. So you had the misfortune of arriving
24 at -- at Big Muddy River when they were doing the

        9

1     Q   Okay. And what was on your shakedown slip?
2     A   Just on file, their names.
3     Q   No contraband?
4     A   No contraband, no.
5     Q   Okay.
6     A   Their signature, badge number; stuff like
7 that.
8     Q   All right. And then can you explain how you
9 were walked from the cell house at Big Muddy, where
10 did you go?
11     A   We went to the -- the dining hall.
12     Q   Okay.
13     A   In the same manner. The head in the back of
14 the guy in front of you. Actually, I had my head up
15 too high at one point and I was struck in the back of
16 the head with one of their clubs.
17     Q   Did you receive medical attention ?
18     A   It wasn't enough to receive medical
19 attention, no. But there was people in front of me
20 that were thrown down. Some people got their
21 shoulders messed up and they had to receive medical
22 attention.
23     Q   Okay. But you didn't receive medical
24 attention?

        11

1 shakedown?
2     A   Yeah.
3     Q   How long after the Illinois River one was
4 that?
5     A   It was about a week, a week-and-a-half.
6     Q   So a week later, you show up here and what
7 happened during the shakedown?
8     A   The same -- same routine. Get naked, squat,
9 cough. I had my blues this time, I didn't have a
10 jumpsuit.
11     Q   Okay. Was the strip-search the same
12 procedure as the one before?
13     A   Same exact procedure, yes.
14     Q   And then the only difference this time was
15 you were allowed to put your blues on because you
16 weren't in a jumpsuit?
17     A   I wasn't in a jumpsuit, yep.
18     Q   All right. Was it the same case where two
19 individuals came to your cell to shake you down?
20     A   Yep, they were from Vandalia. I actually
21 have my shakedown slip from them. It was two officers
22 from Vandalia.
23     Q   Did you know them?
24     A   No, I did not know them.

        10

1     A   I didn't, no.
2     Q   So you were walked to the dining area?
3     A   The dining hall, yeah.
4     Q   Okay. And what happened when you got to the
5 dining hall?
6     A   We were sat with our hands cuffed at the
7 table. There are four-man tables with our head down
8 and our hands cuffed, silent. We can't talk. There
9 was no talking. Anybody that talked, there was verbal
10 and physical repercussion.
11     Q   All right. And did you suffer any verbal or
12 physical repercussions?
13     A   Nope, other than that one time getting
14 struck in the back of the head.
15     Q   Okay. And how long did you remain in the
16 dining hall with your head on the table?
17     A   About two hours, two-and-a-half hours, same
18 amount.
19     Q   And then after that, where did you go?
20     A   Same procedure, walked back to the cell
21 house just like we've been because we were led back to
22 the cell. Then get uncuffed. One cellmate was in the
23 back and then they uncuffed you. They shut the door
24 and that was it.

        12

        Pages 9 to 12

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 118 of 214   Page ID
#20036
Ross, et al. vs. Gossett, et al. 15-309   063828

1      Q   You know can I have you just stand up and
2   put your hands behind your back and show me how you
3   were leaned -- leaned over to do the walk?
4      A   Just like this.
5      Q   Can you walk a little further away from the
6   camera so I can see?
7      A   Yep.
8      Q   Okay.  Now turn sideways some.  Okay, and
9   that's how you had to walk?
10      A   Yeah, the whole time.
11      Q   Okay, thank you.
12      A   Yes, sir.
13      Q   You can sit down.  Have you had to go
14   through any other facility-wide shakedowns since the
15   one at Big Muddy?
16      A   No, sir.
17      Q   Okay, so it was only those two?
18      A   Yes.
19      Q   You had all the luck?
20      A   Yeah, that was enough.
21      Q   All right.  Do you remember anything that
22   was said by the officers during the shakedown at Big
23   Muddy?
24      A   Not -- not off the top of my head, no.  It

                                                        13

1   is a little bit nicer here than it was at Illinois
2   River.
3      Q   How so?
4      A   Just the verbal stuff, not as vulgar towards
5   people.
6      Q   And when the officers came into your cell at
7   Big Muddy, I am not sure if we covered this already,
8   but was it two males officers you had?
9      A   Yeah, two male officers.
10      Q   Okay.  I have no further questions for you.
11      A   Okay.
12      Q   Thank you, very much.
13      A   Yeah, thank you.
14          (End of interview)
15
16
17
18
19
20
21
22
23
24

                                                        14

1      I, Audrey Marie Skaja, do hereby certify or
2   affirm that I have impartially transcribed the
3   foregoing from a digitally recorded statement of the
4   above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

                                                        15

Pages 13 to 15



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 119 of 214   Page ID
#23533
Ross, et al. vs. Gossett, et al. 15-309      063829

**A**

ability
15:4
above-mentioned
15:4
action
2:13
adverse
2:20 3:8
affirm
15:2
ago
3:23
allowed
6:9,12 10:15
amount
12:18
angle
8:3
answers
4:5
anybody
5:13 12:9
apart
8:20 9:2
apparent
8:24
area
12:2
arising
2:8
arrived
8:19
arriving
9:23
ass
5:6 7:6,7,9,11,16
attempted
3:22
attention
11:17,19,22,24
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
15:1

**B**

back
4:17 5:9,12 6:10 7:1,4
  7:24 8:1,7,10,13,13
  9:22 11:13,15 12:14
  12:20,21,23 13:2
badge
11:6
bar
8:23
bars
8:22
basically
9:10,11
basketball
5:10 6:15 7:1
battery
4:1
bed
9:1
behalf
2:10 3:3
believe

6:23
belt
6:21
bend
8:2
bent
8:5,6
best
15:4
better
2:24
big
2:6,16 3:11,19 5:11
  9:24 11:9 13:15,22
  14:7
bit
14:1
blues
5:1 6:6 10:9,15
boxes
9:3
brand
8:23
broken
6:21

**C**

camera
3:24 13:6
camp
4:11
can't
12:8
case
2:12 3:3 10:18
cell
5:2,19 6:8 8:7,13,18
  10:19 11:9 12:20,22
  14:6
cellmate
5:3 8:14 12:22
cells
4:10
Centers
2:7
certain
2:7,11
certified
2:15
certifies
2:18,20
certify
15:1
check
4:21
checked
4:22
Chicago
1:12
class
2:13,14,17,18,20
clean
9:2
close
7:15,17
clubs
11:16
cold
6:18,19,23
come
4:15
comments
9:9

complete
9:4,4
completely
4:18,24 8:20 9:1
condition
8:18
consequences
3:8
contact
2:22
contraband
11:3,4
correct
3:20 4:3 6:3
correctional
2:7 5:19
cough
4:18 10:9
coughed
4:22
couple
6:15
course
2:22 6:20
court
5:10 6:15 7:2
covered
14:7
Crush
5:22
cuffed
5:8 7:24 8:1 12:6,8

**D**

defend
3:3
Defendants
2:10,21 3:3
degree
8:3
didn't
10:9 11:23 12:1
difference
10:14
digitally
15:3
dining
11:11 12:2,3,5,16
disciplinary
3:4
doing
4:11 9:8,24
door
4:15,16 8:15 12:23
doors
4:14
dress
6:6
dumped
9:1
Duran
2:1,2

**E**

employees
2:11
eventually
6:22
Everybody
4:14
exact
10:13
experience

3:2
explain
11:8

**F**

facility-wide
9:19 13:14
facing
6:15
fact
4:22
falling
6:22
far
7:14 8:5,6
fence
5:13 6:15
file
11:2
filed
2:5
fine
4:7
finished
6:18
firm
2:13
first
4:3 9:18
floor
11:9:2,3
foregoing
15:3
four-man
12:7
free
2:22
front
4:17 5:6 7:6,16 8:11
  11:14,19
funny
9:7
further
13:5 14:10

**G**

G-e-t-t-y
3:17
gathering
3:2
General
1:10
getting
12:13
Getty
1:5 3:16,18
give
3:15
go
4:6 8:10 9:11 10:10
  12:19 13:13
going
4:6 5:12
good
6:2
guy
7:16 8:10,11,11 11:14
guy's
5:5 7:6

**H**

half-naked
6:22
hall
11:11 12:3,5,16

handcuffed
7:20 8:12
hands
4:23 5:8 8:13 9:12 12:6
  12:8 13:2
happened
2:24 3:10 6:16 8:9 10:7
  12:4
head
5:3,5,7 7:6,9,11,20
  8:12,14 11:13,14,16
  12:7,14,16 13:24
heads
5:13,13
high
11:15
hit
4:14
hoping
3:9
hours
5:17 6:16 12:17,17
house
3:18 4:12 11:9 12:21
housed
2:5,16 9:21
humorous
9:8

**I**

I-DOC
2:8,11 3:3
I'm
2:2,3,10 3:9
Illinois
1:10,12 2:3,6,16 3:11
  3:19 4:9 10:3 14:1
impartially
15:2
inaudible
7:20
individuals
2:8 5:19 9:14 10:19
information
3:2
inmate
1:6 3:15
inmates
2:5,11 3:5
institution
4:12
intended
9:10
interest
2:20
interview
1:5 2:4,23 3:6,23 4:1
  14:14
it's
5:11

**J**

James
2:1,2
judge
2:15,18,19
jumpsuit
5:1 6:5,10,13,21,21
  10:10,16,17

**K**

K-u-e-n-t-i-
3:16

keep
5:1
kept
6:22
know
4:10,13 6:19 7:17 8:21
  9:13 10:23,24 13:1
Kuentin
1:5 3:16

**L**

law
2:12
Lawrence
2:7
lawsuit
2:5,13
leaned
7:13 13:3,3
led
7:4 12:21
left
6:8
leg
7:21,23
lift
4:19,19
line
5:6
lines
4:13
literally
7:16
little
4:14 13:5 14:1
lives
9:11
Loevy
2:13,13
long
10:3 12:15
luck
13:19

**M**

M42745
1:6 3:17
making
9:8
male
14:9
males
14:8
manner
7:2,3 11:13
March
6:24
Marie
15:1
means
2:18
medical
11:17,18,21,23
member
2:17
men
5:20,21,24 6:1
Menard
2:6
mess
9:4,4
messed
11:21


McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309      063829

1

Ross et al. vs. Gossett, et al. 15-309   063830

middle
6:23
misfortune
9:23
monkey
9:9
mouth
4:21,23
moved
4:22 5:14
Muddy
2:6,17 3:11,19 9:24
  11:9 13:15,23 14:7

**N**

n
3:17
naked
10:8
name
2:3 3:15,16
named
2:11
names
9:13 11:2
new
8:23
nicer
14:1
Nope
12:13
nude
4:18,24
number
1:6 3:15,17 11:6

**O**

Obviously
7:11,12
occurred
2:4
offer
3:7
officers
5:20 9:15 10:21 13:22
  14:6,8,9
okay
3:12,14,16 4:5 5:18,23
  6:5,8,14 7:18,24 8:5
  8:7,16 9:18,23 10:11
  11:1,5,12,23 12:4,15
  13:8,8,11,17 14:10
  14:11
ones
5:23
operation
2:9 3:1
Orange
5:22

**P**

participated
9:14
participating
3:7
people
7:19 11:19,20 14:5
phonetic
2:2 5:9
physical
5:15 12:10,12
Plaintiff's
2:19

Plaintiffs
2:12
please
3:14
point
5:2 11:15
position
3:7
potential
2:17
present
5:22
procedure
10:12,13 12:20
proceed
4:21
proceeded
5:8
proceedings
15:4
process
5:4
purposes
3:4
put
3:24 4:23 5:3,5 6:9 7:5
  7:6,9 8:13 10:15
  13:2

**Q**

questions
3:12 14:10

**R**

racist
9:10
raining
6:19
ran
4:1
Randolph
1:11
read
4:2
really
6:18
reason
8:24
receive
11:17,18,21,23
receiving
4:13 6:2 8:21
record
3:23,24
recorded
15:3
refuse
3:8
remain
12:15
remember
3:12 4:8 9:5,17 13:21
repercussion
12:10
repercussions
5:15 12:12
represented
2:12,19
right
3:18,22 6:2,7,10 7:21
  9:18,20 10:18 11:8
  12:11 13:21
River

2:6,16,17 3:11,11,19
  3:19 4:9 9:24 10:3
  14:2
routine
10:8
run
4:14 7:15,16
running
4:15

**S**

sat
12:6
saying
9:5
second
3:23
see
13:6
seg
5:9,10,16
shackles
7:21,23
shake
10:19
shakedown
2:4 4:9 9:6,14,19 10:1
  10:7,21 11:1 13:22
shakedowns
3:10 5:17 13:14
Shampoo
9:1
sheets
9:2
shirts
9:3
shoes
5:1 6:12
shoulders
11:21
show
10:6 13:2
shut
8:14 12:23
sideways
13:8
signature
11:6
silent
12:8
sir
3:13,21 4:4 5:21 6:1
  9:20 13:12,16
sit
13:13
Skaja
15:1
slip
10:21 11:1
soap
8:22,23
socks
6:11
soon
9:21
speaking
2:23
spell
3:14
square
5:12
squat
4:18,22 10:8

stage
2:14
stand
5:6,11 13:1
start
3:22
started
4:3
starting
4:1
state
2:3 3:14
statement
4:2 15:3
stayed
4:24
step
4:17 5:2
stood
5:16 6:17,17
straight
5:6
Street
1:11
strip-search
10:11
strip-searched
5:24 6:9
struck
11:15 12:14
stuff
4:6,18,20 11:6 14:4
stumbling
7:19
suffer
12:11
sure
14:7

**T**

table
12:7,16
tables
12:7
tactical
3:1
take
5:8,10
talk
3:9,10 12:8
talked
5:14 12:9
talking
12:9
tell
4:8,16
testicles
4:20,23
thank
13:11 14:12,13
that's
4:7 6:5 13:9
thing
4:14
thought
9:7
throw
9:2
thrown
11:20
time
4:3 10:9,14 12:13
  13:10

today
2:3
toilet
8:23
top
13:24
tore
8:20,20
transcribed
15:2
TRANSCRIPTION
1:4
transported
9:20
trying
7:19
turn
13:8
two
5:16 10:18,21 12:17
  13:17 14:8,9
two-and-a-half
5:17 12:17

**U**

uncuffed
12:22,23
underneath
4:24 6:11
understanding
2:24
underwear
6:10
unit
5:23

**V**

Vandalia
10:20,22
verbal
5:14 12:9,11 14:4
video
3:24 4:3
voluntary
3:6
vulgar
14:4

**W**

walk
5:7 7:19 13:3,5,9
walked
7:1,2 11:9 12:2,20
walking
5:7
wall
5:3 8:12
want
5:18
wanted
3:24
wasn't
7:11 10:17 11:18
we've
12:21
we're
7:15
weather
6:23
week
10:5,6
week-and-a-half
10:5

went
8:7 9:21 11:11
weren't
10:16
West
1:11
willing
3:9
wipe
4:19
women
5:22
words
7:8
working
2:8

**X**

**Y**

yard
5:10,16
yeah
7:8,10,12 10:2 12:3
  13:10,20 14:9,13
yep
6:4 7:15 8:4,8 10:17,20
  13:7
you're
5:7

**Z**

**0**

00:05:37
7:20

**1**

100
1:11
13th
1:11

**2**

2014
2:4 3:11,19

**3**

312
1:13

**4**

**5**

**6**

60601
1:12

**7**

**8**

814-3695
1:13

**9**

90
8:2



McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052
Ross et al. vs. Gossett, et al. 15-309   063830

2

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 121 of 214   Page ID #10944

Ross, et al. vs. Gossett, et al. 15-309   063831

AUDIO TRANSCRIPTION
Interview of Darnell Gray
Inmate Number  B58568


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

BY MR. JAMES DURAN:

2    Q    My name is James Duran (phonetic) and I'm an
attorney for the state of Illinois.  I'm here today to
interview you about a shakedown that occurred in 2014.
A lawsuit has been filed by inmates that were housed
at Menard, Illinois River, Big Muddy River and
Lawrence Correctional Centers against certain
individuals working for Illinois Department of
Corrections arising out of the operation.

10    I'm here on behalf of the Defendants, the
employees of the I-DOC.  Certain inmates are the named
Plaintiffs in this case and are represented by a law
firm, Loevy & Loevy.  The lawsuit is a class action
and at this stage, the class has not yet been
certified by the judge.

16    Because you were housed at Illinois River
Correctional Center, you are a potential class member.
That means that if the judge certifies a class, you
would be represented by Plaintiff's attorneys.  If the
judge certifies a class, your interest could be
adverse to that of the Defendants.

22    You are of course free to contact an attorney
before speaking to me.  But I would like to interview
you to get a better understanding of what happened

2

1 during the tactical operation, and what your
2 experience was.  I am gathering this information to
3 defend the case on behalf of the Illinois Department
4 of Corrections Defendants, but not for any
5 disciplinary purposes against you or any other
6 inmates.
7    This interview is voluntary.  I am not in a
8 position to offer you anything for participating and
9 there will be no adverse consequences if you refuse to
10 talk to me.  However, I'm hoping that you are willing
11 to talk to me about what happened during the shakedown
12 at Illinois River Correctional Center in 2014; if you
13 remember.  So is it okay if I ask you some questions?
14    A    Absolutely.
15    Q    Can you please state and spell your name and
16 give me your inmate number?
17    A    Darnell Gray, Darnell Gray; Number B58568.
18    Q    And you were housed at the Illinois River
19 Correctional Center in April of 2014; is that correct?
20    A    Yes, sir.
21    Q    And do you recall a shakedown that occurred
22 that day?
23    A    Yes, sir.
24    Q    Can you explain what you remember occurred

3

1 during the shakedown starting at the beginning?
2    A    Starting at the beginning, well, they came
3 to the cell, they made us strip, touch ourselves,
4 spread ourselves, go inside our mouths and (inaudible
5 00:02:15) and they had us put our clothes on, pants,
6 no drawers, of course, blue shirt and slippers.
7    They led us out to the hallway where there was
8 other guys, then we was led down to -- with heads
9 down, and they made us, it was sort of like a train.
10 Made us all you know, get close together.
11    We had our heads down, hands behind your back, of
12 course cuffed.  And the guys waiting (inaudible
13 00:02:44) going to happen to us.  It was threats.
14 They had a few threats in between if a guy had, you
15 know, not saying the guys wasn't complying because
16 everyone complied.
17    But just the mere fact of trying to walk with
18 your head down was -- that was kind of tough.  You
19 know, trying to keep as little space in between your
20 body and the other individual as possible.  So that
21 was -- that was pretty tough.
22    Q    Did any of the officers use physical force
23 on you during the incident?
24    A    Me personally, I wasn't.  I saw there were

4



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063831

1    guys who were; yeah.
2       Q    You were walked out of the cell house and
3    then you were taken to where?
4       A    To the gym.
5       Q    All right, and what happened when you
6    arrived at the gym?
7       A    Well, we was at the gym, we -- they lined
8    everyone up.  They didn't -- the never loosened the
9    cuffs.  They never took the cuffs off or put the cuffs
10   on in front, you know, like other shakedowns where
11   that's what happened.
12      We stood up there with our heads on the wall for
13   approximately three hours.  You know, we had asked to
14   loosen the cuffs.  We were told to shut up.  Don't
15   talk, keep your head on the wall, you know straight
16   forward.
17      We had guys that had to use the bathroom and
18   because we didn't have any water.  They turned the
19   water and things off and then -- so we had guys that
20   was doing what they can from pissing on themselves and
21   what have you.  We had guys who had medical issues
22   that was falling out.
23      And we had other guys who just asked me,
24   (inaudible 00:04:14).

5

1       Q    What was damaged?
2       A    Magazines, clothing, they went through
3    dumping the stuff all over.  Crap, clothes, and all
4    sorts of things, yeah.
5       Q    Were you given any tickets or any shakedown
6    slips for anything in your cell?
7       A    No.
8       Q    Okay, I have nothing further, thank you.
9       A    Yes, sir.
10          (End of Interview)
11
12
13
14
15
16
17
18
19
20
21
22
23
24

7

1       Q    When you left the gym, did you return to the
2    cell house?
3       A    Yeah.
4       Q    And how were you brought back to the cell
5    house?
6       A    In the same fashion.
7       Q    All right.  When you arrived at your cell,
8    did you notice anything that was wrong?
9       A    Yeah, it was all totally (inaudible
10   00:04:40).  Yeah, everything was just -- I don't know,
11   I can't even describe it.  It was a hurricane.  If
12   there was such thing as a hurricane coming through,
13   just it was terrible.
14      Q    Were you missing anything from your cell?
15      A    I wasn't.  I wasn't missing anything, but
16   other guys, I don't know if I should speak on their
17   behalf.  One or two other guys that was missing
18   jewelry.  We had guys that was missing -- we had guys
19   that was missing things.
20      Q    And you weren't missing anything?
21      A    Me personally, no.  They went through my
22   stuff, anyhow.
23      Q    Was any of your property damaged?
24      A    Yeah, it was.

6

1       I, Audrey Marie Skaja, do hereby certify or
2    affirm that I have impartially transcribed the
3    foregoing from a digitally recorded statement of the
4    above-mentioned proceedings to the best of my ability.
5
6          Audrey M. Skaja
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

8

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 123 of 214   Page ID
#2549
Ross, et al. vs. Gossett, et al. 15-309
063833

## A

ability
8:4
above-mentioned
8:4
Absolutely
3:14
action
2:13
adverse
2:21 3:9
affirm
8:2
approximately
5:13
April
3:19
arising
2:9
arrived
5:6 6:7
asked
5:13,23
attorney
1:9 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
8:1

## B

B58568
1:6 3:17
back
4:11 6:4
bathroom
5:17
beginning
4:1,2
behalf
2:10 3:3 6:17
best
8:4
better
2:24
Big
2:6
blue
4:6
body
4:20
brought
6:4

## C

can't
6:11
case
2:12 3:3
cell
4:3 5:2 6:2,4,7,14 7:6
Center
2:17 3:12,19
Centers
2:7
certain
2:7,11
certified
2:15
certifies

## D

damaged
6:23 7:1
Darnell
1:5 3:17,17
day
3:22
defend
3:3
Defendants
2:10,21 3:4
Department
2:8 3:3
describe
6:11
didn't
5:8,18
digitally
8:3
disciplinary
3:5
doing
5:20
Don't
5:14
drawers
4:6
dumping
7:3
Duran
2:1,2

## E

employees
2:11

certify
8:1
Chicago
1:11
class
2:13,14,17,18,20
close
4:10
clothes
4:5 7:3
clothing
7:2
coming
6:12
complied
4:16
complying
4:15
consequences
3:9
contact
2:22
correct
3:19
Correctional
2:7,17 3:12,19
Corrections
2:9 3:4
course
2:22 4:6,12
Crap
7:3
cuffed
4:12
cuffs
5:9,9,9,14

## F

fact
4:17
falling
5:22
fashion
6:6
filed
2:5
firm
2:13
Floor
1:10
force
4:22
foregoing
8:3
forward
5:16
free
2:22
front
5:10
further
7:8

## G

gathering
3:2
General
1:9
give
3:16
given
7:5
go
4:4
going
4:13
Gray
1:5 3:17,17
guy
4:14
guys
4:8,12,15 5:1,17,19,21
  5:23 6:16,17,18,18
gym
5:4,6,7 6:1

## H

hallway
4:7
hands
4:11
happen
4:13
happened
2:24 3:11 5:5,11
head
4:18 5:15
heads
4:8,11 5:12
hoping
3:10
hours
5:13
house
5:2 6:2,5

experience
3:2
explain
3:24

housed
2:5,16 3:18
hurricane
6:11,12

## I

I-DOC
2:11
I'm
2:2,3,10 3:10
Illinois
1:9,11 2:3,6,8,16 3:3
  3:12,18
impartially
8:2
inaudible
4:4,12 5:24 6:9
incident
4:23
individual
4:20
individuals
2:8
information
3:2
inmate
1:6 3:16
inmates
2:5,11 3:6
inside
4:4
interest
2:20
interview
1:5 2:4,23 3:7 7:10
issues
5:21

## J

James
2:1,2
jewelry
6:18
judge
2:15,18,20

## K

keep
4:19 5:15
kind
4:18
know
4:10,15,19 5:10,13,15
  6:10,16

## L

law
2:12
Lawrence
2:7
lawsuit
2:5,13
led
4:7,8
left
6:1
lined
5:7
little
4:19
Loevy
2:13,13

loosen
5:14
loosened
5:8

## M

Magazines
7:2
Marie
8:1
means
2:18
medical
5:21
member
2:17
Menard
2:6
mere
4:17
missing
6:14,15,17,18,19,20
mouths
4:4
Muddy
2:6

## N

name
2:2 3:15
named
2:11
never
5:8,9
notice
6:8
number
1:6 3:16,17

## O

occurred
2:4 3:21,24
offer
3:8
officers
4:22
okay
3:13 7:8
operation
2:9 3:1

## P

pants
4:5
participating
3:8
personally
4:24 6:21
phonetic
2:2
physical
4:22
pissing
5:20
Plaintiff's
2:19
Plaintiffs
2:12
please
3:15
position
3:8

possible
4:20
potential
2:17
pretty
4:21
proceedings
8:4
property
6:23
purposes
3:5
put
4:5 5:9

## Q

questions
3:13

## R

Randolph
1:10
recall
3:21
recorded
8:3
refuse
3:9
remember
3:13,24
represented
2:12,19
return
6:1
right
5:5 6:7
River
2:6,6,6 3:12,18

## S

saw
4:24
saying
4:15
shakedown
2:4 3:11,21 4:1 7:5
shakedowns
5:10
shirt
4:6
shut
5:14
sir
3:20,23 7:9
Skaja
8:1
slippers
4:6
slips
7:6
sort
4:9
sorts
7:4
space
4:19
speak
6:16
speaking
2:23
spell
3:15
spread



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 124 of 214   Page ID #21544

Ross, et al. vs. Gossett, et al. 15-309   063834

voluntary
  3:7

---

**W**

---

waiting
  4:12
walk
  4:17
walked
  5:2
wall
  5:12,15
wasn't
  4:15,24 6:15,15
water
  5:18,19
went
  6:21 7:2
weren't
  6:20
West
  1:10
willing
  3:10
working
  2:8
wrong
  6:8

---

**X**

---

**Y**

---

yeah
  5:1 6:3,9,10,24 7:4

---

**Z**

---

**0**

---

00:02:15
  4:5
00:02:44
  4:13
00:04:14
  5:24
00:04:40
  6:10

---

**1**

---

100
  1:10
13th
  1:10

---

**2**

---

2014
  2:4 3:12,19

---

**3**

---

312
  1:12

---

**4**

---

**5**

---

**6**

---

60601
  1:11

---

**7**

---

**8**

---

814-3695
  1:12

---

4:4
stage
  2:14
starting
  4:1,2
state
  2:3 3:15
statement
  8:3
stood
  5:12
straight
  5:15
Street
  1:10
strip
  4:3
stuff
  6:22 7:3

---

**T**

---

tactical
  3:1
taken
  5:3
talk
  3:10,11 5:15
terrible
  6:13
thank
  7:8
that's
  5:11
thing
  6:12
things
  5:19 6:19 7:4
threats
  4:13,14
three
  5:13
tickets
  7:5
today
  2:3
told
  5:14
totally
  6:9
touch
  4:3
tough
  4:18,21
train
  4:9
transcribed
  8:2
TRANSCRIPTION
  1:4
trying
  4:17,19
turned
  5:18
two
  6:17

---

**U**

---

understanding
  2:24
use
  4:22 5:17

---

**V**

---

2



McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063834

Ross, et al. vs. Gossett, et al. 15-309    063835

```
                AUDIO TRANSCRIPTION
            Interview of Jereoy Grines
            Inmate Number  R540131




              Illinois Attorney General
        100 West Randolph Street - 13th Floor
              Chicago, Illinois  60601
                   (312) 814-3695
```

                                                    1

1 BY MR. JAMES DURAN:
2      Q      Hello, my name is James Duran (phonetic) and
3 I'm an attorney for the state of Illinois.  I'm here
4 today to interview you about a shakedown that occurred
5 in 2014.  A lawsuit has been filed by inmates that
6 were housed at Menard, Illinois River, Big Muddy River
7 and Lawrence Correctional Centers against certain
8 individuals working for I-DOC arising out of the
9 operation.
10     I'm here on behalf of the Defendants, the
11 employees of the I-DOC.  Certain inmates are the named
12 Plaintiffs in this case and are represented by a law
13 firm, Loevy & Loevy.  This lawsuit is a class action
14 and at this stage, and at this stage the class has not
15 yet been certified by the judge.
16     Because you were housed at Big Muddy River,
17 you're a potential class member, which means that if
18 the judge certifies a class, you would be represented
19 by Plaintiff's attorneys.  If the judge certifies a
20 class, your interest could be adverse to the
21 Defendants.
22     You are of course, free to contact an attorney
23 before speaking to me.  But I would like to interview
24 you in order to get a better understanding of what

                                                    2

1 happened during the tactical operation, and what your
2 experience was.  I am gathering this information to
3 defend the case on behalf of I-DOC Defendants, but not
4 for any disciplinary purposes against you or any other
5 inmates.
6      This interview is voluntary.  I am not in a
7 position to offer you anything for participating and
8 there will be no adverse consequences if you refuse to
9 talk to me.  However, I'm hoping that you are willing
10 to talk to me about what happened during the shakedown
11 at Big Muddy River 2014; if you remember.  So is it
12 okay if we ask you some questions today?
13     A      Yeah.
14     Q      Okay, can you please state and spell your
15 name and give your inmate number?
16     A      Jereoy Grines, J-e-r-e-o-y G-r-i-n-e-s.
17     Q      What's your inmate number?
18     A      R540131.
19     Q      And you're currently at Pontiac Correctional
20 Center, right?
21     A      Correct.
22     Q      All right.  Do you remember the shakedown
23 that happened in the -- in 2014 between April and July
24 at Big Muddy River?

                                                    3

1      A      Yes.
2      Q      Okay.  And you were housed at Big Muddy at
3 that time?
4      A      Correct.
5      Q      All right.  How many facility-wide
6 shakedowns have you been involved in since you were
7 incarcerated?
8      A      Like three.
9      Q      Okay.
10     A      Like three of them, three, at least three.
11     Q      All right.  And you said there was one
12 recently at Pontiac?
13     A      There was one recently here at Pontiac.
14     Q      Okay.  All right.  First I want to talk to
15 you about the one that happened during the period of
16 April to July of 2014 down at Big Muddy River.  What
17 do you recall about that shakedown?
18     A      It was very inappropriate tactics from
19 officers pretending to the well-being of inmates,
20 mentally and physically.
21     Q      Can you tell me the first thing that you di
22 that you remember when the Tact Team came in to do the
23 shakedown?
24     A      When they came in they was doing some kind

                                                    4

Pages 1 to 4



**Page 5**

1    of check, like waving the head forward, pushing the
2    head forward and screaming some kind of chant.  And
3    people -- and other inmates was saying that that was
4    Hitler, some Nazi-Hitler stuff that they were doing.
5       Q   Did officers arrive at your cell and do a
6    shakedown?
7       A   Yes, they did.
8       Q   What happened when the officers arrived at
9    your cell?
10       A   They came to my cell and took me and my
11    cellmate.  They strip-searched me and strip-searched
12    him, my cellmate.  First they strip-searched me while
13    my cellmate was standing there and then they strip-
14    searched my cellmate while I was right there.  And
15    then they took us -- then they strip-searched other
16    people and they took all of us to the chow hall.
17       Q   All right, let me stop you for one second
18    there.  When they did the strip-search, how did they
19    perform it?  Was it a normal strip-search that is
20    normally done in the Department of Corrections?
21       A   They was just -- they was telling people,
22    "Take off your clothes, strip naked, squat, spread
23    your butt."  Things of that nature.
24       Q   Okay.  Did they have you open your mouth,

**Page 6**

1    move your tongue around?
2       A   Open you're your mouth, move your tongue,
3    whip both of your ears, put your fingers in your ears,
4    stuff like that.
5       Q   All right.  Do you know who the officers
6    were that came into your cell?
7       A   The officers that specifically shook me
8    down?
9       Q   Yes.
10       A   I don't know.
11       Q   Do you know the race of the officers who
12    shook you down?
13       A   Caucasian, white men, white.
14       Q   Okay, were they both white?
15       A   Yes.
16       Q   As there any black officers involved?
17       A   It was a white man and a white woman and a
18    white -- two white men.
19       Q   All right, was there any black officers that
20    took part in the operation?
21       A   That took part in the operation, to my
22    specific knowledge, like one or two black officers.
23       Q   Okay.  So out of the whole -- out of the
24    whole Tact Team, there was one or two black officers?

**Page 7**

1       A   Correct.
2       Q   All right, and you don't know if it was two
3    men or a man and a woman that came to your cell and
4    shook you -- and strip-searched you?
5       A   No, I'm not quite sure.
6       (End of Interview)

**Page 8**

1       I, Audrey Marie Skaja, do hereby certify or
2    affirm that I have impartially transcribed the
3    foregoing from a digitally recorded statement of the
4    above-mentioned proceedings to the best of my ability.

Pages 5 to 8



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309   063836

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 127 of 214   Page ID
Ross, et al. vs. Gossett, et al. 15-309
#25947
063837

**A**

ability
8:4
above-mentioned
8:4
action
2:13
adverse
2:20 3:8
affirm
8:2
April
3:23 4:16
arising
2:8
arrive
5:5
arrived
5:8
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
8:1

**B**

behalf
2:10 3:3
best
8:4
better
2:24
Big
2:6,16 3:11,24 4:2,16
black
6:16,19,22,24
butt
5:23

**C**

case
2:12 3:3
Caucasian
6:13
cell
5:5,9,10 6:6 7:3
cellmate
5:11,12,13,14
Center
3:20
Centers
2:7
certain
2:7,11
certified
2:15
certifies
2:18,19
certify
8:1
chant
5:2
check
5:1
Chicago
1:12
chow
5:16
class

2:13,14,17,18,20
clothes
5:22
consequences
3:8
contact
2:22
Correct
3:21 4:4 7:1
Correctional
2:7 3:19
Corrections
5:20
course
2:22
currently
3:19

**D**

defend
3:3
Defendants
2:10,21 3:3
Department
5:20
di
4:21
digitally
8:3
disciplinary
3:4
doing
4:24 5:4
don't
7:2
Duran
2:1,2

**E**

ears
6:3,3
employees
2:11
experience
3:2

**F**

facility-wide
4:5
filed
2:5
fingers
6:3
firm
2:13
first
4:14,21 5:12
Floor
1:11
foregoing
8:3
forward
5:1,2
free
2:22

**G**

G-r-i-n-e-s
3:16
gathering
3:2
General

1:10
give
3:15
Grines
1:5 3:16

**H**

hall
5:16
happened
3:1,10,23 4:15 5:8
head
5:1,2
Hello
2:2
Hitler
5:4
hoping
3:9
housed
2:6,16 4:2

**I**

I-DOC
2:8,11 3:3
I'm
2:3,3,10 3:9 7:5
Illinois
1:10,12 2:3,6
impartially
8:2
inappropriate
4:18
incarcerated
4:7
individuals
2:8
information
3:2
inmate
1:6 3:15,17
inmates
2:5,11 3:5 4:19 5:3
interest
2:20
interview
1:5 2:4,23 3:6 7:6
involved
4:6 6:16

**J**

J-e-r-e-o-y
3:16
James
2:1,2
Jereoy
1:5 3:16
judge
2:15,18,19
July
3:23 4:16

**K**

kind
4:24 5:2
know
6:5,10,11 7:2
knowledge
6:22

**L**

law

2:12
Lawrence
2:7
lawsuit
2:5,13
Loevy
2:13,13

**M**

man
6:17 7:3
Marie
8:1
means
2:17
member
2:17
men
6:13,18 7:3
Menard
2:6
mentally
4:20
mouth
5:24 6:2
move
6:1,2
Muddy
2:6,16 3:11,24 4:2,16

**N**

naked
5:22
name
2:2 3:15
named
2:11
nature
5:23
Nazi-Hitler
5:4
normal
5:19
normally
5:20
number
1:6 3:15,17

**O**

occurred
2:4
offer
3:7
officers
4:19 5:5,8 6:5,7,11,16
6:19,22,24
okay
3:12,14 4:2,9,14 5:24
6:14,23
open
5:24 6:2
operation
2:9 3:1 6:20,21
order
2:24

**P**

part
6:20,21
participating
3:7
people

5:3,16,21
perform
5:19
period
4:15
phonetic
2:2
physically
4:20
Plaintiff's
2:19
Plaintiffs
2:12
please
3:14
Pontiac
3:19 4:12,13
position
3:7
potential
2:17
pretending
4:19
proceedings
8:4
purposes
3:4
pushing
5:1
put
6:3

**Q**

questions
3:12
quite
7:5

**R**

R540131
1:6 3:18
race
6:11
Randolph
1:11
recall
4:17
recorded
8:3
refuse
3:8
remember
3:11,22 4:22
represented
2:12,18
right
3:20,22 4:5,11,14 5:14
5:17 6:5,19 7:2
River
2:6,6,16 3:11,24 4:16

**S**

saying
5:3
screaming
5:2
searched
5:14
second
5:17
shakedown
2:4 3:10,22 4:17,23 5:6
shakedowns

4:6
shook
6:7,12 7:4
Skaja
8:1
speaking
2:23
specific
6:22
specifically
6:7
spell
3:14
spread
5:22
squat
5:22
stage
2:14,14
standing
5:13
state
2:3 3:14
statement
8:3
stop
5:17
Street
1:11
strip
5:22
strip-
5:13
strip-search
5:18,19
strip-searched
5:11,11,12,15 7:4
stuff
5:4 6:4
sure
7:5

**T**

Tact
4:22 6:24
tactical
3:1
tactics
4:18
Take
5:22
talk
3:9,10 4:14
Team
4:22 6:24
tell
4:21
telling
5:21
thing
4:21
Things
5:23
three
4:8,10,10,10
time
4:3
today
2:4 3:12
tongue
6:1,2
transcribed
8:2



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309   063837

1

Ross, et al. vs. Gossett, et al. 15-309   063838

**TRANSCRIPTION**
1:4
**two**
6:18,22,24 7:2

**U**
**understanding**
2:24

**V**
**voluntary**
3:6

**W**
**want**
4:14
**waving**
5:1
**well-being**
4:19
**West**
1:11
**What's**
3:17
**whip**
6:3
**white**
6:13,13,14,17,17,18,18
**willing**
3:9
**woman**
6:17 7:3
**working**
2:8

**X**

**Y**
**Yeah**
3:13
**you're**
2:17 3:19 6:2

**Z**

**0**

**1**
**100**
1:11
**13th**
1:11

**2**
**2014**
2:5 3:11,23 4:16

**3**
**312**
1:13

**4**

**5**

**6**
**60601**
1:12

**7**

**8**
**814-3695**
1:13



McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063838

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 129 of 214   Page ID
#21549
Ross, et al. vs. Gossett, et al. 15-309    063839

```
                AUDIO TRANSCRIPTION
          Interview of Roberto Guzman
            Inmate Number  M36795



           Illinois Attorney General
   100 West Randolph Street - 13th Floor
      Chicago, Illinois  60601
            (312) 814-3695
```

1

---

1  BY MR. JAMES DURAN:
2     Q    My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois. I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  individuals working for Illinois Department of
9  Corrections arising out of the operation.
10     I'm here on behalf of the Defendants, the
11  employees of the Illinois Department of Corrections.
12  Certain inmates are the named Plaintiffs in this case
13  and are represented by a law firm, Loevy & Loevy. The
14  lawsuit is a class action and at this stage, the class
15  has not yet been certified by the judge.
16     Because you were housed at Menard, you are a
17  potential class member, which means that if the judge
18  certifies a class, you would be represented by
19  Plaintiff's attorneys. If the judge certifies a
20  class, your interest could be adverse to the
21  Defendants.
22     You are of course, free to contact an attorney
23  before speaking to me. But I would like to interview
24  you to get a better understanding of what happened

2

---

1  during the tactical operation, and what your
2  experience was. I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purposes against you or any other
5  inmates.
6     This interview is voluntary. I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me. However, I'm hoping you are willing to
10  talk to me about what happened to you during the
11  shakedown at Big Muddy 2014; if you remember.
12     So is it okay if I ask you some questions?
13     A    Yes.
14     Q    Can you please state your name and give your
15  inmate number?
16     A    Guzman, Roberto, M36795.
17     Q    And you were housed at Menard Correctio
18  Center, April of 2014; is that correct?
19     A    Yes.
20     Q    And you recall a shakedown that happened at
21  Menard?
22     A    Yes.
23     Q    Can you explain to me what happened at that
24  time shakedown starting at the beginning, the first

3

---

1  thing you remember?
2     A    The first thing I remember I was laying down
3  and heard a bunch of noise. I heard, they were
4  hitting bars with clubs. They were -- I am assuming
5  there was clubs, I didn't see them, but I heard it.
6  They were stomping their feet, came to my cell and
7  started yelling and they were real aggressive with me.
8  They were aggressive with everyone that was around my
9  area. Told me to strip down and told me to touch all
10  my private areas and then after that told me to put m
11  hands in my mouth. Show then that I didn't have
12  nothing inside my mouth. And put my hands on my hair.
13  From there they cuffed me up real tight.
14     Q    I'm going to back you up for one second.
15  When they -- when they did the strip-search that was
16  at our cell; is at that time right?
17     A    Yeah.
18     Q    And was it done by male or female?
19     A    Male.
20     Q    Okay, and continue on. You were handcuffed
21  behind your back?
22     A    Yeah, real tight, though.
23     Q    Were you -- after you were strip-searched,
24  were you allowed to put on clothes?

4

---

Pages 1 to 4



Ross, et al. vs. Gossett, et al. 15-309   063840

1    A    Yes.

2    Q    What clothes did you put on?

3    A    Sweat -- they -- they allowed me to put on

4  either shorts or sweat pants and one t-shirt.  Put on

5  some sweatpants and a shirt and my sandals, my shower

6  shoes.  And they cuffed me up.  They cuffed me up real

7  tight.  And I told them it was real tight and they

8  just act like they didn't hear me.  Walk me to the

9  chapel.  And when we got to the chapel, they told us

10  to put our head against the wall.

11    Q    All right, how were you walked to the

12  chapel?

13    A    Cuffed -- in a line cuffed up.  They just

14  grabbed me from behind.  And when we got to the

15  chapel, they told us to put our heads against the

16  wall.  And a lot of people started complaining because

17  it felt like hours that we were there.

18        We didn't know how long we were in there, we

19  didn't have no watch, you know.  And our necks started

20  hurting and I had to use the washroom.  I told them I

21  had to use the washroom and he told me -- he told me,

22  "Shut the fuck up and keep your head against the

23  wall."

24        After all that was done, they took us back to the

5

1  cell and they -- man, they ran through everything.

2  Opened food up, spilled it all on the floor, crushed

3  my headphones, my pictures were crushed.  I was

4  missing an address book.

5        Took a whole bunch of cable that I -- cables that

6  I had for my TV.  Extra headphone extensions.

7  Everything was everywhere.  It took me about two hours

8  to put everything together.

9        And I got a shakedown slip, but it said nothing

10  found, what I -- everything they took.  Chess pieces

11  were missing.  Cards I had, playing cards, there was

12  cards missing.  And that was it.

13    Q    When asked to go to the bathroom and were

14  not allowed to use it, did you hold it and wait until

15  you went back into your cell to go to the bathroom?

16    A    Yeah.

17    Q    At any time during this shakedown, did any

18  of the officers beat you?

19    A    No, no.  They didn't beat me, but I

20  witnessed some grabbing people from their hair.  When

21  people were complaining about their necks, they

22  grabbed their head and put it against the wall.  And

23  they made -- they also made us, when we were going to

24  the chapel, get real close to each other, real close.

6

1  And people were complaining about that, also, and they

2  were being real rude, talking real tough to us.

3    Q    What were they saying?

4    A    Just pretty much, "Get your ass in line.

5  You shouldn't obtain jail or prison."  Just cursing at

6  certain individuals.

7    Q    Okay, thank you very much.

8    A    All right.

9        (End of Interview)

7

1

2        I, Audrey Marie Skaja, do hereby certify or

3  affirm that I have impartially transcribed the

4  foregoing from a digitally recorded statement of the

5  above-mentioned proceedings to the best of my ability.

6

7

8

9

8

Pages 5 to 8

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 131 of 214   Page ID
#12135

Ross, et al. vs. Gossett, et al. 15-309                 063841

**A**

ability
8:5
above-mentioned
8:5
act
5:8
action
2:14
address
6:4
adverse
2:20 3:8
affirm
8:3
aggressive
4:7,8
allowed
4:24 5:3 6:14
April
3:18
area
4:9
areas
4:10
arising
2:9
asked
6:13
ass
7:4
assuming
4:4
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
8:2

**B**

back
4:14,21 5:24 6:15
bars
4:4
bathroom
6:13,15
beat
6:18,19
beginning
3:24
behalf
2:10 3:3
best
8:5
better
2:24
Big
2:6 3:11
book
6:4
bunch
4:3 6:5

**C**

cable
6:5
cables
6:5
cards

6:11,11,12
case
2:12 3:3
cell
4:6,16 6:1,15
Center
3:18
Centers
2:7
certain
2:7,12 7:6
certified
2:15
certifies
2:18,19
certify
8:2
chapel
5:9,9,12,15 6:24
Chess
6:10
Chicago
1:12
class
2:14,14,17,18,20
close
6:24,24
clothes
4:24 5:2
clubs
4:4,5
complaining
5:16 6:21 7:1
consequences
3:8
contact
2:22
continue
4:20
correct
3:18
Correctio
3:17
Correctional
2:7
Corrections
2:9,11
course
2:22
crushed
6:2,3
cuffed
4:13 5:6,6,13,13
cursing
7:5

**D**

defend
3:3
Defendants
2:10,21 3:3
Department
2:8,11
didn't
4:5,11 5:8,18,19 6:19
digitally
8:4
disciplinary
3:4
Duran
2:1,2

**E**

either
5:4
employees
2:11
experience
3:2
explain
3:23
extensions
6:6
Extra
6:6

**F**

feet
4:6
felt
5:17
female
4:18
filed
2:5
firm
2:13
first
3:24 4:2
floor
1:11 6:2
food
6:2
foregoing
8:4
found
6:10
free
2:22
fuck
5:22

**G**

gathering
3:2
General
1:10
give
3:14
go
6:13,15
going
4:14 6:23
grabbed
5:14 6:22
grabbing
6:20
Guzman
1:5 3:16

**H**

hair
4:12 6:20
handcuffed
4:20
hands
4:11,12
happened
2:24 3:10,20,23
head
5:10,22 6:22
headphone
6:6
headphones
6:3
heads

hear
5:8
heard
4:3,3,5
hitting
4:4
hold
6:14
hoping
3:9
hours
5:17 6:7
housed
2:5,16 3:17
hurting
5:20

**I**

I-DOC
3:3
I'm
2:2,3,10 3:9 4:14
Illinois
1:10,12 2:3,6,8,11
impartially
8:3
individuals
2:8 7:6
information
3:2
inmate
1:6 3:15
inmates
2:5,12 3:5
inside
4:12
interest
2:20
interview
1:5 2:4,23 3:6 7:9

**J**

jail
7:5
James
2:1,2
judge
2:15,17,19

**K**

keep
5:22
know
5:18,19

**L**

law
2:13
Lawrence
2:7
lawsuit
2:5,14
laying
4:2
line
5:13 7:4
Loevy
2:13,13
long
5:18
lot

5:15
5:8

5:16

**M**

m
4:10
M36795
1:6 3:16
male
4:18,19
man
6:1
Marie
8:2
means
2:17
member
2:17
Menard
2:6,16 3:17,21
missing
6:4,11,12
mouth
4:11,12
Muddy
2:6 3:11

**N**

name
2:2 3:14
named
2:12
necks
5:19 6:21
noise
4:3
number
1:6 3:15

**O**

obtain
7:5
occurred
2:4
offer
3:7
officers
6:18
okay
3:12 4:20 7:7
Opened
6:2
operation
2:9 3:1

**P**

pants
5:4
participating
3:7
people
5:16 6:20,21 7:1
phonetic
2:2
pictures
6:3
pieces
6:10
Plaintiff's
2:19
Plaintiffs
2:12
playing

6:11
please
3:14
position
3:7
potential
2:17
pretty
7:4
prison
7:5
private
4:10
proceedings
8:5
purposes
3:4
put
4:10,12,24 5:2,3,4,10
5:15 6:8,22

**Q**

questions
3:12

**R**

ran
6:1
Randolph
1:11
real
4:7,13,22 5:6,7 6:24,24
7:2,2
recall
3:20
recorded
8:4
refuse
3:8
remember
3:11 4:1,2
represented
2:13,18
right
4:16 5:11 7:8
River
2:6,6
Roberto
1:5 3:16
rude
7:2

**S**

sandals
5:5
saying
7:3
second
4:14
see
4:5
shakedown
2:4 3:11,20,24 6:9,17
shirt
5:5
shoes
5:6
shorts
5:4
shouldn't
7:5
Show
4:11

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309      063841

1



Ross, et al. vs. Gossett, et al. 15-309   063842

shower
5:5
**Shut**
5:22
**Skaja**
8:2
**slip**
6:9
**speaking**
2:23
**spilled**
6:2
**stage**
2:14
**started**
4:7 5:16,19
**starting**
3:24
**state**
2:3 3:14
**statement**
8:4
**stomping**
4:6
**Street**
1:11
**strip**
4:9
**strip-search**
4:15
**strip-searched**
4:23
**sweat**
5:3,4
**sweatpants**
5:5

**T**

**t-shirt**
5:4
**tactical**
3:1
**talk**
3:9,10
**talking**
7:2
**thank**
7:7
**thing**
4:1,2
**tight**
4:13,22 5:7,7
**time**
3:24 4:16 6:17
**today**
2:3
**told**
4:9,9,10 5:7,9,15,20,21
5:21
**touch**
4:9
**tough**
7:2
**transcribed**
8:3
**TRANSCRIPTION**
1:4
**TV**
6:6
**two**
6:7

**U**

**understanding**
2:24
**use**
5:20,21 6:14

**V**

**voluntary**
3:6

**W**

**wait**
6:14
**Walk**
5:8
**walked**
5:11
**wall**
5:10,16,23 6:22
**washroom**
5:20,21
**watch**
5:19
**went**
6:15
**West**
1:11
**willing**
3:9
**witnessed**
6:20
**working**
2:8

**X**

**Y**

**Yeah**
4:17,22 6:16
**yelling**
4:7

**Z**

**0**

**1**

**100**
1:11
**13th**
1:11

**2**

**2014**
2:4 3:11,18

**3**

**312**
1:13

**4**

**5**

**6**

**60601**
1:12

**7**

**8**

**814-3695**
1:13



Ross, et al. vs. Gossett, et al. 15-309   063842

```
                                            1  during the tactical operation, and what your
                                            2  experience was.  I am gathering this information to
      AUDIO TRANSCRIPTION                    3  defend the case on behalf of I-DOC Defendants, but not
   Interview of Brandon Hall                 4  for any disciplinary purposes against you or any other
   Inmate Number  R33922                     5  inmates.
                                            6      This interview is voluntary.  I am not in a
                                            7  position to offer you anything for participating and
                                            8  there will be no adverse consequences if you refuse to
                                            9  talk to me.  However, I'm hoping you are willing to
   Illinois Attorney General                10  talk to me about what happened to you during the
100 West Randolph Street - 13th Floor       11  shakedown at Big Muddy 2014; if you remember.  So is
   Chicago, Illinois  60601                 12  it okay if I ask you some questions  today?
       (312) 814-3695                       13      A    Sure.
                                            14      Q    Okay, can you state and spell your name and
                                            15  give your inmate number?
                                            16      A    Brandon Hall, B-r-a-n-d-o-n H-a-l-l, ID
                                            17  number R33922.
                                            18      Q    And you were housed at Big Muddy in 2014; is
                                            19  that correct?
                                            20      A    Correct.
                                            21      Q    Do you remember a shakedown that happened in
                                            22  2014?
                                            23      A    Yes, sir.
                                            24      Q    What do you remember about that shakedown?
```

1

3

```
 1  BY MR. JAMES DURAN:                          1      A   The shakedown basically came out of the
 2      Q    My name is James Duran (phonetic) and I'm an   2  blue.  Orange Crush came on the wings, came to the
 3  attorney for the state of Illinois.  I'm here today to   3  doors, instructed everybody to get to the back of
 4  interview you about a shakedown that occurred in 2014.   4  their cells.  I recognized a few of the officers from
 5  A lawsuit has been filed by inmates that were housed   5  a previous penitentiary.
 6  at Menard, Illinois River, Big Muddy River and        6      All the cell doors were unlocked at that time.
 7  Lawrence Correctional Centers against certain        7  Me as well as my cellmate were ordered to strip in
 8  individuals working for I-DOC arising out of the      8  front of each other.  Then we were then -- we dressed
 9  operation.                                            9  back into our clothes.  We were secured by handcuffs,
10      I'm here on behalf of the Defendants, the       10  ordered out of the cell and basically at that time we
11  employees of the Illinois Department of Corrections.  11  were instructed to hold our heads down, you know, be
12  Certain inmates are the named Plaintiffs in this case  12  like leaned in a line formation with our head on the
13  and are represented by a law firm, Loevy & Loevy.  The  13  person in front of us backs.
14  lawsuit is a class action and at this stage, the class  14      Stated, you know, I had some back issues and that
15  has not yet been certified by the judge.             15  I couldn't bend down like that.  Basically, they told
16      Because you were housed at Big Muddy, you are a  16  me to do it or I would be forced to do it.  They would
17  potential class member, which means that if the judge  17  force me to do it.  And I was housed in dietary and
18  certifies a class, you would be represented by       18  chow hall for -- to me sounded like an unsubstantial
19  Plaintiff's attorneys.  If the judge certifies a     19  amount of time with my head having to be on the table
20  class, your interest could be adverse to those of the  20  and having some physical ailments of not being able to
21  Defendants.                                           21  do that.
22      You are of course, free to contact an attorney   22      Q    What physical ailments did you have?
23  before speaking to me.  But I would like to interview  23      A    I have a degenerative bone disease in my
24  you to get a better understanding of what happened    24  back.
```

2

4

Pages 1 to 4



Ross, et al. vs. Gossett, et al. 15-309   063844

```
 1    Q   You said that you recognized some of the
 2  officers.  Who did you recognize?
 3    A   I forgot their names, but they were
 4  employees of Vienna Correctional Center and that's
 5  where I was housed before I came here.  I'd recognize
 6  them if I see them again; I just don't remember their
 7  names.
 8    Q   You were -- said that you were ordered
 9  to move to the back of your cell and then you were --
10  were you stripped inside your cell?
11    A   Yes.
12    Q   And can you explain the strip-search
13  procedure that was used on you?
14    A   Basically, I was told to get naked.  The
15  normal, you know, show your gums, mouth, brush your
16  hair, check behind the ears, lift your scrotum, and
17  then turn around and bend over and cough.  And that
18  was done right in front of my cellmate.
19    Q   Was your cellmate facing you or was he
20  facing the wall?
21    A   He was basically just like facing me because
22  there is really nowhere to face.  They didn't -- they
23  instructed us to turn around and face the wall.  It
24  was, you know, get naked, strip, and that was it,
```

5

```
 1  basically.
 2    Q   All right.  And after you were stripped, you
 3  were allowed to put on clothes, right?
 4    A   Yes.
 5    Q   What clothes did you put on?
 6    A   I remember putting on a t-shirt, boxers, and
 7  if I recall correctly, I want to say my DOC blue pants
 8  and that was it.
 9    Q   Did you have shoes?
10    A   Oh, yeah, shoes as well.
11    Q   And after you were strip-searched, was your
12  cellmate strip-searched?
13    A   He was strip-searched in the same fashion in
14  the cell.
15    Q   All right, when he was being strip-searched,
16  were you facing him or were you facing the wall or
17  something else?
18    A   Just basically facing that general area.
19    Q   How many individuals were in your cell and
20  ordered you to strip-search?
21    A   Besides me and my cellmate, there was two
22  officers at the door.
23    Q   Who were the officers?
24    A   The officers never came into the cell.  They
```

6

```
 1  stayed at the foot of the door and just basically gave
 2  out commands.
 3    Q   Okay.  Were they men or women?
 4    A   I recall men, but there were women present
 5  in the general areas while the strip-search was taking
 6  place.
 7    Q   All right.  And during -- at any time during
 8  the strip-search or the shakedown, did anyone forcibly
 9  hit you at all?
10    A   No.
11    Q   Do you remember anyone saying anything in
12  particular at all to you or did you guys -- did you
13  say anything back?
14    A   Initial contact with Orange Crush, you know,
15  I'm standing at the door, basically yelled and I
16  spittle from them yelling through a choke-hold
17  (phonetic) to get back.  You know I felt like I was
18  going home, so I'm like, "What the fuck are you
19  talking about?"  You know, they're like, "Get the fuck
20  back."  And that's when I realized, "Hey, I know you,
21  you know."  I didn't know that it was that aggressive
22  type of setting, you know?
23    Q   Have you had shakedowns since then?
24    A   No, this was my first actual shakedown and
```

7

```
 1  any type of dealing with Orange Crush on there.  Never
 2  had an Orange Crush before this.
 3    Q   And not since, either?
 4    A   And not since.
 5    Q   Okay.  So you said you were taken to the
 6  chow hall and you had to put your head on the table?
 7    A   Yes.
 8    Q   How long did you remain with your head on
 9  the table?
10    A   To me it felt like at least 35 to 45
11  minutes, but it was the duration of them shaking
12  ourselves down and securing ourselves.  And it was for
13  the whole house, it wasn't just one lead at a time, it
14  was the whole house.
15      So however long it took.  It basically was
16  uncomfortable setting, just walking and sitting in the
17  chow hall like that.
18    Q   And after the chow hall were you then
19  marched back to your cell house?
20    A   Correct.  Same fashion.  Your head had to be
21  -- you had to be leaned over with your head on the
22  man's back in front of you.  There was -- there was no
23  leeway.  You couldn't stand up straight, you couldn't,
24  you know, walk on your own.  You had to be in that
```

8

Pages 5 to 8



Ross, et al. vs. Gossett, et al. 15-309   063844

Ross, et al. vs. Gossett, et al. 15-309   063845

1  formation.
2      Q    And then when you arrived at the cell house,
3  what happened to you?
4      A    Basically, you were taken to your cell and
5  the handcuffs came off and you were secured in your
6  cell.
7      Q    Okay.  Was that the end of the incident?
8      A    Yes.
9      Q    Okay.  All right, thank you very much.  I
10  don't have any other questions.
11      A    Okay.
12          (End of Interview)
13
14
15
16
17
18
19
20
21
22
23
24

9

1      I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

10



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063845

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 136 of 214   Page ID
#21956
Ross, et al. vs. Gossett, et al. 15-309
063846

| A | | C |
|---|---|---|

**A**

ability
10:4
able
4:20
above-mentioned
10:4
action
2:14
actual
7:24
adverse
2:20 3:8
affirm
10:2
aggressive
7:21
ailments
4:20,22
allowed
6:3
amount
4:19
area
6:18
areas
7:5
arising
2:8
arrived
9:2
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
10:1

**B**

B-r-a-n-d-o-n
3:16
back
4:3,9,14,24 5:9 7:13,17
7:20 8:19,22
backs
4:13
basically
4:1,10,15 5:14,21 6:1
6:18 7:1,15 8:15 9:4
behalf
2:10 3:3
bend
4:15 5:17
best
10:4
better
2:24
Big
2:6,16 3:11,18
blue
4:2 6:7
bone
4:23
boxers
6:6
Brandon
1:5 3:16
brush
5:15

**C**

case
2:12 3:3
cell
4:6,10 5:9,10 6:14,19
6:24 8:19 9:2,4,6
cellmate
4:7 5:18,19 6:12,21
cells
4:4
Center
5:4
Centers
2:7
certain
2:7,12
certified
2:15
certifies
2:18,19
certify
10:1
check
5:16
Chicago
1:12
choke-hold
7:16
chow
4:18 8:6,17,18
class
2:14,14,17,18,20
clothes
4:9 6:3,5
commands
7:2
consequences
3:8
contact
2:22 7:14
correct
3:19,20 8:20
Correctional
2:7 5:4
Corrections
2:11
correctly
6:7
cough
5:17
couldn't
4:15 8:23,23
course
2:22
Crush
4:2 7:14 8:1,2

**D**

dealing
8:1
defend
3:3
Defendants
2:10,21 3:3
degenerative
4:23
Department
2:11
didn't
5:22 7:21
dietary
4:17
digitally

10:3
disciplinary
3:4
disease
4:23
DOC
6:7
don't
5:6
door
6:22 7:1,15
doors
4:3,6
dressed
4:8
Duran
2:1,2
duration
8:11

**E**

ears
5:16
either
8:3
employees
2:11 5:4
everybody
4:3
experience
3:2
explain
5:12

**F**

face
5:22,23
facing
5:19,20,21 6:16,16,18
fashion
6:13 8:20
felt
7:17 8:10
filed
2:5
firm
2:13
first
7:24
Floor
1:11
foot
7:1
force
4:17
forced
4:16
forcibly
7:8
foregoing
10:3
forgot
5:3
formation
4:12 9:1
free
2:22
front
4:8,13 5:18 8:22
fuck
7:18,19

**G**

gathering
3:2
general
1:10 6:18 7:5
give
3:15
going
7:18
gums
5:15
guys
7:12

**H**

H-a-l-l
3:16
hair
5:16
hall
1:5 3:16 4:18 8:6,17,18
handcuffs
4:9 9:5
happened
2:24 3:10,21 9:3
head
4:12,19 8:6,8,20,21
heads
4:11
Hey
7:20
hit
7:9
hold
4:11
home
7:18
hoping
3:9
house
8:13,14,19 9:2
housed
2:5,16 3:18 4:17 5:5

**I**

I-DOC
2:8 3:3
I'd
5:5
I'm
2:2,3,10 3:9 7:15,18
ID
3:16
Illinois
1:10,12 2:3,6,11
impartially
10:2
incident
9:7
individuals
2:8 6:19
information
3:2
Initial
7:14
inmate
1:6 3:15
inmates
2:5,12 3:5
inside
5:10
instructed
4:3,11 5:23
interest

2:20
interview
1:5 2:4,23 3:6 9:12
issues
4:14

**J**

James
2:1,2
judge
2:15,17,19

**K**

know
4:11,14 5:15,24 7:14
7:17,19,20,21,21,22
8:24

**L**

law
2:13
Lawrence
2:7
lawsuit
2:5,14
lead
8:13
leaned
4:12 8:21
leeway
8:23
lift
5:16
line
4:12
Loevy
2:13,13
long
8:8,15

**M**

man's
8:22
marched
8:19
Marie
10:1
means
2:17
member
2:17
men
7:3,4
Menard
2:6
minutes
8:11
mouth
5:15
move
5:9
Muddy
2:6,16 3:11,18

**N**

naked
5:14,24
name
2:2 3:14
named
2:12
names

5:3,7
never
6:24 8:1
normal
5:15
number
1:6 3:15,17

**O**

occurred
2:4
offer
3:7
officers
4:4 5:2 6:22,23,24
Oh
6:10
okay
3:12,14 7:3 8:5 9:7,9
9:11
operation
2:9 3:1
Orange
4:2 7:14 8:1,2
ordered
4:7,10 5:8 6:20

**P**

pants
6:7
participating
3:7
particular
7:12
penitentiary
4:5
person
4:13
phonetic
2:2 7:17
physical
4:20,22
place
7:6
Plaintiff's
2:19
Plaintiffs
2:12
position
3:7
potential
2:17
present
7:4
previous
4:5
procedure
5:13
proceedings
10:4
purposes
3:4
put
6:3,5 8:6
putting
6:6

**Q**

questions
3:12 9:10

**R**



Case 3:15-cv-00309-SMY  Document 491-7  Filed 11/16/18  Page 137 of 214  Page ID #2857

Ross, et al. vs. Gossett, et al. 15-309  063847

**R33922**
1:6 3:17
**Randolph**
1:11
**realized**
7:20
**really**
5:22
**recall**
6:7 7:4
**recognize**
5:2,5
**recognized**
4:4 5:1
**recorded**
10:3
**refuse**
3:8
**remain**
8:8
**remember**
3:11,21,24 5:6 6:6 7:11
**represented**
2:13,18
**right**
5:18 6:2,3,15 7:7 9:9
**River**
2:6,6

**S**

**saying**
7:11
**scrotum**
5:16
**secured**
4:9 9:5
**securing**
8:12
**see**
5:6
**setting**
7:22 8:16
**shakedown**
2:4 3:11,21,24 4:1 7:8
7:24
**shakedowns**
7:23
**shaking**
8:11
**shoes**
6:9,10
**show**
5:15
**sir**
3:23
**sitting**
8:16
**Skaja**
10:1
**sounded**
4:18
**speaking**
2:23
**spell**
3:14
**spittle**
7:16
**stage**
2:14
**stand**
8:23
**standing**
7:15

**state**
2:3 3:14
**Stated**
4:14
**statement**
10:3
**stayed**
7:1
**straight**
8:23
**Street**
1:11
**strip**
4:7 5:24
**strip-search**
5:12 6:20 7:5,8
**strip-searched**
6:11,12,13,15
**stripped**
5:10 6:2
**Sure**
3:13

**T**

**t-shirt**
6:6
**table**
4:19 8:6,9
**tactical**
3:1
**taken**
8:5 9:4
**talk**
3:9,10
**talking**
7:19
**thank**
9:9
**that's**
5:4 7:20
**they're**
7:19
**time**
4:6,10,19 7:7 8:13
**today**
2:3 3:12
**told**
4:15 5:14
**transcribed**
10:2
**TRANSCRIPTION**
1:4
**turn**
5:17,23
**two**
6:21
**type**
7:22 8:1

**U**

**uncomfortable**
8:16
**understanding**
2:24
**unlocked**
4:6
**unsubstantial**
4:18

**V**

**Vienna**
5:4
**voluntary**

3:6

**W**

**walk**
8:24
**walking**
8:16
**wall**
5:20,23 6:16
**want**
6:7
**wasn't**
8:13
**West**
1:11
**willing**
3:9
**wings**
4:2
**women**
7:3,4
**working**
2:8

**X**

**Y**

**yeah**
6:10
**yelled**
7:15
**yelling**
7:16

**Z**

**0**

**1**

**100**
1:11
**13th**
1:11

**2**

**2014**
2:4 3:11,18,22

**3**

**312**
1:13
**35**
8:10

**4**

**45**
8:10

**5**

**6**

**60601**
1:12

**7**

**8**

**814-3695**
1:13



McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309  063847

Ross, et al. vs. Gossett, et al. 15-309    063848

AUDIO TRANSCRIPTION
Interview of Percy Hawkins
Inmate Number  B39526


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

---

1

---

BY MR. JAMES DURAN:

2    Q    My name is James Duran (phonetic) and I'm an
3 attorney for the state of Illinois.  I'm here today to
4 interview you about a shakedown that occurred in 2014.
5 A lawsuit has been filed by inmates that were housed
6 at Menard, Illinois River, Big Muddy River and
7 Lawrence Correctional Centers against certain
8 individuals working for I-DOC arising out of the
9 operation.

10    I'm here on behalf of the Defendants, the
11 employees of the I-DOC.  Certain inmates are the named
12 Plaintiffs in this case and are represented by a law
13 firm, Loevy & Loevy.  The lawsuit is a class action
14 and at this stage, the class has not yet been
15 certified by the judge.

16    Because you were housed at Menard, you are a
17 potential class member, which means that if the judge
18 certifies a class, you would be represented by
19 Plaintiff's attorneys.  If the judge certifies a
20 class, your interest could be adverse to that of the
21 Defendants.

22    You are of course, free to contact an attorney
23 before speaking to me.  But I would like to interview
24 you to get a better understanding of what happened

---

2

---

1 during the tactical operation, and what your
2 experience was.  I am gathering this information to
3 defend the case on behalf of I-DOC Defendants, but not
4 for any disciplinary purpose against you or any other
5 inmates.

6    This interview is voluntary.  I am not in a
7 position to offer you anything for participating and
8 there will be no adverse consequences if you refuse to
9 talk to me.  However, I'm hoping that you are willing
10 to talk to me about what happened during the shakedown
11 at Menard 2014; if you remember.  So is it okay if we
12 talk about this today?

13    A    Yeah.

14    Q    Can you please state and spell your name and
15 give your inmate number for the record?

16    A    P-e-r-c-y H-a-w-k-i-n-s, B39526.

17    Q    All right, and we're going to talk about the
18 shakedown that occurred in April 2014 at Menard
19 Correctional Center.  Do you remember that shakedown?

20    A    Yeah.

21    Q    Can you tell me what happened that day?

22    A    Like what you want to know?

23    Q    What's the first thing you remember about
24 the shakedown?

---

3

---

1    A    Well, they -- the Orange Crush guys come
2 flying down.  They got it, beating on the bars and
3 shit, you know what I am saying?  Screaming and
4 hollering, you know what I am saying?

5    I got shotgun on you while telling everyone to
6 get up, screaming and cussing at everybody, you know,
7 all that.  Tell us to get up, you know what I am
8 saying, one at a time.  Take all our clothes off,
9 strip us, made one of us go to the back of the cell,
10 one of us stand in front.  Take everything off, then
11 the cavity search.

12    They didn't put their hands up in us, but the
13 want you to bend over, cough, pull up your balls, all
14 this -- all that old shit.  You know what I'm saying,
15 don't put no underwear on, don't put no socks on, just
16 wear your shower shoes.

17    And they get us out of the cell.  They cuffed us
18 all up behind our back, tell us to keep our head down,
19 don't talk.  Stay in the line.  They got everybody so
20 close up on each other that your hands cuffed behind
21 your back, your head down.

22    And they push you down.  And the guy behind you,
23 his nuts and shit is in your hands and so forth and so
24 on, like sardines and shit.  And they marching people,

---

4

---

Pages  1 to 4



Ross, et al. vs. Gossett, et al. 15-309    063848

1  you know what I am saying?  At a fast pace, too, you
2  know, the fuckers got us like jogging, you know.  And
3  --
4     Q   Where were you taken to?
5     A   We was taken to the chapel.  You know, we
6  was taken into the chapel.  And then they lined us all
7  up, you know what I'm saying, against the wall and
8  shit, you know what I am saying?  It was hot as hell
9  in there.
10     They got us lined up against the wall, people
11  falling out and sweating.  They cried, the
12  motherfuckers wouldn't -- they sticks, you know.
13  People coming up out of their shoes as they -- they
14  running us over there, their shoe come off.
15     Ain't no stopping to get your shoe.  One of mine
16  came off, couldn't get that, you know what I'm saying?
17  So now here it is, I'm standing in the chapel with one
18  shower shoe on and one shoe off.  You know, and we
19  never got those back, you know.
20     So I think it was wet out there, too.  I can't
21  remember.  But yeah, we stood up in there about --
22  about two hours, I would say.  Maybe a little more
23  than two hours.  Had us stand up against that wall.
24     Q   And then after you stood against the wall in

5

1  the chapel were you taken back to your cell?
2     A   Yeah, after -- after they finished doing
3  whatever it was they was doing in the cell house.  I'd
4  say, and nobody done anything for it, to deserve it.
5  They just came down and get us.
6     It seemed like they was just coming, like I say,
7  any single time something happen with just one or two
8  people that did something to anybody.  Then here they
9  come, you know what I am saying, punish the whole
10  joint for -- for whatever happened with two people or
11  one person or whatever.
12     Everybody else took the punishment for it.  You
13  know, because what else?  I mean, why keep coming
14  down, there no issue?
15     Q   Okay.  I am going to back you up to the
16  strip-search, the initial strip-search of yourself.
17  Who did the strip-search on you, if you remember?
18     A   Now, we don't know.  It was some Orange
19  Crush guys, that's all we know.  We -- we couldn't see
20  no nametags.  They had their shields on so you
21  basically couldn't see their face.  And shit, they
22  were just Orange Crush.
23     You know, they had on orange suits, gloves, and
24  the mask down on they shield, you couldn't see any

6

1  face or anything.
2     Q   Were they men or women?
3     A   It was men and women.
4     Q   Who shook you down?  Was it men or women?
5     A   Them was (inaudible 00:05:30).
6     Q   Men shook you down?
7     A   Yeah, it was (inaudible 00:05:32).
8     Q   All right, and then they -- can you describe
9  the strip-search itself?
10     A   They tell you take off all your clothes, put
11  them in a box, give them to them, you know what I am
12  saying?  They told us to just give them.  The only
13  thing they was going to allows us to put on was our
14  blue pants, blue shirt and shower shoes.  No
15  underwear, no t-shirt, no socks.
16     You know, so once they -- you -- you get that,
17  you know what I'm saying?  They tell you to lift up
18  your arms and shit; you know what I'm saying?  Open
19  your mouth.  So they go through all your mouth, push
20  your mouth.  Check your ears and shit, behind your
21  ears.
22     All this here and all that, you know, lift up
23  your nuts, pull the foreskin of your nuts back.
24  Spread your balls apart, shit.  Life your leg up so

7

1  that they can see in between the crevices of your
2  legs.  Look at your bellybutton, look through your
3  toes, turn around, do the same thing that way.
4     I don't even got hair and they told me to rub my
5  hands over my head.  Bend over at the waist and shit,
6  you know what I am saying?  Spread my ass open to
7  them.  Get them two coughs, you know what I am saying?
8     That ain't good enough, give them some more
9  cough.  Then lift your feet up and show them the
10  bottom of your feet and wiggle your toes again.  Then
11  squat down and cough.
12     Q   Okay.
13     A   Yeah.
14     Q   When you were at the chapel, did you notice
15  if there were any medical people around?
16     A   Nope, nobody was in there, but was no
17  medical people offering amenities.  Was nobody in
18  there but Orange Crush.  Like a few officers that --
19  that's from around in the cell houses and stuff that
20  you -- you could see like white shirts and shit like
21  that.
22     Wasn't no -- no, we didn't see no medical techs
23  or nothing because I know down there, the guys was not
24  down there.

8



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 140 of 214   Page ID
#25860
Ross, et al. vs. Gossett, et al. 15-309   063850

1    Q    Do you know about what time this shakedown
2  started?
3    A    It was sometime in there morning on this --
4  on this shift, here.
5    Q    Okay, the seven to three shift?
6    A    Yeah, it was sometime on this shift, here.
7    Q    When you were in the chapel, did you stand
8  the whole time or were you allowed to sit at all?
9    A    We stood all but about probably about 15
10  minutes.  Right before they came and got up out of
11  there, they told us we could sit in the seats.  When
12  they let us -- yeah, they let us all finally sit in
13  the seats.
14    With those guys that was falling out and shit,
15  you know what I am saying, and passing out.  It was
16  when we was sitting in the seats it was so hot in
17  there, we were sitting in the seats.  They still had
18  us cuffed.
19    And it was super uncomfortable trying to adjust
20  to the seat because the seats in Menard, they -- they
21  like movie theatre.  They spring-loaded seats and so
22  you -- you ain't have your own -- put your arms, and
23  they got your arms behind you.
24    And guys was falling off the seats and I don't

9

1  know what they did with them.  They just threw them
2  off.  I don't know what they did with them, then.
3    Q    When you arrived back at your cell, did it
4  appear that your cell had been shaken down, too?
5    A    My cell was tore up.  It looked like a
6  tornado had hit it and not just one cell, but you
7  could see debris all up and down the gallery.  And the
8  cells was just as bad because me and my cellmate's
9  shit, all our shit was mixed together.
10    You know, and they just had everything and a lot
11  of shit was broke.  Shit was smashed.  Food was all
12  smashed up.  You know they -- they didn't -- no, they
13  just tore the shit up.  Just like --
14    Q    And then --
15    A    It didn't look like a shakedown.  It looked
16  like they just went in there and wrecked it.
17    Q    Was anything missing?
18    A    Nothing but a lot of shit tore up in my
19  cell.  And food busted and everything.  Other than
20  that, I can't recall anything missing.  I just know a
21  hole bunch of stuff was tore up.
22    Cassette tapes that I had bought that was broken.
23  You know I had to throw away food, like I said, busted
24  that we had to clean up and throw away.  That was it.

10

1    A lot of my books was torn.  They tore the spines
2  on the books.
3    Q    Could you identify any individuals by name
4  that took part in the shakedown?
5    A    Really?  I just told you, seriously, right?
6  We couldn't see nobody face because they made us keep
7  our heads down.  And we didn't see no nametags because
8  none of them had any on.
9    Now, if they had on a nametag, they had that shit
10  on before they came down to the gallery and was saying
11  anything to us.  When we stepped out of there, they
12  had they sticks up ready to swing and we all had our
13  heads down.  They told us to keep our heads down.
14    And you know some people I guess was trying to
15  see if they was joking and they got hit.  I didn't
16  want to get hit so I didn't put my head up.  But we
17  couldn't see nothing in face, no.  Even the ones that
18  where they were shaking the cell down, they had their
19  shields down, couldn't see their face.
20    Q    Okay.
21    A    Yeah.
22    Q    Okay.  Thank you, very much.
23    A    All right.
24    Q    All right.

11

1              (End of interview)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

12

Pages 9 to 12

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309   063850

Ross, et al. vs. Gossett, et al. 15-309    063851

```
1      I, Audrey Marie Skaja, do hereby certify or
2   affirm that I have impartially transcribed the
3   foregoing from a digitally recorded statement of the
4   above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

13



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063851

Ross, et al. vs. Gossett, et al. 15-309      063852

## A

**ability**
13:4
**above-mentioned**
13:4
**action**
2:13
**adjust**
9:19
**adverse**
2:20 3:8
**affirm**
13:2
**ain't**
5:15 8:8 9:22
**allowed**
9:8
**allows**
7:13
**amenities**
8:17
**anybody**
6:8
**apart**
7:24
**appear**
10:4
**April**
3:18
**arising**
2:8
**arms**
7:18 9:22,23
**arrived**
10:3
**ass**
8:6
**attorney**
1:10 2:3,22
**attorneys**
2:19
**AUDIO**
1:4
**Audrey**
13:1

## B

**B39526**
1:6 3:16
**back**
4:9,18,21 5:19 6:1,15
7:23 10:3
**bad**
10:8
**balls**
4:13 7:24
**bars**
4:2
**basically**
6:21
**beating**
4:2
**behalf**
2:10 3:3
**bellybutton**
8:2
**bend**
4:13 8:5
**best**
13:4
**better**
2:24
**Big**

2:6
**blue**
7:14,14
**books**
11:1,2
**bottom**
8:10
**bought**
10:22
**box**
7:11
**broke**
10:11
**broken**
10:22
**bunch**
10:21
**busted**
10:19,23

## C

**can't**
5:20 10:20
**case**
2:12 3:3
**Cassette**
10:22
**cavity**
4:11
**cell**
4:9,17 6:1,3 8:19 10:3
10:4,5,6,19 11:18
**cellmate's**
10:8
**cells**
10:8
**Center**
3:19
**Centers**
2:7
**certain**
2:7,11
**certified**
2:15
**certifies**
2:18,19
**certify**
13:1
**chapel**
5:5,6,17 6:1 8:14 9:7
**Check**
7:20
**Chicago**
1:12
**class**
2:13,14,17,18,20
**clean**
10:24
**close**
4:20
**clothes**
4:8 7:10
**come**
4:1 5:14 6:9
**coming**
5:13 6:6,13
**consequences**
3:8
**contact**
2:22
**Correctional**
2:7 3:19
**cough**

4:13 8:9,11
**coughs**
8:7
**couldn't**
6:24 11:19
**course**
2:22
**crevices**
8:1
**cried**
5:11
**Crush**
4:1 6:19,22 8:18
**cuffed**
4:17,20 9:18
**cussing**
4:6

## D

**day**
3:21
**debris**
10:7
**defend**
3:3
**Defendants**
2:10,21 3:3
**describe**
7:8
**deserve**
6:4
**didn't**
4:12 8:22 10:12,15
11:7,15,16
**digitally**
13:3
**disciplinary**
3:4
**doing**
6:2,3
**don't**
4:15,15,19 6:18
**Duran**
2:1,2

## E

**ears**
7:20,21
**employees**
2:11
**everybody**
4:6,19 6:12
**experience**
3:2

## F

**face**
6:21 7:1 11:6,17,19
**falling**
5:11 9:14,24
**fast**
5:1
**feet**
8:9,10
**filed**
2:5
**finally**
9:12
**finished**
6:2
**firm**
2:13
**first**

3:23
**Floor**
1:11
**flying**
4:2
**food**
10:11,19,23
**foregoing**
13:3
**foreskin**
7:23
**forth**
4:23
**free**
2:22
**front**
4:10
**fuckers**
5:2

## G

**gallery**
10:7 11:10
**gathering**
3:2
**General**
1:10
**give**
3:15 7:11,12 8:8
**gloves**
6:23
**go**
4:9 7:19
**going**
3:17 6:15 7:13
**good**
8:8
**guess**
11:14
**guy**
4:22
**guys**
4:1 6:19 8:23 9:14,24

## H

**H-a-w-k-i-n-s**
3:16
**hair**
8:4
**hands**
4:12,20,23 8:5
**happen**
6:7
**happened**
2:24 3:10,21 6:10
**Hawkins**
1:5
**head**
4:18,21 8:5 11:16
**heads**
11:7,13,13
**hell**
5:8
**hit**
10:6 11:15,16
**hole**
10:21
**hollering**
4:4
**hoping**
3:9
**hot**
5:8 9:16

**hours**
5:22,23
**house**
6:3
**housed**
2:5,16
**houses**
8:19

## I

**I-DOC**
2:8,11 3:3
**I'd**
6:3
**I'm**
2:2,3,10 3:9 4:14 5:7
5:16,17 7:17,18
**identify**
11:3
**Illinois**
1:10,12 2:3,6
**impartially**
13:2
**inaudible**
7:5,7
**individuals**
2:8 11:3
**information**
3:2
**initial**
6:16
**inmate**
1:6 3:15
**inmates**
2:5,11 3:5
**interest**
2:20
**interview**
1:5 2:4,23 3:6 12:1
**issue**
6:14

## J

**James**
2:1,2
**jogging**
5:2
**joint**
6:10
**joking**
11:15
**judge**
2:15,17,19

## K

**keep**
4:18 6:13 11:6,13
**know**
3:22 4:3,4,6,7,14 5:1,2
5:2,5,7,8,12,16,18,19
6:9,13,18,19,23 7:11
7:16,17,18,22 8:6,7
8:23 9:1,15 10:1,2,10
10:12,20,23 11:14

## L

**law**
2:12
**Lawrence**
2:7
**lawsuit**
2:5,13

**leg**
7:24
**legs**
8:2
**Life**
7:24
**lift**
7:17,22 8:9
**line**
4:19
**lined**
5:6,10
**little**
5:22
**Loevy**
2:13,13
**look**
8:2,2 10:15
**looked**
10:5,15
**lot**
10:10,18 11:1

## M

**marching**
4:24
**Marie**
13:1
**mask**
6:24
**mean**
6:13
**means**
2:17
**medical**
8:15,17,22
**member**
2:17
**men**
7:2,3,4,6
**Menard**
2:6,16 3:11,18 9:20
**mine**
5:15
**minutes**
9:10
**missing**
10:17,20
**mixed**
10:9
**morning**
9:3
**motherfuckers**
5:12
**mouth**
7:19,19,20
**movie**
9:21
**Muddy**
2:6

## N

**name**
2:2 3:14 11:3
**named**
2:11
**nametag**
11:9
**nametags**
6:20 11:7
**never**
5:19
**Nope**

1

Ross et al. vs. Gossett, et al. 15-309      063852



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 143 of 214   Page ID
#21569

Ross, et al. vs. Gossett, et al. 15-309   063853

8:16
notice
8:14
number
1:6 3:15
nuts
4:23 7:23,23

**O**

occurred
2:4 3:18
offer
3:7
offering
8:17
officers
8:18
okay
3:11 6:15 8:12 9:5
 11:20,22
old
4:14
once
7:16
ones
11:17
open
7:18 8:6
operation
2:9 3:1
orange
4:1 6:18,22,23 8:18

**P**

P-e-r-c-y
3:16
pace
5:1
pants
7:14
part
11:4
participating
3:7
passing
9:15
people
4:24 5:10,13 6:8,10
 8:15,17 11:14
Percy
1:5
person
6:11
phonetic
2:2
Plaintiff's
2:19
Plaintiffs
2:12
please
3:14
position
3:7
potential
2:17
probably
9:9
proceedings
13:4
pull
4:13 7:23
punish
6:9

punishment
6:12
purpose
3:4
push
4:22 7:19
put
4:12,15,15 7:10,13
 9:22 11:16

**Q**

**R**

Randolph
1:11
ready
11:12
Really
11:5
recall
10:20
record
3:15
recorded
13:3
refuse
3:8
remember
3:11,19,23 5:21 6:17
represented
2:12,18
right
3:17 7:8 9:10 11:5,23
 11:24
River
2:6,6
rub
8:4
running
5:14

**S**

sardines
4:24
saying
4:3,4,8,14 5:1,7,8,16
 6:9 7:12,17,18 8:6,7
 9:15 11:10
screaming
4:3,6
search
4:11
seat
9:20
seats
9:11,13,16,17,20,21,24
see
6:19,21,24 8:1,20,22
 10:7 11:6,7,15,17,19
seriously
11:5
seven
9:5
shakedown
2:4 3:10,18,19,24 9:1
 10:15 11:4
shaken
10:4
shaking
11:18
shield
6:24
shields

6:20 11:19
shift
9:4,5,6
shirt
7:14
shirts
8:20
shit
4:3,14,23,24 5:8 6:21
 7:18,20,24 8:5,20
 9:14 10:9,9,11,11,13
 10:18 11:9
shoe
5:14,15,18,18
shoes
4:16 5:13 7:14
shook
7:4,6
shotgun
4:5
show
8:9
shower
4:16 5:18 7:14
single
6:7
sit
9:8,11,12
sitting
9:16,17
Skaja
13:1
smashed
10:11,12
socks
4:15 7:15
speaking
2:23
spell
3:14
spines
11:1
Spread
7:24 8:6
spring-loaded
9:21
squat
8:11
stage
2:14
stand
4:10 5:23 9:7
standing
5:17
started
9:2
state
2:3 3:14
statement
13:3
Stay
4:19
stepped
11:11
sticks
5:12 11:12
stood
5:21,24 9:9
stopping
5:15
Street
1:11
strip

4:9
strip-search
6:16,16,17 7:9
stuff
8:19 10:21
suits
6:23
super
9:19
sweating
5:11
swing
11:12

**T**

t-shirt
7:15
tactical
3:1
take
4:8,10 7:10
taken
5:4,5,6 6:1
talk
3:9,10,12,17 4:19
tapes
10:22
techs
8:22
tell
3:21 4:7,18 7:10,17
telling
4:5
Thank
11:22
that's
6:19 8:19
theatre
9:21
thing
3:23 7:13 8:3
think
5:20
three
9:5
threw
10:1
throw
10:23,24
time
4:8 6:7 9:1,8
today
2:3 3:12
toes
8:3,10
told
7:12 8:4 9:11 11:5,13
tore
10:5,13,18,21 11:1
torn
11:1
tornado
10:6
transcribed
13:2
TRANSCRIPTION
1:4
trying
9:19 11:14
turn
8:3
two
5:22,23 6:7,10 8:7

**U**

uncomfortable
9:19
understanding
2:24
underwear
4:15 7:15

**V**

voluntary
3:6

**W**

waist
8:5
wall
5:7,10,23,24
want
3:22 4:13 11:16
Wasn't
8:22
way
8:3
we're
3:17
wear
4:16
went
10:16
West
1:11
wet
5:20
What's
3:23
white
8:20
wiggle
8:10
willing
3:9
women
7:2,3,4
working
2:8
wouldn't
5:12
wrecked
10:16

**X**

**Y**

yeah
3:13,20 5:21 6:2 7:7
 8:13 9:6,12 11:21

**Z**

**0**

00:05:30
7:5
00:05:32
7:7

**1**

100
1:11
13th
1:11
15

9:9

**2**

2014
2:4 3:11,18

**3**

312
1:13

**4**

**5**

**6**

60601
1:12

**7**

**8**

814-3695
1:13



McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063853

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 144 of 214   Page ID
#21564
Ross, et al. vs. Gossett, et al. 15-309   063854

AUDIO TRANSCRIPTION
Interview of Antwan Jones
Inmate Number  K71432



Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

1  BY MR. JAMES DURAN:
2      Q    My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois.  I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  individuals working for I-DOC arising out of the
9  operation.
10      I'm here on behalf of the Defendants, the
11  employees of the I-DOC.  Certain inmates are the named
12  Plaintiffs in this case and are represented by a law
13  firm, Loevy & Loevy.  This lawsuit is a class action
14  and at this stage, the class has not yet been
15  certified by the judge.
16      Because you were housed at Big Muddy, you are a
17  potential class member, which means that if the judge
18  certifies a class, you would be represented by
19  Plaintiff's attorneys.  If the judge certifies a
20  class, your interest could be adverse to those of the
21  Defendants.
22      You are of course, free to contact an attorney
23  before speaking to me.  But I would like to interview
24  you to get a better understanding of what happened

2

1  during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purposes against you or any other
5  inmates.
6      This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10  talk to me about what happened during the shakedown at
11  Big Muddy 2014; if you remember.  So is it okay if I
12  ask you some questions?
13      A    Yeah.
14      Q    All right.  Can you please state and spell
15  your name and give your inmate number?
16      A    Antwan Jones, A-n-t-w-a-n J-o-n-e-s, K71432.
17      Q    All right, and you were housed at Big Muddy
18  in 2014; is that correct?
19      A    Yes.
20      Q    All right.  Do you recall a facility-wide
21  shakedown that occurred in 2014 at Big Muddy?
22      A    Yes.
23      Q    And what's -- what do you recall about it?
24      A    Well, it's --

3

1      Q    Where were you housed, first?
2      A    It's -- I was in Three House, D Wing, I want
3  to say twenty -- Cell 28.  I think it was.  It just so
4  happened I was in there with the -- a big fella named
5  Dirty (phonetic) that all the police get along with.
6  So they just so happened to send the biggest guy that
7  they had on Orange Crush to our room.  When they
8  opened up the door it was like it was fun and games.
9  All the police play with Big Dirty.
10      So when we opened the door, it's like the biggest
11  one and they came in there, playing with him and they
12  told us to get naked.  And they making jokes and after
13  they got finished playing with him, I forgot what
14  lieutenant came down there and laughed, like, "Yeah,
15  we sent the biggest one down here for you."
16      When they took us to the chow hall by -- like I
17  said all the officers that know him, we at the same
18  table, cuffed up.  And one of the officers, I don't
19  know if he was a new officer or what, but he dropped
20  the canister.  Like the big mace canister and the
21  whole chow hall was lit.  And he's doing that just by
22  playing with Dirty.
23      Q    Okay.  Oh, so he accidentally dropped the --
24      A    Yeah.

4

Pages  1 to 4


McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309   063854

1    Q    -- the mace canister?
2    A    Yeah.
3    Q    And it mace the whole place?
4    A    Yeah.
5    Q    Filled it up?   Just by goofing around?
6    A    Yeah.
7    Q    All right.
8    A    We all in there coughing.  I'm sure
9    everybody will remember that.
10   Q    All right.  I want to go back to when they
11   first arrived at your cell.  So you said it was the
12   biggest -- the biggest that they had there get in your
13   cell?
14   A    Yeah.
15   Q    And was it one -- just one guy came to your
16   cell?
17   A    No.  It was two.
18   Q    Two guys, okay.
19   A    Yeah, he came with somebody.
20   Q    Okay, and they were both men?
21   A    Yeah.
22   Q    All right.  And then they -- they did the
23   strip-search?
24   A    Yeah.

                                                         5

1    Q    How was the strip-search performed?
2    A    Well, they had -- they had him come first,
3    so I had to go to the back and face the wall.  Then
4    they told him to bend over and they were making all
5    type of comments like, "Yeah, look at that hole."  And
6    I'm just thinking to myself, like wow.
7         And they really didn't do nothing to me because I
8    guess they -- the whole thing was to come and mess
9    with him.  But then after they -- after they got to
10   me, there was no plan.  I guess it was back to
11   business because I don't play with police like that.
12        And they told me to strip.  Open the butt cheeks
13   and you know, do all that, go through all that.
14   Q    Was there anything different about that
15   strip-search then other strip-searches that you have
16   had in the prisons or was it just a normal strip-
17   search?
18   A    Yeah, it was just a normal strip-search.
19   Q    Okay.  And then -- so after you were strip-
20   searched, were you allowed to put clothes back on?
21   A    Yeah.
22   Q    What did you put back on, do you remember?
23   A    The same thing that we took off.  Underwear,
24   they threw stuff on the floor.  They checked it, threw

                                                         6

1    it on the floor.  We had to pick it up and put it back
2    on.
3    Q    Okay.  So what was it?  Was it pants, shirt?
4    A    Well, when they came, we didn't have on our
5    pants.  We had on boxers because we knew they was
6    coming to shake down.
7    Q    And how did you know that?
8    A    We heard them.
9    Q    Okay.
10   A    Come through the -- through the door.
11   Q    Okay.  So they let you put clothes back on?
12   A    Yeah.
13   Q    And then shoes, too?
14   A    Uh-hum.
15   Q    Okay.  And were you cuffed again?
16   A    No.  We had on shower shoes.
17   Q    Okay.
18   A    I think it was.  And when they -- when they
19   took us outside the room, we put our heads on the
20   wall, and when they -- when they shook the room down,
21   and after they got finished they lined us up to go out
22   the door.
23   Q    Where are you?
24   A    Well -- well, they didn't shake down at that

                                                         7

1    time.
2    Q    Okay.
3    A    Now, when they locked us up to go outside,
4    it was a guy in Cell 24 or 25, he was in a corner
5    cell.  And as they kept telling us to put our head
6    down on -- on the person in front of us.  They were
7    telling to put our -- our foreheads on their back.
8         They took somebody off to the side and really did
9    them in.  I think they broke his arm.
10   Q    Okay.  They didn't break your arm, though?
11   A    No.
12   Q    So they told you to -- they told you to line
13   up and put our head -- how did -- how did you?
14   A    We put our head on the person that was in
15   front of us, put it on their back.
16   Q    Okay.
17   A    And don't look up.  Anybody -- they kept
18   screaming, "Don't look up or something going to happen
19   to you."
20   Q    Okay, so you didn't look up, right?
21   A    No.
22   Q    Okay.  And then did -- did they walk you out
23   of the cell house?
24   A    Yeah, at this time, we was out of the cell

                                                         8

Pages 5 to 8

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 146 of 214   Page ID
#21966

Ross, et al. vs. Gossett, et al. 15-309   063856

1  house.  Where?  Yeah, we were out of the cell house.
2  Going out the gate to the -- the dietary.
3     Q    All right.  And the what happened when you
4  got to dietary?
5     A    Then we all sat down.  I don't know which
6  side it was on.  The dietary, I think had two sides.
7  It was on the small side.
8     Q    Okay.
9     A    And we were all at the table, Dirty, me, a
10  couple of other guys and that's when all the plan
11  around starting going off because once again, Dirty.
12     Q    How do you  spell "Darry" (phonetic)?
13     A    No, Dirty, D-i-r-t-y.
14     Q    Oh, Dirty.  Okay, do you know what his name
15  is?
16     A    Yeah.  I forgot his name.  I'm sure if you
17  talked to quite enough people, they would tell you.
18     Q    Okay.  And he was your cellmate, though?
19     A    Yeah, exactly.
20     Q    Okay, I could find it out that way, then.
21  Okay, so the officers were playing around with -- with
22  Dirty?
23     A    Yeah.  But this -- with the canister.  And
24  the -- I guess with the -- with the end of it it was

9

1  doing something with his back.  Like -- like I said,
2  we had our -- we had to put our heads on the table in
3  the chow hall.  That's how we had to sit.
4     Q    Okay.
5     A    With our hands -- with our hands behind our
6  back with our head on the table.  And they did
7  something with the canister and he dropped it and it
8  went off.  And then -- and then the whole -- the whole
9  chow hall, everybody was in there coughing.
10     Q    So how long were you in there before the
11  canister was dropped?
12     A    Five to ten minutes.
13     Q    Okay.  And then the canister dropped.  How
14  close were you to where the canister was?
15     A    Oh, he was -- he was about where you was.
16     Q    Okay.  So like five feet away from it?
17     A    Yeah.
18     Q    All right.  And then -- so what happened
19  after the canister fell?
20     A    Everybody coughed and they was -- they was
21  going to get us up out of there, but by the doors
22  being opened the air got up out of there.
23     They had a fan in there, so it was blowing the --
24  the smoke from the canister out.  And we just sitting

10

1  up there coughing and -- and we stayed in there until
2  they took us back in.
3     Q    Okay.  How much longer did you have to stay
4  in there?
5     A    I would say 30 minutes.
6     Q    Okay.
7     A    Yeah, 30 minutes.
8     Q    All right.  Do you recall anything that the
9  officer said besides what you already said?
10     A    No.
11     Q    All right.  Have you been involved in any
12  shakedowns since that time?
13     A    Well, not -- down here, once.
14     Q    Okay.  And how was the shakedown here
15  compared to the one that you had at Big Muddy?
16     A    Oh, this shakedown -- I think that was
17  worse.
18     Q    That was worse.
19     A    At Big Muddy, yeah.
20     Q    Okay.  They do -- what did they do
21  differently at Jacksonville than they did at Big
22  Muddy?
23     A    Well, a lot of these -- a lot of these was
24  rookies.  So they -- they did the normal thing, tell

11

1  us to get naked.  And get in a line, don't look up.
2  Basically, the same thing.
3     Q    It just didn't seem as harsh for some
4  reason?
5     A    Right.  I guess the reason why it got harsh
6  is because Dirty was there.
7     Q    Okay.
8     A    I don't think we went through all that if
9  Dirty hadn't been part of that because they was all
10  messing with him.
11     Q    Okay.  But were they messing with him in
12  like a playful way?
13     A    Yeah.
14     Q    Okay, it was a joking way?
15     A    That's why they brought the biggest guy
16  because Dirty was a big guy, like a big Japanese black
17  dude.
18     Q    Okay.  So it was like -- it was in a joking
19  way, though, the way they treated Dirty?
20     A    Yeah.
21     Q    It wasn't -- they weren't messing with him
22  to --
23     A    No.
24     Q    -- in a harmful way?

12



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063856

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 147 of 214   Page ID
#2156
Ross, et al. vs. Gossett, et al. 15-309    063857

```
1        A    No.
2        Q    At any time did any of the officers hit you
3   with their sticks?
4        A    No.
5        Q    All right.  Okay, I have no further
6   questions.
7        A    All right.
8             (End of interview)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
                                                    13
```

```
1        I, Audrey Marie Skaja, do hereby certify or
2   affirm that I have impartially transcribed the
3   foregoing from a digitally recorded statement of the
4   above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
                                                    14
```



Pages 13 to 14

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309    063857



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 148 of 214   Page ID
#20359

Ross, et al. vs. Gossett, et al. 15-309
063858

**A**

A-n-t-w-a-n
3:16
ability
14:4
above-mentioned
14:4
accidentally
4:23
action
2:13
adverse
2:20 3:8
affirm
14:2
air
10:22
allowed
6:20
Antwan
1:5 3:16
Anybody
8:17
arising
2:8
arm
8:9,10
arrived
5:11
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
14:1

**B**

back
5:10 6:3,10,20,22 7:1
  7:11 8:7,15 10:1,6
  11:2
Basically
12:2
behalf
2:10 3:3
bend
6:4
best
14:4
better
2:24
big
2:6,16 3:11,17,21 4:4,9
  4:20 11:15,19,21
  12:16,16
biggest
4:6,10,15 5:12,12
  12:15
black
12:16
blowing
10:23
boxers
7:5
break
8:10
broke
8:9
brought
12:15
business

6:11
butt
6:12

**C**

canister
4:20,20 5:1 9:23 10:7
  10:11,13,14,19,24
case
2:12 3:3
cell
4:3 5:11,13,16 8:4,5,23
  8:24 9:1
cellmate
9:18
Centers
2:7
certain
2:7,11
certified
2:15
certifies
2:18,19
certify
14:1
checked
6:24
cheeks
6:12
Chicago
1:12
chow
4:16,21 10:3,9
class
2:13,14,17,18,20
close
10:14
clothes
6:20 7:11
come
6:2,8 7:10
coming
7:6
comments
6:5
compared
11:15
consequences
3:8
contact
2:22
corner
8:4
correct
3:18
Correctional
2:7
coughed
10:20
coughing
5:8 10:9 11:1
couple
9:10
course
2:22
Crush
4:7
cuffed
4:18 7:15

**D**

D
4:2

D-i-r-t-y
9:13
Darry
9:12
defend
3:3
Defendants
2:10,21 3:3
didn't
8:10
didn't
6:7 7:4,24 8:20 12:3
dietary
9:2,4,6
different
6:14
differently
11:21
digitally
14:3
Dirty
4:5,9,22 9:9,11,13,14
  9:22 12:6,9,16,19
disciplinary
3:4
doing
4:21 10:1
don't
8:17,18 12:1
door
4:8,10 7:10,22
doors
10:21
dropped
4:19,23 10:7,11,13
dude
12:17
Duran
2:1,2

**E**

employees
2:11
everybody
5:9 10:9,20
exactly
9:19
experience
3:2

**F**

face
6:3
facility-wide
3:20
fan
10:23
feet
10:16
fell
10:19
fella
4:4
filed
2:5
Filled
5:5
find
9:20
finished
4:13 7:21
firm
2:13

first
4:1 5:11 6:2
five
10:12,16
floor
1:11 6:24 7:1
foregoing
14:3
foreheads
8:7
forgot
4:13 9:16
free
2:22
front
8:6,15
fun
4:8
further
13:5

**G**

games
4:8
gate
9:2
gathering
3:2
General
1:10
give
3:15
go
5:10 6:3,13 7:21 8:3
going
8:18 9:2,11 10:21
goofing
5:5
guess
6:8,10 9:24 12:5
guy
4:6 5:15 8:4 12:15,16
guys
5:18 9:10

**H**

hadn't
12:9
hall
4:16,21 10:3,9
hands
10:5,5
happen
8:18
happened
2:24 3:10 4:4,6 9:3
  10:18
harmful
12:24
harsh
12:3,5
he's
4:21
head
8:5,13,14 10:6
heads
7:19 10:2
heard
7:8
hit
13:2
hole
6:5

first
4:1 5:11 6:2

hoping
3:9
house
4:2 8:23 9:1,1
housed
2:5,16 3:17 4:1

**I**

I-DOC
2:8,11 3:3
I'm
2:2,3,10 3:9 5:8 6:6
  9:16
Illinois
1:10,12 2:3,6
impartially
14:2
individuals
2:8
information
3:2
inmate
1:6 3:15
inmates
2:5,11 3:5
interest
2:20
interview
1:5 2:4,23 3:6 13:8
involved
11:11
it's
3:24 4:2,10

**J**

J-o-n-e-s
3:16
Jacksonville
11:21
James
2:1,2
Japanese
12:16
jokes
4:12
joking
12:14,18
Jones
1:5 3:16
judge
2:15,17,19

**K**

K71432
1:6 3:16
kept
8:5,17
knew
7:5
know
4:17,19 6:13 7:7 9:5,14

**L**

laughed
4:14
law
2:12
Lawrence
2:7
lawsuit
2:5,13
lieutenant

4:14
line
8:12 12:1
lined
7:21
lit
4:21
locked
8:3
Loevy
2:13,13
long
10:10
longer
11:3
look
6:5 8:17,18,20 12:1
lot
11:23,23

**M**

mace
4:20 5:1,3
making
4:12 6:4
Marie
14:1
means
2:17
member
2:17
men
5:20
Menard
2:6
mess
6:8
messing
12:10,11,21
minutes
10:12 11:5,7
Muddy
2:6,16 3:11,17,21
  11:15,19,22

**N**

naked
4:12 12:1
name
2:2 3:15 9:14,16
named
2:11 4:4
new
4:19
normal
6:16,18 11:24
number
1:6 3:15

**O**

occurred
2:4 3:21
offer
3:7
officer
4:19 11:9
officers
4:17,18 9:21 13:2
Oh
4:23 9:14 10:15 11:16
okay
3:11 4:23 5:18,20 6:19
  7:3,9,11,15,17 8:2,10

1


McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063858

Ross, et al. vs. Gossett, et al. 15-309   063859

8:16,20,22 9:8,14,18
9:20,21 10:4,13,16
11:3,6,14,20 12:7,11
12:14,18 13:5
**once**
9:11 11:13
**Open**
6:12
**opened**
4:8,10 10:22
**operation**
2:9 3:1
**Orange**
4:7
**outside**
7:19 8:3

**P**

**pants**
7:3,5
**part**
12:9
**participating**
3:7
**people**
9:17
**performed**
6:1
**person**
8:6,14
**phonetic**
2:2 4:5 9:12
**pick**
7:1
**place**
5:3
**Plaintiff's**
2:19
**Plaintiffs**
2:12
**plan**
6:10 9:10
**play**
4:9 6:11
**playful**
12:12
**playing**
4:11,13,22 9:21
**please**
3:14
**police**
4:5,9 6:11
**position**
3:7
**potential**
2:17
**prisons**
6:16
**proceedings**
14:4
**purposes**
3:4
**put**
6:20,22 7:1,11,19 8:5,7
8:13,14,15 10:2

**Q**

**questions**
3:12 13:6
**quite**
9:17

**R**

**Randolph**
1:11
**really**
6:7 8:8
**reason**
12:4,5
**recall**
3:20,23 11:8
**recorded**
14:3
**refuse**
3:8
**remember**
3:11 5:9 6:22
**represented**
2:12,18
**right**
3:14,17,20 5:7,10,22
8:20 9:3 10:18 11:8
11:11 12:5 13:5,7
**River**
2:6,6
**rookies**
11:24
**room**
4:7 7:19,20

**S**

**sat**
9:5
**screaming**
8:18
**search**
6:17
**searched**
6:20
**send**
4:6
**sent**
4:15
**shake**
7:6,24
**shakedown**
2:4 3:10,21 11:14,16
**shakedowns**
11:12
**shirt**
7:3
**shoes**
7:13,16
**shook**
7:20
**shower**
7:16
**side**
8:8 9:6,7
**sides**
9:6
**sit**
10:3
**sitting**
10:24
**Skaja**
14:1
**small**
9:7
**smoke**
10:24
**somebody**
5:19 8:8
**speaking**
2:23
**spell**

**stage**
2:14
**starting**
9:11
**state**
2:3 3:14
**statement**
14:3
**stay**
11:3
**stayed**
11:1
**sticks**
13:3
**Street**
1:11
**strip**
6:12
**strip-**
6:16,19
**strip-search**
5:23 6:1,15,18
**strip-searches**
6:15
**stuff**
6:24
**sure**
5:8 9:16

**T**

**table**
4:18 9:9 10:2,6
**tactical**
3:1
**talk**
3:9,10
**talked**
9:17
**tell**
9:17 11:24
**telling**
8:5,7
**ten**
10:12
**that's**
9:10 10:3 12:15
**thing**
6:8,23 11:24 12:2
**think**
4:3 7:18 8:9 9:6 11:16
12:8
**thinking**
6:6
**Three**
4:2
**threw**
6:24,24
**time**
8:1,24 11:12 13:2
**today**
2:3
**told**
4:12 6:4,12 8:12,12
**transcribed**
14:2
**TRANSCRIPTION**
1:4
**treated**
12:19
**twenty**
4:3
**two**

**type**
6:5

**U**

**Uh-hum**
7:14
**understanding**
2:24
**Underwear**
6:23

**V**

**voluntary**
3:6

**W**

**walk**
8:22
**wall**
6:3 7:20
**want**
4:2 5:10
**wasn't**
12:21
**way**
9:20 12:12,14,19,19,24
**went**
10:8 12:8
**weren't**
12:21
**West**
1:11
**what's**
3:23
**willing**
3:9
**Wing**
4:2
**working**
2:8
**worse**
11:17,18
**wow**
6:6

**X**

**Y**

**yeah**
3:13 4:14,24 5:2,4,6,14
5:19,21,24 6:5,18,21
7:12 8:24 9:1,16,19
9:23 10:17 11:7,19
12:13,20

**Z**

**0**

**1**

**100**
1:11
**13th**
1:11

**2**

**2014**
2:4 3:11,18,21
**24**
8:4

3:14 9:12
**5:17,18 9:6** _(column continuation)_

**25**
8:4
**28**
4:3

**3**

**30**
11:5,7
**312**
1:13

**4**

**5**

**6**

**60601**
1:12

**7**

**8**

**814-3695**
1:13

2



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 150 of 214   Page ID
#21576
Ross, et al. vs. Gossett, et al. 15-309     063860

AUDIO TRANSCRIPTION
Interview of Demetrius Kennedy
Inmate Number  B79258


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

**1**

BY MR. JAMES DURAN:
1    Q    My name is James Duran (phonetic) and I'm an
2    attorney for the state of Illinois.  I'm here today to
3    interview you about a shakedown that occurred in 2014.
4    A lawsuit has been filed by inmates that were housed
5    at Menard, Illinois River, Big Muddy River and
6    Lawrence Correctional Centers against certain
7    individuals working for I-DOC arising out of the
8    operation.
9        I'm here on behalf of the Defendants, the
10   employees of the I-DOC.  Certain inmates are the named
11   Plaintiffs in this case and are represented by a law
12   firm, Loevy & Loevy.  The lawsuit is a class action
13   and at this stage, the class has not yet been
14   certified by the judge.
15       Because you were housed at Big Muddy, you are a
16   potential class member, which means that if the judge
17   certifies a class, you would be represented by
18   Plaintiff's attorneys.  If the judge certifies a
19   class, your interest could be adverse to those of the
20   Defendants.
21       You are of course, free to contact an attorney
22   before speaking to me.  But I would like to interview
23   you to get a better understanding of what happened

**2**

1    during the tactical operation, and what your
2    experience was.  I am gathering this information to
3    defend the case on behalf of I-DOC Defendants, but not
4    for any disciplinary purposes against you or any other
5    inmates.
6        This interview is voluntary.  I am not in a
7    position to offer you anything for participating and
8    there will be no adverse consequences if you refuse to
9    talk to me.  However, I'm hoping you are willing to
10   talk to me about what happened during the shakedown at
11   Big Muddy in 2014; if you remember.  So is it okay if
12   I ask you some questions?
13   A    Yeah.
14   Q    Okay, can you please state and spell your
15   name and give your inmate number?
16   A    Demetrius Kennedy, D-e-m-e-t-r-i-u--s K-e-n-
17   n-e-d-y, Inmate Number B79258.
18   Q    And you were house at Big Muddy River in
19   2014; is that correct?
20   A    Yes.
21   Q    And where were you housed there?
22   A    I was housed for the drug treatment.  There
23   was a program when I was there at that time.  I stayed
24   in the program for quite some time.

**3**

1    Q    Okay, what housing unit was that?  Was there
2    a number to it?
3    A    It was 2-A at that particular time.
4    Q    2-A, okay.
5    A    No, four -- 4-A, sorry.  4-A.
6    Q    I thought it was four.
7    A    4-A, yeah.
8    Q    All right.  Do you recall a facility-wide
9    shakedown in 2014?
10   A    I remember we were on lockdown.
11   Q    Okay.
12   A    And I remember when the -- the counselors
13   was taking things off the walls and stuff like that.
14   And I also remember, I knew I felt that something was
15   getting ready to happen because you know, why they put
16   most of the stuff up for treatment stuff.
17       Then shortly, maybe, maybe days later or
18   whatever, Orange Crush came in, hit the door.  Boom,
19   boom, boom, coming through.  I immediately looked out
20   through the screen and one thing specifically that I
21   noticed what -- that shocked me was I seen some female
22   Orange Crush, women inside, coming in the little wing.
23   Q    How do you know they were female?
24   A    It just -- the face that I was looking at it

**4**

Pages  1 to 4

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309     063860



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 151 of 214   Page ID
#2357

Ross, et al. vs. Gossett, et al. 15-309   063861

1  from the screen.  I seen it.  I was like, "Wow".  I
2  said, well this got to be the first time they are
3  doing something like this.
4      Q    Okay.  So then what happened when Orange
5  Crush came on the unit?
6      A    Well, they did what they normally do.  They
7  bit the door down, busted the door down, you know,
8  kind of getting rough and tough.  And pretty much
9  like, "Stand behind the wall.  Face this way, here.
10  Don't look at anyone," blah, blah, blah, all this kind
11  of stuff, you know.
12      Q    Okay.  Did you have a cellmate?
13      A    Yes, I did.
14      Q    All right.  And then did they do a strip-
15  search?
16      A    Yes, they did.
17      Q    And who was searched first, you or your
18  cellmate?
19      A    My cellmate was searched first.
20      Q    And where were you when they searched him?
21      A    I was in the front -- back -- in the back of
22  the window with my nose and stuff front-in, straight
23  like that.
24      Q    Facing the wall away from the inmate?

5

1      A    Facing, right.
2      Q    Okay.  And then they did his strip-search?
3      A    Right.
4      Q    And then did they have him put his clothes
5  on?
6      A    They had him, yes, slowly, but not as
7  quickly.
8      Q    All right.
9      A    Because they had him close up to the door.
10  And before when he -- when he called them up, he
11  called him up close to the door, like you got the door
12  right here and he was kind of like -- about a little
13  bit towards, like out.  Not really "out-out", but like
14  right on the -- on the ledge right where others can
15  see.
16      Q    Okay.  And then -- so they finished his
17  strip-search, and then they did yours?
18      A    Then they did me.
19      Q    And how was your -- was your strip-search --
20      A    I mean, when they did my strip-search, I had
21  to turn around, spread, you know, my butt.  Put --
22  from -- all the way from here, then put my hands in my
23  mouth at the same time.
24      Q    Okay.

6

1      A    And I noticed I started hearing the female
2  voices and others was telling them, describing, this
3  is how we do things.  Or on stuff, it was something
4  like that, in that nature.
5          And after that, handcuffed.  I was like, "wow".
6  And then we ended up leaving, coming out, from our
7  heads down on somebody else's shoulder shirt.  The
8  thing I never gonna forget, the humiliation that I
9  went through of all that.
10          It felt like, it was like the way they degraded
11  and -- and talked to us.  Like they should just throw
12  everybody out, like in the sea of just -- you know
13  what I mean?  The way the said that.  And I never
14  forget the officers who -- who did it, wasn't Orange
15  Crush, they was from Shawnee.
16          I kept the shakedown slip for about maybe a year
17  or so.  Them two officers was from Shawnee, apart of
18  that Orange Crush.  I never forget that.  If they keep
19  any records of that, from that day, them two was
20  there.  I remember that day.
21      Q    After you were cuffed, did you put on your
22  clothes then before you went out?  I mean they have
23  you -- they have you get dressed, right?
24      A    Right.

7

1      Q    What clothes did you put on, if you
2  remember?
3      A    I had to go put on my socks, my drawers, I
4  was butt naked.  I just wanted to put the socks on
5  first, then the drawers and then all the way from the
6  undershirt and the pants and stuff like that.
7      Q    Okay, so you put all those clothes on, and
8  shoes?
9      A    Right.  No, no shoes.  I was in shower
10  shoes.
11      Q    Okay.  So you wore your shower shoes.  And
12  then you were cuffed?
13      A    Yes.  I was cuffed from behind.
14      Q    And then -- and how were you -- how were you
15  taken over to -- where were you taken from there,
16  first of all?
17      A    We went -- we left.  We had to go to the
18  dietary with our heads faced down or somebody else's,
19  back of his neck, with my forehead on his neck.  And
20  we couldn't look up, so we pretty much couldn't see no
21  direction of where we was going.
22          We had to follow the footsteps of somebody's
23  heels.  And I accidentally lifted my heel up, I got
24  muffed back down.  It was like, "Get back down."

8

Pages 5 to 8

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063861

1    Q   Okay, so someone pushed you?

2    A   Yeah, I got pushed.

3    Q   They pushed your head back in to get it

4 down?

5    A   Yeah, I got muffed.  I got -- it was -- it

6 was a hit mug.

7    Q   Okay.

8    A   They was like, "Wow," it was crazy.  But we

9 end up going straight in, we had to follow the back of

10 the heels of somebody else's.  It was so crazy.  It

11 was ridiculous.  And then we marching to the dietary.

12    Q   Okay.

13    A   Set our heads, foreheads on the table.

14 Handcuffed and couldn't get up or look at anything for

15 about maybe 30, 40 minutes.  It was -- It was a long

16 time.  It was a humiliation.  It felt like I was on

17 the -- I felt vulnerable like it was the end of the

18 world for me.

19    Q   Did anyone of the correctional officers hit

20 you with any sticks?

21    A   When I got muffed, it felt like it could

22 have been a stick, but as far as my head down, and I'd

23 been hearing other stuff the way they was talking,

24 that was from my experience, I got muffed down.

9

1 But as far as the stick, I didn't -- I didn't

2 experience that one, you know.  Maybe somebody else

3 probably -- probably would have got that treatment

4 because I'm not saying it didn't happen (inaudible

5 00:08:28).

6    Q   Do you -- do you recall the names of any of

7 the officers that were involved in the shakedown?

8    A   That slip that I kept was the one that was

9 from Shawnee.  And I kept that slip for a year.  And

10 all of a sudden when I started moving around, I am not

11 thinking, this stuff isn't going to pop up or anything

12 like that.

13 I threw it away, but I remember it was from

14 Shawnee.  I can't remember their names, but if they

15 got them records from 2014, that day, that shakedown

16 from all the slips, it would show you.

17    Q   All right, who was -- or did they find any

18 contraband in your cell?

19    A   They tore the cell up.  They threw all the

20 clothes, everything.  It was just -- shit was over,

21 cakes was over, everything was flying all over the

22 place.  It was like going -- it was like Hurricane

23 Katrina ran through there.

24    Q   All right, when you said you had the

10

1 shakedown slip, what was on -- what was listed on

2 there?

3    A   It was just listed "none found".

4    Q   No contraband?

5    A   Right, none of that.  But they tore the

6 sucker up, like -- like it was the worst (inaudible

7 00:09:34).

8    Q   Besides what you've already said, do you

9 remember any other statements that any of the officers

10 made?

11    A   As far as "We should throw all these guys in

12 the sea."  You know, get rid of all these guys, stuff

13 like that, maybe a few other things that was being

14 said, but at that particular time, our folks had known

15 them.

16 Head down, being -- not opening my mouth or they

17 going to swing on you with something.  You know how

18 that go, you can't say anything.

19    Q   All right.  Did you undergo facility-wide

20 shakedowns since that one?  Have you had any here?

21    A   Non here.

22    Q   Okay.

23    A   Not at this prison that I am at now.

24    Q   Have you had any after Big Muddy?

11

1    A   No, not on the Orange Crush, that was good.

2 That was like the last one on that one.  Because I've

3 been locked up for a while

4    Q   Okay.  I have no further questions.

5    A   Okay.

6          (End of interview)

12

1    I, Audrey Marie Skaja, do hereby certify or

2  affirm that I have impartially transcribed the

3  foregoing from a digitally recorded statement of the

4  above-mentioned proceedings to the best of my ability.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

                                            13



**A**

ability
13:4
above-mentioned
13:4
accidentally
8:23
action
2:13
adverse
2:20 3:8
affirm
13:2
apart
7:17
arising
2:8
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
13:1

**B**

B79258
1:6 3:17
back
5:21,21 8:19,24,24 9:3
9:9
behalf
2:10 3:3
best
13:4
better
2:24
Big
2:6,16 3:11,18 11:24
bit
5:7 6:13
blah
5:10,10,10
boom
4:18,19,19
busted
5:7
butt
6:21 8:4

**C**

cakes
10:21
called
6:10,11
can't
10:14 11:18
case
2:12 3:3
cell
10:18,19
cellmate
5:12,18,19
Centers
2:7
certain
2:7,11
certified
2:15
certifies
2:18,19

certify
13:1
Chicago
1:12
class
2:13,14,17,18,20
close
6:9,11
clothes
6:4 7:22 8:1,7 10:20
coming
4:19,22 7:6
consequences
3:8
contact
2:22
contraband
10:18 11:4
correct
3:19
correctional
2:7 9:19
couldn't
8:20,20 9:14
counselors
4:12
course
2:22
crazy
9:8,10
Crush
4:18,22 5:5 7:15,18
12:1
cuffed
7:21 8:12,13

**D**

D-e-m-e-t-r-i-u--s
3:16
day
7:19,20 10:15
days
4:17
defend
3:3
Defendants
2:10,21 3:3
degraded
7:10
Demetrius
1:5 3:16
describing
7:2
didn't
10:1,1,4
dietary
8:18 9:11
digitally
13:3
direction
8:21
disciplinary
3:4
doing
5:3
Don't
5:10
door
4:18 5:7,7 6:9,11,11
drawers
8:3,5
dressed
7:23

drug
3:22
Duran
2:1,2

**E**

else's
7:7 8:18 9:10
employees
2:11
ended
7:6
everybody
7:12
experience
3:2 9:24 10:2

**F**

face
4:24 5:9
faced
8:18
facility-wide
4:8 11:19
Facing
5:24 6:1
far
9:22 10:1 11:11
felt
4:14 7:10 9:16,17,21
female
4:21,23 7:1
filed
2:5
find
10:17
finished
6:16
firm
2:13
first
5:2,17,19 8:5,16
Floor
1:11
flying
10:21
folks
11:14
follow
8:22 9:9
footsteps
8:22
foregoing
13:3
forehead
8:19
foreheads
9:13
forget
7:8,14,18
found
11:3
four
4:5,6
free
2:22
front
5:21
front-in
5:22
further
12:4

**G**

gathering
3:2
General
1:10
getting
4:15 5:8
give
3:15
go
8:3,17 11:18
going
8:21 9:9 10:11,22
11:17
gonna
7:8
good
12:1
guys
11:11,12

**H**

handcuffed
7:5 9:14
hands
6:22
happen
4:15 10:4
happened
2:24 3:10 5:4
head
9:3,22 11:16
heads
7:7 8:18 9:13
hearing
7:1 9:23
heel
8:23
heels
8:23 9:10
hit
4:18 9:6,19
hoping
3:9
house
3:18
housed
2:5,16 3:21,22
housing
4:1
humiliation
7:8 9:16
Hurricane
10:22

**I**

I-DOC
2:8,11 3:3
I'd
9:22
I'm
2:2,3,10 3:9 10:4
Illinois
1:10,12 2:3,6
immediately
4:19
impartially
13:2
inaudible
10:4 11:6
individuals
2:8

information
3:2
inmate
1:6 3:15,17 5:24
inmates
2:5,11 3:5
inside
4:22
interest
2:20
interview
1:5 2:4,23 3:6 12:6
involved
10:7
isn't
10:11

**J**

James
2:1,2
judge
2:15,17,19

**K**

K-e-n-
3:16
Katrina
10:23
keep
7:18
Kennedy
1:5 3:16
kept
7:16 10:8,9
kind
5:8,10 6:12
knew
4:14
know
4:15,23 5:7,11 6:21
7:12 10:2 11:12,17
known
11:14

**L**

law
2:12
Lawrence
2:7
lawsuit
2:5,13
leaving
7:6
ledge
6:14
left
8:17
lifted
8:23
listed
11:1,3
little
4:22 6:12
lockdown
4:10
locked
12:3
Loevy
2:13,13
long
9:15
look
5:10 8:20 9:14

looked
4:19
looking
4:24

**M**

marching
9:11
Marie
13:1
mean
6:20 7:13,22
means
2:17
member
2:17
Menard
2:6
minutes
9:15
mouth
6:23 11:16
moving
10:10
Muddy
2:6,16 3:11,18 11:24
muffed
8:24 9:5,21,24
mug
9:6

**N**

n-e-d-y
3:17
naked
8:4
name
2:2 3:15
named
2:11
names
10:6,14
nature
7:4
neck
8:19,19
never
7:8,13,18
Non
11:21
normally
5:6
nose
5:22
noticed
4:21 7:1
number
1:6 3:15,17 4:2

**O**

occurred
2:4
offer
3:7
officers
7:14,17 9:19 10:7 11:9
okay
3:11,14 4:1,4,11 5:4,12
6:2,16,24 8:7,11 9:1
9:7,12 11:22 12:4,5
opening
11:16
operation

McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063864

1



2:9 3:1
**Orange**
4:18,22 5:4 7:14,18
12:1
**out-out**
6:13

**P**

**pants**
8:6
**participating**
3:7
**particular**
4:3 11:14
**phonetic**
2:2
**place**
10:22
**Plaintiff's**
2:19
**Plaintiffs**
2:12
**please**
3:14
**pop**
10:11
**position**
3:7
**potential**
2:17
**pretty**
5:8 8:20
**prison**
11:23
**probably**
10:3,3
**proceedings**
13:4
**program**
3:23,24
**purposes**
3:4
**pushed**
9:1,2,3
**put**
4:15 6:4,21,22 7:21 8:1
8:3,4,7

**Q**

**questions**
3:12 12:4
**quickly**
6:7
**quite**
3:24

**R**

**ran**
10:23
**Randolph**
1:11
**ready**
4:15
**really**
6:13
**recall**
4:8 10:6
**recorded**
13:3
**records**
7:19 10:15
**refuse**
3:8

**remember**
3:11 4:10,12,14 7:20
8:2 10:13,14 11:9
**represented**
2:12,18
**rid**
11:12
**ridiculous**
9:11
**right**
4:8 5:14 6:1,3,8,12,14
6:14 7:23,24 8:9
10:17,24 11:5,19
**River**
2:6,6 3:18
**rough**
5:8

**S**

**saying**
10:4
**screen**
4:20 5:1
**sea**
7:12 11:12
**search**
5:15
**searched**
5:17,19,20
**see**
6:15 8:20
**seen**
4:21 5:1
**Set**
9:13
**shakedown**
2:4 3:10 4:9 7:16 10:7
10:15 11:1
**shakedowns**
11:20
**Shawnee**
7:15,17 10:9,14
**shirt**
7:7
**shit**
10:20
**shocked**
4:21
**shoes**
8:8,9,10,11
**shortly**
4:17
**shoulder**
7:7
**show**
10:16
**shower**
8:9,11
**Skaja**
13:1
**slip**
7:16 10:8,9 11:1
**slips**
10:16
**slowly**
6:6
**socks**
8:3,4
**somebody**
7:7 8:18 9:10 10:2
**somebody's**
8:22
**sorry**
2:3

**4:5**
**speaking**
2:23
**specifically**
4:20
**spell**
3:14
**spread**
6:21
**stage**
2:14
**Stand**
5:9
**started**
7:1 10:10
**state**
2:3 3:14
**statement**
13:3
**statements**
11:9
**stayed**
3:23
**stick**
9:22 10:1
**sticks**
9:20
**straight**
5:22 9:9
**Street**
1:11
**strip-**
5:14
**strip-search**
6:2,17,19,20
**stuff**
4:13,16,16 5:11,22 7:3
8:6 9:23 10:11 11:12
**sucker**
11:6
**sudden**
10:10
**swing**
11:17

**T**

**table**
9:13
**tactical**
3:1
**taken**
8:15,15
**talk**
3:9,10
**talked**
7:11
**talking**
9:23
**telling**
7:2
**thing**
4:20 7:8
**things**
4:13 7:3 11:13
**thinking**
10:11
**thought**
4:6
**threw**
10:13,19
**throw**
7:11 11:11
**time**

3:23,24 4:3 5:2 6:23
9:16 11:14
**today**
2:3
**tore**
10:19 11:5
**tough**
5:8
**transcribed**
13:2
**TRANSCRIPTION**
1:4
**treatment**
3:22 4:16 10:3
**turn**
6:21
**two**
7:17,19

**U**

**undergo**
11:19
**undershirt**
8:6
**understanding**
2:24
**unit**
4:1 5:5

**V**

**voices**
7:2
**voluntary**
3:6
**vulnerable**
9:17

**W**

**wall**
5:9,24
**walls**
4:13
**wanted**
8:4
**wasn't**
7:14
**way**
5:9 6:22 7:10,13 8:5
9:23
**went**
7:9,22 8:17
**West**
1:11
**willing**
3:9
**window**
5:22
**wing**
4:22
**women**
4:22
**wore**
8:11
**working**
2:8
**world**
9:18
**worst**
11:6
**wow**
5:1 7:5 9:8

**X**

**Y**

**yeah**
3:13 4:7 9:2,5
**year**
7:16 10:9

**Z**

**0**

**00:08:28**
10:5
**00:09:34**
11:7

**1**

**100**
1:11
**13th**
1:11

**2**

**2-A**
4:3,4
**2014**
2:4 3:11,19 4:9 10:15

**3**

**30**
9:15
**312**
1:13

**4**

**4-A**
4:5,5,7
**40**
9:15

**5**

**6**

**60601**
1:12

**7**

**8**

**814-3695**
1:13


McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309   063865

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 156 of 214   Page ID #21876

Ross, et al. vs. Gossett, et al. 15-309   063866

```
AUDIO TRANSCRIPTION
Interview of Russell Kley
Inmate Number B86522




Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695
```

1

---

1  BY MR. JAMES DURAN:
2      Q    My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois.  I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  individuals working for I-DOC arising out of the
9  operation.
10      I'm here on behalf of the Defendants, the
11  employees of the I-DOC.  Certain inmates are the named
12  Plaintiffs in this case and are represented by a law
13  firm, Loevy & Loevy.  This lawsuit is a class action
14  and at this stage, the class has not yet been
15  certified by the judge.
16      Because you were housed at Big Muddy, you are a
17  potential class member, which means that if the judge
18  certifies a class, you would be represented by
19  Plaintiff's attorneys.  If the judge certifies a
20  class, your interest could be adverse to those of the
21  Defendants.
22      You are of course, free to contact an attorney
23  before speaking to me.  But I would like to interview
24  you to get a better understanding of what happened

2

---

1  during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purposes against you or any other
5  inmates.
6      This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10  talk to me about what happened during the shakedown at
11  Big Muddy 2014; if you remember.  So is it okay if I
12  ask you some questions?
13      A    Well, yeah.
14      Q    Can you please just state and spell your
15  name and give your inmate number?
16      A    Russell Kley, R-u-s-s-e-l-l, K-l-e-y;
17  B86522.
18      Q    All right, and you were housed at Big Muddy
19  in 2014; is that correct?
20      A    Yeah.
21      Q    All right.  And do you recall a shakedown on
22  --
23      A    Identify it a little bit better.  Like I
24  said, I don't know what you're wanting me to try and

3

---

1  answer here, or anything.
2      Q    Okay.  All right, do any shakedowns that
3  happened in 2014 stand out in your mind?  It was a
4  facility-wide shakedown with the Tactical Unit.
5      A    You mean where they come in and made
6  everybody get out of their cells and tore them up or
7  whatever?
8      Q    Yes.
9      A    Yeah, they did that a couple of times there,
10  but I didn't -- I didn't lose nothing.
11      Q    Okay.
12      A    Got everything back after I found it slung
13  all over everywhere, but --
14      Q    All right.  Do you remember -- what's the
15  first thing that you remember about that shakedown?
16      A    I thought well -- see I've never been in
17  before.  I ain't got no record of any kind other than
18  what I'm in for now.  So it was all new to me, you
19  know.
20      Q    Okay.  So what happened that day?
21      A    Nothing, they just made us -- they just come
22  in banging their little toothpicks, ranting and raving
23  and carrying on and just I don't know, off-the-wall
24  stuff, I don't-- you know, what they do, I guess.

4

---

Pages 1 to 4



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063866

Ross, et al. vs. Gossett, et al. 15-309     063867

**5**

1    Q    Okay.
2    A    You know?
3    Q    So did they -- did they take you out of your
4    cell?
5    A    Oh, everybody had to come out of their
6    cells, yeah.
7    Q    So when you left your cell, did you wear --
8    what clothes were you wearing?
9    A    Basically like blues, you know.
10   Q    Okay, shoes, too?
11   A    Yeah.
12   Q    Okay.  And then were you marched somewhere
13   or where were you --
14   A    To the dietary.
15   Q    Okay.  And what happened in the dietary?
16   A    We just sat in there until they tore up
17   everything in there, in the cell, I guess to meet
18   their satisfaction or -- or whatever they was trying
19   to do.
20   Q    Okay.  Were they looking for contraband,
21   probably, too?
22   A    There was no telling.  Like I said, I got
23   back everything I had before I left.
24   Q    Okay.  And the how long did you remain in

**6**

1    dietary?
2    A    Not long.  For a while.  I can't remember
3    how long it was, but it was for a while.
4    Q    All right and how --
5    A    Because they did the whole wing, you know.
6    Q    Right.  And how were you sitting in dietary?
7    A    With your head down.
8    Q    Okay.  At any point did anyone hit you with
9    any batons or any sticks or anything?
10   A    Oh, yeah, yeah, yeah, they walked behind
11   you, making you walk and your head on everybody's
12   shoulder and everything, you know.
13   Q    Okay.  How you were you -- how were you made
14   to walk?  With your head on the guy's shoulder in
15   front of you?
16   A    Yeah.  Bent over, you know, and everything.
17   Q    Okay.  Was there anything unusual about that
18   shakedown compared to other shakedowns?
19   A    No.
20   Q    Okay.  It was just the same as every other
21   shakedown?
22   A    Yes.
23   Q    Have you had big shakedowns like that since?
24   A    No, no, no.

**7**

1    Q    Okay.  All right.
2    A    I just took it like that they were, you
3    know, acting retarded and big-shotted and everything
4    like that; is how I took it.
5    Q    Okay.
6    A    I wasn't on nothing.  They didn't -- you
7    know, it was just I guess something they decided
8    they'd do.  Training, maybe.  I heard it was like
9    training and stuff like that, you know.
10   Q    Okay.  Do you know where you heard that
11   from?
12   A    No.
13   Q    Do you remember -- do you remember the --
14   any of the officers saying anything in particular?
15   A    No.  I heard a lot of them say things over
16   there, but not revolving any of that.
17   Q    Okay.  But during -- during the shakedown,
18   do you remember them saying anything or yelling
19   anything?
20   A    Oh, they was -- they was yelling.  Yeah,
21   they was yelling and carrying on, anyway, you know.
22   Like I said, they come in, ranting and raving, and
23   beating their little sticks and acting ignorant and
24   stupid and everything like at that time they -- like

**8**

1    that they normally do.  And that was it.
2    Q    Okay.
3    A    But like I said, I got back everything after
4    I got back after I found it slung everywhere and
5    everything.  Looked like a little three-year-old
6    tantrum fit, you know, they just showing their
7    ignorance, you know.
8    Q    Okay.  All right.  I don't really have any
9    other questions for you.
10   A    But you know, I got woke up this morning,
11   and see paralegal, what do I need a lawyer for or
12   whatever?  I'm going home for Pete's sake, you know?
13   Q    Yeah, it's like -- yeah, it's just to find
14   out what happened.
15   A    The only reason I was at Big Muddy is
16   because it was close to home.
17   Q    Okay.
18   A    I got a visit every-other-week.  And like I
19   said, I've been gone since 2008 and I'm going home
20   here real soon in March.
21   Q    Okay.
22   A    It's all over, finally.  But yeah, I just
23   thought that was just random, you know, or whatever,
24   you know.  I've seen it on TV before, you know, where

Pages 5 to 8

Ross, et al. vs. Gossett, et al. 15-309     063867

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 158 of 214   Page ID
#21578
Ross, et al. vs. Gossett, et al. 15-309   063868

1    they go in and destroy people's shit and throw it
2    around like they're having tantrums and what not and
3    then --
4        Q    But you were able to get all your stuff
5    back?
6        A    Oh, yeah, yeah, after I found it all, slung
7    everywhere in there.
8        Q    Okay.
9        A    My cellmates mixed in it and his and
10   everything.
11       Q    Okay, all right.  Well, thank you very much
12   for your cooperation.
13       A    Sorry I couldn't give you what you wanted.
14       Q    All I wanted is what you remember.
15            (End of Interview)
16
17
18
19
20
21
22
23
24

                                                        9

1        I, Audrey Marie Skaja, do hereby certify or
2    affirm that I have impartially transcribed the
3    foregoing from a digitally recorded statement of the
4    above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

                                                       10



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 159 of 214   Page ID
#21579
Ross, et al. vs. Gossett, et al. 15-309   063869

## A

**ability**
10:4
**able**
9:4
**above-mentioned**
10:4
**acting**
7:3,23
**action**
2:13
**adverse**
2:20 3:8
**affirm**
10:2
**ain't**
4:17
**answer**
4:1
**anyway**
7:21
**arising**
2:8
**attorney**
1:10 2:3,22
**attorneys**
2:19
**AUDIO**
1:4
**Audrey**
10:1

## B

**B86522**
1:6 3:17
**back**
4:12 5:23 8:3,4 9:5
**banging**
4:22
**Basically**
5:9
**batons**
6:9
**beating**
7:23
**behalf**
2:10 3:3
**Bent**
6:16
**best**
10:4
**better**
2:24 3:23
**big**
2:6,16 3:11,18 6:23
  8:15
**big-shotted**
7:3
**bit**
3:23
**blues**
5:9

## C

**can't**
6:2
**carrying**
4:23 7:21
**case**
2:12 3:3
**cell**
5:4,7,17

**cellmates**
9:9
**cells**
4:6 5:6
**Centers**
2:7
**certain**
2:7,11
**certified**
2:15
**certifies**
2:18,19
**certify**
10:1
**Chicago**
1:12
**class**
2:13,14,17,18,20
**close**
8:16
**clothes**
5:8
**come**
4:5,21 5:5 7:22
**compared**
6:18
**consequences**
3:8
**contact**
2:22
**contraband**
5:20
**cooperation**
9:12
**correct**
3:19
**Correctional**
2:7
**couldn't**
9:13
**couple**
4:9
**course**
2:22

## D

**day**
4:20
**decided**
7:7
**defend**
3:3
**Defendants**
2:10,21 3:3
**destroy**
9:1
**didn't**
4:10,10 7:6
**dietary**
5:14,15 6:1,6
**digitally**
10:3
**disciplinary**
3:4
**don't--**
4:24
**Duran**
2:1,2

## E

**employees**
2:11
**every-other-week**

8:18
**everybody**
4:6 5:5
**everybody's**
6:11
**experience**
3:2

## F

**facility-wide**
4:4
**filed**
2:5
**finally**
8:22
**find**
8:13
**firm**
2:13
**first**
4:15
**fit**
8:6
**Floor**
1:11
**foregoing**
10:3
**found**
4:12 8:4 9:6
**free**
2:22
**front**
6:15

## G

**gathering**
3:2
**General**
1:10
**give**
3:15 9:13
**go**
9:1
**going**
8:12,19
**guess**
4:24 5:17 7:7
**guy's**
6:14

## H

**happened**
2:24 3:10 4:3,20 5:15
  8:14
**head**
6:7,11,14
**heard**
7:8,10,15
**hit**
6:8
**home**
8:12,16,19
**hoping**
3:9
**housed**
2:5,16 3:18

## I

**I-DOC**
2:8,11 3:3
**I'm**
2:2,3,10 3:9 4:18 8:12

8:19
**I've**
4:16
**Identify**
3:23
**ignorance**
8:7
**ignorant**
7:23
**Illinois**
1:10,12 2:3,6
**impartially**
10:2
**individuals**
2:8
**information**
3:2
**inmate**
1:6 3:15
**inmates**
2:5,11 3:5
**interest**
2:20
**interview**
1:5 2:4,23 3:6 9:15
**it's**
8:13,13,22

## J

**James**
2:1,2
**judge**
2:15,17,19

## K

**K-l-e-y**
3:16
**kind**
4:17
**Kley**
1:5 3:16
**know**
3:24 4:19,23,24 5:2,9
  6:5,12,16 7:3,7,9,10
  7:21 8:6,7,10,12,23
  8:24,24

## L

**law**
2:12
**Lawrence**
2:7
**lawsuit**
2:5,13
**lawyer**
8:11
**left**
5:7,23
**little**
3:23 4:22 7:23 8:5
**Loevy**
2:13,13
**long**
5:24 6:2,3
**Looked**
8:5
**looking**
5:20
**lose**
4:10
**lot**
7:15

## M

**making**
6:11
**March**
8:20
**marched**
5:12
**Marie**
10:1
**mean**
4:5
**means**
2:17
**meet**
5:17
**member**
2:17
**Menard**
2:6
**mind**
4:3
**mixed**
9:9
**morning**
8:10
**Muddy**
2:6,16 3:11,18 8:15

## N

**name**
2:2 3:15
**named**
2:11
**need**
8:11
**never**
4:16
**new**
4:18
**normally**
8:1
**number**
1:6 3:15

## O

**occurred**
2:4
**off-the-wall**
4:23
**offer**
3:7
**officers**
7:14
**Oh**
5:5 6:10 7:20 9:6
**okay**
3:11 4:2,11,20 5:1,10
  5:12,15,20,24 6:8,13
  6:17,20 7:1,5,10,17
  8:2,8,17,21 9:8,11
**operation**
2:9 3:1

## P

**paralegal**
8:11
**participating**
3:7
**particular**
7:14
**people's**
9:1

## Q

**questions**
3:12 8:9

## R

**R-u-s-s-e-l-l**
3:16
**Randolph**
1:11
**random**
8:23
**ranting**
4:22 7:22
**raving**
4:22 7:22
**real**
8:20
**really**
8:8
**reason**
8:15
**recall**
3:21
**record**
4:17
**recorded**
10:3
**refuse**
3:8
**remain**
5:24
**remember**
3:11 4:14,15 6:2 7:13
  7:13,18 9:14
**represented**
2:12,18
**retarded**
7:3
**revolving**
7:16
**right**
3:18,21 4:2,14 6:4,6
  7:1 8:8 9:11
**River**
2:6,6
**Russell**
1:5 3:16

## S

**sake**


McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309   063869

1

Ross, et al. vs. Gossett, et al. 15-309          063870

**8:12**

**sat**
5:16
**satisfaction**
5:18
**saying**
7:14,18
**see**
4:16 8:11
**seen**
8:24
**shakedown**
2:4 3:10,21 4:4,15 6:18
6:21 7:17
**shakedowns**
4:2 6:18,23
**shit**
9:1
**shoes**
5:10
**shoulder**
6:12,14
**showing**
8:6
**sitting**
6:6
**Skaja**
10:1
**slung**
4:12 8:4 9:6
**soon**
8:20
**Sorry**
9:13
**speaking**
2:23
**spell**
3:14
**stage**
2:14
**stand**
4:3
**state**
2:3 3:14
**statement**
10:3
**sticks**
6:9 7:23
**Street**
1:11
**stuff**
4:24 7:9 9:4
**stupid**
7:24

**T**

**tactical**
3:1 4:4
**take**
5:3
**talk**
3:9,10
**tantrum**
8:6
**tantrums**
9:2
**telling**
5:22
**thank**
9:11
**they'd**
7:8
**they're**

9:2
**thing**
4:15
**things**
7:15
**thought**
4:16 8:23
**three-year-old**
8:5
**throw**
9:1
**time**
7:24
**times**
4:9
**today**
2:3
**toothpicks**
4:22
**tore**
4:6 5:16
**training**
7:8,9
**transcribed**
10:2
**TRANSCRIPTION**
1:4
**try**
3:24
**trying**
5:18
**TV**
8:24

**U**

**understanding**
2:24
**Unit**
4:4
**unusual**
6:17

**V**

**visit**
8:18
**voluntary**
3:6

**W**

**walk**
6:11,14
**walked**
6:10
**wanted**
9:13,14
**wanting**
3:24
**wasn't**
7:6
**wear**
5:7
**wearing**
5:8
**West**
1:11
**what's**
4:14
**willing**
3:9
**wing**
6:5
**woke**
8:10

**working**
2:8

**X**

**Y**

**yeah**
3:13,20 4:9 5:6,11 6:10
6:10,10,16 7:20 8:13
8:13,22 9:6,6
**yelling**
7:18,20,21
**you're**
3:24

**Z**

**0**

**1**

**100**
1:11
**13th**
1:11

**2**

**2008**
8:19
**2014**
2:4 3:11,19 4:3

**3**

**312**
1:13

**4**

**5**

**6**

**60601**
1:12

**7**

**8**

**814-3695**
1:13

2



Ross, et al. vs. Gossett, et al. 15-309          063870

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 161 of 214   Page ID
#25881

Ross, et al. vs. Gossett, et al. 15-309   063871

AUDIO TRANSCRIPTION
Interview of Kenneth Lay
Inmate Number EO1938


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

BY MR. JAMES DURAN:

2   Q   My name is James Duran (phonetic) and I'm an attorney for the state of Illinois.  I'm here today to interview you about a shakedown that occurred in 2014.  A lawsuit has been filed by inmates that were housed at Menard, Illinois River, Big Muddy River and Lawrence Correctional Centers against certain individuals working for I-DOC arising out of the operation.

10   I'm here on behalf of the Defendants, the employees of the Illinois Department of Corrections.  Certain inmates are the named Plaintiffs in this case and are represented by a law firm, Loevy & Loevy.  This lawsuit is a class action and at this stage, the class has not yet been certified by the judge.

16   Because you were housed at Illinois River Correctional Center, you are a potential class member, which means that if the judge certifies a class, you would be represented by Plaintiff's attorneys.  If the judge certifies a class, your interest could be adverse to that of the Defendants.

22   You are of course, free to contact an attorney before speaking to me.  But I would like to interview you to get a better understanding of what happened

2

1   during the tactical operation, and what your experience was.  I am gathering this information to defend the case on behalf of I-DOC Defendants, but not for any disciplinary purposes against you or any other inmates.

6   This interview is voluntary.  I am not in a position to offer you anything for participating and there will be no adverse consequences if you refuse to talk to me.  However, I'm hoping you are willing to talk to me about what happened to you during the shakedown at

12   Illinois River Correctional Center in 2014; if you remember.  So is it okay if I ask you some questions?

15   A   Yes.

16   Q   Okay, can you please state and spell your name and give your inmate number?

18   A   My name is Kenneth Lay, Number EO1938.

19   Q   All right, and during this time you were housed at the Illinois Correctional Center; is that correct?

22   A   Yes, sir.

23   Q   And during the shakedown that occurred in April of 2014, can you tell me what you remember, the

3

1   first thing you remember starting with the shakedown?

2   A   The first thing I remember is a lot of hollering as they was coming into the cells.  And soon as the doors opened, the made us get completely butt naked.  The only thing that was allowed to put back on was just your shirt, your pants, and your shower shoes.  No socks at all, just shower shoes.

8   And after they -- after they made you bend over and cough, they handcuffed you and lined us up and took us all to the gym and made us stand in a formation up against the bleachers with our head on -- on the bleachers, two feet back, and bent over, in a bent-over position.

14   And we better not move or fall or none of that.  We had to stand there for like two-and-a-half, close to three hours until they shook the whole cell out there.

18   Q   Do you know about how many inmates were in the gym along with you?

20   A   Like I said, there is a hundred-and-some upstairs and hundred-and-some downstairs and that's the whole rule (phonetic), so it had to be over two-hundred-and-some guys who was at count.  But I know it was a hundred upstairs and a hundred down.  You'd have

4



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063871

Ross, et al. vs. Gossett, et al. 15-309    063872

1  to be 105 or 110, I don't know upstairs, but down, I
2  know it's a hundred. A hundred up and down.
3      Q    At any time during the shakedown did any of
4  the guards physically use force on you?
5      A    No, but I did see a few guys get grabbed
6  because they fell or I guess they fell dead out. Like
7  I said, their legs was giving out. They got drilled
8  to stand.
9      Q    When you returned to your cell, did it
10 appear that your cell had been shaken down?
11     A    Yeah.
12     Q    What was the condition of your cell?
13     A    Ransacked, stuff everywhere.
14     Q    Was anything broken?
15     A    At that time my stuff, I want to say that my
16 stuff was tooken; I don't know.
17     Q    What was missing from your cell?
18     A    I had food missing, you know what I am
19 saying? I am talking about food stuff that was
20 opened, you know what I am saying, like beef sticks
21 and a few honeycombs and stuff like that; wrappers was
22 opened.
23     Q    Were they things that you had opened
24 beforehand or they were opened while you were gone?

5

1      A    No, they was opened while I was gone.
2      Q    And can you remember anything that was --
3  that was broken? Like I know you said that there was
4  food that was opened and stuff. Did you have any
5  audio/visual or electronic stuff that was broken or
6  taken?
7      A    Not that I can remember. Like I said, my
8  light was broken, I mean as far as broke, but I mean
9  bulbs. They wasn't working on it. That was the only
10 thing that was wrong with mine.
11     Q    Okay. Did you get a new bulb in it?
12     A    No, it had (inaudible 00:05:12) bulbs; you
13 know? (Inaudible 00:05:18) bulbs.
14     Q    When they officers first arrived at your
15 cell, can you describe what the procedure was for the
16 strip-search?
17     A    First thing was just meeting at the door
18 opened, he told me and my cellmate to get naked. One
19 stand in the back of the cell, the other one stand at
20 the door. Take everything off.
21     Q    Okay.
22     A    That was the procedure.
23     Q    All right, and then you stood at the door
24 and you did the whole --

6

1      A    The man made me bend over, cough, and stand
2  naked then, made me move around him and go to the
3  front of the cell. And he come to the door and he did
4  the same thing.
5      And after he did the same thing, it was when we
6  were told to put on a blue shirt, blue pants and house
7  shoes, flipflops; that was it. He got cuffed, I got
8  cuffed. And everybody else got cuffed, you know what
9  I am saying, and then proceed.
10     Q    Okay. And then you were -- at some point
11 you were taken to the gym. How were you walked over
12 to the gym?
13     A    They walked us over to the gym. You know
14 what I am saying? They made a line, made everybody in
15 line, most of the time, two-by-two. Lower me head.
16 This was -- this was -- we had to -- like I said, walk
17 back with your head on somebody's back, handcuffed,
18 just like this here. And the whole line moved with
19 your head on his back.
20     Q    How far was the walk from the cell house to
21 the gym?
22     A    It was like, I would say, if we look, then
23 all of a sudden, where you at. All the way, when you
24 look out that window, and say on the other side of

7

1  that building. See the latter building over there?
2  Not the first one, all the way over. A little farther
3  over there, behind here.
4      Q    Okay. So it looks like it's probably at
5  least a couple of hundred yards, total for walking?
6      A    Yeah, yeah, I would say about a hundred
7  feet.
8      Q    Okay.
9      A    A hundred feet.
10     Q    Okay. That's all the questions I have for
11 you. Thank you very much.
12         (End of Interview)
13
14
15
16
17
18
19
20
21
22
23
24

8

Pages 5 to 8

Ross, et al. vs. Gossett, et al. 15-309    063872

1    I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

9



Ross et al. vs. Gossett, et al. 15-309   063874

**A**

ability
9:4
above-mentioned
9:4
action
2:14
adverse
2:21 3:8
affirm
9:2
allowed
4:5
appear
5:10
April
3:24
arising
2:8
arrived
6:14
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
audio/visual
6:5
Audrey
9:1

**B**

back
4:5,12 6:19 7:17,17,19
beef
5:20
behalf
2:10 3:3
bend
4:8 7:1
bent
4:12
bent-over
4:13
best
9:4
better
2:24 4:14
Big
2:6
bleachers
4:11,12
blue
7:6,6
broke
6:8
broken
5:14 6:3,5,8
building
8:1,1
bulb
6:11
bulbs
6:9,12,13
butt
4:4

**C**

case
2:12 3:3
cell

4:16 5:9,10,12,17 6:15
6:19 7:3,20
cellmate
6:18
cells
4:3
Center
2:17 3:12,20
Centers
2:7
certain
2:7,12
certified
2:15
certifies
2:18,20
certify
9:1
Chicago
1:12
class
2:14,15,17,18,20
close
4:15
come
7:3
coming
4:3
completely
4:4
condition
5:12
consequences
3:8
contact
2:22
correct
3:21
Correctional
2:7,17 3:12,20
Corrections
2:11
cough
4:9 7:1
count
4:23
couple
8:5
course
2:22
cuffed
7:7,8,8

**D**

dead
5:6
defend
3:3
Defendants
2:10,21 3:3
Department
2:11
describe
6:15
digitally
9:3
disciplinary
3:4
don't
5:16
door
6:17,20,23 7:3
doors

4:4
downstairs
4:21
drilled
5:7
Duran
2:1,2

**E**

electronic
6:5
employees
2:11
EO1938
1:6 3:18
everybody
7:8,14
experience
3:2

**F**

fall
4:14
far
6:8 7:20
farther
8:2
feet
4:12 8:7,9
fell
5:6,6
filed
2:5
firm
2:13
first
4:1,2 6:14,17 8:2
flipflops
7:7
Floor
1:11
food
5:18,19 6:4
force
5:4
foregoing
9:3
formation
4:11
free
2:22
front
7:3

**G**

gathering
3:2
General
1:10
give
3:17
giving
5:7
go
7:2
grabbed
5:5
guards
5:4
guess
5:6
guys
4:23 5:5

gym
4:10,19 7:11,12,13,21

**H**

handcuffed
4:9 7:17
happened
2:24 3:10
head
4:11 7:15,17,19
hollering
4:3
honeycombs
5:21
hoping
3:9
hours
4:16
house
7:6,20
housed
5:2,16 3:20
hundred
4:24,24 5:2,2 8:5,6,9
hundred-and-some
4:20,21,23

**I**

I-DOC
2:8 3:3
I'm
2:2,3,10 3:9
Illinois
1:10,12 2:3,6,11,16
3:12,20
impartially
9:2
inaudible
6:12,13
individuals
2:8
information
3:2
inmate
1:6 3:17
inmates
2:5,12 3:5 4:18
interest
2:20
interview
1:5 2:4,23 3:6 8:12
it's
5:2 8:4

**J**

James
2:1,2
judge
2:15,18,20

**K**

Kenneth
1:5 3:18
know
4:18,23 5:1,2,16,18,20
6:3,13 7:8,13

**L**

law
2:13
Lawrence
2:7

lawsuit
2:5,14
Lay
1:5 3:18
legs
5:7
light
6:8
line
7:14,15,18
lined
4:9
little
8:2
Loevy
2:13,13
look
7:22,24
looks
8:4
lot
4:2
Lower
7:15

**M**

man
7:1
Marie
9:1
mean
6:8,8
means
2:18
meeting
6:17
member
2:17
Menard
2:6
mine
6:10
missing
5:17,18
move
4:14 7:2
moved
7:18
Muddy
2:6

**N**

naked
4:5 6:18 7:2
name
2:2 3:17,18
named
2:12
new
6:11
number
1:6 3:17,18

**O**

occurred
2:4 3:23
offer
3:7
officers
6:14
okay
3:13,16 6:11,21 7:10
8:4,8,10

opened
4:4 5:20,22,23,24 6:1,4
6:18
operation
2:9 3:1

**P**

pants
4:6 7:6
participating
3:7
phonetic
2:2 4:22
physically
5:4
Plaintiff's
2:19
Plaintiffs
2:12
please
3:16
point
7:10
position
3:7 4:13
potential
2:17
probably
8:4
procedure
6:15,22
proceed
7:9
proceedings
9:4
purposes
3:4
put
4:5 7:6

**Q**

questions
3:14 8:10

**R**

Randolph
1:11
Ransacked
5:13
recorded
9:3
refuse
3:8
remember
3:13,24 4:1,2 6:2,7
represented
2:13,19
returned
5:9
right
3:19 6:23
River
2:6,6,16 3:12
rule
4:22

**S**

saying
5:19,20 7:9,14
see
5:5 8:1
shakedown

Ross et al. vs. Gossett, et al. 15-309   063874



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 165 of 214   Page ID
#2685

Ross, et al. vs. Gossett, et al. 15-309
063875

2:4 3:11,23 4:1 5:3

**shaken**
5:10
**shirt**
4:6 7:6
**shoes**
4:7,7 7:7
**shook**
4:16
**shower**
4:6,7
**side**
7:24
**sir**
3:22
**Skaja**
9:1
**socks**
4:7
**somebody's**
7:17
**soon**
4:3
**speaking**
2:23
**spell**
3:16
**stage**
2:14
**stand**
4:10,15 5:8 6:19,19 7:1
**starting**
4:1
**state**
2:3 3:16
**statement**
9:3
**sticks**
5:20
**stood**
6:23
**Street**
1:11
**strip-search**
6:16
**stuff**
5:13,15,16,19,21 6:4,5
**sudden**
7:23

---
**T**
---

**tactical**
3:1
**Take**
6:20
**taken**
6:6 7:11
**talk**
3:9,10
**talking**
5:19
**tell**
3:24
**Thank**
8:11
**that's**
4:21 8:10
**thing**
4:1,2,5 6:10,17 7:4,5
**things**
5:23
**three**
4:16

**time**
3:19 5:3,15 7:15
**today**
2:3
**told**
6:18 7:6
**tooken**
5:16
**total**
8:5
**transcribed**
9:2
**TRANSCRIPTION**
1:4
**two**
4:12
**two-**
4:22
**two-and-a-half**
4:15
**two-by-two**
7:15

---
**U**
---

**understanding**
2:24
**upstairs**
4:21,24 5:1
**use**
5:4

---
**V**
---

**voluntary**
3:6

---
**W**
---

**walk**
7:16,20
**walked**
7:11,13
**walking**
8:5
**want**
5:15
**wasn't**
6:9
**way**
7:23 8:2
**West**
1:11
**willing**
3:9
**window**
7:24
**working**
2:8 6:9
**wrappers**
5:21
**wrong**
6:10

---
**X**
---

---
**Y**
---

**yards**
8:5
**yeah**
5:11 8:6,6
**You'd**
4:24

---
**Z**
---

---
**0**
---

**00:05:12**
6:12
**00:05:18**
6:13

---
**1**
---

**100**
1:11
**105**
5:1
**110**
5:1
**13th**
1:11

---
**2**
---

**2014**
2:4 3:12,24

---
**3**
---

**312**
1:13

---
**4**
---

---
**5**
---

---
**6**
---

**60601**
1:12

---
**7**
---

---
**8**
---

**814-3695**
1:13



AUDIO TRANSCRIPTION
Interview of Noland Love
Inmate Number  B68457



Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

1  BY MS. SUZANNA PRICE:
2      Q    My name is Suzanna Price (phonetic).  Jason
3  Wegan (phonetic) is here.  We're attorneys for the
4  state of Illinois.  We're here today to interview you
5  today about a shakedown that occurred in 2014.  A
6  lawsuit has been filed by inmates that were housed at
7  Menard, Illinois River, Big Muddy River and Lawrence
8  Correctional Centers against certain individuals
9  working for I-DOC arising out of the operation.
10      I'm here on behalf of those Defendants, the
11  employees of the I-DOC.  Certain inmates are the named
12  Plaintiffs in the case and are represented by a law
13  firm, Loevy & Loevy.  The lawsuit is a class action
14  and at this stage, the class has not yet been
15  certified by the judge.
16      Because you were housed at Big Muddy, you are a
17  potential class member, which means that if the judge
18  certifies the class, you would be represented by
19  Plaintiff's attorneys.  If the judge certifies the
20  class, your interest could be adverse to that of the
21  Defendants.
22      You are of course, free to contact an attorney
23  before speaking to me.  But I would like to interview
24  you to get a better understanding of what happened

2

1  during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purpose against you or any other
5  inmates.
6      This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you will be willing
10  to talk to me about what happened during the shakedown
11  in 2014; if you remember.  So is it okay if we ask you
12  some questions?
13      A    Ask away.
14      Q    All right.  Now we were talking a little bit
15  before we turned on the camera and you were telling me
16  what you remembered about the shakedown that occurred
17  at Big Muddy in May of 2014; is that right?
18      A    Yup.
19      Q    Okay.  And I think you told me that you were
20  only shaken down one time by the Tactical Team in Big
21  Muddy?
22      A    There you go.
23      Q    Okay.  So walk me through the day.  You were
24  -- you were doing very well.

3

1      A    It was an institutional lockdown. I guess,
2  statewide, they locked all the prison's down.  They
3  came in to Big Muddy this morning in anger.  They came
4  on the wing and came in by the cell, made everybody
5  strip-search.  Strip-searched everybody.
6      They jumped on somebody in the cell next to me.
7  They came to my cell.  I guess my cellmate pissed them
8  off with something.  They came into the cell and
9  roughed both of us up.  Walked us out the building.
10      They led in direction, walked us out of the
11  building to the cafeteria in a line with our foreheads
12  on -- on the man in front of us back.  My hands cuffed
13  behind my back.
14      Sat us in the chow hall, made us put our
15  foreheads flat down on the table, and we sat there for
16  about two-and-a-half, three hours.  It was that long.
17      Q    Okay.  Now you said you were strip-searched
18  on the wing, right?
19      A    We was strip-searched in the door.  It
20  wasn't even in our cell.  It was just in the door.
21  They made us stand in the door, like my cellmate is
22  standing behind me back by the window. I standing in
23  the door, strip-searched right there in the door.
24      There was female officers there, that I literally

4



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 167 of 214   Page ID
#2088

Ross, et al. vs. Gossett, et al. 15-309   063877

1  see in the lot, go out in the lot, didn't mean
2  anything. So when I see them, I know they can see me.
3      Q   Anything you remember remarkable about the
4  strip-search? I assume you have been strip-searched
5  several times in the I-DOC. Anything that you
6  remember out of the ordinary?
7      A   Besides they put a hand on?
8      Q   They put a hand on you?
9      A   Me, and a couple of people went at it. They
10  supposedly supposed to do it at least once a year, but
11  it's just that one time. The first time I've ever
12  been touched where -- physically touched, verbally,
13  physically abused. And it wasn't recorded.
14      Q   Well what --
15      A   There wasn't nothing about that strip-search
16  recorded. Every strip-search I've ever been in was
17  recorded. Every shakedown with Orange Crush that ever
18  took place around me was recorded. They never
19  recorded that one.
20      Q   Are the shakedowns that you know to have
21  been recorded, did they happen after this -- this
22  shakedown?
23      A   I haven't been shook down since after this
24  one.

5

1      A   Yeah.
2      Q   And he was in orange?
3      A   Yeah.
4      Q   And he was --
5      A   This is the same ones. When we got to the
6  kitchen, he actually -- he hit me in the back of the
7  head because he said -- because he said I was smiling.
8      Q   In the kitchen during the shakedown?
9      A   Yeah.
10      Q   And when you say the "kitchen", that's the
11  same place as the cafeteria?
12      A   Cafeteria, chow hall, mess hall.
13      Q   Would you know the man's name if you saw it?
14      A   I might. I know his face.
15      Q   Was he --
16      A   There ain't too many sergeants that was on
17  the walk. That's on the walk over there, as I know
18  it.
19      Q   Uh-hum. Describe for me the walk from --
20      A   I was in Building 1, so it ain't fun. It's
21  just a building, but I can't --
22      Q   No, that's okay. I meant, and that was my
23  fault. You talked about it a little bit how you were
24  walked from your cell to the cafeteria.

7

1      Q   Okay. All right.
2      A   By Orange Crush.
3      Q   Now you said you were allowed to redress
4  after you were strip-searched?
5      A   Yes.
6      Q   Okay. What -- what clothing did you put on?
7      A   My blues.
8      Q   Blues, okay. You mentioned you were roughed
9  up a little bit in your cell; tell me about that.
10      A   They beat somebody next door to me, beat
11  them. When they got to my cellmate, he was being
12  strip-searched. I don't know what he did, it was
13  something, but then they just started attacking him.
14  Putting -- beating him up. Then they come in.
15  They came in the cell. I was trying to get out of the
16  way. They roughed me, slapped me up, mocked me and
17  threw me out of the cell. It's -- I can literally
18  point one of them out who did it.
19      Q   You could point one out?
20      A   Yeah.
21      Q   Who was it?
22      A   I don't know his name. I just know he was a
23  "Sarg" because he usually be on the walk in Big Muddy.
24      Q   Sergeant at Big Muddy?

6

1      A   To the cafeteria, right.
2      Q   Uh-hum. How? Tell me how you were done?
3      A   It's -- they had a line. It's two lines.
4  When you get out of the door as soon as you hit the
5  walk, it's two lines on each side of the walk. They
6  made us walk up the middle. As they -- they stood on
7  the side of us and made us walk up the middle.
8      Q   A line Tactical Team members and another
9  line of Tactical Team members --
10      A   On each side of us.
11      Q   -- the inmates walked in between?
12      A   We walked in the middle. They made us walk
13  with our forehead on the -- on the man in front of us
14  back; handcuffed.
15      Q   Handcuffed front or back?
16      A   From the back.
17      Q   Okay. Have you ever had a front cuff
18  permit?
19      A   Permit?
20      Q   Yeah, have you ever heard of a front-cuff
21  permit where some people get their hands kept in
22  front?
23      A   I would assume you're supposed to do it.
24  Like if I -- at that time they should have put it in

8

Pages 5 to 8



McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063877

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 168 of 214   Page ID #21388

Ross, et al. vs. Gossett, et al. 15-309   063878

1  front.  Like if I am sick and they got to walk me from
2  cell to healthcare, they cuff me in the front.
3      Q    Okay.  I meant -- (inaudible 0:07:20), yeah
4  like a health permit; you never had one of those?
5      A    No.
6      Q    Okay.  Not that you're aware of.
7      A    Might need one now.
8      Q    Yeah.  Okay, so then you said you got into
9  the cafeteria and you were sitting at a table?
10     A    They made us sit at the tables, put our
11 forehead and nose flat on the table, like this.
12     Q    And you sat there for several hours?
13     A    For about two-and-a-half, three hours, yeah.
14     Q    Did you interact with staff during that
15 time?
16     A    We couldn't talk or do nothing.
17     Q    Is it your understanding that the cells were
18 shaken down while you were in there?
19     A    Supposedly.
20     Q    Okay.  You came back, was there anything
21 different about your area?
22     A    It was totally banged up.
23     Q    How were you walked back from there?
24     A    The same way we walked there.

9

1      I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6      Jenny M. Ski
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

11

1      Q    Do you remember staff giving you any orders
2  other than what you described?
3      A    No.
4      Q    Do you remember staff saying anything
5  specific at all?  Any words you remember them saying?
6      A    They said, "Walk with your head, put your
7  forehead -- put your head down, put your forehead on
8  the man in front of you back and walk a straight
9  line."  Other than that, no.  No talking.  Other than
10 that, no.
11     Q    All right, sir.  I don't think I said this
12 at the beginning of the -- of the tape.  Your name is
13 Nolan Love; is that right?
14     A    Yep.
15     Q    And do you have an I-DOC number?
16     A    B68457.
17     Q    Okay.  Thank you very much.  That's all I
18 got for you.  I appreciate it.
19          (End of interview)
20
21
22
23
24

10



McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063878

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 169 of 214   Page ID
#7198
Ross et al. vs. Gossett, et al. 15-309   063879

**A**

ability 11:4
above-mentioned 11:4
abused 5:13
action 2:13
adverse 2:20 3:8
affirm 11:2
ain't 7:16,20
allowed 6:3
anger 4:3
appreciate 10:18
area 9:21
arising 2:9
assume 5:4 8:23
attacking 6:13
attorney 1:10 2:22
attorneys 2:3,19
AUDIO 1:4
Audrey 11:1
aware 9:6

**B**

B68457 1:6 10:16
back 4:12,13,22 7:6 8:14,15 8:16 9:20,23 10:8
banged 9:22
beat 6:10,10
beating 6:14
beginning 10:12
behalf 2:10 3:3
best 11:4
better 2:24
Big 2:7,16 3:17,20 4:3 6:23 6:24
bit 3:14 6:9 7:23
blues 6:7,8
building 4:9,11 7:20,21

**C**

cafeteria

camera 3:15
can't 7:21
case 2:12 3:3
cell 4:4,6,7,8,20 6:9,15,17 7:24 9:2
cellmate 4:7,21 6:11
cells 9:17
Centers 2:8
certain 2:8,11
certified 2:15
certifies 2:18,19
certify 11:1
Chicago 1:12
chow 4:14 7:12
class 2:13,14,17,18,20
clothing 6:6
come 6:14
consequences 3:8
contact 2:22
Correctional 2:8
couple 5:9
course 2:22
Crush 5:17 6:2
cuff 8:17 9:2
cuffed 4:12

**D**

day 3:23
defend 3:3
Defendants 2:10,21 3:3
Describe 7:19
described 10:2
didn't 5:1
different 9:21
digitally 11:3
direction 4:10
disciplinary 3:4
doing

door 4:19,20,21,23,23 6:10 8:4

**E**

employees 2:11
everybody 4:4,5
experience 3:2

**F**

face 7:14
fault 7:23
female 4:24
filed 2:6
firm 2:13
first 5:11
flat 4:15 9:11
Floor 1:11
foregoing 11:3
forehead 8:13 9:11 10:7,7
foreheads 4:11,15
free 2:22
front 4:12 8:13,15,17,22 9:1 9:2 10:8
front-cuff 8:20
fun 7:20

**G**

gathering 3:2
General 1:10
giving 10:1
go 3:22 5:1
guess 4:1,7

**H**

hall 4:14 7:12,12
hand 5:7,8
handcuffed 8:14,15
hands 4:12 8:21
happen 5:21
happened 2:24 3:10
haven't

3:24

**I**

I-DOC 2:9,11 3:3 5:5 10:15
I'm 2:10 3:9
Illinois 1:10,12 2:4,7
impartially 11:2
inaudible 9:3
individuals 2:8
information 3:2
Inmate 1:6
inmates 2:6,11 3:5 8:11
institutional 4:1
interact 9:14
interest 2:20
interview 1:5 2:4,23 3:6 10:19
it's 5:11 6:17 7:20 8:3,3,5

**J**

Jason 2:2
judge 2:15,17,19
jumped 4:6

**K**

kept 8:21
kitchen 7:6,8,10
know 5:2,20 6:12,22,22 7:13 7:14,17

**L**

law 2:12
Lawrence 2:7
lawsuit 2:6,13

head 7:7 10:6,7
health 9:4
healthcare 9:2
heard 8:20
hit 7:6 8:4
hoping 3:9
hours 4:16 9:12,13
housed 2:6,16

led 4:10
line 4:11 8:3,8,9 10:9
lines 8:3,5
literally 4:24 6:17
little 3:14 6:9 7:23
lockdown 4:1
locked 4:2
Loevy 2:13,13
long 4:16
lot 5:1,1
Love 1:5 10:13

**M**

man 4:12 8:13 10:8
man's 7:13
Marie 11:1
mean 5:1
means 2:17
meant 7:22 9:3
member 2:17
members 8:8,9
Menard 2:7
mentioned 6:8
mess 7:12
middle 8:6,7,12
mocked 6:16
morning 4:3
Muddy 2:7,16 3:17,21 4:3 6:23 6:24

**N**

name 2:2 6:22 7:13 10:12
named 2:11
need 9:7
never 5:18 9:4
Nolan 10:13
Noland 1:5
nose 9:11
number 1:6 10:15

**O**

occurred 2:5 3:16
offer 3:7
officers 4:24
okay 3:11,19,23 4:17 6:1,6,8 7:22 8:17 9:3,6,8,20 10:17
once 5:10
ones 7:5
operation 2:9 3:1
orange 5:17 6:2 7:2
orders 10:1
ordinary 5:6

**P**

participating 3:7
people 5:9 8:21
permit 8:18,19,21 9:4
phonetic 2:2,3
physically 5:12,13
pissed 4:7
place 5:18 7:11
Plaintiff's 2:19
Plaintiffs 2:12
point 6:18,19
position 3:7
potential 2:17
Price 2:1,2
prison's 4:2
proceedings 11:4
purpose 3:4
put 4:14 5:7,8 6:6 8:24 9:10 10:6,7,7
Putting 6:14

**Q**

questions 3:12

**R**

Randolph 1:11
recorded 5:13,16,17,18,19,21

1



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 170 of 214   Page ID
#21996

Ross et al. vs. Gossett, et al. 15-309      063880

| | | | |
|---|---|---|---|
| 11:3 | 4:21 | **TRANSCRIPTION** | **Z** |
| **redress** | **standing** | 1:4 | |
| 6:3 | 4:22,22 | **trying** | **0** |
| **refuse** | **started** | 6:15 | **0:07:20** |
| 3:8 | 6:13 | **turned** | 9:3 |
| **remarkable** | **state** | 3:15 | |
| 5:3 | 2:4 | **two** | **1** |
| **remember** | **statement** | 8:3,5 | **1** |
| 3:11 5:3,6 10:1,4,5 | 11:3 | **two-and-a-half** | 7:20 |
| **remembered** | **statewide** | 4:16 9:13 | **100** |
| 3:16 | 4:2 | | 1:11 |
| **represented** | **stood** | **U** | **13th** |
| 2:12,18 | 8:6 | **Uh-hum** | 1:11 |
| **right** | **straight** | 7:19 8:2 | |
| 3:14,17 4:18,23 6:1 8:1 | 10:8 | **understanding** | **2** |
| 10:11,13 | **Street** | 2:24 9:17 | **2014** |
| **River** | 1:11 | **usually** | 2:5 3:11,17 |
| 2:7,7 | **strip-search** | 6:23 | |
| **roughed** | 4:5 5:4,15,16 | | **3** |
| 4:9 6:8,16 | **strip-searched** | **V** | **312** |
| | 4:5,17,19,23 5:4 6:4,12 | **verbally** | 1:13 |
| **S** | **supposed** | 5:12 | |
| **Sarg** | 5:10 8:23 | **voluntary** | **4** |
| 6:23 | **supposedly** | 3:6 | |
| **sat** | 5:10 9:19 | | **5** |
| 4:14,15 9:12 | **Suzanna** | **W** | |
| **saw** | 2:1,2 | **walk** | **6** |
| 7:13 | | 3:23 6:23 7:17,17,19 | **60601** |
| **saying** | **T** | 8:5,5,6,7,12 9:1 10:6 | 1:12 |
| 10:4,5 | **table** | 10:8 | |
| **see** | 4:15 9:9,11 | **walked** | **7** |
| 5:1,2,2 | **tables** | 4:9,10 7:24 8:11,12 | |
| **Sergeant** | 9:10 | 9:23,24 | **8** |
| 6:24 | **tactical** | **wasn't** | **814-3695** |
| **sergeants** | 3:1,20 8:8,9 | 5:15 | 1:13 |
| 7:16 | **talk** | **wasn't** | |
| **shakedown** | 3:9,10 9:16 | 4:20 5:13 | |
| 2:5 3:10,16 5:17,22 7:8 | **talked** | **way** | |
| **shakedowns** | 7:23 | 6:16 9:24 | |
| 5:20 | **talking** | **We're** | |
| **shaken** | 3:14 10:9 | 2:3,4 | |
| 3:20 9:18 | **tape** | **Wegan** | |
| **shook** | 10:12 | 2:3 | |
| 5:23 | **Team** | **went** | |
| **sick** | 3:20 8:8,9 | 5:9 | |
| 9:1 | **tell** | **West** | |
| **side** | 6:9 8:2 | 1:11 | |
| 8:5,7,10 | **telling** | **willing** | |
| **sir** | 3:15 | 3:9 | |
| 10:11 | **Thank** | **window** | |
| **sit** | 10:17 | 4:22 | |
| 9:10 | **that's** | **wing** | |
| **sitting** | 7:10,17,22 10:17 | 4:4,18 | |
| 9:9 | **think** | **words** | |
| **Skaja** | 3:19 10:11 | 10:5 | |
| 11:1 | **three** | **working** | |
| **slapped** | 4:16 9:13 | 2:9 | |
| 6:16 | **threw** | | |
| **smiling** | 6:17 | **X** | |
| 7:7 | **time** | | |
| **somebody** | 3:20 5:11,11 8:24 9:15 | **Y** | |
| 4:6 6:10 | **times** | **yeah** | |
| **soon** | 5:5 | 6:20 7:1,3,9 8:20 9:3,8 | |
| 8:4 | **today** | 9:13 | |
| **speaking** | 2:4,5 | **year** | |
| 2:23 | **told** | 5:10 | |
| **specific** | 3:19 | **Yep** | |
| 10:5 | **totally** | 10:14 | |
| **staff** | 9:22 | **you're** | |
| 9:14 10:1,4 | **touched** | 8:23 9:6 | |
| **stage** | 5:12,12 | **Yup** | |
| 2:14 | **transcribed** | 3:18 | |
| **stand** | 11:2 | | |



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross et al. vs. Gossett, et al. 15-309      063880

AUDIO TRANSCRIPTION
Interview of Joseph Max
Inmate Number  NB21823



Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

1  during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purposes against you or any other
5  inmates.
6      This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10 talk to me about what happened during the shakedown at
11 Illinois River 2014; if you remember.  So is it okay
12 if I ask you some questions?
13     A    Yeah.  And this right here, you are working
14 for the state?
15     Q    Yes, I work for the state.  I am from the
16 Attorney General's Office and I represent the
17 Defendants in the case.
18     A    All right, so -- so you are going to be the
19 person who is going to be against us, if we go to the
20 court or anything else, right?
21     Q    That's right.
22     A    All right.
23     Q    Okay, can you please state and spell your
24 name and give your inmate number?

3

1  BY MR. JAMES DURAN:
2      Q    My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois.  I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  individuals working for Illinois Department of
9  Corrections arising out of the operation.
10     I'm here on behalf of the Defendants, the
11 employees of the I-DOC.  Certain inmates are the named
12 Plaintiffs in this case and are represented by a law
13 firm, Loevy & Loevy.  The lawsuit is a class action
14 and at this stage, the class has not yet been
15 certified by the judge.
16     Because you were housed at Illinois River
17 Correctional Center, you are a potential class member,
18 which means that if the judge certifies a class, you
19 would be represented by Plaintiff's attorneys.  If the
20 judge certifies a class, your interest could be
21 adverse to that of the Defendants.
22     You are of course, free to contact an attorney
23 before speaking to me.  But I would like to interview
24 you to get a better understanding of what happened

2

1      A    My name is Joseph Max, Number N21823.
2      Q    And you were housed at Illinois River
3  Correctional Center in April of 2014; is that right?
4      A    Yes.
5      Q    And can you go through what happened
6  regarding the shakedown that occurred that day,
7  starting from the beginning?
8      A    In the beginning, early in the morning our
9  doors didn't open so everybody is asking if we were
10 locked down.  And people saying that we are going to
11 get shook down.  That I think the Orange Crushes are
12 coming.
13     They came, making all the noise with their
14 sticks, their shields.  I guess like their -- the
15 thing they say when they scream.  You know, "Like we
16 are Orange Crush and hear this," and this and that.
17 The intimidation, you know, to get everybody scared.
18     They came, hitting the banisters with their
19 sticks.  Then they started going through each cell,
20 approximately two Orange Crush and maybe like
21 lieutenants or whatever else was with them.  And I was
22 in Cell 65.  So they went to my room, opened the door
23 and that's where we started getting shook down.
24     They told us to take off our clothes.  They told

4

Pages 1 to 4



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 172 of 214   Page ID
#2859
Ross, et al. vs. Gossett, et al. 15-309   063882

**5**

1  my cellmate to step back.  they told my cellmate,
2  "Step back, face the wall, don't look this way," where
3  I am going to get shook down, first.  They told me to
4  strip.  And I believe it was a female and male, Orange
5  Crush guy.
6      And they told me to strip all my clothes off.  I
7  shook all my clothes.  They told me to pick up my
8  testicles.  They told me to turn around, spread my
9  cheeks, and they told me to turn around again and open
10  my mouth with the same fingers, hands that I just
11  picked up my testicles with and spread my cheeks with
12  and they made me open my mouth.
13      They made me go through my hair, pick up my arms.
14  Make sure nothing was in my armpits.  Pick up my feet,
15  turn around and pick up my feet one at a time.  They
16  just shook me down.
17      Next thing you know, they told me to put my
18  clothes on, but no underwear, pants, shirt and house
19  shoes; nothing else.  And they told me to step to the
20  side, to the back and my cellmate -- my cellmate
21  started the routine again, with shakedowns.
22      Q   Okay.  After you were both searched, you
23  were then cuffed?
24      A   Well, they cuffed us already.  They had

**6**

1  cuffed me already.
2      Q   Okay.
3      A   And I was in the back.  And then after they
4  shaked him down, we were all -- both of us was cuffed
5  and they took us out of our room.
6      Q   And then where were you taken from your
7  room?
8      A   To the gym.
9      Q   How were you walked over from your room to
10  the gym?
11      A   They had a line of inmates and we came out
12  the cell house.  We had to put our forehead on the
13  front guy's back.  And we had to bend over, really
14  bend over and put our heads on their back.
15      Going to the gym, nobody could say nothing,
16  nobody could talk, nobody could do no movements.  And
17  because there was really a lot of Orange Crush.  I
18  mean, like a lot.
19      We was walking and they was like -- what do you
20  call it, like engulfment?  You know with Orange Crush
21  on this side and this side, a lot of them with their
22  helmets and sticks and shields.
23      And they took us to the gym.  And they started
24  lining us up against the wall of the gym.  And so they

**7**

1  told us to put our forehead against the wall, the
2  brick wall, and you better stay like that.
3      Q   And how long did you remain standing against
4  the wall?
5      A   Hours.  It was hours.  Three hours, maybe
6  more.  It felt like -- it felt like 20 hours, standing
7  there, handcuffed behind your back and with your head
8  against the wall.
9      Q   And at some point, you were taken back to
10  your cell; is that correct?
11      A   After they destroyed our cells and all the
12  shakedowns was over with, they took us back; my wing,
13  anyways, you know.  And went into my room, 65, and it
14  was destroyed.
15      Q   Was anything missing from your cell?
16      A   Everything that -- no like dangerous
17  contrabands.  No -- no tickets.  I didn't get no
18  tickets for anything bad like that, but they took --
19  they took -- I am not the only one they took this
20  from.
21      They took it from all other people.  They took
22  the ace of spades out of the cards and they took
23  double sixes out of the dominoes.  Maybe like a --
24  like a ritual thing or something; I don't know for

**8**

1  what.  They took them all, everybody's.  The majority
2  of the people now have domino sets and cards with no
3  aces of spades and no double sixes.
4      Q   So was there anything else missing?  Was
5  there any electronics stuff broken?
6      A   No.
7      Q   No.
8      A   No.  Messed up mine.  They just threw
9  everything on the floor, all my letters take them out.
10  Like my kids' letters, my wife's and family members.
11  Took all the letters, threw them on the floor,
12  destroyed everything.  I mean everything they could go
13  through, they went through everything.
14      You know, take soaps out of the boxes, you know.
15  And evidently it was out of my mail, even my legal
16  stuff.  You name it, they went through everything.
17  Well, the hours waiting, they are going to tear some
18  stuff off.
19      Q   Did any of the officers beat you at all?
20      A   No, they didn't beat me.
21      Q   Do you know of any individual officer's
22  names that participated in the shakedown?
23      A   They got helmets.  They got helmets and
24  their shield and their sticks.  The majority of them.

Pages 5 to 8


McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309   063882

Ross, et al. vs. Gossett, et al. 15-309    063883

**Page 9**

1    The ones that didn't have their shields, is the one
2    that was holding our handcuffs like until we went to
3    the front.  And then head to the back.  And then they
4    would go to the side and we would have to go in a
5    straight line to the gym.
6        Q    Okay.  So when you were taken out of your --
7    your cell -- is it a cell or a room?
8        A    It's rooms.
9        Q    Okay.
10       A    They got them, so that's -- that's a medium.
11       Q    Okay.  So when you were taken out of the
12   room, you were escorted individually to the line?
13       A    Well, when we got off the galley, everybody
14   has to defend yourselves.  We would all be like in a
15   line, everybody.  That's where we get and they you to
16   the gym, in front of yourselves, handcuffed, and with
17   an Orange Crush guy.
18       And with every person, and like I said, there
19   were a lot.  It was a lot.  So they would take us all
20   downstairs.  I was in the upper floor.  Second, and
21   the gallery over.
22       And then they would take us downstairs, and then
23   in front they would line us up.  And they would line
24   us up and then straight to the gym.

**Page 10**

1        Q    All right, when they lined you up, was that
2    outside?
3        A    Yeah, outside.
4        Q    Where --
5        A    We were already kind of lined up in the
6    galley in a single file.  But they made sure that
7    everybody stopped in front of their selves and with
8    our heads, made sure our heads are in the back on each
9    guy, like leaned over.  You know, like very
10   uncomfortable until we got to the gym.
11       Q    How far was the walk from your room?
12   Outside your room to the gym?
13       A    I was in 3 House, so that's -- we're
14   probably the closest house.  Like out of one, two,
15   three, four, we're one.  The gym is here.
16       One, two, three, so we're probably the closest of
17   all the buildings (inaudible 00:10:13).  Go this way
18   and then go this way and together, two houses in front
19   of us.
20       Q    Do you know about how many feet or yards it
21   would be?
22       A    It's not real close.  It might be, I don't
23   know, I can't really say.  But it's not real close,
24   but it's not real far, either.

**Page 11**

1        Q    Okay.
2        A    It's like you gotta like go past all the --
3    the road, the grass, the street and then hit the gym.
4        Q    Okay.  All right, thank you very much for
5    your participation.  All done.
6        A    Okay.
7            (End of interview)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**Page 12**

1        I, Audrey Marie Skaja, do hereby certify or
2    affirm that I have impartially transcribed the
3    foregoing from a digitally recorded statement of the
4    above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Pages 9 to 12

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309    063883

Ross, et al. vs. Gossett, et al. 15-309   063884

## A

**ability**
12:4
**above-mentioned**
12:4
**ace**
7:22
**aces**
8:3
**action**
2:13
**adverse**
2:21 3:8
**affirm**
12:2
**anyways**
7:13
**approximately**
4:20
**April**
4:3
**arising**
2:9
**armpits**
5:14
**arms**
5:13
**asking**
4:9
**attorney**
1:10 2:3,22 3:16
**attorneys**
2:19
**AUDIO**
1:4
**Audrey**
12:1

## B

**back**
5:1,2,20 6:3,13,14 7:7
7:9,12 9:3 10:8
**bad**
7:18
**banisters**
4:18
**beat**
8:19,20
**beginning**
4:7,8
**behalf**
2:10 3:3
**believe**
5:4
**bend**
6:13,14
**best**
12:4
**better**
2:24 7:2
**Big**
2:6
**boxes**
8:14
**brick**
7:2
**broken**
8:5
**buildings**
10:17

## C

**call**
6:20
**can't**
10:23
**cards**
7:22 8:2
**case**
2:12 3:3,17
**cell**
4:19,22 6:12 7:10,15
9:7,7
**cellmate**
5:1,1,20,20
**cells**
7:11
**Center**
2:17 4:3
**Centers**
2:7
**certain**
2:7,11
**certified**
2:15
**certifies**
2:18,20
**certify**
12:1
**cheeks**
5:9,11
**Chicago**
1:12
**class**
2:13,14,17,18,20
**close**
10:22,23
**closest**
10:14,16
**clothes**
4:24 5:6,7,18
**coming**
4:12
**consequences**
3:8
**contact**
2:22
**contrabands**
7:17
**correct**
7:10
**Correctional**
2:7,17 4:3
**Corrections**
2:9
**course**
2:22
**court**
3:20
**Crush**
4:16,20 5:5 6:17,20
9:17
**Crushes**
4:11
**cuffed**
5:23,24 6:1,4

## D

**dangerous**
7:16
**day**
4:6
**defend**
3:3 9:14
**Defendants**

2:10,21 3:3,17
**Department**
2:8
**destroyed**
7:11,14 8:12
**didn't**
4:9 7:17 8:20 9:1
**digitally**
12:3
**disciplinary**
3:4
**domino**
8:2
**dominoes**
7:23
**don't**
5:2
**door**
4:22
**doors**
4:9
**double**
7:23 8:3
**downstairs**
9:20,22
**Duran**
2:1,2

## E

**early**
4:8
**either**
10:24
**electronics**
8:5
**employees**
2:11
**engulfment**
6:20
**escorted**
9:12
**everybody**
4:9,17 9:13,15 10:7
**everybody's**
8:1
**evidently**
8:15
**experience**
3:2

## F

**face**
5:2
**family**
8:10
**far**
10:11,24
**feet**
5:14,15 10:20
**felt**
7:6,6
**female**
5:4
**file**
10:6
**filed**
2:5
**fingers**
5:10
**firm**
2:13
**first**
5:3

**floor**
1:11 8:9,11 9:20
**foregoing**
12:3
**forehead**
6:12 7:1
**four**
10:15
**free**
2:22
**front**
6:13 9:3,16,23 10:7,18

## G

**gallery**
9:21
**galley**
9:13 10:6
**gathering**
3:2
**General**
1:10
**General's**
3:16
**getting**
4:23
**give**
3:24
**go**
3:19 4:5 5:13 8:12 9:4
9:4 10:17,18 11:2
**going**
3:18,19 4:10,19 5:3
6:15 8:17
**gotta**
11:2
**grass**
11:3
**guess**
4:14
**guy**
5:5 9:17 10:9
**guy's**
6:13
**gym**
6:8,10,15,23,24 9:5,16
9:24 10:10,12,15
11:3

## H

**hair**
5:13
**handcuffed**
7:7 9:16
**handcuffs**
9:2
**hands**
5:10
**happened**
2:24 3:10 4:5
**head**
7:7 9:3
**heads**
6:14 10:8,8
**hear**
4:16
**helmets**
6:22 8:23,23
**hit**
11:3
**hitting**
4:18
**holding**

9:2
**hoping**
3:9
**hours**
7:5,5,5,6 8:17
**house**
5:18 6:12 10:13,14
**housed**
2:5,16 4:2
**houses**
10:18

## I

**I-DOC**
2:11 3:3
**I'm**
2:2,3,10 3:9
**Illinois**
1:10,12 2:3,6,8,16 3:11
4:2
**impartially**
12:2
**inaudible**
10:17
**individual**
8:21
**individually**
9:12
**individuals**
2:8
**information**
3:2
**inmate**
1:6 3:24
**inmates**
2:5,11 3:5 6:11
**interest**
2:20
**interview**
1:5 2:4,23 3:6 11:7
**intimidation**
4:17
**it's**
9:8 10:22,23,24 11:2

## J

**James**
2:1,2
**Joseph**
1:5 4:1
**judge**
2:15,18,20

## K

**kids**
8:10
**kind**
10:5
**know**
4:15,17 5:17 6:20 7:13
7:24 8:14,14,21 10:9
10:20,23

## L

**law**
2:12
**Lawrence**
2:7
**lawsuit**
2:5,13
**leaned**
10:9

**legal**
8:15
**letters**
8:9,10,11
**lieutenants**
4:21
**line**
6:11 9:5,12,15,23,23
**lined**
10:1,5
**lining**
6:24
**locked**
4:10
**Loevy**
2:13,13
**long**
7:3
**look**
5:2
**lot**
6:17,18,21 9:19,19

## M

**mail**
8:15
**majority**
8:1,24
**making**
4:13
**male**
5:4
**Marie**
12:1
**Max**
1:5 4:1
**mean**
6:18 8:12
**means**
2:18
**medium**
9:10
**member**
2:17
**members**
8:10
**Menard**
2:6
**Messed**
8:8
**mine**
8:8
**missing**
7:15 8:4
**morning**
4:8
**mouth**
5:10,12
**movements**
6:16
**Muddy**
2:6

## N

**N21823**
4:1
**name**
2:2 3:24 4:1 8:16
**named**
2:11
**names**
8:22
**NB21823**

1



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063884

1:6
noise
4:13
number
1:6 3:24 4:1

**O**

occurred
2:4 4:6
offer
3:7
Office
3:16
officer's
8:21
officers
8:19
okay
3:11,23 5:22 6:2 9:6,9
9:11 11:1,4,6
ones
9:1
open
4:9 5:9,12
opened
4:22
operation
2:9 3:1
Orange
4:11,16,20 5:4 6:17,20
9:17
outside
10:2,3,12

**P**

pants
5:18
participated
8:22
participating
3:7
participation
11:5
people
4:10 7:21 8:2
person
3:19 9:18
phonetic
2:2
pick
5:7,13,14,15
picked
5:11
Plaintiff's
2:19
Plaintiffs
2:12
please
3:23
point
7:9
position
3:7
potential
2:17
probably
10:14,16
proceedings
12:4
purposes
3:4
put
5:17 6:12,14 7:1

**Q**

questions
3:12

**R**

Randolph
1:11
real
10:22,23,24
really
6:13,17 10:23
recorded
12:3
refuse
3:8
regarding
4:6
remain
7:3
remember
3:11
represent
3:16
represented
2:12,19
right
3:13,18,20,21,22 4:3
10:1 11:4
ritual
7:24
River
2:6,6,16 3:11 4:2
road
11:3
room
4:22 6:5,7,9 7:13 9:7
9:12 10:11,12
rooms
9:8
routine
5:21

**S**

saying
4:10
scared
4:17
scream
4:15
searched
5:22
Second
9:20
selves
10:7
sets
8:2
shaked
6:4
shakedown
2:4 3:10 4:6 8:22
shakedowns
5:21 7:12
shield
8:24
shields
4:14 6:22 9:1
shirt
5:18
shoes
5:19
shook

**T**

4:11,23 5:3,7,16
side
5:20 6:21,21 9:4
single
10:6
sixes
7:23 8:3
Skaja
12:1
soaps
8:14
spades
7:22 8:3
speaking
2:23
spell
3:23
spread
5:8,11
stage
2:14
standing
7:3,6
started
4:19,23 5:21 6:23
starting
4:7
state
2:3 3:14,15,23
statement
12:3
stay
7:2
step
5:1,2,19
sticks
4:14,19 6:22 8:24
stopped
10:7
straight
9:5,24
street
1:11 11:3
strip
5:4,6
stuff
8:5,16,18
sure
5:14 10:6,8

**T**

tactical
3:1
take
4:24 8:9,14 9:19,22
taken
6:6 7:9 9:6,11
talk
3:9,10 6:16
tear
8:17
testicles
5:8,11
thank
11:4
that's
3:21 4:23 9:10,10,15
10:13
thing
4:15 5:17 7:24
think
4:11
three

7:5 10:15,16
threw
8:8,11
tickets
7:17,18
time
5:15
today
2:3
told
4:24,24 5:1,3,6,7,8,9
5:17,19 7:1
transcribed
12:2
TRANSCRIPTION
1:4
turn
5:8,9,15
two
4:20 10:14,16,18

**U**

uncomfortable
10:10
understanding
2:24
underwear
5:18
upper
9:20

**V**

voluntary
3:6

**W**

waiting
8:17
walk
10:11
walked
6:9
walking
6:19
wall
5:2 6:24 7:1,2,4,8
way
5:2 10:17,18
we're
10:13,15,16
went
4:22 7:13 8:13,16 9:2
West
1:11
wife's
8:10
willing
3:9
wing
7:12
work
3:15
working
2:8 3:13

**X**

**Y**

yards
10:20
Yeah
3:13 10:3

**Z**

**0**

00:10:13
10:17

**1**

100
1:11
13th
1:11

**2**

20
7:6
2014
2:4 3:11 4:3

**3**

3
10:13
312
1:13

**4**

**5**

**6**

60601
1:12
65
4:22 7:13

**7**

**8**

814-3695
1:13

2


McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross et al. vs. Gossett, et al. 15-309   063885

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 176 of 214   Page ID
#21596
Ross, et al. vs. Gossett, et al. 15-309   063886

AUDIO TRANSCRIPTION
Interview of Calvin Milons
Inmate Number  N83814



Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

BY MS. SUZANNA PRICE:

2  Q   Mr. Milons, Suzanna Price (phonetic) and
3  Jason Wegan (phonetic) here, we're attorneys for the
4  state of Illinois.  I'm here today to interview you
5  about a shakedown that occurred in 2014.  A lawsuit
6  has been filed by inmates that were housed at Menard,
7  Illinois River, Big Muddy River and Lawrence
8  Correctional Centers against certain individuals
9  working for I-DOC arising out of the operation.
10     I'm here on behalf of the Defendants, the
11 employees of the I-DOC.  Certain inmates are the named
12 Plaintiffs in the case and are represented by a law
13 firm, Loevy & Loevy.  This lawsuit is a class action
14 and at this stage, the class has not yet been
15 certified by the judge.
16     Because you were housed at Lawrence, you are a
17 potential class member, which means that if the judge
18 certifies a class, you would be represented by
19 Plaintiff's attorneys.  If the judge certifies a
20 class, your interest would be adverse to that of the
21 Defendants.
22     You are of course, free to contact an attorney
23 before speaking to me.  But I would like to interview
24 you to get a better understanding of what happened

2

1  during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purpose against you or any other
5  inmates.
6      This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you will be willing
10 to talk to me about what happened during the shakedown
11 at Big Muddy 2014; if you remember.  So is it okay if
12 we ask you some questions?
13     A   Yes, ma'am.
14     Q   Thank you, sir.  Now would you tell me your
15 name and I-DOC number?
16     A   My name is Calvin, C-a-l-v-i-n Milons, M-i-
17 l-o-n-s.  My number is N83814.
18     Q   Thank you, sir.  So we were talking a little
19 bit and you were housed at Lawrence Correctional
20 Center in July of 2014; is that right?
21     A   Yes, ma'am.
22     Q   Okay.  And you were there, shaken down by
23 the Tactical Team at that time then, right?
24     A   Yes.

3

1      Q   Okay, thank you.  Now we were just talking
2  about what you recall from that day, so if you could
3  tell me what you first remember from the beginning of
4  the day?
5      A   Well, the beginning of the day, we knew we
6  was going to get shook down that day.  Prior to me
7  being subject to this type of shakedown in previous
8  time, you know, when the water is shut off that the
9  Tactical Team is going to come in.
10     So when the water went off, it was around 10:30
11 that morning, and we knew they was coming in.  When
12 they come in, it's male officers and females officers
13 and everyone is assigned to a cell.
14     Every officer is assigned to a cell, but they
15 come in banging and hitting objects.  And once they
16 open our cell, you and your cellmate is to step to the
17 back of the cell while the other one gets strip-
18 searched.  And upon that, you can't put -- you're only
19 allowed to put on your blues; no underwears.
20     Q   So your blues, what is that?
21     A   Your blues is your blue pants and your
22 shirt.  You can't put on no socks or no boxers or
23 briefs or t-shirts.  Just got to put on your state
24 blues, like your state blue shirt and your blue pants

4

Pages 1 to 4




1  along with your shoes or boots or whatever they give
2  you to put on.
3     Other than that, then you got to stand on the
4  outside of the cell and put your head against the --
5  your forehead against the wall until your cellmate get
6  finished getting searched.  Upon that time, whoever in
7  the vicinity while you being given the order, whether
8  it is female or male, you have to abide by the rules
9  or you'll get punished for it.
10    You know, we not allowed to look -- look in their
11 faces for -- for them purpose because they don't want
12 us to know who struck us or who laid the discipline
13 down on us.
14    So upon that, all of us get in a line and we got
15 to put our forehead on the back of the other person
16 back.  And that's how we was -- we was brought all the
17 way from that unit, all the way to the chow hall like
18 that.
19    Q    So you have your forehead on the man in
20 front of you?
21    A    Yes, ma'am.
22    Q    And the man behind has his head on the back
23 of you?
24    A    Yes.

5

1    Q    And you walk from your wing to --
2    A    It's like a -- it's like your cell block.
3    Q    Uh-hum.
4    A    So that's how we got to walk.  Come out the
5  unit, go in the yard, and it's a line.  It's officers
6  on this side, the tactical officers on this side.  And
7  if they have to stop the line, that's how we got to
8  keep this formation, with our forehead on the other
9  guy's back all the way until we get to the chow hall.
10    Q    And what happened in the chow hall?
11    A    Then we got to sit there with our hands
12 handcuffed behind us and put our head against the
13 table.  We stay in that position until it's -- until
14 they finished doing what they are doing in the unit.
15    Q    So you're sitting at table --
16    A    Yes.
17    Q    -- with your head on the table?
18    A    My forehead against the table.
19    Q    Are you interacting with anybody during that
20 time?
21    A    You can't talk.  You can't talk.  You can't
22 even get up without permission.
23    Q    Do you remember the staff saying anything to
24 you during the time while you were in the cafeteria?

6

1    A    Well, I had to get up because they gave me
2  permission to -- I asked them because I was out of
3  breath and I have asthma.  And he grabbed my inhaler,
4  he gave me two pumps.  He gave it back to me and I had
5  to get back in that position.
6    Q    Who -- do you recall who that was?
7    A    Well you can't -- I can't see because he got
8  they had on their shields, but it was one of the
9  officers.
10    Q    One of the officers from Lawrence or do you
11 know -- had you seen him before, ever?
12    A    It was one of the officers from Lawrence.
13    Q    So you had recognized him before?
14    A    Yes.
15    Q    Okay.  Were there other staff members that
16 you recognized throughout the day?
17    A    Well, you -- it was few on there, but you
18 can only tell by their voice recognition. You can't --
19 you're not going to see their face because their face
20 is covered up.
21    Q    By what?
22    A    By their -- they had on their shields.
23    Q    The shield, what does the shield look like?
24    A    The shield is like a helmet, that go on and

7

1  then it covers their face up.
2    Q    Is the shield clear?
3    A    It's clear, but they have other -- other
4  things like a so-called cloth that can cover their
5  face up, so you can't see who it is.
6    Q    Does everyone wear that?
7    A    Yes.
8    Q    What color is that?
9    A    It varies.
10    Q    Okay.
11    A    It varies.
12    Q    How long were you in the cafeteria?
13    A    Well they came -- they came -- they turned
14 the water off at like a quarter-to-ten.  And we didn't
15 make it back to the unit until like at 2:30.
16    Q    So almost five hours.  Were you in the --
17    A    We stayed in the cafeteria for all that
18 time.
19    Q    What happened when you left the cafeteria?
20    A    Well we have to get back in that formation
21 with our head, our forehead against the man back.  But
22 upon coming back to our unit, when you get in your
23 cell all of your belongings is mixed up with your
24 cellmate's belongings.

8

Pages 5 to 8


McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063887

1    Shampoo poured on top of your clothes. Various
2    items missing and no one is being held accountable for
3    it. And upon us telling the warden about the
4    behavior, his style be it, he -- the first thing they
5    say is they don't know who shook us down.
6        Because the name is -- it's not visible on the
7    shakedown skip, who -- who initially did the
8    shakedown. So no one is -- can be allowed for the
9    stuff that was damaged.
10   Q    The property in your cell?
11   A    No, you got food being stepped all on. You
12   got various of your personal items as far as tapes,
13   walkmans broken. And then you have to go through a
14   grievance process just for that.
15       They not going to pay the full value of it.
16   They'll pay partial, that's if you win, you know. And
17   you tell the warden what transpired, he -- first I am
18   looking through it, but never does.
19   Q    You mentioned that the staff had masks on,
20   did they have any other equipment?
21   A    Well the got what they call them "sticks",
22   wooden sticks. Yeah, they have them.
23   Q    Did anybody touch you with a wooden stick?
24   A    No, they just tap you, "Move. Keep moving."

9

1    If you don't move, you going to get hit with it.
2    Q    So they tap you, does it hurt you?
3    A    No, they just tap you. But it's just
4    sitting there for all them hours with handcuffs on
5    your wrists. Your whole wrist is bright, turning
6    colors. They don't care.
7        You got some take -- loosening the handcuff, but
8    other than that, you awkward. You're handcuffed
9    awkward to whereas your palms is shooting up. It's
10   not you can't straighten them out or nothing. This is
11   how you got to stay and sit for hours.
12   Q    Let me ask you this: Did you have a front-
13   cuff permit at the time? Did you have one?
14   A    No.
15   Q    No. Do you know whether anybody had a
16   front-cuff permit that was shaken down?
17   A    Some have it, but that I could confirm that
18   with the medical staff.
19   Q    Okay. Were there medical staff present for
20   any of the shakedown?
21   A    They only come like if someone is ill and
22   they are called upon, they will come and get the
23   individual.
24   Q    Is that usually or in a shakedown?

10

1    A    No, if they call for a medical emergency,
2    they come, but they will take their time.
3    Q    Okay.
4    A    It's not they going to rush over there.
5    Q    Do you remember the staff saying anything
6    specific to you on that day?
7    A    No, no it's just I try not to -- I try to
8    get it over with. You know, you got to psyche your
9    mind up to endure all the pain and you get it over
10   with as quick as possible. There is nothing that you
11   can say or do that's going rush them.
12   Q    How many shakedowns have you experienced in
13   your incarceration?
14   A    More than -- more than a dozen.
15   Q    And just a couple of more. You mentioned
16   female staff earlier. Do you know whether female
17   staff were performing strip-searches?
18   A    Yeah, they do.
19   Q    How do you know that?
20   A    Well, you can tell by their voice
21   recognition. And if they are assigned to a cell or
22   they are assigned -- whatever they are assigned at,
23   it's whatever goes. It's nothing that they are not
24   used to seeing: it something, they got a job to do.

11

1        And if they order you to strip, you got to strip.
2    I don't care if the warden is standing there, she a
3    female, you have to strip. You can't say, "Well, I
4    don't want to be rude in front of this lady." It
5    ain't like that.
6    Q    Do you know if a female strip-searched you
7    in July 2014 shakedown?
8    A    No, I didn't get strip-searched by a female,
9    but they was present.
10   Q    They were present on the --
11   A    On the -- on the unit.
12   Q    Do you know whether they were performing
13   strip-searches themselves?
14   A    They probably was assigned to a cell. They
15   just wasn't assigned to my cell.
16   Q    Okay. All right, sir that's it.
17   A    Okay, thank you.
18       (End of Interview)
19
20
21
22
23
24

12

Pages 9 to 12

```
 1        I, Audrey Marie Skaja, do hereby certify or
 2    affirm that I have impartially transcribed the
 3    foregoing from a digitally recorded statement of the
 4    above-mentioned proceedings to the best of my ability.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

13



## A

**abide**
5:8
**ability**
13:4
**above-mentioned**
13:4
**accountable**
9:2
**action**
2:13
**adverse**
2:20 3:8
**affirm**
13:2
**ain't**
12:5
**allowed**
4:19 5:10 9:8
**anybody**
6:19 9:23 10:15
**arising**
2:9
**asked**
7:2
**assigned**
4:13,14 11:21,22,22
12:14,15
**asthma**
7:3
**attorney**
1:10 2:22
**attorneys**
2:3,19
**AUDIO**
1:4
**Audrey**
13:1
**awkward**
10:8,9

## B

**back**
4:17 5:15,16,22 6:9 7:4
7:5 8:15,20,21,22
**banging**
4:15
**beginning**
4:3,5
**behalf**
2:10 3:3
**behavior**
9:4
**belongings**
8:23,24
**best**
13:4
**better**
2:24
**Big**
2:7 3:11
**bit**
3:19
**block**
6:2
**blue**
4:21,24,24
**blues**
4:19,20,21,24
**boots**
5:1
**boxers**
4:22

**breath**
7:3
**briefs**
4:23
**bright**
10:5
**broken**
9:13
**brought**
5:16

## C

**C-a-l-v-i-n**
3:16
**cafeteria**
6:24 8:12,17,19
**call**
9:21 11:1
**called**
10:22
**Calvin**
1:5 3:16
**can't**
4:18,22 6:21,21,21 7:7
7:7,18 8:5 10:10
12:3
**care**
10:6 12:2
**case**
2:12 3:3
**cell**
4:13,14,16,17 5:4 6:2
8:23 9:10 11:21
12:14,15
**cellmate**
4:16 5:5
**cellmate's**
8:24
**Center**
3:20
**Centers**
2:8
**certain**
2:8,11
**certified**
2:15
**certifies**
2:18,19
**certify**
13:1
**Chicago**
1:12
**chow**
5:17 6:9,10
**class**
2:13,14,17,18,20
**clear**
8:2,3
**cloth**
8:4
**clothes**
9:1
**color**
8:8
**colors**
10:6
**come**
4:9,12,15 6:4 10:21,22
11:2
**coming**
4:11 8:22
**confirm**
10:17

**consequences**
3:8
**contact**
2:22
**Correctional**
2:8 3:19
**couple**
11:15
**course**
2:22
**cover**
8:4
**covered**
7:20
**covers**
8:1
**cuff**
10:13

## D

**damaged**
9:9
**day**
4:2,4,5,6 7:16 11:6
**defend**
3:3
**Defendants**
2:10,21 3:3
**didn't**
8:14 12:8
**digitally**
13:3
**disciplinary**
3:4
**discipline**
5:12
**doing**
6:14,14
**don't**
5:11 9:5 10:1,6
**dozen**
11:14

## E

**earlier**
11:16
**emergency**
11:1
**employees**
2:11
**endure**
11:9
**equipment**
9:20
**experience**
3:2
**experienced**
11:12

## F

**face**
7:19,19 8:1,5
**faces**
5:11
**far**
9:12
**female**
5:8 11:16,16 12:3,6,8
**females**
4:12
**filed**
2:6
**finished**

**5:6 6:14**
**firm**
2:13
**first**
4:3 9:4,17
**five**
8:16
**Floor**
1:11
**food**
9:11
**foregoing**
13:3
**forehead**
5:5,15,19 6:8,18 8:21
**formation**
6:8 8:20
**free**
2:22
**front**
5:20 12:4
**front-**
10:12
**front-cuff**
10:16
**full**
9:15

## G

**gathering**
3:2
**General**
1:10
**getting**
5:6
**give**
5:1
**given**
5:7
**go**
6:5 7:24 9:13
**goes**
11:23
**going**
4:6,9 7:19 9:15 10:1
11:4,11
**grabbed**
7:3
**grievance**
9:14
**guy's**
6:9

## H

**hall**
5:17 6:9,10
**handcuff**
10:7
**handcuffed**
6:12 10:8
**handcuffs**
10:4
**hands**
6:11
**happened**
2:24 3:10 6:10 8:19
**head**
5:4,22 6:12,17 8:21
**held**
9:2
**helmet**
7:24
**hit**

**5:6 6:14**
**hitting**
4:15
**hoping**
3:9
**hours**
8:16 10:4,11
**housed**
2:6,16 3:19
**hurt**
10:2

## I

**I-DOC**
2:9,11 3:3,15
**I'm**
2:4,10 3:9
**ill**
10:21
**Illinois**
1:10,12 2:4,7
**impartially**
13:2
**incarceration**
11:13
**individual**
10:23
**individuals**
2:8
**information**
3:2
**inhaler**
7:3
**initially**
9:7
**Inmate**
1:6
**inmates**
2:6,11 3:5
**interacting**
6:19
**interest**
2:20
**interview**
1:5 2:4,23 3:6 12:18
**it's**
4:12 6:2,2,5,5,13 8:3
9:6 10:3,9 11:4,7,23
11:23
**items**
9:2,12

## J

**Jason**
2:3
**job**
11:24
**judge**
2:15,17,19
**July**
3:20 12:7

## K

**keep**
6:8 9:24
**knew**
4:5,11
**know**
4:8 5:10,12 7:11 9:5,16
10:15 11:8,16,19
12:6,12

**10:1**
**hitting**
4:15

## L

**l-o-n-s**
3:17
**lady**
12:4
**laid**
5:12
**law**
2:12
**Lawrence**
2:7,16 3:19 7:10,12
**lawsuit**
2:5,13
**left**
8:19
**line**
5:14 6:5,7
**little**
3:18
**Loevy**
2:13,13
**long**
8:12
**look**
5:10,10 7:23
**looking**
9:18
**loosening**
10:7

## M

**M-i-**
3:16
**ma'am**
3:13,21 5:21
**male**
4:12 5:8
**man**
5:19,22 8:21
**Marie**
13:1
**masks**
9:19
**means**
2:17
**medical**
10:18,19 11:1
**member**
2:17
**members**
7:15
**Menard**
2:6
**mentioned**
9:19 11:15
**Milons**
1:5 2:2 3:16
**mind**
11:9
**missing**
9:2
**mixed**
8:23
**morning**
4:11
**move**
9:24 10:1
**moving**
9:24
**Muddy**
2:7 3:11

1



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 181 of 214   Page ID
Ross et al. vs. Gossett, et al. 15-309     #9390
063891

**N**

**N83814**
1:6 3:17
**name**
3:15,16 9:6
**named**
2:11
**never**
9:18
**number**
1:6 3:15,17

**O**

**objects**
4:15
**occurred**
2:5
**offer**
3:7
**officer**
4:14
**officers**
4:12,12 6:5,6 7:9,10,12
**okay**
3:11,22 4:1 7:15 8:10
10:19 11:3 12:16,17
**once**
4:15
**open**
4:16
**operation**
2:9 3:1
**order**
5:7 12:1
**outside**
5:4

**P**

**pain**
11:9
**palms**
10:9
**pants**
4:21,24
**partial**
9:16
**participating**
3:7
**pay**
9:15,16
**performing**
11:17 12:12
**permission**
6:22 7:2
**permit**
10:13,16
**person**
5:15
**personal**
9:12
**phonetic**
2:2,3
**Plaintiff's**
2:19
**Plaintiffs**
2:12
**position**
3:7 6:13 7:5
**possible**
11:10
**potential**
2:17

**poured**
9:1
**present**
10:19 12:9,10
**previous**
4:7
**Price**
2:1,2
**Prior**
4:6
**probably**
12:14
**proceedings**
13:4
**process**
9:14
**property**
9:10
**psyche**
11:8
**pumps**
7:4
**punished**
5:9
**purpose**
3:4 5:11
**put**
4:18,19,22,23 5:2,4,15
6:12

**Q**

**quarter-to-ten**
8:14
**questions**
3:12
**quick**
11:10

**R**

**Randolph**
1:11
**recall**
4:2 7:6
**recognition**
7:18 11:21
**recognized**
7:13,16
**recorded**
13:3
**refuse**
3:8
**remember**
3:11 4:3 6:23 11:5
**represented**
2:12,18
**right**
3:20,23 12:16
**River**
2:7,7
**rude**
12:4
**rules**
5:8
**rush**
11:4,11

**S**

**saying**
6:23 11:5
**searched**
4:18 5:6
**see**
7:7,19 8:5

**seeing**
11:24
**seen**
7:11
**shakedown**
2:5 3:10 4:7 9:7,8
10:20,24 12:7
**shakedowns**
11:12
**shaken**
3:22 10:16
**Shampoo**
9:1
**shield**
7:23,23,24 8:2
**shields**
7:8,22
**shirt**
4:22,24
**shoes**
5:1
**shook**
4:6 9:5
**shooting**
10:9
**shut**
4:8
**side**
6:6,6
**sir**
3:14,18 12:16
**sit**
6:11 10:11
**sitting**
6:15 10:4
**Skaja**
13:1
**skip**
9:7
**so-called**
8:4
**socks**
4:22
**speaking**
2:23
**specific**
11:6
**staff**
6:23 7:15 9:19 10:18
10:19 11:5,16,17
**stage**
2:14
**stand**
5:3
**standing**
12:2
**state**
2:4 4:23,24
**statement**
13:3
**stay**
6:13 10:11
**stayed**
8:17
**step**
4:16
**stepped**
9:11
**stick**
9:23
**sticks**
9:21,22
**stop**

**6:7**
**straighten**
10:10
**Street**
1:11
**strip**
12:1,1,3
**strip-**
4:17
**strip-searched**
12:6,8
**strip-searches**
11:17 12:13
**struck**
5:12
**stuff**
9:9
**style**
9:4
**subject**
4:7
**Suzanna**
2:1,2

**T**

**t-shirts**
4:23
**table**
6:13,15,17,18
**tactical**
3:1,23 4:9 6:6
**take**
10:7 11:2
**talk**
3:9,10 6:21,21
**talking**
3:18 4:1
**tap**
9:24 10:2,3
**tapes**
9:12
**Team**
3:23 4:9
**tell**
3:14 4:3 7:18 9:17
11:20
**telling**
9:3
**thank**
3:14,18 4:1 12:17
**that's**
5:16 6:4,7 9:16 11:11
12:16
**They'll**
9:16
**thing**
9:4
**things**
8:4
**time**
3:23 4:8 5:6 6:20,24
8:18 10:13 11:2
**today**
2:4
**top**
9:1
**touch**
9:23
**transcribed**
13:2
**TRANSCRIPTION**
1:4
**transpired**

**9:17**
**try**
11:7,7
**turned**
8:13
**turning**
10:5
**two**
7:4
**type**
4:7

**U**

**Uh-hum**
6:3
**understanding**
2:24
**underwears**
4:19
**unit**
5:17 6:5,14 8:15,22
12:11
**usually**
10:24

**V**

**value**
9:15
**varies**
8:9,11
**various**
9:1,12
**vicinity**
5:7
**visible**
9:6
**voice**
7:18 11:20
**voluntary**
3:6

**W**

**walk**
6:1,4
**walkmans**
9:13
**wall**
5:5
**want**
5:11 12:4
**warden**
9:3,17 12:2
**wasn't**
12:15
**water**
4:8,10 8:14
**way**
5:17,17 6:9
**we're**
2:3
**wear**
8:6
**Wegan**
2:3
**went**
4:10
**West**
1:11
**willing**
3:9
**win**
9:16
**wing**

**6:1**
**wooden**
9:22,23
**working**
2:9
**wrist**
10:5
**wrists**
10:5

**X**

**Y**

**yard**
6:5
**Yeah**
9:22 11:18
**you'll**
5:9
**you're**
4:18 6:15 7:19 10:8

**Z**

**0**

**1**

**10:30**
4:10
**100**
1:11
**13th**
1:11

**2**

**2:30**
8:15
**2014**
2:5 3:11,20 12:7

**3**

**312**
1:13

**4**

**5**

**6**

**60601**
1:12

**7**

**8**

**814-3695**
1:13

2



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 182 of 214   Page ID #05502

Ross, et al. vs. Gossett, et al. 15-309   063892

AUDIO TRANSCRIPTION
Interview of Carlos Montanez
Inmate Number   B46636



Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois   60601
(312) 814-3695

1

BY MR. JAMES DURAN:

2    Q    All right, my name is James Duran (phonetic)
3  and I'm an attorney for the state of Illinois.  I'm
4  here today to interview you about a shakedown that
5  occurred in 2014.  A lawsuit has been filed by inmates
6  that were housed at Menard, Illinois River, Big Muddy
7  River and Lawrence Correctional Centers against
8  certain individuals working for the Illinois
9  Department of Corrections arising out of the
10  operation.
11    I'm here on behalf of the Defendants, the
12  employees of the I-DOC.  Certain inmates are the named
13  Plaintiffs in this case and are represented by a law
14  firm, Loevy & Loevy.  The lawsuit is a class action
15  and at this stage, the class has not yet been
16  certified by the judge.
17    Because you were housed at Menard, you are a
18  potential class member, which means that if the judge
19  certifies a class, you would be represented by
20  Plaintiff's attorneys.  If the judge certifies a
21  class, your interest could be adverse to the
22  Defendants.
23    You are of course, free to contact an attorney
24  before speaking to me.  But I would like to interview

2

1  you in order to get a better understanding of what
2  happened during the tactical operation, and what your
3  experience was.  I am gathering this information to
4  defend the case on behalf of I-DOC Defendants, but not
5  for any disciplinary purpose against you or any other
6  inmates.
7    This interview is voluntary.  I am not in a
8  position to offer you anything for participating and
9  there will be no adverse consequences if you refuse to
10  talk to me.  However, I'm hoping you are willing to
11  talk to me about what happened during the shakedown at
12  Menard 2014; if you remember.
13    So is it okay if I ask you some questions today?
14    A    Yes.
15    Q    Can you please state and spell your name?
16    A    Carlos Alberto Montanez.  The reason I
17  always state the "A", my middle name, is because is
18  two older, former inmates that have the same name, so
19  that's why I state always my complete name; my entire
20  name.  B46636.
21    Q    And you were housed at Menard Correctional
22  Center in April of 2014?
23    A    Yes, I was housed at Menard in that cell
24  house of this house from 2013 to 2015.  No, from 2012

3

1  to 2015.
2    Q    And on the day of the shakedown, you were in
3  the East House; East Cell House, is that correct?
4    A    East House, 124.
5    Q    Okay.  Can you tell me what happened, the
6  first thing you remember regarding the shakedown on
7  the day of the shakedown?
8    A    It was not even five minutes after I was
9  taken out of the cell heading to the gym when an
10  officer hit another -- I mean an inmate because he
11  misstepped and they whooped him.
12    His nickname was "Cartoon", I believe, a Hispanic
13  with long hair.  And then since I was Hispanic, too,
14  the officer, the Tact Team say something very racial
15  against Hispanics and hit me because I misstepped,
16  too.
17    Q    Who hit you?
18    A    The Tact Teams.
19    Q    Okay.  Do you know the name of anyone that
20  did?
21    A    They not allow anybody to look up.  We had
22  to look head down with -- with both hands on the back
23  and I told them that I got injuries, sciatica, and
24  shoulder problems.  And I still haven't been able to

4

Pages 1 to 4


McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063892

1  look forward, but I know the person that they was
2  beating up because, of course, he fell and they beat
3  him.
4      And he was a Hispanic and I recognize the voice
5  because I was familiar with him.  He was only two
6  cells from me, so I basically see the incident.  And
7  the officer, they hit me in my head and say, "No, keep
8  walking and keep you head down.  You "mf"."
9      And cursing me and punching me and well, pulling
10  my arms.  We I went to the gym, we had to standing,
11  looking to the walls.  And inmates was defecating
12  because they not allow them to go to the washroom.  I
13  know that inmate passed out.
14      He was a Muslim, he say, "(Inaudible 00:04:52), I
15  need to go to the -- to the washroom."  And they
16  didn't allow him and they get mad because he was
17  saying (Inaudible 00:05:01) or something like that.
18      And I know that he made -- I remember sadly that
19  he say he had to defecate, they didn't allow him to go
20  and use the washroom and he -- he defecated hisself.
21  Q    So you were taken to the gym?
22  A    Yes.
23  Q    And how long did you remain in the gym?
24  A    I must have stayed about an hour-and-a-half.

5

1  allow us to -- to watch, to take a good picture of
2  them.
3  Q    Could you tell if they were men or women?
4  A    They men.
5  Q    And can you explain how the strip-search was
6  done?
7  A    Well, the strip-search was basically how it
8  is supposed to be done according with the rules.  And
9  the fact that I had to strip the -- the clothes and
10  hand it to them and they give us -- as far as I
11  remember when we was in the cell, no problem.
12      But as soon as I was taken out of the cell,
13  hostility show up when I'm really submitted to the --
14  to the rules.  I wasn't violating no rules, no
15  nothing, just behaving.
16  Q    Okay.  So after you were stripped, were you
17  allowed to put clothes back on?
18  A    Yes.
19  Q    Your blues?
20  A    Yes.  Blues, no underwears, no socks.  Just
21  pants, shirt -- pants, shirt and shoes; that's it.
22  Not even eyeglasses, nothing.
23  Q    Can you describe how you were -- when you
24  left the cell house --

7

1  I did not watch nothing, but I estimated about an
2  hour-and-a-half, maybe.
3  Q    Do you know how many inmates were in the gym
4  with you?
5  A    Around -- maybe over 500 because it's the
6  whole side, by five galleries.  Around 250, excuse me.
7  Around 250, I estimate.
8  Q    All right, so were all the inmates from the
9  odd-numbered side in there? vSo it was one gallery.
10  How many galleries are there?
11  A    Five galleries.
12  Q    So it was one, three --
13  A    One, three, five, seven and nine.  By 24
14  cells, deuces, two inmates per cell.  So I estimate
15  merely by nearly 250.
16  Q    Were the inmates in the even-numbered
17  galleries shaken on that same day?
18  A    Yes.
19  Q    I want to back you up to the beginning.  Do
20  you -- do you remember, did any officers come to your
21  cell to do a strip-search?
22  A    Yes.
23  Q    And do you know who the officers were?
24  A    They not allow us to read names.  They not

6

1              (End of Interview)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

8

Pages 5 to 8



Ross, et al. vs. Gossett, et al. 15-309     063894

```
 1        I, Audrey Marie Skaja, do hereby certify or
 2   affirm that I have impartially transcribed the
 3   foregoing from a digitally recorded statement of the
 4   above-mentioned proceedings to the best of my ability.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

9



Ross, et al. vs. Gossett, et al. 15-309     063894

Ross et al. vs. Gossett, et al. 15-309

**A**

ability
9:4
able
4:24
above-mentioned
9:4
action
2:14
adverse
2:21 3:9
affirm
9:2
Alberto
3:16
allow
4:21 5:12,16,19 6:24
7:1
allowed
7:17
anybody
4:21
April
3:22
arising
2:9
arms
5:10
attorney
1:10 2:3,23
attorneys
2:20
AUDIO
1:4
Audrey
9:1

**B**

B46636
1:6 3:20
back
4:22 6:19 7:17
basically
5:6 7:7
beat
5:2
beating
5:2
beginning
6:19
behalf
2:11 3:4
behaving
7:15
believe
4:12
best
9:4
better
3:1
Big
2:6
blues
7:19,20

**C**

Carlos
1:5 3:16
Cartoon
4:12
case
2:13 3:4

**D**

day
4:2,7 6:17
defecate
5:19
defecated
5:20
defecating
5:11
defend
3:4
Defendants
2:11,22 3:4
Department
2:9
describe
7:23
deuces
6:14
didn't
5:16,19
digitally
9:3
disciplinary
3:5
Duran
2:1,2

**E**

East
4:3,3,4

cell
3:15 4:3,9 6:14,21 7:11
7:12,24
cells
5:6 6:14
Center
3:22
Centers
2:7
certain
2:8,12
certified
2:16
certifies
2:19,20
certify
9:1
Chicago
1:12
class
2:14,15,18,19,21
clothes
7:9,17
come
6:20
complete
3:19
consequences
3:9
contact
2:23
correct
4:3
Correctional
2:7 3:21
Corrections
2:9
course
2:23 5:2
cursing
5:9

**F**

fact
7:9
familiar
5:5
far
7:10
fell
5:2
filed
2:5
firm
2:14
first
4:6
five
4:8 6:6,11,13
Floor
1:11
foregoing
9:3
former
3:18
forward
5:1
free
2:23

**G**

galleries
6:6,10,11,17
gallery
6:9
gathering
3:3
General
1:10
give
7:10
go
5:12,15,19
good
7:1
gym
4:9 5:10,21,23 6:3

**H**

hair
4:13
hand
7:10
hands
4:22
happened

employees
2:12
entire
3:19
estimate
6:7,14
estimated
6:1
even-numbered
6:16
excuse
6:6
experience
3:3
explain
7:5
eyeglasses
7:22

3:2,11 4:5
haven't
4:24
head
4:22 5:7,8
heading
4:9
Hispanic
4:12,13 5:4
Hispanics
4:15
hisself
5:20
hit
4:10,15,17 5:7
hoping
3:10
hostility
7:13
hour-and-a-half
5:24 6:2
house
3:24,24 4:3,3,4 7:24
housed
2:6,17 3:21,23

**I**

I-DOC
2:12 3:4
I'm
2:3,3,11 3:10 7:13
Illinois
1:10,12 2:3,6,8
impartially
9:2
Inaudible
5:14,17
incident
5:6
individuals
2:8
information
3:3
injuries
4:23
inmate
1:6 4:10 5:13
inmates
2:5,12 3:6,18 5:11 6:3
6:8,14,16
interest
2:21
interview
1:5 2:4,24 3:7 8:1
it's
6:5

**J**

James
2:1,2
judge
2:16,18,20

**K**

keep
5:7,8
know
4:19 5:1,13,18 6:3,23

**L**

law
2:13

Lawrence
2:7
lawsuit
2:5,14
left
7:24
Loevy
2:14,14
long
4:13 5:23
look
4:21,22 5:1
looking
5:11

**M**

mad
5:16
Marie
9:1
mean
4:10
means
2:18
member
2:18
men
7:3,4
Menard
2:6,17 3:12,21,23
merely
6:15
mf
5:8
middle
3:17
minutes
4:8
misstepped
4:11,15
Montanez
1:5 3:16
Muddy
2:6
Muslim
5:14

**N**

name
2:2 3:15,17,18,19,20
4:19
named
2:12
names
6:24
nearly
6:15
need
5:15
nickname
4:12
nine
6:13
Number
1:6

**O**

occurred
2:5
odd-numbered
6:9
offer
3:8

officer
4:10,14 5:7
officers
6:20,23
okay
3:13 4:5,19 7:16
older
3:18
operation
2:10 3:2
order
3:1

**P**

pants
7:21,21
participating
3:8
passed
5:13
person
5:1
phonetic
2:2
picture
7:1
Plaintiff's
2:20
Plaintiffs
2:13
please
3:15
position
3:8
potential
2:18
problem
7:11
problems
4:24
proceedings
9:4
pulling
5:9
punching
5:9
purpose
3:5
put
7:17

**Q**

questions
3:13

**R**

racial
4:14
Randolph
1:11
read
6:24
really
7:13
reason
3:16
recognize
5:4
recorded
9:3
refuse
3:9
regarding

Ross et al. vs. Gossett, et al. 15-309   063895

1



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 186 of 214   Page ID
#5206
Ross, et al. vs. Gossett, et al. 15-309   063896

4:6
**remain**
5:23
**remember**
3:12 4:6 5:18 6:20 7:11
**represented**
2:13,19
**right**
2:2 6:8
**River**
2:6,7
**rules**
7:8,14,14

**S**

**sadly**
5:18
**saying**
5:17
**sciatica**
4:23
**see**
5:6
**seven**
6:13
**shakedown**
2:4 3:11 4:2,6,7
**shaken**
6:17
**shirt**
7:21,21
**shoes**
7:21
**shoulder**
4:24
**show**
7:13
**side**
6:6,9
**Skaja**
9:1
**socks**
7:20
**soon**
7:12
**speaking**
2:24
**spell**
3:15
**stage**
2:15
**standing**
5:10
**state**
2:3 3:15,17,19
**statement**
9:3
**stayed**
5:24
**Street**
1:11
**strip**
7:9
**strip-search**
6:21 7:5,7
**stripped**
7:16
**submitted**
7:13
**supposed**
7:8

**T**

**Tact**
4:14,18
**tactical**
3:2
**take**
7:1
**taken**
4:9 5:21 7:12
**talk**
3:10,11
**Team**
4:14
**Teams**
4:18
**tell**
4:5 7:3
**that's**
3:19 7:21
**thing**
4:6
**three**
6:12,13
**today**
2:4 3:13
**told**
4:23
**transcribed**
9:2
**TRANSCRIPTION**
1:4
**two**
3:18 5:5 6:14

**U**

**understanding**
3:1
**underwears**
7:20
**use**
5:20

**V**

**violating**
7:14
**voice**
5:4
**voluntary**
3:7
**vSo**
6:9

**W**

**walking**
5:8
**walls**
5:11
**want**
6:19
**washroom**
5:12,15,20
**wasn't**
7:14
**watch**
6:1 7:1
**went**
5:10
**West**
1:11
**whooped**
4:11
**willing**
3:10
**women**

7:3
**working**
2:8

**X**

**Y**

**Z**

**0**

**00:04:52**
5:14
**00:05:01**
5:17

**1**

**100**
1:11
**124**
4:4
**13th**
1:11

**2**

**2012**
3:24
**2013**
3:24
**2014**
2:5 3:12,22
**2015**
3:24 4:1
**24**
6:13
**250**
6:6,7,15

**3**

**312**
1:13

**4**

**5**

**500**
6:5

**6**

**60601**
1:12

**7**

**8**

**814-3695**
1:13


McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063896

2

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 187 of 214   Page ID #9597

Ross, et al. vs. Gossett, et al. 15-309   063897

AUDIO TRANSCRIPTION
Interview of James Moreno
Inmate Number  (not given)


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

BY MR. SUZANNA PRICE:
2       Q    Okay, Mr. Moreno, again, I'm Suzanna Price,
3  and Jason Wegan (phonetic) and we are here as
4  attorneys from the state of Illinois.  We're here
5  today to interview you about a shakedown that occurred
6  in 2014.  A lawsuit has been filed by inmates that
7  were housed at Menard, Illinois River, Big Muddy River
8  and Lawrence Correctional Centers against certain
9  individuals working for I-DOC arising out of that
10  shakedown.
11       I'm here on behalf of the Defendants, the
12  employees of the I-DOC.  Certain inmates are the named
13  Plaintiffs in this case and are represented by a law
14  firm, Loevy & Loevy.  The lawsuit is a class action
15  and at this stage, the class has not yet been
16  certified by the judge.
17       But because you were housed at Illinois River,
18  you are a potential class member, which means that if
19  the judge certifies a class, you would be represented
20  by Plaintiff's attorneys.  If the judge certifies a
21  class, your interest could be adverse to the
22  Defendants.
23       You are of course, free to talk to an attorney
24  before speaking to me.  But I would like to interview

2

1  you to get a better understanding of what happened
2  during the tactical operation, and what your
3  experience was.  I am gathering this information to
4  defend the case on behalf of I-DOC Defendants, but not
5  for any disciplinary purposes against you or any other
6  inmates.
7       This interview is voluntary.  I am not in a
8  position to offer you anything for participating and
9  there will be no adverse consequences if you refuse to
10  talk to me.  However, I'm hoping you are willing to
11  talk to me about what happened during the shakedown in
12  2014; if you remember.  So is it okay if we ask you
13  some questions?
14       A    Yes.
15       Q    Okay, sir, we spoke a little bit before that
16  you were housed at Illinois River in -- in 2014, in
17  April; do you recall that?
18       A    (Inaudible 00:01:38).
19       Q    Yes, okay.  And you said that you recall
20  being shaken down at Illinois River one time; is that
21  right, by the tactical team, anyway?
22       A    Yes.
23       Q    And then -- so that makes sense that it was
24  the one shakedown that occurred in April of 2014.  Is

3

1  that fair to say?
2       A    (No audible response).
3       Q    That's a "yes"?
4       A    Yes.
5       Q    I'm sorry.  Okay, so we'll just start with
6  the beginning of the day.  Did the day begin with a
7  strip-search?
8       A    Yes, they came in there, they bang us --
9  they -- yeah, yeah, (inaudible 00:02:16).  Yeah, they
10  come in, they strip-search, yes.
11       Q    What about the strip-search, do you remember
12  anything remarkable about the strip-search itself?
13       A    No.
14       Q    Were you in your cell?
15       A    Yeah, I was in there.
16       Q    Okay.  Were you permitted to put clothing on
17  after the strip-search?
18       A    I actually can't even remember that because
19  I was (inaudible 00:02:51).
20       Q    If you put clothing back on?
21       A    I mean, other than boxers, I can't remember
22  anything.
23       Q    Okay.  Do you remember leaving your cell
24  without clothing on?

4

Pages 1 to 4

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063897

Ross, et al. vs. Gossett, et al. 15-309   063898

1    A    That's like the one thing that I can't
2  remember the most is if I was wearing anything other
3  than boxers when we went into the -- the (inaudible
4  00:03:20).
5    Q    Fair enough.
6    A    Kind of crazy (inaudible 00:03:23).
7    Q    But you do recall having boxers on or
8  something on your -- on your bottom?
9    A    Yeah, yeah
10   Q    Okay.  So after the strip-search, what
11 happened next?
12   A    Then we were made to line up in the halls,
13 head down, I guess I pretty much on the guy's back in
14 front of you so it's to keep your attention (inaudible
15 00:03:47) whatever (inaudible 00:03:48), but anyway.
16 And I guess there was some sort of altercation of the
17 (inaudible 00:03:59) in front of me.  (Inaudible
18 00:04:02).
19   Q    And so do you remember about how long it
20 took you?  And I think you said that the -- your head
21 was on the shoulders on the man in front of you?
22   A    Yes.
23   Q    And that's kind of how it was; is that
24 right?

5

1    A    Yes.
2    Q    Okay.  Do you remember about how long it
3  took you to walk from your cell to the -- to the gym?
4    A    It was long enough.  You could pretty much
5  look at everybody, that you were not supposed to be
6  looking at.
7    Q    Did you get a look at some staff?
8    A    I would say almost all of them.
9    Q    Did you recognize anyone?
10   A    I believe (inaudible 00:04:51).
11   Q    Okay.  Do you remember any names?
12   A    AS I said, I don't -- as a rule I don't
13 remember officers' names.  I've been here for two
14 years and nobody know officers' names.
15   Q    Fair enough, sir.  So then you get to the
16 gym and what happens in the gym?
17   A    They were (inaudible 00:05:16) of the
18 building inside.  And pretty much have your forehead
19 up on the wall and there we stood for what had to be
20 an hour or so, yeah, miserable.
21   Q    Was anyone behind you?  Any inmate lined up
22 behind you?
23   A    Not to my recollection, no.
24   Q    Any interaction with staff while you were in

6

1  the gym?
2    A    No.
3    Q    Okay, and you stood for a couple of hours
4  and then what happened?
5    A    (Inaudible 00:05:55) back.
6    Q    To your cell?  And then was it your
7  understanding that your cell had been searched while
8  you were gone?
9    A    Oh, yeah.
10   Q    Yeah, and you knew that, how?
11   A    Well, by everything being tossed apart.
12 Like I said, we had playing cards that we could order
13 through (inaudible 00:06:12).  Some of those had been
14 torn apart.  And one of the guys had like an old
15 (inaudible 00:06:19) and it was missing altogether.
16   Q    All right, well that's it.
17        (End of interview)
18
19
20
21
22
23
24

7

1        I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

8

Pages 5 to 8

Ross, et al. vs. Gossett, et al. 15-309
063900

3:1 7:7

---

**V**

voluntary
3:7

---

**W**

walk
6:3
wall
6:19
we'll
4:5
We're
2:4
wearing
5:2
Wegan
2:3
went
5:3
West
1:11
willing
3:10
working
2:9

---

**X**

---

**Y**

yeah
4:9,9,9,15 5:9,9 6:20
7:9,10
years
6:14

---

**Z**

---

**0**

00:01:38
3:18
00:02:16
4:9
00:02:51
4:19
00:03:20
5:4
00:03:23
5:6
00:03:47
5:15
00:03:48
5:15
00:03:59
5:17
00:04:02
5:18
00:04:51
6:10
00:05:16
6:17
00:05:55
7:5
00:06:12
7:13
00:06:19
7:15

---

**1**

100
1:11

---

**13th**
1:11

---

**2**

2014
2:6 3:12,16,24

---

**3**

312
1:13

---

**4**

---

**5**

---

**6**

60601
1:12

---

**7**

---

**8**

814-3695
1:13



Ross, et al. vs. Gossett, et al. 15-309   063900

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 191 of 214   Page ID
#5115
Ross, et al. vs. Gossett, et al. 15-309   063901

AUDIO TRANSCRIPTION
Interview of Pedro Ruiz
Inmate Number   B42477


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois   60601
(312) 814-3695

1

BY MR. JAMES DURAN:

2      Q     My name is James Duran (phonetic) and I'm an
attorney for the state of Illinois.  I'm here today to
interview you about a shakedown that occurred in 2014.
A lawsuit has been filed by inmates that were housed
at Menard, Illinois River, Big Muddy River and
Lawrence Correctional Centers against certain
individuals working for I-DOC arising out of the
operation.

10     I'm here on behalf of the Defendants, the
employees of the I-DOC.  Certain inmates are the named
Plaintiffs in this case and are represented by a law
firm, Loevy & Loevy.  The lawsuit is a class action
and at this stage, the class has not yet been
certified by the judge.

16     Because you were housed at Big Muddy River, you
are a potential class member, which means that if the
judge certifies a class, you would be represented by
Plaintiff's attorneys.  If the judge certifies a
class, your interest could be adverse to that of the
Defendants.

22     You are of course, free to contact an attorney
before speaking to me.  But I would like to interview
you in order to get a better understanding of what

2

1  happened during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but not
4  for any disciplinary purposes against you or any other
5  inmates.

6      This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10 talk to me about what happened during the shakedown at
11 Big Muddy 2014; if you remember.  So is it okay if I
12 ask you some questions?

13     A     Yes, sir.

14     Q     Okay, can you please state and spell your
15 name and give your inmate number?

16     A     My name is Pedro Ruiz, B42477, P-e-d-r-o R-
17 u-i-z.

18     Q     All right, and you were housed at Big Muddy
19 in 2014; is that correct?

20     A     Yes, sir.

21     Q     Do you recall a facility-wide shakedown in
22 2014 at Big Muddy?

23     A     Yes, I do.

24     Q     What's the first thing you remember there?

3

1      A     Of what occurred or how it occurred?

2      A     Well, first of all where were you housed?

3      A     I was housed in 1 House, the C wing.  And

4  the cell, I can't -- I mean, I remember the cell, I

5  just don't remember the cell number.

6      Q     Okay.  So what do you remember?  What' the

7  first thing you remember on that day as far as the

8  shakedown?

9      A     Just waking up and nobody going to work or

10 coming out of the cell.  So I mean we were locked down

11 and then you know looking out my window I seen a whole

12 bunch of orange suits out there, you know?  That's

13 basically what I remember.

14     Q     Okay.  And then at some point did they come

15 into the cell house?

16     A     Yeah, they did.

17     Q     What happened when they came in the cell

18 house?

19     A     When they came in, they came marching in,

20 stomping their feet, banging on the door with the

21 wooden sticks.  I mean, they were real loud, you know

22 asking everybody to get up and go to the back of the

23 cell of your -- your room.

24     And then I guess they called one of us at a time

4

Pages 1 to 4



**Page 5**

1   to the front of the cell while the other one stood in
2   the back.  They had us strip down, put our hands up,
3   turn around, pick our feet up, spread our butt cheeks,
4   bend over, turn back around.  Open up our mouths,
5   stick our tongues out, put the tongues up.
6       If you had hair, you had to run your hands
7   through your hair.  And then he would go back to the
8   back, the other one would come back up, which was for
9   me and my cellmate.  And do the same process.  Then
10   they handcuffed us.
11      Q    Did you put clothes on before you were
12   handcuffed?
13      A    Oh yeah, yeah.  We put our clothes back on.
14      Q    What clothes did you put on?
15      A    We're were only able to put on our boxers,
16   state pants, our state shirt and one pair of shoes, if
17   you had shoes.  I don't know if it was boots -- yeah,
18   our shoes.  If you had a pair of shoes or put our
19   boots on.
20      Q    Okay.  And then who came into your cell?
21   Was it one or more officers?
22      A    Well, they handcuffed us first.  Pulled us
23   out.  Now when they pulled us out, they had us all
24   line up, one behind each other, handcuffed with our

**Page 6**

1   head down.
2       Q    Okay.
3       A    But nobody I seen came -- I never seen
4   nobody actually go in the room because we were out of
5   the room before they came in.
6       Q    Where were you strip-searched; in the room?
7       A    In the room, yeah.
8       Q    All right.  And was it male or female
9   officers that came in to strip-search you?
10      A    Well, the ones that came to strip-search us,
11   me and my cellmate, it was a male.  But there were
12   females there.
13      Q    Okay.
14      A    There was females doing the same procedures,
15   you know, so I mean not as far as us having a female.
16   No, there was no female at my door.
17      Q    All right.  And then can you describe, was
18   there anything unusual about how you were walked from
19   your cell to wherever you went?
20      A    Yeah, well I mean we were handcuffed.  We
21   were handcuffed.  We had to keep our head on the man
22   in front of us back.
23      And handcuffed like this, so if we lost contact
24   with that, they had -- the guys in orange, you know,

**Page 7**

1   someone would strike on the knee with the -- with the
2   wooden, what is it, stick or baton or whatever and hit
3   you in the knee if you lost contact.  Or, you know,
4   you get pushed, you know.
5       Q    Did anyone strike you with the baton?
6       A    No, I didn't get struck with the baton.
7       Q    Okay.  So then you were -- where were you
8   walked to?
9       A    We were walked to the dietary.  We were put
10   in the dietary and handcuffed.  We were still
11   handcuffed like that with our heads on the tables.
12      Q    Okay, and how long did you remain there?
13      A    As long as it took for them to shakedown,
14   you know, all my -- I don't know, I am just
15   estimating.  I am not sure of the exact minutes or
16   hours, but it was -- it was about say an hour-and-a-
17   half, if I were to guess.
18      Q    Okay.  Then after you were sitting there for
19   an hour-and-a-half, you were then taken back to your
20   cell at some point, I assume?
21      A    Yeah, we were taken back to our cell.  We
22   weren't allowed to even get up from the dietary to use
23   the washroom or nothing like that.
24      Q    Okay.

**Page 8**

1       A    (Inaudible 00:06:39).  You know, headed back
2   to our unit.
3       Q    All right, and then what happened when you
4   arrived back at the cell, anything?
5       A    Everything was tore up, stuff was thrown
6   away.  Food was taken.  There was food taken from our
7   stuff, some sausages for some reason, I don't know.
8   They took summer sausages, had my stuff and my
9   cellmate's stuff mixed.  We didn't know whose was
10   what.
11      They made us do -- get back in the cell.  The
12   procedure to get back in the cell was turn around,
13   unhandcuffed, make you go to the back of the wall.
14   And told everyone to go back to their cell, wait until
15   we come back.  Then we waited there about 15 minutes.
16   Then we finally realized they weren't back to us
17   (inaudible 00:07:26).
18      You can proceed on.  You know what I am saying,
19   so that's all I remember.  I mean having to gather our
20   stuff and put it back together is all that I remember.
21      Q    Do you remember any of the officers saying
22   anything in particular during the shakedown?
23      A    Saying like?
24      Q    Anything.  Talking, yelling?

Pages 5 to 8

Ross, et al. vs. Gossett, et al. 15-309    063903

```
1       A    They were aggressive, they were loud, they
2    were you know in your face and saying bad words and
3    stuff like that, you know.  Name calling, pretty much,
4    but you know, the "B" word was used a lot, you know,
5    that's it that I could remember as far as them saying.
6       Q    All right.  Have you had -- have you been
7    involved in any facility-wide shakedowns since that
8    time?
9       A    Since that time, no.
10      Q    Okay.
11      A    Since that time, no.  Prior to it, yeah.
12      Q    All right.  I have no further questions.
13      A    Okay.  Thank you, have a nice day.
14      Q    You, too.
15           (End of interview)
16
17
18
19
20
21
22
23
24
                                                9
```

```
1       I, Audrey Marie Skaja, do hereby certify or
2    affirm that I have impartially transcribed the
3    foregoing from a digitally recorded statement of the
4    above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
                                                10
```



**A**

ability
10:4
able
5:15
above-mentioned
10:4
action
2:13
adverse
2:20 3:8
affirm
10:2
aggressive
9:1
allowed
7:22
arising
2:8
arrived
8:4
asking
4:22
assume
7:20
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
10:1

**B**

B
9:4
B42477
1:6 3:16
back
4:22 5:2,4,7,8,8,13
6:22 7:19,21 8:1,4,11
8:12,13,14,15,16,20
bad
9:2
banging
4:20
basically
4:13
baton
7:2,5,6
behalf
2:10 3:3
bend
5:4
best
10:4
better
2:24
Big
2:6,16 3:11,18,22
boots
5:17,19
boxers
5:15
bunch
4:12
butt
5:3

**C**

C

**D**

4:3
called
4:24
calling
9:3
can't
4:4
case
2:12 3:3
cell
4:4,4,5,10,15,17,23 5:1
5:20 6:19 7:20,21
8:4,11,12,14
cellmate
5:9 6:11
cellmate's
8:9
Centers
2:7
certain
2:7,11
certified
2:15
certifies
2:18,19
certify
10:1
cheeks
5:3
Chicago
1:12
class
2:13,14,17,18,20
clothes
5:11,13,14
come
4:14 5:8 8:15
coming
4:10
consequences
3:8
contact
2:22 6:23 7:3
correct
3:19
Correctional
2:7
course
2:22

**D**

day
4:7 9:13
defend
3:3
Defendants
2:10,21 3:3
describe
6:17
didn't
7:6 8:9
dietary
7:9,10,22
digitally
10:3
disciplinary
3:4
doing
6:14
don't
4:5
door
4:20 6:16

Duran
2:1,2

**E**

employees
2:11
estimating
7:15
everybody
4:22
exact
7:15
experience
3:2

**F**

face
9:2
facility-wide
3:21 9:7
far
4:7 6:15 9:5
feet
4:20 5:3
female
6:8,15,16
females
6:12,14
filed
2:5
finally
8:16
firm
2:13
first
3:24 4:2,7 5:22
Floor
1:11
food
8:6,6
foregoing
10:3
free
2:22
front
5:1 6:22
further
9:12

**G**

gather
8:19
gathering
3:2
General
1:10
give
3:15
go
4:22 5:7 6:4 8:13,14
going
4:9
guess
4:24 7:17
guys
6:24

**H**

hair
5:6,7
half
7:17

handcuffed
5:10,10,22,22,24 6:20,21
6:23 7:10,11
hands
5:2,6
happened
3:1,10 4:17 8:3
head
6:1,21
headed
8:1
heads
7:11
hit
7:2
hoping
3:9
hour-and-a-
7:16
hour-and-a-half
7:19
hours
7:16
house
4:3,15,18
housed
2:5,16 3:18 4:2,3

**I**

I-DOC
2:8,11 3:3
I'm
2:2,3,10 3:9
Illinois
1:10,12 2:3,6
impartially
10:2
inaudible
8:1,17
individuals
2:8
information
3:2
inmate
1:6 3:15
inmates
2:5,11 3:5
interest
2:20
interview
1:5 2:4,23 3:6 9:15
involved
9:7

**J**

James
2:1,2
judge
2:15,18,19

**K**

keep
6:21
knee
7:1,3
know
4:11,12,21 5:17 6:15
6:24 7:3,4,14,14 8:1
8:7,9,18 9:2,3,4,4

**L**

law

2:12
Lawrence
2:7
lawsuit
2:5,13
line
5:24
locked
4:10
Loevy
2:13,13
long
7:12,13
looking
4:11
lost
6:23 7:3
lot
9:4
loud
4:21 9:1

**M**

male
6:8,11
man
6:21
marching
4:19
Marie
10:1
mean
4:4,10,21 6:15,20 8:19
means
2:17
member
2:17
Menard
2:6
minutes
7:15 8:15
mixed
8:9
mouths
5:4
Muddy
2:6,16 3:11,18,22

**N**

name
2:2 3:15,16 9:3
named
2:11
never
6:3
nice
9:13
number
1:6 3:15 4:5

**O**

occurred
2:4 4:1,1
offer
3:7
officers
5:21 6:9 8:21
Oh
5:13
okay
3:11,14 4:6,14 5:20 6:2
6:13 7:7,12,18,24
9:10,13

ones
6:10
Open
5:4
operation
2:9 3:1
orange
4:12 6:24
order
2:24

**P**

P-e-d-r-o
3:16
pair
5:16,18
pants
5:16
participating
3:7
particular
8:22
Pedro
1:5 3:16
phonetic
2:2
pick
5:3
Plaintiff's
2:19
Plaintiffs
2:12
please
3:14
point
4:14 7:20
position
3:7
potential
2:17
pretty
9:3
Prior
9:11
procedure
8:12
procedures
6:14
proceed
8:18
proceedings
10:4
process
5:9
pulled
5:22,23
purposes
3:4
pushed
7:4
put
5:2,5,11,13,14,15,18
7:9 8:20

**Q**

questions
3:12 9:12

**R**

R-
3:16
Randolph
1:11


McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross et al. vs. Gossett, et al. 15-309    063904

1

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 195 of 214   Page ID
#2515

Ross, et al. vs. Gossett, et al. 15-309   063905

real
4:21
realized
8:16
reason
8:7
recall
3:21
recorded
10:3
refuse
3:8
remain
7:12
remember
3:11,24 4:4,5,6,7,13
  8:19,20,21 9:5
represented
2:12,18
right
3:18 6:8,17 8:3 9:6,12
River
2:6,6,16
room
4:23 6:4,5,6,7
Ruiz
1:5 3:16
run
5:6

**S**
sausages
8:7,8
saying
8:18,21,23 9:2,5
seen
4:11 6:3,3
shakedown
2:4 3:10,21 4:8 7:13
  8:22
shakedowns
9:7
shirt
5:16
shoes
5:16,17,18,18
sir
3:13,20
sitting
7:18
Skaja
10:1
speaking
2:23
spell
3:14
spread
5:3
stage
2:14
state
2:3 3:14 5:16,16
statement
10:3
stick
5:5 7:2
sticks
4:21
stomping
4:20
stood
5:1
Street

1:11
strike
7:1,5
strip
5:2
strip-search
6:9,10
strip-searched
6:6
struck
7:6
stuff
8:5,7,8,9,20 9:3
suits
4:12
summer
8:8
sure
7:15

**T**
tables
7:11
tactical
3:1
taken
7:19,21 8:6,6
talk
3:9,10
Talking
8:24
Thank
9:13
that's
4:12 8:19 9:5
thing
3:24 4:7
thrown
8:5
time
4:24 9:8,9,11
today
2:3
told
8:14
tongues
5:5,5
tore
8:5
transcribed
10:2
TRANSCRIPTION
1:4
turn
5:3,4 8:12

**U**
u-i-z
3:17
understanding
2:24
unhandcuffed
8:13
unit
8:2
unusual
6:18
use
7:22

**V**
voluntary
3:6

**W**
wait
8:14
waited
8:15
waking
4:9
walked
6:18 7:8,9
wall
8:13
washroom
7:23
We're
5:15
went
6:19
weren't
7:22 8:16
West
1:11
What's
3:24
willing
3:9
window
4:11
wing
4:3
wooden
4:21 7:2
word
9:4
words
9:2
work
4:9
working
2:8

**X**

**Y**
yeah
4:16 5:13,13,17 6:7,20
  7:21 9:11
yelling
8:24

**Z**

**0**
00:06:39
8:1
00:07:26
8:17

**1**
1
4:3
100
1:11
13th
1:11
15
8:15

**2**
2014
2:4 3:11,19,22

**3**
312
1:13

**4**

**5**

**6**
60601
1:12

**7**

**8**
814-3695
1:13

2



McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063905

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 196 of 214   Page ID
#2516

Ross, et al. vs. Gossett, et al. 15-309    063906

AUDIO TRANSCRIPTION
Interview of Jerry Scott
Inmate Number  N51819


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

BY MR. JAMES DURAN:

2    Q    My name is James Duran (phonetic) and I'm an
3  attorney for the state of Illinois.  I'm here today to
4  interview you about a shakedown that occurred in 2014.
5  A lawsuit has been filed by inmates that were housed
6  at Menard, Illinois River, Big Muddy River and
7  Lawrence Correctional Centers against certain
8  individuals working for I-DOC arising out of the
9  operation.

10    I'm here on behalf of the Defendants, the
11  employees of the I-DOC.  Certain inmates are the named
12  Plaintiffs in this case and are represented by a law
13  firm, Loevy & Loevy.  This lawsuit is a class action
14  and at this stage, the class has not yet been
15  certified by the judge.

16    Because you were housed at Big Muddy, you are a
17  potential class member, which means that if the judge
18  certifies a class, you would be represented by
19  Plaintiff's attorneys.  If the judge certifies a
20  class, your interest could be adverse to those of the
21  Defendants.

22    You are of course, free to contact an attorney
23  before speaking to me.  But I would like to interview
24  you in order to get a better understanding of what

2

1  happened during the tactical operation, and what your
2  experience was.  I am gathering this information to
3  defend the case on behalf of I-DOC Defendants, but
4  it's not for any disciplinary purposes against you or
5  any other inmates.

6    This interview is voluntary.  I am not in a
7  position to offer you anything for participating and
8  there will be no adverse consequences if you refuse to
9  talk to me.  However, I'm hoping you are willing to
10  talk to me about what happened to you during the
11  shakedown at Big Muddy in 2014; if you remember.  So
12  is it okay if I ask you questions?

13    A    Sure.

14    Q    All right.  Can you state and spell your
15  name and give your inmate number?

16    A    Jerry Scott, J-e-r-r-y, S-c-o-t-t, N51819.

17    Q    Okay, and you were housed at Big Muddy in
18  2014; is that correct?

19    A    That's right.

20    Q    All right.  Do you remember a facility-wide
21  shakedown?

22    A    With the Orange Crush?

23    Q    Yes.

24    A    Yeah.

3

1    Q    Okay.  Where were you housed at that time,
2  what house?

3    A    Housing Unit 4, Drug Treatment.

4    Q    Okay.  Now what do you recall from that
5  shakedown?

6    A    Well, any time that something like that
7  happens it's never a pleasant, you know, thing, you
8  know what I mean?  You go through all kind of changes.
9  But just that probably the way your stuff was handled
10  and the way we were strip-searched, you know what I
11  mean?

12    I believe -- well, in my case, I know there was a
13  couple of women on the deck because people were
14  complaining about that and saying that when you bend
15  over and spread, when you get naked and you've got to
16  bend over into other -- the female -- the males were
17  doing it.  But there were telling them, "This is how
18  we do it," or whatever.  The procedure or whatever.

19    I didn't know if there was anything illegal or
20  not about it; I still don't.  But just how you would
21  grab your cheeks and spread them and then they'd make
22  you put your hands in your mouth and open your mouth.

23    And if you told them you know, you tried to tell
24  them that's not sanitary or whatever, there was --

4

Pages 1 to 4

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063906



Ross, et al. vs. Gossett, et al. 15-309   063907

**Page 5**

1  like I said, it is never pleasant, it's prison, you
2  know what I mean?  But -- and I think just the way,
3  you know, that they talked to you, do you know what I
4  mean?  You know, that --
5      Q   How was that?  How did they talk to you?
6      A   Oh, you never seen that or nothing?
7      Q   No, I'm asking for the record how they
8  talked to you?
9      A   Oh, okay.  It's -- it's degrading, it's
10  horrible because I mean I was in the drug unit trying
11  to better myself.  I did 18 months in that drug
12  program and completed it and became a mentor in it.
13      So to be treated, you know, how they try to tell
14  you, you know, "Act like a man and be like a man," and
15  all that.  And to be treated the way we were treated,
16  you know, the way we were marched, probably three or
17  four city blocks that you were handcuffed behind your
18  back with your head on somebody else's back all the
19  way to the chow hall.
20      I mean, me myself, I've been down several times
21  in the penitentiary, so it got to the point where I
22  was thinking to myself I can't sit like this much
23  longer.  You know what I mean, there is no way I am
24  going to react and they're probably going to beat me

5

**Page 6**

1  up, do you know what I mean?
2      Because you had to sit in the chow hall when you
3  got over there with your hands behind your back with
4  your chin on your chest, like that.  And they probably
5  have records of people going to the hospital there
6  because I know for a fact one of the dudes that was in
7  the unit with me had to go to the healthcare and they
8  kept him over there for a couple of days because he
9  was complaining.
10      Q   Did you need any healthcare treatment at
11  all?
12      A   I didn't, no, no.
13      Q   Okay.  So can you explain to me what clothes
14  -- after you were strip-searched, did they let you
15  wear clothes?
16      A   No underwear, no socks, no nothing.  You
17  just put what you had, your state pants on.  They
18  wouldn't let you put your underwear on or your socks,
19  none of that.
20      Q   Okay.  And a shirt, too?
21      A   A blue shirt.
22      Q   Okay.  And then shoes?
23      A   Yeah, shower shoes.
24      Q   All right, and then -- so you walked from

6

**Page 7**

1  the --
2      A   From the Housing Unit 4 all the way to chow,
3  which is three or four city blocks.
4      Q   Okay.
5      A   Of the city.
6      Q   And then how long were you sitting in the
7  chow house?
8      A   And then -- oh wow, I would say anywhere
9  from 45 minutes to an hour, if not longer, because
10  like I said it got to the point where I know me and I
11  took as long as I could take.
12      I was like, I am fixing to you know, lose -- I'm
13  not going to cooperate, I am going to refuse because
14  it's -- it's hard to sit like that.  I don't care who
15  you are.
16      I know I did wrong by committing the crime that I
17  did and sitting in prison, I belong here.  But to go
18  through that, I don't think it was necessary, you
19  know, but I don't know you guy's procedures, neither,
20  so --
21      Q   Okay.  And then after you left the chow
22  hall, what happened?
23      A   Came back to -- you've got to go right back
24  in your cell.  It was total chaos, man.  I had you

7

**Page 8**

1  know commissary stuff that was bought that was stepped
2  on and just destroyed, do you know what I mean?
3      And I know they do it, you know, to maybe not
4  make us come back or make us feel -- I don't know what
5  the reason is, but you know, your shampoo squirted all
6  out.  You know, just destroyed your stuff, man, do you
7  know what I mean?
8      It was uncalled for, I know that.  You know, but
9  I didn't do nothing about it because I figured, "Hey,
10  you know what, it's prison.  I'll get over it
11  tomorrow, it's a new day."
12      Q   Go back to the strip-search.  Where were you
13  when you were strip-searched?
14      A   In my cell.
15      Q   Okay.  And you said it was male correctional
16  officers that came to your cell?
17      A   Yeah, there was male.  There was females on
18  the deck.
19      Q   But in your cell, it was male?
20      A   In my cell, yeah, they were tell -- telling
21  the other ones how to go about search us, you know
22  what I mean?  They wasn't really rude right there and
23  then, I didn't feel until they said to bend over and
24  then put your hands in your mouth and this and that.

8



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063907

Ross, et al. vs. Gossett, et al. 15-309    063908

1    I'm like, I did say, "You know that's not --
2    that's not cool.  That's not correct."  Do you know
3    what I mean, but you can't talk.  They don't have no
4    understanding.
5        Q    Okay.
6        A    They have no understanding. And I understand
7    their point some way.
8        Q    All right.  Have you gone through any
9    facility-wide shakedowns since that time?
10       A    No.
11       Q    How long have you been here?
12       A    Since August of -- I came here 8/26/15, over
13   two years.
14       Q    Okay.
15       A    Now have they had them down here since then?
16   Yeah, but I happened to be in the over-40 unit and it
17   is kind of a good unit, you know what I mean?
18       Q    Okay.
19       A    So they didn't bother us.  But the other
20   places in here?  Yeah, they have been in here several
21   times.
22       Q    Okay.
23       A    Yeah.
24       Q    Did you see those shakedowns?

9

1    mean, they talk, "I'll bust your fucking head."  Do
2    you know what I mean?  "Don't look."  They are just
3    being aggressive; do you know what I mean?  I think
4    they feel they have to, you know?
5        Q    Okay.  All right, I have no further
6    questions.
7        A    All right, thank you.
8            (End of Interview)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

11

1        A    No, I'm in the other housing unit.  I mean,
2    I seen them come in, do you know what I mean?
3        Q    But you never got a shakedown?
4        A    No.
5        Q    All right,
6    do you remember anything that any of the officers
7    said during the shakedown?
8        A    I mean, yeah, there was only one thing that
9    I -- you know, that really stands out, you know,
10   because I was in the Housing Unit 4, which is -- they
11   have two wings that are civilly committed and you
12   know, them people are doing some crazy stuff.
13       So I was in the drug unit and it happened to be
14   one wing over there, so I wasn't over there, so they
15   don't know, I'm sure, what we are.  But when we were
16   coming out, we were handcuffed.
17       And you know, you're handcuffed and your head is
18   on the other person's back going over and you can't
19   look up; you know what I mean?  And then, "We just
20   need to march these SOBs right into the river."
21       And I'm thinking, "Wow, really?  You would think
22   -- you would really mass murder people?"  Do you know
23   what I mean?  It's crazy, I know.
24       But they just humiliate you.  You know what I

10

1        I, Audrey Marie Skaja, do hereby certify or
2    affirm that I have impartially transcribed the
3    foregoing from a digitally recorded statement of the
4    above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

12

Pages 9 to 12



**A**

ability
12:4
above-mentioned
12:4
Act
5:14
action
2:13
adverse
2:20 3:8
affirm
12:2
aggressive
11:3
arising
2:8
asking
5:7
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
12:1
August
9:12

**B**

back
5:18,18 6:3 7:23,23 8:4
   8:12 10:18
beat
5:24
behalf
2:10 3:3
believe
4:12
belong
7:17
bend
4:14,16 8:23
best
12:4
better
2:24 5:11
Big
2:6,16 3:11,17
blocks
5:17 7:3
blue
6:21
bother
9:19
bought
8:1
bust
11:1

**C**

can't
5:22 9:3 10:18
care
7:14
case
2:12 3:3 4:12
cell
7:24 8:14,16,19,20
Centers
2:7

certain
2:7,11
certified
2:15
certifies
2:18,19
certify
12:1
changes
4:8
chaos
7:24
cheeks
4:21
chest
6:4
Chicago
1:12
chin
6:4
chow
5:19 6:2 7:2,7,21
city
5:17 7:3,5
civilly
10:11
class
2:13,14,17,18,20
clothes
6:13,15
come
8:4 10:2
coming
10:16
commissary
8:1
committed
10:11
committing
7:16
complaining
4:14 6:9
completed
5:12
consequences
3:8
contact
2:22
cool
9:2
cooperate
7:13
correct
3:18 9:2
correctional
2:7 8:15
couple
4:13 6:8
course
2:22
crazy
10:12,23
crime
7:16
Crush
3:22

**D**

day
8:11
days
6:8
deck

4:13 8:18
defend
3:3
Defendants
2:10,21 3:3
degrading
5:9
destroyed
8:2,6
didn't
4:19 6:12 8:9,23 9:19
digitally
12:3
disciplinary
3:4
doing
4:17 10:12
don't
4:20 9:3 10:15 11:2
drug
4:3 5:10,11 10:13
dudes
6:6
Duran
2:1,2

**E**

else's
5:18
employees
2:11
experience
3:2
explain
6:13

**F**

facility-wide
3:20 9:9
fact
6:6
feel
8:4,23 11:4
female
4:16
females
8:17
figured
8:9
filed
2:5
firm
2:13
fixing
7:12
Floor
1:11
foregoing
12:3
four
5:17 7:3
free
2:22
fucking
11:1
further
11:5

**G**

gathering
3:2
General
1:10

give
3:15
go
4:8 6:7 7:17,23 8:12,21
going
5:24,24 6:5 7:13,13
   10:18
good
9:17
grab
4:21
guy's
7:19

**H**

hall
5:19 6:2 7:22
handcuffed
5:17 10:16,17
handled
4:9
hands
4:22 6:3 8:24
happened
3:1,10 7:22 9:16 10:13
happens
4:7
hard
7:14
head
5:18 10:17 11:1
healthcare
6:7,10
Hey
8:9
hoping
3:9
horrible
5:10
hospital
6:5
hour
7:9
house
4:2 7:7
housed
2:5,16 3:17 4:1
housing
4:3 7:2 10:1,10
humiliate
10:24

**I**

I-DOC
2:8,11 3:3
I'll
8:10 11:1
I'm
2:2,3,10 3:9 5:7 7:12
   9:1 10:1,15,21
illegal
4:19
Illinois
1:10,12 2:3,6
impartially
12:2
individuals
2:8
information
3:2
inmate
1:6 3:15
inmates

2:5,11 3:5
interest
2:20
interview
1:5 2:4,23 3:6 11:8
it's
3:4 4:7 5:1,9,9,9 7:14
   7:14 8:10,11 10:23

**J**

J-e-r-r-y
3:16
James
2:1,2
Jerry
1:5 3:16
judge
2:15,17,19

**K**

kept
6:8
kind
4:8 9:17
know
4:7,8,10,12,19,23 5:2,3
   5:3,4,13,14,16,23 6:1
   6:6 7:10,12,16,19,19
   8:1,2,3,3,4,5,6,7,8,8
   8:10,21 9:1,2,17 10:2
   10:9,9,12,15,17,19
   10:22,23,24 11:2,3,4

**L**

law
2:12
Lawrence
2:7
lawsuit
2:5,13
left
7:21
Loevy
2:13,13
long
7:6,11 9:11
longer
5:23 7:9
look
10:19 11:2
lose
7:12

**M**

male
8:15,17,19
males
4:16
man
5:14,14 7:24 8:6
march
10:20
marched
5:16
Marie
12:1
mass
10:22
mean
4:8,11 5:2,4,10,20,23
   6:1 8:2,7,22 9:3,17
   10:1,2,8,19,23 11:1,2

11:3
means
2:17
member
2:17
Menard
2:6
mentor
5:12
minutes
7:9
months
5:11
mouth
4:22,22 8:24
Muddy
2:6,16 3:11,17
murder
10:22

**N**

N51819
1:6 3:16
naked
4:15
name
2:2 3:15
named
2:11
necessary
7:18
need
6:10 10:20
neither
7:19
never
4:7 5:1,6 10:3
new
8:11
number
1:6 3:15

**O**

occurred
2:4
offer
3:7
officers
8:16 10:6
oh
5:6,9 7:8
okay
3:12,17 4:1,4 5:9 6:13
   6:20,22 7:4,21 8:15
   9:5,14,18,22 11:5

ones
8:21
open
4:22
operation
2:9 3:1
Orange
3:22
order
2:24
over-40
9:16

**P**

pants
6:17
participating
3:7

1



Ross, et al. vs. Gossett, et al. 15-309
063910

penitentiary
5:21
people
4:13 6:5 10:12,22
person's
10:18
phonetic
2:2
places
9:20
Plaintiff's
2:19
Plaintiffs
2:12
pleasant
4:7 5:1
point
5:21 7:10 9:7
position
3:7
potential
2:17
prison
5:1 7:17 8:10
probably
4:9 5:16,24 6:4
procedure
4:18
procedures
7:19
proceedings
12:4
program
5:12
purposes
3:4
put
4:22 6:17,18 8:24

**Q**

questions
3:12 11:6

**R**

Randolph
1:11
react
5:24
really
8:22 10:9,21,22
reason
8:5
recall
4:4
record
5:7
recorded
12:3
records
6:5
refuse
3:8 7:13
remember
3:11,20 10:6
represented
2:12,18
right
3:14,19,20 6:24 7:23
  8:22 9:8 10:5,20
  11:5,7
river
2:6,6 10:20
rude
9:8

8:22

**S**

S-c-o-t-t
3:16
sanitary
4:24
saying
4:14
Scott
1:5 3:16
search
8:21
see
9:24
seen
5:6 10:2
shakedown
2:4 3:11,21 4:5 10:3,7
shakedowns
9:9,24
shampoo
8:5
shirt
6:20,21
shoes
6:22,23
shower
6:23
sit
5:22 6:2 7:14
sitting
7:6,17
Skaja
12:1
SOBs
10:20
socks
6:16,18
somebody
5:18
speaking
2:23
spell
3:14
spread
4:15,21
squirted
8:5
stage
2:14
stands
10:9
state
2:3 3:14 6:17
statement
12:3
stepped
8:1
Street
1:11
strip-search
8:12
strip-searched
4:10 6:14 8:13
stuff
4:9 8:1,6 10:12
sure
3:13 10:15

**T**

tactical
3:1

take
7:11
talk
3:9,10 5:5 9:3 11:1
talked
5:3,8
tell
4:23 5:13 8:20
telling
4:17 8:20
thank
11:7
that's
3:19 4:24 9:1,2,2
they'd
4:21
they're
5:24
thing
4:7 10:8
think
5:2 7:18 10:21 11:3
thinking
5:22 10:21
three
5:16 7:3
time
4:1,6 9:9
times
5:20 9:21
today
2:3
told
4:23
tomorrow
8:11
total
7:24
transcribed
12:2
TRANSCRIPTION
1:4
treated
5:13,15,15
treatment
4:3 6:10
tried
4:23
try
5:13
trying
5:10
two
9:13 10:11

**U**

uncalled
8:8
understand
9:6
understanding
2:24 9:4,6
underwear
6:16,18
unit
4:3 5:10 6:7 7:2 9:16
  9:17 10:1,10,13

**V**

voluntary
3:6

**W**

walked
6:24
wasn't
8:22 10:14
way
4:9,10 5:2,15,16,19,23
  7:2 9:7
wear
6:15
West
1:11
willing
3:9
wing
10:14
wings
10:11
women
4:13
working
2:8
wouldn't
6:18
wow
7:8 10:21
wrong
7:16

**X**

**Y**

yeah
3:24 6:23 8:17,20 9:16
  9:20,23 10:8
years
9:13
you're
10:17
you've
7:23

**Z**

**0**

**1**

100
1:11
13th
1:11
18
5:11

**2**

2014
2:4 3:11,18

**3**

312
1:13

**4**

4
4:3 7:2 10:10
45
7:9

**5**

**6**

60601

1:12

**7**

**8**

8/26/15
9:12
814-3695
1:13

2

Ross, et al. vs. Gossett, et al. 15-309   063910



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 201 of 214   Page ID
#25521

Ross, et al. vs. Gossett, et al. 15-309    063911

AUDIO TRANSCRIPTION
Interview of Bruce Smith
Inmate Number  M41747


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

1   BY MR. JAMES DURAN:
2       Q   My name is James Duran (phonetic) and I'm an
3   attorney for the state of Illinois.  I'm here today to
4   interview you about a shakedown that occurred in 2014.
5   A lawsuit has been filed by inmates that were housed
6   at Menard, Illinois River, Big Muddy River and
7   Lawrence Correctional Centers against certain
8   individuals working for I-DOC arising out of the
9   operation.
10      I'm here on behalf of the Defendants, the
11  employees of the I-DOC.  Certain inmates are the named
12  Plaintiffs in this case and are represented by a law
13  firm, Loevy & Loevy.  The lawsuit is a class action
14  and at this stage, the class has not yet been
15  certified by the judge.
16      Because you were housed at Big Muddy, you are a
17  potential class member, which means that if the judge
18  certifies a class, you would be represented by
19  Plaintiff's attorneys.  If the judge certifies a
20  class, your interest could be adverse to that of the
21  Defendants.
22      You are of course, free to contact an attorney
23  before speaking to me.  But I would like to interview
24  you in order to get a better understanding of what

2

1   happened during the tactical operation, of what your
2   experience was.  I am gathering this information to
3   defend the case on behalf of I-DOC Defendants, but not
4   for any disciplinary purposes against you or any other
5   inmates.
6       This interview is voluntary.  I am not in a
7   position to offer you anything for participating and
8   there will be no adverse consequences if you refuse to
9   talk to me.  However, I'm hoping you are willing to
10  talk to me about what happened during the shakedown at
11  Big Muddy 2014; if you remember.
12      And you agreed that you would talk to me.  Can
13  you state and spell your name and your inmate number?
14      A   Bruce Smith, B-r-u-c-e, S-m-i-t-h, M41747.
15      Q   All right and you were housed at Big Muddy
16  River in 2014 during the shakedown, correct?
17      A   Correct.
18      Q   All right.  Have you participated in other
19  facility-wide shakedowns besides that one, either
20  before or after?
21      A   Yes.
22      Q   How many have you participated in before
23  that shakedown?
24      A   I think that was my first facility-wide

3

1   shakedown.
2       Q   That was your first one, okay.
3       A   Yes.
4       Q   And how many since then?
5       A   Maybe two or three.
6       Q   All right.  Were the other two or three both
7   out at Big Muddy?
8       A   Yes.
9       Q   Can you explain the differences between what
10  happened during the 2014 shakedown and the most recent
11  shakedowns?
12      A   Well, the first one was the -- I guess
13  response team, the Orange Crush, kind of group.  The
14  other ones were just shakedown by the officers here.
15      Q   And when they did the shakedowns by the
16  officers here, was it a facility-wide shakedown?
17      A   Yeah, it's hard for me to determine if they
18  were full facility-wide shakedowns because I can't
19  tell what's going on outside the -- my own house.
20      Q   Okay.  Was it at least a full shakedown of
21  your house?
22      A   Yeah, I believe so.
23      Q   Okay.  And was the -- the shakedowns that
24  were done of your house, were those done in the same

4



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063911

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 202 of 214   Page ID #2522

Ross, et al. vs. Gossett, et al. 15-309   063912

**Page 5**

1  way as the initial one by the Orange Crush, as you
2  said?
3     A   No.
4     Q   What was different in the newer ones?
5     A   Well, you weren't -- we didn't get stripped
6  down naked in front of everybody else.  And there were
7  no -- nobody was pushing people around or had stakes
8  or anything like that.  It was just regular officers
9  at that time.
10    Q   Okay.  Well, why don't we go back to the one
11  in 2014.  What do you remember happened then?
12    A   I remember the officers coming in, we were
13  the first house they shook down.  And they marched in.
14  And they -- they told us to stand by our doors or
15  something like similar to that.  Then they told each
16  one of us to stand in the doorway and they told us to
17  take everything off.
18    Q   So was it two individual officers who came
19  to your doorway?
20    A   I don't remember if it was two or not.  I --
21  I just know there was a bunch of people there, a bunch
22  of officers all around the wing at that time.
23    Q   The ones that ordered you to strip search,
24  were they men or women?

**Page 6**

1     A   They were men, but there were women there.
2     Q   Where did you strip, in your cell or outside
3  of it?
4     A   Just outside the front door.
5     Q   And can explain to me what happened, the
6  strip search, you know, from the beginning to the end?
7     A   Well, they told me to take everything off
8  and they took the clothes, looked through them and
9  threw them down and asked me to lift my testicles up.
10  And then they asked me to turn around and spread my
11  cheeks and bend over.
12        Then they had me stand up and turn around and put
13  my fingers in my mouth and lift my tongue up.  And
14  then they told me to get dressed.  Then they did my
15  cellmate, who you know, same thing.  Then we got
16  dressed and they cuffed us up and marched us out in
17  the nuts-to-butts fashion.
18    Q   What do you mean "nuts-to-butts fashion?
19    A   We had to be pressing against the inmate in
20  front of you with your head down and not looking
21  anywhere.  We marched that way over to the chow hall,
22  locked in.
23    Q   You said you got dressed, what clothes were
24  you -- put back on?

**Page 7**

1     A   We had to leave our underwear there.  But we
2  were allowed to put our uniform back on.
3     Q   And that consisted of a shirt and pants?
4     A   A shirt and pants, shoes.
5     Q   Your blues?
6     A   Yeah.
7     Q   What type of shoes?
8     A   Just what we had there.
9     Q   You said they had you marching nuts-to-
10  butts; is that something that they said or is that a
11  terms that you just thought of?
12    A   I never heard it before.
13    Q   Okay.
14    A   That's something they said.
15    Q   Do you know who said it?
16    A   They were all saying it, you know, if they
17  weren't that way, they were saying, "Nuts-to-butts",
18  you know.
19    Q   All right.  Were you handcuffed at the time?
20    A   Yeah, we were handcuffed.
21    Q   In front or back?
22    A   In the back.
23    Q   So you had to -- how close were you to the
24  inmate in front of you?

**Page 8**

1     A   We were touching.  We had to be.  We had to
2  touch the next inmate in front of you.
3     Q   Okay.  And then -- then you said you had to
4  keep your head down?
5     A   Yeah.
6     Q   At that point had anyone of the security
7  team hit you in any way?
8     A   Yeah, one guy hit me.
9     Q   Who hit you?
10    A   I don't know.  They had helmets on and you
11  can't see.  You couldn't see who it was, no nametags
12  or anything.
13    Q   All right.  Where were you hit?
14    A   In the back with a baton, a wooden baton or
15  something or whatever kind of baton it was.  I think
16  it was wood trudgen, so --
17    Q   And was there a reason why you were hit, as
18  opposed to why others weren't hit?
19    A   Well, they hit other people, too.  I mean it
20  was that we weren't moving fast enough or we weren't
21  as close as possible to the other guy in front of us
22  or just --
23    Q   What was the reason given why you were hit?
24    A   They didn't give us a reason.  They just hit

Pages 5 to 8



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063912

Ross, et al. vs. Gossett, et al. 15-309    063913

1  you.
2      Q    All right.  Were you looking up or were you
3  --
4      A    No.
5      Q    You were just hit?
6      A    Yeah.
7      Q    How hard were you hit?
8      A    Not enough to break anything.  But I knew I
9  was hit.
10     Q    All right, did you get any medical attention
11  from when you were hit?
12     A    No.
13     Q    And you said that you were the first cell
14  house to be shaken out that day?
15     A    Yes.
16     Q    Do you know what -- what time it was?
17     A    No, I have no idea.  It was a while ago.
18     Q    Okay.  So -- and all the inmates were
19  marched out of the cell house.  Where were you marched
20  to?
21     A    The chow hall.
22     Q    And what happened in the chow hall?
23     A    They made us sit down at the tables with our
24  heads down on the tables and our hands cuffed behind

9

1  anything else?
2      A    No, they were all in unison chanting this.
3  They had a chant going, you know, like in the military
4  when you march.
5      Q    Okay, that's all we need.
6      A    That's it?
7      Q    Yep, thank you.
8      A    All right.
9          (End of Interview)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

11

1  our back.
2      Q    How long did you have to sit at the table?
3      A    It was hours, I don't know how long it was,
4  but it was hours, it was very uncomfortable.
5      Q    When you say "hours" is it like one, two
6  three, four?
7      A    At least two.
8      Q    Okay.  And then after sitting at the table
9  for a couple of hours what was done then?
10     A    I think we marched back to the house, stood
11  in front of our cells and they took the cuffs off and
12  we went back in our cells.
13     Q    And then were you placed in your cell?
14     A    Yeah.
15     Q    All right, and was that the end of the strip
16  -- the shakedown?
17     A    Right.
18     Q    Do you remember anyone saying anything in
19  particular besides what we've already said?
20     A    When they were marching up, they said
21  something like -- they had some kind of a chant going
22  on.  The only part of the chant that I remember was
23  "Punish the inmates."
24     Q    And do you remember anyone else saying

10

1          I, Audrey Marie Skaja, do hereby certify or
2  affirm that I have impartially transcribed the
3  foregoing from a digitally recorded statement of the
4  above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

12

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063913

**A**

ability
 12:4
above-mentioned
 12:4
action
 2:13
adverse
 2:20 3:8
affirm
 12:2
ago
 9:17
agreed
 3:12
allowed
 7:2
arising
 2:8
asked
 6:9,10
attention
 9:10
attorney
 1:10 2:3,22
attorneys
 2:19
AUDIO
 1:4
Audrey
 12:1

**B**

B-r-u-c-e
 3:14
back
 5:10 6:24 7:2,21,22
 8:14 10:1,10,12
baton
 8:14,14,15
beginning
 6:6
behalf
 2:10 3:3
believe
 4:22
bend
 6:11
best
 12:4
better
 2:24
Big
 2:6,16 3:11,15 4:7
blues
 7:5
break
 9:8
Bruce
 1:5 3:14
bunch
 5:21,21
butts
 7:10

**C**

can't
 4:18 8:11
case
 2:12 3:3
cell
 6:2 9:13,19 10:13

cellmate
 6:15
cells
 10:11,12
Centers
 2:7
certain
 2:7,11
certified
 2:15
certifies
 2:18,19
certify
 12:1
chant
 10:21,22 11:3
chanting
 11:2
cheeks
 6:11
Chicago
 1:12
chow
 6:21 9:21,22
class
 2:13,14,17,18,20
close
 7:23 8:21
clothes
 6:8,23
coming
 5:12
consequences
 3:8
consisted
 7:3
contact
 2:22
correct
 3:16,17
Correctional
 2:7
couldn't
 8:11
couple
 10:9
course
 2:22
Crush
 4:13 5:1
cuffed
 6:16 9:24
cuffs
 10:11

**D**

day
 9:14
defend
 3:3
Defendants
 2:10,21 3:3
determine
 4:17
didn't
 5:5 8:24
differences
 4:9
different
 5:4
digitally
 12:3
disciplinary

3:4
don't
 5:10
door
 6:4
doors
 5:14
doorway
 5:16,19
dressed
 6:14,16,23
Duran
 2:1,2

**E**

either
 3:19
employees
 2:11
everybody
 5:6
experience
 3:2
explain
 4:9 6:5

**F**

facility-wide
 3:19,24 4:16,18
fashion
 6:17,18
fast
 8:20
filed
 2:5
fingers
 6:13
firm
 2:13
first
 3:24 4:2,12 5:13 9:13
Floor
 1:11
foregoing
 12:3
four
 10:6
free
 2:22
front
 5:6 6:4,20 7:21,24 8:2
 8:21 10:11
full
 4:18,20

**G**

gathering
 3:2
General
 1:10
give
 8:24
given
 8:23
go
 5:10
going
 4:19 10:21 11:3
group
 4:13
guess
 4:12
guy

8:8,21

**H**

hall
 6:21 9:21,22
handcuffed
 7:19,20
hands
 9:24
happened
 3:1,10 4:10 5:11 6:5
 9:22
hard
 4:17 9:7
head
 6:20 8:4
heads
 9:24
heard
 7:12
helmets
 8:10
hit
 8:7,8,9,13,17,18,19,23
 8:24 9:5,7,9,11
hoping
 3:9
hours
 10:3,4,5,9
house
 4:19,21,24 5:13 9:14
 9:19 10:10
housed
 2:5,16 3:15

**I**

I-DOC
 2:8,11 3:3
I'm
 2:2,3,10 3:9
idea
 9:17
Illinois
 1:10,12 2:3,6
impartially
 12:2
individual
 5:18
individuals
 2:8
information
 3:2
initial
 5:1
inmate
 1:6 3:13 6:19 7:24 8:2
inmates
 2:5,11 3:5 9:18 10:23
interest
 2:20
interview
 1:5 2:4,23 3:6 11:9
it's
 4:17

**J**

James
 2:1,2
judge
 2:15,17,19

**K**

keep
 8:4
kind
 4:13 8:15 10:21
knew
 9:8
know
 5:21 6:6,15 7:15,16,18
 8:10 9:16 10:3 11:3

**L**

law
 2:12
Lawrence
 2:7
lawsuit
 2:5,13
leave
 7:1
lift
 6:9,13
locked
 6:22
Loevy
 2:13,13
long
 10:2,3
looked
 6:8
looking
 6:20 9:2

**M**

M41747
 1:6 3:14
march
 11:4
marched
 5:13 6:16,21 9:19,19
 10:10
marching
 7:9 10:20
Marie
 12:1
mean
 6:18 8:19
means
 2:17
medical
 9:10
member
 2:17
men
 5:24 6:1
Menard
 2:6
military
 11:3
mouth
 6:13
moving
 8:20
Muddy
 2:6,16 3:11,15 4:7

**N**

naked
 5:6
name
 2:2 3:13
named
 2:11
nametags

8:11
need
 11:5
never
 7:12
newer
 5:4
number
 1:6 3:13
nuts-to-
 7:9
nuts-to-butts
 6:17,18 7:17

**O**

occurred
 2:4
offer
 3:7
officers
 4:14,16 5:8,12,18,22
okay
 4:2,20,23 5:10 7:13 8:3
 9:18 10:8 11:5
ones
 4:14 5:4,23
operation
 2:9 3:1
opposed
 8:18
Orange
 4:13 5:1
order
 2:24
ordered
 5:23
outside
 4:19 6:2,4

**P**

pants
 7:3,4
part
 10:22
participated
 3:18,22
participating
 3:7
particular
 10:19
people
 5:7,21 8:19
phonetic
 2:2
placed
 10:13
Plaintiff's
 2:19
Plaintiffs
 2:12
point
 8:6
position
 3:7
possible
 8:21
potential
 2:17
pressing
 6:19
proceedings
 12:4
Punish

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052
Ross, et al. vs. Gossett, et al. 15-309   063914

1



Ross et al. vs. Gossett, et al. 15-309          063915

10:23
purposes
3:4
pushing
5:7
put
6:12,24 7:2

_____
Q
_____

_____
R
_____
Randolph
1:11
reason
8:17,23,24
recorded
12:3
refuse
3:8
regular
5:8
remember
3:11 5:11,12,20 10:18
    10:22,24
represented
2:12,18
response
4:13
right
3:15,18 4:6 7:19 8:13
    9:2,10 10:15,17 11:8
River
2:6,6 3:16

_____
S
_____
S-m-i-t-h
3:14
saying
7:16,17 10:18,24
search
5:23 6:6
security
8:6
see
8:11,11
shakedown
2:4 3:10,16,23 4:1,10
    4:14,16,20 10:16
shakedowns
3:19 4:11,15,18,23
shaken
9:14
shirt
7:3,4
shoes
7:4,7
shook
5:13
similar
5:15
sit
9:23 10:2
sitting
10:8
Skaja
12:1
Smith
1:5 3:14
speaking
2:23
spell
3:13
spread

6:10
stage
2:14
stakes
5:7
stand
5:14,16 6:12
state
2:3 3:13
statement
12:3
stood
10:10
Street
1:11
strip
5:23 6:2,6 10:15
stripped
5:5

_____
T
_____
table
10:2,8
tables
9:23,24
tactical
3:1
take
5:17 6:7
talk
3:9,10,12
team
4:13 8:7
tell
4:19
terms
7:11
testicles
6:9
thank
11:7
that's
7:14 11:5,6
thing
6:15
think
3:24 8:15 10:10
thought
7:11
three
4:5,6 10:6
threw
6:9
time
5:9,22 7:19 9:16
today
2:3
told
5:14,15,16 6:7,14
tongue
6:13
touch
8:2
touching
8:1
transcribed
12:2
TRANSCRIPTION
1:4
trudgen
8:16
turn
6:10,12

two
4:5,6 5:18,20 10:5,7
type
7:7

_____
U
_____
uncomfortable
10:4
understanding
2:24
underwear
7:1
uniform
7:2
unison
11:2

_____
V
_____
voluntary
3:6

_____
W
_____
way
5:1 6:21 7:17 8:7
we've
10:19
went
10:12
weren't
5:5 7:17 8:18,20,20
West
1:11
what's
4:19
willing
3:9
wing
5:22
women
5:24 6:1
wood
8:16
wooden
8:14
working
2:8

_____
X
_____

_____
Y
_____
Yeah
4:17,22 7:6,20 8:5,8
    9:6 10:14
Yep
11:7

_____
Z
_____

_____
0
_____

_____
1
_____
100
1:11
13th
1:11

_____
2
_____
2014
2:4 3:11,16 4:10 5:11

_____
3
_____

312
1:13

_____
4
_____

_____
5
_____

_____
6
_____
60601
1:12

_____
7
_____

_____
8
_____
814-3695
1:13



McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross et al. vs. Gossett, et al. 15-309          063915

AUDIO TRANSCRIPTION
Interview of Larry Williams
Inmate Number M05829


Illinois Attorney General
100 West Randolph Street - 13th Floor
Chicago, Illinois  60601
(312) 814-3695

1

---

BY MR. JAMES DURAN:

2    Q    My name is James Duran (phonetic) and I'm an
attorney for the state of Illinois.  I'm here today to
interview you about a shakedown that occurred in 2014.
A lawsuit has been filed by inmates that were housed
at Menard, Illinois River, Big Muddy River and
Lawrence Correctional Centers against certain
individuals working for I-DOC arising out of the
operation.

10    I'm here on behalf of the Defendants, the
employees of the I-DOC.  Certain inmates are the named
Plaintiffs in this case and are represented by a law
firm, Loevy & Loevy.  The lawsuit is a class action
and at this stage, the class has not yet been
certified by the judge.

16    Because you were housed at Big Muddy, you are a
potential class member, which means that if the judge
certifies a class, you would be represented by
Plaintiff's attorneys.  If the judge certifies a
class, your interest could be adverse to those of the
Defendants.

22    You are of course, free to contact an attorney
before speaking to me.  But I would like to interview
you to get a better understanding of what happened

2

---

1 during the tactical operation, and what your
2 experience was.  I am gathering this information to
3 defend the case on behalf of I-DOC Defendants, but not
4 for any disciplinary purposes against you or any other
5 inmates.
6    This interview is voluntary.  I am not in a
7 position to offer you anything for participating and
8 there will be no adverse consequences if you refuse to
9 talk to me.  However, I'm hoping that you are willing
10 to talk to me about what happened during the shakedown
11 at Big Muddy 2014; if you remember.  So is it okay if
12 I ask you some questions?
13    A    Yes.
14    Q    All right, can you please state and spell
15 your name and give your inmate number?
16    A    Larry Williams, L-a-r-r-y W-i-l-l-i-a-m-s,
17 M05829.
18    Q    All right.  And you were housed at Big Muddy
19 River Correctional Center in 2014, correct?
20    A    Yes.
21    Q    Do you remember a shakedown that happened in
22 2014?
23    A    Yes.
24    Q    What do you remember about that shakedown?

3

---

1    A    That they treated us -- they like -- it was
2 -- it was horrible the way they cuffed us up and the
3 way they shook us down in front of the female
4 officers.
5    Like they run to our cells instead of like having
6 dividers for them, to separate us.  They stripped us.
7 They stripped us in front of our cellmates, in front
8 of the female officers who they pointed and laughed,
9 you know, it was -- it was really degrading.
10    Q    Okay.  What house were you in at the time?
11    A    I was on 2-C.
12    Q    And were you one of the first galleries
13 shaken down, the last, or in the middle?
14    A    I want to say we were -- I work in the
15 kitchen, so I think we were the first house to be
16 shook down.  Two houses, that was the -- at the time,
17 it was all kitchen workers.  Now they got it everybody
18 works from different houses.
19    You can go to work from anywhere.  But at the
20 time, in 2014, only the kitchen workers worked in two
21 houses.  The -- like maintenance workers and all those
22 were in one house, we house always been school,
23 maintenance stuff.
24    Q    All right.  So what do you remember --

4

---

Pages 1 to 4



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 207 of 214   Page ID
#2521
Ross, et al. vs. Gossett, et al. 15-309   063917

1  what's the first thing you remember when that
2  shakedown occurred?
3     A   Oh, we was saying to ourselves, you know, my
4  cellmate and they came in and turned the water off.
5  That's the first thing that happened, they turned the
6  water off.  We heard the stomping and the smacking of
7  the shields.  And then they lapped in front of our
8  doors.
9        And then they opened doors up, they ran in the
10  cells, then they pushed me and my cellmate back
11  against the wall, the far end of the wall where the
12  window is at.  And then they had my cellmate come out
13  first and then they stripped him right in front, in
14  the gallery.
15       There was female officers and everybody was
16  standing there.  They was laughing and cracking jokes
17  and stuff.  And then they stripped me.  And when I say
18  they had us standing there for like 10 or 15 minutes.
19  Like on the gallery in front of everybody.
20     Q   With no clothes on?
21     A   No clothes on.
22     Q   All right so -- so your cellmate was shaken
23  out first.  And did you watched him get strip-
24  searched?

5

1     A   Yeah, I'm in the back of the cell.  They had
2  pushed us.  When they came into the cell, they pushed
3  us to the back of the room.  Then by my cellmate,
4  because he was the top; I had the bottom bunk.  He was
5  the first one, I guess the closest one.
6        So they had him come out and they stripped him
7  like right in the doorway and made him step all the
8  way out of the cell where the rest of the officers
9  was.  And then -- because they -- one cell, our cell,
10  they opened the doors up, and there was one cell by
11  itself.
12       But they -- when they came in, all of the -- all
13  of the sword officers, Orange Crush, whatever.  They
14  -- they each had a cell, you know, what I am saying,
15  I guess they was assigned a cell.
16       So then they made him come out and strip; had to
17  strip his clothes off.  Then I came out, I stripped my
18  clothes and we stood there and they had us handcuffed
19  with our hands behind our back with our head down.
20     Q   How many officers came to your cell?
21     A   It was two officers.
22     Q   Were they male or female?
23     A   There was one male and one female.
24     Q   Do you know any of their names?

6

1     A   No, I didn't.  They had their -- they had a
2  black thing over their badges, where you couldn't see
3  the badge numbers.  And they had -- there was a strip
4  over their names.
5     Q   Were they black, white, Hispanic?
6     A   It was two white officers.
7     Q   And neither was familiar to you?
8     A   No.  They had a shield on so you can't see
9  their face.
10     Q   And can you describe the actual strip-search
11  of you?
12     A   Oh, this is exactly what happened.  They had
13  me take off my shirt first because I had on my jogging
14  suit.  I am in my cell, so I could have it on, the
15  issued blues on.  I got my t-shirt on.  I got some
16  jogging pants on.
17       He asked me to take off -- he told me to take off
18  my shirt first.  He had me -- took off my jog.  Then
19  he had me turn around and -- and squat.  And spread my
20  behind and then he had me cough and stuff like that.
21     Q   Was that the entire strip-search?
22     A   No.  Then they -- then they tossed the cell
23  after they had us step out.
24     Q   They tossed the cell right in front of you

7

1  at that time?
2     A   No, they had us step out first.
3     Q   Where were you when they tossed the cell?
4     A   They lined us up.  Everybody lined us up and
5  they walked us to the chow hall in a -- in a straight
6  line.  They made us sit in the chow hall.
7        We was cuffed up like this with our heads on the
8  table like this.  They made us walk all the way to the
9  chow hall like this and us cuffed up.  And like if you
10  raised your head, they would smack your head down and
11  stuff like that.
12     Q   So how far were you bent over when you were
13  walking?  Pretty far bent over?
14     A   Yeah, like -- they had us like -- and so
15  like this.  Like with your head down and they won't
16  let you left it up.  You got your hands cuffed and
17  they got your head down like this.  So they're in
18  line.  They're all in line, they got us walking.
19       And we're walking like this.  We got our heads on
20  the next man's back like this.  So if you try to look
21  up, they would push your head down.  And they hit a
22  couple of guys with sticks.  With those batons because
23  they was looking up and stuff.
24     Q   Did anyone hit you?

8

Pages 5 to 8



**Page 9**

```
 1      A   No, I never got hit, though.  I got my head
 2  pushed down, like twice or three times.  But it wasn't
 3  no -- it wasn't a heinous push but -- because I was
 4  trying to look up.  No, it was a lot of confusion.
 5  They took a couple of guys down.  They broke them up,
 6  release them, and those guys were trying to look.  But
 7  they say, "Inmate, get on," and push the head down and
 8  stuff like that.
 9      Q   All right.  So after you were strip-
10  searched, were you allowed to put on clothes?
11      A   Yeah, they let us put our clothes back on.
12      Q   What clothes did you put on?
13      A   I put my jogging pants back on.  My jogging
14  pants and my t-shirt.
15      Q   How about shoes?
16      A   Yeah, they let us put our shoes on.
17      Q   Do you know what shoes?
18      A   I had some gym shoes, Reeboks.
19      Q   All right.  And then -- so you were walked
20  to the chow hall?
21      A   Yeah.
22      Q   And then you had to -- you said you had to
23  sit with your head on the table at the chow hall?
24      A   Yeah, they made us sit with our hands -- we
```

**Page 10**

```
 1  were still cuffed, with our head on the table like
 2  this.  And we sat there for like two hours in that
 3  position.  And guys were moaning and groaning like,
 4  "MCO, can I sit up?"  And they was like, "No, keep
 5  your -- keep your fucking head down.  Don't sit up."
 6      And there was one guy he was -- he was in a
 7  wheelchair and he was sitting like -- he like, "I have
 8  back problems."  And the officer mashed his head into
 9  the table.
10      Q   All right, but no one hit you or you are not
11  enforcing it?
12      A   No.
13      Q   All right, so after you sat in the chow hall
14  for a couple of hours, what happened then?
15      A   They escorted us out and marched us back to
16  our -- to our headquarters.
17      Q   All right.  And was that the end of the
18  shakedown?
19      A   Yeah, that was the end.  Well, they had all
20  in our cells, you know, they -- well it was a system
21  shakedown, they tossed all, me and my cellmate's mail
22  and all of our food together.
23      They didn't separate it like they threw it all in
24  one bunch and they stepped on pictures and two of our
```

**Page 11**

```
 1  cards.  And just insignificant things they didn't have
 2  to do, just spiteful and malice and stuff for no
 3  reason.
 4      Q   Have you been involved in any facility-wide
 5  shakedowns either before that one or after that one?
 6      A   Not in -- this is my first time in the
 7  Department of Corrections, but I was in the county
 8  jail for like three-and-a-half years, Cook County
 9  Jail, so I've been through a shakedown before.
10      Q   Okay.  But no other Illinois Department of
11  Corrections shakedowns?
12      A   No.
13      Q   Did you hear any of the officers say
14  anything during the shakedown?
15      A   Like they said like they was cracking jokes,
16  you know with the officers and talking about the guys'
17  penis and stuff like that.  Little nuances and stuff
18  about -- because you could tell some of the officers
19  were for really with the joint, but you couldn't tell
20  because -- I mean you couldn't exactly know who it was
21  because they had no nametags and stuff like that.
22      But some officers you could tell like he -- he
23  was from this joint before because you could hear
24  their voice or something like that.  But you know
```

**Page 12**

```
 1  exactly and say, "Oh, this was this officer," but I'm
 2  pretty sure it was him, you know what I am saying?
 3  That's how you hear them talking.
 4      Because if you've been around an officer for so
 5  long, you can -- like our voices, they know our voice
 6  because the way from baritone.  And you know what I am
 7  saying?  So if an officer being around for so long,
 8  "Oh, that's Williams,"  because he's the only one
 9  whose voice that sound like that.
10      Q   And you'd say -- and you could identify
11  their voices?
12      A   Yes, certain officers, you could.
13      Q   Okay.  But you don't recall the names of any
14  of the officers?
15      A   No.
16      Q   Okay.  I have no further questions.
17      A   All right.
18      Q   Thank you.
19          (End of Interview)
20
21
22
23
24
```

1    I, Audrey Marie Skaja, do hereby certify or
2   affirm that I have impartially transcribed the
3   foregoing from a digitally recorded statement of the
4   above-mentioned proceedings to the best of my ability.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

13



McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 210 of 214   Page ID
#25536

Ross, et al. vs. Gossett, et al. 15-309    063920

**A**

ability
13:4
above-mentioned
13:4
action
2:13
actual
7:10
adverse
2:20 3:8
affirm
13:2
allowed
9:10
arising
2:8
asked
7:17
assigned
6:15
attorney
1:10 2:3,22
attorneys
2:19
AUDIO
1:4
Audrey
13:1

**B**

back
5:10 6:1,3,19 8:20 9:11
9:13 10:8,15
badge
7:3
badges
7:2
baritone
12:6
batons
8:22
behalf
2:10 3:3
bent
8:12,13
best
13:4
better
2:24
Big
2:6,16 3:11,18
black
7:2,5
blues
7:15
bottom
6:4
broke
9:5
bunch
10:24
bunk
6:4

**C**

can't
7:8
cards
11:1
case
2:12 3:3

cell
6:1,2,8,9,9,10,14,15,20
7:14,22,24 8:3
cellmate
5:4,10,12,22 6:3
cellmate's
10:21
cellmates
4:7
cells
4:5 5:10 10:20
Center
3:19
Centers
2:7
certain
2:7,11 12:12
certified
2:15
certifies
2:18,19
certify
13:1
Chicago
1:12
chow
8:5,6,9 9:20,23 10:13
class
2:13,14,17,18,20
closest
6:5
clothes
5:20,21 6:17,18 9:10
9:11,12
come
5:12 6:6,16
confusion
9:4
consequences
3:8
contact
2:22
Cook
11:8
correct
3:19
Correctional
2:7 3:19
Corrections
11:7,11
cough
7:20
couldn't
7:2 11:19
county
11:7,8
couple
8:22 9:5 10:14
course
2:22
cracking
5:16 11:15
Crush
6:13
cuffed
4:2 8:7,9,16 10:1

**D**

defend
3:3
Defendants
2:10,21 3:3
degrading

**Department**
4:9
Department
11:7,10
describe
7:10
didn't
7:1 10:23 11:1
different
4:18
digitally
13:3
disciplinary
3:4
dividers
4:6
Don't
10:5
don't
12:13
doors
5:8,9 6:10
doorway
6:7
Duran
2:1,2

**E**

either
11:5
employees
2:11
enforcing
10:11
entire
7:21
escorted
10:15
everybody
4:17 5:15,19 8:4
exactly
7:12 11:20 12:1
experience
3:2

**F**

face
7:9
facility-wide
11:4
familiar
7:7
far
5:11 8:12,13
female
4:3,8 5:15 6:22,23
filed
2:5
firm
2:13
first
4:12,15 5:1,5,13,23 6:5
7:13,18 8:2 11:6
Floor
1:11
food
10:22
foregoing
13:3
free
2:22
front
4:3,7,7 5:7,13,19 7:24
fucking

10:5
further
12:16

**G**

galleries
4:12
gallery
5:14,19
gathering
3:2
General
1:10
give
3:15
go
4:19
groaning
10:3
guess
6:5,15
guy
10:6
guys
8:22 9:5,6 10:3 11:16
gym
9:18

**H**

hall
8:5,6,9 9:20,23 10:13
handcuffed
6:18
hands
6:19 8:16 9:24
happened
2:24 3:10,21 5:5 7:12
10:14
he's
12:8
head
6:19 8:10,10,15,17,21
9:1,7,23 10:1,5,8
headquarters
10:16
heads
8:7,19
hear
11:13,23 12:3
heard
5:6
heinous
9:3
Hispanic
7:5
hit
8:21,24 9:1 10:10
hoping
3:9
horrible
4:2
hours
10:2,14
house
4:10,15,22,22
housed
2:5,16 3:18
houses
4:16,18,21

**I**

I-DOC
2:8,11 3:3

10:5
I'm
2:2,3,10 3:9 6:1 12:1
identify
12:10
Illinois
1:10,12 2:3,6 11:10
impartially
13:2
individuals
2:8
information
3:2
inmate
1:6 3:15 9:7
inmates
2:5,11 3:5
insignificant
11:1
interest
2:20
interview
1:5 2:4,23 3:6 12:19
involved
11:4
issued
7:15

**J**

jail
11:8,9
James
2:1,2
jog
7:18
jogging
7:13,16 9:13,13
joint
11:19,23
jokes
5:16 11:15
judge
2:15,17,19

**K**

keep
10:4,5
kitchen
4:15,17,20
know
4:9 5:3 6:14,24 9:17
10:20 11:16,20,24
12:2,5,6

**L**

L-a-r-r-y
3:16
lapped
5:7
Larry
1:5 3:16
laughed
4:8
laughing
5:16
law
2:12
Lawrence
2:7
lawsuit
2:5,13
left
8:16
line

8:6,18,18
lined
8:4,4
Little
11:17
Loevy
2:13,13
long
12:5,7
look
8:20 9:4,6
looking
8:23
lot
9:4

**M**

M05829
1:6 3:17
mail
10:21
maintenance
4:21,23
male
6:22,23
malice
11:2
man's
8:20
marched
10:15
Marie
13:1
mashed
10:8
MCO
10:4
mean
11:20
means
2:17
member
2:17
Menard
2:6
middle
4:13
minutes
5:18
moaning
10:3
Muddy
2:6,16 3:11,18

**N**

name
2:2 3:15
named
2:11
names
6:24 7:4 12:13
nametags
11:21
neither
7:7
never
9:1
nuances
11:17
number
1:6 3:15
numbers
7:3

1


McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309    063920

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 211 of 214   Page ID
#5331
Ross, et al. vs. Gossett, et al. 15-309   063921

**O**

occurred
2:4 5:2
offer
3:7
officer
10:8 12:1,4,7
officers
4:4,8 5:15 6:8,13,20,21
7:6 11:13,16,18,22
12:12,14
Oh
5:3 7:12 12:1,8
okay
3:11 4:10 11:10 12:13
12:16
opened
5:9 6:10
operation
2:9 3:1
Orange
6:13

**P**

pants
7:16 9:13,14
participating
3:7
penis
11:17
phonetic
2:2
pictures
10:24
Plaintiff's
2:19
Plaintiffs
2:12
please
3:14
pointed
4:8
position
3:7 10:3
potential
2:17
pretty
8:13 12:2
problems
10:8
proceedings
13:4
purposes
3:4
push
8:21 9:3,7
pushed
5:10 6:2,2 9:2
put
9:10,11,12,13,16

**Q**

questions
3:12 12:16

**R**

raised
8:10
ran
5:9
Randolph
1:11

really
4:9 11:19
reason
11:3
recall
12:13
recorded
13:3
Reeboks
9:18
refuse
3:8
release
9:6
remember
3:11,21,24 4:24 5:1
represented
2:12,18
rest
6:8
right
3:14,18 4:24 5:13,22
6:7 7:24 9:9,19
10:10,13,17 12:17
River
2:6,6 3:19
room
6:3
run
4:5

**S**

sat
10:2,13
saying
5:3 6:14 12:2,7
school
4:22
searched
5:24 9:10
see
7:2,8
separate
4:6 10:23
shakedown
2:4 3:10,21,24 5:2
10:18,21 11:9,14
shakedowns
11:5,11
shaken
4:13 5:22
shield
7:8
shields
5:7
shirt
7:13,18
shoes
9:15,16,17,18
shook
4:3,16
sit
8:6 9:23,24 10:4,5
sitting
10:7
Skaja
13:1
smack
8:10
smacking
5:6
sound
12:9

speaking
2:23
spell
3:14
spiteful
11:2
spread
7:19
squat
7:19
stage
2:14
standing
5:16,18
state
2:3 3:14
statement
13:3
step
6:7 7:23 8:2
stepped
10:24
sticks
8:22
stomping
5:6
stood
6:18
straight
8:5
Street
1:11
strip
6:16,17 7:3
strip-
5:23 9:9
strip-search
7:10,21
stripped
4:6,7 5:13,17 6:6,17
stuff
4:23 5:17 7:20 8:11,23
9:8 11:2,17,21,21
suit
7:14
sure
12:2
sword
6:13
system
10:20

**T**

t-shirt
7:15 9:14
table
8:8 9:23 10:1,9
tactical
3:1
take
7:13,17,17
talk
3:9,10
talking
11:16 12:3
tell
11:18,19,22
Thank
12:18
that's
5:5 12:3,8
they're
8:17,18

thing
5:1,5 7:2
things
11:1
think
4:15
three
9:2
three-and-a-half
11:8
threw
10:23
time
4:10,16,20 8:1 11:6
times
9:2
today
2:3
told
7:17
top
6:4
tossed
7:22,24 8:3 10:21
transcribed
13:2
TRANSCRIPTION
1:4
treated
4:1
try
8:20
trying
9:4,6
turn
7:19
turned
5:4,5
twice
9:2
two
4:16,20 6:21 7:6 10:2
10:24

**U**

understanding
2:24

**V**

voice
11:24 12:5,9
voices
12:5,11
voluntary
3:6

**W**

W-i-l-l-i-a-m-s
3:16
walk
8:8
walked
8:5 9:19
walking
8:13,18,19
wall
5:11,11
want
4:14
wasn't
9:2,3
watched
5:23

water
5:4,6
way
4:2,3 6:8 8:8 12:6
we're
8:19
West
1:11
what's
5:1
wheelchair
10:7
white
7:5,6
Williams
1:5 3:16 12:8
willing
3:9
window
5:12
won't
8:15
work
4:14,19
worked
4:20
workers
4:17,20,21
working
2:8
works
4:18

**X**

**Y**

Yeah
6:1 8:14 9:11,16,21,24
10:19
years
11:8
you'd
12:10
you've
12:4

**Z**

**0**

**1**

10
5:18
100
1:11
13th
1:11
15
5:18

**2**

2-C
4:11
2014
2:4 3:11,19,22 4:20

**3**

312
1:13

**4**

**5**

**6**

60601
1:12

**7**

**8**

814-3695
1:13

2



Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 212 of 214   Page ID
#10538

Ross, et al. vs. Gossett, et al. 15-309      063922

```
 1          ILLINOIS ATTORNEY GENERAL'S OFFICE
 2          DEMETRIUS ROSS V. GOSSETT, ET AL.
 3                    15 C 0309
 4          INTERVIEW OF DEMITRI VARNADO
 5      MR. DURAND:   Okay, the video is on.  My name's James
 6  Durand and I'm an attorney for the State of Illinois.  I'm here
 7  today to interview you about a shakedown that occurred in 2014.
 8  A lawsuit has been filed by inmates that were housed at Menard
 9  Illinois River, Big Muddy River, and Lawrence Correction Centers
10  against certain individuals working for the IDOC arising out of
11  the operation.
12          I'm here on behalf of the defendants, the employees
13  of the Illinois Department of Corrections.  Certain inmates are
14  the named plaintiffs in the case and are represented by a law
15  firm Lovey & Lovey.  This lawsuit is a class action and at this
16  stage the class has not yet been certified by the judge.
17          Because you were housed at Big Muddy, your potential
18  class number would change that if the judge certifies the class,
19  he would be represented by the plaintiff's attorneys.  If the
20  judge certifies the class, your interest could be adverse to
21  that of the defendants.
22          You are, of course, free to contact an attorney
23  before speaking to me, but I'd like to interview you to get a
24  better understanding of what happened during the tactical
25  operation and what your experience was.  I'm gathering this
```
1

```
 1  information to defend the case on behalf of the IDOC defendants
 2  but not for any disciplinary purposes against you or any other
 3  inmates.
 4          This interview is voluntary.  I'm not in a position
 5  to offer you anything for participating but there will be no
 6  adverse consequences if you refuse to talk to me.  However, I am
 7  hoping that you're willing to talk to me about what happened to
 8  you during a shakedown at Big Muddy River in 2014, if you
 9  remember.
10          So, is that okay if I ask you some questions, today?
11  Can you state and spell your name for the record?
12      MR. VARNADO:   My name is Demitri Varnado, D-e-m-i-t-r-i
13  V-a-r-n-a-d-o.
14      MR. DURAND:   What's your inmate number?
15      MR. VARNADO:   M39104.
16      MR. DURAND:   And you are currently incarcerated at
17  Pontiac Correction, is that correct?
18      MR. VARNADO:   Correct.
19      MR. DURAND:   Okay.  And do you remember the shakedown
20  that happened at Big Muddy River in 2014?
21      MR. VARNADO:   Yes.
22      MR. DURAND:   Can you tell me what you remember about that
23  shakedown?
24      MR. VARNADO:   Uhm, came in the morning time, told us to
25  strip down our clothes and searched, strip down our clothes,
```
2

```
 1  searched us again, made us put our blues on and told us to come
 2  out the cell and once we were out the cell, they mashed our head
 3  into the next person's.
 4      MR. DURAND:   Okay.  I'm gonna take you back to when the
 5  search, when the officers arrived at your cell, who, how many
 6  officers arrived there?
 7      MR. VARNADO:    There was two officers.
 8      MR. DURAND:   And were they both white males?
 9      MR. VARNADO:    White males.
10      MR. DURAND:    And they had you take off your clothes and
11  then they did a strip search, right?
12      MR. VARNADO:    Yes.
13      MR. DURAND:    And can you explain how they did the strip
14  search?
15      MR. VARNADO:    They strip searched us, checked our hands,
16  our nails, I mean our hands, our hair, our ears, tongue, mouth,
17  our feet, and they pat us down like we actually had clothes on.
18      MR. DURAND:    Okay.  And after the strip search, they,
19  they had you put on little blue.
20      MR. VARNADO:    Blue shirt, blue pants only, no boxers, no
21  t-shirts, no socks, and state boots.
22      MR. DURAND:   Uh, what shoes did you wear?
23      MR. VARNADO:   State boots.
24      MR. DURAND:   State boots?
25      MR. VARNADO:   Yeah.
```
3

```
 1      MR. DURAND:    Okay.  How were you taken from your cell to
 2  the next area that you went to?
 3      MR. VARNADO:    When we came out our cells, my, I forgot
 4  the dude's name, but he went out first and I came out after him.
 5  They slammed my head until his backer told me to keep my head
 6  down.  I got to where the downstairs area was and looked up for
 7  a little bit and he popped me in the back of my leg with the
 8  long nightstick, told me to keep my head down or I'm gonna get
 9  handcuffed, not handcuffed, I'm gonna be taken to say by orange
10  crush, and that ain't what I wanted.  So, therefore, I partic, I
11  did what I was asked because man, they were extreme.
12      MR. DURAND:    Okay.  And then you were taken to the
13  cafeteria.  When you arrived at the cafeteria, where were you
14  placed?
15      MR. VARNADO:    I was placed in the seat, one of the lunch
16  tables and my head was on the table, but I could see some of the
17  other things they were doing out of my peripheral, which they
18  had some people laying on the floor on their stomach and some
19  laying on their back which everybody was handcuffed.  They make
20  a (inaudible).
21      MR. DURAND:    All right.  And how long did you have to sit
22  at the table with your head on the table?
23      MR. VARNADO:    Forty-five minutes, an hour.
24      MR. DURAND:    And then what happened after forty-five
25  minutes or an hour was up?
```
4

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309      063922    1··4

Ross, et al. vs. Gossett, et al. 15-309   063923

```
1        MR. VARNADO:    They took us back to the cell the same way,
2  being pushed in the other person's back and we went back to the
3  cell like, write out envelopes, cards, and some paperwork was
4  missing out the cell and stuff like that.
5        MR. DURAND:    All right.  Do you remember anything that
6  was said by anyone on the tactical team during this operation?
7        MR. VARNADO:    Uhm, no, I mean, even if I did hear
8  anything, I couldn't place who the person that, because we
9  couldn't look around.
10       MR. DURAND:    Okay.  But do you remember anything
11 specifically said by anyone?
12       MR. VARNADO:    They cursed, I mean everybody curses,
13 (inaudible), you better not do this, or we'll pepper spray and
14 that type of stuff.
15       MR. DURAND:    Okay.  When you were strip searched, was
16 there any females that could view you while you were being strip
17 searched?
18       MR. VARNADO:    I mean there was females that were
19 upstairs, but they wasn't in front of my cell.  They were
20 probably down the, not down the hall, but a couple cells down or
21 downstairs on the bottom floor.
22       MR. DURAND:    All right.  And at any time during this
23 shakedown operation, did you require medical attention at all
24 for anything?
25       MR. VARNADO:    Uhm, I mean my leg was bruised, but you
```
5

```
1  know, at the time the leg heals, it goes away, but other than
2  that, no.  I would like some of my letters back.
3        MR. DURAND:    Some of your letters?
4        MR. VARNADO:    Yeah.  Ace of Spade probably.
5        MR. DURAND:    Okay.  Okay.  Thank you very much.  That's
6  all, let me turn this off.
7                        (End of interview.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
6

```
1        SALLY ANALITIS, does hereby certify and affirm that I have
2  impartially transcribed the foregoing from an audio wave record
3  of the above-captioned proceeding to the best of my ability.
4
5        [signature]
6
7
8
9  Dated:  November 16, 2018
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
7

Case 3:15-cv-00309-SMY   Document 491-7   Filed 11/16/18   Page 214 of 214   Page ID #2534

Ross, et al. vs. Gossett, et al. 15-309   063924

**1**

16
7:9

**2**

2014
2:8,20
2018
7:9

**A**

ability
7:3
above-captioned
7:3
Ace
6:4
adverse
2:6
affirm
7:1
ANALITIS
7:1
area
4:2,6
arrived
3:5,6 4:13
attention
5:23
audio
7:2

**B**

back
3:4 4:7,19 5:1,2 6:2
backer
4:5
behalf
2:1
Big
2:8,20
bit
4:7
blue
3:19,20
blues
3:1
boots
3:21,23,24
bottom
5:21
boxers
3:20
bruised
5:25

**C**

cafeteria
4:13
cards
5:3
case
2:1
cell
3:2,5 4:1 5:1,3,4,19
cells
4:3 5:20
certify
7:1
checked
3:15
clothes
2:25 3:10,17

consequences
2:6
correct
2:17,18
Correction
2:17
couple
5:20
crush
4:10
cursed
5:12
curses
5:12

**D**

D-E-M-I-T-R-I
2:12
Dated
7:9
defend
2:1
defendants
2:1
Demitri
2:12
disciplinary
2:2
downstairs
4:6 5:21
dude's
4:4
DURAND
2:14,16,19,22 3:4,8,
10,13,18,22,24 4:1,
12,21,24 5:5,10,15,
22 6:3,5

**E**

ears
3:16
end
6:7
envelopes
5:3
explain
3:13
extreme
4:11

**F**

feet
3:17
females
5:16,18
floor
4:18 5:21
foregoing
7:2
forgot
4:3
forty-five
4:23,24
front
5:19

**H**

hair
3:16
hall
5:20
handcuffed
4:9,19
hands
3:15,16

happened
2:7,20 4:24
head
3:2 4:5,8,16,22
heals
6:1
hear
5:7
hoping
2:7
hour
4:23,25

**I**

IDOC
2:1
impartially
7:2
inaudible
4:20 5:13
incarcerated
2:16
information
2:1
inmate
2:14
inmates
2:3
interview
2:4 6:7

**L**

laying
4:18,19
leg
4:7 5:25 6:1
letters
6:2,3
long
4:8,21
looked
4:6
lunch
4:15

**M**

M39104
2:15
made
3:1
make
4:19
males
3:8,9
man
4:11
mashed
3:2
medical
5:23
minutes
4:23,25
missing
5:4
morning
2:24
mouth
3:16
Muddy
2:8,20

**N**

nails
3:16

nightstick
4:8
November
7:9
number
2:14

**O**

offer
2:5
officers
3:5,6,7
operation
5:6,23
orange
4:9

**P**

pants
3:20
paperwork
5:3
partic
4:10
participating
2:5
pat
3:17
people
4:18
pepper
5:13
peripheral
4:17
person
5:8
person's
3:3 5:2
place
5:8
Pontiac
2:17
popped
4:7
position
2:4
proceeding
7:3
purposes
2:2
pushed
5:2
put
3:1,19

**Q**

questions
2:10

**R**

record
2:11 7:2
refuse
2:6
remember
2:9,19,22 5:5,10
require
5:23
River
2:8,20

**S**

SALLY
7:1

search
3:5,11,14,18
searched
2:25 3:1,15 5:15,17
seat
4:15
shakedown
2:8,19,23 5:23
shirt
3:20
shoes
3:22
sit
4:21
slammed
4:5
socks
3:21
Spade
6:4
specifically
5:11
spell
2:11
spray
5:13
state
2:11 3:21,23,24
stomach
4:18
strip
2:25 3:11,13,15,18
5:15,16
stuff
5:4,14

**T**

t-shirts
3:21
table
4:16,22
tables
4:16
tactical
5:6
talk
2:6,7
team
5:6
things
4:17
time
2:24 5:22 6:1
today
2:10
told
2:24 3:1 4:5,8
tongue
3:16
transcribed
7:2
turn
6:6
type
5:14

**U**

Uhm
2:24 5:7,25
upstairs
5:19

**V**

V-A-R-N-A-D-O
2:13

Varnado
2:12,15,18,21,24
3:7,9,12,15,20,23,25
4:3,15,23 5:1,7,12,
18,25 6:4
view
5:16
voluntary
2:4

**W**

wanted
4:10
wave
7:2
wear
3:22
white
3:8,9
write
5:3

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

Ross, et al. vs. Gossett, et al. 15-309   063924   1