**Yurkovich, Joseph**

| | |
|---|---|
| **From:** | Yurkovich, Joseph |
| **Sent:** | Friday, July 11, 2014 4:15 PM |
| **To:** | Godinez, Salvador |
| **Cc:** | Curry, Brad; Gleckler, Bryan; Atchison, Mike (Mike.Atchison@doc.illinois.gov); McGuire, Patrick G.; Johnson, Darryl L. |
| **Subject:** | FW: STG INTELLIGENCE AND IDR'S FROM TACTICAL AND INTEL CALL OUT |

The tactical/intel operations was completed today. The entire facility has been searched with no serious type of weapons or drugs were found. They did 200 interviews ……….. the snapshot results are as follows:

8 inmates given STG IDR's for trying to organize or holding a leadership position - ▓▓▓▓▓

16 inmates issued STG IDR's for being found in possession of STG material in one form or another

14 inmates whose name came up as possibly holding some sort of leadership - ▓▓▓▓▓ ▓▓▓▓▓ ated.

You will notice most STG associated information is attached to the ▓▓▓▓▓ ……… We must continue to work on them aggressively.

I will be making arrangements early next week to have the identified leaders transferred to maximum security segregation units. In the meantime - Lawrence will remain on level 4 lockdown with 2 hr. visits through the weekend.

I did get several reports that staff morale is very high at Lawrence due to this operation and our aggressive approach. Apparently this the first time in their history we have deployed a tactical team to search every cell on the grounds.

From: Duncan, Stephen B.
Sent: Friday, July 11, 2014 3:10 PM
To: Yurkovich, Joseph; Atchison, Mike; Davis, Randy J.
Subject: STG INTELLIGENCE AND IDR'S FROM TACTICAL AND INTEL CALL OUT

As a result of this week's Tactical / Intelligence joint operation the following STG information was provided through a total of 200 interviews.

███████████████████████████████ as attempting to structure the ███████ vying for the spot of ███████████████████████.

███████████████████████ identified as attempting to structure ████████████████ for the spot of ████████████████████████.

████ ANTONIO ROSARO R████ "██" was identified as holding the leadership position ████████████████████████████████████████████.

████ DEMETRIUS ████ M-15██ was identified as attempting to structure ██████████████████████████████████████████████.

████ ANTOINE WHITE R█████ was identified as being the ████████████████████ and attempting to structure t████████████████.

██████████████████████ 4 was identified as attempting to structure █████████████████████████████████████████████████████████████████████████.

██████████████████████ self-admitted to having the leadership position ████████████████████████████████████████████████████.

██████████████████████ placed on Administrative Detention due to continued STG

activity.

The following STG IDR'S were issued over the course of the Tactical / Intelligence joint operation.

[redacted]

[redacted]

Ross, et al. vs. Gossett, et al. 15-309     015043



Steve Duncan

Warden

Lawrence Correctional Center

618-936-2064

Ext.2002

Ross, et al. vs. Gossett, et al. 15-309     015044