# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEMETRIUS ROSS, et al.,** | ) |
| **Plaintiffs,** | ) |
| vs. | ) Case No. 15-CV-309-SMY-MAB |
| **GREG GOSSETT, et al,** | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Mark A. Beatty (Doc. 507), recommending that Plaintiff's Motion to Sever Claim as to Plaintiffs Williams, Chairs, and Turner (Doc. 462) be granted. No objections to the Report have been filed. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b)(2); SDIL-LR 73.1(b). For the following reasons, Judge Beatty's Report is **ADOPTED**.

When neither timely nor specific objections are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Beatty thoroughly discussed and supported his conclusion that Plaintiffs Turner, Williams, and Chairs' claims should be severed from this putative class action and that their previously filed cases should be reinstated. The Court finds no clear error with Judge Beatty's findings, analysis, or conclusions, and accordingly, adopts his Report and

Recommendation in its entirety.

Accordingly, the following cases are hereby **SEVERED** from this action: *Turner v. Spiller, et al.*, 3:16-cv-131-SMY-MAB; *Williams v. Mull, et al.*, 3:15-cv-523-SMY-MAB; and, *Chairs v. IDOC, et al.*, 3:15-cv-1359-SMY-MAB. The Clerk of Court is **DIRECTED** to file this Order in those cases.

**IT IS SO ORDERED.**

**DATED: March 25, 2019**

                                              **s/ Staci M. Yandle**
                                              **STACI M. YANDLE**
                                              **United States District Judge**