# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEMETRIUS ROSS,** *on behalf of himself and all others similarly situated*, **et al.,** | ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> )    **Case No. 15-CV-309-SMY-MAB** |
| vs. | ) <br> ) |
| **GREG GOSSETT, et al,** | ) <br> ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Pending before the Court is Plaintiffs' Motion to Dismiss Certain Defendants (Doc. 501). Plaintiffs seek to dismiss without prejudice claims against Defendants who may not have been present during the relevant time period set forth in the Second Amended Complaint (Doc. 197). Defendants have not responded to the motion.

Federal Rule of Civil Procedure 41 allows for voluntary dismissals under certain circumstances, but the rule is circumscribed to dismissals of "actions," not "parties" or "claims," meaning that the rule should not be used to cleave away one claim or one party from a larger case. (Doc. 34); *See Taylor v. Brown*, 787 F.3d 851, 857-58 (7th Cir. 2015). While the Court acknowledges the plain reading of the rule, given the number of defendants in this case, it finds that dismissing the defendants identified in the Motion is appropriate in this case. *See Madsen v. Park City*, 6 F. Supp. 2d 938, 943 (N.D. Ill. 1998) ("In a multiple defendant case, it is permissible to voluntarily dismiss just some of the defendants."). Accordingly, the Motion is **GRANTED** and The following Defendants are **DISMISSED without prejudice**:

| | | |
|---|---|---|
| Richard Harrington<br>Rodney Brady<br>Brendan Ankrom<br>Stephanie Beasley<br>Robert Blackwell<br>Mark Bower<br>Kyle Brooks<br>Christopher Cales<br>Aaron Campbell<br>James Cissell<br>Josh Curry<br>Samuel Dillon<br>Justin Dircks<br>Bryan Easton<br>M. Fluder<br>Justin Hammers<br>Kevin Hirch<br>Shayne Howell<br>Michael Jones<br>Tyler Jones<br>John Koch<br>Alexander Lockhart | Jason Migneron<br>Jason Morris<br>Wendy Parks<br>Gary Perkins<br>Brandon Richey<br>Minh Scott<br>Eric Shelton<br>Mitch Simmons<br>Sam Taylor<br>Andrew Volk<br>Rene Waters<br>James Best<br>Kent Brookman<br>John Tourville<br>Kevin Reichert<br>Beau Purtle<br>Patrick Trokey<br>Raymond Allen<br>James Powell<br>John Mich<br>Roger Waller<br>John Hoffman<br>Raymond Groves | Michael Samuel<br>George Welborn<br>Tony Payne, Jr.<br>Michael Monje<br>Tracy Lee<br>John Carter<br>Louis Browder<br>Ventures Jackson<br>Denise Minor<br>Daniel Sullivan<br>Jack Townely<br>Jeffrey Julius<br>Richard Lynch<br>Michael Durbin<br>Charles Hayden<br>James Studer<br>Eric Welsh<br>Randall Bayler<br>Leif McCarthy<br>Chad Ray<br>Earl Dixon<br>Alan Dallas<br>Martin Buchner |

These defendants are dismissed without prejudice from this matter only and not as to any of the twenty consolidated cases.

**IT IS SO ORDERED.**

**DATED:  August 21, 2019**

**STACI M. YANDLE**
**United States District Judge**