In The Southern District U.S. District Courts

Ross et al
   Plaintiff

V.              Case No 15-CV-0309

Gossett et al.
   Defendant

## Declaration

Now comes Robbie J. Moore # B-16483 requesting to be Declared a Class Member within the above mentioned Case.

① Moore was present in Menard at the time this Complaint accured.

② Hill C.C. should also be listed as one of the Problem Facilities, due to the fact being that the Orange Crush has abused thier authority here as well as Menard and other facilities.

③ Moore received the same ill treatment that has been described by the Plaintiff(s) and other Class Members.

(P. 1)

Wherefore, Moore is able to receive any Awarding Granted unto any other Member of this Class Action Complaint.

## Certification of Service & Affidavit

I Robbie J. Moore #B-16483 Class Member do hereby swear under the Penalty of Perjury that all that is stated herein is factual and true.

Furthermore, I also swear that on 12-1-20 I sent to the Law-library this document(s) to be E-Filed to the Centeral District Court.

12-1-20

Robbie J. Moore
#Robbie J. Moore
#B-16483
Hill C.C.
P.O. Box 1700
Galesburg, IL.
61402

(E-Mail: GTLconnet.com Robbie Moore)

(P.2)