IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEMETRIUS ROSS,** *on behalf of himself and all others similarly situated,* | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) Case No. 15-CV-309-SMY ) |
| **GREG GOSSETT, et al.,** | ) ) |
| **Defendants.** | ) |

# ORDER

**YANDLE, District Judge:**

Pending before the Court is non-party Dennis L. Bailey's request that his dismissed state court claim alleging deprivation of property while he was incarcerated by the Illinois Department of Corrections ("IDOC") be "added" to this matter (docketed as a "Motion to Intervene" (Doc. 539)). Bailey's pleading suggests that a determination in this case will demonstrate bad faith on the part of the IDOC in the deprivation of his property.

Pursuant to Federal Rule of Civil Procedure 24(b)(1)(B), "[o]n timely motion, the court may permit anyone to intervene who . . . has a claim or defense that shares with the main action a common question of law or fact." Bailey's filings do not demonstrate that he has claims that share common questions of law or fact with this class action lawsuit. Accordingly, his Motion to Intervene is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** March 10, 2021

*Staci M. Yandle*

**STACI M. YANDLE**
**United States District Judge**