IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) ) | Hon. Mark A. Beatty, M.J. |

**JOINT MOTION FOR LEAVE TO FILE
<u>AMENDED JOINT MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS</u>**

Plaintiffs and Defendants, by their respective undersigned counsel, jointly move for leave to file an amended motion seeking leave of Court to take certain additional depositions, stating in support as follows:

1. On April 26, 2021, Plaintiffs and Defendants filed a 7-paragraph joint motion for leave to take additional depositions. Dkt. 578.

2. On May 13, 2021, the Court denied the parties' joint motion "[f]or lack of good cause shown." Dkt. 579.

3. The parties regret the paucity of their prior briefing, which failed to fully set forth the relevant factual legal argument in support of their position, and failed to fully address all of the factors relevant to the good cause analysis.

4. In order to provide the Court with the proper context for their joint request, the parties have prepared an Amended Joint Motion for Leave to Take Additional Depositions, which sets forth the good cause basis supporting their request—specifically, (A) the timing with which these witnesses were disclosed during the discovery period and the broader context of

1

ongoing additional discovery in this case, which this Court has previously approved; (B) the narrow scope and anticipated duration of the depositions; (C) the lack of prejudice to any party, third-party or the Court; (D) the prejudice to the parties in the event the motion is denied; (E) the efforts of both Plaintiffs and Defendants to work cooperatively and diligently to reach agreement on these narrow depositions; and (F) the extent to which permitting these additional depositions will aid the truth-seeking function of the litigation process and streamline any trial of this matter.

   5. The parties respectfully seek leave of Court to file an Amended Joint Motion for Leave to Take Additional Depositions, a copy of which is attached to this motion as Exhibit A.

   WHEREFORE the parties jointly respectfully request that the Court grant them leave to file the attached Amended Joint Motion for Leave to Take Additional Depositions.

Respectfully submitted,

On behalf of Plaintiffs:

/s/ Sam Heppell

Michael Kanovitz
Sarah Grady
Steve Weil
Sam Heppell
LOEVY & LOEVY
311 North Aberdeen St.
Chicago, Illinois 60607
(312) 243-5900

Alan Mills
Nicole Schult
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan Rd.
Chicago, IL 60640
(773) 769-1410

On behalf of Defendants:

/s/ Emma Steimel (*with consent*)

Emma Steimel
Assistant Attorney General
100 W. Randolph, 13th Floor
Chicago, IL 60601
(312) 814-5163

## CERTIFICATE OF SERVICE

I, Sam Heppell, an attorney, certify that on June 23, 2021, I caused the foregoing document to be filed using the Court's CM/ECF system, effecting service on all counsel of record.

/s/ Sam Heppell
One of Plaintiffs' Attorneys