# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Ross et al <br> *Plaintiff(s)* <br> v. <br> Gossett et al <br> *Defendant(s)* | ) ) ) ) ) ) Case Number: <br> 15-cv-309 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for ___Plaintiffs_____

_____.

DATED:  8/16/2021

s/Danielle Berkowsky
Signature

Danielle Berkowsky
Name

4413 N Sheridan Rd. Chicago IL 60640
Address

773-769-1411
Phone Number

773-769-2224
Fax Number

danielle@uplcchicago.org
E-Mail Address

Rev.  2/11