Case 3:15-cv-00309-SMY   Document 606   Filed 04/13/22   Page 1 of 2   Page ID #22045

SCANNED AT &amp; E-mailed
4-13-22 by CK 2 pages
date initials No.

# UNITED STATES DISTRICT COURT
## For the Southern District of Illinois

DEMETRIUS ROSS, ON BEHALF OF
HIMSELF, AND CLASS ACTION MEMBERS,
Plaintiff(s)

v.

GREG GOSSETT et al.,
Defendant(s)

Case Number: PLAINTIFF, ROBERT CLARK #N23186
15-CV-309 (S.D. ILL)

HONORABLE STACI M. YANDLE
PRESIDING JUDGE

## MOTION TO CONJOIN IN CLASS ACTION LAWSUIT

NOW COMES, THE PLAINTIFF, ROBERT CLARK, PRO SE, AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO GRANT THIS MOTION TO ALLOW PLAINTIFF TO CONJOIN IN CLASS ACTION LAWSUIT, ROSS V. GOSSETT, 15-CV-309 (S.D. ILL).

IN SUPPORT OF THIS MOTION, THE PLAINTIFF STATES AS FOLLOWS:

1. UPTOWN PEOPLE'S LAW CENTER WORKS AS CO-COUNSEL WITH LOEVY AND LOEVY ON THE ROSS V. GOSSET, CLASS ACTION LAWSUIT.

2. ON MARCH 26, 2020, THE COURT GRANTED COUNSELS MOTION TO CERTIFY ROSS V. GOSSETT, No. 15-CV-309 (S.D. ILL) AS A CLASS ACTION RELATING TO THE MASS SHAKEDOWNS FOR ALL PRISONERS WHO WERE HOUSED IN THE FOLLOWING FACILITIES DURING THE FOLLOWING TIME FRAMES:

A. MENARD CORRECTIONAL CENTER BETWEEN APRIL 4, 2014 AND APRIL 16, 2014;
B. ILLINOIS RIVER CORRECTIONAL CENTER BETWEEN APRIL 21, 2014 AND APRIL 29, 2014;
C. BIG MUDDY CORRECTIONAL CENTER BETWEEN MAY 12, 2014 AND MAY 19, 2014; OR
D. LAWRENCE CORRECTIONAL CENTER BETWEEN JULY 7, 2014 AND JULY 16, 2014.

3. PLAINTIFF, ROBERT CLARK, WAS HOUSED AT MENARD CORRECTIONAL CENTER DURING THE TIME FRAME INDICATED BETWEEN APRIL 4, 2014 AND APRIL 16, 2014 AND TO MY UNDERSTANDING, THERE ARE NEARLY 10,000 MEMBERS OF THE CLASS.

4. PLAINTIFF HAS WROTE TO LOEVY AND LOEVY LAWFIRM TWICE REQUESTING TO BE PLACED ON THEIR CLASS MEMBER LIST BUT I NEVER RECEIVED A RESPONSE BACK. PLAINTIFF ALSO WROTE TO UPTOWN PEOPLE'S LAW CENTER REQUESTING TO BE PLACED ON THEIR CLASS MEMBER LIST AND/OR TO BE SENT A APPLICATION TO SUBMIT FOR CLASS ACTION STATUS, BUT HE NEVER RECEIVED AN APPLICATION OR INFORMED IF HE WAS ON THEIR CLASS MEMBER LIST.

WHEREFORE, THE PLAINTIFF, ROBERT CLARK, PRAYS THIS HONORABLE COURT ENTER AN ORDER FOR LOEVY & LOEVY LAWFIRM, OR UPTOWN PEOPLE'S LAW CENTER, OR THE CLERK OF THIS COURT TO SEND PLAINTIFF A APPLICATION TO SUBMIT FOR THE CLASS ACTION LAWSUIT, ROSS V. GOSSETT, 15-CV-309 (S.D. ILL) SO I MAY CONJOIN AS A CLASS MEMBER, OR CHECK TO SEE IF PLAINTIFF IS ON THEIR CLASS LIST.

DECLARATION: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Date: APRIL 13, 2022

Robert Clark
Movant's signature

ROBERT CLARK #N23186
Printed name

IN THE

U.S. DISTRICT COURT FOR

THE SOUTHERN DISTRICT

| | |
|---|---|
| DEMETRIUS ROSS, ON BEHALF OF HIMSELF, AND CLASS ACTION MEMBER ) | |
| **Plaintiff** ) | PLAINTIFF, ROBERT CLARK # N23186 |
| v. ) | Case No. 15-CV-309 (S.D. ILL) |
| GREG GOSSETT et al. ) | HONORABLE STACI M. YANDLE PRESIDING JUDGE |
| **Defendant** | |

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE US DIST
COURT HOUSE, 301 W.
MAIN ST BENTON, IL,
62812

TO: _____

TO: _____

TO: _____

PLEASE TAKE NOTICE that on __APRIL 13__, 20 __22__, I have placed the documents listed below in the institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing though the United States Postal Service: __MOTION TO CONJOIN IN CLASS ACTION LAWSUIT.__

Pursuant to 28 USC 1746, 18 USC 1621 or 735ilcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: __APRIL 13, 2022__

/s/ __Robert Clark__

NAME __ROBERT CLARK__

IDOC# __N23186__