# UNITED STATES DISTRICT COURT
## For the Southern District of Illinois

SCANNED AT STATEVILLE CC and E-mailed
4-13-22 by CK   2 pages
date   initials   No.

DEMETRIUS ROSS, ON BEHALF OF HIMSELF, AND CLASS ACTION MEMBERS,
Plaintiff(s)

v.

GREG GOSSETT et al.
Defendant(s)

Case Number: 15-CV-309 (S.D. ILL)

PLAINTIFF, MICHAEL FENCEL #B86752

HONORABLE STACI M. YANDLE PRESIDING JUDGE

## MOTION TO CONJOIN IN CLASS ACTION LAWSUIT

NOW COMES, THE PLAINTIFF, MICHAEL FENCEL, PRO SE, AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO GRANT THIS MOTION TO ALLOW PLAINTIFF TO CONJOIN IN CLASS ACTION LAWSUIT, ROSS V. GOSSETT, 15-CV-309 (S.D. ILL).

IN SUPPORT OF THIS MOTION, THE PLAINTIFF STATES AS FOLLOWS:

1. UPTOWN PEOPLE'S LAW CENTER WORKS AS CO-COUNSEL WITH LOEVY AND LOEVY ON THE ROSS V. GOSSET, CLASS ACTION LAWSUIT.

2. ON MARCH 26, 2020, THE COURT GRANTED COUNSELS MOTION TO CERTIFY ROSS V. GOSSETT, No. 15-CV-309 (S.D. ILL) AS A CLASS ACTION RELATING TO THE MASS SHAKEDOWNS FOR ALL PRISONERS WHO WERE HOUSED IN THE FOLLOWING FACILITIES DURING THE FOLLOWING TIME FRAMES:

A. MENARD CORRECTIONAL CENTER BETWEEN APRIL 4, 2014 AND APRIL 14, 2014;
B. ILLINOIS RIVER CORRECTIONAL CENTER BETWEEN APRIL 21, 2014 AND APRIL 29, 2014;
C. BIG MUDDY CORRECTIONAL CENTER BETWEEN MAY 12, 2014 AND MAY 19, 2014; OR
D. LAWRENCE CORRECTIONAL CENTER BETWEEN JULY 7, 2014 AND JULY 11, 2014.

3. PLAINTIFF, MICHAEL FENCEL, WAS HOUSED AT MENARD CORRECTIONAL CENTER DURING THE TIME FRAME INDICATED BETWEEN APRIL 4, 2014 AND APRIL 14, 2014 AND TO MY UNDERSTANDING, THERE ARE NEARLY 10,000 MEMBERS OF THE CLASS.

4. PLAINTIFF HAS WROTE TO LOEVY AND LOEVY LAWFIRM TWICE REQUESTING TO BE PLACED ON THEIR CLASS MEMBER LIST BUT I NEVER RECEIVED A RESPONSE BACK. PLAINTIFF ALSO WROTE TO UPTOWN PEOPLE'S LAW CENTER REQUESTING TO BE PLACED ON THEIR CLASS MEMBER LIST AND/OR TO BE SENT A APPLICATION TO SUBMIT FOR CLASS ACTION STATUS, BUT HE NEVER RECEIVED AN APPLICATION OR INFORMED IF HE WAS ON THEIR CLASS MEMBER LIST.

WHEREFORE, THE PLAINTIFF, MICHAEL FENCEL, PRAYS THIS HONORABLE COURT ENTER AN ORDER FOR LOEVY & LOEVY LAWFIRM, OR UPTOWN PEOPLE'S LAW CENTER, OR THE CLERK OF THIS COURT TO SEND PLAINTIFF A APPLICATION TO SUBMIT FOR THE CLASS ACTION LAWSUIT, ROSS V. GOSSETT, 15-CV-309 (S.D. ILL) SO I MAY CONJOIN AS A CLASS MEMBER, OR CHECK TO SEE IF PLAINTIFF IS ON THEIR CLASS LIST.

DECLARATION: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Date: APRIL 13, 2022

*Michael Fencel*
Movant's signature

MICHAEL FENCEL #B86752
Printed name

IN THE

U.S. DISTRICT COURT FOR

THE SOUTHERN DISTRICT

DEMETRUS ROSS, ON BEHALF OF
HIMSELF AND CLASS ACTION MEMBERS )

**Plaintiff**                                )

      v.                                )     PLAINTIFF, MICHAEL FENCEL #B86152
                                           Case No. 15-CV-309 (S.D. ILL)

GREG GOSSETT, et al.                         )     HONORABLE STACI M. YANDLE
                                                 PRESIDING JUDGE

**Defendant**

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE U.S. DIST.        TO: _____
COURT HOUSE 301 W.                 _____
MAIN ST. BENTON, IL.               _____
62812                              _____

TO: _____        TO: _____
_____            _____
_____            _____
_____            _____

**PLEASE TAKE NOTICE** that on _____, 20___, I have placed the documents listed below in the institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing though the United States Postal Service: MOTION TO CONJOIN IN CLASS ACTION LAWSUIT

Pursuant to 28 USC 1746, 18 USC 1621 or 735ilcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: APRIL 13, 2022

/s/ Michael Fencel

NAME MICHAEL FENCEL

IDOC# B86452