IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of Themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) | Hon. Mark A. Beatty, M.J. |

## MOTION FOR LEAVE TO WITHDRAW

Plaintiffs Demetrius Ross, et al. hereby seek leave of Court to withdraw the appearance of attorney Sam Heppell as counsel for Plaintiffs. In support thereof, Plaintiffs state as follows:

1. Mr. Heppell's employment with Loevy & Loevy, one of the firms representing Plaintiffs, is ending as of November 1, 2023.

2. Plaintiffs continue to be represented by the following attorneys from Loevy & Loevy: Jon Loevy, Michael Kanovitz, Ruth Brown, Scott Rauscher, Stephen Weil, and Maria Makar.

3. Due to the continuity of the attorneys from Loevy & Loevy representing the Plaintiffs, no party will be prejudiced if Mr. Heppell is permitted to withdraw his appearance.

WHEREFORE, Plaintiffs respectfully request the Court enter an order permitting Sam Heppell to withdraw his appearance as counsel in this matter.

Respectfully Submitted,

/s/ Sam Heppell
*One of Plaintiffs' Attorneys*

Loevy & Loevy<br>
311 N. Aberdeen, 3rd Floor<br>
Chicago, Illinois 60607<br>
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Sam Heppell, an attorney, hereby certify that on October 31, 2023, I caused the foregoing motion to be filed using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Sam Heppell
*One of Plaintiffs' Attorneys*