IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) ) | Hon. Stephen C. Williams, M.J. |

**JOINT MOTION TO EXTEND THE EXPERT DISCOVERY COMPLETION DATE**

Plaintiffs, DEMETRIUS ROSS, et al and Defendants, GREG GOSSETT, et al., by and through their attorneys, LOEVY & LOEVY and KWAME RAOUL, Attorney General for the State of Illinois, respectfully move this Court to extend the Expert Discovery Completion date. In support of their motion, the parties state:

1. On September 7, 2023, the Court entered an Amended Scheduling Order, setting the expert discovery completion date on February 22, 2024. (Dkt. 622).

2. Since the entry of this order, both Plaintiffs and Defendants have requested and agreed to extensions to disclose and depose each parties' experts.

3. To date, Plaintiffs have disclosed two experts and Defendants have deposed Plaintiffs' experts. The only remaining expert discovery is Defendants' disclosure of their expert by March 11, 2024 and Plaintiffs' deposition of Defendants' expert.

4. In addition, in compliance with this Court's order, the parties have set a mediation date with Former Magistrate Donald Wilkerson on March 18, 2024.

5. The parties seek a short extension to complete expert discovery of up to and including April 8, 2024.

1

6.  This extension will not affect the dispositive motion date of April 22, 2024 or the trial date of September 16, 2024.

7.  This joint motion is made in good faith and not for the purpose of undue delay.

Respectfully submitted,

By:  /s/ Emma Steimel
Emma Steimel
Assistant Attorney General
115 S. LaSalle St.
Chicago, Illinois 60603
(773) 590-6956
Emma.steimel@ilag.gov


By:  /s/ Sarah Grady  (with permission)_____
Sarah Grady
Attorney for Plaintiff
Kaplan & Grady
2071 N. Southport Ave., Ste 205
Chicago, IL 60614
(312) 852-2184

## CERTIFICATE OF SERVICE

I, Sarah Grady, an attorney, certify that on October 9, 2018, I caused the foregoing Joint Motion to Seal to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

By: /s/ Sarah Grady_____
Sarah Grady
Attorney for Plaintiff

LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900