## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Hon. Staci M. Yandle, J. |
| Defendants. | ) ) | Hon. Mark A. Beatty, M.J. |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF**

Defendants, GREG GOSSETT, et al., by their attorney, Kwame Raoul, Attorney General of the State of Illinois, hereby respectfully asks this Court for leave to file an oversized brief in support of their Motion for Summary Judgment of no more than 30 pages. In support of their request, Defendants state as follows:

1. This is a class action involving four facility-wide searches in 2014, a 10,000 person class, 22 class Defendants and 400 named individual Defendants. The parties have engaged in substantial discovery, including nearly 100 depositions and the exchange of over 65,000 pages of documents.

2. Local Rule 56.1 (e) states that briefs in support of Motions for Summary Judgment shall not exceed 20 pages, exclusive of those items identified in Local Rules 7.1(a)(3) and 56.1(e). Defendants need an additional 10 pages to address the numerous legal issues that arise from Plaintiffs' claims.

3. Defendants' counsel has conferred with counsel for the Plaintiffs, who indicated that she had no objection to the Defendants' request.

WHEREFORE, Defendants respectfully request leave of court to file an oversized Brief in support of their Motion for Summary Judgement of an additional 10 pages, not to exceed a total of 30 pages (exclusive of those items identified in Local Rules 7.1(a)(3) and 56.1(e)).

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois          By:   /s/ Emma Steimel
                                            Emma Steimel
                                            Assistant Attorney General
                                            115 S. LaSalle
                                            Chicago, Illinois 60603
                                            (773) 590-6956
                                            emma.steimel@ilag.gov

## CERTIFICATE OF SERVICE

    I, Emma Steimel, an attorney, certify that on November May 15, 2024, I caused the foregoing Motion for Leave to File an Oversized Brief to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                                             By:    /s/ Emma Steimel  
                                                                        Emma Steimel  
                                                                        Assistant Attorney General  
                                                                        115 S. LaSalle  
                                                                        Chicago, Illinois 60603  
                                                                        (773) 590-6956  
                                                                        emma.steimel@ilag.gov