*Ross v. Gossett*, No. 15-cv-309 (S.D. Ill.)
Defendants' Motion for Summary Judgment

**Defendants' Exhibit UU**
Brianne Splitek Declaration

## DECLARATION OF BRIANNE SPLITEK

1. I am employed by the Attorney General of the State of Illinois as a paralegal. My duties include, among other things, assisting attorneys with trial preparation, managing document production, organizing documents received in litigation (both from agencies or individuals represented by the Attorney General's Office and from opposing counsel).

2. In my role as a paralegal, I reviewed voluminous records in this matter, comprised of surveys completed by the individual defendants in this case which were produced to Plaintiffs on September 7, 10, 14, and 28, 2018, October 2, 3, 9, 11, 16, and 30, 2018, and March 1, 2019, totaling 3,041 pages of information.

3. Specifically, I reviewed each survey for the response to questions 10(a), 10(k), and 12(j), which are quoted below:

> "10. Please state whether you saw or heard any of the following in any shakedown(s) in which you participated at Menard, Illinois River, Big Muddy, and/or Lawrence:
>
> (a) One or more Tactical Team members using excessive force on one or more prisoners: ____ Yes ____ No
>
> * * *
>
> (k) One or more prisoners being ordered to place his hands in his mouth after being ordered to lift his genitals and/or spread his buttocks: ____ Yes ____ No"

* * *

> "12. Please state whether you personally participated in any of the following actions at any point during one or more shakedowns at Menard, Illinois River, Big Muddy, and/or Lawrence:
>
> (j) Ordering one or more prisoners to place his hands in his mouth after ordering him to lift his genitals and/or spread his buttocks: ____ Yes ____ No"

1

4. Nineteen individuals did not answer both question 10(a) and 10(k), or indicated "N/A" for the entire section. Of these individuals, 18 of them (all except Jerry Lee Harper, Jr.) indicated that they were not present for any of the shakedowns at issue in this case.

5. One individual, Rachelle Aiken, did not answer question 10(k), and wrote in "I was not present for this."

6. Other than the 19 individuals who either did not answer question 10(a) or indicated "N/A" as the response, all defendants answered this question "No."

7. Other than the 20 individuals who either did not answer question 10(k) or indicated "N/A" as the response, all defendants answered this question "No."

8. Seventeen individuals did not answer question 12(j), or indicated "N/A." Of these individuals, all indicated that they were not present for any of the shakedowns at issue.

9. Only one individual, defendant Scott Workman, answered question 12(j) "Yes."

10. I declare under the penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct.

Dated: May 22, 2024

*Brianne Splitek*
Brianne Splitek
Paralegal
Attorney General's Office for the State of Illinois

2