IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEMETRIUS ROSS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) | Judge Staci M. Yandle |
| Defendants. | ) ) | |

## MOTION FOR INITIAL PRETRIAL SETTING

The Defendants, Greg Gossett, et al., by and through their attorneys, Kwame Raoul, Attorney General of the State of Illinois (for all Defendants) and Cassiday Schade, LLP (for the Class Defendants), pursuant to Federal Rule 16(e), hereby submit their Motion for Initial Pretrial Setting, stating as follows:

1. This matter involves both a class action, with a certified class of thousands of Plaintiffs and a class of 22 supervisory Defendants, with consolidated claims against 400 non-supervisory individual Defendants.

2. The Parties appeared before the Court on July 23, 2024, and the Court ordered the jury trial to begin November 12, 2024. [Text Order dated July 23, 2024]. The Court set the final pretrial conference for October 31, 2024. *Id.*

3. Federal Rule of Civil Procedure 16(e) provides that the Court may hold a final pretrial conference "to formulate a trial plan…"

4. Given the complex nature of the hundreds of claims involved, Defendants respectfully request an initial pretrial setting at the Court's earliest convenience to formulate a trial plan concerning the November 12, 2024, jury trial. Toward that end, Defendants request

discussion at the initial pretrial setting on whether the November 12, 2024, trial will address (1) the class claims only, limited to issues of liability, (2) the class claims only regarding issues of liability *and* damages, in which case thousands of plaintiffs will testify concerning their specific alleged damages, (3) the class claims *and* the claims against the individual 22 supervisory defendants, limited to issues of liability, (4) the class claims *and* the claims against the individual 22 supervisory defendants regarding issues of liability *and* damages, in which case multiple individual defendants will testify and thousands of plaintiffs will testify concerning their specific liability events and alleged damages, (5) the class claims, the individual claims against the 22 supervisory defendants, *and* the claims against the 400 non-supervisory individual defendants regarding issues of liability, in which case hundreds of defendants will testify and thousands of plaintiffs will testify concerning their specific alleged liability events, or (6) the class claims, the individual claims against the 22 supervisory defendants, *and* the claims against the 400 non-supervisory individual defendants regarding issues of liability *and* damages, in which case hundreds of defendants will testify and thousands of plaintiffs will testify concerning their specific alleged liability events and damages.

5.  Discussion at this conference will assist in preparing this case over the next several months to ensure the parties' understanding is consistent with the Court's intention for this substantial trial.

WHEREFORE, the Defendants respectfully request the Court grant their Motion for Initial Trial Setting and convene an initial final pretrial setting at the Court's earliest convenience, or order such further relief as deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Joseph N. Rupcich
    One of the Attorneys for Class Defendants

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

KWAME RAOUL
Attorney General of Illinois

/s/ Laura Bautista
Laura Bautista
Attorney for Defendants

Laura Bautista
Assistant Chief Deputy Attorney General
Illinois Attorney General's Office
500 S. Second Street
Springfield, IL 62701
(217) 685-5564
Laura.bautista@ilag.gov

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, I electronically filed the foregoing Motion for Initial Pretrial Setting with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of E-Filing" to all counsel of record.

/s/ Joseph N. Rupcich

11980078