# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREG GOSSETT, et al.,<br><br>Defendants. | Case No. 15 C 0309<br><br>Hon. Staci M. Yandle |

## DEFENDANTS' UNOPPOSED MOTION FOR A STATUS CONFERENCE

Defendants respectfully request a status conference with the Court regarding the pending summary judgment and *Daubert* motions, the trial scheduled to begin on January 21, 2025, and the pre-trial deadlines based on that trial date, for the reasons set forth below.

1. On October 24, 2024, the Court held a hearing regarding the trial in this matter. Doc. 702.

2. During that hearing, the Court stated that it expected to rule on the pending summary judgment and *Daubert* motions within the next 30 days. Doc. 706, Transcript of Oct. 24, 2024 hearing at 5:4–7, attached as Exhibit 1. The Court set the case for trial beginning January 21, 2025, and stated that once it had ruled on the summary judgment and *Daubert* motions, it expected to set the case for a status conference to address final pretrial and trial logistics. Doc. 706 at 9:9–16. The Court further noted that once summary judgment and *Daubert* rulings were issued, the parties could file or refile Rule 26(a)(3) disclosures, motions in limine, responses, and objections. Doc. 706 at 10:19–11:1.

3. The pretrial deadlines pursuant to the Court's standing order are quickly approaching regarding the January 21 trial, beginning with the motions in limine, which are due to be filed on December 19, 2024.

4. Defendants understood that the Court wanted the parties to have the benefit of the Court's summary judgment and *Daubert* motion rulings before pretrial deadlines based on the January 21 trial date passed. But the Court has not yet had sufficient time to consider and decide those motions given the volume of the briefing. To ensure the parties comply with the Court's intentions regarding final pretrial and trial filings, Defendants request a status conference to discuss the trial setting, pre-trial deadlines, and any required supplemental class notice.

5. Plaintiffs do not oppose a status hearing in this case.

Dated: December 17, 2024

Joseph N. Rupcich
Joy C. Syrcle
Special Assistant Attorneys General
Cassiday Schade LLP
2040 W. Iles, Suite B
Springfield, IL 62704
(217) 572-1714
jrupcich@cassiday.com
jsyrcle@cassiday.com

*Counsel for Supervisory Defendants*

Respectfully submitted,

Defendants GREG GOSSETT, et al.

KWAME RAOUL,
Illinois Attorney General

By: s/ Laura K. Bautista
Assistant Chief Deputy Attorney General
Laura K. Bautista
Victoria Fuller
Christopher Collum
Office of the Attorney General
500 South Second Street
Springfield, IL 62701
Tel.: (217) 782-9075
laura.bautista@ilag.gov
victoria.fuller@ilag.gov
christopher.collum@ilag.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I, Laura K. Bautista, an attorney, certify that on December 17, 2024, I caused the foregoing motion to be filed using the Court's CM/ECF system, which affected service on all counsel of record.

/s/ *Laura K. Bautista*
Laura K. Bautista
Assistant Chief Deputy Attorney General
500 South Second Street
Springfield, IL 62701
(217) 782-5819
laura.bautista@ilag.gov