IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GREG GOSSETT, et al.,<br><br>　　　　　Defendants. | Case No. 15 C 0309<br><br>Hon. Staci M. Yandle |

**DEFENDANTS' MOTION TO CONTINUE
PRE-TRIAL DEADLINES, FINAL PRETRIAL CONFERENCE, AND TRIAL**

　　Defendants move for a continuance of the pre-trial deadlines, final pretrial conference, and trial scheduled in this case, stating as follows:

　　1. Plaintiffs, a certified class of approximately 10,000 individuals and 17 consolidated individual cases, challenge strip searches that occurred at four specific correctional institutions in the spring of 2014. The class claims are brought against 22 supervisory defendants, and the individual claims are brought against over 400 individual defendants.

　　2. On May, 22, 2024, Defendants moved for summary judgment and to exclude Plaintiffs' experts (Defendants' "*Daubert*" motion) (Docs. 642, 643) and Plaintiffs moved to exclude Defendants' experts (Plaintiffs' "*Daubert*" motions) (Docs. 645, 648). On August 9 and 12, 2024, Defendants responded to Plaintiffs' *Daubert* motions. (Docs. 667, 668). On August 12, 2024, Plaintiffs filed their response in opposition to summary judgment (Doc. 671) and their response in opposition to Defendants' *Daubert* motion (Doc. 670). On September 9, 2024, Defendants filed their reply in support of summary judgment. (Doc. 677). Those motions remain pending.

　　3. The final pretrial conference is set for January 9, 2025 at 9:30 a.m. and the jury trial is set for January 21, 2025 at 9:00 a.m. (Doc. 702). Based on these dates and the case management procedures, the parties' motions in limine are due by December 19, 2024 (21 days before the final

pretrial conference), the parties' pretrial disclosures are due December 23, 2024 (at least 30 days before the first day of trial), and the Final Pretrial Order is due on January 6, 2025 (at least 3 business days before the final pretrial conference).

4. As of the date of this filing, Plaintiffs have not provided Defendants, or the Court, with a draft notice advising the class of the January 21, 2025 trial date.

5. Because the summary judgment and *Daubert* motions are still pending in this case, Defendants request a continuance of the final pretrial conference and trial dates, which will also move the upcoming deadlines for the motions in limine, pretrial disclosures, and the Final Pretrial Order. Granting the continuance will promote judicial economy by allowing the parties to focus pretrial materials on only those matters that continue past the summary judgment stage. Additionally, Defendants' expert witness may be called to testify in this case, and several now-retired Defendants who live outside the state of Illinois may be called to testify. Continuing the final pretrial conference and trial will allow the Defendants to delay arranging travel for their expert and certain Defendants until such time as the issues for trial are made clear.

6. Plaintiffs object to any continuance of the trial date in this matter.

WHEREFORE, the Defendants respectfully request that this Court continue the final pretrial conference, trial, and associated pretrial deadlines.

Dated: December 19, 2024                Respectfully submitted,

Joseph N. Rupcich                       Defendants GREG GOSSETT, et al.
Joy C. Syrcle
Special Assistant Attorneys General      KWAME RAOUL,
Cassiday Schade LLP                      Illinois Attorney General
2040 W. Iles, Suite B
Springfield, IL 62704                    *By: s/ Laura K. Bautista*
(217) 572-1714                          Assistant Chief Deputy Attorney General
jrupcich@cassiday.com                   Laura K. Bautista
jsyrcle@cassiday.com                    Victoria Fuller
                                        Christopher Collum
*Counsel for Supervisory Defendants*     Office of the Attorney General
                                        500 South Second Street
                                        Springfield, IL 62701
                                        Tel.: (217) 782-9075
                                        laura.bautista@ilag.gov
                                        victoria.fuller@ilag.gov
                                        christopher.collum@ilag.gov

                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Laura K. Bautista, an attorney, certify that on December 19, 2024, I caused the foregoing motion to be filed using the Court's CM/ECF system, which affected service on all counsel of record.

/s/ *Laura K. Bautista*
Laura K. Bautista
Assistant Chief Deputy Attorney General
500 South Second Street
Springfield, IL 62701
(217) 782-5819
laura.bautista@ilag.gov