## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 15 C 0309 |
| v. | Hon. Staci M. Yandle |
| GREG GOSSETT, et al., | |
| Defendants. | |

### <u>CLASS DEFENDANTS' AMENDED RULE 26(A)(3) DISCLOSURES</u>

Class Defendants, by and through attorneys, CASSIDAY SCHADE LLP and KWAME

RAOUL, Attorney General of the State of Illinois, pursuant to Rule 26(a)(3) of the Federal Rules

of Civil Procedure, provide their Rule 26(a)(3) Disclosures:

A.  <u>Witnesses Defendants expect to present at trial:</u>

1.      Demetrius Ross, Plaintiff

2.      Kevin L. Hamilton, Plaintiff

3.      Jonathan Tolliver, Plaintiff

4.      Glen Verser, Plaintiff

5.      Zachary Watts, Plaintiff

6.      James Dunmore, Plaintiff

7.      Ronald Smith, Plaintiff

8.      Joseph Yurkovich, Class Defendant

9.      Michael Atchison, Class Defendant

10.     David White, Class Defendant

11.     Anthony McAllister, Class Defendant

12.     Ann Treadway, Assistant Warden at Lawrence

13.    Bradley Clark, Individual Defendant

14.    Kim Butler, Class Defendant

15.    Jerry Withoft, Class Defendant

16.    Frank Eovaldi, Class Defendant

17.    Gail Walls, Director of Nursing at Menard

18.    Michael Moldenhauer, nurse practitioner at Menard

19.    Jason Furlow, Individual Defendant

20.    Steve Albrecht, Individual Defendant

21.    Debbie Isaacs, Healthcare Unit Administrator at Illinois River

22.    Timothy Conrad, Individual Defendant

23.    Justin Eckelberry, Individual Defendant

24.    Dale Martin, Officer at Lawrence

25.    Jerry Tanner, Individual Defendant

26.    Marcus Jenkins, Individual Defendant

27.    Eric Weber, Individual Defendant

28.    Brian Livingston, Individual Defendant

29.    Gary Perkins, dismissed Individual Defendant

30.    Akeem Hamilton, Individual Defendant

31.    Kyle Brooks, dismissed Individual Defendant

32.    Lorie Cunningham, Director of Nursing at Lawrence


B.    Witnesses Defendants will call only if the need arises:

1.    Larry Reid, Expert

2.    S.A. Godinez, Class Defendant

3.      Greg Gossett, Class Defendant

4.      Stephanie Dorethy, Class Defendant

5.      Robert Arnett, Class Defendant

6.      Brian Piper, Class Defendant

7.      Zach Roeckeman, Class Defendant

8.      Robert Craig, Class Defendant

9.      David Hermetz, Class Defendant

10.     Chris White, Class Defendant

11.     Ken Finney, Class Defendant

12.     Stephan Duncan, Class Defendant

13.     Richard Moore, Class Defendant

14.     Timothy McAllister, Class Defendant

15.     Dennis Larson, Medical Director Big Muddy River

16.     Edna Greenhagen, Former Director of Nursing Illinois River

17.     Phillip Martin, healthcare unit administrator at Lawrence

18.     Tony Hutcheson

19.     Brad Curry

20.     Louis Arroyo, former state representative

21.     Rosario Villalobos, former state representative

22.     Zarchary Sarver

23.     Todd Scott

24.     Rodney Brady, dismissed Defendant

25.     Nick Nalley

26.    Todd Manker

27.    Michael Monje

28.    Alex Jones, Defendant

29.    <u>Bryon Law</u>[1]

30.    There are approximately 400 individual, non-class Defendants whom Defendants

do not have a specific intention to call at this time; rather than list all of them as "may call"

witnesses Defendants reserve the right to call named individual Defendants should their

actions become specifically relevant during trial.

