IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREG GOSSETT, et al.,<br><br>Defendants. | Case No. 15 C 0309<br><br>Hon. Staci M. Yandle |

**DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Defendants, by and through their attorneys, CASSIDAY SCHADE LLP (for the class defendants) and KWAME RAOUL, Attorney General of the State of Illinois (for all defendants), respond to the Court's Order to Show Cause (ECF 746), as follows:

1. On February 27, 2025, Plaintiffs filed a Motion to Seal Unredacted Response to Defendants' Motions in Limine and Certain Exhibits (ECF 741). In that motion, Plaintiffs stated that three exhibits were placed under seal because they were marked Attorney's Eyes Only based on information regarding placement and operationality of video cameras. ECF 741, ¶¶ 1–2.

2. On March 3, 2025, the Court ordered Defendants to show good cause to seal the documents in Plaintiffs' motion. ECF 746.

3. However, upon review, Defendants agree that as of the filing date of this motion (2025), the location and operationality of cameras in 2014 no longer presents security concerns. As such, the documents filed by Plaintiffs under seal may be filed publicly.

1

| | |
|---|---|
| Dated: March 4, 2025 | Respectfully submitted, |
| Joseph N. Rupcich<br>Joy C. Syrcle<br>Special Assistant Attorneys General<br>Cassiday Schade LLP<br>2040 W. Iles, Suite B<br>Springfield, IL 62704<br>(217) 572-1714<br>jrupcich@cassiday.com<br>jsyrcle@cassiday.com | Defendants GREG GOSSETT, et al.<br><br>KWAME RAOUL,<br>Illinois Attorney General<br><br>By: s/ Laura K. Bautista<br>    Assistant Chief Deputy Attorney General |

*Counsel for Supervisory Defendants*

Laura K. Bautista
Victoria Fuller
Christopher Collum
Office of the Attorney General
500 South Second Street
Springfield, IL 62701
Tel.: (217) 782-9075
laura.bautista@ilag.gov
victoria.fuller@ilag.gov
christopher.collum@ilag.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Laura K. Bautista, an attorney, certify that on March 4, 2025, I caused the foregoing motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ *Laura K. Bautista*