IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEMETRIUS ROSS, et al., on behalf of himself and the class, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15 C 0309 |
| GREG GOSSETT, et al., | ) ) ) | |
| Defendants. | ) | Hon. Staci M. Yandle |

### PLAINTIFFS' MOTION TO DISMISS CERTAIN DEFENDANTS

Plaintiffs, Demetrius Ross, Kevin Hamilton, Jonathan Tolliver, Ronald Smith, and Glenn Verser, by and through their counsel, respectfully request that this Court dismiss the following Defendants against whom the class action was certified pursuant to Rule 41(a) of the Federal Rules of Civil Procedure with each side bearing their own costs:

— Frank Eovaldi

— Brian Piper

— Stephanie Dorethy

— Chris White

— Ken Finney

— Robert Craig

— Richard Moore

Defendants do not oppose Plaintiffs' request to dismiss these Defendants but the parties disagree as to the effect of that dismissal. Plaintiffs request that the dismissal be without prejudice. Defendants request that the dismissal be with prejudice.

                                                         Respectfully submitted,
                                                         /s/ Sarah Grady
                                                         Sarah Grady
                                                         Attorney for Plaintiffs

Sarah Grady
Vanessa del Valle
Matthew Underwood
Terah Tollner
KAPLAN & GRADY LLC
2071 N. Southport Ave., Suite 205
Chicago, IL 60614
(312) 852-2184
sarah@kaplangrady.com

Lewis Kaminski
Matthew Lee-Own
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900

Nicole Schult
Shireen Jalali-Yazdi
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan
Chicago, IL 60640
(773) 769-1411

## CERTIFICATE OF SERVICE

      I, Sarah Grady, an attorney, certify that on March 28, 2025, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

      /s/ Sarah Grady
      Sarah Grady
      Attorney for Plaintiffs