IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEMETRIUS ROSS,** *on behalf of himself and all others similarly situated*,

**Plaintiffs**,

vs.

**GREG GOSSETT, et al.**,

**Defendants.**

**Case No. 15-cv-309-SMY**

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Steven Campbell, Warden        and        United States Marshals Service
Graham Correctional Center
12078 Illinois Route 185
Hillsboro, IL 62049
Phone: (217) 532-6961
Fax: (217) 532-6799

GREETINGS:

WE COMMAND that you have and produce in person the body of **Ronald Smith, R07226**, in your custody in the hereinabove mentioned institution, before the United States District Court which will be held at 301 W. Main St. Benton, Illinois on **April 4, 7, 8, 9, 10, 11, 15, 16, 2025, at 8:30 a.m., and each day thereafter until said trial is concluded**, in order that said prisoner may then and there respond to and answer as witness such questions as may be asked him in the course of the hearing in the above entitled cause; and at the termination of said hearing to return him forthwith to said hereinabove institution.

**Arrangements must be made by the inmate's custodian to ensure that while away pursuant to this writ the inmate receives all meals in compliance with his/her dietary requirements of record (including special nutritional, medical and religious restrictions and requirements).**

WITNESS, the Honorable Staci M. Yandle, United States District Judge for the Southern District of Illinois.

Dated:  April 3, 2025

Monica A Stump, Clerk of Court,
United States District Court
for the Southern District of Illinois

By:_s/Stacie Hurst_____
Deputy Clerk