IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREG GOSSETT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 15-cv-309-SMY<br>)<br>)<br>)<br>)<br>)<br>) |

## JURY VERDICT FORM

We, the jury, unanimously find as follows:

### SECTION I: LIABILITY

**1. We, the jury, find as follows on the Plaintiffs' first claim:**
*(Place an "X" on the appropriate line for each Defendant.)*

| | For Plaintiffs | | For Defendant |
|---|---|---|---|
| Salvador Godinez | _____ | or | ___X___ |
| Joseph Yurkovich | _____ | or | ___X___ |
| Michael Atchison | _____ | or | ___X___ |
| David White | _____ | or | ___X___ |
| Anthony McAllister | _____ | or | ___X___ |
| Kim Butler | _____ | or | ___X___ |
| Greg Gossett | _____ | or | ___X___ |
| Zach Roeckeman | _____ | or | ___X___ |
| Stephen Duncan | _____ | or | ___X___ |
| Jerry Witthoft | _____ | or | ___X___ |

|                    | For Plaintiffs | For Defendant |
|--------------------|----------------|---------------|
| Robert Arnett      |                | or  X         |
| David Hermetz      |                | or  X         |
| Timothy McAllister |                | or  X         |

**2. We, the jury, find as follows on the Plaintiffs' second claim:**
*(Place an "X" on the appropriate line for each Defendant.)*

|                    | For Plaintiffs | For Defendant |
|--------------------|----------------|---------------|
| Salvador Godinez   |                | or  X         |
| Joseph Yurkovich   |                | or  X         |
| Michael Atchison   |                | or  X         |
| David White        |                | or  X         |
| Anthony McAllister |                | or  X         |
| Kim Butler         |                | or  X         |
| Greg Gossett       |                | or  X         |
| Zach Roeckeman     |                | or  X         |
| Stephen Duncan     |                | or  X         |
| Jerry Witthoft     |                | or  X         |
| Robert Arnett      |                | or  X         |
| David Hermetz      |                | or  X         |
| Timothy McAllister |                | or  X         |

Case 3:15-cv-00309-SMY   Document 817   Filed 04/11/25   Page 2 of 11   Page ID #30847

**3. We, the jury, find as follows on the Plaintiffs' third claim:**
*(Place an "X" on the appropriate line for each Defendant.)*

|  | For Plaintiffs | For Defendant |
|---|---|---|
| Salvador Godinez | _____ | or __X__ |
| Joseph Yurkovich | _____ | or __X__ |
| Michael Atchison | _____ | or __X__ |
| David White | _____ | or __X__ |
| Anthony McAllister | _____ | or __X__ |
| Kim Butler | _____ | or __X__ |
| Greg Gossett | _____ | or __X__ |
| Zach Roeckeman | _____ | or __X__ |
| Stephen Duncan | _____ | or __X__ |
| Jerry Witthoft | _____ | or __X__ |
| Robert Arnett | _____ | or __X__ |
| David Hermetz | _____ | or __X__ |
| Timothy McAllister | _____ | or __X__ |

*If you found against the Plaintiffs on all of the Plaintiffs' claims, then skip Section II and proceed to Section III. Otherwise, proceed to Section II.*

## SECTION II: DAMAGES

*If you found for the Plaintiffs on any of the Plaintiffs' claims in Section I against any of the Defendants, please fill in the damages you award to each Plaintiff who testified at trial.*

*If you found for Plaintiffs on any claims but find that Plaintiffs failed to prove compensatory damages, you must award $1.00 to each Plaintiff who testified at trial. If you found for all Defendants on all claims, skip numbers 4 and 5 because you will not award damages.*

4. **We, the jury, fix each Plaintiff's compensatory damages as follows:**

| | |
|---|---|
| Kevin Hamilton | $_____ |
| Demetrius Ross | $_____ |
| Ronald Smith | $_____ |
| Jonathan Tolliver | $_____ |
| Glenn Verser | $_____ |
| James Soto | $_____ |
| David Huffman | $_____ |
| Nidrell Lyons | $_____ |
| Edward Hemmer | $_____ |
| Calvin Dorris | $_____ |

5. **We fix each Plaintiff's punitive damages, if any, against each Defendant as follows:**

   **[Answer only if you found "For Plaintiff Class" for that Defendant in Section I above.]**

*If you found against a Defendant, fill in below the amount of punitive damages you award to each Plaintiff against that Defendant, if any. If you found for all Defendants on all claims, skip this part because you will not award damages.*

Having found against a particular Defendant, we award punitive damages to each Plaintiff and against that Defendant as follows:

**Plaintiff Kevin Hamilton:**

| | |
|---|---|
| Salvador Godinez | $_____ |
| Joseph Yurkovich | $_____ |
| Michael Atchison | $_____ |
| David White | $_____ |
| Anthony McAllister | $_____ |

