IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMETRIUS ROSS, et al., on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 15-cv-309-SMY |
| vs. | ) ) ) |
| GREG GOSSETT, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that by Order dated January 8, 2025 (Doc. 716), Plaintiffs claims against Defendants Alex Jones and Michael Gilreath are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that by Order dated March 30, 2025 (Doc. 785), Plaintiffs claims against Defendants Frank Eovaldi, Brian Piper, Stephanie Dorethy, Chris White, Ken Finney, Robert Craig, and Richard Moore are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that by Order dated May 14, 2025 (Doc. 822), Plaintiffs claims against Defendants Sarah Arnett, Ashley Thompson, Mike Stufflebeam, Andrew Bottrell, Shane Smith, Nick Nalley, Ayla Heinzmann, Christopher Sherrod, Jeremy Alwerdt, James Berry, Samuel Shehorn, Robert Walsh, David Moore, Eric Wenzel, Steve Albrecht, Brad Stuck, Russell Goins, Dale Martin, Timothy Conrad, Akeem Hamilton, Jerry Tanner, Eric Weber, Ed Gladney are **DISMISSED with prejudice**. Plaintiffs' claims against the 409 non-supervisory Defendants in Plaintiffs' Second Amended Complaint are also **DISMISSED with prejudice**.

      This case was tried by a jury and the jury rendered a verdict on April 11, 2025, in favor of Defendants Salvador Godinez, Joseph Yurkovich, Michael Atchison, David White, Anthony McAllister, Kim Butler, Greg Gossett, Zach Roeckeman, Stephen Duncan, Jerry Witthoft, Robert Arnett, David Hermetz, and Timothy McAllister and against Plaintiffs. Plaintiffs' claims against those Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** May 14, 2025

                                          **MONICA STUMP, Clerk of Court**

                                          <u>**By: s/ Stacie Hurst, Deputy Clerk**</u>

**Approved:**

*[signature]*

**STACI M. YANDLE**
**United States District Judge**