IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Demetrius Ross,<br>*Plaintiff* | )<br>)<br>) Case No. 15-cv-309<br>) |
| v. | ) |
| Greg Gosett et al.<br>*Defendants* | )<br>)<br>)<br>) |

**MOTION TO EXTEND THE DEADLINE
FOR SUBMISSION OF AN AMENDED COMPLAINT**

Plaintiff Demetrius Ross, by one of his attorneys, respectfully moves this Court for entry of an order extending the 45-day window within which Plaintiff may seek leave to file an amended complaint. In support, Plaintiff states:

1. On August 27, 2025, the Court entered an order in this case and 20 other cases that contained allegations of brutality by Orange Crush officers at the Dkt. 844 Correctional Center deconsolidating trial of any potential individual damages case from the class proceedings in *Ross v. Gossett, et al.,* No. 15-cv-0309 (S.D. Ill.). The Court's August 27 Order gave a 45-day window within which Plaintiff could file a motion for leave to amend his complaint prior to the setting of the case for a firm trial date. *See* ECF No. 844.

2. The undersigned is one of the appointed counsel for Plaintiff and for the 20 other plaintiffs affected by identical orders in their cases.

3. To confirm that an amended complaint should be filed and to confirm the allegations to be made in the complaint, it is necessary for counsel to communicate with each individual Plaintiff; review individual records; and prepare and file the amended complaint, if

appropriate. These cases were not part of the recently completed trial, and counsel does not have familiarity with the individual facts of each of the 21 cases.

4. Making arrangements for the initial communications with our clients has been and will continue to be complicated and time-consuming.

5. Anticipating that a number of the cases will have to be tried, counsel are also actively searching for *pro bono* lawyers who might be able to step in and try some cases.

6. So that all of the deconsolidated cases can be kept on the same track and to enable completion of all necessary amended complaints, Plaintiff's undersigned counsel requests an extension of 30 days to the window for amending the complaint. If granted, the extension would require all amendments to be filed no later than November 10, 2025.

7. This motion is not interposed for any improper purpose, but, rather, with the intention of coordinating and streamlining the resolution of this matter and the additional 20 deconsolidated cases.

WHEREFORE, Plaintiff Demetrius Ross respectfully requests that this Court enter an order extending by an additional 45 days the window for filing an amended complaint in this matter and the 20 other cases that have been deconsolidated. If this motion were granted, the date for amendments would be November 25, 2025.

Respectfully submitted,

/s/ Jon Loevy
*One of Plaintiffs' Attorneys*

Jon Loevy
Scott Rauscher
Lyla Wasz-Piper
LOEVY & LOEVY
311 North Aberdeen St., Suite 3
Chicago, IL 60607
(312) 243-5900

Sarah Grady
Terah Tollner
KAPLAN & GRADY LLC
2071 N. Southport Ave., Suite 205
Chicago, IL 60614
(312) 852-2184
terah@kaplangrady.com

Nicole Schult
Shireen Jalali-Yazdi
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan Rd.
Chicago, IL 60640
(773) 769-1411