C.    <u>Witnesses Defendants may present by deposition:</u>

1.    Edna Greenhagen, Former Director of Nursing Illinois River

2.    Debbie Isaacs

3.    Gail Walls, Director of Nursing at Menard

4.    Lorie Cunningham

5.    Brian Nelson

D.    <u>Exhibits</u>

a.  Exhibits Defendants expect to offer at trial:

1.    Operations orders pertaining to the shakedowns conducted in 2014.

b.  Exhibits Defendants will offer only if the need arises:

2.    Bates 000001-000120, which are operations sheets showing tactical team members
present for shakedowns at issue.

---

[1] Defendants inadvertently omitted Law from their filing on March 1, 2025, and have sought leave to amend to add
him.

3.    Grievance records maintained in the master files and Office of Inmate Issues pertaining to the attempts made to exhaust administrative remedies by those Plaintiffs who were incarcerated when they filed suit.

4.    Grievances pertaining to Demetrius Ross at BATES 000121-000137.

5.    Grievances pertaining to Brandon Brooks at BATES 000138-000285.

6.    Grievances pertaining to Stanley Chairs at BATES 000286-000376.

7.    Grievances pertaining to Sergio Cortes at BATES 000377-000381.

8.    Grievances pertaining to James Dunmore at BATES 000382-00424.

9.    Grievances pertaining to Kevin Hamilton at BATES 000425-000436.

10.    Grievances pertaining to Samuel Harding at BATES 000437-000490.

11.    Grievances pertaining to Jammel Johnson at BATES 000491-000494.

12.    Grievances pertaining to Marshall McDaniel at BATES 000495-000525.

13.    Grievances pertaining to Harley Thomas Miller at BATES 000526-000633.

14.    Grievances pertaining to Ronald Smith at BATES 000634-000654.

15.    Grievances pertaining to Charles Sultan at BATES 000655-000813.

16.    Grievances pertaining to Edward Tenney at BATES 000814-000849.

17.    Grievances pertaining to Jonathon Tolliver at BATES 000850-000861.

18.    Grievances pertaining to Glenn Verser at BATES 000862-001101.

19.    Grievances pertaining to Zachary Watts at BATES 001102-001123.

20.    Grievances pertaining to Jamaine Williams at BATES 001124-001147.

21.    Policies regarding shakedowns in the Illinois Department of Corrections, in addition to all other applicable Illinois Department of Corrections policies, administrative directives and institutional directives.

22.    Medical and mental health records for the named Plaintiffs, consolidated Plaintiffs, and all current and former inmates included in the class.

23.    Incident reports and reports pertaining to items recovered during the shakedowns.

24.    Disciplinary reports written against any of the Plaintiffs during the shakedowns at issue and any inmates included as part of a class.

25.    Shakedown records issued to each inmate during the respective shakedown.

26.    Photos of the 2014 Lawrence shakedowns.

27.    Photos of contraband uncovered during 2014 shakedowns as well as contraband logs.

28.    Intelligence reports pertaining to information gathered before and after the 2014 shakedowns.

29.    Videos of 2014 tactical team shakedowns.

30.    Videos of inmate interviews.

31.    Employee Training and Disciplinary Records

32.    ESI of agreed to search terms from relevant time period in 2014.

33.    Email chain on Intelligence Bulletin- Bates 046927-046928.

34.    Email communication by and between IDOC staff, Bates 31630-41013, 41044-47697, 47719-48770, 48772-50043, 50045-51323, 51335-59243, 59662-60752.

35.    Security Camera Footage from Menard During 2014 shakedowns.

36.    Transcripts of videos of inmate interviews.

37.    Notes and calendars from Anthony McAllister.

38.    Medical records during the pertinent time period for named and consolidated Plaintiffs.

39.    Investigations during pertinent time period of the shakedown.

40.    Tact Team manuals.

41.    Surveys completed by Defendants.

42.    Grievances submitted by inmates from whom Plaintiffs obtained declarations which Plaintiffs attached to their Motion for Class Certification.