Kim Butler              $_____

Greg Gossett            $_____

Zach Roeckeman          $_____

Stephen Duncan          $_____

Jerry Witthoft          $_____

Robert Arnett           $_____

David Hermetz           $_____

Timothy McAllister      $_____

**Plaintiff Demetrius Ross:**

Salvador Godinez        $_____

Joseph Yurkovich        $_____

Michael Atchison        $_____

David White             $_____

Anthony McAllister      $_____

Kim Butler              $_____

Greg Gossett            $_____

Zach Roeckeman          $_____

Stephen Duncan          $_____

Jerry Witthoft          $_____

Robert Arnett           $_____

David Hermetz           $_____

Timothy McAllister      $_____

**Plaintiff Ronald Smith:**

| | |
|---|---|
| Salvador Godinez | $_____ |
| Joseph Yurkovich | $_____ |
| Michael Atchison | $_____ |
| David White | $_____ |
| Anthony McAllister | $_____ |
| Kim Butler | $_____ |
| Greg Gossett | $_____ |
| Zach Roeckeman | $_____ |
| Stephen Duncan | $_____ |
| Jerry Witthoft | $_____ |
| Robert Arnett | $_____ |
| David Hermetz | $_____ |
| Timothy McAllister | $_____ |

**Plaintiff Jonathan Tolliver:**

| | |
|---|---|
| Salvador Godinez | $_____ |
| Joseph Yurkovich | $_____ |
| Michael Atchison | $_____ |
| David White | $_____ |
| Anthony McAllister | $_____ |
| Kim Butler | $_____ |
| Greg Gossett | $_____ |
| Zach Roeckeman | $_____ |

| | |
|---|---|
| Stephen Duncan | $_____ |
| Jerry Witthoft | $_____ |
| Robert Arnett | $_____ |
| David Hermetz | $_____ |
| Timothy McAllister | $_____ |

**Plaintiff Glenn Verser:**

| | |
|---|---|
| Salvador Godinez | $_____ |
| Joseph Yurkovich | $_____ |
| Michael Atchison | $_____ |
| David White | $_____ |
| Anthony McAllister | $_____ |
| Kim Butler | $_____ |
| Greg Gossett | $_____ |
| Zach Roeckeman | $_____ |
| Stephen Duncan | $_____ |
| Jerry Witthoft | $_____ |
| Robert Arnett | $_____ |
| David Hermetz | $_____ |
| Timothy McAllister | $_____ |

**Plaintiff James Soto:**

| | |
|---|---|
| Salvador Godinez | $_____ |
| Joseph Yurkovich | $_____ |
| Michael Atchison | $_____ |

| | |
|---|---|
| David White | $_____ |
| Anthony McAllister | $_____ |
| Kim Butler | $_____ |
| Greg Gossett | $_____ |
| Zach Roeckeman | $_____ |
| Stephen Duncan | $_____ |
| Jerry Witthoft | $_____ |
| Robert Arnett | $_____ |
| David Hermetz | $_____ |
| Timothy McAllister | $_____ |

**Plaintiff David Huffman:**

| | |
|---|---|
| Salvador Godinez | $_____ |
| Joseph Yurkovich | $_____ |
| Michael Atchison | $_____ |
| David White | $_____ |
| Anthony McAllister | $_____ |
| Kim Butler | $_____ |
| Greg Gossett | $_____ |
| Zach Roeckeman | $_____ |
| Stephen Duncan | $_____ |
| Jerry Witthoft | $_____ |
| Robert Arnett | $_____ |
| David Hermetz | $_____ |

    Timothy McAllister    $_____

**Plaintiff Nidrell Lyons:**

    Salvador Godinez    $_____

    Joseph Yurkovich    $_____

    Michael Atchison    $_____

    David White    $_____

    Anthony McAllister    $_____

    Kim Butler    $_____

    Greg Gossett    $_____

    Zach Roeckeman    $_____

    Stephen Duncan    $_____

    Jerry Witthoft    $_____

    Robert Arnett    $_____

    David Hermetz    $_____

    Timothy McAllister    $_____

**Plaintiff Edward Hemmer:**

    Salvador Godinez    $_____

    Joseph Yurkovich    $_____

    Michael Atchison    $_____

    David White    $_____

    Anthony McAllister    $_____

    Kim Butler    $_____

| | |
|---|---|
| Greg Gossett | $_____ |
| Zach Roeckeman | $_____ |
| Stephen Duncan | $_____ |
| Jerry Witthoft | $_____ |
| Robert Arnett | $_____ |
| David Hermetz | $_____ |
| Timothy McAllister | $_____ |

**Plaintiff Calvin Dorris:**

| | |
|---|---|
| Salvador Godinez | $_____ |
| Joseph Yurkovich | $_____ |
| Michael Atchison | $_____ |
| David White | $_____ |
| Anthony McAllister | $_____ |
| Kim Butler | $_____ |
| Greg Gossett | $_____ |
| Zach Roeckeman | $_____ |
| Stephen Duncan | $_____ |
| Jerry Witthoft | $_____ |
| Robert Arnett | $_____ |
| David Hermetz | $_____ |
| Timothy McAllister | $_____ |

## SECTION III

Please sign and date below and return the entire Verdict Form to the Court Security Officer.

Date: _April 11, 2025_