43.    Any other document, not previously enumerated, but turned over to the Plaintiff during discovery within the range, Bates 1-64086.

44.    The Defendants may introduce any other documents in discovery, any documents identified by Plaintiff as exhibits, and documents placed on the record by Plaintiff.

45.    The Defendants may use any documents as necessary for impeachment or to refresh a witness's recollection.

46.     Complaint filed March 19, 2015, in *Ross v. Gossett*, SDIL 15-309

47.     Demetrius Ross April 25, 2014, grievance & assoc. docs P00007.

48.     Demetrius Ross May 27, 2014, grievance & assoc. docs P00041

49.     Demetrius Ross Shakedown slip, P00018.

50.     Demetrius Ross deposition 7-11-18

51.     Demetrius Ross answers to Defendants' First Interrogatories

52.     Demetrius Ross answers to Defendants' Second Interrogatories

53.     Demetrius Ross medical records

54.     Kevin Hamilton May 13, 2014, grievance & assoc. docs. IDOC Bates 000428

55.     Kevin Hamilton shakedown slip, P00790

56.     Kevin Hamilton pro se Complaint in SDIL 15-281

57.     Kevin Hamilton deposition 5-21-18

58.     Kevin Hamilton answers to Defendants' First Interrogatories

59.     Kevin Hamilton answers to Defendants' Second Interrogatories

60.     Kevin Hamilton medical records May-July 2014

61.     Glen Verser December 30, 2013, grievance, IDOC Bates 1031

62.     Glen Verser July 12, 2014, grievance & assoc. docs., P000021

63.     Glen Verser shakedown slip, & assoc. docs. IDOC Bates 5561

64.     Glen Verser pro se Complaint in SDIL 15-3221

65.     Glen Verser pro se Amended Complaint in SDIL 15-3221

66.     Glen Verser deposition of 4-16-18

67.     Glen Verser answers to Defendants' First Interrogatories

68.     Glen Verser answers to Defendants' Second Interrogatories

69.     Glen Verser medical records

70.     Ronald Smith April 27, 2014, grievance & assoc. docs. P000492

71.    Ronald Smith April 27, 2014, grievance & assoc. docs. P000493

72.    Ronald Smith May 6, 2014, grievance & assoc. docs. P000494-495

73.    Ronald Smith June 2, 2014, grievance & assoc. docs. P000500

74.    Ronald Smith shakedown slip, IDOC 2058

75.    Ronald Smith pro se Complaint in SDIL 16-248

76.    Ronald Smith deposition of 6-8-18

77.    Ronald Smith answers to Defendants' First Interrogatories

78.    Ronald Smith answers to Defendants' Second Interrogatories

79.    Ronald Smith medical records, IDOC 61972

80.    Jonathan Tolliver April 19, 2014, grievance & assoc. docs. IDOC 853-854

81.    Jonathan Tolliver April 23, 2014, grievance & assoc. docs. IDOC 857-858

82.    Jonathan Tolliver pro se Complaint in SDIL 16-130

83.    Jonathan Tolliver deposition of 2-4-18

84.    Jonathan Tolliver answers to Amended Response to Defendants' First
Interrogatories

85.    Jonathan Tolliver answers to Defendants' Second Interrogatories

86.    Jonathan Tolliver medical records

87.    Brian Nelson letter to S. Godinez of 5-14-14, P00024-25

88.    Brian Nelson letter of 8-11-14

89.    Corey Woods April 14, 2014, grievance

90.    Illinois River grievances, P000537-000627

91.    Lawrence grievances, P000628-000686

92.    Menard grievances, P000687-000741

93.    Big Muddy grievances, P000742-000789

94.    Big Muddy documents P001457-001577

95.    Illinois River documents P001766-001832

96.     Lawrence documents P001837-002023

97.     Menard documents P002024-002383

98.     Harley Miller deposition of 7-13-18

99.     Harley Miller pro se Complaint in SDIL 15-415

100.    Harley Miller answers to Defendants' First Interrogatories

101.    Marshall McDaniel answers to Defendants' First Interrogatories

102.    Marshall McDaniel pro se Complaint in SDIL 15-515

103.    Marshall McDaniel medical records, IDOC 61690

104.    Marshall McDaniel ARB records, IDOC 495-525

105.    Sergio Cortes answers to Defendants' First Interrogatories

106.    Sergio Cortes pro se Complaint in SDIL 15-960

107.    Sergio Cortes medical records, IDOC 61101

108.    Sergio Cortes ARB records, IDLC 377-381

109.    Zachary Watts answers to Defendants' First Interrogatories

110.    Zachary Watts pro se Complaint in SDIL 15-692

111.    Zachary Watts medical records, IDOC 62976

112.    Zachary Watts ARB records, IDOC 1102-1123

113.    Brandon Brooks answers to Defendants' First Interrogatories

114.    Brandon Brooks pro se Complaint in SDIL 15-1060

115.    Brandon Brooks medical records, IDOC 60971

116.    Brandon Brooks ARB records, IDOC 138-285

117.    James Dunmore answers to Defendants' First Interrogatories

118.    James Dunmore pro se Complaint in SDIL 15-706

119.    James Dunmore medical records, IDOC 61161

120.    James Dunmore ARB records, IDOC 382-424

121.    Jammel Johnson answers to Defendants' First Interrogatories

122.    Jammel Johnson grievance of November 13, 2014, P000473-474

123.    Jammel Johnson deposition of 6-19-18

124.    Jammel Johnson pro se Complaint in 15-308

125.    Jammel Johnson shakedown slip, P0000432

126.    Jammel Johnson medical records, IDOC 61401

127.    Jammel Johnson ARB records, IDOC 491-494

128.    Edward Tenney answers to Defendants' First Interrogatories

129.    Edward Tenney April 27, 2014, grievance, IDOC Bates 8640-8643

130.    Edward Tenney November 11, 2014, grievance, IDOC Bates 8645-8654

131.    Edward Tenney August 23, 2014, letter, IDOC 8636-8638

132.    Edward Tenney pro se Complaint in SDIL 16-115

133.    Edward Tenney medical records, IDOC 62525

134.    Edward Tenney ARB records, IDOC 814-849

135.    Samuel Harding answers to Defendants' First Interrogatories

136.    Samuel Harding deposition of 4-19-18

137.    Samuel Harding pro se Complaint in SDIL 16-83

138.    Samuel Harding shakedowns slip, P000506

139.    Samuel Harding letter of July 7, 2014, P000507-508

140.    Samuel Harding September 2, 2014, & assoc. docs. P000510-511

141.    Samuel Harding September 16, 2014, & assoc. docs. P000512-513

142.    Samuel Harding ARB records, IDOC 437-490

143.    Jeffrey Miller answers to Defendants' First Interrogatories

144.    Jeffrey Miller deposition of 6-19-18

145.    Jeffrey Miller pro se Complaint in SDIL 16-416

146.   Jeffrey Miller affidavit 3-24-15, P000745

147.   Jeffrey Miller affidavit 9-11-15, P000747

148.   Jeffrey Miller affidavit 9-18-15, P000749

149.   Jeffrey Miller medical records, IDOC 61786

150.   Clark Truly answers to Defendants' First Interrogatories

151.   Clark Truly pro se Complaint in SDIL 16-783

152.   Clark Truly 12-24-15 PREA letter, P000672-673

153.   Clark Truly medical records, IDOC 62950

154.   Truly Clark ARB records, IDOC 59567-59572

155.   Sam Fisher answers to Defendants' First Interrogatories

156.   Sam Fisher deposition of 3-22-16

157.   Sam Fisher pro se Complaint in SDIL 15-7

158.   Sam Fisher medical records, IDOC 63490

159.   Ramon Clark answers to Defendants' First Interrogatories

160.   Ramon Clark pro se Complaint in CDIL 15-1116

161.   Ramon Clark pro se Amended Complaint in CDIL 15-1116 (6-8-16)

162.   Ramon Clark May 1, 2014, grievance & assoc. docs., P001455-1456

163.   Ramon Clark medical records, IDOC 61057

164.   Ramon Clark deposition of 6-14-18

165.   Ted Knox answers to Defendants' First Interrogatories

166.   Ted Knox pro se Complaint in SDIL17-494

167.   Ted Knox medical records, IDOC 61444

168.   Vincent Smith answers to Defendants' First Interrogatories

169.   Vincent Smith pro se Complaint in SDIL 16-745

170.   Vincent Smith deposition of 8-23-14

171.    Charles Sultan answers to Defendants' First Interrogatories

172.    Charles Sultan September 1, 2014, grievance & assoc. docs, P001856-1858

173.    Charles Sultan shakedown slip, P001859

174.    Charles Sultan pro se Complaint in SDIL 15-611

175.    Charles Sultan pro se Amended Complaint in SDIL 15-611

176.    Charles Sultan deposition of 6-21-18

177.    Charles Sultan medical records, IDOC 62416

178.    Charles Sultan September 1, 2014, grievance & assoc. docs.  IDOC 775-776

179.    Charles Sultan ARB records, IDOC 655-813

180.    Lance Edwards May 25, 2014, grievance & assoc. docs., IDOC 63583-84

181.    Lance Edwards declaration, P002811-2814

182.    Darvin Henderson April 10, 2014, grievance, IDOC 63594-95

183.    Darvin Henderson April 10, 2014, grievance & assoc. docs., IDOC 63596-97

184.    Darvin Henderson ARB records, IDOC 86556-8565

185.    Darvin Henderson 4-23-14 shakedown slip, IDOC 63607

186.    Darvin Henderson declaration, P003012-3015

187.    David Sargent May 20, 2014, grievance & assoc. docs., IDOC 8572-8573

188.    David Sargent June 8, 2014, grievance & assoc. docs., IDOC 8574-8581

189.    David Sargent ARB records, IDOC 8570-8586

190.    Email communication re Martin Delvalle investigation

191.    Bernon Howery April 10, 2014, grievance & assoc. docs. IDOC 8427-8428

192.    Christian Latham June 2, 2014, grievance & assoc. docs. IDOC 8050-8051

193.    Christian Latham shakedown slip, IDOC 8052

194.    David Hermetz response to Latham re property, IDOC 9067

195.    Edward Mitchell April 23, 2014, grievance & assoc. docs., IDOC 8629-30

196.    Edward Mitchell shakedown slip, IDOC 63634-63641

197.    Shaun Henderson April 19, 2014, grievance& assoc. docs., IDOC 8959-8962

198.    Shaun Henderson pro se Complaint in SDIL 15-529

199.    Investigation 110 MEN 14

200.    Investigation 111 MEN 14

201.    Investigation 112 MEN 14

202.    Investigation 113 MEN 14

203.    Investigation 114 MEN 14

204.    Investigation 115 MEN 14

205.    Investigation C14 MEN 173

206.    Investigation C14 MEN 181, IDOC 44835-44837, 60753-60790

207.    Investigation C14 MEN 178

208.    Investigation C14 BMR 204

209.    Martin Delvalle photos 0678-0682

210.    Martin Delvalle investigation emails

211.    Christian Latham investigation IDOC 009063-9067

212.    Marlon Billops investigation IDOC 006068-9090

213.    Tact movement photographs 7-23-14

214.    Photographs of notebook of contraband found at Menard

215.    Photographs of contraband from Big Muddy, IDOC 9091-9093

216.    4-2-14 email re reportable incident with attachments, IDOC 7557-7565

217.    4-4-14 email re reportable incident with attachments, IDOC 7566-7570

218.    4-5-14 email re reportable incident with attachments, IDOC 7571-7573

219.    4-6-14 email re reportable incident with attachments, IDOC 7574-7576

220.    4-9-14 email re reportable incident with attachments, IDOC 7577-7579

221.    4-14-14 email re reportable incident with attachments, IDOC 7580-7588

222.    4-15-14 email re reportable incident with attachments, IDOC 7589-7594

223.    4-16-14 email re reportable incident with attachments, IDOC 7604-7605

224.    4-16-14 email re reportable incident with attachments, IDOC 7606-7610

225.    4-18-14 email re lockdown report, IDOC 7611-7613

226.    April 2014 Menard incident reports, IDOC 7614-7675

227.    Big Muddy Warden's reports April 2013 to July 2014, IDOC 10665-11378

228.    Illinois River Warden's reports May 2013 to July 2014, IDOC 11379-12160

229.    Lawrence Warden's reports April 2013 to July 2014, IDOC 12161-12658

230.    Menard Warden's reports April 2013 to July 2014, IDOC 12659-13414

231.    Lawrence Contraband photos, IDOC 14698-14711

232.    Menard Contraband photos, IDOC 14712-14742

233.    Menard Contraband logs, IDOC 14743-14745

234.    Big Muddy shakedown emails, IDOC 14819-14866

235.    Illinois River Shakedown summaries, IDOC 14893-14902

236.    Lawrence shakedown emails, IDOC 14962-15133

237.    Menard shakedown emails, IDOC 15134-15315

238.    Big Muddy emails, IDOC 15549-15554

239.    Facility-wide searches email, IDOC 15555-15557

240.    Illinois River emails, IDOC 16435-16442

241.    Lawrence emails, IDOC 16443-16644

242.    Menard emails, IDOC 16645—16649

243.    July 23, 2014 Email FW: Tact Team pictures 3/13/14, IDOC 16443-16644

244.    April 28, 2014 Operation debrief, IDOC 16701-16728

245.    August 28, 2014 Shakedowns email, IDOC 16729-17235

246.    June 29, 2014 to July 8, 2018 Lawarence Emails, IDOC 17236-17241

247.    June 11, 2014 TJ Swarts – FW Intelligence Bulletin IDOC 17246-17248

248.    Expert report of Dan Pacholke

249.    Expert report of Dan Hurley

250.    Email with Hurley, P3456

251.    Email with Pacholke, P3457

252.    Email with Pacholke, P3458-3459

253.    Email with Pacholke, P3460

254.    Email with Pacholke with attachment, P3461

255.    Email with Hurley with attachment, P3462.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ *Joseph N. Rupcich*
       One of the Attorneys for Class Defendants

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

*Counsel for Class Defendants*

KWAME RAOUL,
 Illinois Attorney General

*By: s/ Laura K. Bautista*
Assistant Chief Deputy Attorney General,
Counsel for Defendants

Laura Bautista
ARDC No. 6289023
Assistant Chief Deputy Attorney General
500 S. Second Street
Springfield, Il 62701
Phone: (217) 782-5819
Fax: (217) 782-8767
Laura.bautista@ilag.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of E-Filing" to the following:

Jon Loevy, Maria Makar, Scott Rauscher, Megan Porter,
Michael Kanovitz, Ruth Brown, Stephen Weil
Loevy & Loevy
312 North May, Suite 100
Chicago, IL  60607
weil@loevy.com
jon@loevy.com
makar@loevy.com
porter@loevy.com
mike@loevy.com
ruth@loevy.com
scott@loevy.com

Alan Mills, Nicole Schult
Uptown People's Law Center
4413 North Sheridan Rd.
Chicago, IL.  60640
alan@uplcchicago.org
nicole@uplcchicago.org

Terah Tollner, Sarah Grady
Kaplan & Grady
2071 N. Southport Avenue, Suite 205
Chicago, IL  60614
nabihah@kaplangrady.com
terah@kaplangrady.com
sarah@kaplangrady.com

/s/ Joseph N. Rupcich

13164479